

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

PAUL L. MALONEY
DISTRICT JUDGE

410 W. Michigan Ave.
Kalamazoo, MI 49007

(269) 381-4741

March 25, 2022

Honorable Jeffrey S. Sutton
Chief Judge
Sixth Circuit Court of Appeals
Kinneary U.S. Courthouse
85 Marconi Blvd., Room 121
Columbus, OH 43215

Re: Agee, *et al.* v. Benson, *et al.*
    Western District of Michigan File No: 1:22-cv-272-PLM
By Fax, Original to Follow U.S. Mail

Dear Chief Judge Sutton,

On Wednesday, March 23, 2022, the above-described complaint was filed with the case assigned to the undersigned on March 24.

The allegations of the complaint challenge the legality of the Michigan Senate and House of Representatives Districts. Specifically, the complaint alleges deprivations of Metro-Detroit-area Black citizens' voting rights, in violation of the Voting Rights Act, 52 U.S.C. § 10301, and the Equal Protection Clause of the United States Constitution.

Pursuant to 28 U.S.C. § 2284(a), a three-judge panel must be convened to adjudicate this case. Accordingly, the undersigned requests the designation of two other judges to serve as members of the court to hear and determine this action. 28 U.S.C. § 2284(b)(1).

Very truly yours,

Paul L. Maloney
District Judge

PLM/krn
Encl.