# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

|  |  |
|---|---|
| In re: Appointment of Three-Judge Panel Pursuant to 28 U.S.C. § 2284 | Case No. 1:22-cv-272 |

### ORDER

This matter is before the Court upon the request of the Honorable Paul L. Maloney, District Judge of the Western District of Michigan, to appoint a three-judge panel in the matter designated as *Donald Agee, Jr., et al. v. Jocelyn Benson, et al.*, Case No. 1:22-cv-272. Having reviewed the request, Chief Judge Jeffrey S. Sutton agrees that a three-judge panel is warranted under 28 U.S.C. § 2284.

Wherefore, Chief Judge Sutton hereby designates the Honorable Raymond M. Kethledge, Circuit Judge of the Sixth Circuit Court of Appeals, and the Honorable Janet T. Neff, District Judge of the Western District of Michigan, to serve with the Honorable Paul L. Maloney in this matter. The provisions of 28 U.S.C. § 2284(b)(2) and (3) shall apply. This designation shall remain in full force and effect for the duration of the proceedings in Case No. 1:22-cv-272. The Clerk of this Court is directed to forward a copy of this order to the Clerk of the United States District Court for the Western District of Michigan for entry on the docket.

BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

Entered this 29th day of March, 2022.