UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;<br><br>Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## NOTICE OF FIRM ADDRESS CHANGE

PLEASE TAKE NOTICE that effective **April 25, 2022,** the law firm of Clark Hill PLC, counsel for Plaintiffs in the above cause, has moved its office. All phone numbers and email addresses remain the same. The new firm address is:

**Clark Hill PLC**
**215 South Washington Square, Suite 200**
**Lansing, MI 48933**

The undersigned requests that the Court and all attorneys of record in this cause make the appropriate changes in their records to reflect the new firm address and update the service list accordingly.

Respectfully submitted,

/s/ James J. Fleming
James J. Fleming (P84490)
CLARK HILL PLC
*Attorneys for Plaintiffs*
215 South Washington Square, Suite 200
Lansing, MI 48933
(517) 318-3100
jfleming@clarkhill.com

Dated:  May 3, 2022