**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DONALD AGEE, JR., an individual, *et al.*,

       Plaintiffs,

v.

JOCELYN BENSON, in her official capacity
as the Secretary of State of Michigan, *et al.*;

       Defendants.

Case No. 1:22-cv-00272

**Three-Judge Panel Appointed Pursuant to
28 U.S.C. § 2284(a)**

**NOTICE OF FIRM ADDRESS CHANGE**

PLEASE TAKE NOTICE that effective **April 25, 2022,** the law firm of Clark Hill PLC,

counsel for Plaintiffs in the above cause, has moved its office. All phone numbers and email

addresses remain the same. The new firm address is:

> **Clark Hill PLC**
> **215 South Washington Square, Suite 200**
> **Lansing, MI 48933**

The undersigned requests that the Court and all attorneys of record in this cause make the

appropriate changes in their records to reflect the new firm address and update the service list

accordingly.

Respectfully submitted,

/s/ Michael J. Pattwell
Michael J. Pattwell (P72419)
CLARK HILL PLC
*Attorneys for Plaintiffs*
215 South Washington Square, Suite 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com

Dated:  May 3, 2022