AO 440 (Rev 0?/09) Summons in a Civil Action

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DONALD AGEE, JR., an individual, et al.

v.

JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, et al.

Case No. 1:22-cv-272
Hon. Paul L. Maloney

TO: JOCELYN BENSON
ADDRESS: Secretary of State
Richard H. Austin Building
430 W. Allegan Street, 4th Floor
Lansing, MI 48918

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John J. Bursch (P57679)
BURSCH LAW PLLC
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235  jbursch@burschlaw.com

CLERK OF COURT



By Deputy Clerk

March 28, 2022
Date

---

## PROOF OF SERVICE

This summons for __JOCELYN BENSON__ (name of individual and title, if any) was received by me on __5/05/22__ (date)

☐ I personally served the summons on the individual at _____ (place where served)
on _____ (date)

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☑ I served the summons on __Adam Fracassi__ (name of individual), who is designated by law to accept service of process on behalf of __Jocelyn Benson, Secretary of State__ (name of organization) on __5/10/22__ (date)

☐ I returned the summons unexecuted because _____
☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: __5/12/22__

Server's signature

Additional information regarding attempted service, etc.:

Ashley Shannon  Process Server
Server's printed name and title

1118 Eastfield Rd., Lansing, MI 48917
Server's address