UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., an individual;
DENNIS LEORY BLACK, JR., an individual;
BEVERLY AN NBURRELL, an individual;
JEMELL COTTON, an individual; KAREN
FERGUSON, an individual; MICHELLE
KEEBLE, an individual; NORMA
McDANIEL, an individual; GLENDA
McDONALD, an individual; SHIRLEY L.
RADDEN, an individual; DAVONTE
SHERARD, an individual; KENYETTA
SNAPP, an individual; and TANESHA
WILSON, an individual,

  Plaintiffs,
v

JOCELYN BENSON, in her official capacity
as Secretary of State of Michigan;
MICHIGAN INDEPENDENT
REDISTRICTING COMMISSION;
DOUGLAS CLARK, JUANITA CURRY,
ANTHONY EID, RHONDA LANGE,
STEVEN TERRY LETT, BRITTNI
KELLOM, CYNTHIA ORTON, M.C.
ROTHHORN, REBECCA SZETELA,
JANICE VALLETTE, ERIN WAGNER,
RICHARD WEISS and DUSTIN WITJES, in
their official capacities as Commissioners of
the Michigan Independent Citizens
Redistricting Commission,

  Defendants.

No. 1:22-cv-00272

HON. PAUL L. MALONEY

MAG. SALLY J. BERENS

**STIPULATED ORDER
EXTENDING TIME FOR
DEFENDANT BENSON TO
RESPOND TO COMPLAINT**

---

| | |
|---|---|
| John J. Bursch (P57679)<br>Attorney for Plaintiffs<br>9339 Cherry Valley Ave, SE, #78<br>Caledonia, Michigan 49316<br>616.450.4235<br>jbursch@burschlaw.com | Nabih H. Ayad (P59518)<br>Co-Counsel for Pls Agee & Sherard<br>645 Griswold St, Ste 2202<br>Detroit, Michigan 48226<br>313.983.4600<br>nabihayad@ayadlawpllc.com |

| | |
|---|---|
| Michael J. Pattwell (P72419)<br>James J. Fleming (P84490)<br>Attorneys for Plaintiffs<br>212 East Cesar E. Chavez Ave<br>Lansing, Michigan 48906<br>517.318.3100<br>mpattwell@clarkhill.com<br>jfleming@clarkhill.com | Troy Cumings (P63278)<br>Attorneys for Plaintiffs<br>150 Ottawa Ave, NW, Ste 1500<br>Grand Rapids, Michigan 49503<br>517.679.7411<br>tcumings@wnj.com |

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant Benson
P.O. Box 30736
Lansing, Michigan  48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov
_____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT BENSON TO RESPOND TO COMPLAINT**

Due to an abnormally high volume of lawsuits being handled by defense counsel for Secretary of State Jocelyn Benson and other officers related to election matters, and considering on the stipulation of the party plaintiffs:

**IT IS ORDERED** that the time for Defendant Secretary of State Jocelyn Benson to file a response to the complaint is extended by two weeks to June 14, 2022.

Date: _____     _____
                          HON. PAUL L. MALONEY
                          U.S. DISTRICT COURT JUDGE

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/John J. Bursch (w/consent)*  Date: May 30, 2022
John J. Bursch (P57679)
Attorney for Plaintiffs

*s/Heather S. Meingast*  Date: May 30, 2022
Heather S. Meingast (P55439)
Assistant Attorney General
Attorney for Defendant Benson