UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., an individual;
JEROME BENNETT, an individual;
DENNIS LEORY BLACK, JR., an individual;
JAMEE BURBRIDGE, an individual;
BEVERLY ANN BURRELL, an individual;
JEMELL COTTON, an individual; TERESA
DUBOSE, an individual; KAREN
FERGUSON, an individual; MICHELLE
KEEBLE, an individual; NORMA
McDANIEL, an individual; GLENDA
McDONALD, an individual; JANET MARIE
OVERALL, an individual; SHIRLEY L.
RADDEN, an individual; DAVONTE
SHERARD, an individual; MICHELLE T.
SMITH, an individual; KENYETTA SNAPP,
an individual; DONYALE STEPHEN-
ATARA, an individual; and TANESHA
WILSON, an individual,

     Plaintiffs,

v

JOCELYN BENSON, in her official capacity
as Secretary of State of Michigan;
MICHIGAN INDEPENDENT
REDISTRICTING COMMISSION;
DOUGLAS CLARK, JUANITA CURRY,
ANTHONY EID, RHONDA LANGE,
STEVEN TERRY LETT, BRITTNI
KELLOM, CYNTHIA ORTON, M.C.
ROTHHORN, REBECCA SZETELA,
JANICE VALLETTE, ERIN WAGNER,
RICHARD WEISS and DUSTIN WITJES, in
their official capacities as Commissioners of
the Michigan Independent Citizens
Redistricting Commission,

     Defendants.

No. 1:22-cv-00272

THREE-JUDGE PANEL
APPOINTED PURSUANT TO 28
U.S.C. § 2284(a)

**DEFENDANT SECRETARY OF STATE JOCELYN BENSON'S MOTION TO DISMISS**

1

John J. Bursch (P57679)
Attorney for Plaintiffs
9339 Cherry Valley Ave, SE, #78
Caledonia, Michigan 49316
616.450.4235
jbursch@burschlaw.com

Michael J. Pattwell (P72419)
James J. Fleming (P84490)
Attorneys for Plaintiffs
212 East Cesar E. Chavez Ave
Lansing, Michigan 48906
517.318.3100
mpattwell@clarkhill.com
jfleming@clarkhill.com

Nabih H. Ayad (P59518)
Co-Counsel for Pls Agee & Sherard
645 Griswold St, Ste 2202
Detroit, Michigan 48226
313.983.4600
nabihayad@ayadlawpllc.com

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant Benson
P.O. Box 30736
Lansing, Michigan  48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

_____/

## DEFENDANT SECRETARY OF STATE JOCELYN BENSON'S MOTION TO DISMISS

Defendant Secretary of State Jocelyn Benson moves for dismissal of Plaintiffs' amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for the reasons set forth fully in the accompanying brief.  Plaintiffs' amended complaint fails to state a claim for relief against the Secretary of State under the Fourteenth Amendment because Plaintiffs have insufficiently alleged a connection between the Secretary and the unlawful conduct of which the Plaintiffs complain.  Likewise, Plaintiffs have failed to state a claim for relief against the Secretary under Section 2 of the Voting Rights Act because Plaintiffs lack standing to bring these claims against the Secretary of State.

On June 14, 2022, the undersigned counsel contacted Plaintiffs and the Commission Defendants seeking concurrence with this motion.  Plaintiffs' counsel

responded that they did not concur in the motion.  The undersigned counsel has not heard back from the Commission Defendants with respect to the request for concurrence.

> Respectfully submitted,
>
> *s/Heather S. Meingast*
> Heather S. Meingast (P55439)
> Erik A. Grill (P64713)
> Assistant Attorneys General
> Attorneys for Defendant
> P.O. Box 30736
> Lansing, Michigan 48909
> 517.335.7659
> Email:  meingasth@michigan.gov
> P55439

Dated:  June 14, 2022

## CERTIFICATE OF SERVICE

I certify that on June 14, 2022, I caused the foregoing document to be electronically filed with the Clerk of the court using the ECF system which will provide electronic copies to counsel of record.

> *s/Heather S. Meingast*
> Heather S. Meingast (P55439)
> Assistant Attorney General
> Attorney for Defendant
> P.O. Box 30736
> Lansing, Michigan 48909
> 517.335.7659
> Email:  meingasth@michigan.gov
> P55439

Dated:  June 14, 2022