UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual; JEROME BENNETT, an individual; DENNIS LEORY BLACK, JR., an individual; JAMEE BURBRIDGE, an individual; BEVERLY ANN BURRELL, an individual; JEMELL COTTON, an individual; TERESA DUBOSE, an individual; KAREN FERGUSON, an individual; MICHELLE KEEBLE, an individual; NORMA McDANIEL, an individual; GLENDA McDONALD, an individual; JANET MARIE OVERALL, an individual; SHIRLEY L. RADDEN, an individual; DAVONTE SHERARD, an individual; MICHELLE T. SMITH, an individual; KENYETTA SNAPP, an individual; DONYALE STEPHEN-ATARA, an individual; and TANESHA WILSON, an individual, | No. 1:22-cv-00272<br><br>THREE-JUDGE PANEL APPOINTED PURSUANT TO 28 U.S.C. § 2284(a)<br><br>**CERTIFICATE OF COMPLIANCE** |
| Plaintiffs, | |
| v | |
| JOCELYN BENSON, in her official capacity as Secretary of State of Michigan; MICHIGAN INDEPENDENT REDISTRICTING COMMISSION; DOUGLAS CLARK, JUANITA CURRY, ANTHONY EID, RHONDA LANGE, STEVEN TERRY LETT, BRITTNI KELLOM, CYNTHIA ORTON, M.C. ROTHHORN, REBECCA SZETELA, JANICE VALLETTE, ERIN WAGNER, RICHARD WEISS and DUSTIN WITJES, in their official capacities as Commissioners of the Michigan Independent Citizens Redistricting Commission, | |
| Defendants. | |

1

| | |
|---|---|
| John J. Bursch (P57679)<br>Attorney for Plaintiffs<br>9339 Cherry Valley Ave, SE, #78<br>Caledonia, Michigan 49316<br>616.450.4235<br>jbursch@burschlaw.com | Nabih H. Ayad (P59518)<br>Co-Counsel for Pls Agee & Sherard<br>645 Griswold St, Ste 2202<br>Detroit, Michigan 48226<br>313.983.4600<br>nabihayad@ayadlawpllc.com |
| Michael J. Pattwell (P72419)<br>James J. Fleming (P84490)<br>Attorneys for Plaintiffs<br>212 East Cesar E. Chavez Ave<br>Lansing, Michigan 48906<br>517.318.3100<br>mpattwell@clarkhill.com<br>jfleming@clarkhill.com | Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendant Benson<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>517.335.7659<br>meingasth@michigan.gov<br>grille@michigan.gov |

_____/

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit
and Typeface Requirements

1. This brief complies with the type-volume limitation of Local Rule 7.2(b)(ii) because, excluding the part of the document exempted by this rule, this brief contains less than 10,800 words. This document contains 5,460 words.

2. This document complies with the typeface requirements of Local Rule 7.2(b)(ii) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 12-point Century Schoolbook.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant Benson
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439

Dated: June 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439