UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual; JEROME BENNETT, an individual; DENNIS LEORY BLACK, JR., an individual; JAMEE BURBRIDGE, an individual; BEVERLY ANN BURRELL, an individual; JEMELL COTTON, an individual; TERESA DUBOSE, an individual; KAREN FERGUSON, an individual; MICHELLE KEEBLE, an individual; NORMA McDANIEL, an individual; GLENDA McDONALD, an individual; JANET MARIE OVERALL, an individual; SHIRLEY L. RADDEN, an individual; DAVONTE SHERARD, an individual; MICHELLE T. SMITH, an individual; KENYETTA SNAPP, an individual; DONYALE STEPHEN-ATARA, an individual; and TANESHA WILSON, an individual,<br><br>          Plaintiffs,<br>v<br><br>JOCELYN BENSON, in her official capacity as Secretary of State of Michigan; MICHIGAN INDEPENDENT REDISTRICTING COMMISSION; DOUGLAS CLARK, JUANITA CURRY, ANTHONY EID, RHONDA LANGE, STEVEN TERRY LETT, BRITTNI KELLOM, CYNTHIA ORTON, M.C. ROTHHORN, REBECCA SZETELA, JANICE VALLETTE, ERIN WAGNER, RICHARD WEISS and DUSTIN WITJES, in their official capacities as Commissioners of the Michigan Independent Citizens Redistricting Commission,<br><br>          Defendants. | No. 1:22-cv-00272<br><br>THREE-JUDGE PANEL APPOINTED PURSUANT TO 28 U.S.C. § 2284(a)<br><br>**CERTIFICATE OF CONCURRENCE** |

1

| | |
|---|---|
| John J. Bursch (P57679)<br>Attorney for Plaintiffs<br>9339 Cherry Valley Ave, SE, #78<br>Caledonia, Michigan 49316<br>616.450.4235<br>jbursch@burschlaw.com | Nabih H. Ayad (P59518)<br>Co-Counsel for Pls Agee & Sherard<br>645 Griswold St, Ste 2202<br>Detroit, Michigan 48226<br>313.983.4600<br>nabihayad@ayadlawpllc.com |
| Michael J. Pattwell (P72419)<br>James J. Fleming (P84490)<br>Attorneys for Plaintiffs<br>212 East Cesar E. Chavez Ave<br>Lansing, Michigan 48906<br>517.318.3100<br>mpattwell@clarkhill.com<br>jfleming@clarkhill.com | Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendant Benson<br>P.O. Box 30736<br>Lansing, Michigan  48909<br>517.335.7659<br>meingasth@michigan.gov<br>grille@michigan.gov |

_____/

## CERTIFICATE OF CONCURRENCE

In accordance with W.D. Mich. LCivR 7.1(d), the undersigned hereby certifies that on June 14, 2022, she contacted counsel for Plaintiff and counsel for the Commission via email to ascertain whether Defendant Benson's motion to dismiss would be opposed.  Plaintiff's counsel indicated he does not concur and will oppose the motion.  Defense counsel has not received a response from the Commission.

                                            Respectfully submitted,

                                            *s/Heather S. Meingast*
                                            Heather S. Meingast (P55439)
                                            Erik A. Grill (P64713)
                                            Assistant Attorneys General
                                            Attorneys for Defendant Benson
                                            P.O. Box 30736
                                            Lansing, Michigan 48909
                                            517.335.7659
                                            Email:  meingasth@michigan.gov
Dated:  June 14, 2022                          P55439

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email:  meingasth@michigan.gov
P55439
