UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., an individual;
DENNIS LEORY BLACK, JR., an individual;
BEVERLY AN NBURRELL, an individual;
JEMELL COTTON, an individual; KAREN
FERGUSON, an individual; MICHELLE
KEEBLE, an individual; NORMA
McDANIEL, an individual; GLENDA
McDONALD, an individual; SHIRLEY L.
RADDEN, an individual; DAVONTE
SHERARD, an individual; KENYETTA
SNAPP, an individual; and TANESHA
WILSON, an individual,

    Plaintiffs,

v

JOCELYN BENSON, in her official capacity
as Secretary of State of Michigan;
MICHIGAN INDEPENDENT
REDISTRICTING COMMISSION;
DOUGLAS CLARK, JUANITA CURRY,
ANTHONY EID, RHONDA LANGE,
STEVEN TERRY LETT, BRITTNI
KELLOM, CYNTHIA ORTON, M.C.
ROTHHORN, REBECCA SZETELA,
JANICE VALLETTE, ERIN WAGNER,
RICHARD WEISS and DUSTIN WITJES, in
their official capacities as Commissioners of
the Michigan Independent Citizens
Redistricting Commission,

    Defendants.

No. 1:22-cv-00272

HON. PAUL L. MALONEY

MAG. SALLY J. BERENS

**STIPULATED ORDER
EXTENDING TIME FOR
DEFENDANT BENSON TO
FILE REPLY BRIEF**

Nabih H. Ayad (P59518)
Co-Counsel for Pls Agee & Sherard
645 Griswold St, Ste 2202
Detroit, Michigan 48226
313.983.4600
nabihayad@ayadlawpllc.com

Troy Cumings (P63278)
Attorneys for Plaintiffs
150 Ottawa Ave, NW, Ste 1500
Grand Rapids, Michigan 49503
517.679.7411
tcumings@wnj.com

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT BENSON TO FILE REPLY BRIEF**

Due to the press of other business, and considering on the stipulation of the party plaintiffs:

**IT IS ORDERED** that the time for Defendant Secretary of State Jocelyn Benson to file a reply brief is extended by two weeks to August 9, 2022.

Date: _____           _____
                               HON. PAUL L. MALONEY
                               U.S. DISTRICT COURT JUDGE

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/John J. Bursch (w/consent)*           Date: July 26, 2022
John J. Bursch (P57679)
Attorney for Plaintiffs

*s/Heather S. Meingast*                  Date: July 26, 2022
Heather S. Meingast (P55439)
Assistant Attorney General
Attorney for Defendant Benson