UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., an individual, et al

      Plaintiffs,

vs.

JOCELYN BENSON, in her official capacity
as the Secretary of State of Michigan, et al,

      Defendants.

Case No. 22-cv-00272-PLM-RMK-JTN
Hon. Paul L. Maloney
Magistrate Judge: Sally J. Berens

_____

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE COMMON CAUSE AND PROFESSOR JON X. EGUIA IN SUPPORT OF NEITHER PARTY**

Amici Curiae Common Cause and Jon X. Eguia, in support of their Motion for Leave to file a Brief in Support of Neither Party, state as follows:

1. *Amicus* Common Cause is a nonprofit and nonpartisan organization with a chapter in Michigan. Common Cause's voting rights mission includes decades of advocacy in support of fair, transparent, and nonpartisan redistricting. As a leading proponent of independent redistricting commissions, Common Cause has an interest in ensuring that redistricting reforms are implemented effectively in ways that empower communities and adhere to the Voting Rights Act.

2. *Amicus* Jon X. Eguia is a Professor of Economics and (by courtesy) of Political Science at Michigan State University. He is the lead author of the Report on the 2021 Michigan Redistricting Map Analysis published by the Institute of Public Policy and Social Research at Michigan State University. As a scholar who studied these maps and whose work is cited in the Plaintiffs' complaint, he has an interest in the Court's

1

239317

assessment of the Michigan Independent Citizens Commission's work. Professor

Eguia's scholarship on redistricting has been published in the peer-reviewed Election

Law Journal.

3. *Amici* respectfully seek this Court's leave to submit the brief attached as Exhibit A in

support of neither party.

4. "[T]he decision to allow an appearance as amicus curiae falls under the district

court's inherent authority." Kollaritsch v. Michigan State Univ. Bd. of Trustees, No.

1:15 Civ. 1191, 2017 WL 11454764, at *1 (W.D. Mich. Oct. 30, 2017) (Maloney, J.)

(citation omitted).

5. The proposed amicus brief takes no position on the ultimate disposition of this case.

Its function is to provide a unique statistical perspective from a leading proponent of

independent citizen redistricting commissions and an academic whose work is cited

by the plaintiffs in this case. Amici seek to demonstrate that further scrutiny of the

Michigan Senate map is warranted. For that reason, the proposed brief is in support of

neither party.

6. Granting amici's motion for leave to file this brief would not cause any delay or

prejudice to the parties.

7. Amici counsel contacted counsel for all parties and they concurred in this motion.

For these reasons, amici respectfully request that they be granted leave to file the

attached Brief of Amici Curiae Common Cause and Professor Jon X. Eguia in

Support of Neither Party.  Exhibit A.

239317

Respectfully submitted,

Frank & Frank Law

By: */s/ Jonathan B. Frank*
    Jonathan B. Frank (P42656)
Attorneys for Common Cause and Jon X. Eguia
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI  48302
(248) 723-8691
jonfrank@frankandfranklaw.com

Dated:  August 26, 2022

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the attorneys of record of all parties in the above cause by serving same to them via electronic mail on August 26, 2022 via:

X  Electronic Service      __ Hand Delivery
__ First Class Mail      ___Overnight Mail


*/s/ Amy Zielinski*
Amy Zielinski

3

239317