UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., an individual, et al

    Plaintiffs,

vs.

JOCELYN BENSON, in her official capacity
as the Secretary of State of Michigan, et al,

    Defendants.

Case No. 22-cv-00272-PLM-RMK-JTN
Hon. Paul L. Maloney
Magistrate Judge: Sally J. Berens

---

**EXHIBIT LIST FOR**
**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE COMMON CAUSE AND PROFESSOR JON X. EGUIA IN SUPPORT OF NEITHER PARTY**

Exhibit A:    Proposed Brief