UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., an individual;
JEROME BENNETT, an individual;
DENNIS LEORY BLACK, JR., an individual;
JAMEE BURBRIDGE, an individual;           No. 1:22-cv-00272
BEVERLY ANN BURRELL, an individual;
JEMELL COTTON, an individual;           Three-Judge Panel Appointed
TERESA DUBOSE, an individual;           Pursuant To 28 U.S.C. § 2284(a)
KAREN FERGUSON, an individual;
MICHELLE KEEBLE, an individual;
NORMA McDANIEL, an individual;
GLENDA McDONALD, an individual;
JANET MARIE OVERALL, an individual;
SHIRLEY L. RADDEN, an individual;
DAVONTE SHERARD, an individual;
MICHELLE T. SMITH, an individual;
KENYETTA SNAPP, an individual;
DONYALE STEPHEN-ATARA, an individual; and
TANESHA WILSON, an individual,

         *Plaintiffs,*

v

JOCELYN BENSON, in her official
capacity as Secretary of State of Michigan;
MICHIGAN INDEPENDENT REDISTRICTING COMMISSION;
DOUGLAS CLARK, JUANITA CURRY,
ANTHONY EID, RHONDA LANGE, STEVEN TERRY LETT,
BRITTNI KELLOM, CYNTHIA ORTON,
M.C. ROTHHORN, REBECCA SZETELA,
JANICE VALLETTE, ERIN WAGNER,
RICHARD WEISS and DUSTIN WITJES, in their official capacities as Commissioners of the Michigan Independent Citizens Redistricting Commission,

         *Defendants.*

___

**NOTICE OF WITHDRAWAL OF ATTORNEY
NABIH AYAD FOR
PLAINTIFFS DONALD AGEE, JR, AND DAVONTE SHERARD**

**NOW COMES,** Attorney Nabih Ayad (P59518), Co-Counsel for Plaintiffs, and hereby submits the following <u>Notice of Withdrawal as Plaintiffs Donald Agee, Jr's and Davonte Sherard's Counsel,</u> as attorney Ayad does not have the firm resources to keep representing Plaintiffs, and because Plaintiffs already have ready, able, and willing Counsel, it is in the best interest of the Plaintiffs that Attorney Nabih Ayad withdraws from their case

Respectfully Submitted;

AYAD LAW, PLLC

<u>/s/Nabih Ayad</u>
Nabih Ayad
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600

Dated: October 17, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing documents and any attachments on the Clerk of Courts for this Court via the ECF system which will send notice of the same to all parties of record.

Respectfully submitted,

Ayad Law, PLLC

*/s/Nabih H. Ayad* (P59518)
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
filing@ayadlawpllc.com

Dated: October 17, 2022