UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., an individual;
JEROME BENNETT, an individual;
DENNIS LEORY BLACK, JR., an individual;    No. 1:22-cv-00272
JAMEE BURBRIDGE, an individual;
BEVERLY ANN BURRELL, an individual;
JEMELL COTTON, an individual;              Three-Judge Panel Appointed
TERESA DUBOSE, an individual;              Pursuant To 28 U.S.C. § 2284(a)
KAREN FERGUSON, an individual;
MICHELLE KEEBLE, an individual;
NORMA McDANIEL, an individual;
GLENDA McDONALD, an individual;
JANET MARIE OVERALL, an individual;
SHIRLEY L. RADDEN, an individual;
DAVONTE SHERARD, an individual;
MICHELLE T. SMITH, an individual;
KENYETTA SNAPP, an individual;
DONYALE STEPHEN-ATARA, an individual;
and TANESHA WILSON, an individual,

       *Plaintiffs,*

v

JOCELYN BENSON, in her official
capacity as Secretary of State of Michigan;
MICHIGAN INDEPENDENT REDISTRICTING COMMISSION;
DOUGLAS CLARK, JUANITA CURRY,
ANTHONY EID, RHONDA LANGE,
STEVEN TERRY LETT,  BRITTNI KELLOM,
CYNTHIA ORTON
M.C. ROTHHORN, REBECCA SZETELA, JANICE VALLETTE, ERIN WAGNER,
RICHARD WEISS and DUSTIN WITJES, in their official capacities as Commissioners of the
Michigan Independent Citizens Redistricting Commission,

       *Defendants.*

**UNOPPOSED MOTION TO WITHDRAW NABIH AYAD AS ATTORNEY FOR PLAINTIFFS DONALD AGEE, JR, AND DAVONTE SHERARD**

**NOW COMES**, Attorney Nabih Ayad (P59518), Co-Counsel for Plaintiffs, and hereby submits the following in support of his Motion to Withdraw as Attorney for Plaintiffs Donald

Agee, Jr and Davonte Sherard. The associate attorney who was assisting attorney Ayad on this case has recently left the firm and Mr. Ayad does not have the firm resources to keep representing Plaintiffs. In addition, there will be no prejudice to any party because Plaintiff's have ready, able, and willing Counsel who has been leading their case since the beginning, and Mr. Ayad only represented 2 of the numerous Plaintiffs. Therefore, it is in the best interest of the Plaintiffs that Attorney Nabih Ayad withdraws from their case.

          Respectfully Submitted;

          AYAD LAW, PLLC
          /s/Nabih Ayad
          Nabih Ayad
          645 Griswold St., Ste 2202
          Detroit, MI 48226
          P: 313.983.4600
          Filing@ayadlawpllc.com

Dated: October 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing documents and any attachments on the Clerk of Courts for this Court via the ECF system which will send notice of the same to all parties of record.

                                        Respectfully Submitted;

                                        AYAD LAW, PLLC
                                        /s/Nabih Ayad
                                        Nabih Ayad
                                        645 Griswold St., Ste 2202
                                        Detroit, MI 48226
                                        P: 313.983.4600
                                        Filing@ayadlawpllc.com

Dated: October 21, 2022