UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.

_____/

Case No. 1:22-cv-272

Three-Judge Court

## ORDER GRANTING MOTION TO WITHDRAW

Pending before the Court is Attorney Nabih Ayad's motion to withdraw as counsel for Plaintiffs Donald Agee, Jr. and Davonte Sherard (ECF No. 35).  Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion to withdraw as counsel for Plaintiffs Donald Agee, Jr. and Davonte Sherard (ECF No. 35) is GRANTED for the reasons stated in the motion.

Dated:  October 21, 2022

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge
On behalf of the Three-Judge Panel