UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Agee, Jr., et al v. Benson, et al

**Case Number:** 1:22-cv-272
**Date:** October 24, 2022
**Time:** 10:05 a.m. - 10:18 a.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney on behalf of the Three-Judge Panel

**APPEARANCES**

Plaintiffs:  John J. Bursch and Michael J. Pattwell

Defendant Jocelyn Benson:  Erik A. Grill

Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners:  Erika Prouty, Dima Atiya, and Nathan J. Fink

**PROCEEDINGS**

Nature of Hearing:  Rule 16 scheduling conference conducted; case management order to issue

Court Reporter: Kathleen Thomas        Case Manager: Amy Redmond