UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., et al,

        Plaintiffs,

v.

JOCELYN BENSON, et al,

        Defendants.

_____/

Case No. 1:22-cv-272

Three-Judge Court

## CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED:**

| | | |
|---|---|---|
| Motions to Join Parties or Amend Pleadings | | FEBRUARY 6, 2023 |
| Rule 26(a)(1) Disclosures | | NOVEMBER 23, 2022 |
| Disclose Name, Address, Area of Expertise and a short summary of expected testimony of Expert Witnesses (Rule 26(a)(2)(A) | Plaintiffs:<br>Defendants: | DECEMBER 28, 2022<br>FEBRUARY 15, 2023 |
| Disclosure of Expert Reports (Rule 26(a)(2)(B)) | Plaintiffs:<br>Defendants: | JANUARY 18, 2023<br>MARCH 8, 2023 |
| Voluntary Exchange of Documents | | NOVEMBER 23, 2022 |
| Completion of Discovery | | APRIL 14, 2023 |
| Dispositive Motions | Motions:<br>Responses:<br>Reply Briefs: | MAY 5, 2023<br>JUNE 2, 2023<br>JUNE 16, 2023 |
| Interrogatories will be limited to:<br>(Single Part Questions) | | 25 per party |
| Depositions will be limited to:<br>(Fact Witnesses) | | 10 per side<br>(not including named parties) |

1.     JOINDER OF PARTIES AND AMENDMENTS OF PLEADINGS: All motions for joinder of parties and all motions to amend the pleadings must be filed by the date set forth in the table above.

2. DISCLOSURES AND EXCHANGES: Deadlines for exchange of Rule 26(a)(1) disclosures, names of lay witnesses, identification of experts, voluntary exchange of documents, and disclosure of expert reports under Rule 26(a)(2), if applicable, are ordered as set forth in the table above.

3. DISCOVERY: All discovery proceedings shall be completed no later than the date set forth in the table above, and shall not continue beyond this date. All interrogatories, requests for admissions, and other written discovery requests must be served no later than thirty days before the close of discovery. All depositions must be completed before the close of discovery. Interrogatories will be limited as set forth in the table above. Depositions will be limited as set forth in the table above. There shall be no deviations from this order without prior approval of the court upon good cause shown. Time limitations for depositions set forth in Rule 30(d)(1) apply to this case.

4. MOTIONS:

   a. Non-dispositive motions shall be filed in accordance with W.D. Mich. LCivR 7.3. They may be referred to a Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A). In accordance with 28 U.S.C. § 471, et seq., it is the policy of this Court to prohibit the consideration of discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

   b. Dispositive motions shall be filed in accordance with W.D. Mich. LCivR 7.2 by the date set forth in the table above. If dispositive motions are based on supporting documents such as depositions or answers to interrogatories, only those excerpts which are relevant to the motion shall be filed. The case manager will notify counsel of the date for oral argument. **Pursuant to Administrative Order 07-026, one courtesy copy of all dispositive motion papers (including responses and replies) and all accompanying exhibits must be submitted directly to the judge's chambers on paper. The copy must be hand-delivered or sent via first class mail the same day the document is e-filed.**

5. SETTLEMENT CONFERENCE: The parties are under an ongoing obligation to engage in good faith settlement negotiations. No settlement conference has been scheduled at this time.

Dated:   November 1, 2022               /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge
                                        On behalf of the Three-Judge Panel