# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*, <br><br>　　　　Plaintiffs, <br><br> v. <br><br><br> JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*; <br><br>　　　　Defendants. | Case No. 1:22-cv-00272 <br><br> **Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## CERTIFICATE OF SERVICE

　　I hereby certify that on November 23, 2022, I served a copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures to counsel of record via electronic service at their email addresses on record with the Court's ECF System.

Dated:  November 23, 2022　　　　　　　/s/Kinneitha M. Thomas
　　　　　　　　　　　　　　　　　　　　Kinneitha M. Thomas
　　　　　　　　　　　　　　　　　　　　Legal Administrative Assistant
　　　　　　　　　　　　　　　　　　　　Clark Hill PLC