UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., an individual;
JEROME BENNETT, an individual;
DENNIS LEORY BLACK, JR., an individual;
JAMEE BURBRIDGE, an individual;
BEVERLY ANN BURRELL, an individual;
JEMELL COTTON, an individual; TERESA
DUBOSE, an individual; KAREN
FERGUSON, an individual; MICHELLE
KEEBLE, an individual; NORMA
McDANIEL, an individual; GLENDA
McDONALD, an individual; JANET MARIE
OVERALL, an individual; SHIRLEY L.
RADDEN, an individual; DAVONTE
SHERARD, an individual; MICHELLE T.
SMITH, an individual; KENYETTA SNAPP,
an individual; DONYALE STEPHEN-
ATARA, an individual; and TANESHA
WILSON, an individual,

    Plaintiffs,

v

JOCELYN BENSON, in her official capacity
as Secretary of State of Michigan;
MICHIGAN INDEPENDENT
REDISTRICTING COMMISSION;
DOUGLAS CLARK, JUANITA CURRY,
ANTHONY EID, RHONDA LANGE,
STEVEN TERRY LETT, BRITTNI
KELLOM, CYNTHIA ORTON, M.C.
ROTHHORN, REBECCA SZETELA,
JANICE VALLETTE, ERIN WAGNER,
RICHARD WEISS and DUSTIN WITJES, in
their official capacities as Commissioners of
the Michigan Independent Citizens
Redistricting Commission,

    Defendants.

No. 1:22-cv-00272

THREE-JUDGE PANEL
APPOINTED PURSUANT TO 28
U.S.C. § 2284(a)

**PROOF OF SERVICE**

| | |
|---|---|
| John J. Bursch (P57679)<br>Attorney for Plaintiffs<br>9339 Cherry Valley Ave, SE, #78<br>Caledonia, Michigan 49316<br>616.450.4235<br>jbursch@burschlaw.com | Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendant Benson<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>517.335.7659<br>meingasth@michigan.gov<br>grille@michigan.gov |
| Michael J. Pattwell (P72419)<br>James J. Fleming (P84490)<br>Attorneys for Plaintiffs<br>212 East Cesar E. Chavez Ave<br>Lansing, Michigan 48906<br>517.318.3100<br>mpattwell@clarkhill.com<br>jfleming@clarkhill.com | |

_____/

## PROOF OF SERVICE

Erik A. Grill certifies that on November 23, 2022, he served a copy of the Defendant Benson's Rule 26(a)(1) Initial Disclosures in this matter on all counsel of record via electronic mail at:

John J. Bursch - jbursch@burschlaw.com
Michael J. Pattwell - mpattwell@clarkhill.com
James J. Fleming - jfleming@clarkhill.com
Jonathan B. Frank – jonfrank@frankandfranklaw.com
Katherine McKnight – kmcknight@bakerlaw.com
Patrick T. Lewis – plewis@bakerlaw.com
Richard Bryan Raile – rraile@bakerlaw.com
Nathan Joshua Fink – nfink@finkbressack.com
Erika Prouty – eprouty@bakerlaw.com
Amia Banks – abanks@clarkhill.com
David H. Fink – dfink@finkbressack.com
Dima Atiya – datiya@bakerlaw.com

                s/Erik A. Grill
                Erik A. Grill (P64713)
                Assistant Attorney General
                P.O. Box 30736
                Lansing, Michigan 48909
                517.335.7659
                Email:  grille@michigan.gov