UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., et al.,

      Plaintiffs,

                                Case No. 1:22-cv-272

v.

                                Three-Judge Court

JOCELYN BENSON, et al.,

      Defendants.

_____/

### ORDER SCHEDULING MOTIONS HEARING

**IT IS HEREBY ORDERED** that oral argument on dispositive motions filed in this case

will be heard on **July 12, 2023, at 1:30 p.m**., 174 Federal Building, 410 W. Michigan Ave.,

Kalamazoo, Michigan.


Dated:  December 14, 2022               /s/ Paul L. Maloney_____
                                         Paul L. Maloney
                                         United States District Judge
                                         On behalf of the Three-Judge Panel