# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;<br><br>  Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## PLAINTIFFS' EXPERT WITNESS LIST

Plaintiffs, by and through their counsel, hereby identify the following individuals, or classes of individuals, that may be called upon to offer expert testimony during trial or other proceeding in this matter in accordance with Fed. R. Civ. P. 26(a)(2)(A) and the Case Management Order. ECF No. 38, PageID.498. This disclosure is based on the information reasonably available and currently known to Plaintiffs. To the best of Plaintiffs' knowledge, information, and belief, this disclosure is complete and correct as of the date they are made. Plaintiffs reserve the right to supplement this disclosure during discovery and as their investigation continues, as permitted or required by Fed. R. Civ. P. 26(e)(2).

Plaintiffs do not provide any information or documents protected from disclosure by the attorney-client privilege, the attorney work product doctrine, applicable regulatory privileges, or any other privilege or immunity. Any information or documents provided by Plaintiffs in connection with this disclosure is subject to all objections as to competence, relevance, materiality and admissibility, and to any other objections on any grounds that would require the exclusion

thereof if such information were offered into evidence. Plaintiffs expressly reserve all such objections.

Plaintiffs reserve the right to name any expert witnesses whose identity is not currently known but which may become during through the discovery process. Plaintiffs reserve the right to identify a rebuttal expert to any expert identified by Defendants. Plaintiffs additionally reserve the right to amend and/or add to this expert witness list as investigation and discovery in this matter progresses.

| Name | Contact Information | Information |
|---|---|---|
| Sean P. Trende | c/o Plaintiffs' Counsel | Mr. Trende is the Senior Elections Analyst for RealClearPolitics. Mr. Trende holds a Bachelor of Arts degree from Yale University, a Master of Arts degree in political science and juris doctorate from Duke University, and a Masters' in Applied Statistics from the Ohio State University. He is expecting his Ph.D. in political science in 2022. In 2021, Mr. Trende was selected by the Supreme Court of Virginia as one of two redistricting special masters to redraw the state's congressional and legislative districts following the 2020 United States census.<br><br>Mr. Trende was retained by Plaintiffs to prepare an expert report that will be submitted by Plaintiffs in accordance with the Case Management Order. This expert report uses a statistical technique known as ecological regression to examine how varying levels of Black voting age population ("BVAP") may predict the success rate of the Black voter candidate of choice in a Democratic Primary Election. This |

| Name | Contact Information | Information |
|---|---|---|
| | | expert report will show that Defendant Michigan Independent Citizens Redistricting Commission (the "Commission") drew certain districts in the House and Senate District maps with race as the predominant consideration and that it could have created additional districts that would elect the minority candidate of choice. |
| Dr. Brad Lockerbie | c/o Plaintiffs' Counsel | Dr. Lockerbie is a professor of political science at East Carolina University. Dr. Lockerbie holds a Bachelor of Arts degree from the University of Georgia and a Ph.D. from the University of Iowa. Dr. Lockerbie has published peer-reviewed scholarship in the area of race of voting behavior and political attitudes.<br><br>Dr. Lockerbie was retained by Plaintiffs to prepare an expert report on issues of fact and policy concerning the Commission's redistricting plans for the Michigan Senate and House of Representatives, including but necessarily limited to compliance with the federal Voting Rights Act and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution. |

                                               Respectfully submitted,

Dated: December 28, 2022          /s/ John J. Bursch
                                               John J. Bursch (P57679)
                                               BURSCH LAW PLLC
                                               *Attorney for Plaintiffs*
                                               9339 Cherry Valley Ave SE, #78
                                               Caledonia, Michigan 49316
                                               (616) 450-4235
                                               jbursch@burschlaw.com

                                               Michael J. Pattwell (P72419)
                                               James J. Fleming (P84490)
                                               Amia A. Banks (P84182)
                                               CLARK HILL PLC
                                               *Attorneys for Plaintiffs*
                                               215 South Washington Square, Suite 200
                                               Lansing, MI 48933
                                               (517) 318-3100
                                               mpattwell@clarkhill.com
                                               jfleming@clarkhill.com
                                               abanks@clarkhill.com