# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;<br><br>Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I served a copy of Plaintiffs' Objections and Responses to the First Set of Requests for Admissions of Defendants Michigan Independent Citizens Redistricting Commission, Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in his or her official capacity as a Commissioner of the Commission (collectively, the "Commission"), via electronic mail on all counsel of record.

Respectfully submitted,

Dated: March 6, 2023

*/s/ John J. Bursch*
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com

2

                                Michael J. Pattwell (P72419)
                                James J. Fleming (P84490)
                                Amia A. Banks (P84182)
                                CLARK HILL PLC
                                *Attorneys for Plaintiffs*
                                215 South Washington Square, Suite 200
                                Lansing, MI 48933
                                (517) 318-3100
                                mpattwell@clarkhill.com
                                jfleming@clarkhill.com
                                abanks@clarkhill.com

2