UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR. et al., | Case No. 1:22-CV-00272-PLM-RMK-JTN |
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| JOCELYN BENSON, et al., | |
| Defendants. | |

I certify that on March 15, 2023, a copy of the Supplemental Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) of Defendants Michigan Independent Citizens Redistricting Commission, Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in his or her official capacity as a Commissioner of the Commission (collectively, the "**Commission**"), was served via electronic mail on all counsel of record.

Dated: March 15, 2023

Respectfully submitted,

/s/ Nathan J. Fink

BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW,
Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

FINK BRESSACK
David H. Fink
Nathan J. Fink
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Douglas Clark, Juanita Curry, Anthony Eid, Rhonda*

| | |
|---|---|
| BAKER & HOSTETLER LLP<br>Patrick T. Lewis<br>Key Tower, 127 Public Square,<br>Suite 2000<br>Cleveland, Ohio 44114<br>(216) 621-0200<br>plewis@bakerlaw.com<br><br>BAKER & HOSTETLER LLP<br>Erika D. Prouty<br>200 Civic Center Drive<br>Suite 1200<br>Columbus, Ohio 43215<br>(614) 228-1541<br>eprouty@bakerlaw.com | *Lange, Steven Terry Lett, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in his or her official capacity as a Commissioner of the Michigan Independent Citizens Redistricting Commission* |

2