UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I served a copy of the Objections and Responses of Plaintiffs Teresa Dubose and Michelle T. Smith to the First Set of Interrogatories of Defendants Michigan Independent Citizens Redistricting Commission, Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in his or her official capacity as a Commissioner of the Commission (collectively, the "Commission"), via electronic mail on all counsel of record.

Respectfully submitted,

Dated: March 17, 2023

*/s/ John J. Bursch*
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com

CLARKHILL\L1503\442579\270912682.v2-3/17/23

2

          Michael J. Pattwell (P72419)
          James J. Fleming (P84490)
          Amia A. Banks (P84182)
          CLARK HILL PLC
          *Attorneys for Plaintiffs*
          215 South Washington Square, Suite 200
          Lansing, MI 48933
          (517) 318-3100
          mpattwell@clarkhill.com
          jfleming@clarkhill.com
          abanks@clarkhill.com