UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.

_____/

Case No. 1:22-cv-272

Three-Judge Court

## ORDER GRANTING MOTION FOR LEAVE FOR COMMISSION DEFENDANTS TO TAKE DEPOSITIONS AFTER THE CLOSE OF DISCOVERY

Pending before the Court is a joint motion by the parties for leave to allow Defendants Michigan Independent Citizens Redistricting Commission, Douglas Clark, Juanita Curry, Anthony Eid, Brittni Kellom, Rhonda Lange, Steven Terry Lett, , Cynthia Orton, M. C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, Dustin Witjes (collectively, the "Commission") to take the depositions of Plaintiffs' experts Sean P. Trende and of LaMar Lemmons III after the close of discovery (ECF No. 60).  A review of the case management order reflects the discovery deadline is April 14, 2023.  The Commission Defendants wish to take the two depositions by April 20, 2023.  Upon due consideration of the motion by the Court, the motion is GRANTED.  Absent extraordinary circumstances, further extensions will not be favored.

    **IT IS SO ORDERED**.

Dated:  April 6, 2023

   /s/ Paul L. Maloney_____
Paul L. Maloney
United States District Judge
On behalf of the Three-Judge Panel