# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;<br><br>Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## CONSENT MOTION TO AMEND THE DISPOSITIVE MOTION BRIEFING SCHEDULE DUE TO DEPOSITION TRANSCRIPT AVAILABILITY

## EXPEDITED CONSIDERATION REQUESTED

Plaintiffs, by and through their respective counsel, state as follows for their Consent Motion To Amend The Dispositive Motion Briefing Schedule:

1. Under the Court's Case Management Order, Dispositive Motions are to be filed by May 5, 2023, with Responses by June 2, 2023, and Reply Briefs by June 16, 2023. ECF No. 38, PageID.507.

2. The Court's Case Management Order further states, "[t]here shall be no deviations from this order without prior approval of the court upon good cause shown." *Id*. at PageID.508.

3. On April 20, 2023, Defendants Michigan Independent Citizens Redistricting Commission, Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in his or her official capacity as a Commissioner of the Commission (collectively, the "Commission") took the deposition of Sean P. Trende, who has been designated by Plaintiffs as an expert witness.

4. Immediately following the conclusion of Mr. Trende's deposition, Counsel for Plaintiffs verbally ordered the transcript and was not given the option for expedited service.

5. Due to its untimely receipt, counsel for Plaintiffs followed-up with the court reporter and received it the that same day on May 1, 2023.

6. Plaintiffs believe the transcript is necessary for dispositive motion briefing.

7. Plaintiffs ask that in lieu of the schedule set forth in the Court's Case Management Order, the parties shall be allowed to file Dispositive Motions by May 9, 2023, Responses to Dispositive Motions by June 6, 2023, and any Reply Briefs by June 20, 2023.

8. Defendants consent to this proposed scheduling adjustment.

9. Good cause therefore exists for a minor deviation from the Court's Case Management Order to permit the Parties to follow the above schedule.

10. Expedited consideration is necessary due to the impending May 5, 2023, deadline to file dispositive motions. LCivR 7.1(e).

11. Pursuant to LCivR 5.7(g), a proposed order granting the relief requested herein is attached as **Exhibit A**.

**WHEREFORE**, Plaintiffs with Defendants' consent respectfully request that the Court enter an Order granting the Parties leave to file Dispositive Motions by May 9, 2023, Responses to Dispositive Motions by June 6, 2023, and any Reply Briefs by June 20, 2023.

Dated: May 3, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ *John J. Bursch*_____ | /s/ *Katherine L. McKnight* (per email auth. 5/3/23) |
| John J. Bursch (P57679) | BAKER & HOSTETLER LLP |
| BURSCH LAW PLLC | Katherine L. McKnight |
| *Attorney for Plaintiffs* | E. Mark Braden |
| 9339 Cherry Valley Ave SE, #78 | Richard B. Raile |
| Caledonia, Michigan 49316 | Dima J. Atiya |
| (616) 450-4235 | 1050 Connecticut Ave., NW, |
| jbursch@burschlaw.com | Suite 1100 |
| | Washington, D.C. 20036 |

Michael J. Pattwell (P72419)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC
215 South Washington Square, Suite 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com
jfleming@clarkhill.com
abanks@clarkhill.com

*Counsel for Plaintiffs*

/s/ *Heather S. Meingast* (per email auth. 5/3/23)
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

*Counsel for Defendant Benson*

(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Patrick T. Lewis
Key Tower, 127 Public Square,
Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

BAKER & HOSTETLER LLP
Erika Dackin Prouty
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each*
*in his or her official capacity as a Commissioner of the Michigan Independent Citizens Redistricting Commission*

3

# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;<br><br>    Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## ORDER GRANTING MOTION TO AMEND THE DISPOSITIVE MOTION BRIEFING SCHEDULE

Pending before the Court is a consent motion by Plaintiffs for leave to allow the Parties to file Dispositive Motions by May 9, 2023, Responses to Dispositive Motions by June 6, 2023, and any Reply Briefs by June 20, 2023, in lieu of the schedule set forth in the Court's Case Management Order (ECF No. 38). Upon due consideration of the motion by the Court, the motion is GRANTED and the deadlines for Dispositive Motions in the Case Management Order are hereby amended as follows:

    Dispositive Motions    Motions:    Due May 9, 2023

                                   Responses:    Due June 6, 2023

                                   Reply Briefs:    Due June 20, 2023

**IT IS SO ORDERED**.

Dated: _____              /s/_____
                                                    Hon. Paul L. Maloney
                                                      United States District Judge
                                                      On behalf of the Three-Judge Panel