UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*; <br><br> Defendants. | Case No. 1:22-cv-00272 <br><br> **Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## ORDER GRANTING MOTION TO AMEND THE DISPOSITIVE MOTION BRIEFING SCHEDULE

Pending before the Court is a consent motion by Plaintiffs for leave to allow the Parties to file Dispositive Motions by May 9, 2023, Responses to Dispositive Motions by June 6, 2023, and any Reply Briefs by June 20, 2023, in lieu of the schedule set forth in the Court's Case Management Order (ECF No. 38). Upon due consideration of the motion by the Court, the motion is GRANTED and the deadlines for Dispositive Motions in the Case Management Order are hereby amended as follows:

Dispositive Motions    Motions:     Due May 9, 2023

　　　　　　　　　　　 Responses:   Due June 6, 2023

　　　　　　　　　　　 Reply Briefs: Due June 20, 2023

**IT IS SO ORDERED**.

Dated:  May 4, 2023               　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　Hon. Paul L. Maloney
　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　On behalf of the Three-Judge Panel