## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DONALD AGEE, JR. et al.,

          Plaintiffs,

v.

JOCELYN BENSON, et al.,

          Defendants.

**Case No. 1:22-CV-00272-PLM-RMK-JTN**

**PLAINTIFFS' AND THE
COMMISSION'S JOINT MOTION FOR
LEAVE TO FILE JOINT APPENDIX**

Plaintiffs and Defendants Michigan Independent Citizens Redistricting Commission, Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in his or her official capacity as a Commissioner of the Commission (collectively, the "Commission"), in support of their Joint Motion for Leave to File a Joint Appendix in Support of Dispositive Motions, state as follows:

1.      Under the Court's Order Granting Motion to Amend the Dispositive Motion Briefing Schedule, the parties' dispositive motions are due Tuesday, May 9, 2023. (ECF No. 64, PageID.562).

2.      Pursuant to LCivR 7.1(b), absent leave of court, "the number of pages of exhibits and attachments that may be filed in support of a motion is limited to either 1) two hundred (200) pages per party, or alternatively, 2) five hundred (500) pages, provided the parties meet and confer and jointly file the agreed upon exhibits and attachments." LCivR 7.1(b) further provides that if leave is granted to exceed these limitations, "the parties will be permitted to file the record they deem appropriate with a joint appendix" that "identif[ies] the documents attached and identif[ies] the specific documents or portion thereof, that the parties believe the court should review."

3.      Counsel for the Commission and counsel for Plaintiffs have met and conferred regarding these page limitations to allow the parties to jointly file up to 500 pages of exhibits and attachments in support of each of their dispositive motions.

4.      Rather than filing two sets of exhibits of up to 500 pages in support of each dispositive motion, however, the parties propose jointly filing one Joint Appendix, containing up to 500 pages of exhibits and attachments identified by Plaintiffs and up to 500 pages of exhibits and attachments identified by the Commission, not to exceed 1,000 pages.

5.      This proposal applies only to dispositive motions to be filed by Plaintiffs and the Commission, and does not apply to any motions that may be filed by the Secretary of State. The Secretary of State takes no position as to this proposal or motion.

6.      Good cause therefore exists to permit Plaintiffs and the Commission to jointly file a Joint Appendix in support of their dispositive motions, containing up to 500 pages of exhibits and attachments identified by Plaintiffs and up to 500 pages of exhibits and attachments identified by the Commission, not to exceed 1,000 pages.

7.      Pursuant to LCivR5.7(g), a proposed order granting the relief requested herein is attached as **Exhibit A**.

WHEREFORE, the Plaintiffs and the Commission respectfully request that the Court enter an Order granting leave to permit Plaintiffs and the Commission to jointly file a Joint Appendix in support of their forthcoming dispositive motions, containing up to 500 pages of exhibits and attachments identified by Plaintiffs and up to 500 pages of exhibits and attachments identified by the Commission, not to exceed 1,000.

Dated: May 4, 2023

Respectfully submitted,

/s/ John J. Bursch (with permission)
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com

/s/ Michael J. Pattwell (with permission)
Michael J. Pattwell (P72419)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC
215 South Washington Square, Suite 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com
jfleming@clarkhill.com
abanks@clarkhill.com

*Counsel for Plaintiffs*

/s/ Heather S. Meingast (with permission)
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

*Counsel for Defendant Benson*

/s/ Nathan J. Fink
FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW,
Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Patrick T. Lewis
Key Tower, 127 Public Square,
Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

BAKER & HOSTETLER LLP
Erika Dackin Prouty
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Defendants, Michigan*

*Independent Citizens Redistricting
Commission, and Douglas Clark,
Juanita Curry, Anthony Eid, Rhonda
Lange, Steven Terry Litt, Brittni
Kellom, Cynthia Orton, M.C.
Rothhorn, Rebecca Szetela, Janice
Vallette, Erin Wagner, Richard Weiss,
and Dustin Witjes, each
in his or her official capacity as a
Commissioner of the Michigan
Independent Citizens Redistricting
Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served via electronic filing upon all counsel of record in this case.

/s/ Nathan J. Fink
Nathan J. Fink