# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR. et al., | Case No. 1:22-CV-00272-PLM-RMK-JTN |
|       Plaintiffs, | |
| v. | |
| JOCELYN BENSON, et al., | |
|       Defendants. | |

## ORDER GRANTING JOINT MOTION TO FILE JOINT APPENDIX

Pending before the Court is a joint motion by Plaintiffs and the Commission for leave to allow Plaintiffs and the Commission to jointly file a Joint Appendix in support of their dispositive motions, containing up to 500 pages of exhibits and attachments identified by Plaintiffs and up to 500 pages of exhibits and attachments identified by the Commission, not to exceed 1,000 pages. Upon due consideration of the motion by the Court, the motion is **GRANTED**.

    **IT IS SO ORDERED**.

Dated: May  5 , 2023

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge
On behalf of the Three-Judge Panel