**ATTACHMENT 1: SUMMARY CHART**

**ATTACHMENT 1: SUMMARY CHART**

| | Threshold Issues | VRA Claims | | | Racial Gerrymandering Claims | | |
|---|---|---|---|---|---|---|---|
| | | *Gingles* 1 Performance Not Met | *Gingles* 1 Numerosity Not Met | *Gingles* 2 & 3 Not Met | Political considerations predominated | No evidence of racial predominance | Narrowly tailored |
| **HD 1** | | X | | X | X | | X |
| **HD 2** | | X | X | | X | X | |
| **HD 7** | | X | | X | X | | X |
| **HD 8** | | X | | X | X | | X |
| **HD 10** | | X | | X | X | | X |
| **HD 11** | | X | | X | X | | X |
| **HD 12** | | X | | X | X | | X |
| **HD 13** | X | X | | X | X | | X |
| **HD 14** | | X | | X | X | | X |
| **HD 26** | X | X | | | X | | X |
| **SD 1** | | X | | | X | | X |
| **SD 3** | | X | | X | X | | X |
| **SD 5** | X | X | X | | X | X | |
| **SD 6** | | X | | X | X | | X |
| **SD 8** | | X | | | X | | X |
| **SD 10** | | X | | X | X | | X |
| **SD 11** | | X | X | X | X | X | |