**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DONALD AGEE, JR. et al.,

               Plaintiffs,

   v.

JOCELYN BENSON, et al.,

               Defendants.

**Case No. 1:22-CV-00272-PLM-RMK-JTN**

---

**JOINT APPENDIX: Volume IV of V (JA00570 to JA000642)**

**Table of Contents**

**Volume I**

Expert Report of Dr. Lisa Handley, CV, and Appendices .......................................JA00001

Expert Report of Maxwell Palmer, Ph.D.................................................................JA00116

Expert Report of Jonathan Rodden, Ph.D. ..............................................................JA00227

**Volume II**

Plaintiffs' Expert Report of Dr. Brad Lockerbie .....................................................JA00277

Plaintiffs' Expert Report of Sean P. Trende ............................................................JA00308

Excerpts from Trende Report Appendix C ...............................................................JA00428

**Volume III**

"The History of Discrimination in the State of Michigan and its Influence on Voting," by Bruce L. Adelson...................................................................................................JA00438

Excerpts from April 10, 2023 Deposition of Brad Lockerbie, Ph.D.........................JA00468

Excerpts from April 20, 2023 Deposition of Sean P. Trende...................................JA00482

Affidavit of Virgil K. Smith, dated March 8, 2023..................................................JA00509

Affidavit of LaMar L. Lemmons III, dated March 28, 2023 ....................................JA00521

Excerpts from Plaintiff Bennett's Objections & Responses to the Commission's First Set of Interrogatories ......................................................................................................JA00535

Excerpts from Plaintiff Black, Jr.'s Objections & Responses to the Commission's First Set of Interrogatories ......................................................................................................JA00540

Excerpts from Plaintiffs' Objections & Responses to the Commission's First Set of Requests for Admission......................................................................................................JA00545

Excerpts from *Detroit Caucus v. Independent Citizens Redistricting Commission* First Amended Verified Complaint ..................................................................................................JA00549

Excerpts from September 2, 2021 MICRC Meeting Transcript ...............................JA00563

**Volume IV**

Excerpts from the Commission's Report on 2021 Redistricting, adopted on Aug. 18, 2022 (part 1) .............................................................................................................JA00570

**Volume V**

Excerpts from the Commission's Report on 2021 Redistricting, adopted on Aug. 18, 2022 (part 2) .............................................................................................................JA00643

Michigan State University Institute for Public and Social Research Report..............JA00692

Plaintiffs' Districts Demonstrative.........................................................................JA00855

Handley Table 4 Reconfiguration Demonstrative ...................................................JA00857



# Report on 2021 Redistricting

Commission Report adopted on Aug. 18,2022



JA00570



## FOREWORD

For most of Michigan's history, redistricting was conducted by the State Legislature—a process that all too often sparked political controversy and judicial intervention when the Legislature and Governor could not agree on a plan. In response, Michigan voters approved a constitutional amendment in 2018 that created a **Michigan Independent Citizens Redistricting Commission (MICRC)** and vested it with exclusive authority to adopt new district boundaries based on census data for the Michigan Senate, Michigan House of Representatives, and U.S. House of Representatives every 10 years beginning in 2021.

The **Michigan Constitution** vests the State's redistricting process in the hands of the MICRC, led by 13 Commissioners who are selected using a process designed to provide for balanced, independent, and transparent governance. Commissioners were selected and appointed by August 2020 using the process outlined in the constitutional amendment. In order to ensure balance, under the Michigan Constitution, our 13 Commissioners are politically balanced: four members who affiliated with the Democratic party, four members who affiliated with the Republican party, and five members who were not affiliated with any political party.

Together, we completed the first open, independent and citizen-led redistricting process in Michigan history while far surpassing the MICRC's goals for public comment, public hearing attendance and news media coverage. The Michigan Constitution mandated at least 10 public hearings around the state during 2020-21. We held at least 139 public meetings, including 16 hearings prior to drafting maps, and received over 29,000 public comments.

Our mission since we began in 2020 was to lead Michigan's redistricting process to assure Michigan's Congressional, State Senate, and State House district lines were drawn fairly in a transparent manner, meeting Constitutional mandates. Our aim throughout the process was to raise public awareness of the commission, encourage citizens to participate in the map-making process, generate consistent news media coverage to inform the public and answer questions from the news media and public about the commission's work.

Without question, the MICRC's efforts to complete its responsibilities was challenged by the greatest public health crisis in more than a century caused by the devastating spread of the COVID-19 pandemic. The Michigan census data the commission anticipated using in early 2021 was not provided by the U.S. Census Bureau until late September due to COVID-related delays. While the lack of timely census data did not ultimately impede the commission from faithfully serving the people of Michigan, it did contribute to the MICRC's final maps not being approved until Dec. 28.

Despite these challenges, the MICRC fulfilled its constitutional mandate. We met or surpassed every metric of public observation and participation. From September 17, 2020, through May 6, 2021, before map drawing began we held 35 public meetings to address preliminary matters like hiring staff, procurement activities, and adoption of procedures. While the Michigan Constitution required the Commission to hold ten public hearings before drafting any maps, we held sixteen. After the release of 2020 census data by the U.S. Census Bureau, we created draft proposed maps. At this stage, we held 38 more public meetings, including five public hearings, throughout the state.

After winnowing the list of draft proposed U.S. House of Representatives, Michigan House of Representatives, and Michigan Senate plans to 15 plans, we published those proposed plans, accepted more feedback, and held an additional four meetings before adopting, at our December 28, 2021, meeting, new redistricting plans. As the Constitution requires, each plan was adopted by the vote of at

1



least two Commissioners affiliated with the two major parties and two Commissioners affiliated with no party.

Getting public input and promoting transparency in the MICRC process was of the utmost importance so that the public had confidence in our work as well as the work of future Michigan redistricting commissions. Holding dozens of meetings in every region of the state throughout 2020-21 was instrumental to the MICRC's ability to gain knowledge and insights from the public, allowing the MICRC to then systematically go through and make the changes that we needed to comply with the seven ranked redistricting criteria, which include compliance with the Voting Rights Act and partisan fairness.

Planning and research was fundamental to the MICRC's work. The MICRC consulted with leaders of redistricting commissions from California and Arizona, the first and second states in the nation, respectively, to approve similar commissions, respectively. We heard from experts with the University of Michigan and Michigan State University. We received feedback on our proposed maps from dozens of organizations that helped shape our decisions.

"Redistricting is never easy," as the U.S. Supreme Court stated in *Abbott v. Perez*. This process has proved that although redistricting presents unique challenges, the MICRC has been successful in collaboratively overcoming those challenges. The adopted redistricting plan with new legislative boundaries will be used for the 2022 primary and general elections.

The MICRC is proud of what we achieved. We are not alone in that belief.

The Princeton Gerrymandering Project, a nonpartisan research group that analyzes redistricting with the aim of eliminating partisan gerrymandering across the country, graded the MICRC's congressional map with an overall score of "A" and a "B" for the state House and Senate maps, saying "compared to a lot of maps across the country, they did very well."

As one New York newspaper editorial observed after the MICRC's landmark maps were announced: "The state of Michigan has just done something almost miraculous in this time of political acrimony – and something every citizen in America should want their state to do: It has done away, as much as possible, with political gerrymandering and taken a giant leap toward guaranteeing fair state and federal representation."

Equally important, the MICRC commissioned the Glengariff Group, Inc. to conduct two pre- and post-campaign statewide surveys of Michigan voters. The benchmarking survey was conducted March 27-31, 2021. The post-survey was a 600 sample, live operator telephone survey conducted on Feb. 11-14, 2022 and has a margin of error of +/-4.0% with a 95% level of confidence.

Key results from the post-campaign public opinion survey show:
- Most impressively, at the conclusion of the survey, all voters were asked if Michigan should continue to allow the Michigan Independent Citizens' Redistricting Commission to redraw the state's maps or should Michigan go back to allowing elected representatives that have control in the State Legislature to redraw the maps. ***By an overwhelming margin of 65.5% to 10.1%, Michigan voters say the state should continue with the redistricting commission moving forward.***
- Voters were asked if Michigan citizens did or did not have a greater role in deciding how new districts would be drawn. By a margin of 45.0%-22.1%, voters aware of the MICRC's work believe Michigan citizens did have a great role.

2



- Voters were asked if the Commission succeeded or failed in giving Michigan citizens a greater role than politicians in designing new districts. By a margin of 49.6%-22.1%, voters aware of the MICRC's work said the MICRC succeeded in giving Michigan citizens a greater role.

We believe our democracy is stronger thanks to Michigan citizens' engagement, leadership and vision for a fair, inclusive and transparent process that puts voters above politics and hopefully ensures gerrymandering in Michigan is done once and for all.

3



## **PURPOSE STATEMENT**

This report fulfills the MICRC's requirement enumerated as follows in the Michigan Constitution:

> *"(16) For each adopted plan, the commission shall issue a report that explains the basis on which the commission made its decisions in achieving compliance with plan requirements and shall include the map and legal description required in part (9) of this section. A commissioner who votes against a redistricting plan may submit a dissenting report which shall be issued with the commission's report."*

The seven ranked, constitutionally mandated criteria below were used to draw new district boundaries for the state's Congressional, State Senate and State House districts:

> *"(a) Districts shall be of equal population as mandated by the United States constitution, and shall comply with the voting rights act and other federal laws.*
>
> *(b) Districts shall be geographically contiguous. Island areas are considered to be contiguous by land to the county of which they are a part.*
>
> *(c) Districts shall reflect the state's diverse population and communities of interest. Communities of interest may include, but shall not be limited to, populations that share cultural or historical characteristics or economic interests. Communities of interest do not include relationships with political parties, incumbents, or political candidates.*
>
> *(d) Districts shall not provide a disproportionate advantage to any political party. A disproportionate advantage to a political party shall be determined using accepted measures of partisan fairness.*
>
> *(e) Districts shall not favor or disfavor an incumbent elected official or a candidate.*
>
> *(f) Districts shall reflect consideration of county, city, and township boundaries.*
>
> *(g) Districts shall be reasonably compact."*

4



# Michigan State Senate Districts

The Michigan Independent Citizen's Redistricting Commission approved the following map and district boundaries for the 38 state senate districts.

## Legal Description & Interactive Map





## METRO DETROIT





## POPULATION

*"(a) Districts shall be of equal population as mandated by the United States constitution, and shall comply with the voting rights act and other federal laws."*

The Michigan Independent Citizens Redistricting Commission sought and relied on legal counsel and expert advice in order to draw plans that complied with the requirements of the United States constitution, the Voting Rights Act and other federal laws. Material reflecting that counsel and advice is accessible on the Commission's website.

### Meeting Notices & Materials

### Meeting Notices & Materials Archives

### Mapping Data

**State Senate District Map**                                                      23



| DISTRICT | Total Population | | | | Racial Demographics as Percent of Total Population | | | | | Voting Age Population | | Racial Demographics as Percent of Voting Population | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Persons | Target | Dev. | Difference | NH White | NH Black | NH Asian | Hispanic | Minority | VAP | % of Total | NH White | NH Black | NH Asian | Hispanic | Minority |
| 1 | 270,366 | 265,193 | 1.95%✓ | 5,173 | 38.73% | 34.78% | 0.85% | 19.30% | 61.27% | 201,593 | 74.6% | 42.88% | 35.03% | 0.93% | 16.83% | 57.12% |
| 2 | 260,296 | 265,193 | -1.85%✓ | -4,897 | 61.33% | 24.66% | 1.60% | 8.81% | 38.67% | 188,578 | 72.4% | 61.85% | 24.47% | 1.83% | 7.88% | 38.15% |
| 3 | 268,291 | 265,193 | 1.17%✓ | 3,098 | 39.96% | 42.25% | 2.40% | 12.24% | 60.04% | 212,874 | 79.3% | 41.95% | 42.09% | 2.19% | 9.46% | 58.05% |
| 4 | 259,877 | 265,193 | -2.00%✓ | -5,316 | 74.98% | 14.56% | 2.25% | 6.09% | 25.02% | 214,717 | 82.6% | 74.71% | 13.32% | 2.14% | 4.98% | 25.29% |
| 5 | 260,723 | 265,193 | -1.69%✓ | -4,470 | 62.23% | 19.28% | 9.16% | 3.96% | 37.77% | 205,113 | 78.7% | 65.09% | 18.25% | 8.86% | 3.42% | 34.91% |
| 6 | 269,435 | 265,193 | 1.60%✓ | 4,242 | 44.15% | 39.61% | 5.40% | 2.93% | 55.85% | 205,711 | 76.3% | 48.95% | 39.15% | 5.55% | 2.60% | 51.05% |
| 7 | 258,715 | 265,193 | -2.44%✓ | -6,478 | 39.05% | 45.54% | 4.57% | 7.55% | 60.95% | 208,010 | 80.4% | 40.54% | 44.78% | 4.71% | 6.20% | 59.46% |
| 8 | 267,500 | 265,193 | 0.87%✓ | 2,307 | 47.83% | 40.57% | 1.66% | 2.48% | 52.17% | 206,961 | 77.4% | 52.04% | 40.25% | 1.85% | 2.28% | 47.96% |
| 9 | 260,091 | 265,193 | -1.92%✓ | -5,102 | 71.32% | 4.34% | 17.23% | 3.75% | 28.68% | 206,406 | 79.4% | 73.16% | 4.24% | 16.23% | 3.18% | 26.84% |
| 10 | 260,891 | 265,193 | -1.62%✓ | -4,302 | 47.66% | 44.75% | 4.16% | 2.22% | 52.34% | 207,211 | 79.4% | 50.14% | 40.43% | 3.95% | 1.90% | 49.86% |
| 11 | 267,881 | 265,193 | 1.01%✓ | 2,688 | 66.85% | 20.46% | 2.30% | 2.76% | 33.15% | 204,523 | 76.3% | 72.05% | 19.19% | 2.35% | 2.38% | 27.95% |
| 12 | 270,210 | 265,193 | 1.89%✓ | 5,017 | 75.00% | 12.13% | 1.16% | 2.78% | 25.00% | 207,870 | 76.9% | 81.01% | 11.52% | 1.29% | 2.34% | 18.99% |
| 13 | 258,822 | 265,193 | -2.40%✓ | -6,371 | 73.56% | 8.54% | 13.82% | 3.34% | 26.44% | 213,186 | 82.4% | 73.47% | 8.19% | 12.43% | 2.77% | 26.53% |
| 14 | 262,085 | 265,193 | -1.17%✓ | -3,108 | 82.27% | 6.31% | 5.30% | 4.33% | 17.73% | 218,191 | 83.3% | 80.82% | 5.96% | 5.36% | 3.37% | 19.18% |
| 15 | 260,766 | 265,193 | -1.67%✓ | -4,427 | 68.07% | 14.59% | 8.11% | 6.21% | 31.93% | 221,289 | 84.9% | 68.01% | 13.28% | 8.09% | 5.32% | 31.99% |
| 16 | 262,182 | 265,193 | -1.14%✓ | -3,011 | 89.48% | 2.47% | 0.56% | 5.30% | 10.52% | 213,755 | 81.5% | 88.39% | 2.36% | 0.57% | 4.46% | 11.61% |
| 17 | 266,557 | 265,193 | 0.51%✓ | 1,364 | 84.35% | 4.39% | 0.97% | 6.06% | 15.65% | 209,069 | 78.4% | 85.38% | 4.32% | 1.02% | 4.72% | 14.62% |
| 18 | 268,135 | 265,193 | 1.11%✓ | 2,942 | 83.41% | 4.92% | 1.70% | 4.49% | 16.59% | 205,401 | 76.6% | 85.77% | 4.66% | 1.56% | 3.62% | 14.23% |
| 19 | 262,619 | 265,193 | -0.97%✓ | -2,574 | 76.77% | 11.36% | 2.70% | 5.88% | 23.23% | 211,508 | 80.5% | 77.49% | 10.03% | 2.71% | 4.80% | 22.51% |
| 20 | 262,284 | 265,193 | -1.10%✓ | -2,909 | 75.11% | 9.05% | 2.03% | 8.53% | 24.89% | 200,292 | 76.4% | 78.64% | 8.34% | 1.95% | 6.73% | 21.36% |
| 21 | 271,390 | 265,193 | 2.34%✓ | 6,197 | 68.10% | 11.61% | 2.75% | 8.46% | 31.90% | 205,416 | 75.7% | 73.70% | 11.23% | 2.77% | 7.38% | 26.30% |
| 22 | 264,573 | 265,193 | -0.23%✓ | -620 | 89.50% | 0.65% | 0.78% | 2.86% | 10.50% | 204,483 | 77.3% | 92.17% | 0.65% | 0.83% | 2.37% | 7.83% |
| 23 | 263,780 | 265,193 | -0.53%✓ | -1,413 | 85.17% | 3.66% | 2.70% | 5.03% | 14.83% | 211,880 | 80.3% | 85.65% | 3.52% | 2.62% | 4.05% | 14.35% |
| 24 | 271,211 | 265,193 | 2.27%✓ | 6,018 | 83.91% | 1.69% | 2.41% | 3.77% | 16.09% | 203,066 | 74.9% | 89.06% | 1.70% | 2.44% | 3.24% | 10.94% |
| 25 | 264,345 | 265,193 | -0.32%✓ | -848 | 89.17% | 2.24% | 0.45% | 3.64% | 10.83% | 209,073 | 79.1% | 90.82% | 2.19% | 0.46% | 2.94% | 9.18% |
| 26 | 266,938 | 265,193 | 0.66%✓ | 1,745 | 84.87% | 3.15% | 0.42% | 4.46% | 15.13% | 206,886 | 77.5% | 88.51% | 3.13% | 0.44% | 3.71% | 11.49% |
| 27 | 269,043 | 265,193 | 1.45%✓ | 3,850 | 57.85% | 27.73% | 1.22% | 4.07% | 42.15% | 200,250 | 74.4% | 63.00% | 27.27% | 1.32% | 3.66% | 37.00% |
| 28 | 265,180 | 265,193 | 0.00%✓ | -13 | 78.73% | 4.65% | 5.09% | 5.07% | 21.27% | 210,771 | 79.5% | 81.43% | 4.84% | 5.29% | 4.38% | 18.57% |
| 29 | 263,566 | 265,193 | -0.61%✓ | -1,627 | 55.33% | 16.51% | 4.61% | 18.56% | 44.67% | 200,247 | 76.0% | 60.57% | 15.37% | 4.63% | 15.50% | 39.43% |
| 30 | 264,560 | 265,193 | -0.24%✓ | -633 | 81.65% | 5.68% | 2.38% | 7.62% | 18.35% | 212,420 | 80.3% | 82.52% | 5.06% | 2.30% | 6.18% | 17.48% |
| 31 | 267,918 | 265,193 | 1.03%✓ | 2,725 | 79.46% | 1.56% | 2.85% | 10.84% | 20.54% | 200,843 | 75.0% | 83.32% | 1.41% | 2.92% | 9.22% | 16.68% |
| 32 | 270,401 | 265,193 | 1.96%✓ | 5,208 | 75.58% | 9.07% | 0.52% | 6.01% | 24.42% | 205,945 | 76.2% | 80.98% | 8.80% | 0.55% | 4.92% | 19.02% |
| 33 | 267,378 | 265,193 | 0.82%✓ | 2,185 | 87.59% | 2.51% | 0.43% | 5.12% | 12.41% | 207,138 | 77.5% | 88.65% | 2.99% | 0.43% | 4.33% | 11.35% |
| 34 | 261,805 | 265,193 | -1.28%✓ | -3,388 | 90.54% | 2.22% | 0.72% | 3.76% | 9.46% | 213,991 | 81.7% | 89.33% | 2.34% | 0.72% | 3.01% | 10.67% |
| 35 | 268,708 | 265,193 | 1.33%✓ | 3,515 | 74.07% | 12.21% | 1.54% | 7.75% | 25.93% | 211,487 | 78.7% | 76.93% | 11.30% | 1.55% | 6.32% | 23.07% |
| 36 | 270,486 | 265,193 | 2.00%✓ | 5,293 | 92.65% | 0.35% | 0.36% | 2.03% | 7.35% | 220,106 | 81.4% | 93.79% | 0.30% | 0.37% | 1.55% | 6.21% |
| 37 | 261,707 | 265,193 | -1.31%✓ | -3,486 | 87.54% | 0.73% | 1.70% | 2.45% | 12.46% | 213,146 | 81.4% | 89.30% | 0.75% | 0.57% | 1.95% | 10.70% |
| 38 | 266,616 | 265,193 | 0.54%✓ | 1,423 | 88.14% | 1.65% | 0.69% | 1.74% | 11.86% | 217,404 | 81.5% | 89.52% | 1.90% | 0.72% | 1.43% | 10.48% |

Assigned 10077331
Total Pop 10077331
Unassigned 0

**State Senate District Map**



# PARTISAN FAIRNESS

*(d) Districts shall not provide a disproportionate advantage to any political party. A disproportionate advantage to a political party shall be determined using accepted measures of partisan fairness.*

The Michigan Independent Citizen's Redistricting Commission evaluated partisan fairness using four mathematical models. The adopted map did not provide 'disproportionate advantage' to any political party under any of the models used to measure partisan fairness.

## Lopsided Margins

| Average Winning Margin | Dem | 63.2% |
|---|---|---|
| | Rep | 58.7% |

| Finding | |
|---|---|
| Rep | Districts have a lopsided margin advantage of **4.5%** |

| DISTRICT | Dem | Rep | Total Votes | Dem | Rep | Dem | Rep |
|---|---|---|---|---|---|---|---|
| | **Party** | | | **Percent Votes** | | **Party Wins** | |
| 1 | 851,070 | 292,452 | 1,143,522 | 74.4% | 25.6% | 74.4% | |
| 2 | 755,866 | 262,569 | 1,018,435 | 74.2% | 25.8% | 74.2% | |
| 3 | 946,197 | 224,423 | 1,170,620 | 80.8% | 19.2% | 80.8% | |
| 4 | 828,426 | 653,023 | 1,481,449 | 55.9% | 44.1% | 55.9% | |
| 5 | 851,926 | 556,975 | 1,408,901 | 60.5% | 39.5% | 60.5% | |
| 6 | 1,016,114 | 469,106 | 1,485,220 | 68.4% | 31.6% | 68.4% | |
| 7 | 1,132,528 | 418,860 | 1,551,388 | 73.0% | 27.0% | 73.0% | |
| 8 | 1,251,274 | 394,020 | 1,645,294 | 76.1% | 23.9% | 76.1% | |
| 9 | 705,117 | 777,377 | 1,482,494 | 47.6% | 52.4% | | 52.4% |
| 10 | 914,105 | 420,349 | 1,334,454 | 68.5% | 31.5% | 68.5% | |
| 11 | 770,214 | 657,708 | 1,427,922 | 53.9% | 46.1% | 53.9% | |
| 12 | 802,043 | 830,837 | 1,632,880 | 49.1% | 50.9% | | 50.9% |
| 13 | 938,950 | 814,031 | 1,752,981 | 53.6% | 46.4% | 53.6% | |
| 14 | 860,212 | 701,929 | 1,562,141 | 55.1% | 44.9% | 55.1% | |
| 15 | 1,087,019 | 448,037 | 1,535,056 | 70.8% | 29.2% | 70.8% | |
| 16 | 605,886 | 839,809 | 1,445,695 | 41.9% | 58.1% | | 58.1% |
| 17 | 503,371 | 806,208 | 1,309,579 | 38.4% | 61.6% | | 61.6% |
| 18 | 577,925 | 855,830 | 1,433,755 | 40.3% | 59.7% | | 59.7% |
| 19 | 857,354 | 656,945 | 1,514,299 | 56.6% | 43.4% | 56.6% | |
| 20 | 580,817 | 834,128 | 1,414,945 | 41.0% | 59.0% | | 59.0% |
| 21 | 873,298 | 623,609 | 1,496,907 | 58.3% | 41.7% | 58.3% | |
| 22 | 632,830 | 1,012,216 | 1,645,046 | 38.5% | 61.5% | | 61.5% |
| 23 | 678,270 | 941,820 | 1,620,090 | 41.9% | 58.1% | | 58.1% |
| 24 | 591,273 | 1,021,738 | 1,613,011 | 36.7% | 63.3% | | 63.3% |
| 25 | 570,630 | 894,868 | 1,465,498 | 38.9% | 61.1% | | 61.1% |
| 26 | 694,054 | 861,687 | 1,555,741 | 44.6% | 55.4% | | 55.4% |
| 27 | 948,759 | 485,590 | 1,434,349 | 66.1% | 33.9% | 66.1% | |
| 28 | 822,315 | 659,345 | 1,481,660 | 55.5% | 44.5% | 55.5% | |
| 29 | 742,769 | 530,176 | 1,272,945 | 58.4% | 41.6% | 58.4% | |
| 30 | 705,493 | 818,997 | 1,524,490 | 46.3% | 53.7% | | 53.7% |
| 31 | 532,144 | 1,009,913 | 1,542,057 | 34.5% | 65.5% | | 65.5% |
| 32 | 717,007 | 710,001 | 1,427,008 | 50.2% | 49.8% | 50.2% | |
| 33 | 494,983 | 873,196 | 1,368,179 | 36.2% | 63.8% | | 63.8% |
| 34 | 569,367 | 802,097 | 1,371,464 | 41.5% | 58.5% | | 58.5% |
| 35 | 832,714 | 734,835 | 1,567,549 | 53.1% | 46.9% | 53.1% | |
| 36 | 618,130 | 1,010,985 | 1,629,115 | 37.9% | 62.1% | | 62.1% |
| 37 | 736,347 | 969,123 | 1,705,470 | 43.2% | 56.8% | | 56.8% |
| 38 | 691,811 | 823,414 | 1,515,225 | 45.7% | 54.3% | | 54.3% |

**State Senate District Map**

26



## Lopsided Margins





**State Senate District Map**                                              27



## Mean-Median Difference

| District Median Percentage | Dem | 51.7% |
|---|---|---|
| | Rep | 48.3% |
| Statewide mean percentage | Dem | 52.8% |
| | Rep | 47.2% |
| Mean-Median Difference | Dem | 1.2% |
| | Rep | -1.2% |

| Findings | |
|---|---|
| Rep | Districts have a mean-median advantage of **1.2%** |

| | Party | |
|---|---|---|
| DISTRICT | Dem | Rep |
| 1 | 74.4% | 25.6% |
| 2 | 74.2% | 25.8% |
| 3 | 80.8% | 19.2% |
| 4 | 55.9% | 44.1% |
| 5 | 60.5% | 39.5% |
| 6 | 68.4% | 31.6% |
| 7 | 73.0% | 27.0% |
| 8 | 76.1% | 23.9% |
| 9 | 47.6% | 52.4% |
| 10 | 68.5% | 31.5% |
| 11 | 53.9% | 46.1% |
| 12 | 49.1% | 50.9% |
| 13 | 53.6% | 46.4% |
| 14 | 55.1% | 44.9% |
| 15 | 70.8% | 29.2% |
| 16 | 41.9% | 58.1% |
| 17 | 38.4% | 61.6% |
| 18 | 40.3% | 59.7% |
| 19 | 56.6% | 43.4% |
| 20 | 41.0% | 59.0% |
| 21 | 58.3% | 41.7% |
| 22 | 38.5% | 61.5% |
| 23 | 41.9% | 58.1% |
| 24 | 36.7% | 63.3% |
| 25 | 38.9% | 61.1% |
| 26 | 44.6% | 55.4% |
| 27 | 66.1% | 33.9% |
| 28 | 55.5% | 44.5% |
| 29 | 58.4% | 41.6% |
| 30 | 46.3% | 53.7% |
| 31 | 34.5% | 65.5% |
| 32 | 50.2% | 49.8% |
| 33 | 36.2% | 63.8% |
| 34 | 41.5% | 58.5% |
| 35 | 53.1% | 46.9% |
| 36 | 37.9% | 62.1% |
| 37 | 43.2% | 56.8% |
| 38 | 45.7% | 54.3% |



## Efficiency Gap

| Statewide % Wasted Votes | | Total Wasted Votes | % Wasted Votes of Total Votes |
|---|---|---|---|
| | Dem | 14,932,558 | 26.67% |
| | Rep | 13,060,859 | 23.33% |

| Finding | |
|---|---|
| Rep | Candidates have an efficiency gap advantage of **3.3%** |

| DISTRICT | Dem | Rep | Total Votes | Dem | Rep | Minimum to win | Dem | Rep | Dem | Rep |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 851,070 | 292,452 | 1,143,522 | 0 | 292,452 | 571,761 | 279,309 | 0 | 279,309 | 292,452 |
| 2 | 755,866 | 262,569 | 1,018,435 | 0 | 262,569 | 509,218 | 246,649 | 0 | 246,649 | 262,569 |
| 3 | 946,197 | 224,423 | 1,170,620 | 0 | 224,423 | 585,310 | 360,887 | 0 | 360,887 | 224,423 |
| 4 | 828,426 | 653,023 | 1,481,449 | 0 | 653,023 | 740,725 | 87,702 | 0 | 87,702 | 653,023 |
| 5 | 851,926 | 556,975 | 1,408,901 | 0 | 556,975 | 704,451 | 147,476 | 0 | 147,476 | 556,975 |
| 6 | 1,016,114 | 469,106 | 1,485,220 | 0 | 469,106 | 742,610 | 273,504 | 0 | 273,504 | 469,106 |
| 7 | 1,132,528 | 418,860 | 1,551,388 | 0 | 418,860 | 775,694 | 356,834 | 0 | 356,834 | 418,860 |
| 8 | 1,251,274 | 394,020 | 1,645,294 | 0 | 394,020 | 822,647 | 428,627 | 0 | 428,627 | 394,020 |
| 9 | 705,117 | 777,377 | 1,482,494 | 705,117 | 0 | 741,247 | 0 | 36,130 | 705,117 | 36,130 |
| 10 | 914,105 | 420,349 | 1,334,454 | 0 | 420,349 | 667,227 | 246,878 | 0 | 246,878 | 420,349 |
| 11 | 770,214 | 657,708 | 1,427,922 | 0 | 657,708 | 713,961 | 56,253 | 0 | 56,253 | 657,708 |
| 12 | 802,043 | 830,837 | 1,632,880 | 802,043 | 0 | 816,440 | 0 | 14,397 | 802,043 | 14,397 |
| 13 | 938,950 | 814,031 | 1,752,981 | 0 | 814,031 | 876,491 | 62,460 | 0 | 62,460 | 814,031 |
| 14 | 860,212 | 701,929 | 1,562,141 | 0 | 701,929 | 781,071 | 79,142 | 0 | 79,142 | 701,929 |
| 15 | 1,087,019 | 448,037 | 1,535,056 | 0 | 448,037 | 767,528 | 319,491 | 0 | 319,491 | 448,037 |
| 16 | 605,886 | 839,809 | 1,445,695 | 605,886 | 0 | 722,848 | 0 | 116,962 | 605,886 | 116,962 |
| 17 | 503,371 | 806,208 | 1,309,579 | 503,371 | 0 | 654,790 | 0 | 151,419 | 503,371 | 151,419 |
| 18 | 577,925 | 855,830 | 1,433,755 | 577,925 | 0 | 716,878 | 0 | 138,953 | 577,925 | 138,953 |
| 19 | 857,354 | 656,945 | 1,514,299 | 0 | 656,945 | 757,150 | 100,205 | 0 | 100,205 | 656,945 |

**State Senate District Map**

JA00582



## Efficiency Gap

| DISTRICT | Party | | Total Votes | Lost Votes | | Minimum to win | Surplus Votes | | Total Wasted Votes | |
| | Dem | Rep | | Dem | Rep | | Dem | Rep | Dem | Rep |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 873,298 | 623,609 | 1,496,907 | 0 | 623,609 | 748,454 | 124,845 | 0 | 124,845 | 623,609 |
| 22 | 632,830 | 1,012,216 | 1,645,046 | 632,830 | 0 | 822,523 | 0 | 189,693 | 632,830 | 189,693 |
| 23 | 678,270 | 941,820 | 1,620,090 | 678,270 | 0 | 810,045 | 0 | 131,775 | 678,270 | 131,775 |
| 24 | 591,273 | 1,021,738 | 1,613,011 | 591,273 | 0 | 806,506 | 0 | 215,233 | 591,273 | 215,233 |
| 25 | 570,630 | 894,868 | 1,465,498 | 570,630 | 0 | 732,749 | 0 | 162,119 | 570,630 | 162,119 |
| 26 | 694,054 | 861,687 | 1,555,741 | 694,054 | 0 | 777,871 | 0 | 83,817 | 694,054 | 83,817 |
| 27 | 948,759 | 485,590 | 1,434,349 | 0 | 485,590 | 717,175 | 231,585 | 0 | 231,585 | 485,590 |
| 28 | 822,315 | 659,345 | 1,481,660 | 0 | 659,345 | 740,830 | 81,485 | 0 | 81,485 | 659,345 |
| 29 | 742,769 | 530,176 | 1,272,945 | 0 | 530,176 | 636,473 | 106,297 | 0 | 106,297 | 530,176 |
| 30 | 705,493 | 818,997 | 1,524,490 | 705,493 | 0 | 762,245 | 0 | 56,752 | 705,493 | 56,752 |
| 31 | 532,144 | 1,009,913 | 1,542,057 | 532,144 | 0 | 771,029 | 0 | 238,885 | 532,144 | 238,885 |
| 32 | 717,007 | 710,001 | 1,427,008 | 0 | 710,001 | 713,504 | 3,503 | 0 | 3,503 | 710,001 |
| 33 | 494,983 | 873,196 | 1,368,179 | 494,983 | 0 | 684,090 | 0 | 189,107 | 494,983 | 189,107 |
| 34 | 569,367 | 802,097 | 1,371,464 | 569,367 | 0 | 685,732 | 0 | 116,365 | 569,367 | 116,365 |
| 35 | 832,714 | 734,835 | 1,567,549 | 0 | 734,835 | 783,775 | 48,940 | 0 | 48,940 | 734,835 |
| 36 | 618,130 | 1,010,985 | 1,629,115 | 618,130 | 0 | 814,558 | 0 | 196,428 | 618,130 | 196,428 |
| 37 | 736,347 | 969,123 | 1,705,470 | 736,347 | 0 | 852,735 | 0 | 116,388 | 736,347 | 116,388 |
| 38 | 691,811 | 823,414 | 1,515,225 | 691,811 | 0 | 757,613 | 0 | 65,802 | 691,811 | 65,802 |

**State Senate District Map**



## Seats to Votes Ratio

|       | Vote Share | Count of Seats | Seat Share | Proportionality Bias |
|-------|------------|----------------|------------|----------------------|
| Dem   | 52.3%      | 20             | 52.6%      | 0.3%                 |
| Rep   | 47.7%      | 18             | 47.4%      | -0.3%                |

| DISTRICT | Composite Score | | | |
|----------|-----------|-------|-----------|-------|
|          | Dem       | Dem % | Rep       | Rep % |
| 1        | 851,070   | 74.4% | 292,452   | 25.6% |
| 2        | 755,866   | 74.2% | 262,569   | 25.8% |
| 3        | 946,197   | 80.8% | 224,423   | 19.2% |
| 4        | 828,426   | 55.9% | 653,023   | 44.1% |
| 5        | 851,926   | 60.5% | 556,975   | 39.5% |
| 6        | 1,016,114 | 68.4% | 469,106   | 31.6% |
| 7        | 1,132,528 | 73.0% | 418,860   | 27.0% |
| 8        | 1,251,274 | 76.1% | 394,020   | 23.9% |
| 9        | 705,117   | 47.6% | 777,377   | 52.4% |
| 10       | 914,105   | 68.5% | 420,349   | 31.5% |
| 11       | 770,214   | 53.9% | 657,708   | 46.1% |
| 12       | 802,043   | 49.1% | 830,837   | 50.9% |
| 13       | 938,950   | 53.6% | 814,031   | 46.4% |
| 14       | 860,212   | 55.1% | 701,929   | 44.9% |
| 15       | 1,087,019 | 70.8% | 448,037   | 29.2% |
| 16       | 605,886   | 41.9% | 839,809   | 58.1% |
| 17       | 503,371   | 38.4% | 806,208   | 61.6% |
| 18       | 577,925   | 40.3% | 855,830   | 59.7% |
| 19       | 857,354   | 56.6% | 656,945   | 43.4% |
| 20       | 580,817   | 41.0% | 834,128   | 59.0% |
| 21       | 873,298   | 58.3% | 623,609   | 41.7% |
| 22       | 632,830   | 38.5% | 1,012,216 | 61.5% |
| 23       | 678,270   | 41.9% | 941,820   | 58.1% |
| 24       | 591,273   | 36.7% | 1,021,738 | 63.3% |
| 25       | 570,630   | 38.9% | 894,868   | 61.1% |
| 26       | 694,054   | 44.6% | 861,687   | 55.4% |
| 27       | 948,759   | 66.1% | 485,590   | 33.9% |
| 28       | 822,315   | 55.5% | 659,345   | 44.5% |
| 29       | 742,769   | 58.4% | 530,176   | 41.6% |
| 30       | 705,493   | 46.3% | 818,997   | 53.7% |
| 31       | 532,144   | 34.5% | 1,009,913 | 65.5% |
| 32       | 717,007   | 50.2% | 710,001   | 49.8% |
| 33       | 494,983   | 36.2% | 873,196   | 63.8% |
| 34       | 569,367   | 41.5% | 802,097   | 58.5% |
| 35       | 832,714   | 53.1% | 734,835   | 46.9% |
| 36       | 618,130   | 37.9% | 1,010,985 | 62.1% |
| 37       | 736,347   | 43.2% | 969,123   | 56.8% |
| 38       | 691,811   | 45.7% | 823,414   | 54.3% |

**State Senate District Map**



# Michigan State House Districts

The Michigan Independent Citizen's Redistricting Commission approved the following map and district boundaries for the 110 state house districts.

## Legal Description & Interactive Map





## METRO DETROIT





## GREATER GRAND RAPIDS





## POPULATION

*"(a) Districts shall be of equal population as mandated by the United States constitution, and shall comply with the voting rights act and other federal laws."*

The Michigan Independent Citizens Redistricting Commission sought and relied on legal counsel and expert advice in order to draw plans that complied with the requirements of the United States constitution, the Voting Rights Act and other federal laws. Material reflecting that counsel and advice is accessible on the Commission's website.

**Meeting Notices & Materials**

**Meeting Notices & Materials Archives**

**Mapping Data**

**State House District Map**                                                                 40



## POPULATION

| DISTRICT | All Person | Target | Dev. | Difference | NH White | NH Black | NH Asian | Hispanic | Minority | VAP | % of Total | NH White | NH Black | NH Asian | Hispanic | Minority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Total Population** | | | | **Racial Demographics as Percent of Total Population** | | | | | **Voting Age Population** | | **Racial Demographics as Percent of Voting Population** | | | | |
| 1 | 91,856 | 91,612 | 0.27%✓ | 244 | 16.79% | 35.26% | 0.33% | 43.92% | 83.21% | 65,520 | 71.3% | 18.67% | 38.03% | 0.38% | 39.49% | 81.33% |
| 2 | 89,622 | 91,612 | -2.17%✓ | -1,990 | 63.27% | 11.54% | 1.13% | 18.58% | 36.73% | 69,719 | 77.8% | 67.61% | 11.04% | 1.21% | 15.61% | 32.39% |
| 3 | 93,531 | 91,612 | 2.09%✓ | 1,919 | 51.18% | 33.31% | 2.34% | 8.21% | 48.82% | 66,030 | 70.6% | 52.34% | 32.82% | 2.77% | 7.64% | 47.66% |
| 4 | 90,903 | 91,612 | -0.77%✓ | -709 | 41.08% | 52.65% | 0.47% | 1.72% | 58.92% | 64,833 | 71.3% | 38.61% | 55.60% | 0.50% | 1.61% | 61.39% |
| 5 | 92,744 | 91,612 | 1.24%✓ | 1,132 | 36.68% | 55.87% | 1.53% | 1.96% | 63.32% | 71,629 | 77.2% | 38.11% | 55.31% | 1.55% | 1.70% | 61.89% |
| 6 | 93,629 | 91,612 | 2.20%✓ | 2,017 | 36.10% | 56.66% | 1.15% | 2.03% | 63.90% | 73,324 | 78.3% | 38.54% | 54.93% | 1.31% | 1.79% | 61.46% |
| 7 | 92,948 | 91,612 | 1.46%✓ | 1,336 | 44.28% | 46.93% | 1.51% | 2.80% | 55.72% | 75,856 | 81.6% | 47.68% | 44.29% | 1.71% | 2.52% | 52.32% |
| 8 | 92,670 | 91,612 | 1.15%✓ | 1,058 | 41.68% | 45.73% | 4.16% | 2.96% | 58.32% | 76,299 | 82.3% | 44.50% | 43.70% | 4.57% | 2.61% | 55.50% |
| 9 | 90,818 | 91,612 | -0.87%✓ | -794 | 28.46% | 50.05% | 15.19% | 1.57% | 71.54% | 66,200 | 72.9% | 28.03% | 51.65% | 14.68% | 1.48% | 71.97% |
| 10 | 90,534 | 91,612 | -1.18%✓ | -1,078 | 53.11% | 38.14% | 2.08% | 2.77% | 46.89% | 74,475 | 82.3% | 53.31% | 38.79% | 2.32% | 2.35% | 46.69% |
| 11 | 91,145 | 91,612 | -0.51%✓ | -467 | 46.16% | 46.82% | 0.80% | 2.19% | 53.84% | 70,700 | 77.6% | 51.18% | 42.82% | 0.93% | 1.82% | 48.82% |
| 12 | 90,630 | 91,612 | -1.07%✓ | -982 | 45.97% | 44.46% | 1.33% | 2.45% | 54.03% | 68,955 | 76.1% | 51.03% | 40.99% | 1.28% | 2.08% | 48.97% |
| 13 | 90,393 | 91,612 | -1.33%✓ | -1,219 | 47.56% | 41.39% | 4.11% | 2.17% | 52.44% | 69,812 | 77.2% | 52.03% | 38.36% | 3.91% | 1.89% | 47.97% |
| 14 | 90,555 | 91,612 | -1.15%✓ | -1,057 | 38.99% | 43.39% | 10.11% | 2.45% | 61.01% | 69,140 | 76.4% | 43.17% | 41.11% | 9.31% | 2.14% | 56.83% |
| 15 | 92,301 | 91,612 | 0.75%✓ | 689 | 80.88% | 7.49% | 1.72% | 5.23% | 19.12% | 69,652 | 75.5% | 82.15% | 7.18% | 1.87% | 4.70% | 17.85% |
| 16 | 93,035 | 91,612 | 1.55%✓ | 1,423 | 34.88% | 56.88% | 0.94% | 2.87% | 65.12% | 72,066 | 77.5% | 38.03% | 54.92% | 1.02% | 2.44% | 61.97% |
| 17 | 90,737 | 91,612 | -0.96%✓ | -875 | 45.56% | 44.57% | 1.80% | 3.10% | 54.44% | 71,354 | 78.6% | 48.90% | 42.43% | 1.94% | 2.64% | 51.10% |
| 18 | 92,169 | 91,612 | 0.61%✓ | 557 | 36.50% | 52.03% | 4.21% | 2.71% | 63.50% | 75,714 | 82.1% | 37.44% | 52.16% | 4.12% | 2.40% | 62.56% |
| 19 | 90,931 | 91,612 | -0.74%✓ | -681 | 60.63% | 24.62% | 7.86% | 2.80% | 39.37% | 72,930 | 80.2% | 61.39% | 25.11% | 8.00% | 2.34% | 38.61% |
| 20 | 93,017 | 91,612 | 1.53%✓ | 1,405 | 75.60% | 10.28% | 7.26% | 2.68% | 24.40% | 74,684 | 80.3% | 76.81% | 10.00% | 7.42% | 2.25% | 23.19% |
| 21 | 93,876 | 91,612 | 2.47%✓ | 2,264 | 57.07% | 7.60% | 27.76% | 3.48% | 42.93% | 71,599 | 76.3% | 59.96% | 7.89% | 26.00% | 3.07% | 40.04% |
| 22 | 91,654 | 91,612 | 0.05%✓ | 42 | 85.05% | 2.23% | 5.67% | 3.19% | 14.95% | 75,487 | 82.4% | 86.64% | 2.24% | 5.33% | 2.74% | 13.36% |
| 23 | 90,719 | 91,612 | -0.97%✓ | -893 | 70.61% | 4.68% | 14.87% | 4.41% | 29.39% | 76,266 | 84.1% | 71.65% | 4.78% | 14.75% | 4.14% | 28.35% |
| 24 | 91,480 | 91,612 | -0.14%✓ | -132 | 61.18% | 10.03% | 20.19% | 3.69% | 38.82% | 69,996 | 76.5% | 63.53% | 9.84% | 19.60% | 3.29% | 36.47% |
| 25 | 90,562 | 91,612 | -1.15%✓ | -1,050 | 64.13% | 20.53% | 4.87% | 4.47% | 35.87% | 73,216 | 80.8% | 66.72% | 19.62% | 4.96% | 3.82% | 33.28% |
| 26 | 91,723 | 91,612 | 0.12%✓ | 111 | 50.52% | 37.86% | 1.05% | 4.20% | 49.48% | 70,678 | 77.1% | 54.11% | 35.82% | 1.14% | 3.61% | 45.89% |
| 27 | 90,457 | 91,612 | -1.26%✓ | -1,155 | 84.33% | 3.05% | 1.18% | 6.36% | 15.67% | 73,737 | 81.5% | 86.29% | 2.93% | 1.21% | 5.34% | 13.71% |
| 28 | 91,598 | 91,612 | -0.02%✓ | -14 | 74.98% | 9.75% | 3.36% | 6.24% | 25.02% | 71,385 | 77.9% | 77.44% | 9.14% | 3.23% | 5.36% | 22.56% |
| 29 | 92,583 | 91,612 | 1.06%✓ | 971 | 72.48% | 13.37% | 1.38% | 6.68% | 27.52% | 72,381 | 78.2% | 76.05% | 11.83% | 1.40% | 5.62% | 23.95% |
| 30 | 93,460 | 91,612 | 2.02%✓ | 1,848 | 87.42% | 2.57% | 0.64% | 4.06% | 12.58% | 73,606 | 78.8% | 89.60% | 2.30% | 0.67% | 3.21% | 10.40% |
| 31 | 92,978 | 91,612 | 1.49%✓ | 1,366 | 72.74% | 16.00% | 1.27% | 4.03% | 27.26% | 73,558 | 79.1% | 74.55% | 15.72% | 1.28% | 3.54% | 25.45% |
| 32 | 92,092 | 91,612 | 0.52%✓ | 480 | 53.20% | 28.29% | 3.69% | 7.17% | 46.80% | 73,449 | 79.8% | 57.13% | 26.46% | 3.89% | 6.21% | 42.87% |
| 33 | 92,730 | 91,612 | 1.22%✓ | 1,118 | 68.50% | 7.94% | 11.52% | 5.90% | 31.50% | 74,822 | 80.7% | 70.65% | 7.76% | 11.65% | 5.23% | 29.35% |
| 34 | 92,371 | 91,612 | 0.83%✓ | 759 | 83.11% | 2.61% | 0.48% | 8.88% | 16.89% | 73,142 | 79.2% | 85.26% | 2.88% | 0.49% | 7.27% | 14.74% |
| 35 | 93,023 | 91,612 | 1.54%✓ | 1,411 | 89.55% | 1.44% | 0.48% | 4.20% | 10.45% | 71,335 | 76.7% | 90.73% | 1.66% | 0.49% | 3.29% | 9.27% |
| 36 | 89,634 | 91,612 | -2.16%✓ | -1,978 | 84.12% | 2.73% | 0.69% | 7.00% | 15.88% | 68,621 | 76.6% | 86.65% | 2.74% | 0.72% | 5.44% | 13.35% |
| 37 | 91,456 | 91,612 | -0.17%✓ | -156 | 78.38% | 6.26% | 1.89% | 6.54% | 21.62% | 71,787 | 78.5% | 81.10% | 6.19% | 2.00% | 5.18% | 18.90% |
| 38 | 93,422 | 91,612 | 1.98%✓ | 1,810 | 67.57% | 19.03% | 1.75% | 6.63% | 32.43% | 73,770 | 79.0% | 72.12% | 16.97% | 1.68% | 5.18% | 27.88% |
| 39 | 90,270 | 91,612 | -1.46%✓ | -1,342 | 81.17% | 1.69% | 0.44% | 10.74% | 18.83% | 69,482 | 77.0% | 84.59% | 1.69% | 0.45% | 8.20% | 15.41% |
| 40 | 90,211 | 91,612 | -1.53%✓ | -1,401 | 77.97% | 7.16% | 4.56% | 4.57% | 22.03% | 69,763 | 77.3% | 80.75% | 6.74% | 4.45% | 3.86% | 19.25% |

**State House District Map**

41

JA00589



## POPULATION

| DISTRICT | All Person | Target | Dev. | Difference | NH White | NH Black | NH Asian | Hispanic | Minority | VAP | % of Total | NH White | NH Black | NH Asian | Hispanic | Minority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Population | | | | Racial Demographics as Percent of Total Population | | | | | Voting Age Population | | Racial Demographics as Percent of Voting Population | | | | |
| 41 | 91,872 | 91,612 | 0.28% | 260 | 59.50% | 21.99% | 2.17% | 8.66% | 40.50% | 72,876 | 79.3% | 64.54% | 19.61% | 2.54% | 7.40% | 35.46% |
| 42 | 91,192 | 91,612 | -0.46% | -420 | 86.29% | 3.44% | 1.09% | 3.41% | 13.71% | 70,454 | 77.3% | 88.31% | 3.13% | 1.11% | 2.69% | 11.69% |
| 43 | 92,518 | 91,612 | 0.99% | 906 | 88.43% | 0.80% | 0.52% | 5.52% | 11.57% | 70,016 | 75.7% | 90.34% | 0.65% | 0.51% | 4.58% | 9.66% |
| 44 | 89,974 | 91,612 | -1.79% | -1,638 | 67.40% | 15.11% | 3.76% | 6.67% | 32.60% | 68,782 | 76.4% | 71.48% | 14.34% | 3.39% | 5.53% | 28.52% |
| 45 | 90,612 | 91,612 | -1.09% | -1,000 | 90.40% | 1.29% | 0.55% | 3.08% | 9.60% | 71,054 | 78.4% | 92.00% | 1.14% | 0.54% | 2.48% | 8.00% |
| 46 | 91,041 | 91,612 | -0.62% | -571 | 75.41% | 12.23% | 1.26% | 4.62% | 24.59% | 71,551 | 78.6% | 78.41% | 12.17% | 1.26% | 3.54% | 21.59% |
| 47 | 91,302 | 91,612 | -0.34% | -310 | 82.97% | 3.10% | 3.93% | 4.17% | 17.03% | 73,378 | 80.4% | 84.80% | 3.07% | 4.17% | 3.43% | 15.20% |
| 48 | 92,373 | 91,612 | 0.83% | 761 | 83.36% | 1.79% | 6.90% | 3.00% | 16.64% | 74,656 | 80.8% | 84.30% | 1.79% | 7.25% | 2.56% | 15.70% |
| 49 | 93,247 | 91,612 | 1.78% | 1,635 | 81.32% | 5.78% | 4.20% | 4.03% | 18.68% | 74,267 | 79.6% | 82.78% | 5.82% | 4.14% | 3.38% | 17.22% |
| 50 | 93,139 | 91,612 | 1.67% | 1,527 | 91.14% | 0.44% | 0.72% | 3.01% | 8.86% | 72,160 | 77.5% | 92.28% | 0.44% | 0.77% | 2.54% | 7.72% |
| 51 | 91,507 | 91,612 | -0.11% | -105 | 89.00% | 1.30% | 1.29% | 3.41% | 11.00% | 72,488 | 79.2% | 90.44% | 1.25% | 1.35% | 2.70% | 9.56% |
| 52 | 91,098 | 91,612 | -0.56% | -514 | 84.95% | 2.75% | 1.63% | 5.77% | 15.05% | 72,818 | 79.9% | 86.85% | 2.66% | 1.63% | 4.81% | 13.15% |
| 53 | 93,056 | 91,612 | 1.58% | 1,444 | 40.81% | 33.94% | 2.28% | 17.60% | 59.19% | 71,476 | 76.8% | 46.05% | 32.59% | 2.35% | 14.72% | 53.95% |
| 54 | 92,949 | 91,612 | 1.46% | 1,337 | 73.66% | 6.77% | 9.52% | 5.16% | 26.34% | 73,853 | 79.5% | 75.32% | 6.95% | 9.54% | 4.33% | 24.68% |
| 55 | 91,805 | 91,612 | 0.21% | 193 | 73.68% | 3.41% | 13.74% | 4.69% | 26.32% | 71,848 | 78.3% | 75.98% | 3.51% | 13.12% | 3.98% | 24.02% |
| 56 | 90,410 | 91,612 | -1.31% | -1,202 | 67.73% | 3.39% | 21.41% | 3.38% | 32.27% | 71,737 | 79.3% | 70.93% | 3.44% | 19.61% | 2.94% | 29.07% |
| 57 | 89,693 | 91,612 | -2.09% | -1,919 | 74.61% | 5.19% | 13.76% | 2.60% | 25.39% | 71,864 | 80.1% | 76.21% | 4.89% | 13.48% | 2.27% | 23.79% |
| 58 | 90,454 | 91,612 | -1.26% | -1,158 | 78.17% | 8.23% | 6.25% | 2.72% | 21.83% | 73,423 | 81.2% | 79.90% | 7.86% | 6.07% | 2.41% | 20.10% |
| 59 | 89,336 | 91,612 | -2.48% | -2,276 | 86.97% | 2.68% | 3.69% | 2.91% | 13.03% | 70,271 | 78.7% | 88.36% | 2.58% | 3.58% | 2.50% | 11.64% |
| 60 | 92,742 | 91,612 | 1.23% | 1,130 | 81.65% | 7.23% | 3.47% | 3.23% | 18.35% | 72,453 | 78.1% | 83.34% | 7.08% | 3.47% | 2.69% | 16.66% |
| 61 | 93,156 | 91,612 | 1.69% | 1,544 | 73.83% | 15.25% | 2.27% | 3.08% | 26.17% | 75,006 | 80.5% | 77.01% | 13.83% | 2.69% | 2.52% | 22.99% |
| 62 | 90,539 | 91,612 | -1.17% | -1,073 | 77.07% | 13.35% | 1.44% | 2.83% | 22.93% | 74,114 | 81.9% | 79.79% | 12.07% | 1.47% | 2.35% | 20.21% |
| 63 | 90,638 | 91,612 | -1.06% | -974 | 88.69% | 3.12% | 0.74% | 2.65% | 11.31% | 72,589 | 80.1% | 90.27% | 2.86% | 0.79% | 2.13% | 9.73% |
| 64 | 91,060 | 91,612 | -0.60% | -552 | 85.90% | 3.78% | 0.61% | 4.08% | 14.10% | 71,638 | 78.7% | 88.31% | 3.56% | 0.65% | 3.30% | 11.69% |
| 65 | 92,892 | 91,612 | 1.40% | 1,280 | 87.96% | 2.29% | 0.36% | 5.03% | 12.04% | 73,184 | 78.8% | 89.40% | 2.39% | 0.36% | 4.12% | 10.60% |
| 66 | 93,014 | 91,612 | 1.53% | 1,402 | 88.17% | 1.18% | 1.61% | 4.41% | 11.83% | 71,767 | 77.2% | 89.95% | 1.10% | 1.61% | 3.59% | 10.05% |
| 67 | 92,816 | 91,612 | 1.31% | 1,204 | 87.35% | 3.28% | 0.42% | 3.56% | 12.65% | 73,721 | 79.4% | 88.89% | 3.28% | 0.41% | 2.70% | 11.11% |
| 68 | 93,065 | 91,612 | 1.59% | 1,453 | 82.34% | 6.24% | 1.74% | 4.12% | 17.66% | 73,273 | 78.7% | 84.24% | 6.00% | 1.78% | 3.37% | 15.76% |
| 69 | 91,698 | 91,612 | 0.09% | 86 | 68.76% | 21.07% | 0.85% | 3.62% | 31.24% | 71,476 | 77.9% | 71.44% | 19.84% | 0.88% | 3.15% | 28.56% |
| 70 | 90,738 | 91,612 | -0.95% | -874 | 36.26% | 51.87% | 0.51% | 4.87% | 63.74% | 68,117 | 75.1% | 39.89% | 50.13% | 0.59% | 4.37% | 60.11% |
| 71 | 91,966 | 91,612 | 0.39% | 354 | 91.17% | 0.69% | 0.43% | 3.06% | 8.83% | 72,963 | 79.3% | 92.41% | 0.64% | 0.42% | 2.51% | 7.59% |
| 72 | 92,844 | 91,612 | 1.34% | 1,232 | 85.21% | 4.89% | 1.27% | 3.55% | 14.79% | 72,890 | 78.5% | 86.72% | 4.79% | 1.31% | 2.88% | 13.28% |
| 73 | 91,543 | 91,612 | -0.08% | -69 | 77.71% | 5.83% | 7.53% | 4.34% | 22.29% | 75,397 | 82.4% | 78.57% | 6.50% | 7.50% | 3.80% | 21.43% |
| 74 | 90,782 | 91,612 | -0.91% | -830 | 58.79% | 18.25% | 4.34% | 11.02% | 41.21% | 70,233 | 77.4% | 63.43% | 17.05% | 4.27% | 9.39% | 36.57% |
| 75 | 93,554 | 91,612 | 2.12% | 1,942 | 79.32% | 4.35% | 5.90% | 5.12% | 20.68% | 75,207 | 80.4% | 81.08% | 4.26% | 6.12% | 4.27% | 18.92% |
| 76 | 92,354 | 91,612 | 0.81% | 742 | 78.11% | 7.92% | 2.58% | 6.26% | 21.89% | 73,043 | 79.1% | 80.63% | 7.67% | 2.44% | 5.18% | 19.37% |
| 77 | 92,594 | 91,612 | 1.07% | 982 | 69.49% | 11.08% | 2.11% | 10.61% | 30.51% | 72,106 | 77.9% | 73.16% | 10.25% | 2.18% | 9.15% | 26.84% |
| 78 | 92,264 | 91,612 | 0.71% | 652 | 87.59% | 3.62% | 0.42% | 4.31% | 12.41% | 71,687 | 77.7% | 88.34% | 4.48% | 0.43% | 3.47% | 11.66% |
| 79 | 90,952 | 91,612 | -0.72% | -660 | 82.38% | 4.41% | 3.55% | 5.05% | 17.62% | 67,213 | 73.9% | 84.66% | 4.13% | 3.49% | 4.15% | 15.34% |
| 80 | 92,350 | 91,612 | 0.81% | 738 | 67.22% | 12.08% | 8.14% | 7.64% | 32.78% | 69,344 | 75.1% | 70.96% | 11.28% | 7.94% | 6.32% | 29.04% |



## POPULATION

| DISTRICT | Total Population | | | | Racial Demographics as Percent of Total Population | | | | | Voting Age Population | | Racial Demographics as Percent of Voting Population | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Persons | Target | Dev. | Difference | NH White | NH Black | NH Asian | Hispanic | Minority | VAP | % of Total | NH White | NH Black | NH Asian | Hispanic | Minority |
| 81 | 91,516 | 91,612 | -0.10%✓ | -96 | 78.37% | 7.75% | 3.19% | 5.49% | 21.63% | 71,975 | 78.6% | 81.42% | 7.03% | 3.06% | 4.63% | 18.58% |
| 82 | 91,219 | 91,612 | -0.43%✓ | -393 | 49.92% | 26.76% | 3.33% | 14.62% | 50.08% | 70,814 | 77.6% | 55.75% | 24.58% | 3.37% | 12.03% | 44.25% |
| 83 | 91,341 | 91,612 | -0.30%✓ | -271 | 51.58% | 9.19% | 2.73% | 31.56% | 48.42% | 67,461 | 73.9% | 57.46% | 8.69% | 2.98% | 26.96% | 42.54% |
| 84 | 91,890 | 91,612 | 0.30%✓ | 278 | 75.14% | 6.21% | 1.83% | 11.25% | 24.86% | 73,379 | 79.9% | 79.03% | 5.36% | 1.91% | 9.31% | 20.97% |
| 85 | 90,127 | 91,612 | -1.62%✓ | -1,485 | 87.14% | 1.21% | 2.12% | 5.70% | 12.86% | 66,158 | 73.4% | 89.34% | 1.11% | 2.16% | 4.64% | 10.66% |
| 86 | 90,575 | 91,612 | -1.13%✓ | -1,037 | 66.02% | 2.62% | 5.08% | 22.19% | 33.98% | 70,221 | 77.5% | 70.69% | 2.33% | 5.13% | 18.69% | 29.31% |
| 87 | 91,376 | 91,612 | -0.26%✓ | -236 | 61.91% | 24.21% | 0.50% | 6.83% | 38.09% | 70,829 | 77.5% | 65.83% | 22.94% | 0.53% | 5.55% | 34.17% |
| 88 | 90,900 | 91,612 | -0.78%✓ | -712 | 87.81% | 1.47% | 1.42% | 4.62% | 12.19% | 71,051 | 78.2% | 89.90% | 1.37% | 1.37% | 3.68% | 10.10% |
| 89 | 93,134 | 91,612 | 1.66%✓ | 1,522 | 86.99% | 1.96% | 0.82% | 5.55% | 13.01% | 71,969 | 77.3% | 88.55% | 2.04% | 0.89% | 4.58% | 11.45% |
| 90 | 91,549 | 91,612 | -0.07%✓ | -63 | 87.20% | 1.60% | 0.91% | 5.69% | 12.80% | 68,467 | 74.8% | 89.55% | 1.47% | 0.89% | 4.50% | 10.45% |
| 91 | 91,350 | 91,612 | -0.29%✓ | -262 | 90.75% | 0.53% | 0.38% | 3.79% | 9.25% | 70,036 | 76.7% | 92.31% | 0.44% | 0.38% | 3.02% | 7.69% |
| 92 | 92,520 | 91,612 | 0.99%✓ | 908 | 81.45% | 4.58% | 1.37% | 5.84% | 18.55% | 73,959 | 79.9% | 82.92% | 5.11% | 1.41% | 4.77% | 17.08% |
| 93 | 89,410 | 91,612 | -2.40%✓ | -1,485 | 86.47% | 3.80% | 1.18% | 5.25% | 13.53% | 72,182 | 80.7% | 87.40% | 4.20% | 1.17% | 4.50% | 12.60% |
| 94 | 90,438 | 91,612 | -1.28%✓ | -1,174 | 46.40% | 33.75% | 1.24% | 13.25% | 53.60% | 69,020 | 76.3% | 51.34% | 31.92% | 1.29% | 11.32% | 48.66% |
| 95 | 91,439 | 91,612 | -0.19%✓ | -173 | 88.86% | 1.05% | 1.89% | 3.11% | 11.14% | 71,873 | 78.6% | 90.46% | 1.01% | 1.85% | 2.48% | 9.54% |
| 96 | 90,544 | 91,612 | -1.17%✓ | -1,068 | 86.81% | 1.69% | 0.55% | 6.14% | 13.19% | 72,724 | 80.3% | 89.24% | 1.54% | 0.58% | 4.84% | 10.76% |
| 97 | 93,159 | 91,612 | 1.69%✓ | 1,547 | 88.85% | 2.28% | 0.49% | 4.03% | 11.15% | 73,355 | 78.7% | 90.17% | 2.33% | 0.49% | 3.30% | 9.83% |
| 98 | 92,049 | 91,612 | 0.48%✓ | 437 | 92.62% | 0.32% | 0.29% | 3.35% | 7.38% | 72,801 | 79.1% | 93.77% | 0.31% | 0.29% | 2.76% | 6.23% |
| 99 | 89,375 | 91,612 | -2.44%✓ | -2,237 | 92.86% | 0.38% | 0.35% | 2.09% | 7.14% | 72,792 | 81.4% | 93.81% | 0.34% | 0.36% | 1.64% | 6.19% |
| 100 | 91,751 | 91,612 | 0.15%✓ | 139 | 91.21% | 1.17% | 0.45% | 2.19% | 8.79% | 72,641 | 79.2% | 92.09% | 1.15% | 0.50% | 1.89% | 7.91% |
| 101 | 92,604 | 91,612 | 1.08%✓ | 992 | 87.51% | 1.49% | 0.45% | 5.48% | 12.49% | 72,534 | 78.3% | 88.89% | 1.50% | 0.45% | 4.81% | 11.11% |
| 102 | 91,886 | 91,612 | 0.30%✓ | 274 | 85.43% | 1.22% | 0.40% | 7.30% | 14.57% | 72,924 | 79.4% | 87.83% | 1.25% | 0.40% | 5.68% | 12.17% |
| 103 | 93,426 | 91,612 | 1.98%✓ | 1,814 | 89.71% | 0.53% | 0.79% | 3.36% | 10.29% | 76,458 | 81.8% | 91.48% | 0.46% | 0.73% | 2.69% | 8.52% |
| 104 | 89,466 | 91,612 | -2.34%✓ | -2,146 | 91.28% | 0.35% | 0.44% | 2.58% | 8.72% | 71,871 | 80.3% | 92.68% | 0.30% | 0.46% | 1.96% | 7.32% |
| 105 | 89,541 | 91,612 | -2.26%✓ | -2,071 | 92.67% | 0.32% | 0.32% | 2.12% | 7.33% | 72,736 | 81.2% | 93.86% | 0.28% | 0.33% | 1.56% | 6.14% |
| 106 | 90,875 | 91,612 | -0.80%✓ | -737 | 92.66% | 0.27% | 0.31% | 1.34% | 7.34% | 75,466 | 83.0% | 93.74% | 0.22% | 0.32% | 1.05% | 6.26% |
| 107 | 92,701 | 91,612 | 1.19%✓ | 1,089 | 83.30% | 1.24% | 0.52% | 1.77% | 16.70% | 75,875 | 81.8% | 85.31% | 1.39% | 0.48% | 1.42% | 14.69% |
| 108 | 89,366 | 91,612 | -2.45%✓ | -2,246 | 85.05% | 2.21% | 0.34% | 1.69% | 14.95% | 72,443 | 81.1% | 87.00% | 2.62% | 0.36% | 1.25% | 13.00% |
| 109 | 89,410 | 91,612 | -2.40%✓ | -2,202 | 87.41% | 2.21% | 0.51% | 1.84% | 12.59% | 73,187 | 81.9% | 88.58% | 2.58% | 0.53% | 1.63% | 11.42% |
| 110 | 90,788 | 91,612 | -0.90%✓ | -824 | 91.64% | 0.48% | 1.19% | 1.70% | 8.36% | 74,036 | 81.5% | 92.71% | 0.46% | 1.25% | 1.41% | 7.29% |

| | |
|---|---|
| Assigned | 10077331 |
| Total Pop | 10077331 |
| Unassigned | 0 |



# PARTISAN FAIRNESS

*(d) Districts shall not provide a disproportionate advantage to any political party. A disproportionate advantage to a political party shall be determined using accepted measures of partisan fairness.*

The Michigan Independent Citizen's Redistricting Commission evaluated partisan fairness using four mathematical models. The adopted map did not provide 'disproportionate advantage' to any political party under any of the models used to measure partisan fairness.

## Lopsided Margins

| Average Winning Margin | Dem | 64.5% |
|---|---|---|
| | Rep | 59.2% |

| Finding | |
|---|---|
| Rep | Districts have a lopsided margin advantage of **5.3%** |

| DISTRICT | Party Dem | Party Rep | Total Votes | Percent Votes Dem | Percent Votes Rep | Party Wins Dem | Party Wins Rep |
|---|---|---|---|---|---|---|---|
| 1 | 258,502 | 20,654 | 279,156 | 92.6% | 7.4% | 92.6% | |
| 2 | 261,320 | 174,928 | 436,248 | 59.9% | 40.1% | 59.9% | |
| 3 | 265,267 | 72,758 | 338,025 | 78.5% | 21.5% | 78.5% | |
| 4 | 328,745 | 19,885 | 348,630 | 94.3% | 5.7% | 94.3% | |
| 5 | 438,662 | 126,246 | 564,908 | 77.7% | 22.3% | 77.7% | |
| 6 | 470,863 | 102,192 | 573,055 | 82.2% | 17.8% | 82.2% | |
| 7 | 463,517 | 102,015 | 565,532 | 82.0% | 18.0% | 82.0% | |
| 8 | 341,385 | 88,387 | 429,772 | 79.4% | 20.6% | 79.4% | |
| 9 | 311,310 | 17,291 | 328,601 | 94.7% | 5.3% | 94.7% | |
| 10 | 366,472 | 198,627 | 565,099 | 64.9% | 35.1% | 64.9% | |
| 11 | 353,187 | 168,158 | 521,345 | 67.7% | 32.3% | 67.7% | |
| 12 | 313,082 | 125,555 | 438,637 | 71.4% | 28.6% | 71.4% | |
| 13 | 303,076 | 144,266 | 447,342 | 67.8% | 32.2% | 67.8% | |
| 14 | 306,099 | 104,625 | 410,724 | 74.5% | 25.5% | 74.5% | |
| 15 | 270,884 | 173,183 | 444,067 | 61.0% | 39.0% | 61.0% | |
| 16 | 405,317 | 123,360 | 528,677 | 76.7% | 23.3% | 76.7% | |
| 17 | 334,631 | 153,279 | 487,910 | 68.6% | 31.4% | 68.6% | |
| 18 | 491,476 | 126,756 | 618,232 | 79.5% | 20.5% | 79.5% | |
| 19 | 412,797 | 235,189 | 647,986 | 63.7% | 36.3% | 63.7% | |
| 20 | 349,902 | 284,833 | 634,735 | 55.1% | 44.9% | 55.1% | |
| 21 | 259,240 | 241,843 | 501,083 | 51.7% | 48.3% | 51.7% | |
| 22 | 309,321 | 339,589 | 648,910 | 47.7% | 52.3% | | 52.3% |
| 23 | 291,695 | 187,546 | 479,241 | 60.9% | 39.1% | 60.9% | |
| 24 | 305,861 | 223,265 | 529,126 | 57.8% | 42.2% | 57.8% | |
| 25 | 275,148 | 168,470 | 443,618 | 62.0% | 38.0% | 62.0% | |

**State House District Map**

45



## Lopsided Margins

| DISTRICT | Party | | Total Votes | Percent Votes | | Party Wins | |
|---|---|---|---|---|---|---|---|
| | Dem | Rep | | Dem | Rep | Dem | Rep |
| 26 | 312,525 | 129,982 | 442,507 | 70.6% | 29.4% | 70.6% | |
| 27 | 281,073 | 271,239 | 552,312 | 50.9% | 49.1% | 50.9% | |
| 28 | 251,831 | 229,455 | 481,286 | 52.3% | 47.7% | 52.3% | |
| 29 | 238,070 | 218,638 | 456,708 | 52.1% | 47.9% | 52.1% | |
| 30 | 230,506 | 290,674 | 521,180 | 44.2% | 55.8% | | 55.8% |
| 31 | 275,393 | 235,646 | 511,039 | 53.9% | 46.1% | 53.9% | |
| 32 | 360,998 | 108,735 | 469,733 | 76.9% | 23.1% | 76.9% | |
| 33 | 420,621 | 167,901 | 588,522 | 71.5% | 28.5% | 71.5% | |
| 34 | 214,429 | 277,077 | 491,506 | 43.6% | 56.4% | | 56.4% |
| 35 | 143,815 | 295,685 | 439,500 | 32.7% | 67.3% | | 67.3% |
| 36 | 153,719 | 264,662 | 418,381 | 36.7% | 63.3% | | 63.3% |
| 37 | 179,718 | 274,797 | 454,515 | 39.5% | 60.5% | | 60.5% |
| 38 | 285,580 | 266,034 | 551,614 | 51.8% | 48.2% | 51.8% | |
| 39 | 189,211 | 264,591 | 453,802 | 41.7% | 58.3% | | 58.3% |
| 40 | 297,007 | 253,141 | 550,148 | 54.0% | 46.0% | 54.0% | |
| 41 | 318,040 | 108,655 | 426,695 | 74.5% | 25.5% | 74.5% | |
| 42 | 246,225 | 295,466 | 541,691 | 45.5% | 54.5% | | 54.5% |
| 43 | 160,976 | 348,109 | 509,085 | 31.6% | 68.4% | | 68.4% |
| 44 | 217,430 | 200,803 | 418,233 | 52.0% | 48.0% | 52.0% | |
| 45 | 189,025 | 329,707 | 518,732 | 36.4% | 63.6% | | 63.6% |
| 46 | 215,370 | 200,283 | 415,653 | 51.8% | 48.2% | 51.8% | |
| 47 | 382,546 | 238,809 | 621,355 | 61.6% | 38.4% | 61.6% | |
| 48 | 312,504 | 306,850 | 619,354 | 50.5% | 49.5% | 50.5% | |
| 49 | 239,660 | 309,345 | 549,005 | 43.7% | 56.3% | | 56.3% |
| 50 | 196,227 | 359,878 | 556,105 | 35.3% | 64.7% | | 64.7% |
| 51 | 229,955 | 363,093 | 593,048 | 38.8% | 61.2% | | 61.2% |
| 52 | 239,488 | 344,546 | 584,034 | 41.0% | 59.0% | | 59.0% |
| 53 | 287,443 | 121,241 | 408,684 | 70.3% | 29.7% | 70.3% | |
| 54 | 267,126 | 309,291 | 576,417 | 46.3% | 53.7% | | 53.7% |
| 55 | 267,990 | 306,710 | 574,700 | 46.6% | 53.4% | | 53.4% |
| 56 | 291,476 | 264,875 | 556,351 | 52.4% | 47.6% | 52.4% | |
| 57 | 215,912 | 228,973 | 444,885 | 48.5% | 51.5% | | 51.5% |
| 58 | 239,623 | 242,137 | 481,760 | 49.7% | 50.3% | | 50.3% |
| 59 | 201,755 | 333,786 | 535,541 | 37.7% | 62.3% | | 62.3% |
| 60 | 234,995 | 299,708 | 534,703 | 43.9% | 56.1% | | 56.1% |
| 61 | 271,563 | 250,509 | 522,072 | 52.0% | 48.0% | 52.0% | |
| 62 | 273,649 | 273,005 | 546,654 | 50.1% | 49.9% | 50.1% | |
| 63 | 214,269 | 325,099 | 539,368 | 39.7% | 60.3% | | 60.3% |
| 64 | 217,142 | 262,173 | 479,315 | 45.3% | 54.7% | | 54.7% |
| 65 | 183,403 | 351,999 | 535,402 | 34.3% | 65.7% | | 65.7% |

JA00593



## Lopsided Margins

| DISTRICT | Party | | Total Votes | Percent Votes | | Party Wins | |
|---|---|---|---|---|---|---|---|
| | Dem | Rep | | Dem | Rep | Dem | Rep |
| 66 | 202,864 | 377,939 | 580,803 | 34.9% | 65.1% | | 65.1% |
| 67 | 250,917 | 293,559 | 544,476 | 46.1% | 53.9% | | 53.9% |
| 68 | 276,355 | 278,227 | 554,582 | 49.8% | 50.2% | | 50.2% |
| 69 | 323,172 | 203,120 | 526,292 | 61.4% | 38.6% | 61.4% | |
| 70 | 374,227 | 66,491 | 440,718 | 84.9% | 15.1% | 84.9% | |
| 71 | 251,023 | 301,954 | 552,977 | 45.4% | 54.6% | | 54.6% |
| 72 | 260,583 | 305,018 | 565,601 | 46.1% | 53.9% | | 53.9% |
| 73 | 262,680 | 214,960 | 477,640 | 55.0% | 45.0% | 55.0% | |
| 74 | 326,911 | 154,066 | 480,977 | 68.0% | 32.0% | 68.0% | |
| 75 | 327,413 | 227,885 | 555,298 | 59.0% | 41.0% | 59.0% | |
| 76 | 292,290 | 273,022 | 565,312 | 51.7% | 48.3% | 51.7% | |
| 77 | 322,455 | 201,503 | 523,958 | 61.5% | 38.5% | 61.5% | |
| 78 | 177,054 | 291,695 | 468,749 | 37.8% | 62.2% | | 62.2% |
| 79 | 160,508 | 353,131 | 513,639 | 31.2% | 68.8% | | 68.8% |
| 80 | 275,659 | 259,938 | 535,597 | 51.5% | 48.5% | 51.5% | |
| 81 | 285,844 | 281,219 | 567,063 | 50.4% | 49.6% | 50.4% | |
| 82 | 312,114 | 123,420 | 435,534 | 71.7% | 28.3% | 71.7% | |
| 83 | 187,012 | 182,812 | 369,824 | 50.6% | 49.4% | 50.6% | |
| 84 | 243,716 | 249,048 | 492,764 | 49.5% | 50.5% | | 50.5% |
| 85 | 138,039 | 405,083 | 543,122 | 25.4% | 74.6% | | 74.6% |
| 86 | 203,770 | 270,959 | 474,729 | 42.9% | 57.1% | | 57.1% |
| 87 | 268,142 | 156,618 | 424,760 | 63.1% | 36.9% | 63.1% | |
| 88 | 245,387 | 325,594 | 570,981 | 43.0% | 57.0% | | 57.0% |
| 89 | 154,660 | 302,784 | 457,444 | 33.8% | 66.2% | | 66.2% |
| 90 | 207,162 | 349,053 | 556,215 | 37.2% | 62.8% | | 62.8% |
| 91 | 171,026 | 291,337 | 462,363 | 37.0% | 63.0% | | 63.0% |
| 92 | 203,368 | 208,285 | 411,653 | 49.4% | 50.6% | | 50.6% |
| 93 | 206,155 | 316,588 | 522,743 | 39.4% | 60.6% | | 60.6% |
| 94 | 336,647 | 148,685 | 485,332 | 69.4% | 30.6% | 69.4% | |
| 95 | 227,166 | 319,003 | 546,169 | 41.6% | 58.4% | | 58.4% |
| 96 | 274,622 | 271,760 | 546,382 | 50.3% | 49.7% | 50.3% | |
| 97 | 217,116 | 326,656 | 543,772 | 39.9% | 60.1% | | 60.1% |
| 98 | 180,381 | 338,681 | 519,062 | 34.8% | 65.2% | | 65.2% |
| 99 | 209,769 | 314,549 | 524,318 | 40.0% | 60.0% | | 60.0% |
| 100 | 182,482 | 298,484 | 480,966 | 37.9% | 62.1% | | 62.1% |
| 101 | 177,978 | 310,629 | 488,607 | 36.4% | 63.6% | | 63.6% |
| 102 | 230,242 | 295,320 | 525,562 | 43.8% | 56.2% | | 56.2% |
| 103 | 314,152 | 337,962 | 652,114 | 48.2% | 51.8% | | 51.8% |
| 104 | 218,901 | 344,830 | 563,731 | 38.8% | 61.2% | | 61.2% |
| 105 | 194,704 | 345,949 | 540,653 | 36.0% | 64.0% | | 64.0% |

**State House District Map**

47

JA00594



## Lopsided Margins

| DISTRICT | Party | | Total Votes | Percent Votes | | Party Wins | |
|---|---|---|---|---|---|---|---|
| | Dem | Rep | | Dem | Rep | Dem | Rep |
| 106 | 223,939 | 351,534 | 575,473 | 38.9% | 61.1% | | 61.1% |
| 107 | 246,137 | 337,553 | 583,690 | 42.2% | 57.8% | | 57.8% |
| 108 | 202,307 | 297,105 | 499,412 | 40.5% | 59.5% | | 59.5% |
| 109 | 275,060 | 244,621 | 519,681 | 52.9% | 47.1% | 52.9% | |
| 110 | 220,366 | 293,600 | 513,966 | 42.9% | 57.1% | | 57.1% |



Comparison of Democratic and Republican vote shares across districts



**State House District Map**



## Mean-Median Difference

| | | |
|---|---|---|
| **District Median Percentage** | Dem | 50.3% |
| | Rep | 49.7% |
| **Statewide mean percentage** | Dem | 53.1% |
| | Rep | 46.9% |
| **Mean-Median Difference** | Dem | 2.7% |
| | Rep | -2.7% |

| Findings | |
|---|---|
| Rep | Districts have a mean-median advantage of **2.7%** |

| DISTRICT | Party | |
|---|---|---|
| | Dem | Rep |
| 1 | 92.6% | 7.4% |
| 2 | 59.9% | 40.1% |
| 3 | 78.5% | 21.5% |
| 4 | 94.3% | 5.7% |
| 5 | 77.7% | 22.3% |
| 6 | 82.2% | 17.8% |
| 7 | 82.0% | 18.0% |
| 8 | 79.4% | 20.6% |
| 9 | 94.7% | 5.3% |
| 10 | 64.9% | 35.1% |
| 11 | 67.7% | 32.3% |
| 12 | 71.4% | 28.6% |
| 13 | 67.8% | 32.2% |
| 14 | 74.5% | 25.5% |
| 15 | 61.0% | 39.0% |
| 16 | 76.7% | 23.3% |
| 17 | 68.6% | 31.4% |
| 18 | 79.5% | 20.5% |
| 19 | 63.7% | 36.3% |
| 20 | 55.1% | 44.9% |
| 21 | 51.7% | 48.3% |
| 22 | 47.7% | 52.3% |
| 23 | 60.9% | 39.1% |
| 24 | 57.8% | 42.2% |
| 25 | 62.0% | 38.0% |
| 26 | 70.6% | 29.4% |
| 27 | 50.9% | 49.1% |
| 28 | 52.3% | 47.7% |
| 29 | 52.1% | 47.9% |
| 30 | 44.2% | 55.8% |

| DISTRICT | Party | |
|---|---|---|
| | Dem | Rep |
| 31 | 53.9% | 46.1% |
| 32 | 76.9% | 23.1% |
| 33 | 71.5% | 28.5% |
| 34 | 43.6% | 56.4% |
| 35 | 32.7% | 67.3% |
| 36 | 36.7% | 63.3% |
| 37 | 39.5% | 60.5% |
| 38 | 51.8% | 48.2% |
| 39 | 41.7% | 58.3% |
| 40 | 54.0% | 46.0% |
| 41 | 74.5% | 25.5% |
| 42 | 45.5% | 54.5% |
| 43 | 31.6% | 68.4% |
| 44 | 52.0% | 48.0% |
| 45 | 36.4% | 63.6% |
| 46 | 51.8% | 48.2% |
| 47 | 61.6% | 38.4% |
| 48 | 50.5% | 49.5% |
| 49 | 43.7% | 56.3% |
| 51 | 38.8% | 61.2% |
| 52 | 41.0% | 59.0% |
| 53 | 70.3% | 29.7% |
| 54 | 46.3% | 53.7% |
| 55 | 46.6% | 53.4% |
| 56 | 52.4% | 47.6% |
| 57 | 48.5% | 51.5% |
| 58 | 49.7% | 50.3% |
| 59 | 37.7% | 62.3% |
| 60 | 43.9% | 56.1% |

| DISTRICT | Party | |
|---|---|---|
| | Dem | Rep |
| 61 | 52.0% | 48.0% |
| 62 | 50.1% | 49.9% |
| 63 | 39.7% | 60.3% |
| 64 | 45.3% | 54.7% |
| 65 | 34.3% | 65.7% |
| 66 | 34.9% | 65.1% |
| 67 | 46.1% | 53.9% |
| 68 | 49.8% | 50.2% |
| 69 | 61.4% | 38.6% |
| 70 | 84.9% | 15.1% |
| 71 | 45.4% | 54.6% |
| 72 | 46.1% | 53.9% |
| 73 | 55.0% | 45.0% |
| 74 | 68.0% | 32.0% |
| 75 | 59.0% | 41.0% |
| 76 | 51.7% | 48.3% |
| 77 | 61.5% | 38.5% |
| 78 | 37.8% | 62.2% |
| 79 | 31.2% | 68.8% |
| 80 | 51.5% | 48.5% |
| 81 | 50.4% | 49.6% |
| 82 | 71.7% | 28.3% |
| 83 | 50.6% | 49.4% |
| 84 | 49.5% | 50.5% |
| 85 | 25.4% | 74.6% |
| 86 | 42.9% | 57.1% |
| 87 | 63.1% | 36.9% |
| 88 | 43.0% | 57.0% |
| 89 | 33.8% | 66.2% |
| 90 | 37.2% | 62.8% |

| DISTRICT | Party | |
|---|---|---|
| | Dem | Rep |
| 91 | 37.0% | 63.0% |
| 92 | 49.4% | 50.6% |
| 93 | 39.4% | 60.6% |
| 94 | 69.4% | 30.6% |
| 95 | 41.6% | 58.4% |
| 96 | 50.3% | 49.7% |
| 97 | 39.9% | 60.1% |
| 98 | 34.8% | 65.2% |
| 99 | 40.0% | 60.0% |
| 100 | 37.9% | 62.1% |
| 101 | 36.4% | 63.6% |
| 102 | 43.8% | 56.2% |
| 103 | 48.2% | 51.8% |
| 104 | 38.8% | 61.2% |
| 105 | 36.0% | 64.0% |
| 106 | 38.9% | 61.1% |
| 107 | 42.2% | 57.8% |
| 108 | 40.5% | 59.5% |
| 109 | 52.9% | 47.1% |
| 110 | 42.9% | 57.1% |



## Efficiency Gap

| | | Total Wasted Votes | % Wasted Votes of Total Votes |
|---|---|---|---|
| Statewide % Wasted Votes | Dem | 15,201,004 | 27.16% |
| | Rep | 12,782,476 | 22.84% |

| Finding | |
|---|---|
| Rep | Candidates have an efficiency gap advantage of **4.3%** |

| DISTRICT | Party | | Total Votes | Lost Votes | | Minimum to win | Surplus Votes | | Total Wasted Votes | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Dem | Rep | | Dem | Rep | | Dem | Rep | Dem | Rep |
| 1 | 258,502 | 20,654 | 279,156 | 0 | 20,654 | 139,578 | 118,924 | 0 | 118,924 | 20,654 |
| 2 | 261,320 | 174,928 | 436,248 | 0 | 174,928 | 218,124 | 43,196 | 0 | 43,196 | 174,928 |
| 3 | 265,267 | 72,758 | 338,025 | 0 | 72,758 | 169,013 | 96,255 | 0 | 96,255 | 72,758 |
| 4 | 328,745 | 19,885 | 348,630 | 0 | 19,885 | 174,315 | 154,430 | 0 | 154,430 | 19,885 |
| 5 | 438,662 | 126,246 | 564,908 | 0 | 126,246 | 282,454 | 156,208 | 0 | 156,208 | 126,246 |
| 6 | 470,863 | 102,192 | 573,055 | 0 | 102,192 | 286,528 | 184,336 | 0 | 184,336 | 102,192 |
| 7 | 463,517 | 102,015 | 565,532 | 0 | 102,015 | 282,766 | 180,751 | 0 | 180,751 | 102,015 |
| 8 | 341,385 | 88,387 | 429,772 | 0 | 88,387 | 214,886 | 126,499 | 0 | 126,499 | 88,387 |
| 9 | 311,310 | 17,291 | 328,601 | 0 | 17,291 | 164,301 | 147,010 | 0 | 147,010 | 17,291 |
| 10 | 366,472 | 198,627 | 565,099 | 0 | 198,627 | 282,550 | 83,923 | 0 | 83,923 | 198,627 |
| 11 | 353,187 | 168,158 | 521,345 | 0 | 168,158 | 260,673 | 92,515 | 0 | 92,515 | 168,158 |
| 12 | 313,082 | 125,555 | 438,637 | 0 | 125,555 | 219,319 | 93,764 | 0 | 93,764 | 125,555 |
| 13 | 303,076 | 144,266 | 447,342 | 0 | 144,266 | 223,671 | 79,405 | 0 | 79,405 | 144,266 |
| 14 | 306,099 | 104,625 | 410,724 | 0 | 104,625 | 205,362 | 100,737 | 0 | 100,737 | 104,625 |
| 15 | 270,884 | 173,183 | 444,067 | 0 | 173,183 | 222,034 | 48,851 | 0 | 48,851 | 173,183 |
| 16 | 405,317 | 123,360 | 528,677 | 0 | 123,360 | 264,339 | 140,979 | 0 | 140,979 | 123,360 |
| 17 | 334,631 | 153,279 | 487,910 | 0 | 153,279 | 243,955 | 90,676 | 0 | 90,676 | 153,279 |
| 18 | 491,476 | 126,756 | 618,232 | 0 | 126,756 | 309,116 | 182,360 | 0 | 182,360 | 126,756 |
| 19 | 412,797 | 235,189 | 647,986 | 0 | 235,189 | 323,993 | 88,804 | 0 | 88,804 | 235,189 |
| 20 | 349,902 | 284,833 | 634,735 | 0 | 284,833 | 317,368 | 32,535 | 0 | 32,535 | 284,833 |

**State House District Map**                                                                                          50



## Efficiency Gap

| DISTRICT | Party Dem | Party Rep | Total Votes | Lost Votes Dem | Lost Votes Rep | Minimum to win | Surplus Votes Dem | Surplus Votes Rep | Total Wasted Votes Dem | Total Wasted Votes Rep |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 259,240 | 241,843 | 501,083 | 0 | 241,843 | 250,542 | 8,699 | 0 | 8,699 | 241,843 |
| 22 | 309,321 | 339,589 | 648,910 | 309,321 | 0 | 324,455 | 0 | 15,134 | 309,321 | 15,134 |
| 23 | 291,695 | 187,546 | 479,241 | 0 | 187,546 | 239,621 | 52,075 | 0 | 52,075 | 187,546 |
| 24 | 305,861 | 223,265 | 529,126 | 0 | 223,265 | 264,563 | 41,298 | 0 | 41,298 | 223,265 |
| 25 | 275,148 | 168,470 | 443,618 | 0 | 168,470 | 221,809 | 53,339 | 0 | 53,339 | 168,470 |
| 26 | 312,525 | 129,982 | 442,507 | 0 | 129,982 | 221,254 | 91,272 | 0 | 91,272 | 129,982 |
| 27 | 281,073 | 271,239 | 552,312 | 0 | 271,239 | 276,156 | 4,917 | 0 | 4,917 | 271,239 |
| 28 | 251,831 | 229,455 | 481,286 | 0 | 229,455 | 240,643 | 11,188 | 0 | 11,188 | 229,455 |
| 29 | 238,070 | 218,638 | 456,708 | 0 | 218,638 | 228,354 | 9,716 | 0 | 9,716 | 218,638 |
| 30 | 230,506 | 290,674 | 521,180 | 230,506 | 0 | 260,590 | 0 | 30,084 | 230,506 | 30,084 |
| 31 | 275,393 | 235,646 | 511,039 | 0 | 235,646 | 255,520 | 19,874 | 0 | 19,874 | 235,646 |
| 32 | 360,998 | 108,735 | 469,733 | 0 | 108,735 | 234,867 | 126,132 | 0 | 126,132 | 108,735 |
| 33 | 420,621 | 167,901 | 588,522 | 0 | 167,901 | 294,261 | 126,360 | 0 | 126,360 | 167,901 |
| 34 | 214,429 | 277,077 | 491,506 | 214,429 | 0 | 245,753 | 0 | 31,324 | 214,429 | 31,324 |
| 35 | 143,815 | 295,685 | 439,500 | 143,815 | 0 | 219,750 | 0 | 75,935 | 143,815 | 75,935 |
| 36 | 153,719 | 264,662 | 418,381 | 153,719 | 0 | 209,191 | 0 | 55,472 | 153,719 | 55,472 |
| 37 | 179,718 | 274,797 | 454,515 | 179,718 | 0 | 227,258 | 0 | 47,540 | 179,718 | 47,540 |
| 38 | 285,580 | 266,034 | 551,614 | 0 | 266,034 | 275,807 | 9,773 | 0 | 9,773 | 266,034 |
| 39 | 189,211 | 264,591 | 453,802 | 189,211 | 0 | 226,901 | 0 | 37,690 | 189,211 | 37,690 |
| 40 | 297,007 | 253,141 | 550,148 | 0 | 253,141 | 275,074 | 21,933 | 0 | 21,933 | 253,141 |
| 41 | 318,040 | 108,655 | 426,695 | 0 | 108,655 | 213,348 | 104,693 | 0 | 104,693 | 108,655 |
| 42 | 246,225 | 295,466 | 541,691 | 246,225 | 0 | 270,846 | 0 | 24,621 | 246,225 | 24,621 |
| 43 | 160,976 | 348,109 | 509,085 | 160,976 | 0 | 254,543 | 0 | 93,567 | 160,976 | 93,567 |
| 44 | 217,430 | 200,803 | 418,233 | 0 | 200,803 | 209,117 | 8,314 | 0 | 8,314 | 200,803 |
| 45 | 189,025 | 329,707 | 518,732 | 189,025 | 0 | 259,366 | 0 | 70,341 | 189,025 | 70,341 |
| 46 | 215,370 | 200,283 | 415,653 | 0 | 200,283 | 207,827 | 7,544 | 0 | 7,544 | 200,283 |
| 47 | 382,546 | 238,809 | 621,355 | 0 | 238,809 | 310,678 | 71,869 | 0 | 71,869 | 238,809 |
| 48 | 312,504 | 306,850 | 619,354 | 0 | 306,850 | 309,677 | 2,827 | 0 | 2,827 | 306,850 |
| 49 | 239,660 | 309,345 | 549,005 | 239,660 | 0 | 274,503 | 0 | 34,843 | 239,660 | 34,843 |
| 50 | 196,227 | 359,878 | 556,105 | 196,227 | 0 | 278,053 | 0 | 81,826 | 196,227 | 81,826 |

**State House District Map**

51



## Efficiency Gap

| DISTRICT | Party Dem | Party Rep | Total Votes | Lost Votes Dem | Lost Votes Rep | Minimum to win | Surplus Votes Dem | Surplus Votes Rep | Total Wasted Votes Dem | Total Wasted Votes Rep |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 229,955 | 363,093 | 593,048 | 229,955 | 0 | 296,524 | 0 | 66,569 | 229,955 | 66,569 |
| 52 | 239,488 | 344,546 | 584,034 | 239,488 | 0 | 292,017 | 0 | 52,529 | 239,488 | 52,529 |
| 53 | 287,443 | 121,241 | 408,684 | 0 | 121,241 | 204,342 | 83,101 | 0 | 83,101 | 121,241 |
| 54 | 267,126 | 309,291 | 576,417 | 267,126 | 0 | 288,209 | 0 | 21,083 | 267,126 | 21,083 |
| 55 | 267,990 | 306,710 | 574,700 | 267,990 | 0 | 287,350 | 0 | 19,360 | 267,990 | 19,360 |
| 56 | 291,476 | 264,875 | 556,351 | 0 | 264,875 | 278,176 | 13,301 | 0 | 13,301 | 264,875 |
| 57 | 215,912 | 228,973 | 444,885 | 215,912 | 0 | 222,443 | 0 | 6,531 | 215,912 | 6,531 |
| 58 | 239,623 | 242,137 | 481,760 | 239,623 | 0 | 240,880 | 0 | 1,257 | 239,623 | 1,257 |
| 59 | 201,755 | 333,786 | 535,541 | 201,755 | 0 | 267,771 | 0 | 66,016 | 201,755 | 66,016 |
| 60 | 234,995 | 299,708 | 534,703 | 234,995 | 0 | 267,352 | 0 | 32,357 | 234,995 | 32,357 |
| 61 | 271,563 | 250,509 | 522,072 | 0 | 250,509 | 261,036 | 10,527 | 0 | 10,527 | 250,509 |
| 62 | 273,649 | 273,005 | 546,654 | 0 | 273,005 | 273,327 | 322 | 0 | 322 | 273,005 |
| 63 | 214,269 | 325,099 | 539,368 | 214,269 | 0 | 269,684 | 0 | 55,415 | 214,269 | 55,415 |
| 64 | 217,142 | 262,173 | 479,315 | 217,142 | 0 | 239,658 | 0 | 22,516 | 217,142 | 22,516 |
| 65 | 183,403 | 351,999 | 535,402 | 183,403 | 0 | 267,701 | 0 | 84,298 | 183,403 | 84,298 |
| 66 | 202,864 | 377,939 | 580,803 | 202,864 | 0 | 290,402 | 0 | 87,538 | 202,864 | 87,538 |
| 67 | 250,917 | 293,559 | 544,476 | 250,917 | 0 | 272,238 | 0 | 21,321 | 250,917 | 21,321 |
| 68 | 276,355 | 278,227 | 554,582 | 276,355 | 0 | 277,291 | 0 | 936 | 276,355 | 936 |
| 69 | 323,172 | 203,120 | 526,292 | 0 | 203,120 | 263,146 | 60,026 | 0 | 60,026 | 203,120 |
| 70 | 374,227 | 66,491 | 440,718 | 0 | 66,491 | 220,359 | 153,868 | 0 | 153,868 | 66,491 |
| 71 | 251,023 | 301,954 | 552,977 | 251,023 | 0 | 276,489 | 0 | 25,466 | 251,023 | 25,466 |
| 72 | 260,583 | 305,018 | 565,601 | 260,583 | 0 | 282,801 | 0 | 22,218 | 260,583 | 22,218 |
| 73 | 262,680 | 214,960 | 477,640 | 0 | 214,960 | 238,820 | 23,860 | 0 | 23,860 | 214,960 |
| 74 | 326,911 | 154,066 | 480,977 | 0 | 154,066 | 240,489 | 86,423 | 0 | 86,423 | 154,066 |
| 75 | 327,413 | 227,885 | 555,298 | 0 | 227,885 | 277,649 | 49,764 | 0 | 49,764 | 227,885 |
| 76 | 292,290 | 273,022 | 565,312 | 0 | 273,022 | 282,656 | 9,634 | 0 | 9,634 | 273,022 |
| 77 | 322,455 | 201,503 | 523,958 | 0 | 201,503 | 261,979 | 60,476 | 0 | 60,476 | 201,503 |
| 78 | 177,054 | 291,695 | 468,749 | 177,054 | 0 | 234,375 | 0 | 57,321 | 177,054 | 57,321 |
| 79 | 160,508 | 353,131 | 513,639 | 160,508 | 0 | 256,820 | 0 | 96,312 | 160,508 | 96,312 |
| 80 | 275,659 | 259,938 | 535,597 | 0 | 259,938 | 267,799 | 7,861 | 0 | 7,861 | 259,938 |

**State House District Map**

52



## Efficiency Gap

| DISTRICT | Party | | Total Votes | Lost Votes | | Minimum to win | Surplus Votes | | Total Wasted Votes | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Dem | Rep | | Dem | Rep | | Dem | Rep | Dem | Rep |
| 81 | 285,844 | 281,219 | 567,063 | 0 | 281,219 | 283,532 | 2,313 | 0 | 2,313 | 281,219 |
| 82 | 312,114 | 123,420 | 435,534 | 0 | 123,420 | 217,767 | 94,347 | 0 | 94,347 | 123,420 |
| 83 | 187,012 | 182,812 | 369,824 | 0 | 182,812 | 184,912 | 2,100 | 0 | 2,100 | 182,812 |
| 84 | 243,716 | 249,048 | 492,764 | 243,716 | 0 | 246,382 | 0 | 2,666 | 243,716 | 2,666 |
| 85 | 138,039 | 405,083 | 543,122 | 138,039 | 0 | 271,561 | 0 | 133,522 | 138,039 | 133,522 |
| 86 | 203,770 | 270,959 | 474,729 | 203,770 | 0 | 237,365 | 0 | 33,595 | 203,770 | 33,595 |
| 87 | 268,142 | 156,618 | 424,760 | 0 | 156,618 | 212,380 | 55,762 | 0 | 55,762 | 156,618 |
| 88 | 245,387 | 325,594 | 570,981 | 245,387 | 0 | 285,491 | 0 | 40,104 | 245,387 | 40,104 |
| 89 | 154,660 | 302,784 | 457,444 | 154,660 | 0 | 228,722 | 0 | 74,062 | 154,660 | 74,062 |
| 90 | 207,162 | 349,053 | 556,215 | 207,162 | 0 | 278,108 | 0 | 70,946 | 207,162 | 70,946 |
| 91 | 171,026 | 291,337 | 462,363 | 171,026 | 0 | 231,182 | 0 | 60,156 | 171,026 | 60,156 |
| 92 | 203,368 | 208,285 | 411,653 | 203,368 | 0 | 205,827 | 0 | 2,459 | 203,368 | 2,459 |
| 93 | 206,155 | 316,588 | 522,743 | 206,155 | 0 | 261,372 | 0 | 55,217 | 206,155 | 55,217 |
| 94 | 336,647 | 148,685 | 485,332 | 0 | 148,685 | 242,666 | 93,981 | 0 | 93,981 | 148,685 |
| 95 | 227,166 | 319,003 | 546,169 | 227,166 | 0 | 273,085 | 0 | 45,919 | 227,166 | 45,919 |
| 96 | 274,622 | 271,760 | 546,382 | 0 | 271,760 | 273,191 | 1,431 | 0 | 1,431 | 271,760 |
| 97 | 217,116 | 326,656 | 543,772 | 217,116 | 0 | 271,886 | 0 | 54,770 | 217,116 | 54,770 |
| 98 | 180,381 | 338,681 | 519,062 | 180,381 | 0 | 259,531 | 0 | 79,150 | 180,381 | 79,150 |
| 99 | 209,769 | 314,549 | 524,318 | 209,769 | 0 | 262,159 | 0 | 52,390 | 209,769 | 52,390 |
| 100 | 182,482 | 298,484 | 480,966 | 182,482 | 0 | 240,483 | 0 | 58,001 | 182,482 | 58,001 |
| 101 | 177,978 | 310,629 | 488,607 | 177,978 | 0 | 244,304 | 0 | 66,326 | 177,978 | 66,326 |
| 102 | 230,242 | 295,320 | 525,562 | 230,242 | 0 | 262,781 | 0 | 32,539 | 230,242 | 32,539 |
| 103 | 314,152 | 337,962 | 652,114 | 314,152 | 0 | 326,057 | 0 | 11,905 | 314,152 | 11,905 |
| 104 | 218,901 | 344,830 | 563,731 | 218,901 | 0 | 281,866 | 0 | 62,965 | 218,901 | 62,965 |
| 105 | 194,704 | 345,949 | 540,653 | 194,704 | 0 | 270,327 | 0 | 75,623 | 194,704 | 75,623 |
| 106 | 223,939 | 351,534 | 575,473 | 223,939 | 0 | 287,737 | 0 | 63,798 | 223,939 | 63,798 |
| 107 | 246,137 | 337,553 | 583,690 | 246,137 | 0 | 291,845 | 0 | 45,708 | 246,137 | 45,708 |
| 108 | 202,307 | 297,105 | 499,412 | 202,307 | 0 | 249,706 | 0 | 47,399 | 202,307 | 47,399 |
| 109 | 275,060 | 244,621 | 519,681 | 0 | 244,621 | 259,841 | 15,220 | 0 | 15,220 | 244,621 |
| 110 | 220,366 | 293,600 | 513,966 | 220,366 | 0 | 256,983 | 0 | 36,617 | 220,366 | 36,617 |

**State House District Map** 53



## Seats to Votes Ratio

|  | Vote Share | Count of Seats | Seat Share | Proportionality Bias |
|---|---|---|---|---|
| Dem | 52.3% | 57 | 51.8% | -0.5% |
| Rep | 47.7% | 53 | 48.2% | 0.5% |

| DISTRICT | Composite Score | | | |
|---|---|---|---|---|
|  | Dem | Dem % | Rep | Rep % |
| 1 | 258,502 | 92.6% | 20,654 | 7.4% |
| 2 | 261,320 | 59.9% | 174,928 | 40.1% |
| 3 | 265,267 | 78.5% | 72,758 | 21.5% |
| 4 | 328,745 | 94.3% | 19,885 | 5.7% |
| 5 | 438,662 | 77.7% | 126,246 | 22.3% |
| 6 | 470,863 | 82.2% | 102,192 | 17.8% |
| 7 | 463,517 | 82.0% | 102,015 | 18.0% |
| 8 | 341,385 | 79.4% | 88,387 | 20.6% |
| 9 | 311,310 | 94.7% | 17,291 | 5.3% |
| 10 | 366,472 | 64.9% | 198,627 | 35.1% |
| 11 | 353,187 | 67.7% | 168,158 | 32.3% |
| 12 | 313,082 | 71.4% | 125,555 | 28.6% |
| 13 | 303,076 | 67.8% | 144,266 | 32.2% |
| 14 | 306,099 | 74.5% | 104,625 | 25.5% |
| 15 | 270,884 | 61.0% | 173,183 | 39.0% |
| 16 | 405,317 | 76.7% | 123,360 | 23.3% |
| 17 | 334,631 | 68.6% | 153,279 | 31.4% |
| 18 | 491,476 | 79.5% | 126,756 | 20.5% |
| 19 | 412,797 | 63.7% | 235,189 | 36.3% |
| 20 | 349,902 | 55.1% | 284,833 | 44.9% |
| 21 | 259,240 | 51.7% | 241,843 | 48.3% |
| 22 | 309,321 | 47.7% | 339,589 | 52.3% |
| 23 | 291,695 | 60.9% | 187,546 | 39.1% |
| 24 | 305,861 | 57.8% | 223,265 | 42.2% |
| 25 | 275,148 | 62.0% | 168,470 | 38.0% |
| 26 | 312,525 | 70.6% | 129,982 | 29.4% |
| 27 | 281,073 | 50.9% | 271,239 | 49.1% |
| 28 | 251,831 | 52.3% | 229,455 | 47.7% |
| 29 | 238,070 | 52.1% | 218,638 | 47.9% |
| 30 | 230,506 | 44.2% | 290,674 | 55.8% |
| 31 | 275,393 | 53.9% | 235,646 | 46.1% |
| 32 | 360,998 | 76.9% | 108,735 | 23.1% |
| 33 | 420,621 | 71.5% | 167,901 | 28.5% |
| 34 | 214,429 | 43.6% | 277,077 | 56.4% |
| 35 | 143,815 | 32.7% | 295,685 | 67.3% |
| 36 | 153,719 | 36.7% | 264,662 | 63.3% |
| 37 | 179,718 | 39.5% | 274,797 | 60.5% |
| 38 | 285,580 | 51.8% | 266,034 | 48.2% |
| 39 | 189,211 | 41.7% | 264,591 | 58.3% |
| 40 | 297,007 | 54.0% | 253,141 | 46.0% |

**State House District Map**                                                                 54

JA00601



## Seats to Votes Ratio

| DISTRICT | Composite Score | | | | DISTRICT | Composite Score | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dem | Dem % | Rep | Rep % | | Dem | Dem % | Rep | Rep % |
| 41 | 318,040 | 74.5% | 108,655 | 25.5% | 81 | 285,844 | 50.4% | 281,219 | 49.6% |
| 42 | 246,225 | 45.5% | 295,466 | 54.5% | 82 | 312,114 | 71.7% | 123,420 | 28.3% |
| 43 | 160,976 | 31.6% | 348,109 | 68.4% | 83 | 187,012 | 50.6% | 182,812 | 49.4% |
| 44 | 217,430 | 52.0% | 200,803 | 48.0% | 84 | 243,716 | 49.5% | 249,048 | 50.5% |
| 45 | 189,025 | 36.4% | 329,707 | 63.6% | 85 | 138,039 | 25.4% | 405,083 | 74.6% |
| 46 | 215,370 | 51.8% | 200,283 | 48.2% | 86 | 203,770 | 42.9% | 270,959 | 57.1% |
| 47 | 382,546 | 61.6% | 238,809 | 38.4% | 87 | 268,142 | 63.1% | 156,618 | 36.9% |
| 48 | 312,504 | 50.5% | 306,850 | 49.5% | 88 | 245,387 | 43.0% | 325,594 | 57.0% |
| 49 | 239,660 | 43.7% | 309,345 | 56.3% | 89 | 154,660 | 33.8% | 302,784 | 66.2% |
| 50 | 196,227 | 35.3% | 359,878 | 64.7% | 90 | 207,162 | 37.2% | 349,053 | 62.8% |
| 51 | 229,955 | 38.8% | 363,093 | 61.2% | 91 | 171,026 | 37.0% | 291,337 | 63.0% |
| 52 | 239,488 | 41.0% | 344,546 | 59.0% | 92 | 203,368 | 49.4% | 208,285 | 50.6% |
| 53 | 287,443 | 70.3% | 121,241 | 29.7% | 93 | 206,155 | 39.4% | 316,588 | 60.6% |
| 54 | 267,126 | 46.3% | 309,291 | 53.7% | 94 | 336,647 | 69.4% | 148,685 | 30.6% |
| 55 | 267,990 | 46.6% | 306,710 | 53.4% | 95 | 227,166 | 41.6% | 319,003 | 58.4% |
| 56 | 291,476 | 52.4% | 264,875 | 47.6% | 96 | 274,622 | 50.3% | 271,760 | 49.7% |
| 57 | 215,912 | 48.5% | 228,973 | 51.5% | 97 | 217,116 | 39.9% | 326,656 | 60.1% |
| 58 | 239,623 | 49.7% | 242,137 | 50.3% | 98 | 180,381 | 34.8% | 338,681 | 65.2% |
| 59 | 201,755 | 37.7% | 333,786 | 62.3% | 99 | 209,769 | 40.0% | 314,549 | 60.0% |
| 60 | 234,995 | 43.9% | 299,708 | 56.1% | 100 | 182,482 | 37.9% | 298,484 | 62.1% |
| 61 | 271,563 | 52.0% | 250,509 | 48.0% | 101 | 177,978 | 36.4% | 310,629 | 63.6% |
| 62 | 273,649 | 50.1% | 273,005 | 49.9% | 102 | 230,242 | 43.8% | 295,320 | 56.2% |
| 63 | 214,269 | 39.7% | 325,099 | 60.3% | 103 | 314,152 | 48.2% | 337,962 | 51.8% |
| 64 | 217,142 | 45.3% | 262,173 | 54.7% | 104 | 218,901 | 38.8% | 344,830 | 61.2% |
| 65 | 183,403 | 34.3% | 351,999 | 65.7% | 105 | 194,704 | 36.0% | 345,949 | 64.0% |
| 66 | 202,864 | 34.9% | 377,939 | 65.1% | 106 | 223,939 | 38.9% | 351,534 | 61.1% |
| 67 | 250,917 | 46.1% | 293,559 | 53.9% | 107 | 246,137 | 42.2% | 337,553 | 57.8% |
| 68 | 276,355 | 49.8% | 278,227 | 50.2% | 108 | 202,307 | 40.5% | 297,105 | 59.5% |
| 69 | 323,172 | 61.4% | 203,120 | 38.6% | 109 | 275,060 | 52.9% | 244,621 | 47.1% |
| 70 | 374,227 | 84.9% | 66,491 | 15.1% | 110 | 220,366 | 42.9% | 293,600 | 57.1% |
| 71 | 251,023 | 45.4% | 301,954 | 54.6% | | | | | |
| 72 | 260,583 | 46.1% | 305,018 | 53.9% | | | | | |
| 73 | 262,680 | 55.0% | 214,960 | 45.0% | | | | | |
| 74 | 326,911 | 68.0% | 154,066 | 32.0% | | | | | |
| 75 | 327,413 | 59.0% | 227,885 | 41.0% | | | | | |
| 76 | 292,290 | 51.7% | 273,022 | 48.3% | | | | | |
| 77 | 322,455 | 61.5% | 201,503 | 38.5% | | | | | |
| 78 | 177,054 | 37.8% | 291,695 | 62.2% | | | | | |
| 79 | 160,508 | 31.2% | 353,131 | 68.8% | | | | | |
| 80 | 275,659 | 51.5% | 259,938 | 48.5% | | | | | |

**State House District Map**                                                           55



# <u>DISSENTING REPORT</u>
# Submitted by Commissioner Rebecca Szetela



## DISSENTING REPORT: 2021 CHESTNUT CONGRESSIONAL REDISTRICTING MAP
### Authored by: Commissioner Rebecca Szetela
*Chair: September 2021-March 2022*
*Vice-Chair: March 2021-September 2021*

## Summary

The Michigan Independent Citizens Redistricting Commission adopted its final United States Congressional, Michigan State House, and Michigan State Senate maps on December 28, 2021. This approval was the culmination of over a year of challenging, and often intense, work, which was complicated both by the global COVID-19 pandemic and a four-month delay in release of data from the United States Census Bureau. For the first time in the State of Michigan, a group of randomly selected voters, in lieu of politicians, drew the U.S. Congressional, Michigan State House, and Michigan State Senate maps.  These maps were drawn openly and with the ongoing participation, input, and observation of the public. Individual Commissioners, who were strangers to each other at the start of this process, bridged their partisan leanings and worked collaboratively, as a team, to compile maps. The Commission performed admirably under very challenging circumstances. There is much for the Commission to celebrate.

While celebrations are in order, all business processes, no matter how successful, should be subject to a frank evaluation process. There is always room for improvement. There are always insights to be gleaned and carried forward. Retrospective evaluations, where we look backward at what went right, what went wrong, and what can be improved, are (and should be) standard and expected. The redistricting process should be subject to no less scrutiny.

The intent of this Dissenting Report is to provide an honest and transparent account of areas where, due to a variety of intersecting factors, the Commission could have performed more faithfully to its Constitutional mandate in the creation, revision, and adoption of its U.S. Congressional, State House, and State Senate maps. This Report highlights deficiencies in adhering to several Constitutional criteria (Voting Rights Act Compliance, Respecting Communities of Interest, and Partisan Fairness) as well as an error in elevating a criterion that was not in the Constitution. This Report also notes that the Commission did not appropriately account for and consider the full body of public comment. As a

85

result, the Commission's process was not as data-driven, objective, or participatory as it should have been.

Because this Report is written with the intention toward improvements in the process, I have included many recommendations for future Commissions. For the reasons set forth below, I dissent to the adoption of Chestnut Congressional map by the Commission.

## Rationale

### OBJECTION 1 | CRITERIA #1 COMPLIANCE WITH FEDERAL LAW, INCLUDING THE VOTING RIGHTS ACT

> *"Unfortunately we do not have sufficient information to anticipate what might happen in future Democratic primaries in the proposed districts. The reason is that we have only one statewide Democratic primary for which we can recompile results and minority voters were not cohesive in this primary.* ***We simply do not know what would happen in a primary in which minority voters are cohesive.****"*
> *Ex. 1, Dr. Lisa Handley, December 27, 2021[1]*

In my opinion, the Commission cannot say with any degree of confidence whether any of the Commission's approved maps (the US Congressional ("Chestnut"), State Senate ("Linden"), and State House ("Hickory")) will provide minorities, particularly Black voters in the metropolitan Detroit area, with an opportunity to elect their candidates of choice in **both** primary and general elections. This is a serious flaw in the Chestnut map. Thus, I dissent to its adoption.

#### The Commission's Quantitative and Legal Analysis

In furtherance of its compliance with the Voting Rights Act ("VRA"), the Commission exclusively relied on quantitative analysis from Dr. Lisa Handley, legal analysis from its Voting Rights Expert (Bruce Adelson), and legal advice from its general counsel. The first step in this compliance process was a determination as to whether voting in Michigan was racially polarized. To determine this, Dr. Handley analyzed ten years' worth of general and primary election data from the State of Michigan. Ex. 2, Final Handley Report.[2] In conducting her analysis, Dr. Handley calculated that the majority of Michigan counties (95%, or 79 out of 83 counties) lacked sufficient Black voter populations to estimate voting behavior. Ex. 3, Sept. 2 Transcript, pp. 21-24. Thus, a racially polarized voting ("RPV") analysis could not

---

[1] I would like to acknowledge the excellent analysis Dr. Lisa Handley performed for the Commission.
[2] For brevity, I have only attached portions of Exhibit 2 to this Dissent. The full report is available at: https://www.michigan.gov/micrc/meeting-notices-and-materials under the link titled "Racially Polarized Voting Analysis."

be performed in those counties. *Id.* However, Dr. Handley determined that four Michigan counties (Wayne, Oakland, Saginaw, and Genesee) contained sufficient Black voting-age populations to allow an RPV analysis to be conducted. *Id.* In each of those four counties where the RPV analysis was conducted, voting was racially polarized.  Ex. 2, pg. 7; Ex. 3, pp. 21-24. Because voting was racially polarized, the Commission was required to structure districts that complied with the VRA in those counties. *Id.* Mr. Adelson correspondingly advised that the VRA did not require minority-majority districts (e.g., districts with greater than 50% Black voting age population); however, the Commission did need to create "opportunity to elect" districts. The Commission was advised by Mr. Adelson that an "opportunity to elect" district is one where the district contains the requisite number of minority voters needed to enable those voters an opportunity to elect their candidates of choice. Dr. Handley's analysis was intended to determine the minimum percentage of Black voting-age population ("BVAP") necessary to create opportunity to elect districts in the four racially polarized counties (Wayne, Oakland, Saginaw, and Genesee).

To estimate these percentages, Dr. Handley evaluated the degree to which white voters supported Black-preferred candidates (the "White Crossover Vote") in the four counties. As noted by Dr. Handley, "if a relatively consistent percentage of white voters support Black-preferred candidates, candidates preferred by Black voters can be elected in districts that are less than majority Black." Ex. 2, p. 19. The White Crossover Vote can also compensate for depressed Black voter turnout. Ex. 2, p. 19. Alternately, "if voting is starkly polarized, with few or no whites crossing over to vote for the candidates supported by Black voters," a district "that is more than 50% Black VAP" may be needed to elect Black-preferred candidates. *Id.* Thus, Dr. Handley's analysis included the voting patterns of Black and white voters as well as data regarding variations in turnout rates.

After completing her analysis, Dr. Handley provided the Commission with a report stating that, for ***general elections***, Black voters could elect candidates of choice in Wayne County with a BVAP as low as 35%. Ex. 2; Ex. 4, pp 13-18. In Oakland County, once again for ***general elections***, Black voters could elect candidates of choice with a BVAP as low as 40%. Ex. 2; Ex. 4. Dr. Handley also stated that no county required districts with a BVAP of 50% or more in the general election. *Id.*

However, general election results were not the only relevant inquiry. As noted in Dr. Handley's writings on this topic, **both primary and general elections must be considered**. Ex. 5, *Drawing Effective Minority Districts: A Conceptual Framework and Some Empirical Evidence,* B. Grofman, L. Handley, and D. Lublin, North Carolina Law Review, Volume 79, Number 5, Article 12 (6-1-2001) p. 1410-1411. Moreover, map drawers need to be ***most*** focused on the ***highest*** percentages required because that is

3

the percentage needed to win both elections (primary and general). *Id.* Accordingly, if 52% is the proper number to allow minority voters an opportunity to elect in a primary, but 43% is needed in a general election, the map drawer's work should be governed by the higher primary percentage (52%). *Id.*

Accordingly, Dr. Handley also analyzed primary data. Ex. 2, p. 24-26. There was a single Statewide Michigan Democratic[3] primary with results that could be recompiled and applied to any district reconfiguration that the Commission desired to test. *Id.* That election was the 2018 Gubernatorial primary, in which three candidates were running: Gretchen Whitmer, Abdul El-Sayed, and Shri Thanedar. In analyzing this election, Dr. Handley determined that Black voters were not "cohesive" – meaning they did not support a single, identifiable candidate. *Id.* This lack of cohesiveness made it impossible to extrapolate the data from that election in a manner that could predict the election results for future districts. *Id.* at 24. Disappointingly, the 2018 Gubernatorial primary could not be used to determine the proper BVAP levels needed for Black voters to elect their candidates of choice in the primary elections in the recompiled districts.

In the absence of Statewide primary data for analysis and recompilation, Dr. Handley analyzed other primary election data. Dr. Handley produced two charts entitled "Threshold of Representation" for both the State Senate and State House (the "Threshold Tables"). Ex. 2, p. 24-26. Dr. Handley described these Threshold Tables as being a "useful check on the percent needed to win estimates" found in the general election tables.  Ex. 2, p. 24. The Threshold Tables were "designed to identify the lowest minority percentage above which minority candidates are consistently elected." Ex. 2, p. 24. **For the State Senate, that threshold was 48%**.[4] For the State House, **the threshold identified was 36%** (*as described more fully in the footnote, it should have been between 47% and 52%*).[5] A Threshold Table

---

[3] Because Michigan's BVAP population tends to vote overwhelmingly Democratic, Democratic primaries were Dr. Handley's area of focus.

[4] Dr. Handley's analysis showed there were no State Senate districts with BVAP levels between 36% and 44% (the very "target range" the Commission later confined itself to in drawing its maps). Ex. 2; Ex. 3, pp. 18-19. Of the single district with 45% BVAP (District 1), the Black candidate of choice (Alberta Tinsley Talabi) did not survive the primary, even though she received approximately 48% (and the majority) of the Black vote. Ex. 2, p. 26, 65. In comparison, Stephanie Chang, an Asian woman, won the primary with 49.8% of the vote, having received over 75% of the votes cast by white voters. *Id. **Thus, in a district with 45% BVAP, Black voters did not have the opportunity for their candidate of choice (Alberta Tinsley Talabi) to advance to the general election***. As expected, as the Democratic candidate in the general election, Ms. Chang easily won the general election for Senate District 1, obtaining 72% of the vote and an estimated 95%+ of the BVAP vote. Ex. 2, p. 54.

[5] Using the same methodology Dr. Handley used in the Senate table, the Threshold for the House also should have been 47% BVAP or more. Similar to the State Senate, there were no State House districts with BVAP levels between 37% and 46%. Ex. 2, p. 25-26; Ex. 3, pp. 18-19. Dr. Handley's State House Threshold Table identifies 36% as the number needed to elect minority candidates of choice. Ex. 2. However, her analysis overlooked the fact that

was not provided for Congressional elections.

To summarize Dr. Handley's analysis, for Wayne and Oakland Counties, the election analysis showed that Black voters had the opportunity to elect candidates of choice in the *general election* with BVAP numbers ranging between 35% and 40%. Ex. 4, pp. 13-16. However, the Threshold Tables, which reflected **primary results**, suggested higher amounts were likely necessary (48% in the State Senate and between 47% and 52% in the State House) for Black voters to have an opportunity to elect their candidates of choice in primaries.[6] Ex. 4, p. 18-19. Because VRA compliance requires the ability to elect candidates of choice *in both elections*, the Commission should have taken a conservative approach by using higher BVAP numbers (approximately 48%) when constructing districts in all maps. Ex. 5, pp. 1410-1411. This approach would have been the most protective of the voting rights of Black voters.[7]

### The Commission's Directions From Counsel

Armed with Dr. Handley's report and data, the Commission began drawing maps following this approach and drew districts in the Metropolitan Detroit area with BVAP percentages around 50%. After completing districts in most of the Metropolitan Detroit area, the Commission's counsel intervened and began aggressively pushing the Commission to reduce the BVAP numbers to as close to the general election percentages (35% to 40%) as possible. Ex. 6, Sept. 13 Email. This pressure was most evident at

---

the minority candidate elected at the 36% threshold was not the candidate of choice for Black voters. Although all districts above 36% elected *minority* candidates, and in State House District 29 (BVAP 36.04%) a Black candidate was elected, this candidate *was not* the candidate of choice for Black voters. Ex. 2, p. 25, 67. The Black voters' candidate of choice (Kermit Williams) did not survive the primary, even though he received approximately 50% of the Black vote. *Id.* In comparison, Brenda Carter, a Black woman, won the primary with 30.7% of the vote, having received over 59% of the votes cast by white voters. *Id.* ***Thus, in a district with 36% BVAP, Black voters were <u>not</u> able to have their candidate of choice (Kermit Williams) survive the primary to be considered at the general election.*** Once again, as expected, the winner of the Democratic primary, Brenda Carter, easily won the general election for House District 29, obtaining 72.9% of the vote and an estimated 95%+ of the BVAP vote. Ex. 2, p. 58. By comparison, in the 6th House District (53% BVAP),  the candidate of choice favored by Black voters (Tyrone Carter – with approximately 70% of BVAP vote) was able to prevail in the primary, even though white voters did not prefer that candidate. Ex. 2, p. 25, 68. Dr. Handley did not provide estimates for Black voters for District 4, where Abraham Aiyash was elected, because so many candidates ran for election in that primary that Dr. Handley could not ascertain the minority-preferred candidate. Thus, the Threshold of Representation for State House districts should have been somewhere between the BVAP of Mr. Aiyash's district (47% BVAP in the 4th district) and the 53% BVAP in Mr. Carter's district (the 6th district).

[6] The variation in the target BVAP percentages was attributable to primary and general election disparities in both the White Crossover Vote and voter turnout.

[7] If the Commission had exercised its discretion to use BVAP percentages higher than the general election values, and those numbers proved to be too high, Black voters' candidates of choice would still have a reasonable chance of election and a future Commission would have the ability, based on a decade of data, to adjust the numbers further downward. On the other hand, if the general election BVAP thresholds adhered to by the Commission are too low, Black voters may spend a decade being injured by not having an opportunity to elect candidates of choice. The Commission should have had a careful discussion balancing the risks and benefits of both approaches. In lieu of having that discussion, the Commission yielded its decision-making to its counsel.

5

the September 30, 2021, Commission meeting in Rochester Hills, where the Commission was expressly directed to identify "anything that is higher than 40% for the black voting age population" and "those quote unquote fixes can be dealt with." Ex. 7, Sept. 30, 2021, AM Meeting Transcript, pg. 21; *See* Ex. 7, p. 22. Despite Dr. Handley's analysis showing that the required BVAP for primary elections was likely higher than the required BVAP for general elections, the Commission acquiesced to its counsel and redrew each of its existing maps in the Metropolitan Detroit area based on the general election BVAP "targets" of 35% to 40%.

**The Public Response**

Having witnessed the low percentages of BVAP that the Commission was being directed to achieve, Metropolitan Detroiters appeared in force to question whether the Commission's maps would provide Black voters in Metropolitan Detroit with an opportunity to elect their candidates of choice in the primaries. *See* Ex. 8[8], Detroit Hearing Transcript, Oct. 20, 2021.  The Commission received hundreds of comments objecting to the low BVAP percentages in its draft maps. Ex. 8. Additionally, Jerome Reide, a legislative liaison from the Michigan Department of Civil Rights, and John E. Johnson, Jr., the Executive Director of the Michigan Department of Civil Rights, also both presented letters to the Commission indicting their belief that the Commission was violating the Voting Rights Act.

As voters testified, the Metropolitan Detroit area is solidly Democratic, with elections in Wayne County generally favoring Democrats by 20 percentage points or more. Ex. 8. Reliably, whoever wins the Democratic primary in Wayne County will win the general election. *Id., see* Ex. 2.  Thus, for Black voters to be able to elect their candidate of choice, that candidate of choice ***must be able to succeed in the Democratic primary***. Ex. 8. The public asserted that general election results were neither reliable nor valid indicators of whether Black voters would be able to elect candidates of choice. *Id.* By ignoring the outsized role of the Democratic primaries in the Metropolitan Detroit area and focusing on the 35% and 40% range derived from general election data, the public stated that the Commission was poised to disenfranchise Black voters by denying them the opportunity to elect their candidates of choice. *Id.*

**The Commission Declines to Correct Its Course**

Following several hearings and meetings, including the October 20 Detroit Public Hearing, some Commissioners began questioning the validity of its attorneys' directives to draw districts using the

---

[8] Due to its length, I have attached only a portion of the transcript from the October 20, 2021, public hearing in Detroit. The full transcript is available at: https://www.michigan.gov/micrc/-/media/Project/Websites/MiCRC/Transcripts1/MICRC_Meeting_Transcript_10_20_2021.pdf?rev=a378536e31c446a494555afb9672b019&hash=0E0BEC4295A48C46AEB4689E2C0299D4

JA00609

general election BVAP percentages supplied by Dr. Handley's report. The Commission's response to those concerns should have been to return to the expert who prepared the RPV analysis (Dr. Handley) to seek her opinion with respect to the concerns of the public. Instead, once again at the direction of counsel, the Commission held a closed session with its counsel (rather than Dr. Handley) to discuss the concerns of voters. Ex. 9, Oct. 20, 2021, Email. This meeting was merely a reiteration of the same legal advice that had resulted in the objections from Metropolitan Detroiters in the first instance. Closed Session Hearing, Oct. 27, 2021.[9]  At this meeting, the concerns of Metropolitan Detroiters were cast as advocating "not to follow the law." *Id.* at 1:03:46.  This messaging was repeated in email messages to Commissioners in advance of the meeting as well, where Commissioners were directed to disregard the comments as being "advanced by lobbyists and politicians driving emotion." Ex. 10, Oct. 18, 2021, Email. Commissioner comments during the closed-door meeting exemplify the adoption by some Commissioners of these recharacterizations of the concerns of voters. Closed Session Hearing, Oct. 27, 2021 (Commissioner at 1:01:50: "*I also reflected on the Detroit hearing…they were just wrong…their comments were not backed by anything other than their feelings*"; Commissioner at 39:13: "*I think…I hope we all recognize, at least I think, many of the many, many, many of the comments that we heard, while they were saying that it was a VRA issue, it's a partisan issue. They have an agenda. And we need to be able to spot that and weed that out and not fall for that.*"; Commissioner at 1:20:12: "*I just want to remind us all that…it was set up so that we hear from citizens, but, I think, at this point, we need to, kind of, shut out all the criticisms that are coming and all the pressure because these are all motivated.*").  In this echo chamber created by its counsel,  Commissioners were dissuaded from making further adjustments to the maps. Acceding to these pressures, the Commission abandoned further inquiry into whether higher BVAP percentages were needed and, instead, deferred to the advice of counsel.

Although the Commission itself did not directly seek clarification from Dr. Handley,  Dr. Handley attempted to alert the Commission of its impending error. Specifically, Dr. Handley warned Commission staff[10] on December 10, 2021, that the Commission's maps had BVAP levels too low to allow Black

---

[9] The audio from this meeting is available at: https://www.michigan.gov/micrc/additional-pages/MSC-163823-Materials under the heading, "Closed Session Audio Recording, Oct. 27."  A transcript of this hearing was not available at the time of the preparation of this Report.

[10] This information was not conveyed to the Commission by its general counsel and other staff members were directed by the general counsel not to share Dr. Handley's concerns with Commissioners. Uncomfortable with the general counsel's direction, staff members informed me of Dr. Handley's concerns and I relayed those concerns to several  Commissioners on December 15, 2021. Ex. 11, December 15, 2021, Email. For clarification, I incorrectly stated in my December 15 email, based on my misunderstanding at the time, that Dr. Handley's analysis was flawed. The Commission's understanding of Dr. Handley's analysis was flawed, not the analysis itself.

7

voters the opportunity to elect their candidates of choice. Ex. 11, Email. Dr. Handley reaffirmed these concerns on December 27, 2021, noting that the Commission does not know if its maps will provide minority voters with an opportunity to elect candidates of choice in the Democratic primary:

> *Unfortunately we do not have sufficient information to anticipate what might happen in future Democratic primaries in the proposed districts. The reason is that we have only one statewide Democratic primary for which we can recompile results and minority voters were not cohesive in this primary. **We simply do not know what would happen in a primary in which minority voters are cohesive.***"
> *Ex. 1, Dr. Lisa Handley, December 27, 2021*

Despite vigorous public comment, evidence from its own expert indicating that higher BVAP percentages were needed, and plenty of time to act to change the maps, the Commission instead voted on December 28, 2021 to not allow adjustments to the maps.[11] Ex. 16, p. 85. The Commission had no data or evidence to suggest that Black voters will have an opportunity to elect candidates of choice in the Democratic primary with BVAP percentages of 35%, 40%, or even 45%. Ex. 2, Ex. 3.  Undeterred, the Commission approved the Chestnut map, with BVAP populations of 43.81% (District 12) and 44.70% (District 13).

## Conclusion

In conclusion, given the concerning data derived from primary elections and warnings from both the public and the Commission's RPV expert, the Commission's approach to compliance with the VRA was anything but data-driven, evidence-based, or participatory. The Commission's approach was to follow a will-o'-the-wisp and rely on the hope that general election thresholds will magically translate into Black voters' candidates of choice advancing past the Democratic primaries. Because the Commission did not have evidence or data to establish that these BVAP levels are sufficient to allow Black voters to have an opportunity to elect their candidates of choice in both the primary and general elections for either its Congressional, State Senate, or State House maps, I dissent to the adoption of the Chestnut Congressional Map.

**Recommendation for Future Commissions:**

1. In determining the requisite minority voting populations necessary for minority voters to have an opportunity to elect their candidates of choice, future Commissions should utilize the higher of the general election or primary election results to establish "target" BVAP ranges.

---

[11] Commissioners Kellom, Curry, Lange, Wagner, and I voted against precluding changes to the maps (i.e., those Commissioners were in favor of changing the maps).

**JA00611**

2. To ensure full and complete understanding of expert reports, all discussions of data and analysis regarding the requisite level of minority populations necessary to permit minority voters an opportunity to elect candidates of choice should require the attendance of the data scientist who conducted the analysis (in this case, Dr. Lisa Handley). Staff and other consultants should not be permitted to interpret the recommendations or conclusions of data scientists for the Commission.

3. Expert analysis of draft map compliance with the Voting Rights Act (and other metrics) should be received before maps may advance to the 45-day public comment period.

4. To the extent there is ambiguity or uncertainty regarding what BVAP levels are appropriate, Commissioners should openly and publicly discuss any concerns fully and vote on recommendations. The Commission should not rely on non-analyst determinations of the appropriate percentage levels.

5. The Commission, not staff or consultants, should evaluate the validity and import of public comments.

## OBJECTION 2 | CRITERIA #3 COMMUNITIES OF INTEREST

I dissent to the Chestnut map to the extent it fails to take into consideration and accommodate the following seven communities of interest that were identified as significant by the Commission and incorporated into other Congressional, State Senate, and State House Maps.

### Community of Interest 1: Bengali Community of Interest

The Bengali community identified Hamtramck and portions of Warren and Macomb County as being a community of interest that should be kept together. This community of interest was divided into two in the Chestnut Congressional map. The Chestnut map is the only final proposed Congressional map published by the Commission that divides this community of interest.

See comments p1511 (Mariam Akanan), p4107 (Nada Alhanooti, Hamtramck), f1514 (Tufayel Reza, Warren), f1516 (Iqbal Hossain, Hamtramck City), f1460 (Nurun Nesa, Warren), f1459 (Nazmin Begum, Warren); w1456 (Sumon Kobir, Warren Township), w1398 (Muzadded Abdullan, Warren City), p1037 (Rebeka Islam, Hamtramck), Map submitted via Portal Comment by Hayg Oshagan, 9/8/2021

### Community of Interest 2: Jewish Community of Interest

Eighty percent of the Metropolitan Detroit-area Jewish community resides in the "core" Oakland County communities of Berkley, Commerce Township, West Bloomfield, Bloomfield Hills, Birmingham, Franklin, Farmington, Farmington Hills, Royal Oak, Oak Park, Huntington Woods, Walled Lake, and

9

JA00612

Southfield. Seven percent of Jewish households live in the Southfield area and 12% of the population of Southfield is Jewish. Franklin also contains a significant Jewish population. Despite requests to keep Southfield and Franklin with the remainder of the Jewish community in the "core" area, the Chestnut map isolates and separates Southfield and Franklin from the remainder of the Jewish community of interest. The Chestnut map is the only final proposed Congressional map published by the Commission that divides this community of interest.

See comments w746 (Todd Schafer, Beverly Hills); c1803 (Menachem Hojda, Oak Park); c5247 (Judah Karesh, West Bloomfield Township); w1000 (Charlotte Massey, Royal Oak)

### Community of Interest 3: Indigenous Population Community of Interest

The Commission received many comments from members of Indigenous populations, who specifically identified their populations as communities of interest throughout the State. The Indigenous populations specifically identified the service areas for the Indian Health Services clinic run by the Nottawaseppi Huron Band of the Potawatomi and the American Indian Health & Family Services clinic in the Detroit area as communities of interest. In addition, Meredith Kennedy, the author of these comments and a representative for and member of the Indigenous populations, specifically identified the Birch map as being the map that best preserved these communities of interest. The Chestnut map does not preserve the community of interest of the Indigenous populations.

See comments p5531, p5527, and p5525

### Community of Interest 4: LQBTQ+ Community of Interest

The Commission also received many comments from members and allies of the LQBTQ+ community, who identified their community of interest as encompassing the communities of Southfield, Oak Park, Pleasant Ridge, Huntington Woods, Ferndale, Hazel Park, and the Detroit neighborhood of Palmer Park. The Chestnut map divides this community of interest into three separate districts.

See comments w1924 (Oscar Renautt, Oak Park), w5790 (Ivy Nicole), w5669 (Sarah, Ishpeming Township), w5473 (Troy, Detroit), w5471 (Kathy Randolph), f3493 (Michael Rowady), c777 (LGBT Detroit, Detroit), c819 (LGBT Detroit, Detroit), w1287 (Midge Cone, Ann Arbor), and w1306 (Sue Hadden, Ann Arbor).

### Community of Interest 5: Sikh Community of Interest

The Sikh community of Troy and Rochester Hills also identified their community as a community

10

of interest and requested that the Troy and Rochester Hills Sikh community of interest stay together. The Chestnut map divides this community.

Ex. 8, p. 16; Ex. 16, p. 19.

## Community of Interest 6: Asian Pacific Islander and Chaldean Populations in Oakland/Macomb Counties Community of Interest

Members of the Asian Pacific Islander and Chaldean communities in eastern Oakland County and western Macomb counties also identified themselves as a community of interest. The Chestnut map divides these populations in two by following the township boundary between the 10th and 11th districts for Oakland and Macomb County. Thus, the Chestnut map divides the Asian Pacific Islander and Chaldean community of interest.

See comments w8699 (Daniel G, Troy) and p7262 (Yousif, Troy).

## Community of Interest 7: Arab & Middle Eastern/North African Community of Interest

Members of the Arab or Middle Eastern/North African (MENA) community in Wayne County also identified themselves as a community of interest. The Chestnut map divides these populations in two. Thus, the Chestnut map divides the Arab or Middle Eastern/North African (MENA) community of interest.

See comment c1510 (Mariam Akanan, Dearborn), with supporting comments from Jamie Kim (Dearborn) and Mariam Bazzi (Dearborn).

Although the Commission had the discretion to determine which communities of interest it would incorporate into its maps, it is striking that these seven communities of interest were specifically identified for inclusion in all other "collaborative" Commission maps yet excluded, without explanation, from the Chestnut map. The Commission did not assess whether these communities of interest could have been accommodated within the Chestnut map and did not explain why these communities of interest were abandoned by the Commission in the Chestnut map. Due to the unexplained failure to accommodate the seven above-referenced communities of interest, I dissent to the adoption of the Chestnut Congressional map.

## Recommendation for Future Commissions:

1. Future Commissions should maintain records of communities of interest incorporated into various draft maps along with specific details as to why communities of interest were included in some maps but not others.

2. To the extent maps exclude communities of interest included in other maps, a full

11

accounting as to the rationale for that exclusion must be documented, along with a detailed explanation as to why the excluded community of interest could not be reasonably accommodated in the excluding map.

**OBJECTION 3 | CRITERIA #4 PARTISAN FAIRNESS**

I dissent because each of the Commission's Congressional, State Senate, and State House maps, including the Chestnut, could have achieved improved (i.e., closer to zero) partisan fairness metrics. Although the redistricting software licensed by the Commission, AutoBound Edge, contained a full complement of political and partisan data and tools, the Commission was directed by its general counsel that the Commission was precluded from considering election data and partisan fairness metrics when drawing its initial Statewide maps. Specifically, the Commission was advised by its general counsel that the Constitution "actually prohibits the Commission from considering the election results while they are mapping" and that the Commission was "legally prohibited from" considering election data in drawing maps. Ex. 7, Sept. 30, 2021, AM Transcript, pp. 66-67. As noted by members of the public, the Constitution contains no such restrictions. Ex. 12, Sept. 30, 2021, PM Transcript, p. 9.

To prevent Commissioners from viewing election data and partisan metrics during mapping, the Commission's general counsel further directed the Commission's mapping vendor, EDS, to disable and keep "hidden" the partisan fairness metrics, election data, and other political data and reporting features in AutoBound Edge. Ex. 13, Oct. 6 2021, Email. The Commission was unaware of this direction and did not consent to it. Handicapped by this lack of access, the Commission began drawing maps in August of 2021 without access to key functionality in the mapping software that it had paid for. These features were not re-enabled until after the completion of draft maps in October and required a software update. Ex. 14, October 3, 2021, Email from Kimball Brace ("*One of the things that staff and I need to discuss on Monday is how much of some of the additional reports do you want to unveil. Like this political fairness report there are a bunch of other data, tables and reports that are possible in EDGE, but we should talk about what do we want to release*.")

The Commission's lack of access to partisan fairness metrics until after maps were drawn resulted in rushed attempts to fix woefully non-compliant maps. Further, even after Commissioners were granted access to partisan fairness tools, Commissioners were repeatedly directed by the general counsel to "stop chasing zero" – meaning to cease trying to improve the partisan fairness metrics of the draft maps, even though improvements in such metrics were unquestionably achievable (and had been achieved by several Commissioners) without altering adherence to higher-ranked Constitutional

12

**JA00615**

criteria.

Moreover, maps with improved partisan fairness metrics were hampered from public release by the Commission's counsel. For example, around September 30, 2021, a Commissioner produced what had been described by the general counsel as a "perfect" Congressional map. The general counsel described the map as having a "0%" efficiency gap and a "0%" mean-median measurement. The general counsel and other consultants decided that this Commissioner's map could not have been produced without improper outside influence. Thus, the general counsel accused the Commissioner of violating the Constitution and pressured the Commissioner to withhold the map from the public and his fellow Commissioners ("*Bruce and I remain steadfast in our recommendation to [REDACTED] that he not advance his map we discussed with him last week…*"). Ex. 15, October 4, 2021, Email.  Because of this interference, the Commissioner did not present the map to the Commission or the public and, further, altered the map to **increase** the partisan fairness metrics, tilting the "perfect" map in favor of Republicans.[12] Ex. 15. This map – which deliberately inflated the partisan fairness metrics in favor of Republicans – was the predecessor to the Chestnut map. As a result of these pressures, the Chestnut map is a less-partisan-fair version of another map.

As evidenced by a Commissioner's supposedly "perfect" map and other maps,[13]  the Commission could have produced Congressional, State Senate, and State House maps with better (meaning closer to zero) partisan fairness metrics, without compromising other Constitutional criteria. Because maps with better partisan fairness metrics were actually achieved yet hindered from public production, I dissent to the adoption of the Chestnut map.

**Recommendation for Future Commissions:**

1. Future Commissions should have access to all partisan fairness and political data and reporting functionality while drafting maps.
2. Commissioners, not staff or consultants, should make decisions regarding access to data, tools, and maps.

### OBJECTION 4 | INEQUITABLE ACCOUNTING AND TREATMENT OF PUBLIC COMMENTS AND INAPPROPRIATE ATTEMPTS TO INFLUENCE PUBLIC COMMENTS

I dissent to the adoption of the Chestnut Congressional map because it was not the map

---

[12] Ironically, the general counsel's failure to be forthright with the full Commission with respect to her concerns about this Commissioner's map may have enabled the adoption of a revised version of the very map that she objected to.
[13] Similarly, the Szetela House map was a more-partisan-fair version of the Hickory, without deleterious impacts on higher-ranked Constitutional criteria.

13

preferred by the public. The Birch map, not the Chestnut map, was the Congressional map that the majority of the public supported. Due to the Commission's lack of an organized accounting system to track public comments and failure to equally weigh all comments, some Commissioners erroneously concluded that the Chestnut map had the greatest public support. Since the Birch map actually had the greatest public support, this was in error.

The Commission was tasked with soliciting "wide" and "meaningful public participation" as part of its Constitutional obligations. Const. 1963, Art. IV., §6(10). Accordingly, the Commission diligently solicited public feedback, resulting in the Commission receiving nearly thirty thousand public comments throughout the redistricting process.[14] After the approval and advancement of final proposed maps to the 45-day public comment period on November 1, the Commission received comments via public meetings ("In-Person Comments"), via the online public comment portal ("Portal Comments"), and via comments placed directly on the maps themselves on the Mapping Page ("Mapping Comments").[15] Unfortunately, the Commission lacked a systematic method of tallying, recording, and reporting public comments.

Recognizing this deficiency on the part of the Commission, members of the public attempted to fill the gap. For example, a woman named Nicole Bedi tallied Mapping and Portal Comments and reported the tallies. Ex. 16, December 28, 2021, Transcript, p. 19. Specifically, Ms. Bedi reported  that the Birch map received the greatest number of positive comments (with 67% of comments positive). Ex. 16, p. 19. As further noted by Ms. Bedi, only 55% of the Chestnut map's comments were positive. *Id.* With 67% of its 819 comments positive, the Birch map received 548 positive comments. In contrast, the Chestnut map (with only 55% of its 828 comments being positive) received only 455 positive comments. Ex. 16, p. 19. Thus, the Birch map had over 20% more favorable comments than the Chestnut map. Other members of the public conducted similar examinations of the public record and provided their reports to the Commission. Each of those reports indicated that the Birch map was the most preferred.

Rather than relying on these or other mathematical tabulations, the Commission's evaluation of public comments was haphazard and inconsistent. Some Commissioners did not routinely read Portal or Mapping Comments. Other Commissioners did not read a single Portal or Mapping Comment. Some

---

[14] The Commission's 2022 Communication and Outreach Report is available at:  https://www.michigan.gov/micrc/-/media/Project/Websites/MiCRC/MISC5/MICRC-CO-031022.pdf?rev=e1e5911a7d264fa997475f9270d6380a&hash=D6FB5458F97A8339A47E7FAAFE75AEAE
[15] Portal Comments and Mapping Comments are available on the www.michigan.gov/micrc website.

**JA00617**

Commissioners weren't attentive to In-Person Comments. In contrast, at least one Commissioner seemed to value In-Person Comments more than Mapping or Portal Comments.[16] Ex. 16, p. 82-83, ¶5. Additionally, despite the fact that In-Person Comments in favor of the Birch were ubiquitous, some Commissioners appeared to inexplicably disregard those In-Person Comments.  Ex. 16, p. 80-81, ¶1 and ¶3. Had the Commission created a recording and tracking system for public comments, many of these inconsistencies and discrepancies could have been avoided.

Lastly, at least one Commissioner attempted to sway public votes in favor of his preferred maps. Specifically, on December 20, 2021, prior to the Commission's final vote on the maps, a Commissioner individually met with two groups that had been particularly engaged during the redistricting process, ACCESS and APIAVote Michigan. It was the practice of the Commission that all public interactions be coordinated and publicly noticed through the Commission's staff and that Commissioners appear in groups. The rationale behind those practices was to prevent Commissioners from interactions with the public that could undermine the Commission's goals of transparency and openness. Disregarding those practices, the Commissioner individually arranged and attended this meeting. At the meeting, the Commissioner repeatedly suggested that the Chestnut map was the public's preferred map, informing both groups "you liked the Chestnut Congressional Map," and specifically advocating for both groups to submit "more comments like that."[17] To her credit, the representative from ACCESS corrected the Commissioner and stated that the Birch map was actually the map preferred by her group for the State of Michigan. Despite this Commissioner's  efforts, the Chestnut map still received fewer favorable votes than the Birch map.

Using objective measures, in addition to receiving a greater number of favorable comments, the Birch, not the Chestnut, map had the greatest number of votes in favor of adopting the map between the dates the maps were published and the date the map was ultimately adopted. Between November 1, 2021, and December 28, 2021, **the Birch map received approximately *15% more* votes in its favor of its adoption than the Chestnut map.[18]** Additionally, when considering votes in favor of the Birch prior to

---

[16] One Commissioner mistakenly believed there were comments in favor of the Chestnut map at the "next five" public hearings, which were held between October 20 and October 26. Ex. 16, p. 82-83, ¶5. The Chestnut map was not created or named until November 1. Therefore, the Commission could not have received In-Person Comments in favor of the Chestnut map at October hearings/meetings because the Chestnut map did not exist at that time. This confusion illustrates the precise problem with relying upon memory rather than objective measures.

[17] This meeting was recorded and posted on APIAVote Michigan's Facebook page on December 27, 2021, but I was unaware of the existence of the video or its contents until after the Commission voted on the maps on December 28, 2021. As of the date of this Report, the video is available at: https://www.facebook.com/apiavotemi/.

[18] Although the Birch map received a great many comments urging its adoption before November 1, 2021, and

November 1, 2021, the Birch map was irrefutably the public's preferred map, with substantially greater public support than the Chestnut.

| Source | Support Birch | Support Chestnut |
|---|---|---|
| Mapping Comments | 294 | 204 |
| Portal Comments | 98 | 81 |
| In-Person Comments[19] | 50 | 101 |
| Total [20] | **442** | 386 |

The Chestnut map **was not** the public's preferred map by any measure.

The Commission was not obligated to adopt a particular map based solely on the weight of public opinion. However, because the Commission was required to solicit (and did solicit) public participation, the Commission should have accurately documented, analyzed, and given meaningful consideration the comments received from the public. It failed to do so. In part due to the failure to appropriately tally, measure, and account for public comments, the Commission failed to adopt the map preferred by the public and, instead, voted to approve a map the public did not prefer. For these reasons, I dissent to the adoption of the Chestnut map by the Commission.

**Recommendation for Future Commissions:**

1. Future Commissions should maintain a public, running tally of unique "votes" in favor of any maps published for the public's consideration. This tally should include all unique votes received for a particular map during the duration of its publication to the public.

2. Multiple votes by the same individual should be counted as a single vote. The Commission should establish processes to prevent the same individuals from casting multiple votes.

3. In-person, written, and online comments should be weighted equally.

4. Vote tallies should quantify the percentage of positive and negative comments with respect

---

those votes in favor are still relevant and important, I focused solely on the time period where both maps had been published for consideration. Considering votes before November 1, 2021, would have resulted in an even greater number of votes in favor of the Birch.

[19] In the November 1 through December 28 time frame, the Chestnut map received more support than the Birch map via In-Person Comments; however, the Birch map received significantly more support in writing via Portal and Mapping Comments. Commissioners who never or rarely read Portal and Mapping Comments incorrectly believed the Chestnut map had greater support, when, in fact, the Birch map was the public's preferred Congressional Plan.

[20] I personally tallied the number of Portal, Mapping, and In-Person for the Birch and Chestnut maps to reach these results. In making these tallies, I only treated a comment as "in favor of adopting" of a map when the commentor specifically described one map as being superior to others using superlatives or other clear indicators of preference (e.g., "best map," "fairest map," "adopt this one," etc.). I disregarded comments generally describing a map as "fair" or "balanced" as well as comments ranking two maps as equal (e.g., "either the Chestnut or Birch"). I also disregarded unfavorable comments. In addition, I only considered votes after the date the Chestnut was created (November 1, 2021).

to a particular map.

5. Commissioners should not meet individually with groups or individuals to discuss redistricting matters.

6. Commissioners should not be permitted to "steer" or direct public opinion toward particular maps. In interactions with the public and press, Commissioners should remain neutral with respect to their preferred maps until the date of deliberations.

7. To enable the seamless incorporation of public mapping proposals, the Commission should verify that mapping tools used by the public to submit maps are compatible with mapping software used by the Commission.

8. To the extent a future Commission elects to adopt a map in spite of the weight of public comment with respect to that map, the Commission should provide, at a minimum, a rationale for its decision.

## OBJECTION 5 | IMPROPER CONSIDERATION OF COMPETITIVENESS

In addition to receiving fewer positive public comments and fewer favorable public votes than other maps, a significant percentage of positive comments favoring the Chestnut map did so due to the supposed "competitiveness" of the map. Competitiveness is not among the Commission's seven ranked Constitutional criteria. Further, the Commission was repeatedly advised that it could not consider competitiveness as a factor ("*I have consistently stated that competitiveness is not a constitutional criteria in Michigan. Attempting to add this consideration as a criteria [sic] creates a significant legal problem and leaves the MICRC wide open to a court challenge. First, there is no legal basis for including competitiveness in the criteria that the MICRC is constitutionally mandated to follow. This would likely be viewed as arbitrary and capricious by a court, particularly after receiving legal advice against inserting competitiveness.*") Ex. 17,  Sept. 20, 2021, Email.

Although the Constitution does not list competitiveness as a factor, the Constitution does not prevent the Commission from considering other factors ***after*** verifying compliance with the seven ranked Constitutional criteria. However, several Commissioners stated during deliberations that they primarily favored the Chestnut due to its "competitiveness," above consideration with respect to how the Congressional maps compared with respect to the seven ranked Constitutional criteria. Ex. 16, p. 77, p. 80 (¶1-2), and p. 81 (¶3).   In so doing, the Commission elevated a non-Constitutional criterion above the seven ranked Constitutional criteria. Thus, I dissent to the adoption of the Chestnut map to the extent the Commission improperly considered "competitiveness" as a primary factor in adopting

17

the map.

**Recommendation for Future Commissions:**

1.  Future Commissions should not consider non-ranked criteria above Constitutionally ranked criteria.

2.  Future Commissions should evaluate how to treat comments promoting criteria not specified by the Constitution.

3.  If future Commissions desire to consider non-Constitutional criteria, such consideration should only occur after an evaluation and ranking of potential plans compliance with non-Constitutional criteria.

**OBJECTION 6 | FAILURE TO ENGAGE IN OPEN AND TRANSPARENT DELIBERATIONS**

Lastly, I dissent to the adoption of the Chestnut map because the Commission failed to deliberate on the maps comprehensively, openly, transparently, and objectively. The Commission deliberated for a mere 20 to 25 minutes before commencing voting on the Chestnut map. Deliberations on the Linden and Hickory maps were similarly brief. The Commission did not evaluate, compare, or contrast plans for their compliance with each of the Constitutional criteria in any systematic or comprehensive manner. Additionally, no attempts were made to rank plans based on objective measures. This lack of meaningful analysis and discussion of which maps best conformed to the Constitutional and other criteria did not fulfill the Commission's mission of an open, transparent, objective, and data-driven process. Thus, I dissent to the adoption of the Chestnut Congressional map.

**Recommendation for Future Commissions:**

1.  Future Commissions should schedule several open meetings to deliberate over proposed plans.

2.  Evaluations of compliance with each Constitutional criteria should be conducted well in advance of final deliberations and voting.

3.  Proposed maps should be compared, contrasted, scored, and ranked in accordance with their compliance with the Constitutional criteria.

## Conclusion

In summary, I dissent to the adoption of the Chestnut map with respect to its compliance with Constitutional Criteria 1 (Voting Rights Act Compliance), 3 (Communities of Interest), and 4 (Partisan Fairness). I also dissent to the adoption of the Chestnut map because the Commission improperly weighed considerations of competitiveness in adopting the map. Additionally, I dissent to the adoption of the Chestnut map because the Commission neglected to consider and equally weigh all public

comment received in a support of the various Congressional maps and, as a consequence, adopted a map not preferred by the public. Finally, I dissent due to the lack of open, transparent, and data-driven deliberations regarding the maps.

Respectfully submitted,

*Rebecca Szetela*

Rebecca Szetela

Dated: June 24, 2022

JA00622

Exhibit 1

| | |
|---|---|
| **From:** | lrhandley@aol.com |
| **Sent:** | Monday, December 27, 2021 9:25 PM |
| **To:** | Szetela, Rebecca (MICRC) |
| **Cc:** | Rothhorn, MC (MICRC); Pastula, Julianne (MICRC); badelson1@comcast.net |
| **Subject:** | Re: MICRC Questions |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Dear Rebecca,

Both the threshold tables on 26 and 27 and the recompiled election results for Dillard are important tools for estimating whether minority candidates of choice can win in the proposed districts. The two approaches, at least in this instance, do not contradict one another with regard to the general election — the minority preferred candidate wins all of the general election above 35% in the state senate threshold table as well as the state house threshold table. It is the Democratic primary that is the stumbling block in the senate threshold table (I am referring to State Senate District 1 and the fact that the winner was not the candidate of choice of Black voters in the primary — she was, however, the minority candidate of choice in the general).

Unfortunately we do not have sufficient information to anticipate what might happen in future Democratic primaries in the proposed districts. The reason is that we have only one statewide Democratic primary for which we can recompile results and minority voters were not cohesive in this primary. We simply do not know what would happen in a primary in which minority voters are cohesive.

(The reason that recompiled election results are especially important is that they take into account the voting patterns of the actual voters that will reside in the newly proposed district.)

Best wishes,
Lisa

Dr. Lisa Handley

—–Original Message—–
From: Szetela, Rebecca (MICRC) <SzetelaR@michigan.gov>
To: SA HANDLEY <lrhandley@aol.com>
Cc: Rothhorn, MC (MICRC) <RothhornM@michigan.gov>
Sent: Mon, Dec 27, 2021 2:24 pm
Subject: MICRC Questions

Good afternoon, Dr. Handley! I have some follow up question on your report to the MICRC. I understand you will be unavailable tomorrow, so Sue suggested I email a list of questions to you.

I am trying to reconcile the information contained on pages 26 and 27. My understanding is that the table on page 26 was intended to test the "breakpoint" between districts that are electing candidates of choice versus those that are not. Table 10 on page 26 indicates that for the Michigan State Senate, districts with BVAP of 47% or lower are not able to elect

1

candidates of choice. This is concerning since none of our currently proposed Senate maps (Palm, Cherry, Linden) exceed 45% BVAP. Based on this table alone, I read your report to suggest that our Senate maps need to be above 48% to create opportunity to elect districts and that revisions may be necessary.

However, when I read the text on the next page (re: bellweather elections, particularly the 2014 SOS race with Godfrey Dillard), I draw a different conclusion.

I wondered how our districts are performing looking at that election. To test the maps, I ran the Linden and Cherry election results for the Dillard election. I also edited the Linden to increase the BVAP to 45% and Linden/Cherry maps to increase the BVAP to 48% for comparison purposes. Comparing the election results for the 2014 SOS election, Dillard would have won handily in all five districts, regardless of whether the BVAP was as low as 35% or as high as 50%.

## Senate Maps - BVAP Percentages

| District No. | Linden Plan | | Revised Linden 45% | | Revised Linden/Cherry 48% | |
|---|---|---|---|---|---|---|
| | BVAP | Dillard Election | BVAP | Dillard Election | BVAP | Dillard Election |
| 1 | 35.03% | 71.74% | 45.23% | 79.97% | 50.95% | 84.53% |
| 3 | 42.09% | 76.23% | 45.39% | 78.54% | 48.24% | 80.45% |
| 7 | 44.78% | 63.19% | 46.59% | 64.89% | 50.70% | 66.74% |
| 8 | 40.25% | 65.15% | 45.20% | 68.40% | 49.65% | 70.81% |
| 10 | 40.43% | 62.57% | 45.98% | 66.49% | 48.15% | 68.25% |

This reassures me that maybe our Senate maps are OK with their percentages as they stand? Or am I misunderstanding your analysis? If you could clarify I would appreciate it.

On a related note, I do think that part of the variation in results in current District 1 on Table 10 relates to the combination of communities. In the current district 1, you have very little of Detroit plus Harper Woods combined with Grosse Pointe Woods and Grosse Pointe Shores, which are both wealthy and white with high voter turnout. I suspect part of the variation in District 1 may relate to variations in voter turnout between the wealthier Grosse Pointes vs. the considerably less well-heeled Detroit and Harper Wood. I would expect the Grosse Pointes preferred candidate to be elected given the makeup of that district (which is part of the reason why we drew that district differently in our Senate maps).

Thank you so much for any clarification.

Rebecca Szetela

Commissioner

Michigan Independent Citizens Redistricting Commission

szetelar@michigan.gov

(517) 898-9366



Exhibit 2

**Report to the Michigan Independent Citizens Redistricting Commission**
**Dr. Lisa Handley**

**Preface**

 This report outlines the analyses I conducted on behalf of the Michigan Independent Citizens Redistricting Commission (MICRC) and relays my findings. I also briefly explain the partisan fairness measures I advised the MICRC to adopt as a component of the redistricting software and why I made these recommendations. The legal implications of my findings and the assessment of any proposed plans have been left to the MICRC legal team.

### I. The Voting Rights Act and Racially Polarized Voting

 The Voting Rights Act of 1965 prohibits any voting standard, practice or procedure – including redistricting plans – that result in the denial or dilution of minority voting strength. Section 2 of the Voting Rights Act was amended in 1982 to establish that intentional discrimination need not be proven (as the Supreme Court determined was required under the 15th Amendment to the Constitution). The U.S. Supreme Court first interpreted the amended Act in *Thornburg v. Gingles*,[1] a challenge to the 1982 North Carolina state legislative plans. In this case the U.S. Supreme Court held that plaintiffs must satisfy three preconditions to qualify for relief:

- The minority group must be sufficiently large and geographically compact to form a majority in a single-member district
- The minority group must be politically cohesive
- Whites must vote as a bloc to usually defeat the minority-preferred candidates

 What do we mean when we say minority voters must be politically cohesive? And how do we know if white voters usually vote as a bloc to defeat the candidates preferred by minority voters? According to the Court, racially polarized voting is the "evidentiary linchpin" of a vote dilution claim. Voting is racially polarized if minorities and whites consistently vote for different candidates. More specifically, if minorities consistently support the same candidates, they are said to be politically cohesive. If whites are consistently *not* supporting these candidates, they are said to be bloc voting against the minority-preferred candidates.

---

[1] 478 U.S. 30 (1986).

**Table 1: Number of Statewide Elections Analyzed that were Polarized**

| | General Elections with Minority Candidates | All Statewide General Election Contests | Statewide Democratic Primary |
|---|---|---|---|
| Statewide | 6/6 | 12/13 | 1/1 |
| Genesee | 5/6 | 9/13 | 1/1 |
| Saginaw | 6/6 | 11/13 | 1/1 |
| Oakland | 6/6 | 13/13 | 0/1 |
| Wayne | 3/6 | 7/13 | 1/1 |

Every statewide general election contest analyzed was polarized in Oakland County – only in the Democratic primary for Governor in 2018 did Black and white voters support the same candidate (Gretchen Whitmer). Voting in Saginaw County was nearly as polarized: two U.S. Senate contests (2012 and 2014) were not polarized, but the gubernatorial primary was polarized. Black and white voters agreed on the same candidates slightly more often in Genesee County – in addition to supporting U.S. senate candidates Debbie Stabenow in 2012 and Gary Peters in 2014, they both supported Barack Obama in 2012 and Democrat Mark Schauer for Governor in 2014.

Voting in Wayne County was considerably less racially polarized than statewide or in the other three counties studied. However, slightly more than half of the general election contests and the one statewide Democratic primary analyzed were polarized, with Black and white voters supporting the same candidates in 2012, disagreeing on the three statewide offices, but supporting the same U.S. Senate candidate in 2014, supporting different candidates for U.S. President in 2016 and 2020, and voting for most of the same candidates in 2018.

### C. **Congressional and State Legislative Election Results**

This section provides a summary of my racial bloc voting analysis of recent congressional and state legislative districts in the four-county area of Wayne, Oakland, Genesee and Saginaw. I analyzed 2018 and 2020 general elections, and the 2018 and 2020 Democratic primaries if at least one African American candidate competed in the election contest. However, for a number of state

7

only the first step in the process – it does not take into account the voting patterns of Black and white voters. If voting is racially polarized but a significant number of white voters typically "crossover" to vote for Black voters' preferred candidate, it may be the case that crossover voting can more than compensate for depressed Black turnout.

   ***Incorporating Minority Cohesion and White Crossover Voting***   Even if Black citizens are turning out at lower rates than whites, and voting is racially polarized, if a relatively consistent percentage of white voters support Black-preferred candidates, the candidates preferred by Black voters can be elected in districts that are less than majority Black. On the other hand, if voting is starkly polarized, with few or no whites crossing over to vote for the candidates supported by Black voters, it may be the case that a district that is more than 50% Black VAP is needed to elect Black-preferred candidates. A district-specific, functional analysis should take into account not only differences in turnout rates, but also the voting patterns of Black and white voters.[21]

   To illustrate this mathematically, consider a district that has 1000 persons of voting age, 50% of who are Black and 50% of who are white. Let us begin by assuming that Black turnout is lower than white turnout in a two-candidate general election. In our hypothetical election example, 42% of the Black VAP turn out to vote and 60% of the white VAP vote. This means that, for our illustrative election, there are 210 Black voters and 300 white voters. Further suppose that 96% of the Black voters supported their candidate of choice and 25% of the white voters cast their votes for this candidate (with the other 75% supporting her opponent in the election contest). Thus, in our example, Black voters cast 200 of their 210 votes for the Black-preferred candidate and their other 8 votes for her opponent; white voters cast 75 of their 300 votes for the Black-preferred candidate and 225 votes for their preferred candidate:

---

Thus, for example, if 39.3% of the Black population turned out and 48.3% of the white population turned out, B= .483 and A = .393, and M = .483/ (.393+.483) = .483/.876 = .5513, therefore a Black VAP of 55.1% would produce an equal number of Black and white voters.  (For a more in-depth discussion of equalizing turnout see Kimball Brace, Bernard Grofman, Lisa Handley and Richard Niemi, "Minority Voting Equality: The 65 Percent Rule in Theory and Practice," *Law and Policy*, 10 (1), January 1988.)

[21] For an in-depth discussion of this approach to creating effective minority districts, see Bernard Grofman, Lisa Handley and David Lublin, "Drawing Effective Minority Districts: A Conceptual Framework and Some Empirical Evidence," *North Carolina Law Review*, volume 79 (5), June 2001.

19

It is important to remember that winning office in the United States usually requires winning two elections: a primary and a general election. The tables above consider only general election contests. Producing a comparable set of tables for Democratic primaries is not possible. First, there was only one statewide Democratic primary – the 2018 primary contest for Governor. There were three candidates competing in this election and because 50% of the vote was not required to win the election, a mathematical equation setting the percentage needed to win 50% of the vote does not work. Second, Black voters were not cohesive in support of any one of these three candidates. In fact, the candidate preferred by even the plurality of Black voters was not the same in the four counties examined. Drawing a district that Black-preferred candidate could win this primary is not possible when there is no Black-preferred candidate.

In areas where most of the white voters are likely to vote in Republican primaries, the inability to calculate the percent needed to win in Democratic primaries is not particularly important. Black voters will dominate the Democratic primary unless they make up only a very small portion of the voters in the district. However, in the counties examined in Michigan, many white voters elect to participate in the Democratic primary, especially in Wayne County. As the percentage Black VAP of proposed districts decreases, it may become more challenging for Black-preferred candidates to win not only the general election but the Democratic primary – but only if voting in Democratic primaries is racially polarized. Unfortunately, it is not possible to ascertain exactly how much more difficult it would be – or even if it would be more difficult – given the lack of Democratic primary election data.

### B. Threshold of Representation in the Current State House and Senate Districts

A useful check on the percent needed to win estimates found in Tables 5-8 that can be done prior to drawing any districts is to produce what have been referred to by some political scientists as "threshold of representation" tables. These tables are designed to identify the lowest minority percentage above which minority candidates are consistently elected. Tables 9 and 10, below, report the BVAP of the current Michigan state house and senate districts with over 20% BVAP, and indicate the race and party of the candidate elected to represent the district.[23] Sorted

---

[23] There are no African American state senators or representatives elected from districts that are less than 20% Black in VAP. However, there are other minority candidates (Hispanic, Asian, and Middle Eastern) elected to state house districts with considerably less than 20% BVAP.

24

by the percent BVAP, the tables can sometimes provide evidence of a clear breakpoint between those districts that are probably electing candidates of choice and those that are not.[24]

An examination Table 9 indicates that every Michigan state house district with a BVAP of at least 35% elects a minority representative to the state house. In fact, every district with a BVAP of more than 26.53% elects a minority to office with the exception of District 49 in Genesee County. And the racial bloc voting analysis of House District 49 indicates that the white incumbent, John Cherry, is the candidate of choice of Black voters, even in the 2018 Democratic primary when he faced several African American candidates.

**Table 9: Threshold of Representation for State House Districts, 2021**

| State House District | Total VAP | Black VAP | Percent Black VAP | Name | Party | Race | Percent of Vote 2020 |
|---|---|---|---|---|---|---|---|
| 7 | 60347 | 57256 | 94.27% | Helena Scott | D | Black | 93.00% |
| 8 | 62448 | 58042 | 92.42% | Stephanie A. Young | D | Black | 96.70% |
| 3 | 54130 | 49536 | 90.93% | Shri Thanedar | D | Asian | 93.30% |
| 9 | 62529 | 46806 | 74.22% | Karen Whitsett | D | Black | 94.20% |
| 10 | 69209 | 46977 | 67.41% | Mary Cavanagh | D | Hispanic | 84.80% |
| 1 | 59788 | 38993 | 64.76% | Tenisha R. Yancey | D | Black | 75.80% |
| 35 | 78306 | 49325 | 62.50% | Kyra Harris Bolden | D | Black | 82.90% |
| 34 | 49491 | 30419 | 60.96% | Cynthia R. Neeley | D | Black | 86.70% |
| 2 | 57031 | 33142 | 57.70% | Joe Tate | D | Black | 74.10% |
| 5 | 49290 | 27190 | 54.12% | Cynthia A. Johnson | D | Black | 93.40% |
| 6 | 67505 | 36182 | 52.86% | Tyrone Carter | D | Black | 100.00% |
| 4 | 68749 | 32761 | 47.27% | Abraham Aiyash | D | ME | 89.80% |
| 29 | 72319 | 26621 | 36.04% | Brenda Carter | D | Black | 72.90% |
| 95 | 58640 | 21320 | 35.50% | Amos O'Neal | D | Black | 70.10% |
| 49 | 64844 | 19308 | 29.47% | John D. Cherry | D | White | 68.90% |
| 54 | 72426 | 21212 | 28.79% | Ronnie Peterson | D | Black | 77.70% |
| 12 | 73883 | 20207 | 26.97% | Alex Garza | D | Hispanic | 62.40% |
| 11 | 73586 | 19760 | 26.53% | Jewell Jones | D | Black | 65.20% |
| 92 | 66135 | 16957 | 25.34% | Terry J. Sabo | D | White | 65.30% |
| 27 | 73337 | 18051 | 24.35% | Regina Weiss | D | White | 74.40% |
| 16 | 74617 | 17556 | 23.25% | Kevin Coleman | D | White | 62.50% |
| 75 | 76956 | 18127 | 22.56% | David LaGrand | D | White | 74.60% |
| 68 | 71672 | 16808 | 22.44% | Sarah Anthony | D | Black | 75.90% |
| 18 | 75251 | 16519 | 21.76% | Kevin Hertel | D | White | 60.30% |
| 22 | 68758 | 14588 | 21.00% | Richard Steenland | D | White | 59.90% |
| 60 | 74176 | 15887 | 20.97% | Julie M. Rogers | D | White | 71.40% |

---

[24] Without the confirmation provided by a racial bloc voting analysis, it could conceivably be the case that the minority legislator is not the candidate of choice of minority voters.

25

Interpreting Table 10, for the Michigan state senate, is less straightforward. The four districts with BVAP percentages over 47% elect African Americans to office. However, Stephanie Chang, the state senator in District 1, which is 44.68% BVAP, was not the candidate of choice of Black voters in the 2018 Democratic primary, though she is the candidate of choice in the general election.

**Table 10: Threshold of Representation for State Senate Districts, 2021**

| State Senate District | Total VAP | Black VAP | Percent Black VAP | Name | party | race | Percent of vote 2018 |
|---|---|---|---|---|---|---|---|
| 5 | 203828 | 111418 | 54.25% | Betty Alexander | D | Black | 77.4% |
| 2 | 169357 | 86961 | 50.82% | Adam Hollier | D | Black | 75.7% |
| 3 | 186758 | 90737 | 48.14% | Sylvia Santana | D | Black | 81.8% |
| 4 | 180199 | 85691 | 47.00% | Marshall Bullock | D | Black | 78.3% |
| 1 | 193087 | 87075 | 44.68% | Stephanie Chang | D | Asian | 72.0% |
| 11 | 229870 | 82336 | 35.48% | Jeremy Moss | D | White | 76.7% |
| 27 | 175918 | 54071 | 30.42% | Jim Ananich | D | White | 71.2% |
| 9 | 219255 | 50800 | 22.95% | Paul Wojno | D | White | 65.9% |
| 6 | 217734 | 46997 | 21.29% | Erika Geiss | D | Black | 61.4% |

### C. Recompiled Election Results

As noted above, once draft districts have been drawn, there is a second approach available for ascertaining whether a proposed district is likely to provide minority voters with an opportunity to elect their candidates of choice to legislative or congressional office. This approach relies on recompiling election results from previous elections to see if the candidates preferred by minority voters would win in the draft district. This process entails (1) identifying "bellwether" elections, (2) disaggregating the precinct level results for these elections down to the census block level and then (3) re-aggregating the results up to conform to proposed district boundaries to determine if the minority-preferred candidate would win. This recompilation can only be done

26

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

MICRC
09/02/21-1300 Meeting
Captioned by Q&A Reporting, Inc., www.qacaptions.com

Exhibit 3

>> VICE CHAIR SZETELA: We will bring the Michigan
Independent Citizens
Redistricting Commission to
order at 1:06 p.m.
Greetings to Ann Arbor. We are happy to be here today. There are several groups that are making this meeting possible. I would like to thank Tom Ivako, Bonnie Roberts and Logan Woods of the center for local, state and urban policy here at the University of Michigan. Ellen Wemap and Nate Hall, campus election management project. Landon Meyers, campus vote project. It's gratifying that so many groups are here to assist the MICRC in engaging people in redistricting here in Michigan.

This Zoom webinar is being live streamed at YouTube at www.YouTube.com/MICHSO office/videos.

For anyone in the public watching who would prefer to watch via a different platform than they are currently using, please visit our social media at Redistricting MI to find the link for viewing on YouTube.

Our live stream today includes closed captioning. Closed captioning, ASL interpretation, and Spanish and Bengali and Arabic translation services will be provided for effective participation in this meeting. Please E-mail us at Redistricting@Michigan.Gov for additional viewing options or details on accessing language translation services for this meeting.

People with disabilities or needing other specific accommodations should also contact Redistricting at Michigan.gov.

This meeting is also being recorded and will be available at www.Michigan.gov/MICRC for viewing at a later date and this meeting is being transcribed and closed-captioned transcriptions will be made available and posted on Michigan.gov/MICRC along with the written public comment submissions.

There is also a public comment portal that may be accessed by visiting Michigan.gov/MICRC, this portal can be utilized to post maps and comments which can be viewed by both the Commission and the public.

Members of the media who may have questions before, during or after the meeting should direct those questions to Edward Woods III, our Communications and Outreach Director for the Commission at WoodsE3@Michigan.gov or 517-331-6309.

For the purposes of the public watching and for the public record I will now turn to the Department of State staff to take note of the Commissioners

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

The first and Foremost criteria are the U.S. Constitution and Federal law and the Voting Rights Act is Federal law.

And it applies everywhere in the country including Michigan.

It prohibits any voting standard practice or procedure including a redistricting plan that results in the denial or dilution of minority voting strength.

A redistricting plan that dilutes minority voting strength is one that either cracks or packs a geographically concentrated minority group.

A top example to the left is or to the right is an example of a District, a set of districts that cracks the minority community by dividing it among four districts, five districts so that they cannot elect a minority preferred candidate in any of those districts.

The lower example on the right is an example of a District or District center that packs minority voters so that they have an impact on only one District and no impact on any of the other districts despite the fact that you could probably have drawn two districts in which they had the ability to elect communities, to elect candidates of choice.

When the Voting Rights Act was amended in 1982 to make it clear that you did not have to show that the redirectors intended to discriminate only that the plan that they drew actually resulted in discrimination.

The Supreme Court first considered this case in 1986 in a case called Thornburg versus Jingles and had to prove three conditions in order to satisfy Section Two and get a District drawn in which they could have the ability to elect a candidate of choice.

First is that the group must be sufficiently large and geographically compact to form a majority in a single member District.

This is in essence so there was actually a remedy available.

There is a solution to the problem of how do we elect candidates of choice.

The second is that the minority group must be politically cohesive.

That is, they must vote for the same candidates.

And, third, whites must vote as a bloc to usually defeat the minority-preferred candidates.

If they were not voting as a bloc to defeat these candidates, these candidates would win, and you wouldn't need to draw a minority District.

So how do we know how the minority group is voting? How do we know how whites are voting? What you do is conduct a racial bloc voting analysis.

And my job in this particular situation is to actually carry out what's called a racial bloc voting analysis that is analyze voting patterns by race to determine if voting is polarized. If whites are voting against a cohesive minority community.

I mentioned that first of all we have, of course, a secret ballot.

We don't know the race of the voters when they cast the ballot.

So, we have to use estimation techniques.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject
to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as
such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

And the two most standard estimation techniques are ecological regression analysis
and ecological inference analysis. Ecological simply means you are using aggregate
data.

What we are going to do is we are going to look at precincts rather than individuals.
And we are going to look to see if there are patterns across the precincts in which the
demographic composition of the precinct is related to the voting patterns of those
precincts.

So, on the left we see ecological regression each precinct in the jurisdiction has been
placed on the scatter plot on the basis of the percent Black turnout this is the jurisdiction
in the south where we actually know turn out by race.

And the vertical axis is vote for Warnock this is an election that occurred in January of
2021 it's the race for U.S. Senate in Georgia.

This is real data in a specific County.

You can see a pattern here and the pattern is the higher the percent Black across the
precincts the more votes you see for Warnock that is the estimation technique we used
to determine how whites and Blacks are voting in this particular jurisdiction.

This practice, this particular technique had one disadvantage associated with it and
that voting was very polarized, you would get estimates that were outside the logical
pounds and would find something like 105 Blacks vote 105% of Black voters voted for
Warnock. And negative 5 white voters voted for Warnock.

So, in the 1990s Professor King developed ecological inference, that you see on the
right side. And this process, each precinct is actually represented by a line rather than
a point using more information about the precinct to get this line. And that is all the
possible combinations of Black and white votes that could have produced the result for
that particular precinct as represented by a line as opposed to a point.

And then the computer generates a best guesstimate of what the actual composition of
the votes for the Black candidate were, was.

So, this is the analysis that I performed in Michigan.

Now you need a few pieces of information in order to perform this.

And that is that you need to have an area that has a sufficient number of minority voters
to actually estimate voting behavior by race.

I looked at eight counties.

There were several counties in the west of Michigan that had growing minority
population around Grand Rapids, Muskegon County and Kent County and it turns out
there was not a sufficient number of minority votes to estimate behavior voting behavior
on the basis of race in those two counties.

The same is true of I looked at six counties in the east.

I was able to produce estimates for Wayne, Oakland, Genesee and Saginaw Counties, I
was not able to do so for Washtenaw and Macomb Counties there was not a sufficient
amount of Black turn out to estimate Black and white behavior in those two counties so

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

what I'm going to give you is the results of analysis for statewide for the entire State of Michigan and for these four counties.

Because actually what you want to do you want to do an area specific analysis because it turns out that voting patterns are different depending where you are in the state.

For example, it may be the case using the example I gave you before of the Georgia election.

Turns out that in the rule areas of Georgia the election was very polarized while in the urban area around Fulton it was much less polarized.

In fact, it wasn't polarized at all in certain areas.

So, it matters where you are in the state as to how much polarization there is and when you're drawing districts it matters what it looks like in that specific area.

The Court is quite adamant about doing a District-specific and am analysis and this is why I looked at these counties.

I looked at 13 elections there have been 13 statewide and Federal elections over the decade.

These include U.S. Senate, U.S. president, U.S. Senate, and three statewide contests, the gubernatorial contests the Attorney General and Secretary of State and the treasurer.

Four statewide contests.

Now the courts have indicated that the most probative contest to look at are contests include minority candidates.

So, you've had four contests statewide contests over the last decade that included minority candidates.

These are the most probative.

You have also listed them here.

You had the 2012 race for U.S. president.

You had a 2014 Secretary of State contest.

You had the 2018 and 2020 U.S. Senate contests.

Then you had two contests that included minority candidates as running mates.

This is the 2018 gubernatorial contest and the 2020 Presidential contest.

So, these I looked at all 13 statewide contests, but these are the most probative according to the courts.

Ordinarily I would look at statewide democratic primaries as well.

I could not look at republican primaries there is not enough minority participation in republican primaries to actually analyze voting patterns by race.

So, I look at democratic primaries.

And in this case, you've only had one statewide democratic primary.

This entire decade and that was in 2018 for Governor.

So, I looked at that contest as well.

This is what the results look like.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject
to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as
such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

And I'm going to explain how to read this table.

Every election that I looked at for every area has a table that looks like this.

So, this is statewide.

This is the election listed here, 2018 Governor,

And here are the candidates.

Here are the parties of the candidates.

Here are the races of the candidates.

Here is the votes that they received statewide.

Now, there are actually four estimates for Black voters and there are four estimates for white voters.

I talked to you about ecological regression and mentioned the problem you have with ecological regression and there sit 104 of Black voters supporting Whitmer.

I didn't mention homogenous precinct.

This is actual these are the actual results of precincts across the state that are overwhelmingly one race.

So these are precincts across the state that are 90% or more voting age population Black in composition.

So that's how I derived the homogenous and this is actual data so looking at 90% plus precincts 90 per sent plus Black age population precincts 95.6% of those voters supported Whitmer.

There are actually two different forms of ecological inference analysis.

One is called two by two.

And that is the one that was developed in the 1990s.

It's since been refined so that I can account for differential turn out and that's what is in the last column 95.3%.

Now all of these are derived from different techniques.

You wouldn't expect them to be exactly the same, but they are all telling a very similar story and that is overwhelming Black support for Whitmer.

On the other side of this table, we will get our estimates.

I report the estimates for the white voters.

So let me see if I can get this to work.

But it's not doing this.

Okay, so we've got 41.1% in the overwhelmingly white precincts, 41.1% of the voters supported Whitmer.

The AR estimate is 38.9.

The two by two is 40.6.

And let me see and the C is 44.8% so these are estimates.

Now I forgot to mention down here the votes for office this is the percentage of voting age population that actually turned out and cast a ballot for that particular office.

So, you can see there is a difference in turn out rates.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

And that is around 35% of Black voting age population turned out and cast a ballot for the Governor in 2018.

While the number was higher almost double for white voters.

This contest is racially polarized.

If Blacks voting alone had voted alone Whitmer would have been elected.

She was.

And then of course if whites voted alone, it would have been the republican candidate who was elected.

Below I have the primary for this election.

I have the gubernatorial primary of 2018.

We have the three candidates listed here.

We have they are all democrats.

We have their race.

We have the percentage of votes they received.

And you will see that this contest is also polarized.

This contest you have a plurality of the Black voters supporting Thanedar and majority of the white voters supported Whitmer.

So, this contest is also polarized.

Okay, now I did this, and you will see tables in the report that I eventually produce for every election but I'm going to show you summaries of this in a little bit.

So, over all statewide in the 13 elections that I looked at, 12 were polarized.

And those elections that are most probative to the courts, that is those that included minority candidates, 6 out of the 6 were polarized in the democratic primary which there was only one it was polarized.

And I money -- mentioned I looked at four counties and these are the results of the analysis in four counties in Genesee County we have nine of the 13 contests polarized with five of the six with minority candidates.

The democratic primary was polarized.

And Saginaw it's 11 out of 13 of the contests, six out of six of those contests with minority candidates.

And the democratic primary was polarized.

In Oakland all 13 of the general elections were polarized including the six with minority candidates but the democratic primary was not.

And finally in Wayne County where voting is less polarized you will see that 7 of the 13 contests were polarized, three of those were minority candidates and the democratic primary was polarized.

What this tells me is that voting is polarized in Michigan.

And what that means is the Voting Rights Act comes into may in districts that provide minority voters with the opportunity to elect their candidates must be drawn.

Okay, so voting is polarized.

Exhibit 4

# DETERMINING IF A REDISTRICTING PLAN COMPLIES WITH THE VOTING RIGHTS ACT

Dr. Lisa Handley

1

## Redistricting Plans that Violate the Voting Rights Act



Redistricting plans cannot:

■ crack, or

■ pack

a geographically concentrated minority community across districts or within a district in a manner that dilutes their voting strength.

Plan that cracks minority community across 5 districts



Plan that packs minority community into single district

3

## Redistricting Criteria Priority Pyramid: Voting Rights Act of 1965

■ Section 2 prohibits any voting standard, practice or procedure, including a redistricting plan, that results in the denial or dilution of minority voting strength.

■ All state and local jurisdictions are covered by Section 2 of the Voting Rights Act.



U.S. Constitution: equal population

Voting Rights Act of 1965

Contiguity

Communities of interest

No disproportionate advantage to any political party

No favoring or disfavoring incumbents or candidates

Consideration of county, city, township boundaries

Reasonable compactness

2

## *Thornburg v. Gingles*: Three-Pronged Test

U.S. Supreme Court held that plaintiffs must satisfy three preconditions to qualify for relief under Section 2 of the Voting Rights Act:

■ The minority group must be sufficiently large and geographically compact to form a majority in a single-member district

■ The minority group must be politically cohesive

■ Whites must vote as a bloc to usually defeat the minority-preferred candidates

A racial bloc voting analysis is used to ascertain whether minority voters are politically cohesive and if white voters bloc vote to usually defeat minority-preferred candidates.

4

## Analyzing Voting Behavior by Race

Two standard statistical techniques for estimating voting patterns of minority and white voters:

- Ecological regression analysis (ER)
- Ecological inference analysis (EI)



5

## Area-Specific Analyses

- Wayne
- Oakland
- Genesee
- Saginaw



6

## Elections Analyzed to Date

- All federal and statewide general election contests, 2012-2020.
    - Four election contests included minority candidates:
        - 2012 U.S. President (Barack Obama)
        - 2014 Secretary of State (Godfrey Dillard)
        - 2018 U.S. Senate (John James)
        - 2020 U.S. Senate (John James)
    - Two contests included minority candidates as running mates
        - 2018 Governor (Gretchen Whitmer/Garlin Gilchrist)
        - 2020 U.S. President (Joseph Biden/Kamala Harris)
- Only Democratic primary for statewide office this past decade: 2018 race for governor

7

## Example of RBV Results: 2018 General and Democratic Primary for Governor

| Statewide | Party | Race | Vote | Estimates for Black Voters HP | ER | EI 2x2 | EI RxC | Estimates for White Voters HP | ER | EI 2x2 | EI RxC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 General | | | | | | | | | | | |
| Governor | | | | | | | | | | | |
| Whitmer/Gilchrist | D | W/AA | 53.3% | 95.6 | 104.3 | 98.6 | 95.3 | 41.1 | 38.9 | 40.6 | 44.8 |
| Schuette/Lyons | R | W | 43.8% | 2.5 | -4.4 | 0.6 | 1.8 | 56.0 | 57.9 | 56.2 | 52.8 |
| others | | | | 1.9 | 2.1 | 2.6 | 2.9 | 2.9 | 3.2 | 2.9 | 2.5 |
| votes for office | | | | 36.6 | 31.6 | 35.2 | 35.2 | 61.9 | 61.7 | 63.3 | 63.3 |

| 2018 Democratic Primary for Governor | Party | Race | Vote | Estimates for Black Voters HP | ER | EI 2x2 | EI RxC | Estimates for White Voters HP | ER | EI 2x2 | EI RxC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATEWIDE | | | | | | | | | | | |
| Abdul El-Sayed | D | ME | 30.2% | 21.0 | 24.2 | 23.5 | 26.0 | 25.7 | 27.1 | 30.2 | 28.5 |
| Shri Thanedar | D | A | 17.7% | 42.5 | 44.2 | 42.2 | 39.0 | 15.8 | 12.9 | 10.8 | 9.4 |
| Gretchen Whitmer | D | W | 52.0% | 36.5 | 31.6 | 33.5 | 35.0 | 58.6 | 60.0 | 59.4 | 62.0 |
| votes for office | | | | 23.0 | 22.3 | 24.5 | 24.5 | 13.9 | 12.0 | 14.0 | 14.0 |

- *votes for office* = percentage of voting age population who turned out and cast a vote for the office
- HP = vote percentages from homogeneous precincts
- ER = estimates derived from ecological regression analysis
- EI 2x2 = estimates derived from standard EI (as developed by Prof. Gary King)
- EI RxC = estimates derived from EI technique that takes into account differences in participation by race

8

2

## Number of Racially Polarized Elections

| | General Elections with Minority Candidates | All Statewide General Election Contests | Statewide Democratic Primary |
|---|---|---|---|
| Statewide | 6/6 | 12/13 | 1/1 |
| Genesee | 5/6 | 9/13 | 1/1 |
| Saginaw | 6/6 | 11/13 | 1/1 |
| Oakland | 6/6 | 13/13 | 0/1 |
| Wayne | 3/6 | 7/13 | 1/1 |

Number of polarized contests / total number of contests

*9*

## Complying with the Voting Rights Act

- If, based on the racial bloc voting (RBV) analysis, it is determined voting is racially polarized, and candidates preferred by a politically cohesive minority group are usually defeated by white voters not supporting these candidates, a district(s) that offers minority voters an opportunity to elect their candidates of choice must be drawn.

- If such districts already exist, and minority-preferred candidates are winning only because these districts exist, then these minority districts must be maintained in a manner that continues to provide minority voters with an opportunity to elect their preferred candidates.

*10*

## Drawing Minority Opportunity Districts

- Line drawers cannot simply set an arbitrary demographic target (e.g., 50% black voting age population) for all minority districts across the jurisdiction (*Alabama Legislative Black Caucus v. Alabama,* 2015).

- A district-specific, functional analysis is required to determine if a proposed district will provide minority voters with the ability to elect minority-preferred candidates to office.

*11*

## District-specific, Function Approaches

- Estimates of participation rates, minority cohesion and white crossover voting for minority-preferred candidates derived from the RBV analysis can be used to calculate the percent minority population needed in a specific area for minority-preferred candidates to win a district in that area.

- Election results from previous contests that included minority-preferred candidates ("bellwether elections" as identified by the RBV analysis) can be recompiled to reflect the boundaries of the proposed district to determine if minority-preferred candidates would consistently carry this proposed district.

*12*

### 13 — Michigan STATEWIDE, Percent Black VAP needed to win

| GENERAL ELECTIONS | race of B+P candidate | Black votes: votes cast for office | B+P | all others | White votes: votes cast for office | B+P | all others | percent of vote B+P cand would have received if district was 55% black VAP | percent of vote B+P cand would have received if district was 50% black VAP | percent of vote B+P cand would have received if district was 45% black VAP | percent of vote B+P cand would have received if district was 40% black VAP | percent of vote B+P cand would have received if district was 35% black VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 President | W | 55.2 | 96.2 | 3.8 | 79.0 | 40.0 | 60.0 | 65.9 | 63.1 | 60.4 | 57.0 | 55.4 |
| 2020 US Senate | W | 55.0 | 93.9 | 6.1 | 71.1 | 39.4 | 60.6 | 64.0 | 61.9 | 59.3 | 56.8 | 54.4 |
| 2018 Governor | W | 35.2 | 95.3 | 4.7 | 63.0 | 44.8 | 55.2 | 65.7 | 62.8 | 60.0 | 58.5 | 56.4 |
| 2018 Secretary of State | W | 35.1 | 95.6 | 4.4 | 62.2 | 43.9 | 56.1 | 65.0 | 62.6 | 60.2 | 58.0 | 55.9 |
| 2018 Attorney General | W | 34.6 | 94.4 | 5.6 | 61.7 | 39.4 | 60.6 | 61.8 | 59.2 | 56.7 | 54.4 | 52.2 |
| 2018 US Senate | W | 35.0 | 94.3 | 5.7 | 63.1 | 43.2 | 56.9 | 64.1 | 61.8 | 59.3 | 57.4 | 55.3 |
| 2016 President | W | 54.1 | 97.3 | 2.7 | 67.2 | 34.9 | 65.2 | 65.5 | 62.4 | 59.3 | 56.2 | 53.4 |
| 2014 Governor | W | 35.1 | 95.7 | 4.3 | 49.1 | 38.5 | 61.5 | 65.2 | 62.3 | 59.6 | 57.0 | 54.4 |
| 2014 Secretary of State | AA | 34.8 | 95.2 | 4.8 | 47.8 | 33.5 | 66.5 | 62.6 | 59.7 | 56.8 | 53.9 | 51.0 |
| 2014 Attorney General | W | 34.6 | 95.2 | 4.8 | 47.8 | 35.0 | 65.0 | 63.3 | 60.3 | 57.4 | 54.6 | 51.8 |
| 2014 US Senate | W | 35.0 | 96.5 | 3.5 | 48.5 | 47.3 | 52.7 | 70.4 | 67.9 | 65.6 | 63.3 | 61.1 |
| 2012 President | AA | 59.1 | 97.8 | 2.2 | 68.1 | 44.5 | 55.5 | 71.9 | 69.3 | 66.6 | 64.0 | 61.5 |
| 2012 US Senate | W | 58.8 | 96.8 | 3.2 | 66.9 | 50.6 | 49.4 | 74.5 | 72.2 | 69.9 | 67.7 | 65.4 |

Statewide

| 2018 General | Party | Race | Vote | HP | ER | EI 2x2 | EI RxC | HP | ER | EI 2x2 | EI RxC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Governor | | | | | | | | | | | |
| Whitmer/Gilchrist | D | W/AA | 53.3% | 95.6 | 104.3 | 96.6 | 95.3 | 41.1 | 38.3 | 40.6 | 44.8 |
| Schuette/Lyons | R | W | 43.8% | 2.5 | -6.4 | 0.4 | 1.8 | 56.0 | 57.5 | 56.2 | 52.8 |
| others | | | | 1.9 | 2.1 | 2.6 | 2.9 | 2.9 | 3.2 | 2.9 | 2.5 |
| votes for office | | | | 35.5 | 32.6 | 35.2 | 35.2 | 61.9 | 63.7 | 63.3 | 63.2 |

### 14 — SAGINAW COUNTY, Percent Black VAP needed to win

| GENERAL ELECTIONS | race of B+P candidate | Black votes: votes cast for office | B+P | all others | White votes: votes cast for office | B+P | all others | percent of vote B+P cand would have received if district was 55% black VAP | 50% black VAP | 45% black VAP | 40% black VAP | 35% black VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 President | W | 48.6 | 95.3 | 4.7 | 79.6 | 36.3 | 63.7 | 61.5 | 58.7 | 56.0 | 53.4 | 50.9 |
| 2020 US Senate | W | 48.4 | 93.8 | 6.2 | 78.7 | 37.5 | 62.5 | 61.7 | 58.9 | 56.3 | 53.9 | 51.5 |
| 2018 Governor | W | 37.7 | 93.0 | 8.4 | 83.0 | 40.9 | 59.1 | 63.2 | 60.8 | 58.2 | 55.9 | 53.7 |
| 2018 Secretary of State | W | 38.0 | 93.7 | 6.3 | 61.4 | 36.2 | 60.8 | 62.7 | 60.2 | 57.5 | 55.1 | 52.8 |
| 2018 Attorney General | W | 37.8 | 93.4 | 6.6 | 61.0 | 33.3 | 66.7 | 58.1 | 56.2 | 53.4 | 50.8 | 48.3 |
| 2018 US Senate | W | 37.8 | 93.5 | 6.5 | 60.8 | 39.0 | 60.7 | 62.3 | 59.7 | 57.2 | 54.8 | 52.6 |
| 2016 President | W | 52.3 | 95.0 | 5.0 | 70.2 | 30.6 | 69.4 | 61.3 | 58.1 | 55.0 | 52.0 | 49.0 |
| 2014 Governor | W | 32.7 | 94.1 | 5.9 | 50.8 | 42.2 | 57.8 | 65.1 | 62.5 | 60.1 | 57.8 | 55.8 |
| 2014 Secretary of State | AA | 32.8 | 94.4 | 5.6 | 49.2 | 36.3 | 63.7 | 59.5 | 56.7 | 54.1 | 51.6 | 48.5 |
| 2014 Attorney General | W | 32.4 | 94.1 | 5.9 | 50.1 | 32.8 | 67.4 | 59.8 | 56.8 | 53.9 | 51.1 | 48.5 |
| 2014 US Senate | W | 32.7 | 94.1 | 5.9 | 50.1 | 50.6 | 49.4 | 69.9 | 67.6 | 65.7 | 63.8 | 61.8 |
| 2012 President | AA | 56.2 | 95.7 | 4.3 | 70.3 | 42.9 | 57.1 | 69.0 | 66.4 | 63.8 | 61.3 | 58.8 |
| 2012 US Senate | W | 55.7 | 95.4 | 4.6 | 66.7 | 52.3 | 47.7 | 73.8 | 71.6 | 69.5 | 67.4 | 65.4 |

### 15 — GENESEE COUNTY, Percent Black VAP needed to win

| GENERAL ELECTIONS | race of B+P candidate | Black votes: votes cast for office | B+P | all others | White votes: votes cast for office | B+P | all others | percent of vote B+P cand would have received if district was 55% black VAP | 50% black VAP | 45% black VAP | 40% black VAP | 35% black VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 President | W | 53.0 | 96.1 | 3.9 | 79.6 | 42.1 | 57.9 | 66.3 | 63.7 | 61.1 | 58.7 | 56.4 |
| 2020 US Senate | W | 56.6 | 95.0 | 5.0 | 78.7 | 43.5 | 56.5 | 67.6 | 65.2 | 62.6 | 60.2 | 57.9 |
| 2018 Governor | W | 45.1 | 95.3 | 4.7 | 59.8 | 46.2 | 53.8 | 69.8 | 67.3 | 64.9 | 62.6 | 60.4 |
| 2018 Secretary of State | W | 44.6 | 95.2 | 4.8 | 58.6 | 49.0 | 52.0 | 70.8 | 68.2 | 66.2 | 64.0 | 61.8 |
| 2018 Attorney General | W | 44.6 | 94.1 | 5.9 | 58.4 | 41.1 | 58.9 | 66.7 | 64.0 | 61.5 | 59.0 | 56.5 |
| 2018 US Senate | W | 45.1 | 95.2 | 4.8 | 59.6 | 45.8 | 54.2 | 69.5 | 67.1 | 64.7 | 62.4 | 60.1 |
| 2016 President | W | 59.0 | 96.4 | 3.6 | 67.3 | 37.4 | 62.6 | 67.3 | 65.0 | 62.0 | 59.3 | 56.3 |
| 2014 Governor | W | 35.8 | 95.8 | 4.2 | 47.5 | 51.8 | 48.2 | 72.9 | 70.7 | 68.6 | 66.5 | 64.5 |
| 2014 Secretary of State | AA | 35.9 | 95.6 | 4.4 | 46.1 | 46.2 | 53.8 | 70.3 | 67.8 | 65.4 | 63.1 | 60.8 |
| 2014 Attorney General | W | 35.0 | 95.6 | 4.4 | 45.5 | 45.2 | 54.8 | 69.8 | 67.4 | 65.0 | 62.6 | 60.2 |
| 2014 US Senate | W | 36.1 | 95.6 | 4.4 | 47.1 | 58.8 | 41.4 | 76.5 | 74.7 | 72.9 | 71.1 | 69.4 |
| 2012 President | AA | 61.0 | 97.6 | 2.4 | 68.4 | 53.7 | 46.3 | 76.6 | 74.4 | 72.2 | 70.1 | 67.8 |
| 2012 US Senate | W | 60.7 | 96.7 | 3.3 | 67.5 | 60.2 | 39.8 | 79.3 | 77.5 | 75.7 | 73.8 | 72.1 |

### 16 — OAKLAND COUNTY, Percent Black VAP needed to win

| GENERAL ELECTIONS | race of B+P candidate | Black votes: votes cast for office | B+P | all others | White votes: votes cast for office | B+P | all others | percent of vote B+P cand would have received if district was 55% black VAP | 50% black VAP | 45% black VAP | 40% black VAP | 35% black VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 President | W | 71.5 | 93.4 | 6.6 | 86.4 | 45.9 | 54.1 | 69.8 | 67.4 | 65.1 | 62.8 | 60.6 |
| 2020 US Senate | W | 71.4 | 92.1 | 7.9 | 85.4 | 43.5 | 56.5 | 68.1 | 65.6 | 63.2 | 60.9 | 58.6 |
| 2018 Governor | W | 53.2 | 94.1 | 5.9 | 68.8 | 47.4 | 52.6 | 70.1 | 67.8 | 65.5 | 63.3 | 61.1 |
| 2018 Secretary of State | W | 53.1 | 94.2 | 5.8 | 67.2 | 47.5 | 52.5 | 70.4 | 68.0 | 65.8 | 63.5 | 61.4 |
| 2018 Attorney General | W | 52.5 | 93.8 | 6.2 | 67.0 | 43.0 | 57.0 | 67.9 | 65.3 | 62.8 | 60.4 | 58.1 |
| 2018 US Senate | W | 53.2 | 93.0 | 7.0 | 68.7 | 45.0 | 54.0 | 68.9 | 66.2 | 63.8 | 61.7 | 59.5 |
| 2016 President | W | 65.6 | 95.1 | 4.9 | 73.0 | 39.1 | 60.9 | 68.3 | 65.7 | 62.7 | 60.0 | 57.3 |
| 2014 Governor | W | 46.3 | 94.8 | 5.2 | 54.6 | 30.6 | 69.4 | 63.3 | 60.3 | 56.9 | 53.8 | 50.7 |
| 2014 Secretary of State | AA | 45.8 | 94.6 | 5.4 | 53.1 | 26.4 | 73.6 | 61.4 | 58.4 | 55.4 | 52.3 | 48.1 |
| 2014 Attorney General | W | 45.8 | 94.1 | 5.9 | 52.6 | 32.9 | 67.1 | 64.5 | 61.4 | 58.4 | 55.4 | 52.4 |
| 2014 US Senate | W | 46.5 | 95.0 | 5.0 | 53.7 | 46.7 | 53.3 | 71.5 | 69.1 | 66.7 | 64.4 | 62.1 |
| 2012 President | AA | 68.8 | 95.7 | 4.3 | 75.7 | 42.1 | 57.9 | 70.9 | 67.8 | 65.0 | 62.3 | 59.7 |
| 2012 US Senate | W | 67.8 | 95.8 | 4.2 | 74.0 | 47.8 | 52.4 | 73.1 | 70.8 | 68.3 | 65.8 | 63.5 |

## Slide 17 — WAYNE COUNTY Percent Black VAP needed to win

| GENERAL ELECTIONS | | votes cast for office | B+P all others | | votes cast for office | B+P all others | received if district was 55% black VAP | received if district was 50% black VAP | received if district was 45% black VAP | received if district was 40% black VAP | received if district was 35% black VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 President | W | 58,0 | 97,5 | 2,5 | 76,6 | 47,3 | 52,5 | 71,5 | 69,0 | 66,6 | 64,3 | 62,0 |
| 2020 US Senate | W | 57,8 | 95,2 | 4,8 | 75,6 | 47,2 | 52,8 | 70,4 | 68,0 | 65,7 | 63,4 | 61,2 |
| 2018 Governor | W | 33,2 | 97,0 | 3,0 | 63,2 | 53,5 | 46,5 | 70,5 | 69,6 | 66,6 | 64,8 | 63,1 |
| 2018 Secretary of State | W | 33,1 | 97,0 | 3,0 | 62,0 | 53,6 | 46,4 | 70,7 | 68,7 | 66,8 | 65,0 | 63,3 |
| 2018 Attorney General | W | 30,2 | 95,5 | 4,5 | 61,0 | 49,4 | 50,6 | 67,6 | 65,4 | 63,4 | 61,0 | 59,7 |
| 2016 US Senate | W | 33,1 | 95,8 | 4,2 | 63,1 | 52,3 | 47,7 | 69,3 | 67,3 | 65,4 | 63,6 | 61,8 |
| 2016 President | W | 57,0 | 98,4 | 1,6 | 64,0 | 39,7 | 60,3 | 70,3 | 67,4 | 64,4 | 61,7 | 58,7 |
| 2014 Governor | W | 35,8 | 96,5 | 3,5 | 47,7 | 41,3 | 58,7 | 87,7 | 85,0 | 82,3 | 59,7 | 57,0 |
| 2014 Secretary of State | AA | 35,5 | 96,8 | 3,2 | 46,1 | 36,8 | 63,2 | 65,9 | 62,9 | 60,0 | 57,2 | 54,4 |
| 2014 Attorney General | W | 35,2 | 95,7 | 4,3 | 45,9 | 41,0 | 59,0 | 67,5 | 64,8 | 62,1 | 59,5 | 57,2 |
| 2014 US Senate | W | 35,7 | 98,0 | 2,0 | 46,8 | 53,4 | 46,6 | 74,0 | 72,7 | 70,6 | 68,4 | 66,4 |
| 2012 President | AA | 60,4 | 99,0 | 1,0 | 65,7 | 51,0 | 49,1 | 76,8 | 74,5 | 72,3 | 69,8 | 67,5 |
| 2012 US Senate | W | 59,0 | 98,1 | 1,9 | 64,4 | 57,6 | 42,4 | 79,1 | 77,1 | 75,1 | 73,1 | 71,1 |

17

## Slide 18 — Threshold of Representation: State Senate

- All districts over 48% Black elect minority candidates
- 67% of districts over 35% Black elect minority candidates
- No state senate districts between 36 and 45% Black

18

## Slide 19 — Threshold of Representation: State House

- All districts over 36% Black elect minority candidates
- 89% of districts over 25% Black elect minority candidates
- No state house districts between 37 and 47% Black

19

## Slide 20



Michigan – District Percentage of Voting-Age Non-Hispanic African Americans including combination with other races

20