UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.

_____/

Case No. 1:22-cv-272

Three-Judge Court

## ORDER RESCHEDULING MOTIONS HEARING

**IT IS HEREBY ORDERED** that oral argument on dispositive motions filed in this case is rescheduled to **July 13, 2023, at 1:30 p.m**., 174 Federal Building, 410 W. Michigan Ave., Kalamazoo, Michigan.

Dated: May 10, 2023

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge
On behalf of the Three-Judge Panel