UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual; JEROME BENNETT, an individual; DENNIS LEORY BLACK, JR., an individual; JAMEE BURBRIDGE, an individual; BEVERLY ANN BURRELL, an individual; JEMELL COTTON, an individual; TERESA DUBOSE, an individual; KAREN FERGUSON, an individual; MICHELLE KEEBLE, an individual; NORMA McDANIEL, an individual; GLENDA McDONALD, an individual; JANET MARIE OVERALL, an individual; SHIRLEY L. RADDEN, an individual; DAVONTE SHERARD, an individual; MICHELLE T. SMITH, an individual; KENYETTA SNAPP, an individual; DONYALE STEPHEN-ATARA, an individual; and TANESHA WILSON, an individual, | No. 1:22-cv-00272<br><br>THREE-JUDGE PANEL APPOINTED PURSUANT TO 28 U.S.C. § 2284(a)<br><br>**CERTIFICATE OF COMPLIANCE** |
|     Plaintiffs, | |
| v | |
| JOCELYN BENSON, in her official capacity as Secretary of State of Michigan; MICHIGAN INDEPENDENT REDISTRICTING COMMISSION; DOUGLAS CLARK, JUANITA CURRY, ANTHONY EID, RHONDA LANGE, STEVEN TERRY LETT, BRITTNI KELLOM, CYNTHIA ORTON, M.C. ROTHHORN, REBECCA SZETELA, JANICE VALLETTE, ERIN WAGNER, RICHARD WEISS and DUSTIN WITJES, in their official capacities as Commissioners of the Michigan Independent Citizens Redistricting Commission, | |
|     Defendants. | |

1

<div style="display: flex;">

John J. Bursch (P57679)
Attorney for Plaintiffs
9339 Cherry Valley Ave, SE, #78
Caledonia, Michigan 49316
616.450.4235
jbursch@burschlaw.com

Michael J. Pattwell (P72419)
James J. Fleming (P84490)
Attorneys for Plaintiffs
212 East Cesar E. Chavez Ave
Lansing, Michigan 48906
517.318.3100
mpattwell@clarkhill.com
jfleming@clarkhill.com

Amia Banks (P84182)
Attorney for Plaintiffs
215 S. Washington Sq, Ste 200
Lansing, Michigan 48933
517.318.3026
abanks@clarkhill.com

Nabih H. Ayad (P59518)
Co-Counsel for Pls Agee & Sherard
645 Griswold St, Ste 2202
Detroit, Michigan 48226
313.983.4600
nabihayad@ayadlawpllc.com
_____/

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant Benson
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

David H. Fink (P28235)
Nathan Joshua Fink (P75185)
Attorneys for Defendants MICRC, Clark, Curry, Eid, Lange, Lett, Kellom, Orton, Rothhorn, Szetela, Vallette, Wagner, Weiss and Witjes
38500 Woodward Ave, Ste 350
Bloomfield Hills, Michigan 48304
248.9971.2500
dfink@finkbressack.com

</div>

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit
and Typeface Requirements

1. This brief complies with the type-volume limitation of Local Rule 7.2(b)(ii) because, excluding the part of the document exempted by this rule, this brief contains less than 10,800 words. This document contains 3,031 words.

2. This document complies with the typeface requirements of Local Rule 7.2(b)(ii) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 12-point Century Schoolbook.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant Benson
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439

Dated: June 6, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439