UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*; <br><br> Defendants. | Case No. 1:22-cv-00272 <br><br> **Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** <br><br> **ORAL ARGUMENT REQUESTED** |

## INDEX OF EXHIBITS

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| Exhibit A | Affidavit of Dennis Leroy Black, Jr. |
| Exhibit B | Bankole, *Democrats in Lansing have misplaced priorities*, The Detroit News (May 10, 2023) |
| Exhibit C | Bankole, *Democrats cater to unions at expense of Black issues*, The Detroit News (Mar. 19, 2023) |
| Exhibit D | Bankole, *Whitmer, Dems ignore Highland Park water crisis*, The Detroit News (Apr. 12, 2023) |