UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR. et al.,

      Plaintiffs,

v.

JOCELYN BENSON, et al.,

      Defendants.

Case No. 1:22-CV-00272-PLM-RMK-JTN

**INDEX OF EXHIBITS**

| | |
|---|---|
| Ex. 1 | Declaration of Anthony Eid |
| Ex. 2 | Declaration of Kimball Brace |
| Ex. 3 | Excerpts from Trende Deposition |
| Ex. 4 | Excerpts from Lemmons Deposition |