# EXHIBIT 1 (CONTINUED)

# EXHIBIT 1 (CONTINUED)

# EXHIBIT C

# EXHIBIT C







# Michigan - MICRC State Senate Linden Plan - with City of Detroit Neighborhoods

# EXHIBIT D

# EXHIBIT D

# Michigan - Trende State Senate #1 Plan - with City of Detroit Neighborhoods

