# EXHIBIT 1 (CONTINUED)

# EXHIBIT 1 (CONTINUED)

# EXHIBIT E

# EXHIBIT E

# Michigan - Trende State Senate #2 Plan - with City of Detroit Neighborhoods




Election Data Services



# EXHIBIT F

# EXHIBIT F

# Hickory House District 10, Michigan





Election Data Services

Counties    Townships    Hickory State House Districts

0    0.75    1.5    3 Miles

# Hickory House District 17, Michigan





# Hickory House District 12, Michigan





Hickory House Districts    Counties    Townships



0    0.3    0.6    1.2 Miles

# Hickory House District 57, Michigan



    Counties   Townships   Hickory State House Districts

# Hickory House District 58, Michigan

Oakland

Macomb


MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION


Hickory House Districts    Counties    Townships


Election Data Services

0   0.4   0.8    1.6 Miles

# EXHIBIT G

# EXHIBIT G

# Linden Senate District 10, Michigan



Esri, HERE, Garmin, GeoTechnologies, Inc., NGA, USGS, NPS



MICHIGAN
INDEPENDENT
CITIZENS
REDISTRICTING
COMMISSION

◼ Linden Senate Districts  ▭ Counties  ⬚ Townships



Election Data Services

0    0.75    1.5              3 Miles

# Linden Senate District 11, Michigan



Michigan Independent Citizens Redistricting Commission

Linden Senate Districts ▬  Counties ▬  Townships ⌐⌐⌐



Election Data Services

0   0.75   1.5        3Miles

# Linden Senate District 12, Michigan

St. Clair

Macomb

Wayne





■ Linden Senate Districts  ▭ Counties  ┄ Townships



0   1.25   2.5        5 Miles

# EXHIBIT H

# EXHIBIT H

Appendix C

Demonstration Plan Details

## Proposed Exemplar Map, District  1

Black = 51.64%; Non-Hispanic White = 41.81%; Hispanic = 1.86%; Non-Hispanic /



© OpenStreetMap contributors

## Proposed Exemplar Map, District  2

Black = 58.11%; Non-Hispanic White = 35.99%; Hispanic = 1.73%; Non-Hispanic A



© OpenStreetMap contributors

## Proposed Exemplar Map, District  14

Black = 26.64%; Non-Hispanic White = 63.27%; Hispanic = 4.01%; Non-Hispanic /



© OpenStreetMap contributors

## Proposed Exemplar Map, District 4

Black = 50.01%; Non-Hispanic White = 40.56%; Hispanic = 4.1%; Non-Hispanic A



© OpenStreetMap contributors