# EXHIBIT 4

# EXHIBIT 4

```
                                              Page 1

 1               UNITED STATES DISTRICT COURT

 2               WESTERN DISTRICT OF MICHIGAN

 3                    SOUTHERN DIVISION

 4                 ~~~~~~~~~~~~~~~~~~~~

 5

 6    DONALD AGEE, JR. et al.,

 7

 8               Plaintiffs,

 9

10       vs.              Case No.

11                        1:22-CV-00272-PLM-RMK-JTN

12    JOCELYN BENSON, et al.,

13

14               Defendants.

15

16               ~~~~~~~~~~~~~~~~~~~~

17        Zoom Videoconference Deposition of

18                LaMAR LEMMONS III

19

                       April 20, 2023

20                      10:03 a.m.

21               Witness Location:

                      Clark Hill

22         500 Woodward Avenue, Suite 3500

                   Detroit, Michigan

23

24               Buster Beck, RPR

25
```

Page 2

1   APPEARANCES:

2

3         On behalf of the Plaintiffs and LaMar

4         Lemmons III:

5               Clark Hill, by

6               JAMES J. FLEMING, ESQ.

7               215 South Washington Square

8               Suite 200

9               Lansing, MI  48933

10              (517) 318-3038

11              jfleming@clarkhill.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1    APPEARANCES, Continued:

2

3         On behalf of the Defendants Michigan

4         Independent Citizens Redistricting

5         Commission, Douglas Clark, Juanita Curry,

6         Anthony Eid, Rhonda Lange, Steven Terry

7         Lett, Brittni Kellom, Cynthia Orton, M.C.

8         Rothhorn, Rebecca Szetela, Janice

9         Vallette, Erin Wagner, Richard Weiss and

10        Dustin Witjes, each in his or her

11        official capacity as a Commissioner of

12        the Michigan Independent Citizens

13        Redistricting Commission:

14             Baker & Hostetler LLP, by

15             PATRICK T. LEWIS, ESQ.

16             Key Tower

17             127 Public Square, Suite 2000

18             Cleveland, OH  44114

19             (216) 621-0200

20             plewis@bakerlaw.com

21

22

23

24

25

Page 4

1    APPEARANCES, Continued:

2

3         On behalf of the Defendants Michigan

4         Independent Citizens Redistricting

5         Commission, Douglas Clark, Juanita Curry,

6         Anthony Eid, Rhonda Lange, Steven Terry

7         Lett, Brittni Kellom, Cynthia Orton, M.C.

8         Rothhorn, Rebecca Szetela, Janice

9         Vallette, Erin Wagner, Richard Weiss and

10        Dustin Witjes, each in his or her

11        official capacity as a Commissioner of

12        the Michigan Independent Citizens

13        Redistricting Commission:

14             Baker & Hostetler LLP, by

15             DIMA J. ATIYA, ESQ.

16             1050 Connecticut Avenue, NW

17             Suite 1100

18             Washington, D.C.  20036

19             (202) 861-1500

20             datiya@bakerlaw.com

21

22

23

24

25

Page 5

1     APPEARANCES, Continued:

2

3          On behalf of the Defendants Michigan

4          Independent Citizens Redistricting

5          Commission, Douglas Clark, Juanita Curry,

6          Anthony Eid, Rhonda Lange, Steven Terry

7          Lett, Brittni Kellom, Cynthia Orton, M.C.

8          Rothhorn, Rebecca Szetela, Janice

9          Vallette, Erin Wagner, Richard Weiss and

10         Dustin Witjes, each in his or her

11         official capacity as a Commissioner of

12         the Michigan Independent Citizens

13         Redistricting Commission:

14              Fink Bressack, by

15              NATHAN J. FINK, ESQ.

16              38500 Woodward Avenue, Suite 350

17              Bloofield Hills, MI  48304

18              (248) 971-2500

19              nfink@finkbressack.com

20

21

22                   ~ ~ ~ ~ ~

23

24

25

Page 6

1                    TRANSCRIPT INDEX

2

3     APPEARANCES................................   2

4

5     INDEX OF EXHIBITS ........................   7

6

7     EXAMINATION OF LaMAR LEMMONS III:

8     By Mr. Lewis...............................   8

9     By Mr. Fleming.........................   135

10

11    REPORTER'S CERTIFICATE....................   150

12

13    EXHIBIT CUSTODY

14

15    EXHIBITS RETAINED BY COUNSEL

16

17

18

19

20

21

22

23

24

25

Page 7

```
 1                    INDEX OF EXHIBITS
 2    NUMBER              DESCRIPTION              MARKED
 3    Exhibit 1   A document entitled; "NOTICE .   9
                  OF DEPOSITION OF LAMAR
 4                LEMMONS III"
 5    Exhibit 2   A document entitled; "FIRST ..  24
                  AMENDED COMPLAINT FOR
 6                DECLARATORY RELIEF"
 7    Exhibit 3   A document entitled; .........  26
                  "AFFIDAVIT OF LAMAR LEMMONS
 8                III"
 9    Exhibit 4   A 72-page document beginning .  28
                  with a cover page entitled;
10                "DOC 05"
11    Exhibit 5   A 15-page document beginning .  34
                  with a cover page entitled;
12                "DOC 06"
13    Exhibit 6   A seven-page document .......   38
                  beginning with a cover page
14                entitled; "DOC 08"
15    Exhibit 7   A ten-page document .........   83
                  entitled; "Michigan
16                Independent Citizens
                  Redistricting Commission,"
17                dated October 11th, 2021
18    Exhibit 8   A two-page article from ......  98
                  Politico
19
      Exhibit 9   A 123-page document .......... 112
20                beginning with a cover page
                  entitled; "DOC 02"
21
22
23
24
25
```

Page 8

1          LaMAR LEMMONS III, of lawful age,

2    called for examination, as provided by the

3    Federal Rules of Civil Procedure, being by me

4    first duly sworn, as hereinafter certified,

5    deposed and said as follows:

6          EXAMINATION OF LaMAR LEMMONS III

7    BY MR. LEWIS:

8        Q.    Good morning, Mr. Lemmons.  It is

9    nice to meet you remotely today.  My name is

10   Patrick Lewis and I represent the Independent

11   Citizens Redistricting Commission and the

12   individual commissioners.  With me on Zoom are

13   my colleagues Nate Fink from Fink Bressack, and

14   Dima Atiya, also from Baker Hostetler.  I'll be

15   the one asking you questions this morning.

16          So Mr. Lemmons, just to get

17   started, are you -- can you identify your name

18   and your current address for the record?

19       A.    Certainly.  My name is LaMar, L-A,

20   capital M, A-R.  Lemmons, L-E-M-M-O-N-S.  My

21   address is 8523 Outer Drive, East, Detroit,

22   Michigan 48213.

23       Q.    All right.  Thank you very much.

24          And your name is pronounced

25   Lemmons?

Page 65

1      Q.    When you used that particular

2  strategy, what door open rates were you able to

3  achieve?

4      A.    A higher rate.  I don't remember

5  off the top of my head.  Did I reference it

6  there?  I do know it was higher.

7           And particularly, sometimes the

8  white canvasser's on one side of the street and

9  he's getting a higher rate than the black one

10  on the other side.  But as a composite, when

11  they go to the door together, the white open

12  door rate is higher.  So if you want a higher

13  rate, you can send a black and a white

14  together.  If you send just across the street,

15  there's a difference in the response rate.

16      Q.    But you don't know what that rate

17  is as you sit here today?

18      A.    I don't know what that rate is, but

19  since you asked me for my experience, that is

20  the experience.

21      Q.    Okay.  Now, Mr. Lemmons, when

22  someone doesn't answer their door, you can't

23  know why the person chose not to, correct?

24      A.    Absolutely.

25      Q.    Okay.  And different people might

Page 66

1    have different reasons to decline to open a

2    door, right?

3          A.     That is correct.

4          Q.     So some people might not want to

5    speak with strangers, for example, right?

6          A.     Correct.

7          Q.     Some people might not want to be

8    canvassed by political candidates, right?

9          A.     Correct.

10         Q.     Some people might just be

11   preoccupied with something going in their

12   houses at the moment your worker knocks,

13   correct?

14         A.     Correct.

15         Q.     Are there other ways your campaigns

16   can message to voters besides knocking their

17   doors?

18         A.     Yes.

19         Q.     Okay.  And can those other ways be

20   effective means of communicating with voters?

21         A.     Yes.

22         Q.     Okay.  So I want to jump ahead now

23   to paragraphs 17, 18 appearing on page five.  I

24   have them up on the screen, but let me know

25   when you get there.

Page 70

1          Q.    And candidate personalities can
2     differ, right?
3          A.    Correct.
4          Q.    Okay.  And those factors can
5     sometimes cause black voters to perhaps not
6     prefer a black candidate; is that right?
7          A.    That's correct.
8          Q.    Okay.  I'd like now to turn to
9     paragraph 18, right below 17 there on page
10    five.  I had a few questions about it.
11              Sir, you mention the term "Black
12    democrat primary candidates of choice."  What
13    does that term mean to you?
14         A.    It means that there are -- when
15    there's a black candidate in the race, the
16    voters -- the black voter tends to want to
17    support that black candidate based on that in
18    most cases.
19         Q.    Okay.  And how do you determine who
20    the black primary candidate of choice is?
21         A.    Well, I can't determine in most
22    cases if there are multiple candidates, but
23    when there is a black candidate and a white
24    candidate, it is clear that the general
25    preference by the black community is to have a

Page 71

1    black candidate with similar experience in the

2    primary.

3           Q.    Okay.  And do you base that opinion

4    on the data that you've looked at over the

5    years?

6           A.    I've based that on my experience.

7    It is my experience that I'm referring to.  I

8    base it on my experience.  That's correct.  And

9    the corroborating data, as you know.

10          Q.    And the data.

11                So you're -- and your experience is

12   looking at who won and lost in different

13   elections, right?

14          A.    That's some of it, yes.

15          Q.    Okay.  All right.  So you're

16   looking at -- so your experience is informed by

17   looking at election results, right?

18          A.    Election results and election

19   campaigning.

20          Q.    Okay.  So as you're going out to

21   canvas, how voters are responding to your

22   candidate's messages; is that fair?

23          A.    Repeat the question, please.

24          Q.    So when you say you're looking at

25   other evidence or other data to support your

Page 72

1  experience, what other things do you look at to

2  inform your experience?

3      A.    We look at the response of the

4  voter, juxtaposed to the election results.  We

5  look at things like the name.  Sometimes the

6  black candidate by name is not distinguishable

7  from a white candidate.  So if there's a total

8  unfamiliarity with both candidates, the person

9  who has the most black-sounding name is likely

10  to get a greater -- in the primary, referring

11  to the primaries -- is a lot likely to get the

12  vote.

13          So sometimes a white candidate with

14  a black-sounding name and a black candidate

15  with a white-sounding name, and not having the

16  resources or the knowledge as to how to reach

17  their voters and make that distinction

18  clarified, I've seen a white candidate win the

19  black area, not because they were the candidate

20  of choice, but because they were presumed to be

21  black.  And vice versa, by the way.

22      Q.    Okay.  All right.  And so, that

23  experience, you're looking at -- you're looking

24  at how those elections turned out, right?

25  You're looking at how people vote in those

Page 73

1   races, right?

2          A.     Looking at how people voted and why

3   they voted.  So we also do an analysis

4   afterwards as to why and how.  Because it's

5   always the next race.

6          Q.     And so, as you're going through

7   that analysis, you're looking at what your

8   canvassers are reporting back to you, right?

9          A.     Yes.

10          Q.     Okay.  And you're looking at those

11   sheets that they turn in, those statics that

12   they generate, correct?

13          A.     I am looking at those, too, yes.

14          Q.     Okay.  So you're basing -- your

15   experience goes beyond just personally

16   individual voters that you're speaking to; is

17   that right?

18          A.     Rephrase the question.

19          Q.     Sure.

20                 So when you talk about your

21   experience, you're talking about experience

22   that goes beyond just individual voters that

23   you personally speak to, correct?

24          A.     Absolutely.  Absolutely.

25          Q.     Understood.  All right.

Page 76

1  period.  Every campaign does.

2       Q.    Okay.  And VAN -- just to make sure

3  I understand this, is VAN a -- that's a file

4  that's created by the Michigan Democratic

5  party; is that correct?

6       A.    That's correct.

7       Q.    I see.

8            So it's not an official -- it's put

9  out by the political party, not by the State of

10 Michigan as a government, correct?

11      A.    Correct.

12      Q.    Okay.  So that file has additional

13 information in it beyond what would be

14 maintained, like, for example, at the Board of

15 Elections, correct?

16      A.    Correct.

17      Q.    Okay.

18      A.    Wait, wait.  The Board of Elections

19 you can go -- if you pull the file, it will

20 have the race.

21      Q.    Okay.  All right.

22      A.    It's that extensive.

23      Q.    But I think you were also

24 describing -- so when you're measuring voter

25 turnout by race, are you relying on sort of

Page 77

1    using that census data and sort of trying to

2    determine using that and the racial breakdowns

3    of different neighborhoods to help determine

4    voter turnout by race?

5         A.     Absolutely, yes.

6         Q.     And you understand there's

7    statistical techniques that are used to

8    estimate voter turnout by race?

9         A.     Yes.

10        Q.     Okay.  And did you use any of those

11   statistical techniques in this case?

12        A.     Yes.

13        Q.     Which ones -- which techniques did

14   you use?

15        A.     I used, again, the VAN and

16   experience and observations.

17        Q.     Okay.

18        A.     And the census.

19        Q.     Okay.  But you don't -- in your

20   affidavit anywhere, you don't report -- you

21   don't report what those turnout rates were for

22   a specific election, right?

23        A.     No, I don't.

24        Q.     I see.  Okay.

25               So I'd like to now move on to

Page 92

1    specific elections were good ones for you to

2    analyze for your affidavit?

3            A.     Well, some of them, as I said, I

4    was directly involved.

5            Q.     Okay.

6            A.     And others, I saw the -- I observed

7    -- I had a keen interest in those races, to see

8    what the outcome would be.

9            Q.     And all of these are in

10   metropolitan Detroit, correct?

11           A.     All of them intersect with the City

12   of Detroit.

13           Q.     Great.  Okay.

14                  So then, if we go back to paragraph

15   28 at the bottom of page seven, is that where

16   you begin to discuss your analysis of those

17   elections?

18           A.     Yes.

19           Q.     And I understand you've had

20   training and experience in analyzing elections,

21   correct?

22           A.     Correct.

23           Q.     And did that training and

24   experience help you conduct the analysis you

25   did of these 2022 primaries?

Page 93

1          A.     It did.

2          Q.     And would you agree most people

3    wouldn't have the ability to analyze elections

4    in an accurate way without that training and

5    experience?

6                MR. FLEMING:  I would object to the

7    form of the question as it calls for

8    speculation.

9                But you can answer.

10         A.     I would say that most people would

11   not have the experience.  Not necessarily the

12   training.  There's training, as I referred to

13   earlier, some autodactical [sic] training that

14   one can do by learning, or empirical training.

15   I would say my empirical or my experience is

16   the guiding reference here.

17         Q.     So I'd like to start with your

18   analysis here of Senate District 8 in

19   paragraphs 28 and 29.  And specifically in

20   paragraph 28, you discuss how the northern and

21   southern portions of the district are, quote,

22   also characterized by starkly different

23   demographics, communities of interest and

24   legislative priorities.  Sir, what are the

25   legislative priorities of the northern portions

Page 103

1    will jump in the race.

2         Q.    I see.

3               And many factors can influence when

4    there's a candidate of choice, correct?

5         A.    Absolutely.

6         Q.    Okay.  And it's much more than just

7    looking at just the bare percentage of, you

8    know, that BVAP number, correct?

9         A.    Restate the question.

10        Q.    Sure.

11              So the things that can lead, for

12   example, to black community leaders determining

13   the candidate of choice for a district can go

14   well beyond just the percentage of black voting

15   age population in that district, correct?

16        A.    Possibly, yes.

17        Q.    Okay.  All right.  So I'd like to

18   move on now to Senate District 11.  Bottom of

19   page nine, paragraph 33.  And here you mention

20   -- you identify Veronica Klinefelt as the white

21   candidate of choice in this election.  Do you

22   agree with that?

23        A.    I agree 100 percent.

24        Q.    Okay.  Do you know how many black

25   voters voted for her?

Page 104

1      A.    I don't remember off the top of my

2    head.  But you should know, I supported

3    Klinefelt.

4      Q.    You supported her.  Why did you

5    support her?

6      A.    I supported Klinefelt because I had

7    more knowledge as to the other black candidate.

8    But despite my support and support of community

9    leaders, we didn't spend any money to really

10   let people know that the black candidate should

11   not be the candidate of choice.  So she

12   prevailed overwhelmingly in the black

13   community.

14     Q.    I see.

15     A.    And that black candidate of

16   choice -- just a little add -- has currently --

17   and is innocent until proven guilty -- but has

18   currently been indicted.  But she still

19   prevailed over Klinefelt in the black

20   community.

21     Q.    In this -- in -- but in your -- in

22   paragraph 33, you don't identify a black

23   candidate of choice, correct?

24     A.    That's correct.

25     Q.    Okay.

Page 105

1      A.    She was the black candidate -- the

2  default black candidate of choice.

3      Q.    I see.

4            But voters -- but black voters did

5  not choose her, correct?

6      A.    Black voters did choose her.  She

7  was already an elected official.  She was the

8  mayor of Eastpointe.

9      Q.    Okay.  But I'm saying for this

10  particular race, Senate District 11, 2022

11  primary.

12      A.    There were some black voters that

13  chose her.  What we decided earlier on was to

14  keep other black candidates out as not to

15  dilute the black vote.  And after interviewing

16  the leadership -- which I consider myself part

17  of -- of the black community in that area --

18  which had -- area that I had represented as a

19  state representative by the way -- the portion,

20  the Detroit portion anyway, we decided that

21  Klinefelt would have been a better choice than

22  Monique Owens.

23            But the black community decided

24  that Monique Owens was their candidate.  And

25  despite our support, which didn't move the

Page 106

1    numbers, Monique Owens, the black people voted

2    for Monique Owens, and the white people voted

3    for Klinefelt as a collective.

4         Q.    Okay.

5         A.    Overwhelmingly so in both cases.

6         Q.    And what data do you rely on to

7    form the view that the black community in that

8    district voted for Ms. Owens?

9         A.    The census data -- the precinct

10   data.  I'm sorry.  The precinct data where the

11   communities are overwhelmingly black.

12        Q.    Okay.  I'd like now to turn to

13   paragraph 34 on page ten.  And here you talk

14   about Senate District 6.  Do you see that?

15        A.    I do.

16        Q.    This was the primary between state

17   representative Mary Cavanaugh and Darryl Brown

18   and others; is that correct?

19        A.    That's correct.

20        Q.    Okay.  And how did you -- and you

21   determined that Representative Cavanaugh was

22   the clear white candidate of choice, correct?

23        A.    No.  She was a white candidate of

24   choice.

25        Q.    A white candidate of choice.  Okay.

Page 150

1            REPORTER'S CERTIFICATE

2    The State of Ohio,    )

3                                    SS:

4    County of Cuyahoga.   )

5

6            I, Buster Beck, a Notary Public

7    within and for the State of Ohio, duly

8    commissioned and qualified, do hereby certify

9    that the within named witness, LaMAR LEMMONS

10   III, was by me first duly sworn to testify the

11   truth, the whole truth and nothing but the

12   truth in the cause aforesaid; that the

13   testimony then given by the above-referenced

14   witness was by me reduced to stenotypy in the

15   presence of said witness; afterwards

16   transcribed, and that the foregoing is a true

17   and correct transcription of the testimony so

18   given by the above-referenced witness.

19            I do further certify that this

20   deposition was taken at the time and place in

21   the foregoing caption specified and was

22   completed without adjournment.

23

24

25

Page 151

1          I do further certify that I am not

2    a relative, counsel or attorney for either

3    party, or otherwise interested in the event of

4    this action.

5          IN WITNESS WHEREOF, I have hereunto

6    set my hand and affixed my seal of office at

7    Cleveland, Ohio, on this 27th day of

8    April, 2023.

9

10

11

12

13    _____

14          Buster Beck, Notary Public

15          within and for the State of Ohio

16

17    My commission expires February 22, 2025.

18

19

20

21

22

23

24

25

```
                                                    Page 152
 1                       Veritext Legal Solutions
                            1100 Superior Ave
 2                             Suite 1820
                         Cleveland, Ohio 44114
 3                       Phone: 216-523-1313
 4
      April 27, 2023
 5
      To: JAMES J. FLEMING
 6
      Case Name: Agee, Jr., Donald, et al. v. Benson, Jocelyn, et al.
 7
      Veritext Reference Number: 5871024
 8
      Witness:  LaMar Lemmons, III      Deposition Date:  4/20/2023
 9
10    Dear Sir/Madam:
11
      Enclosed please find a deposition transcript.  Please have the witness
12
      review the transcript and note any changes or corrections on the
13
      included errata sheet, indicating the page, line number, change, and
14
      the reason for the change.  Have the witness' signature notarized and
15
      forward the completed page(s) back to us at the Production address
16    shown
17    above, or email to production-midwest@veritext.com.
18
      If the errata is not returned within thirty days of your receipt of
19
      this letter, the reading and signing will be deemed waived.
20
21    Sincerely,
22    Production Department
23
24
25    NO NOTARY REQUIRED IN CA
```

Page 153

1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS

2

        ASSIGNMENT REFERENCE NO: 5871024
3       CASE NAME: Agee, Jr., Donald, et al. v. Benson, Jocelyn, et al.
        DATE OF DEPOSITION: 4/20/2023
4       WITNESS' NAME: LaMar Lemmons, III
5           In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7           I have made no changes to the testimony
   as transcribed by the court reporter.

8
   _____          _____
9  Date                      LaMar Lemmons, III
10          Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:

12
            They have read the transcript;
13          They signed the foregoing Sworn
                Statement; and
14          Their execution of this Statement is of
                their free act and deed.

15
            I have affixed my name and official seal
16
   this _____ day of_____, 20_____.
17
                    _____
18                  Notary Public
19                  _____
                    Commission Expiration Date
20
21
22
23
24
25

Page 154

```
1              DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
2
       ASSIGNMENT REFERENCE NO: 5871024
3      CASE NAME: Agee, Jr., Donald, et al. v. Benson, Jocelyn, et al.
       DATE OF DEPOSITION: 4/20/2023
4      WITNESS' NAME: LaMar Lemmons, III
5          In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7          I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9          I request that these changes be entered
   as part of the record of my testimony.
10
           I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____         _____
   Date                     LaMar Lemmons, III
14
           Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17         They have read the transcript;
           They have listed all of their corrections
18              in the appended Errata Sheet;
           They signed the foregoing Sworn
19              Statement; and
           Their execution of this Statement is of
20              their free act and deed.
21         I have affixed my name and official seal
22 this _____ day of_____, 20____.
23              _____
                Notary Public
24
                _____
25              Commission Expiration Date
```

Page 155

1                    ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS MIDWEST
2              ASSIGNMENT NO: 5871024
3    PAGE/LINE(S) /        CHANGE        /REASON
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19

     _____      _____
20   Date                  LaMar Lemmons, III
21   SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22   DAY OF _____, 20_____ .
23                 _____
                   Notary Public
24

25                 _____
                   Commission Expiration Date