UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;<br><br>　　　　Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)**<br><br>**ORAL ARGUMENT REQUESTED** |

### INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | *Pope v. Cnty. of Albany*, No. 1:11-CV-0736, 2014 WL 316703 (N.D.N.Y. Jan. 28, 2014) |
| B | MICRC_4871-72 |
| C | Dissenting Report by Commissioner Erin Wagner |
| D | Dissenting Report by Commissioner Rhonda Lange |
| E | Lessons Learned & Recommendations from the Inaugural Commission – Communities of Interest |
| F | Memorandum to the Michigan Independent Citizens Redistricting Commission from Stephen Markman, Michigan Supreme Court Justice (retired) and Professor of Constitutional Law, Hillsdale College |
| G | Mallory McMorrow For Michigan – Post-Primary Statement |

| | |
|---|---|
| H | Mallory McMorrow For Michigan – 2021 Annual Finance Statement |
| I | Mallory McMorrow For Michigan – Itemized Contributions |
| J | Signed Affidavit of LaMar Lemmons III, Dated June 16, 2023 |