# EXHIBIT G

Michigan.gov

The Office of
# Secretary of State Jocelyn Benson

SOS / Elections

# Michigan Committee Statement Summary Page

- **Committee Name:** MALLORY MCMORROW FOR MICHIGAN
- **Statement Type:** POST-PRIMARY CS
- **Statement Year:** 2022

« Back to statement details

|  |  | This Period |  | Cumulative This Election Cycle |
|---|---|---|---|---|
| **RECEIPTS** |  |  |  |  |
| 3. Contributions |  |  |  |  |
| a. Itemized Contributions | (3a.) | $13,442.99 |  |  |
| b. Unitemized | (3b.) | $0.00 |  |  |
| c. Subtotal of Contributions | (3c.) | $13,442.99 | (18.) | $662,358.26 |
| 4. Other Receipts | (4.) | $0.00 | (19.) | $330.95 |
| **5. Total Contributions and Other Receipts** | (5.) | $13,442.99 | (19.) | $662,689.21 |

|  | **This Period** |  | **Cumulative This Election Cycle** |  |
|---|---|---|---|---|
| **IN-KIND CONTRIBUTIONS AND EXPENDITURES** |  |  |  |  |
| 6. In-Kind Contributions | (6.) | $0.00 | (21.) | $910.15 |
| 7. In-Kind Expenditures | (7.) | $0.00 | (22.) | $0.00 |
| **EXPENDITURES** |  |  |  |  |
| 8. Expenditures |  |  |  |  |
| a. Itemized | (8a.) | $58,260.39 |  |  |
| b. Itemized GOTV | (8b.) | $0.00 |  |  |
| c. Unitemized | (8c.) | $0.00 |  |  |
| **9. Total Expenditures** | (9.) | $58,260.39 | (23.) | $394,805.64 |
| **INCIDENTAL EXPENSE DISBURSEMENTS** |  |  |  |  |
| 10. Disbursements |  |  |  |  |
| a. Itemized | (10a.) | $0.00 |  |  |
| b. Unitemized | (10b.) | $0.00 |  |  |
| **11. Total Incidental Expenditure Disbursements** | (11.) | $0.00 | (24.) | $225.00 |
| **DEBTS AND OBLIGATIONS** |  |  |  |  |
| 12. Debts and Obligations |  |  |  |  |
| a. Owed by the Committee | (12a.) | $0.00 |  |  |

|  |  | This Period | Cumulative This Election Cycle |
|---|---|---|---|
| b. Owed to the Committee | (12b.) | $0.00 |  |

**BALANCE STATEMENT**

|  |  |  |
|---|---|---|
| 13. Ending Balance of last report filed | (13.) | $356,186.63 |
| 14. Amount received during reporting period | (14.) | $13,442.99 |
| 15. Subtotal | (15.) | $369,629.62 |
| 16. Amount Expended during reporting period | (16.) | $58,260.39 |
| **17. ENDING BALANCE** | (17.) | **$311,369.23** |



**Michigan Home**    **Michigan SOS**

© 2023 State of Michigan

v2.1.4 (build 2.1.444a635ce) :: production