# EXHIBIT I

**Michigan.gov**

The Office of
# Secretary of State Jocelyn Benson

SOS / Elections

# Michigan Committee Statement Contributions

⊡ **Committee Name:** MALLORY MCMORROW FOR MICHIGAN
⊡ **Statement Type:** PRE-PRIMARY CS
⊡ **Statement Year:** 2022
⊡ **Schedule:** ITEMIZED DIRECT CONTRIBUTIONS

« Back to statement details

**Matches** 9451 - 9451 of 9451

« Previous 50 matches

| Result #9451 |
| --- |

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*CYRUS NAHEEDY*
500 SNYDER AVE

**City State Zip**

ANN ARBOR
MI 48103-5553

**Date**

02/21/2022

**Amount**

$1.00

**Cummul**

$16.00

**Matches** 9451 - 9451 of 9451

« **Previous 50 matches**



**Michigan Home**    **Michigan SOS**

© 2023 State of Michigan

v2.1.4 (build 2.1.444a635ce) :: production

**Michigan.gov**

The Office of

# Secretary of State Jocelyn Benson

SOS / Elections

# Michigan Committee Statement Contributions

⊡ **Committee Name:** MALLORY MCMORROW FOR MICHIGAN
⊡ **Statement Type:** POST-PRIMARY CS
⊡ **Statement Year:** 2022
⊡ **Schedule:** ITEMIZED DIRECT CONTRIBUTIONS

« Back to statement details

**Matches** 251 - 296 of 296

« Previous 50 matches

| Result #251 |
|---|

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*CHRIS OMEARA DIETRICH*
PO BOX 1379

## City State Zip

CAMPBELL
CA 95009-1379

## Date

07/20/2022

## Amount

$5.00

## Cummul

$20.00

| Result #252 |
| --- |

## Receiving Committee

MALLORY MCMORROW FOR MICHIGAN

## Committee ID-Type

518210 – CAN

## Schedule Type

DIRECT

## Description

## Received From

*ED MOEHAGEN*
10 BRIDGEWATER AVE

## City State Zip

CHIPPEWA FALLS
WI 54729-1305

## Date

07/20/2022

## Amount

$5.00

## Cummul

$20.00

## Result #253

**Receiving Committee**
MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**
518210 – CAN

**Schedule Type**
DIRECT

**Description**

**Received From**
*ED MOEHAGEN*
10 BRIDGEWATER AVE

**City State Zip**
CHIPPEWA FALLS
WI 54729-1305

**Date**
08/20/2022

**Amount**
$5.00

**Cummul**
$25.00

## Result #254

**Receiving Committee**
MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**
518210 – CAN

**Schedule Type**
DIRECT

**Description**

**Received From**

*MAXINE MONDSHINE*
30685 WOODGATE DR

**City State Zip**

SOUTHFIELD
MI 48076-5387

**Date**

07/24/2022

**Amount**

$5.00

**Cummul**

$70.00

| Result #255 |
| --- |

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*HARSHAD SHAH*
4866 MENDOTA ST

**City State Zip**

UNION CITY
CA 94587-5554

**Date**

08/10/2022

**Amount**

$5.00

**Cummul**

$30.00

| Result #256 | |
|---|---|
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |
| *ROB LEATHERWOOD* | |
| 1800 POST RD APT 1215 | |
| **City State Zip** | |
| SAN MARCOS | |
| TX 78666-3845 | |
| **Date** | |
| 07/20/2022 | |
| **Amount** | |
| $5.00 | |
| **Cummul** | |
| $20.00 | |

| Result #257 | |
|---|---|
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |

*JOSEPH RUTTER*
310 W 3RD AVE

**City State Zip**

COLUMBUS
OH 43201-3316

**Date**

08/19/2022

**Amount**

$5.00

**Cummul**

$25.00

| Result #258 |
| --- |

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*PATRICIA O'BOYLE*
26871 SPIRAL RD

**City State Zip**

RICHLAND CENTER
WI 53581-4404

**Date**

07/22/2022

**Amount**

$5.00

**Cummul**

$20.00

## Result #259

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*CHIA YUAN HUNG*

279 PROSPECT AVE APT 2D

**City State Zip**

BROOKLYN

NY 11215-8425

**Date**

07/20/2022

**Amount**

$5.00

**Cummul**

$20.00

## Result #260

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*DAVID ARMER*
379 CASTLE ST

## City State Zip

GENEVA
NY 14456-1509

## Date

08/20/2022

## Amount

$5.00

## Cummul

$25.00

### Result #261

## Receiving Committee

MALLORY MCMORROW FOR MICHIGAN

## Committee ID-Type

518210 – CAN

## Schedule Type

DIRECT

## Description

## Received From

*CHRIS OMEARA DIETRICH*
PO BOX 1379

## City State Zip

CAMPBELL
CA 95009-1379

## Date

08/20/2022

## Amount

$5.00

## Cummul

$25.00

| Result #262 | |
|---|---|
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |
| *IRINA KOGEL* | |
| 405 N MAIN ST | |
| **City State Zip** | |
| DAVIDSON | |
| NC 28036-9405 | |
| **Date** | |
| 07/19/2022 | |
| **Amount** | |
| $5.00 | |
| **Cummul** | |
| $20.00 | |

| Result #263 | |
|---|---|
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |

IRINA KOGEL
405 N MAIN ST

**City State Zip**

DAVIDSON
NC 28036-9405

**Date**

08/19/2022

**Amount**

$5.00

**Cummul**

$25.00

| Result #264 |
|---|

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

KEVIN RAINES
934 PLUM ST APT 6

**City State Zip**

WENATCHEE
WA 98801-2792

**Date**

07/25/2022

**Amount**

$5.00

**Cummul**

$20.00

## Result #265

**Receiving Committee**
MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**
518210 – CAN

**Schedule Type**
DIRECT

**Description**

**Received From**
*ROB LEATHERWOOD*
1800 POST RD APT 1215

**City State Zip**
SAN MARCOS
TX 78666-3845

**Date**
08/20/2022

**Amount**
$5.00

**Cummul**
$25.00

## Result #266

**Receiving Committee**
MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**
518210 – CAN

**Schedule Type**
DIRECT

**Description**

**Received From**

*VICTORIA WALDRON*
9525 CRUMPS MILL RD

## City State Zip

QUINTON
VA 23141-2619

## Date

08/21/2022

## Amount

$5.00

## Cummul

$25.00

### Result #267

## Receiving Committee

MALLORY MCMORROW FOR MICHIGAN

## Committee ID-Type

518210 – CAN

## Schedule Type

DIRECT

## Description

## Received From

*LISA WASCHKA*
1409 MEDFORD DR

## City State Zip

BEDFORD
TX 76021-2457

## Date

08/06/2022

## Amount

$5.00

## Cummul

$30.00

## Result #268

### Receiving Committee
MALLORY MCMORROW FOR MICHIGAN

### Committee ID-Type
518210 – CAN

### Schedule Type
DIRECT

### Description

### Received From
*KATHY MCGLYNN*
2301 SUNNYSIDE AVE

### City State Zip
LANSING
MI 48910-3576

### Date
08/20/2022

### Amount
$5.00

### Cummul
$25.00

## Result #269

### Receiving Committee
MALLORY MCMORROW FOR MICHIGAN

### Committee ID-Type
518210 – CAN

### Schedule Type
DIRECT

### Description

### Received From

*CHERYL HARRIS*
1660 N MOON SHADOW RD

**City State Zip**

CHINO VALLEY
AZ 86323-4551

**Date**

07/19/2022

**Amount**

$5.00

**Cummul**

$40.00

| Result #270 |
| --- |

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*LESLIE BAEHRE*
1678 PEPPER RIDGE DR

**City State Zip**

HASLETT
MI 48840-8216

**Date**

07/20/2022

**Amount**

$5.00

**Cummul**

$20.00

## Result #271

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*SARAH MOZAL*
1744 N WILTON PL

**City State Zip**

LOS ANGELES
CA 90028-5709

**Date**

08/19/2022

**Amount**

$5.00

**Cummul**

$25.00

## Result #272

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*JOE ROMO*
149 WHITNEY AVE

**City State Zip**

MANCHESTER
NH 03104-1572

**Date**

08/09/2022

**Amount**

$5.00

**Cummul**

$5.00

**Result #273**

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*RAE GROSS*
53 PALOMA AVE APT 2

**City State Zip**

VENICE
CA 90291-8739

**Date**

08/06/2022

**Amount**

$5.00

**Cummul**

$80.00

| Result #274 | |
|---|---|
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |
| *ROBERT BECKWITH*<br>4400 CENTRE AVE | |
| **City State Zip** | |
| PITTSBURGH<br>PA 15213-1455 | |
| **Date** | |
| 08/06/2022 | |
| **Amount** | |
| $3.00 | |
| **Cummul** | |
| $17.00 | |
| Result #275 | |
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |

*SUHAIL BANISTER*
2686 WOODINGTON CT

**City State Zip**

CANTON
MI 48188-2625

**Date**

07/23/2022

**Amount**

$3.00

**Cummul**

$12.00

| Result #276 |
|---|

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*DAVID PILEWSKIE*
1823 EL PARQUE CT APT A

**City State Zip**

SAN MATEO
CA 94403-2043

**Date**

08/19/2022

**Amount**

$3.00

**Cummul**

$15.00

## Result #277

**Receiving Committee**
MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**
518210 – CAN

**Schedule Type**
DIRECT

**Description**

**Received From**
*DAVID PILEWSKIE*
1823 EL PARQUE CT APT A

**City State Zip**
SAN MATEO
CA 94403-2043

**Date**
07/19/2022

**Amount**
$3.00

**Cummul**
$12.00

## Result #278

**Receiving Committee**
MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**
518210 – CAN

**Schedule Type**
DIRECT

**Description**

**Received From**

*JOHN ROBINSON*
650 EASTVIEW CT NE

**City State Zip**

GRAND RAPIDS
MI 49525-3359

**Date**

08/21/2022

**Amount**

$3.00

**Cummul**

$15.00

**Result #279**

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*JOHN ROBINSON*
650 EASTVIEW CT NE

**City State Zip**

GRAND RAPIDS
MI 49525-3359

**Date**

07/21/2022

**Amount**

$3.00

**Cummul**

$12.00

## Result #280

### Receiving Committee
MALLORY MCMORROW FOR MICHIGAN

### Committee ID-Type
518210 – CAN

### Schedule Type
DIRECT

### Description

### Received From
*MATT BARNETT*
265 E 237TH ST # 22

### City State Zip
BRONX
NY 10470-2069

### Date
08/02/2022

### Amount
$2.50

### Cummul
$2.50

## Result #281

### Receiving Committee
MALLORY MCMORROW FOR MICHIGAN

### Committee ID-Type
518210 – CAN

### Schedule Type
DIRECT

### Description

### Received From

*JOSEPH MAJESKE*
100 S 4TH AVE

## City State Zip

HIGHLAND PARK
NJ 08904-2623

## Date

08/21/2022

## Amount

$2.08

## Cummul

$8.32

### Result #282

## Receiving Committee

MALLORY MCMORROW FOR MICHIGAN

## Committee ID-Type

518210 – CAN

## Schedule Type

DIRECT

## Description

## Received From

*DENNIS GREENIA*
4514 KESWICK RD
HR DIRECTOR
GREEN AMERICA

## City State Zip

BALTIMORE
MD 21210-2515

## Date

08/20/2022

## Amount

$2.08

## Cummul

$135.40

| Result #283 |
| --- |

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*DENNIS GREENIA*
4514 KESWICK RD
HR DIRECTOR
GREEN AMERICA

**City State Zip**

BALTIMORE
MD 21210-2515

**Date**

07/20/2022

**Amount**

$2.08

**Cummul**

$108.32

| Result #284 |
| --- |

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

### Received From

*RAYA SAMET*
25960 STRATFORD PL

### City State Zip

OAK PARK
MI 48237-1028

### Date

07/30/2022

### Amount

$2.00

### Cummul

$21.00

| Result #285 |
| --- |

### Receiving Committee

MALLORY MCMORROW FOR MICHIGAN

### Committee ID-Type

518210 – CAN

### Schedule Type

DIRECT

### Description

### Received From

*JACKI ELLENBERGER*
813 PHEASANT CT

### City State Zip

HUMMELSTOWN
PA 17036-8838

### Date

08/20/2022

### Amount

$2.00

### Cummul

$10.00

| Result #286 | | |

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*RICK DUVALL*

313 S NINA PL

**City State Zip**

ANAHEIM
CA 92804-2628

**Date**

08/16/2022

**Amount**

$2.00

**Cummul**

$2.00

| Result #287 | | |

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*JOSEPH SACHTER*
6010 FIELDSTON RD

**City State Zip**

BRONX
NY 10471-1804

**Date**

08/19/2022

**Amount**

$2.00

**Cummul**

$13.00

| Result #288 |
|:---:|

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*PATRICIA JANENKO*
773 NW 13TH ST APT 502

**City State Zip**

GRESHAM
OR 97030-5575

**Date**

07/26/2022

**Amount**

$2.00

**Cummul**

$8.00

| Result #289 | |
| --- | --- |
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |
| *JOSEPH SACHTER* 6010 FIELDSTON RD | |
| **City State Zip** | |
| BRONX NY 10471-1804 | |
| **Date** | |
| 07/19/2022 | |
| **Amount** | |
| $2.00 | |
| **Cummul** | |
| $11.00 | |

| Result #290 | |
| --- | --- |
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |

*JACKI ELLENBERGER*
813 PHEASANT CT

**City State Zip**

HUMMELSTOWN
PA 17036-8838

**Date**

07/20/2022

**Amount**

$2.00

**Cummul**

$8.00

| Result #291 |
| --- |

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*JASON PELLERIN*
2328 HAISLEY DR

**City State Zip**

ANN ARBOR
MI 48103-3404

**Date**

07/23/2022

**Amount**

$1.67

**Cummul**

$30.06

## Result #292

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*NASTASSJA CHERNOFF*
1705 N AVENUE 55

**City State Zip**

LOS ANGELES
CA 90042-1108

**Date**

07/24/2022

**Amount**

$1.50

**Cummul**

$7.50

## Result #293

**Receiving Committee**

MALLORY MCMORROW FOR MICHIGAN

**Committee ID-Type**

518210 – CAN

**Schedule Type**

DIRECT

**Description**

**Received From**

*CYRUS NAHEEDY*
500 SNYDER AVE

## City State Zip

ANN ARBOR
MI 48103-5553

## Date

07/21/2022

## Amount

$1.00

## Cummul

$21.00

## Result #294

## Receiving Committee

MALLORY MCMORROW FOR MICHIGAN

## Committee ID-Type

518210 – CAN

## Schedule Type

DIRECT

## Description

## Received From

*KARYSA KWASNIEWSKI*
2482 WICKFIELD RD

## City State Zip

WEST BLOOMFIELD
MI 48323-3269

## Date

07/18/2022

## Amount

$1.00

## Cummul

$12.00

| Result #295 | |
|---|---|
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |
| *CYRUS NAHEEDY* | |
| 500 SNYDER AVE | |
| **City State Zip** | |
| ANN ARBOR | |
| MI 48103-5553 | |
| **Date** | |
| 08/21/2022 | |
| **Amount** | |
| $1.00 | |
| **Cummul** | |
| $22.00 | |

| Result #296 | |
|---|---|
| **Receiving Committee** | |
| MALLORY MCMORROW FOR MICHIGAN | |
| **Committee ID-Type** | |
| 518210 – CAN | |
| **Schedule Type** | |
| DIRECT | |
| **Description** | |
| **Received From** | |



*ROGER HELDER*
1203 E PARIS AVE SE

**City State Zip**
GRAND RAPIDS
MI 49546-6279

**Date**
07/24/2022

**Amount**
$1.00

**Cummul**
$19.00

**Matches** 251 - 296 of 296

« **Previous 50 matches**

**Michigan**.gov

**Michigan Home    Michigan SOS**

© 2023 State of Michigan

v2.1.4 (build 2.1.444a635ce) :: production