# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;<br><br>Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

**AFFIDAVIT OF LAMAR LEMMONS III**

| | |
|---|---|
| STATE OF MICHIGAN | )<br>) ss.<br>) |
| COUNTY OF WAYNE | |

I, LaMar Lemmons III, having been first duly sworn, deposes and states as follows:

1. I have personal knowledge concerning the statements contained in this Affidavit, and if called to testify, can testify competently to the facts stated in this Affidavit.

2. I executed an Affidavit in above captioned case on March 28, 2023. The contents of that Affidavit are incorporated by reference as if fully restated herein.

3. I have been married to Georgia Mae Lemmons ("Georgia") for roughly 34 years. Georgia is a Black woman, community educator and leader, and current resident of the City of Detroit, Michigan. In addition, Georgia has a Master of Education (M. Ed.) degree from Wayne State University.

4. Georgia was an at-large member of the Detroit Public Schools Board of Education, serving from 2017 to 2022. Georgia was also a certified teacher in the Detroit public school system for roughly 30 years and is now retired

5. Georgia and I have called the City of Detroit home for over 40 years and reside within the recently apportioned House District 13 and Senate District 10.

6. Under the previous district maps Georgia and I resided in Senate District 2, which was a Black-majority district. Our residence remains the same.

7. The recently apportioned district maps divided the previous Senate District 2 Black-majority across several new districts with a lower Black voting age population ("BVAP") than Senate District 2, including Senate District 10.

8. On April 19, 2022, Georgia filed paperwork to seek the Democratic Party nomination for the office of Michigan State Senator for District 10.

9. Relative to this election, I was Georgia's campaign manager, chief/main advisor, and was present for the entirety of her campaign and all major events.

10. Soon after Georgia filed paperwork to run for Senate District 10, a sitting Democratic Senator involved in the Senate Democratic leadership pressured me to have Georgia withdraw. At that time, I was the Chief of Staff to Democratic State Senator Betty Jean Alexander. This Senator was ranked higher in the party leadership than Senator Alexander, which only increased the pressure.

11. This pressure stemmed from the fact that due to the recent district reapportionments, incumbent Senator Paul Wojno would also be running in Senate District 10. Senator Wojno is a white man and was an incumbent Democratic Senator, whose previous Senate District boundary was in a predominately suburban, white area.

12. The Senator that pressured me indicated that if Georgia ran, the Democratic Party would support Senator Wojno and put the full weight of its resources behind him. The Democratic powers-at-be clearly wanted to protect Senator Wojno and ensure he ran unopposed in the 2022 Democratic Primary Election, as it typically remains neutral and does weigh in on primary races.

13. Due to this exerted pressure and because Senate District 10 featured a Black voting age population ("BVAP") of approximately only 40.4%, I advised Georgia to withdraw her candidacy.

14. Based on my personal experience and knowledge of the area's racially polarized voting patterns in Democratic primary elections, the BVAP in Senate District 10 was not high enough for Georgia to prevail in the 2022 Democratic Primary Election against Senator Wojno and/or other potential white candidates.

15. After reviewing this evidence and based on my advice as her campaign manager and advisor, Georgia ultimately withdrew her candidacy.

16. Georgia's withdrawal guaranteed that a Senate seat previously held by a Black Senator would be eliminated, as she was the only Black candidate for Senate District 10. Senator Wojno ran unopposed in the 2022 Democratic Primary Election and prevailed in the general election.

17. A similar situation from the 2022 election cycle can be found in the 2022 Democratic Primary Election for Senate District 11, which has a BVAP of only 19.2%. In that race Veronica Klinefeldt, a White council woman from Eastpointe and the clear White candidate of choice, defeated Monique Owens, a Black woman and first African American Mayor of Eastpointe. The Democratic Party supported and extended considerable financial resources toward Veronica Klinefeldt to defeat the Black candidate, despite not being an incumbent.

18. Both instances highlight the financial and incumbency disadvantages exacerbated by the Linden Plan that dissuade Black candidates from running for office.

19. These examples also illustrate that the BVAPs for those Senate Districts in the Detroit Metropolitan Area are far too low. As a result, the Linden Plan will and continue to prevent Black candidates of choice from prevailing in future elections, splinter Black communities of interest, dilute Black voting power, discourage Black candidates from running for office, and destroy the Detroit Democratic Black Caucus

20. If Senate District 10 had a BVAP above 50%, I would not have advised Georgia to withdraw her candidacy and I am certain she would have stayed in the race.

FURTHER AFFIANT SAYETH NOT.

I DECLARE THE ABOVE STATEMENTS TO BE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Dated: June 16, 2023               LaMar Lemmons III

Subscribed and sworn to before me
this  16th  day of  June , 2023.

Mary M. LaCroix , Notary Public
Macomb County, Michigan .
My Commission Expires: March 19, 2029
Acting in the county of: Wayne

MARY M. LACROIX
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Mar 19, 2029
ACTING IN COUNTY OF Wayne

4