UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Agee, Jr., et al v. Benson, et al

**Case Number:**  1:22-cv-272
**Date:**  July 13, 2023
**Time:**  1:41 p.m. – 3:29 p.m.
**Place:**  Kalamazoo
**Three-Judge Panel:**  Paul L. Maloney, Ray Kethledge, and Janet Neff

**APPEARANCES**

  Plaintiffs:  John J. Bursch, Michael J. Pattwell, Amia Banks, and James J. Fleming

  Defendant Benson:  Heather S. Meingast

  Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners: Richard Raile, Erika Prouty, and Nathan Fink

**PROCEEDINGS**

Nature of Hearing:  Hearing on motions for summary judgment (ECF Nos. 67 and 68); motions taken under advisement; opinion and order to issue


Court Reporter:  Genevieve Hamlin			Case Manager: Amy Redmond