UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., et al.,

    Plaintiffs,

v.

    Case No. 1:22-cv-272

JOCELYN BENSON, et al.,

    Three-Judge Court

    Defendants.
_____/

## AMENDED SUPPLEMENTAL ORDER REGARDING TRIAL SCHEDULE

**IT IS HEREBY ORDERED** that the trial, previously scheduled to commence at 8:45 a.m. on November 1, 2023 (ECF No. 82), shall continue at 8:45 a.m. on each of the following days: November 2, 2023, November 3, 2023, November 6, 2023, November 7, 2023, and November 8, 2023, as needed.

Dated: September 13, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge
    On behalf of the Three-Judge Panel