Commission Defendants' Trial Exhibit List
Case No. 1:22-cv-272 (W.D. Mich.)       EXHIBIT 1-B

| Exhibit Number | Exhibit Description | Bates Number | Objections |
|---|---|---|---|
| DTX1 | Michigan Constitution, Art. IV, § 6 | | |
| DTX2 | "MICRC_Hickory_Criteria" data, including Hickory Compactness, Hickory matrix, and Partisan Fairness_Hickory | | |
| DTX3 | Statewide Hickory Map | | |
| DTX4 | Detroit-area Hickory District Maps | | |
| DTX5 | "MICRC_Linden_Criteria" data, including Linden Compactness, Linden matrix, and Partisan Fairness_Linden | | |
| DTX6 | Statewide Linden Map | | |
| DTX7 | Detroit-area Linden District Maps | | |
| DTX8 | Wayne County Map with all districts | | |
| DTX9 | Macomb County Map with all districts | | |
| DTX10 | Oakland County Map with all districts | | |
| DTX11 | September 2, 2021 Meeting Transcript | MICRC_005360 | |
| DTX12 | October 1, 2021 Meeting Transcript | MICRC_007351 | |
| DTX13 | "MICRC_Measuring_Partisan_Fairness" presentation by Dr. Lisa Handley dated October 1, 2021 | | |
| DTX14 | MCRC_Handley_memo_on_three_partisan_fairness" by Dr. Lisa Handley dated October 1, 2021 | | |
| DTX15 | "The History of Discrimination in the State of Michigan and its Influence on Voting," by Bruce Adelson dated October 26, 2021 | | |
| DTX16 | Minutes of the December 28, 2021 Meeting of the Michigan Independent Citizens Redistricting Commission | | |
| DTX17 | Report to the Michigan Independent Citizens Redistricting Commission by Dr. Lisa Handley dated December 28, 2021 | | |
| DTX18 | Report on 2021 Redistricting, Commission Report adopted on August 18, 2022 | | |

Commission Defendants' Trial Exhibit List
Case No. 1:22-cv-272 (W.D. Mich.)

| Exhibit Number | Exhibit Description | Bates Number | Objections |
|---|---|---|---|
| DTX19 | Michigan – MICRC State House Hickory Plan – with City of Detroit Neighborhoods, Ex. A to Eid Declaration | | |
| DTX20 | Michigan – Trende State House Plan – with City of Detroit Neighborhoods, Ex. B to Eid Declaration | | |
| DTX21 | Michigan – MICRC State Senate Linden Plan – with City of Detroit Neighborhoods, Ex. C to Eid Declaration | | |
| DTX22 | Michigan – Trende State Senate # 1 Plan – with City of Detroit Neighborhoods, Ex. D to Eid Declaration | | |
| DTX23 | Michigan – Trende State Senate # 2 Plan – with City of Detroit Neighborhoods, Ex. E to Eid Declaration | | |
| DTX24 | March 8, 2023 Expert Report of Dr. Maxwell Palmer | | |
| DTX25 | March 8, 2023 Expert Report of Dr. Jonathan Rodden | | |
| DTX26 | March 8, 2023 Expert Report of Dr. Lisa Handley, CV, and Appendices | | |
| DTX27 | Plaintiffs' March 6, 2023 Objections and Responses to Requests for Admission | | |
| DTX28 | Plaintiff Donald Agee, Jr.'s Objections and Responses to the Commission's Interrogatories | | |
| DTX29 | Plaintiff Jerome Bennett Objections and Responses to the Commission's Interrogatories | | |
| DTX30 | Plaintiff Dennis Leroy Black, Jr.'s Objections and Responses to the Commission's Interrogatories | | |
| DTX31 | Plaintiff Jamee Burbridge's Objections and Responses to the Commission's Interrogatories | | |
| DTX32 | Plaintiff Beverly Ann Burrell's Objections and Responses to the Commission's Interrogatories | | |
| DTX33 | Plaintiff Jemell Cotton's Objections and Responses to the Commission's Interrogatories | | |
| DTX34 | Plaintiff Teresa Dubose's Objections and Responses to the Commission's Interrogatories | | |

Commission Defendants' Trial Exhibit List

Case No. 1:22-cv-272 (W.D. Mich.)

| Exhibit Number | Exhibit Description | Bates Number | Objections |
|---|---|---|---|
| DTX35 | Plaintiff Karen Ferguson's Objections and Responses to the Commission's Interrogatories | | |
| DTX36 | Plaintiff Michelle Keeble's Objections and Responses to the Commission's Interrogatories | | |
| DTX37 | Plaintiff Kimberly Hill Knott's Objections and Responses to the Commission's Interrogatories | | |
| DTX38 | Plaintiff Barabra Gail London's Objections and Responses to the Commission's Interrogatories | | |
| DTX39 | Plaintiff Glenda McDonald's Objections and Responses to the Commission's Interrogatories | | |
| DTX40 | Plaintiff Janet Marie Overall's Objections and Responses to the Commission's Interrogatories | | |
| DTX41 | Plaintiff Shirley L. Radden's Objections and Responses to the Commission's Interrogatories | | |
| DTX42 | Plaintiff Davonte Sherard's Objections and Responses to the Commission's Interrogatories | | |
| DTX43 | Plaintiff Michele T. Smith's Objections and Responses to the Commission's Interrogatories | | |
| DTX44 | Plaintiff Kenyetta Snapp's Objections and Responses to the Commission's Interrogatories | | |
| DTX45 | Plaintiff Donyale Stephen-Atara's Objections and Responses to the Commission's Interrogatories | | |
| DTX46 | Plaintiff Tanesa Wilson's Objections and Responses to the Commission's Interrogatories | | |
| DTX47 | Plaintiff Normal McDaniel's Objections and Responses to the Commission's Interrogatories | | |
| DTX48 | Dr. Lisa Handley Presentation to MICRC, September 2, 2021 | | |
| DTX49 | Composite Exhibit Consisting of Transcripts of All MICRC Commission Meetings On Or Before January 4, 2022 | | |
| DDX01-TK | Demonstrative Exhibits Based On Trial Exhibits | | |