UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br><br>JOCELYN BENSON, et al.,<br><br>　　　　Defendants. | Case No. 1:22-CV-00272-PLM-RMK-JTN<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023, I served a copy of a **Supplemental and Rebuttal Expert Report of Sean P. Trende** on all parties, or their counsel of record, via electronic mail.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ John J. Bursch*
　　　　　　　　　　　　　　　　　　John J. Bursch (P57679)
　　　　　　　　　　　　　　　　　　BURSCH LAW PLLC
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*
　　　　　　　　　　　　　　　　　　9339 Cherry Valley Ave SE, #78
　　　　　　　　　　　　　　　　　　Caledonia, MI 49316
　　　　　　　　　　　　　　　　　　(616) 450-4235
　　　　　　　　　　　　　　　　　　jbursch@burschlaw.com

　　　　　　　　　　　　　　　　　　Michael J. Pattwell (P72419)
　　　　　　　　　　　　　　　　　　James J. Fleming (P84490)
　　　　　　　　　　　　　　　　　　Amia A. Banks (P84182)
　　　　　　　　　　　　　　　　　　CLARK HILL PLC
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　215 S. Washington Square, Ste. 200
　　　　　　　　　　　　　　　　　　Lansing, MI 48933
　　　　　　　　　　　　　　　　　　(517) 318-3100
　　　　　　　　　　　　　　　　　　mpattwell@clarkhill.com

Dated: September 26, 2023