# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, et al.,<br><br>    Defendants. | Case No. 1:22-CV-00272-PLM-RMK-JTN<br><br>**Three-Judge Panel Appointed<br>Pursuant to 28 U.S.C. § 2284(a)** |

## UNCONTROVERTED FACTS

**I.  PARTIES**

    **A.  Plaintiffs**

1. Each of the Plaintiffs is an individual, Black voter who regularly participates in federal, State of Michigan, and local elections and plans to do so in the future.

2. Each of the Plaintiffs is over the age of 18, registered to vote, and regularly participates in Democratic Primary Elections and plans to do so in the future.

3. Plaintiff Donald Agee, Jr. resides in Senate District 1 (Linden Plan). His address is 474 Oliver Ct., Ecorse, MI 48229.

4. Plaintiff Jerome Bennett currently resides in Senate District 10 (Linden Plan). He moved during the pendency of this action and his current address is 8318 Maxell, Warren, MI 48089.

5. Plaintiff Dennis Leroy Black, Jr. currently resides in Senate District 3 (Linden Plan). He moved during the pendency of this action and currently resides at 9491 McDougall St., Hamtramck, MI 48212.

6. Plaintiff Jamee Burbridge resides in House District 14 (Hickory Plan) and Senate District 10 (Linden Plan). Her address is 7558 East Robinwood, Detroit, MI 48234.

7. Plaintiff Beverly Ann Burrell resides in House District 8 (Hickory Plan) and Senate District 1 (Linden Plan).  Her address is 2434 Edison St., Detroit, MI 48206.

8. Plaintiff Jemell Cotton resides in House District 10 (Hickory Plan) and Senate District 3 (Linden Plan). His address is 1395 Antietam Ave., Unit 61, Detroit, MI 48207.

9. Plaintiff Teresa DuBose resides in Senate District 10 (Linden Plan). Plaintiff Teresa DuBose's address is 3700 Chatsworth St., Detroit, MI 48224.

10. Plaintiff Karen Ferguson resides in House District 7 (Hickory Plan) and Senate District 8 (Linden Plan). Her address is 20501 Livernois Ave., #21073, Detroit, MI 48221.

11. Plaintiff Kimberly Hill Knott resides in House District 7 (Hickory Plan) and Senate District 8 (Linden Plan). Her address is 19391 Warrington Dr., Detroit, MI 48221.

12. Plaintiff Michelle Keeble resides in House District 12 (Hickory Plan) and Senate District 11 (Linden Plan). Her address is 16015 East 7 Mile Road, Detroit, MI 48205.

13. Plaintiff Barbara Gail London resides in House District 12 (Hickory Plan) and Senate District 11 (Linden Plan). Her address is 16508 Bringard Dr., Detroit, MI 48205.

14. Plaintiff Glenda McDonald resides in House District 8 (Hickory Plan) and Senate District 3 (Linden Plan). Her address is 251 Connecticut St., Highland Park, MI 48203.

15. Plaintiff Janet Marie Overall resides in House District 1 (Hickory Plan) and Senate District 1 (Linden Plan). Her address is 1864 S. Deacon St., Detroit, MI 48217.

16. Plaintiff Shirley L. Radden resides in House District 10 (Hickory Plan). Her address is 639 Rivard Blvd., Grosse Pointe, MI 48230.

17. Plaintiff Davonte Sherard resides in Senate District 1 (Linden Plan). His address is 3844 12th St., Apt #102, Ecorse, MI 48229.

18. Plaintiff Michelle T. Smith resides in Senate District 6 (Linden Plan). Her address is 36554 W. Lyman Rd., Farmington Hills, MI 48331.

19. Plaintiff Kenyetta Snapp resides in House District 11 (Hickory Plan). Her address is 1405 Shore Club Drive, Saint Clair Shores, Michigan 48080.

20.     Plaintiff Donyale Stephen-Atara resides in House District 14 (Hickory Plan) and Senate District 10 (Linden Plan). Her address is 30403 Berghway Trail, Warren, MI 48092.

21.     Plaintiff Tanesha Wilson resides in House District 14 (Hickory Plan) and Senate District 10 (Linden Plan). Her address is 19354 Cliff St., Detroit, MI 48234.

**B.     Defendants**

22.     Defendant Michigan Independent Citizens Redistricting Commission (hereafter the "Commission") is charged with adopting redistricting plans for the Michigan Senate and House Districts pursuant to Mich. Const. art. IV, § 6(1). The Commission consists of 13 commissioners. Four commissioners are associated with the Democratic Party and the Republican Party, respectively. Five commissioners are unaffiliated with either the Democratic or Republican parties.  Mich. Const. art. IV, § 6(1).

23.     Defendant Douglas Clark ("Defendant Clark") is a commissioner on the Commission and is affiliated with the Republican Party. Defendant Clark is named in this action in his official capacity.

24.     Defendant Juanita Curry ("Defendant Curry") is a commissioner on the Commission and is affiliated with the Democratic Party. Defendant Curry is named in this action in her official capacity.

25.     Defendant Anthony Eid ("Defendant Eid") is a commissioner on the Commission and is unaffiliated with both the Democratic and Republican parties. Defendant Eid is named in this action in his official capacity.

26. Defendant Rhonda Lange ("Defendant Lange") is a commissioner on the Commission and is affiliated with the Republican Party. Defendant Lange is named in this action in her official capacity.

27. Defendant Cynthia Orton ("Defendant Orton") is a commissioner on the Commission and is affiliated with the Republican Party. Defendant Orton is named in this action in her official capacity.

28. Defendant Erin Wagner ("Defendant Wagner") is a commissioner on the Commission and is affiliated with the Republican Party. Defendant Wagner is named in this action in her official capacity.

29. Defendant Brittni Kellom ("Defendant Kellom") is a commissioner on the Commission and is affiliated with the Democratic Party. Defendant Kellom is named in this action in her official capacity.

30. Defendant M.C. Rothhorn ("Defendant Rothhorn") is a commissioner on the Commission and is affiliated with the Democratic Party. Defendant Rothhorn is named in this action in his official capacity.

31. Defendant Dustin Witjes ("Defendant Witjes") is a commissioner on the Commission and is affiliated with the Democratic Party. Defendant Witjes is named in this action in his official capacity.

32. Defendant Steven Lett ("Defendant Lett") is a commissioner on the Commission and is unaffiliated with either the Democratic or Republican parties. Defendant Lett is named in this action in his official capacity.

33. Defendant Janice Vallette ("Defendant Vallette") is a commissioner on the Commission and is unaffiliated with either the Democratic or Republican parties. Defendant Vallette is named in this action in her official capacity.

34. Defendant Richard Weiss ("Defendant Weiss") is a commissioner on the Commission and is unaffiliated with either the Democratic or Republican parties. Defendant Weiss is named in this action in his official capacity.

35. Defendant Rebecca Szetela ("Defendant Szetela") is a commissioner on the Commission and is unaffiliated with either the Democratic or Republican parties. Defendant Szetela is named in this action in her official capacity.

36. Defendant Jocelyn Benson ("Defendant Benson") is the Michigan Secretary of State. As Secretary of State, among other responsibilities, Defendant Benson is charged with administering elections for the Michigan House of Representatives and Michigan Senate, and of accepting the declarations of candidacy for Michigan Senate and House candidates.

## II.  MICHIGAN'S RACIAL DEMOGRAPHICS

37. The United States 2020 Census found that 73.9% of Michigan residents identified their race as white alone, while 13.7% of Michigan residents identified as "Black alone."

38. The 2020 Census reports that 37.6% of the State's population that identifies as "Black or African American alone" resides in Wayne County, 12.4% resides in Macomb County, and 13.4% resides in Oakland County.

39. The City of Detroit has a population, reported on the 2020 Census, of 639,111 residents, 77.9% of which identify as "Black or African American alone."

6

### III. PAST REDISTRICTING

40. Prior to 2018, redistricting in Michigan was the responsibility of the state legislature.

41. Following the 1990 census, the Michigan legislature adopted redistricting plans which were challenged on several grounds. The Michigan Supreme Court appointed three special masters to consider several proposed redistricting plans. Finding none of the plans acceptable, the special masters created their own, which the Michigan Supreme Court approved with modification. *In re Apportionment of State Legislature,* 439 Mich. 715, 747, 486 N.W.2d 639 (1992).

42. Following the 2010 census, Michigan's Republican controlled Legislature passed Public Act 129 of 2011, which apportioned Michigan's 110 representative districts and 38 senatorial districts (the "2011 plan").

43. In the 2011 state house plan, 11 districts were majority-Black, including districts with Black voting-age populations (BVAPs) as high as 92% (HD7), 90% (HD8), 88% (HD3), and 72% (HD9). Ten of these majority-Black districts were in the Detroit-area.

44. The 2011 state senate plan provided for one or two senate districts with Black majorities, depending on the calculation of BVAP used, plus three or four more with BVAPs[1] above 45%.

---

[1] There are different means of calculating BVAP, depending on whether the total number of persons counted as "Black" includes those people who self-identify in the Census as Black alone or both Black and a member of another minority group.

7

45. The chart below shows percentage Black VAP and select election results from the 2018 general election, which speak for themselves:

| State Senate District | Total VAP | Black VAP | Percent Black VAP | Name | party | race | Percent of vote 2018 |
|---|---|---|---|---|---|---|---|
| 5 | 203828 | 111418 | 54.66% | Betty Jean Alexander | D | Black | 77.4 |
| 2 | 169357 | 86961 | 51.35% | Adam Hollier | D | Black | 75.7 |
| 3 | 186758 | 90737 | 48.59% | Sylvia Santana | D | Black | 81.8 |
| 4 | 180199 | 85691 | 47.55% | Marshall Bullock | D | White | 78.3 |
| 1 | 193087 | 87075 | 45.10% | Stephanie Chang | D | Asian | 72.0 |
| 11 | 229870 | 82336 | 35.82% | Jeremy Moss | D | White | 76.7 |
| 27 | 175918 | 54071 | 30.74% | Jim Ananich | D | White | 71.2 |
| 9 | 219325 | 50800 | 23.16% | Paul Wojno | D | White | 65.9 |
| 6 | 217734 | 46997 | 21.58% | Erika Geiss | D | Black | 61.4 |
| 12 | 211638 | 32206 | 15.22% | Rosemary Bayer | D | White | 49.4 |
| 18 | 243159 | 36228 | 14.90% | Jeff Irwin | D | White | 76.6 |
| 23 | 215527 | 30579 | 14.19% | Curtis Hertel Jr. | D | White | 68.5 |
| 32 | 202924 | 28006 | 13.80% | Ken Horn | R | White | 55.5 |
| 29 | 225476 | 30876 | 13.69% | Winnie Brinks | D | White | 56.9 |
| 20 | 204328 | 24631 | 12.05% | Sean McCann | D | White | 53.1 |
| 34 | 195673 | 19534 | 9.98% | Jon Bumstead | R | White | 50.7 |
| 21 | 207567 | 20185 | 9.72% | Kim LaSata | R | White | 58.1 |
| 10 | 232106 | 19162 | 8.26% | Michael Macdonald | R | White | 51.0 |
| 7 | 225553 | 17825 | 7.90% | Dayna Polehanki | D | White | 50.6 |
| 19 | 204186 | 15725 | 7.70% | John Bizon | R | White | 58.6 |
| 15 | 226099 | 16436 | 7.27% | Jim Runestad | R | White | 51.7 |
| 8 | 227952 | 15653 | 6.87% | Peter J. Lucido | R | White | 61.8 |
| 26 | 212280 | 14313 | 6.74% | Aric Nesbitt | R | White | 56.7 |
| 16 | 195953 | 12509 | 6.38% | Mike Shirkey | R | White | 62.7 |
| 14 | 201692 | 11250 | 5.58% | Ruth Johnson | R | White | 55.7 |
| 28 | 214199 | 10152 | 4.74% | Peter Macgregor | R | White | 58.4 |
| 24 | 213683 | 8997 | 4.21% | Tom Barrett | R | White | 53.5 |
| 13 | 229773 | 9353 | 4.07% | Mallory Mcmorrow | D | White | 51.9 |
| 33 | 193451 | 7781 | 4.02% | Rick Outman | R | White | 58.8 |
| 17 | 200526 | 6436 | 3.21% | Dale W. Zorn | R | White | 57.9 |
| 30 | 226068 | 5258 | 2.33% | Roger Victory | R | White | 63.3 |
| 25 | 206658 | 4409 | 2.13% | Dan Lauwers | R | White | 64.0 |
| 37 | 209210 | 4076 | 1.95% | Wayne Schmidt | R | White | 59.0 |
| 31 | 195335 | 3241 | 1.66% | Kevin Daley | R | White | 60.2 |
| 38 | 202739 | 3086 | 1.52% | Ed McBroom | R | White | 54.6 |
| 22 | 213082 | 2912 | 1.37% | Lana Theis | R | White | 56.0 |
| 35 | 204742 | 2729 | 1.33% | Curt VanderWall | R | White | 63.2 |
| 36 | 196947 | 1872 | 0.95% | Jim Stamas | R | White | 64.3 |

46. The 2011 plan provided for eleven House districts with BVAPs above 50%.

47. The chart below shows percentage Black VAP and select election results from the 2020 general election:

8

| State House District | Total VAP | Black VAP | Percent Black VAP | Name | Party | Race | Percent of Vote 2020 |
|---|---|---|---|---|---|---|---|
| 7 | 60347 | 57256 | 94.88% | Helena Scott | D | Black | 93.0 |
| 8 | 62448 | 58042 | 92.94% | Stephanie A. Young | D | Black | 96.7 |
| 3 | 54130 | 49536 | 91.51% | Shri Thanedar | D | Asian | 93.3 |
| 9 | 62529 | 46806 | 74.85% | Karen Whitsett | D | Black | 94.2 |
| 10 | 69209 | 46977 | 67.88% | Mary Cavanagh | D | Hispanic | 84.8 |
| 1 | 59788 | 38993 | 65.22% | Tenisha R. Yancey | D | Black | 75.8 |
| 35 | 78306 | 49325 | 62.99% | Kyra Harris Bolden | D | Black | 82.9 |
| 34 | 49491 | 30419 | 61.46% | Cynthia R. Neeley | D | Black | 86.7 |
| 2 | 57031 | 33142 | 58.11% | Joe Tate | D | Black | 74.1 |
| 5 | 49290 | 27190 | 55.16% | Cynthia A. Johnson | D | Black | 93.4 |
| 6 | 67505 | 36182 | 53.60% | Tyrone Carter | D | Black | 100.0 |
| 4 | 68749 | 32761 | 47.65% | Abraham Aiyash | D | ME | 89.8 |
| 29 | 72319 | 26621 | 36.81% | Brenda Carter | D | Black | 72.9 |
| 95 | 58640 | 21320 | 36.36% | Amos O'Neal | D | Black | 70.1 |
| 49 | 64844 | 19308 | 29.78% | John D. Cherry | D | White | 68.9 |
| 54 | 72426 | 21212 | 29.29% | Ronnie Dean Peterson | D | Black | 77.7 |
| 12 | 73883 | 20207 | 27.35% | Alex Garza | D | Hispanic | 62.4 |
| 11 | 73586 | 19760 | 26.85% | Jewell Jones | D | Black | 65.2 |
| 92 | 66135 | 16957 | 25.64% | Terry J. Sabo | D | White | 65.3 |
| 27 | 73337 | 18051 | 24.61% | Regina Weiss | D | White | 74.4 |
| 75 | 76956 | 18127 | 23.56% | David LaGrand | D | White | 74.6 |
| 16 | 74617 | 17556 | 23.53% | Kevin Coleman | D | White | 62.5 |
| 68 | 71672 | 16808 | 23.45% | Sarah Anthony | D | Black | 75.9 |
| 18 | 75251 | 16519 | 21.95% | Kevin Hertel | D | White | 60.3 |
| 60 | 74176 | 15887 | 21.42% | Julie M. Rogers | D | White | 71.4 |
| 22 | 68758 | 14588 | 21.22% | Richard M. Steenland | D | White | 59.9 |
| 28 | 70132 | 14012 | 19.98% | Lori M. Stone | D | White | 60.3 |
| 79 | 65091 | 12312 | 18.92% | Pauline Wendzel | R | White | 56.6 |
| 31 | 71180 | 13047 | 18.33% | William J. Sowerby | D | White | 56.3 |
| 37 | 78055 | 14166 | 18.15% | Samantha Steckloff | D | White | 63.9 |
| 62 | 69641 | 11301 | 16.23% | Jim Haadsma | D | White | 51.3 |
| 21 | 77493 | 11721 | 15.13% | Ranjeev Puri | D | Asian | 59.2 |
| 76 | 79357 | 11258 | 14.19% | Rachel Hood | D | White | 62.8 |
| 72 | 79315 | 10619 | 13.39% | Steven Johnson | R | White | 55.1 |
| 50 | 72856 | 8173 | 11.22% | Tim Sneller | D | White | 54.2 |
| 24 | 73550 | 8072 | 10.97% | Steve Marino | R | White | 57.5 |
| 55 | 79483 | 8123 | 10.22% | Felicia Brabec | D | White | 72.4 |
| 64 | 65167 | 6497 | 9.97% | Julie Alexander | R | White | 60.6 |

48.  The 2011 redistricting map districts were effective until the Commission adopted the Hickory and Linden Plans on December 28, 2021.

IV.     THE COMMISSION'S REDISTRICTING PROCESS

    A.     Mich. Const. art. IV, § 6

49.     In 2018, Michigan voters approved a ballot proposal that amended the state Constitution by transferring authority to create the State's congressional and legislative districts from the Legislature to the Commission. Mich. Const. art. IV, § 6(1) and (7).

50.     The amendment directs that Michigan's Secretary of State and "chief election officer," Jocelyn Benson, oversee, assist with, and enforce the Commission's maps. Mich. Const. art. IV, § 6(2) and (4); MCL 168.21; Order, ECF.29, PageID.386-89.

51.     Article IV, Section 6(13) of the Michigan Constitution requires the Commission to consider the following criteria in order of priority:

    a)  Districts shall be of equal population as mandated by the United States constitution, and shall comply with the voting rights act and other federal laws.

    b)  Districts shall be geographically contiguous. Island areas are considered to be contiguous by land to the county of which they are a part.

    c)  Districts shall reflect the state's diverse population and communities of interest. Communities of interest may include, but shall not be limited to, populations that share cultural or historical characteristics or economic interests. Communities of interest do not include relationships with political parties, incumbents, or political candidates.

    d)  Districts shall not provide a disproportionate advantage to any political party. A disproportionate advantage to a political party shall be determined using accepted measures of partisan fairness.

    e)  Districts shall not favor or disfavor an incumbent elected official or a candidate.

    f)  Districts shall reflect consideration of county, city, and township boundaries.

    g)  Districts shall be reasonably compact.

52. The amendment required the maps to be adopted by November 1, 2021. Mich. Const. art. IV, § 6(7). The delay in the U.S. Census Bureau's release of redistricting caused by the global COVID-19 pandemic prevented the Commission from achieving its constitutional duty to prepare and enact maps by the November 1, 2021, deadline set forth in Michigan Constitution art. IV, § 6(7).

53. The parties stipulate that the Commission's record of proceedings, including all Commission-produced transcripts, are true and accurate copies of the Commission's records of its official proceedings.

### B. Initial Commission Meetings

54. Secretary Benson called the Commission's first meeting to order on September 17, 2020.

55. Because the Commission was a newly-created governmental body it needed to attend to a wide variety of administrative, budgetary, educational, human resource, contracting, scheduling, and public relations matters.

56. The Commission's initial orientation materials included discussion of the Voting Rights Act and Equal Protection Clause.

### C. The Commission Hires Legal Counsel and Voting Rights Act Experts

57. On September 25, 2020, the Commissioners discussed hiring legal counsel and experts including an expert to guide the Commission on compliance with the Voting Rights Act and Equal Protection.

58. On January 7, 2021, the Commission hired Julianne Pastula to serve as the Commission's General Counsel.

59. On March 4, 2021, the Commission hired Election Data Services, Inc. to services as its vendor for "Line Drawing and Redistricting Technical Services." Pursuant to the engagement Kim Brace would serve as the lead contract manager and Dr. Lisa Handley would advise the Commission on matters relating to voting rights.

60. On April 8, 2021, the Commission hired Bruce Adelson of Federal Compliance Consulting, LLC to serve as its Voting Rights Act Legal Counsel.

61. On May 6, 2021, the Commission approved a request for proposal to hire litigation counsel. The Commission ultimately engaged Baker Hostetler in August 2021.

62. The Commission conducted its first round of public hearings across the state between May and August of 2021. The Commission ultimately held nearly 140 public meetings as of the time it adopted redistricting plans in December 2021 and received nearly 30,000 comments.

### D. The Commission Begins Drawing Maps

63. The United States Census Bureau released its legacy format 2020 census data on August 12, 2021, and the Commission began preparing draft House and Senate maps by region.

64. By July 29, 2021, the Commission determined that an ideal population for each of the 38 senate districts would be 265,193 residents.

65. By July 29, 2021, the Commission determined that an ideal population for each of the 110 house districts would be 91,612 residents.

66. On August 20, 2021, the Commission met to start mapping the Senate districts in the Southeast and South-central regions of Michigan.

67. On September 2, 2021, Dr. Handley gave a presentation to the Commission entitled "Determining if a Redistricting Plan Complies with the Voting Rights Act."

### E. The Commission Meets in Closed Session

68. On October 27, 2021, the Commission met in closed session to discuss legal memoranda provided by Commission's Voting Rights Act counsel Bruce Adelson. The meeting was recorded and ultimately the Michigan Supreme Court ordered that audio recording and the memoranda to be placed in the public record.

### F. The Commission Continues to Work on and Deliberate over the Draft Maps

69. The Commission continued to meet throughout the remainder of October, November, and December 2021 to work on and deliberate on the Draft maps.

70. The Commission published six proposed plans for the state senate districts and four proposed plans for the state house districts for a 45-day period of public notice-and-comment on November 12, 2021.

71. Various discussions that occurred on the record of the Commission throughout its process concerned plans that were not ultimately adopted by the Commission.

72. Among those plans were the Hickory plan for the state house districts and the Linden Plan for the state senate districts.

G.   **The Commission Votes on the Proposed Maps**

73.   Dr. Handley issued a final report to the Commission on December 28, 2021, which was amended on January 4, 2022.

74.   That same day, the Commission held its meeting to vote on the final proposed maps. Additional public comments were received regarding whether the Detroit Area districts complied with the Voting Rights Act.

V.   **COMMISSION'S FINAL MAPS**

A.   **Linden Plan**

75.   The Commission adopted the Linden Plan by majority vote of 9 to 4 on December 28, 2021. Five members affiliated with neither party, two members who identify as Democrats, and two members who identify as Republicans voted to adopt the Linden Plan.

76.   As required, the Linden Plan consists of 38 Senate Districts. The following *eight* Senate Districts created by the Linden Plan are partially located within the City of Detroit: **1**, 2, **3**, **6**, 7, **8**, **10**, and **11**. The remaining challenged districts are bolded.

77.   The following chart reports population and racial demographics for Senate Districts in the Linden Plan:



78. Challenged SD1 has a BVAP of 35.03%.

79. Challenged SD3 has a BVAP of 42.09%.

80. Challenged SD6 has a BVAP of 39.15%.

81. Challenged SD8 has a BVAP of 40.25%.

82. Challenged SD10 has BVAP of 40.43%.

83. Challenged SD11 has a BVAP of 19.19%.

B.  **Hickory Plan**

84. The Commission adopted the Hickory Plan by majority vote of 11 to 2 on December 28, 2021. Five members affiliated with neither party, four members who identify as Democrats, and two members who identify as Republicans voted to adopt the Hickory Plan.

85. As required, the Hickory Plan consists of 110 House Districts. The following fifteen House Districts created by the Hickory Plan are partially located within the City of Detroit: **1**, 3, 4, 5, 6, **7**, **8**, 9, **10**, **11, 12,** 13**, 14,** 16, 17. The remaining challenged districts are bolded.

86. The following chart reports population and racial demographics for House Districts in the Hickory Plan:

| DISTRICT | Total Population | | | | Racial Demographics as Percent of Total Population | | | | | Voting Age Population | | Racial Demographics as Percent of Voting Pop | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Persons | Target | Dev. | Difference | NH White | NH Black | NH Asian | Hispanic | Minority | VAP | % of Total | NH White | NH Black | NH Asian | Hispanic |
| 1 | 91,856 | 91,612 | 0.27% | 244 | 16.79% | 35.26% | 0.33% | 43.92% | 83.21% | 65,520 | 71.3% | 18.67% | 38.03% | 0.38% | 39.49% |
| 2 | 89,622 | 91,612 | 2.17% | -1,990 | 63.27% | 11.54% | 1.13% | 18.58% | 36.73% | 69,719 | 77.8% | 67.61% | 11.04% | 1.21% | 15.61% |
| 3 | 93,531 | 91,612 | 2.09% | 1,919 | 51.18% | 33.31% | 2.34% | 8.21% | 48.82% | 66,030 | 70.6% | 52.34% | 32.82% | 2.77% | 7.64% |
| 4 | 90,903 | 91,612 | 0.77% | -709 | 41.08% | 52.65% | 0.47% | 1.72% | 58.92% | 64,833 | 71.3% | 38.61% | 55.60% | 0.50% | 1.61% |
| 5 | 92,744 | 91,612 | 1.24% | 1,132 | 36.68% | 55.87% | 1.53% | 1.96% | 63.32% | 71,629 | 77.2% | 38.11% | 55.31% | 1.55% | 1.70% |
| 6 | 93,629 | 91,612 | 2.20% | 2,017 | 36.10% | 56.66% | 1.15% | 2.03% | 63.90% | 73,324 | 78.3% | 38.54% | 54.93% | 1.31% | 1.79% |
| 7 | 92,948 | 91,612 | 1.46% | 1,336 | 44.28% | 46.93% | 1.51% | 2.80% | 55.72% | 75,856 | 81.6% | 47.68% | 44.29% | 1.71% | 2.52% |
| 8 | 92,670 | 91,612 | 1.15% | 1,058 | 41.68% | 45.73% | 4.16% | 2.96% | 58.32% | 76,299 | 82.3% | 44.50% | 43.70% | 4.57% | 2.61% |
| 9 | 90,818 | 91,612 | 0.87% | -794 | 28.46% | 50.05% | 15.19% | 1.57% | 71.54% | 66,200 | 72.9% | 28.03% | 51.65% | 14.68% | 1.48% |
| 10 | 90,534 | 91,612 | 1.18% | -1,078 | 53.11% | 38.14% | 2.08% | 2.77% | 46.89% | 74,475 | 82.3% | 53.31% | 38.79% | 2.32% | 2.35% |
| 11 | 91,145 | 91,612 | 0.51% | -467 | 46.16% | 46.82% | 0.80% | 2.19% | 53.84% | 70,700 | 77.6% | 51.18% | 42.82% | 0.93% | 1.82% |
| 12 | 90,630 | 91,612 | 1.07% | -982 | 45.97% | 44.46% | 1.33% | 2.45% | 54.03% | 68,955 | 76.1% | 51.03% | 40.99% | 1.28% | 2.08% |
| 13 | 90,393 | 91,612 | 1.33% | -1,219 | 47.56% | 41.39% | 4.11% | 2.17% | 52.44% | 69,812 | 77.2% | 52.03% | 38.36% | 3.91% | 1.89% |
| 14 | 90,555 | 91,612 | 1.15% | -1,057 | 38.99% | 43.39% | 10.11% | 2.45% | 61.01% | 69,140 | 76.4% | 43.17% | 41.11% | 9.31% | 2.14% |
| 15 | 92,301 | 91,612 | 0.75% | 689 | 80.88% | 7.49% | 1.72% | 5.23% | 19.12% | 69,652 | 75.5% | 82.15% | 7.18% | 1.87% | 4.70% |
| 16 | 93,035 | 91,612 | 1.55% | 1,423 | 34.88% | 56.88% | 0.94% | 2.87% | 65.12% | 72,066 | 77.5% | 38.03% | 54.92% | 1.02% | 2.44% |
| 17 | 90,737 | 91,612 | 0.96% | -875 | 45.56% | 44.57% | 1.80% | 3.10% | 54.44% | 71,354 | 78.6% | 48.90% | 42.43% | 1.94% | 2.64% |
| 18 | 92,169 | 91,612 | 0.61% | 557 | 36.50% | 52.03% | 4.21% | 2.71% | 63.50% | 75,714 | 82.1% | 37.44% | 52.16% | 4.12% | 2.40% |
| 19 | 90,931 | 91,612 | 0.74% | -681 | 60.63% | 24.62% | 7.86% | 2.80% | 39.37% | 72,930 | 80.2% | 61.39% | 25.11% | 8.00% | 2.34% |
| 20 | 93,017 | 91,612 | 1.53% | 1,405 | 75.60% | 10.28% | 7.26% | 2.68% | 24.40% | 74,684 | 80.3% | 76.81% | 10.20% | 7.42% | 2.25% |
| 21 | 93,876 | 91,612 | 2.47% | 2,264 | 57.07% | 7.60% | 27.76% | 3.48% | 42.93% | 71,599 | 76.3% | 59.96% | 7.89% | 26.00% | 3.07% |
| 22 | 91,654 | 91,612 | 0.05% | 42 | 85.05% | 2.23% | 5.67% | 3.19% | 14.95% | 75,487 | 82.4% | 86.64% | 2.24% | 5.33% | 2.74% |
| 23 | 90,719 | 91,612 | 0.97% | -893 | 70.61% | 4.68% | 14.87% | 4.41% | 29.39% | 76,266 | 84.1% | 71.65% | 4.78% | 14.75% | 4.14% |
| 24 | 91,480 | 91,612 | 0.14% | -132 | 61.18% | 10.03% | 20.19% | 3.69% | 38.82% | 69,996 | 76.5% | 63.53% | 9.84% | 19.60% | 3.29% |
| 25 | 90,562 | 91,612 | 1.15% | -1,050 | 64.13% | 20.53% | 4.87% | 4.47% | 35.87% | 73,216 | 80.8% | 66.72% | 19.62% | 4.96% | 3.82% |
| 26 | 91,723 | 91,612 | 0.12% | 111 | 50.52% | 37.86% | 1.05% | 4.20% | 49.48% | 70,678 | 77.1% | 54.11% | 35.82% | 1.14% | 3.61% |
| 27 | 90,457 | 91,612 | 1.26% | -1,155 | 84.33% | 3.05% | 1.18% | 6.36% | 15.67% | 73,737 | 81.5% | 86.29% | 2.93% | 1.21% | 5.34% |
| 28 | 91,598 | 91,612 | 0.02% | -14 | 74.98% | 9.75% | 3.36% | 6.24% | 25.02% | 71,385 | 77.9% | 77.44% | 9.14% | 3.23% | 5.36% |
| 29 | 92,583 | 91,612 | 1.06% | 971 | 72.48% | 13.37% | 1.38% | 6.68% | 27.52% | 72,381 | 78.2% | 76.05% | 11.83% | 1.40% | 5.62% |
| 30 | 93,460 | 91,612 | 2.02% | 1,848 | 87.42% | 2.57% | 0.64% | 4.06% | 12.58% | 73,606 | 78.8% | 89.60% | 2.30% | 0.67% | 3.21% |
| 31 | 92,978 | 91,612 | 1.49% | 1,366 | 72.74% | 16.00% | 1.27% | 4.03% | 27.26% | 73,558 | 79.1% | 74.55% | 15.72% | 1.28% | 3.54% |
| 32 | 92,092 | 91,612 | 0.52% | 480 | 53.20% | 28.29% | 3.69% | 7.17% | 46.80% | 73,449 | 79.8% | 57.13% | 26.46% | 3.89% | 6.21% |
| 33 | 92,730 | 91,612 | 1.22% | 1,118 | 68.50% | 7.94% | 11.52% | 5.90% | 31.50% | 74,822 | 80.7% | 70.65% | 7.76% | 11.65% | 5.23% |
| 34 | 92,371 | 91,612 | 0.83% | 759 | 83.11% | 2.61% | 0.48% | 8.88% | 16.89% | 73,142 | 79.2% | 85.26% | 2.88% | 0.49% | 7.27% |
| 35 | 93,023 | 91,612 | 1.54% | 1,411 | 89.55% | 1.44% | 0.48% | 4.20% | 10.45% | 71,335 | 76.7% | 90.73% | 1.66% | 0.49% | 3.29% |
| 36 | 89,634 | 91,612 | 2.16% | -1,978 | 84.12% | 2.73% | 0.69% | 7.00% | 15.88% | 68,621 | 76.6% | 86.65% | 2.74% | 0.72% | 5.44% |
| 37 | 91,456 | 91,612 | 0.17% | -156 | 78.38% | 6.26% | 1.89% | 6.54% | 21.62% | 71,787 | 78.5% | 81.10% | 6.19% | 2.00% | 5.18% |
| 38 | 93,422 | 91,612 | 1.98% | 1,810 | 67.57% | 19.03% | 1.75% | 6.63% | 32.43% | 73,770 | 79.0% | 72.12% | 16.97% | 1.68% | 5.18% |
| 39 | 90,270 | 91,612 | 1.46% | -1,342 | 81.17% | 1.69% | 0.44% | 10.74% | 18.83% | 69,482 | 77.0% | 84.59% | 1.69% | 0.45% | 8.20% |
| 40 | 90,211 | 91,612 | 1.53% | -1,401 | 77.97% | 7.16% | 4.56% | 4.57% | 22.03% | 69,763 | 77.3% | 80.75% | 6.74% | 4.45% | 3.86% |
| 41 | 91,872 | 91,612 | 0.28% | 260 | 59.50% | 21.99% | 2.17% | 8.66% | 40.50% | 72,876 | 79.3% | 64.54% | 19.61% | 2.54% | 7.40% |
| 42 | 91,192 | 91,612 | 0.46% | -420 | 86.29% | 3.44% | 1.09% | 3.41% | 13.71% | 70,454 | 77.3% | 88.31% | 3.13% | 1.11% | 2.69% |
| 43 | 92,518 | 91,612 | 0.99% | 906 | 88.43% | 0.80% | 0.52% | 5.52% | 11.57% | 70,016 | 75.7% | 90.34% | 0.65% | 0.51% | 4.58% |

16

87. Challenged HD1 has a BVAP of 38.03%.

88. Challenged HD7 has a BVAP of 44.29%.

89. Challenged HD8 has a BVAP of 43.70%.

90. Challenged HD10 has a BVAP of 38.79%.

91. Challenged HD11 has a BVAP of 42.82% .

92. Challenged HD12 has a BVAP of 40.99% .

93. Challenged HD14 has a BVAP of 41.11%.

## VI. Final Report and Dissents

94. In August 2022, the Commission issued a Report on 2021 Redistricting. Commissioner Rebecca Szetela, who chaired the Commission when the District maps were adopted, issued a dissent, as did Commissioners Lange and Wagner.

Respectfully Submitted,

/s/ *John J. Bursch*
John J. Bursch (P57679)
BURSCH LAW PLLC
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com
*Attorney for Plaintiffs*

/s/ *Michael J. Pattwell (w/permission)*
Michael J. Pattwell (P72419)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC
215 South Washington Square, Ste. 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com
jfleming@clarkhill.com
abanks@clarkhill.com
*Attorneys for Plaintiffs*

/s/ *Heather S. Meingast (w/permission)*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
P.O. Box 30736
Lansing, Michigan 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov
*Attorneys for Defendant Benson*

/s/ *Nathan J. Fink (w/permission)*
FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

*/s/ Patrick T. Lewis (w/permission)*
BAKER & HOSTETLER LLP
Patrick T. Lewis
Key Tower, 127 Public Square,
Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

BAKER & HOSTETLER LLP
Erika Dackin Prouty
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW,
Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in his or her official capacity as a Commissioner of the Michigan Independent Citizens Redistricting Commission*

Dated: September 29, 2023