# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR. et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOCELYN BENSON, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-CV-00272-PLM-RMK-JTN<br><br>**MOTION OF THE COMMISSION TO STRIKE "SUPPLEMENTAL AND REBUTTAL" REPORT OF SEAN TRENDE AND IN LIMINE PRECLUDING PLAINTIFFS FROM OFFERING THE REPORT AT TRIAL** |

NOW COME the Michigan Independent Citizens Redistricting Commission and its members[1] (collectively, the Commission), by counsel, and respectfully move this Court for an order striking the September 26, 2023, "Supplemental and Rebuttal Expert Report" offered by Plaintiffs' expert, Sean F. Trende, and for an order *in limine* barring Plaintiffs from offering that report, or the opinions contained within, at trial. This new report was disclosed long after discovery closed, and its untimely delivery is unjustified and prejudicial to the Commission.

This Motion is supported by the accompanying Brief in Support and its Exhibits, which are incorporated herein by this reference. A Certificate is also filed in compliance with W.D. Mich. Civ. R. 7.1(d) reflecting counsel's unsuccessful attempt to gain Plaintiffs' concurrence with this motion.

---

[1] The official-capacity defendants are Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes.

| | |
|---|---|
| Dated: October 4, 2023 | Respectfully submitted, |

*/s/ Nathan J. Fink*
FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

*/s/ Patrick T. Lewis*
BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Patrick T. Lewis
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

BAKER & HOSTETLER LLP
Erika Dackin Prouty
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in their official*

2

*capacities as Commissioners of the Michigan Independent Citizens Redistricting Commission*

3