# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR. et al., | Case No. 1:22-CV-00272-PLM-RMK-JTN |
| Plaintiffs, | |
| v. | **CERTIFICATE REGARDING REQUEST FOR MOTION CONCURRENCE** |
| JOCELYN BENSON, et al., | |
| Defendants. | |

In compliance with W.D. Mich. LCivR 7.1(d), the Michigan Independent Citizens Redistricting Commission and its members[1] (collectively, the Commission), represent the following reflect the efforts undertaken by counsel to attempt to gain concurrence prior to filing their *Motion Of The Commission To Strike "Supplemental And Rebuttal" Report Of Sean Trende And In Limine Precluding Plaintiffs From Offering The Report At Trial* (the "Motion"):

1. On September 12, 2023, Plaintiffs disclosed for the first time an intent to serve a surrebuttal report from Mr. Trende. Plaintiffs did not disclose the subject matter or scope of the proposed new report.

2. The Commission's counsel twice, on September 12 and September 26, requested the legal basis for Plaintiffs' position that a new report from Mr. Trende was proper. Plaintiffs did not provide such a basis in response to either email.

3. In the evening of September 26, 2023, Plaintiffs served the new report from Mr. Trende (defined as the "September Report").

---

[1] The official-capacity defendants are Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes.

4. After reviewing the September Report, the Commission conferred with Plaintiffs' counsel by electronic mail on October 2, 2023, soliciting Plaintiffs' position on this motion, requesting copies of the facts and data supporting the new report, and attempting to resolve the dispute. *See* Mot. Ex. C., Email String Dated October 2-3, 2023, ECF No. 89-3.

5. On October 3, 2023, Plaintiffs responded. *Id.* Plaintiffs did not concur with Defendants' proposed motion and did not agree to withdraw the new report. Plaintiffs did articulate a basis for their position supporting the service of the September Report, but in the Commission's view did not accurately characterize the scope of the report. Finally, Plaintiffs did not provide the facts and data supporting the September Report. Among other things, the Commission has not been provided block-assignment or shape files of the new demonstration plans disclosed in the September Report.

Dated: October 4, 2023

Respectfully submitted,

*/s/ Nathan J. Fink*
FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

*/s/ Patrick T. Lewis*
BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Patrick T. Lewis
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

BAKER & HOSTETLER LLP
Erika Dackin Prouty
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in their official capacities as Commissioners of the Michigan Independent Citizens Redistricting Commission*