UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Agee, Jr., et al v. Benson, et al

**Case Number:**  1:22-cv-272
**Date:**  October 5, 2023
**Time:**  1:41 p.m. – 2:21 p.m.
**Place:**  Kalamazoo
**Judges:**  Paul L. Maloney and Janet T. Neff (via video) on behalf of the Three-Judge Panel

**APPEARANCES**

Plaintiffs:  John J. Bursch (in-person) and Amia Banks, James J. Fleming, Jennifer K. Green, Michael J. Pattwell, and Ronald A. King all via video

Defendant Jocelyn Benson:  Erik A. Grill (in-person)

Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners:  Katherine McKnight, Patrick T. Lewis, and Nathan J. Fink all in-person, and E. Mark Braden (via video)

**PROCEEDINGS**

Nature of Hearing:  Final pretrial conference held; trial briefs and proposed findings of fact and conclusions of law to be submitted post-trial; Plaintiffs to file response to Commission Defendants' motion to strike (ECF No. 88) by 12:00 p.m. (noon) on October 11, 2023

Court Reporter: Kathleen Thomas                    Case Manager: Amy Redmond