UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

Case No. 1:22-cv-272

Three-Judge Court

## ORDER REGARDING RESPONSE TO MOTION

On October 4, 2023, Defendants Michigan Independent Citizens Redistricting Commission and its members[1] (collectively, the Commission) filed a motion to strike supplemental and rebuttal report of Sean Trende and in limine precluding Plaintiffs from offering the report at trial (ECF No. 88). The deadline for Plaintiffs to file a response to the motion is **12:00 p.m. (noon) on October 11, 2023**.

**IT IS SO ORDERED.**

Dated: October 5, 2023

          /s/ Paul L. Maloney
          Paul L. Maloney
          United States District Judge
          On behalf of the Three-Judge Panel

---

[1] The official-capacity defendants are Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes.