UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR. et al.,

        Plaintiffs,

v.

JOCELYN BENSON, et al.,

        Defendants.

Case No. 1:22-CV-00272-PLM-RMK-JTN

**FINAL PRETRIAL ORDER**

Pursuant to the Court's Case Management Order of August 31, 2023 (ECF No. 82,PageID.2045), counsel for Plaintiffs and counsel for Defendants, Michigan Independent Citizens Redistricting Commission, Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in his or her official capacity as a Commissioner of the Commission (collectively, the "Commission"), met and conferred to prepare the foregoing pretrial order.

A final pretrial conference was held on October 5, 2023. Appearing for the parties:

For Plaintiffs: John J. Bursch, Amia Banks, James J. Fleming, Michael J. Pattwell, Jennifer K. Green, and Ronald A. King

For Commission Defendants: Katherine McKnight, Patrick T. Lewis, Nathan J. Fink, E. Mark Braden

For Defendant Benson: Erik Grill

    1.    Exhibits.  The following Exhibits will be offered by the Plaintiffs and Defendants.

           (List separately for each party all exhibits, including demonstrative evidence and summaries of other evidence, by name and number. Plaintiffs shall use numbers; defendants shall use letters. Indicate with respect to each exhibit whether and for what reason its admissibility is challenged. Exhibits expected to be used solely for impeachment purposes need not be numbered or listed until identified at trial. Failure to list an exhibit required to be listed

by this order will result, except upon a showing of good cause, in a determination of non-admissibility at trial. Objections not contained in the Pretrial Order, other than objections under Evidence Rule 402 or 403, shall be deemed waived except for good cause shown. See Fed. R. Civ. P. 26(a)(3)(B).)

Plaintiffs' Exhibit List is attached as Exhibit 1A, is incorporated herein by reference, and reports Plaintiffs' exhibits along with the Commission's objections thereto.

The Commission's Exhibit List is attached as Exhibit 1B, is incorporated herein by reference, and reports the Commission's exhibits. Plaintiffs do not object to any of the Commission's exhibits.

    2.    <u>Uncontroverted Facts</u>.  The parties have agreed that the following may be accepted as established facts:

(State in detail all uncontroverted facts.)

The parties submitted stipulated facts on September 29, 2023 (ECF No. 87).

    3.    <u>Controverted Facts and Unresolved Issues</u>.  The factual issues remaining to be determined and issues of law for the Court's determination are:

(Set out each issue which is genuinely controverted, including issues on the merits and other matters which should be drawn to the Court's attention.)

The parties set out the following controverted facts and unresolved issues:

    a. As to each Count of the First Amended Complaint (ECF No. 8) and as to all remaining Plaintiffs:

        i. Whether the Plaintiff has shown an injury-in-fact;

        ii. Whether the Plaintiff has shown that such injury-in-fact can be redressed by the creation of a Section 2 remedial district.

    b. As to Count I of the First Amended Complaint (ECF No. 8) (Violation of Section 2 of the Voting Rights Act, House VRA Plaintiffs), to the extent summary judgment

was not granted to the Commission on the Count in the Court's order of August 29, 2023 (ECF No. 81):

> For each of Michigan House Districts 1, 7, 10, 12, and 14:
>
>   iii. Whether each of the *Gingles* preconditions are satisfied;
>
>   iv. Whether, under the totality of the circumstances, members of the identified racial group have less opportunity than do other members of the electorate to elect a candidate of their choice.

  c. As to Count II of the First Amended Complaint (Violation of Section 2 of the Voting Rights Act, Senate VRA Plaintiffs), to the extent summary judgment was not granted to the Commission on the Count in the Court's order of August 29, 2023 (ECF No. 81):

> For each of Michigan Senate Districts 1, 3, 6, and 8:
>
>   i. Whether each of the *Gingles* preconditions are satisfied;
>
>   ii. Whether, under the totality of the circumstances, members of the identified racial group have less opportunity than do other members of the electorate to elect a candidate of their choice.

  d. As to Count III of the First Amended Complaint (Violation of the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution – Racial Gerrymandering, House Equal Protection Plaintiffs), to the extent summary judgment was not granted to the Commission on the Count in the Court's order of August 29, 2023 (ECF No. 81):

> For each of Michigan House Districts 1, 7, 8, 10, 11, 12, and 14:
>
>   i. Whether the Commission used race as the predominant criterion to configure the district; and
>
>   ii. If so, whether the Commission's use of race satisfies strict scrutiny, i.e., was narrowly tailored for compliance with the Voting Rights Act.

  e. With respect to Count IV of the First Amended Complaint (Violation of the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution –

3

Racial Gerrymandering, Senate Equal Protection Plaintiffs), to the extent summary judgment was not granted to the Commission on the Count in the Court's order of August 29, 2023 (ECF No. 81):

> For each of Michigan Senate Districts 1, 3, 6, 8, 10, and 11:
>
> i. Whether the Commission used race as the predominant criterion to configure the district; and
>
> ii. If so, whether the Commission's use of race satisfies strict scrutiny, i.e., was narrowly tailored for compliance with the Voting Rights Act.

4. <u>Witnesses:</u>

   A. Non-expert witnesses to be called by the plaintiffs and defendants, except those who may be called for impeachment purposes only, are:

   (List names, addresses, and telephone numbers of all non-experts who will testify. Indicate whether they are expected to testify in person, by deposition videotape, or by reading of their deposition transcript. Indicate all objections to the anticipated testimony of each non-expert witness. For each witness listed, indicate whether the witness **will be** called or merely **may be** called to testify.)

<u>Plaintiffs</u>

<u>Will Call</u>

| Witness Name | Address/Phone | In-Person or Deposition |
|---|---|---|
| Rhonda Lange | c/o Commission counsel | In-Person |
| Rebecca A. Szetela | P.O. Box 31318, Lansing, MI 48909, (517) 335-3333 | In-Person |
| LaMar Lemmons III | c/o Plaintiffs' counsel | In-Person |
| Virgil K. Smith | c/o Plaintiffs' counsel | In-Person |

4

<u>May Call</u>

| Witness Name | Address/Phone | In-Person or Deposition |
|---|---|---|
| Jocelyn Benson | c/o counsel for Benson | In-Person |
| M.C. Rothhorn | c/o Commission counsel | In-Person |
| Erin Wagner | c/o Commission counsel | In-Person |
| Dustin Witjes | c/o Commission counsel | In-Person |
| Each of the remaining named Plaintiffs | c/o Plaintiffs' counsel | In-Person |
| Bruce L. Adelson | 11808 Becket St., Potomac, MD 20854; (301) 762-5272 | In-Person |
| Julianne V. Pastula, Esq. | 2 Woodward Ave., Ste. 500, Detroit, MI 48226-5431, (313) 237-3137 | In-Person |
| Suann Hammersmith | 13052 Crockett Hwy., Blissfield, MI 49228, (517) 403-1346 | In-Person |
| Brittni Kellom | c/o Commission counsel | In-Person |
| Anthony Eid | c/o Commission counsel | In-Person |
| Juanita Curry | c/o Commission counsel | In-Person |
| Steven Terry Lett | c/o Commission counsel | In-Person |
| Kim Brace | c/o Commission counsel | In-Person |
| The Hon. Stephen Markman | c/o Hillsdale College 33 E College St. Hillsdale, MI 49242 | In-Person |

<u>Commission</u>

<u>Will Call</u>

| Witness Name | Address/Phone | In-Person or Deposition |
|---|---|---|
| Dr. Lisa Handley | c/o Commission counsel | In-Person |

| Witness Name | Address/Phone | In-Person or Deposition |
|---|---|---|
| Bruce Adelson | c/o Commission counsel | In-Person |
| Commissioner Anthony Eid | c/o Commission counsel | In-Person |

May Call

| Witness Name | Address/Phone | In-Person or Deposition |
|---|---|---|
| Commissioner Steve Lett | c/o Commission counsel | In-Person |
| Kent Stigall | c/o Commission counsel | In-Person |
| Any other witness identified by other party | c/o Commission counsel | In-Person |
| Any other party to this action | | In-Person |

B.  Expert witnesses to be called by the plaintiffs and defendants, except those who may be called for impeachment purposes only, are:

(List names, addresses, and telephone numbers of all experts who will testify, providing a brief summary of their qualifications and a statement of the scientific or medical field(s) in which they are offered as experts. Indicate whether they will testify in person, by deposition videotape, or by reading of their deposition transcript. Indicate all objections to the qualifications or anticipated testimony of each expert witness.)

It is understood that, except upon a showing of good cause, no witness whose name and address does not appear in the lists required by subsections (a) and (b) will be permitted to testify for any purpose, except impeachment, if the opposing party objects. Any objection to the use of a deposition under Fed. R. Civ. P. 32(a) not reflected in the Pretrial Order shall be deemed waived, except for good cause shown.

<u>Plaintiffs</u>

<u>Will Call</u>

| Expert Witness Name | Address/Phone Number | In-Person or Deposition | Summary of Qualifications | Field of Expertise |
|---|---|---|---|---|
| Sean P. Trende | c/o Plaintiffs' counsel | In-Person | - Senior Elections Analyst – Real Clear Politics.<br>- Authored voluminous scholarship on elections/voting patterns.<br>- Provided expert reports and expert testimony on numerous occasions over the previous 4 years on elections/gerrymandering.<br>- Appointed Voting Rights Act expert by Arizona Independent Redistricting Commission (2020).<br>- Appointed Special Master by the Supreme Court of Virginia to redraw district maps for Virginia House of Delegates, Senate of Virginia, and | - Racial Gerrymandering<br>- Voting Rights Act Compliance<br>- Redistricting |

| Expert Witness Name | Address/Phone Number | In-Person or Deposition | Summary of Qualifications | Field of Expertise |
|---|---|---|---|---|
| | | | Congressional delegation.<br>- Appointed redistricting expert by the Supreme Court of Belize.<br>- B.A., History and Political Science, *with distinction*, Yale University.<br>- M.A., Duke University, Political Science, *cum laude.*<br>- J.D., Duke University School of Law, *cum laude.*<br>- M.A.S. (Master of Applied Statistics), The Ohio State University.<br>- Current Ph.D. candidate, Political Science, The Ohio State University. | |
| Dr. Brad Lockerbie | c/o Plaintiffs' counsel | In-Person | - Professor of Political Science – East Carolina University.<br>- Authored over 30 peer-reviewed articles on elections and public opinion.<br>- Authored several book chapters examining race | - Racial discrimination and its current effect on voting patterns/the political process.<br>- Racial polarization voting and patterns.<br>- Analyzation of the factors discussed in the |

| Expert Witness Name | Address/Phone Number | In-Person or Deposition | Summary of Qualifications | Field of Expertise |
|---|---|---|---|---|
| | | | relating to voting behavior.<br>- Provided expert testimony at trial and/or deposition on multiple occasions over the past 4 years.<br>- B.A., Political Science, University of Georgia.<br>- Ph.D., Political Science (specializing in American electoral behavior), University of Iowa. | Senate Report that accompanied the 1982 Voting Rights Act Amendments, S.Rep. No. 97-417, at 28-29 (1982) |
| Dr. Lisa Handley | c/o Commission counsel | In-Person | - Retained by the Michigan Independent Citizens Redistricting Commission to analyze racial voting patterns, minority opportunity districts, and partisan fairness. | - Voting Rights Act compliance<br>- Redistricting |

Plaintiffs submits this list based on information reasonably known to or obtained by Plaintiffs as of the date below. Plaintiffs' investigation and discovery is ongoing, and Plaintiffs reserve the right to modify, amend, add to, or otherwise supplement this list as permitted by the Federal Rules of Civil Procedure, the Local Rules, or any orders of this

Court, either through express supplements to this list or through responses to formal discovery, as additional information becomes available during the course of this lawsuit or in the event that one or more witnesses becomes unavailable and others must be substituted.

## Commission

### Will Call

1. Dr. Lisa Handley – c/o Commission counsel – for in-person testimony.

Summary of Qualifications: Dr. Handley is the President of Frontier International Consulting. Dr. Handley holds a Ph.D. in Political Science from the George Washington University. She has over thirty years of experience in the areas of redistricting and voting rights, both as a practitioner and an academician, and is recognized nationally and internationally as an expert on these subjects. Dr. Handley has advised numerous clients on redistricting and has served as an expert in dozens of redistricting and voting rights court cases. Her clients have included the U.S. Department of Justice, civil rights organizations, independent redistricting commissions and scores of state and local jurisdictions.

Statement of Scientific Fields In Which Witness Is Offered As Expert:   Political science; racially polarized voting; racial voting patterns; compliance with the Voting Rights Act.

2. Dr. Maxwell Palmer – c/o Commission counsel – for in-person testimony.

Summary of Qualifications: Dr. Maxwell Palmer is Associate Professor of Political Science at Boston University in Boston, Massachusetts, and Director of Advanced Programs in the Department of Political Science. Dr. Palmer has studied, published, and testified as an expert witness in redistricting matters. He holds an A.M. and Ph.D. in Political Science from Harvard University and a B.A. from Bowdoin College. His work includes, among other things, the use of statistical tools to study voting patterns and the use of computer simulation algorithms to study problems in redistricting.

Statement of Scientific Fields In Which Witness Is Offered As Expert:   Political science; redistricting; racially polarized voting; racial voting patterns; compliance with the Voting Rights Act.

3. Dr. Jonathan Rodden – c/o Commission counsel – for in-person testimony.

Summary of Qualifications: Dr. Jonathan Rodden is Professor of Political Science at Stanford University in Palo Alto, California, and Director of the Spatial Social Science Lab at that university. Dr. Rodden has studied, published, and has testified as an expert witness in redistricting matters. He holds a Ph.D. in Political Science from Yale University and a B.A. from the University of Michigan. His work includes, among other things, analysis of the geographic distribution of political preferences and the use of tools from mathematics and computer science to study problems in redistricting.

Statement of Scientific Fields in Which Witness Is Offered As Expert: Political science; geospatial analysis; redistricting; racially polarized voting; racial voting patterns; compliance with the Voting Rights Act.

The Commission submits this list based upon information reasonably known to or obtained by the Commission as of the date below. The Commission's investigation and discovery is ongoing and, accordingly, the Commission reserves the right to modify, amend, add to, or otherwise supplement this list as permitted by the Federal Rules of Civil Procedure, the Local Rules, or any orders of this Court, either through express supplements to this list or through responses to formal discovery, as additional information becomes available during the course of this lawsuit or in the event that one or more witnesses becomes unavailable and others must be substituted.

5. <u>Depositions and Other Discovery Documents</u>:

All depositions, answers to written interrogatories, and requests for admissions, or portions thereof, that are expected to be offered in evidence by the plaintiffs and the defendants are:

(Designate portions of depositions by page and line number. Designate answers to interrogatories and requests for admissions by answer or request number. Designation need not be made of portions that may be used, if at all, as impeachment of an adverse party. Indicate any objections to proposed deposition testimony, answers to interrogatories, and admissions.)

The Commission designates the following discovery responses that it expects to offer into evidence:

Each Plaintiff's answer to the Commission's Interrogatory No. 1 (as to address)

Each Plaintiff's answer to the Commission's Request for Admission No. 6

Each Plaintiff's answer to the Commission's Request for Admission No. 8

6. <u>Length of Trial</u>:  Counsel estimate the trial will last approximately 6 full days, allocated as follows: 3 days for Plaintiffs' case; 3 days for Defendants' case.

[Remainder of Page Left Intentionally Blank]

Respectfully submitted,

/s/ John J. Bursch
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com

/s/ Michael J. Patwell
Michael J. Pattwell (P72419)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC
215 South Washington Square, Suite 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com
jfleming@clarkhill.com
abanks@clarkhill.com

*Counsel for Plaintiffs*

/s/ Heather S. Meingast
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

*Counsel for Defendant Benson*

/s/ Nathan J. Fink
FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

/s/ Patrick T. Lewis
BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW,
Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Patrick T. Lewis
Key Tower, 127 Public Square,
Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

BAKER & HOSTETLER LLP
Erika Dackin Prouty
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Douglas Clark,*

*Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in his or her official capacity as a Commissioner of the Michigan Independent Citizens Redistricting Commission*

## ORDER

**IT IS SO ORDERED**.

Date:  October 5, 2023

  /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge
On Behalf of the Three-Judge Panel