Plaintiffs' Trial Exhibit List (w/ Commission Defendants' Objections)
Case No. 1:22-cv-00272

EXHIBIT 1A

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 1 | Lessons Learned & Recommendations from the Inaugural Commission – October 2022, and all attachments, exhibits, appendices, *etc*. | | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 2 | Michigan Independent Citizens Redistricting Commission Report on 2021 Redistricting – adopted on August 18, 2022, and all attachments, exhibits, appendices, *etc*. | | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 3 | Dissenting Report by Commissioner Erin Wagner, and all attachments, exhibits, appendices, *etc*. | | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 4 | Dissenting Report by Commissioner Rhonda Lange, and all attachments, exhibits, appendices, *etc*. | | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 5 | Dissenting Report by Commissioner Rebecca Szetela, and all attachments, exhibits, appendices, *etc*. | | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 6 | Memorandum to MICRC Stephen Markman, MSC Justice and Professor of Constitutional Law, Hillsdale College | Commission Objections: Relevance; Hearsay; Foundation; Improper Expert Testimony. | | |
| 7 | Mallory McMorrow For Michigan – Post-Primary Statement | Commission Objections: Relevance; Hearsay; Authenticity | | |
| 8 | Mallory McMorrow For Michigan – 2021 Annual Finance Statement | Commission Objections:Relevance; Hearsay; Authenticity | | |
| 9 | Mallory McMorrow For Michigan – Itemized Contributions | Commission Objections:Relevance; Hearsay; Authenticity | | |
| 10 | Affidavit of Virgil K. Smith, Dated March 8, 2023 | Commission Objections:Relevance; Hearsay; Improper Lay Opinion Testimony | | This witness appears on Plaintiffs' will-call witness list for in-person testimony. |
| 11 | Affidavit of LaMar L. Lemmons III, Dated March 28, 2023 | Commission Objections:Relevance; Hearsay; Improper Lay Opinion Testimony | | This witness appears on Plaintiffs' will-call witness list for in-person testimony. |
| 12 | Affidavit of LaMar L. Lemmons III, Dated June 16, 2023 | Commission Objections:Relevance; Hearsay; Improper Lay Opinion Testimony | | This witness appears on Plaintiffs' will-call witness list for in-person testimony. |
| 13 | Declaration of Commissioner Anthony Eid, Dated June 6, 2023 | | Yes. | |
| 14 | Declaration of Kimball Brace [President, Election Data Services, Inc.], Dated June 1, 2023. | | Yes. | |
| 15 | September 2, 2021 Presentation to the MICRC - "Determining if a Redistricting Plan Complies with the Voting Rights Act," by Dr. Lisa Handley | | Yes. | |
| 16 | MICRC's Expert Report of Dr. Lisa Handley, including CV and Appendices | | Yes. | |
| 17 | MICRC's Expert Report of Maxwell Palmer, Ph.D. | | Yes. | |

**Plaintiffs' Trial Exhibit List (w/ Commission Defendants' Objections)**
Case No. 1:22-cv-00272

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 18 | MICRC's Expert Report of Jonathan Rodden, Ph.D. | | Yes. | |
| 19 | Plaintiffs' Expert Report of Dr. Brad Lockerbie, including all Attachments and Appendices | Commission Objections: Relevance; Hearsay (willing to withdraw hearsay objections to report if witness testifies) | Yes, subject to witness testifying at trial. The Commission reserves all objections to the substance of the witness's opinions and testimony. | |
| 20 | Plaintiffs' Expert Report of Sean P. Trende, including all Calculations, Supplemental Report(s), Curriculum Vitae, Attachments, and Appendices | Commission Objections: Relevance; Hearsay (willing to withdraw hearsay objections to expert report if witness testifies); Improper Supplementation (as to any | Yes, subject to witness testifying at trial. The Commission reserves all objections to the substance of the witness's opinions and testimony. | |
| 21 | "The History of Discrimination in the State of Michigan and its Influence on Voting," by Bruce L. Adelson | | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 22 | "For the Michigan Independent Citizens Redistricting Commission (MICRC) Voting Rights Act," by Bruce L. Adelson (October 14, 2021) | | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 23 | April 10, 2023 Deposition Transcript of Dr. Brad Lockerbie, Ph.D. | Commission Objections: Relevance; Hearsay | | This witness appears on Plaintiffs' will-call witness list for in-person testimony. |
| 24 | April 20, 2023 Deposition Transcript of Sean P. Trende | Commission Objections: Relevance; Hearsay | | This witness appears on Plaintiffs' will-call witness list for in-person testimony. |
| 25 | April 20, 2023 Deposition Transcript of Lamar Lemmons | Commission Objections: Relevance; Hearsay; Improper Lay Opinion Testimony | | This witness appears on Plaintiffs' will-call witness list for in-person testimony. |
| 26 | Transcript of Hearing on Summary Judgment Motions, held July 13, 2023 [ECF 80] | Commission Objections: a motion hearing transcript is not evidence. | | |
| 27 | Objections & Responses of each individual Plaintiff to the Commission's First Set of Interrogatories | | | |
| 28 | Plaintiffs' Objections and Responses to the Commission's First Set of Requests for Admission | | | |
| 29 | *Michigan Redistricting Map Analysis*, Institute for Public Policy and Social Research (December 2021) | Commission Objections: Relevance; Hearsay; Foundation; Improper Expert Testimony. | | Objections may be modified or withdrawn after demonstrative provided & reviewed. |
| 30 | Plaintiffs' Districts Demonstrative | Commission Objections: Relevance; Hearsay; Authenticity; Rule of Completeness | | Objections may be modified or withdrawn after demonstrative provided & reviewed. |
| 31 | Handley Table 4 Reconfiguration Demonstrative | Commission Objections: Relevance; Hearsay; Authenticity; Rule of Completeness | | Objections may be modified or withdrawn after demonstrative provided & reviewed. |

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 32 | Summary Chart [ECF 69-1, PageID.674] (VRA Claims) | Commission Objections: Relevance; Hearsay; Authenticity; Rule of Completeness | | Objections may be modified or withdrawn after demonstrative provided & reviewed. |
| 33 | VEST MI 2020 Validation Report | Commission Objections: Relevance; Hearsay; Authenticity; Improper Expert Testimony. | | |
| 34 | Excerpts from September 17, 2020 MICRC Meeting Transcript (Morning) | Commission Objections: Rule of Completeness | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 35 | Excerpts from September 18, 2020 MICRC Meeting Transcript (Morning) | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 36 | Excerpts from September 25, 2020 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 37 | MICRC Proposed General Counsel Scoring Sheet - November 20, 2020 Committee Meeting | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 38 | MICRC Resolution for Approval for Request for Proposal of Line Drawing and Redistricting Technical Services - January 20, 2021 MICRC Meeting | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 39 | Excerpts from January 28, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 40 | Written Public Comment - January 28, 2021 | Commission Objections: Unclear what this is. Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 41 | MICRC Resolution for Approval for Request for Proposal of VRA Legal Counsel - January 28, 2021 MICRC Meeting | Commission Objections: Relevance | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 42 | Election Data Services, Inc. Proposal to MICRC for Line Drawing and Redistricting Technical Services - February 10, 2021 | Commission Objections: Relevance | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 43 | Excerpts from March 4, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 44 | Excerpts from March 18, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 45 | April 8, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 46 | Written Public Comment - April 8, 2021 | Commission Objections: Unclear what this is. Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |

**Plaintiffs' Trial Exhibit List (w/ Commission Defendants' Objections)**
Case No. 1:22-cv-00272

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 47 | All Meeting Materials from April 8, 2021 MICRC Meeting | | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 48 | April 15, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 49 | Written Public Comment - April 15, 2021 | Commission Objections: Unclear what this is. Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 50 | All Meeting Materials from April 15, 2021 MICRC Meeting | | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 51 | MICRC Resolution for Issuance of a Request for Proposals for Litigation Counsel - May 6, 2021 | Commission Objections: Relevance. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 52 | Excerpts from August 8, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 53 | Excerpts from August 20, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 54 | Excerpts from September 1, 2021 - Detroit, MI - MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 55 | Excerpts from September 2, 2021 MICRC Meeting Transcript (both Morning & Afternoon Meetings) | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 56 | Excerpts from September 9, 2021 MICRC Meeting Transcript (both Morning & Afternoon Meetings) | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 57 | Excerpts from September 13, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 58 | Written Public Comment - September 27, 2021 | Commission Objections: Unclear what this is. Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 59 | Excerpts from September 27, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 60 | Excerpts from September 28, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 61 | Written Public Comment - September 29, 2021 | Commission Objections: Unclear what this is. Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 62 | Excerpts from September 29, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 63 | September 30, 2021 MICRC Meeting Transcript (both Morning & Afternoon Meetings) | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 64 | October 4, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 65 | Excerpts from October 6, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 66 | October 20, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 67 | Written Public Comment - October 20, 2021 | Commission Objections: Unclear what this is. Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 68 | Excerpts from October 21, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 69 | Excerpts from October 22, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 70 | Excerpts from October 25, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 71 | Audio/Transcript from October 27, 2021 MICRC Closed Session Meeting | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 72 | Excerpts from October 29, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 73 | Excerpts from November 2, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 74 | Excerpts from November 3, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 75 | Excerpts from December 2, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 76 | Written Public Comment - December 2, 2021 | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 77 | Excerpts from December 16, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 78 | Excerpts from December 28, 2021 MICRC Meeting Transcript | Commission Objections: Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 79 | Draft State House Map 149 9-20-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 80 | Draft State House Map 150 9-21-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 81 | Draft State House Map 153 9-22-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 82 | Draft State House Map 157 9-20-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 83 | Draft State House Map 158 8-24-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 84 | Draft State House Map 159 8-24-21-v2 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 85 | Draft State House Map 160 8-26-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 86 | Draft State House Map 171 9-23-21 v1 HD | Commission Objections:Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 87 | Draft State House Map 176 8-31-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 88 | Draft State House Map 177 9-24-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 89 | Draft State House Map 182 9-27-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 90 | Draft State House Map 183 9-28-21 v1 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 91 | Draft State House Map 190 9-29-21 RAS V2 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 92 | Draft State House Map 192 9-30-21 RAS VRA revisions HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 93 | Draft State House Map  193 9-30-21 HD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 94 | Draft State House Map 194 10-1-21 HD RAS VRA V2 | Commission Objections:Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 95 | Draft State House Map 204 10-05-21 v1 HD | Commission Objections:Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 96 | Final State House Map Hickory 280 2021-12-29 | Commission Objections:Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 97 | Draft State Senate Map 161 9-13-21 v1 SD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 98 | Draft State Senate Map 162 9-13-21 v2 SD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 99 | Draft State Senate Map 163 9-15-21 v16 SD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 100 | Draft State Senate Map 164 9-15-21 v16B SD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 101 | Draft State Senate Map 165 9-15-21 v16A SD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 102 | Draft State Senate Map 168 9-13-21 v1 SD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 103 | Draft State Senate Map 169 9-14-21 v1 SD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 104 | Draft State Senate Map 170 9-14-21 v14 SD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 105 | Draft State Senate Map 199, 10-4-21 V2 SD | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 106 | Draft State Senate Map 270 Kellom Senate | Commission Objections: Relevance; Hearsay; Lack of Foundation; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 107 | Jocelyn Benson, *Turning Lemons into Lemonade: Making Georgia v Ashcroft the Mobile v Bolden of 2007*, 39 Harv CR-CLL Rev 485, 495 (2004). | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 108 | Alvaro Bedoya, *The Unforeseen Effects of Georgia v Ashcroft on the Latino Community*, 115 Yale LJ 2112, 2141-42 (2006). | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 109 | Promote the Vote 2021 District Narrative Report | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 110 | Marcus D. Casey and Bradley L. Hardy, *The Evolution of Black Neighborhoods Since Kerner,* The Russell Sage Foundation Journal of the Social Sciences, September 4, 2018 | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 111 | Senate Districts (Apportionment Plan - 1992) | | | |
| 112 | House Districts (Apportionment Plan - 1992) | | | |
| 113 | Majority-Minority House and Senate Districts with BVAPs (1992) | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 114 | Hendrickson, Clara, *Voters generally satisfied with change to redistricting process, poll shows*, Detroit Free Press, (Feb. 24, 2022, 4:42 PM), https://www.freep.com/story/news/politics/2022/02/24/michigan-redistricting-poll/6925021001/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 115 | Black Party Affiliation, *Black Demographics: The African American Population*, https://blackdemographics.com/culture/black-politics/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 116 | Warikoo, Niraj, B*lack Voters in Detroit key for Joe Biden and Gary Peters' Victories, Advocates Say*, Detroit Free Press, (Pub. Nov. 6, 2020) https://www.freep.com/story/news/politics/elections/2020/11/06/joe-biden-detroit-michigan-vote-election-2020/6168971002/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 117 | Ray, Rashawn, *How Black Americans saved Biden and American Democracy*, Brookings, (November 24, 2020) https://www.brookings.edu/blog/how-we-rise/2020/11/24/how-black-americans-saved-biden-and-american-democracy/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 118 | Banerjee, Mandira, *Detroit's Dark Secret: Slavery, Michigan Today*, (Feb. 19, 2018), https://michigantoday.umich.edu/2018/02/19/detroits-dark-secret-slavery/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 119 | Jaehnig, Chris, *African American Michigan: The Reconstruction Era, The Daily Mining Gazette*, (May 9, 2020), https://www.mininggazette.com/news/features/2020/05/african-american-michigan-the-reconstruction-era/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 120 | Bak, Richard, *The Dark Days of the Black Legion*, HOUR DETROIT, (February 23, 2009), https://www.hourdetroit.com/community/the-dark-days-of-the-black-legion/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |

Plaintiffs' Trial Exhibit List (w/ Commission Defendants' Objections)
Case No. 1:22-cv-00272

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 121 | Michigan Legal Milestones 22. *Ending Jim Crow*, State Bar of Michigan, https://www.michbar.org/programs/milestone/milestones endingjimcrow (last accessed Feb. 16, 2022) | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 122 | Stocking, Shannon, *U-M Research Raises Awareness of Racially Restrictive Covenants in Ann Arbor Housing*, The Michigan Daily (2021), https://www.michigandaily.com/ann-arbor/u-m-professors-reveal-racially-restrictivecovenants-ann-arbor-housing/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 123 | *History of Housing Discrimination Against African Americans in Detroit* (last visited Feb.1, 2022), https://www.naacpldf.org/files/our-work/Detroit%20Housing%20Discrimination.pdf | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 124 | Smith, et. al., *Data Analysis: "Modern-Day Redlining" Happening in Detroit and Lansing*, NPR (Feb. 15, 2018), https://www.michiganradio.org/news/2018-02-15/data-analysis-modern-day-redlining-happening-indetroit-and-lansing | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 125 | Stevens, Matt, *Poorer Americans Have Much Lower Voting Rates in National Elections than the Nonpoor, A Study Finds,* New York Times (Aug. 11, 2020), https://www.nytimes.com/2020/08/11/us/politics/poorer-americans-havemuch-lower-voting-rates-in-national-elections-than-the-nonpoor-a-study-finds.html | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 126 | Lanes, Caroline, *Detroit Ranked as One of the Most Segregated Cities in the Country*, MICHIGAN RADIO NPR (June 21, 2021), https://www.michiganradio.org/post/detroit-ranked-one-most-segregated-cities-country | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 127 | Rossman, Alex, *Michigan Has Stark Racial Disparities in Educational Attainment, Ranks Third Worst in Nation for Number of Bachelor Degrees Earned By Black Students*, MICHIGAN LEAGUE FOR PUBLIC POLICY (May, 29, 2020), https://mlpp.org/michigan-has-stark-racial-disparities-in-educational-attainment-ranks-third-worst-in-nation-fornumber-of-bachelor-degrees-earned-by-black-students/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 128 | Orner, Ben, *Black Michiganders voted heavily for Dems but were 'sacrificed' in representation*, Mlive (Nov. 28, 2022), https://www.mlive.com/politics/2022/11/black-michiganders-voted-heavily-for-dems-but-were-sacrificed-in-representation.html | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 129 | Barrett, Malachi, *What a Democratic majority in Lansing could mean for Detroit*, Bridge (Dec. 20, 2022) https://www.bridgemi.com/michigan-government/what-democratic-majority-lansing-could-mean-detroit | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 130 | Gibbons, Lauren, *Detroit lawmakers call redistricting commission's draft political maps 'unacceptable'*, MLive (Oct. 12, 2021), https://www.mlive.com/public-interest/2021/10/detroit-lawmakers-call-redistricting-commissions-draft-political-maps-unacceptable.html | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |

**Plaintiffs' Trial Exhibit List (w/ Commission Defendants' Objections)**
Case No. 1:22-cv-00272

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 131 | *The public speaks at Michigan Independent Citizens Redistricting Commission hearing*, The Detroit News (Oct. 20, 2021), https://www.detroitnews.com/picture-gallery/news/local/detroit-city/2021/10/20/michigan-independent-citizens-redistricting-commission-hearing/6108993001/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 132 | Hendrickson, Clara, *Redistricting commission told its draft maps violate federal Voting Rights Act*, Detroit Free Press, (Oct. 20, 2021), https://www.freep.com/story/news/local/michigan/detroit/2021/10/20/redistricting-commission-told-draft-maps-violate-federal-law/8510845002/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 133 | Thompson, Bankhole, *Democrats in Lansing have misplaced priorities*, The Detroit News (May 10, 2023) https://www.detroitnews.com/story/opinion/columnists/bankole-thompson/2023/05/10/democrats-in-lansing-have-misplaced-priorities/70202769007/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 134 | Thompson, Bankhole, *Democrats cater to unions at expense of Black issues*, The Detroit News (Mar. 19, 2023), https://www.detroitnews.com/story/opinion/columnists/bankole-thompson/2023/03/19/bankole-democrats-cater-to-unions-at-expense-of-black-issues/70018877007/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 135 | Thompson, Bankole, *Whitmer, Dems ignore Highland Park water crisis*, The Detroit News (Apr. 12, 2023), https://www.detroitnews.com/story/opinion/columnists/bankole-thompson/2023/04/12/bankole-whitmer-dems-ignore-highland-park-water-crisis/70106099007/ | Commission Objections: Authenticity; Relevance; Lack of Foundation; Hearsay | | |
| 136 | Demonstrative Exhibits That Will Reflect Portions of Previously Designated Trial Exhibits | Commission Objections: Relevance; Hearsay; Authenticity; Rule of Completeness | | For discussion. Objections may be modified or withdrawn after demonstrative provided & reviewed. |
| 137 | All Exhibits Designated in Vol. I - V of the Joint Appendix, and all Documents Referenced/Attached Therein | Commission Objections: Unclear what this exhibit is; Authenticity; Relevance; Lack of Foundation; Hearsay; Rule of Completeness; all Objections asserted to individual documents referenced in this Exhibit List that appear in summary-judgment briefing; it is not appropriate to list as an "exhibit" an unknown quantum of documents "referenced" in other materials | | On an initial review, nearly all of the Joint Exhibit materials are individually listed above as exhibits. |

**Plaintiffs' Trial Exhibit List (w/ Commission Defendants' Objections)**
**Case No. 1:22-cv-00272**

| EX # | Description | Objection(s) | Stipulation for admission? | Additional Notes |
|---|---|---|---|---|
| 138 | All Exhibits/Documents Attached or Referenced in All Summary Judgment Briefing | Commission Objections: Unclear what this exhibit is; Authenticity; Relevance; Lack of Foundation; Hearsay; Rule of Completeness; all Objections asserted to individual documents referenced in this Exhibit List that appear in summary-judgment briefing; it is not appropriate to list as an "exhibit" an unknown quantum of documents "referenced" in these materials. | | On an initial review, most, if not nearly all, of the documents referenced in the summary judgment briefing are individually listed as exhibits on either plaintiffs' list, or the Commission's. |
| 139 | All Election Results and Affiliated Campaign Finance Reports Pertinent to the Geographical Areas Comprised by the Challenged Districts | Commission Objections: Unclear what this exhibit is; Authenticity; Relevance; Lack of Foundation; Hearsay; Rule of Completeness; It is not appropriate to list as an "exhibit" an unknown quantum of documents. | | Objections may be modified or withdrawn if more detail specified and copies of proposed exhibit provided. |
| 140 | All MICRC Meeting Transcripts Referenced in Plaintiffs' Proposed Stipulated Facts | Commission Objections: Unclear what this exhibit is; Authenticity; Relevance; Lack of Foundation; Hearsay; Rule of Completeness; No stipulated facts have been agreed to as of the date of these objections. | Commission will stipulate to admission of entire Commission record of proceedings. | Objections may be modified or withdrawn if more detail specified and copies of proposed exhibit provided. |
| 141 | All Written Public Comment, Meeting Materials, and Affiliated Documents in All Referenced MICRC Meetings | Commission Objections: Unclear what this exhibit is; Authenticity; Relevance; Lack of Foundation; Hearsay; Rule of Completeness. | Commission will stipulate to admission of entire Commission record of proceedings. | |
| 142 | All Documents Referenced in Plaintiffs' Proposed Stipulated Facts | Commission Objections: Unclear what this exhibit is; Authenticity; Relevance; Lack of Foundation; Hearsay; Rule of Completeness; It is not appropriate to list as an "exhibit" an unknown quantum of documents. | | |