UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*; <br><br> Defendants. | Case No. 1:22-cv-00272 <br><br> **Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** <br><br> **ORAL ARGUMENT REQUESTED** |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Revised Maps & Charts showing Plaintiffs' residential addresses |
| 2 | 9/13/21 Email of Julianne Pastula |
| 3 | 9/30/21 AM Meeting Transcript, MICRC_007223, 007226-30 |
| 4 | 9/30/21 PM Meeting Transcript, MICRC_007343-44 |
| 5 | 10/4/21 Meeting Transcript, MICRC_007433-41, 44-47, 64, 79-92 |
| 6 | 10/6/21 Email of Julianne Pastula, Exhibit 6 |
| 7 | Excerpts from Deposition of Sean P. Trende |