# EXHIBIT 1

## Plaintiff Addresses and House/Senate District Assignments

| Plaintiff | Address | House District | House % BVAP | Senate District | Senate % BVAP |
|---|---|---|---|---|---|
| Donald Agee, Jr. | 474 Oliver Ct., Ecorse, MI 48229 | 12 | 11.63% | 2 | 50.88% |
| Jerome Bennett | 8318 Maxell, Warren, MI 48089 | 25 | 22.37% | 1 | 50.60% |
| Dennis Leroy Black, Jr. | 9491 McDougall St., Hamtramck, MI 48212 | 3 | 59.87% | 1 | 50.60% |
| Jamee Burbridge | 7558 East Robinwood, Detroit, MI 48234 | 3 | 59.87% | 1 | 50.60% |
| Beverly Ann Burrell | 2434 Edison St., Detroit, MI 48206 | 4 | 74.95% | 2 | 50.88% |
| Jemell Cotton | 1395 Antietam Ave., Detroit, MI 48207 | 5 | 50.35% | 2 | 50.88% |
| Teresa DuBose | 3700 Chatsworth St., Detroit, MI 48224 | 2 | 58.11% | 1 | 50.60% |
| Karen Ferguson | 20501 Livernois Ave. Detroit, MI 48221 | 8 | 92.15% | 3 | 50.41% |
| Michelle Keeble | 16015 East 7 Mile Road, Detroit, MI 48205 | 8 | 92.15% | 5 | 50.16% |
| Kimberly Hill Knott | 19391 Warrington Dr, Detroit, MI 48221 | 8 | 92.15% | 3 | 50.41% |
| Barbara Gail London | 16508 Bringard Dr., Detroit, MI 48205 | 1 | 51.64% | 1 | 50.60% |
| Norma McDaniel | 4411 Irene St., Inkster, MI 48141 | 14 | 26.64% | 4 | 50.01% |
| Glenda McDonald | 251 Connecticut St., Highland Park, MI 48203 | 4 | 74.95% | 2 | 50.88% |
| Janet Marie Overall | 1864 S. Deacon St., Detroit, MI 48217 | 11 | 13.20% | 2 | 50.88% |
| Shirley L. Radden | 639 Rivard Blvd., Grosse Pointe, MI 48230 | 2 | 58.11% | 12 | 11.30% |
| Davonte Sherard | 3844 12th St., Ecorse, MI 48229 | 12 | 11.63% | 2 | 50.88% |
| Michelle T. Smith | 36554 W. Lyman Rd., Farmington Hills, MI 48331 | 53 | 12.43% | 9 | 11.10% |
| Kenyetta Snapp | 1405 Shore Club Drive, Saint Clair Shores, Michigan 48080 | 1 | 51.64% | 1 | 50.60% |
| Donyale Stephen-Atara | 30403 Berghway Trail, Warren, MI 48092 | 26 | 11.02% | 10 | 6.74% |
| Tanesha Wilson | 19354 Cliff St., Detroit, MI 48234 | 3 | 59.87% | 1 | 50.60% |











