# EXHIBIT 2

## Szetela, Rebecca (MICRC)

| | |
|---|---|
| **From:** | Pastula, Julianne (MICRC) |
| **Sent:** | Monday, September 13, 2021 5:19 PM |
| **To:** | Szetela, Rebecca (MICRC); Rothhorn, MC (MICRC) |
| **Cc:** | Badelson1 |
| **Subject:** | Privileged & Confidential: Significant Concerns from General Counsel and VRA Counsel |

THIS EMAIL IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION THAT CONSTITUTES ATTORNEY WORK PRODUCT AND CONTAINS LEGAL ADVICE.
PLEASE DO NOT COPY, DISTRIBUTE, SHARE OR DISCLOSE THE PRIVILEGED & CONFIDENTIAL INFORMATION IN THIS EMAIL.

Dear Chair Szetela and Vice Chair Rothhorn,

Bruce and I are very concerned and alarmed about the drafting of packed districts that is occurring during today's mapping session. While the work is preliminary and future steps can be taken to remediate - this will become much more difficult the more packed districts that are drawn. In addition to not being able to justify the numbers coming out of today to a court, these drafts also create expectations on behalf of the public that will also be difficult to address moving forward.

The disaggregated election data was not available last Thursday when the Commission first moved into areas where the VRA is implicated. This was the data Lisa highlighted during her presentation on Sept 2nd which is critical for the Commission (and Bruce) to move forward. Today, the data appears to be loaded but there was no coordination of a presentation by Kim (which he offered over the weekend) to introduce the data and orient the Commission to it in advance of your mapping work. It has been 2 weeks and the Commission still does not have the critical updates it needs to the software even scheduled. This cannot be accepted by Commission any longer.

This complete breakdown of communication and the lack of information the Commission needs to perform its work is unacceptable and will continue to negatively impact its work unless it is addressed. The Commission desires to create best practices which will be measured by a successful defense of its maps after all legal challenges are done not by any other metric. The complete opposite is being done by the lack of information and coordination. The Commission is running out of time and have an enormous amount of work to do. The current course of action is against the advice of counsel and your RPV expert.

Everyone is making personal sacrifices but there needs to be uniform emergency among a majority of the Commission and unanimous understanding of the law. The current environment is not allowing either to take center stage.

The Commission should consider extending its meeting time for Mon-Wed, consolidating locations (instead of driving 6 hours round trip for a 6 hour meeting) and consider adding Friday meetings in order for the work to get done.

I recommend we have a call to discuss this email as soon as possible and would be happy to coordinate it to accommodate everyone's busy schedules.

Sincerely,

**Julianne Pastula**
*General Counsel*
State of Michigan

1

Independent Citizens Redistricting Commission
517.331.6318
PastulaJ1@Michigan.gov

**Julianne Pastula**
*General Counsel*
State of Michigan
Independent Citizens Redistricting Commission
517.331.6318
PastulaJ1@Michigan.gov