# EXHIBIT 4

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

Yeah, so you know the next 20 minutes.
All right so I'm prefacing this map saying I know it looks a little funky but the goal is to reduce the numbers.
Of the voters in the range that Dr. Handley is looking for us to do.
So this is just one, I just did this really fast on the fly.
During the lunch break, yes go ahead.

>> MR. MORGAN: Two questions on this, just as we had before where I could bring up the plan you're working on and bring yours as an overlay or I can just upload your plan straight into the program.

>> CHAIR SZETELA: I would upload it because I'm particularly interested in Mr. Adelson's view on the numbers.
Because the whole point was to fix the numbers and I think we can adjust lines where needed.
But I really want to know what his thoughts are from a VRA perspective with the numbers.
Because I've got some pretty big reductions in concentration within over a broad variety of districts and I'm hoping they are more in line with what he is thinking and that if he is and he is happy with it perhaps we can continue to tweak those lines to make them less you know less dividing communities, less dividing communities of interest.
It is certainly not a perfect map.
I don't want people freaking out about it online.
What did you say?

>> MR. MORGAN: Madam Chair.

>> CHAIR SZETELA: Yes.

>> COMMISSIONER EID: In addition to Mr. Adelson's evaluation for break down for populations you have been able to reduce I think it would be good to look at the break down of the Dearborn districts because they are going to change.

>> CHAIR SZETELA: Yes, I agree.

>> MR. MORGAN: I have the plan uploaded can you confirm what you think is the correct plan.

>> CHAIR SZETELA: Yes, that appears to be the correct plan.
All right like I said some of these districts are crazy.
They are long, they are narrow and skinny but 16 and 21 but if you look at the percentages for District 1, District 1 was not the big issue District 2 was originally 60.73%.
Voting age population African/American it's now down to 46.
3 was 28 and I brought it up to 40 so it's a little more balanced.
6 was 64%.
It's now down to 48%.
8 was 52% it's now down to 35%.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

14 was at 59% it's now down to 49%.
15 was at 49% it's now down to 42%.
And then 18 which was one of our big problem districts was at 76% and it's now down to 38%.
So I have on that list three districts that are above 50, a 53.24 which is 4, 51.9, 50.89 but everything else is below 50%.
So like I said it's just a thought.
I mean I think we can accomplish what Mr. Adelson is suggesting we do.
It's just going to require a little creativity and like I said I certainly don't think this is a final map.
We could definitely move some of these lines make things a little fatter or skinnier to make them not look so long and skinny but the point is I think it's a little closer to a VRA compliant plan than what we had.

>> MR. MORGAN: Madam Chair if I could just respond briefly.
I agree I think you just look the numbers often tell the story so the numbers in analysis really reveal what you have been doing is moving in the direction you said.
You've made some pretty significant compliance alterations and to your credit, I think no question just looking at the numbers you can see what the changes are.
And I agree.
I think that the...there will be opportunities to make additional changes, additional changes as you suggest.

>> CHAIR SZETELA: I do want to look particularly at 3 and I think it's 7 for the Arab American and looks like I have dis-continuities and 3 and 7 Arab American of interest and they were good in the last map but would like to see the voting breakdown if that is opportunity to elect District 4 Arab Americans because I did make some changes there but focusing on VRA because that is isn't one but Arab American is also a VRA issue.
Commissioner Clark?

>> COMMISSIONER CLARK: Yeah, when you put this configuration together, did the approach you take was to extent the spokes north and west both.

>> CHAIR SZETELA: I had to create a couple new districts so District 5 and 9 if you notice those are not what we had before so I changed the way 9 was going and added in the new District 5.
And I thought there was one other one I added too.
Lark.

>> COMMISSIONER CLARK: You did not create but reconfigured.

>> CHAIR SZETELA: In the process of reconfiguring I created a new District that was left over from the reconfiguration.

>> COMMISSIONER CLARK: We only have 110 districts is the reason.

>> CHAIR SZETELA: Ideally, I would like to get 21 and 16 looking more like 10, 11 and 12 in terms of their thickness if we could.