# EXHIBIT 6

## Szetela, Rebecca (MICRC)

| | |
|---|---|
| **From:** | Pastula, Julianne (MICRC) |
| **Sent:** | Wednesday, October 6, 2021 7:12 PM |
| **To:** | kbrace@aol.com |
| **Cc:** | Hammersmith, Suann (MICRC); Szetela, Rebecca (MICRC); Rothhorn, MC (MICRC); Reinhardt, Sarah (MDOS); Badelson1 |
| **Subject:** | Partisan Data/Partisan Fairness Measures |
| **Importance:** | High |

Dear Kim,

We urgently need to have a telephone conference this evening to address this issue. The manner in which the partisan data is being presented does not assist the Commission in determining how and where to make focused adjustments to districts. The "trial and error" approach being employed today is far too time consuming and does not have any cognizable methodology. Even worse the time spent is not resulting in productive improvements. Given that the Commission only has 3 days left to finalize its draft proposed maps this must be addressed immediately.

On or about August 6th, I expressed concern with the display of partisan data as the Commissioners were focusing on the displayed political data and because we don't have competitiveness as a criteria, drawing with partisan data was inappropriate. At the time, you indicated it could be "hidden" leading me to believe it is in the active matrix. We need to discuss a more productive way forward so the Commission can interact with partisan data in a more meaningful and time efficient way.

I have taken the liberty of sending an invite for 8:30 pm. I acknowledge you are traveling to the East coast, please advise an alternate time this evening is needed.

Sincerely,

**Julianne Pastula**
*General Counsel*
State of Michigan
Independent Citizens Redistricting Commission
517.331.6318
PastulaJ1@Michigan.gov