# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DONALD AGEE, JR., an individual, *et al.*,

    Plaintiffs,

v.

JOCELYN BENSON, in her official Capacity as the Secretary of State of Michigan, *et al.*;

    Defendants.

_____/

No. 1:22-cv-00272

THREE-JUDGE PANEL APPOINTED PURSUANT TO 28 U.S.C. § 2284(A)

## CERTIFICATE OF COMPLIANCE

In accordance with W.D. Mich. LCivR 7.3(b)(ii), this brief complies with the word limit of W.D. Mich. LCivR 7.3(b)(i) because, excluding the parts exempted by this rule, this brief contains 4,248 words. The word count was generated using Microsoft Word for Microsoft 365.

Respectfully submitted,

*/s/ John J. Bursch*
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com

Michael J. Pattwell (P72419)
James J. Fleming (P84490)
Amia A. Banks (P84182)

CLARK HILL PLC  
*Attorneys for Plaintiffs*  
215 S Washington Square, Ste. 200  
Lansing, MI 48933  
mpattwell@clarkhill.com  
jfleming@clarkhill.com  
abanks@clarkhill.com  
(517) 318-3100

Dated: October 11, 2023