UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br><br>JOCELYN BENSON, et al.,<br><br>        Defendants. | Case No. 1:22-CV-00272-PLM-RMK-JTN<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I served a copy of **Plaintiffs' Brief in Opposition to Commission Defendants' Motion to Strike Supplemental and Rebuttal Report of Sean Trende and *In Limine* Precluding Plaintiffs from Offering the Report at Trial** on all parties, or their counsel of record, via electronic mail.

                                                      Respectfully submitted,

                                                      */s/ John J. Bursch*
                                                      John J. Bursch (P57679)
                                                      BURSCH LAW PLLC
                                                      *Attorney for Plaintiffs*
                                                      9339 Cherry Valley Ave SE, #78
                                                      Caledonia, MI 49316
                                                      (616) 450-4235
                                                      jbursch@burschlaw.com

                                                      Michael J. Pattwell (P72419)
                                                      James J. Fleming (P84490)
                                                      Amia A. Banks (P84182)
                                                      CLARK HILL PLC
                                                      *Attorneys for Plaintiffs*
                                                      215 S. Washington Square, Ste. 200
                                                      Lansing, MI 48933
                                                      (517) 318-3100
                                                      mpattwell@clarkhill.com

Dated: October 11, 2023