UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

Case No. 1:22-cv-272

Three-Judge Court

## ORDER

For the reasons stated on the record at the final pretrial conference held on October 5, 2023,

**IT IS HEREBY ORDERED** that the Case Management Order (ECF No. 82) is amended to reflect that Proposed Findings of Fact and Conclusions of Law after trial shall be submitted to the Panel no later than **December 4, 2023.**

Dated: October 13, 2023

        /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge
On behalf of the Three-Judge Panel