UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Agee, Jr., et al v. Benson, et al

**Case Number:** 1:22-cv-272
**Date:** November 1, 2023
**Time:** 8:54 a.m. – 10:40 a.m.
   10:59 a.m. – 11:55 a.m.
   1:02 p.m. – 2:48 p.m.
   3:03 p.m. – 4:28 p.m.
**Place:** Kalamazoo
**Three-Judge Panel:** Paul L. Maloney, Raymond M. Kethledge, and Janet T. Neff

**APPEARANCES**

Plaintiffs:  John J. Bursch, Michael J. Pattwell, Jennifer K. Green, Amia Banks, and James J. Fleming

Defendant Benson:  Erik A. Grill

Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners: Katherine McKnight, Dima Atiya, E. Mark Braden, Patrick T. Lewis, and Nathan Fink

**PROCEEDINGS**

Nature of Hearing:  Bench Trial – Day 1; opening statements by Plaintiffs and Commission Defendants; Defendant Benson waives opening; Plaintiffs' presentation of evidence

**WITNESSES**

Plaintiffs:  Rebecca Szetela, M. Carlo (M.C.) Rothhorn, Juanita Curry, Rhonda Lange, Erin Wagner

**EXHIBITS**

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibits 2, 3, 5, 15, 21, 22, 34, 46, 48, 49, 53, 55, 57, 62, 63, 64, 90, 93, 95, 96, 96a, 98 104, 105, 130, 136, 140, 142 | No motion |
| Commission Defendants' Exhibit TX1 | No motion |

Court Reporter: Genevieve Hamlin          Case Manager: Amy Redmond