UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Agee, Jr., et al v. Benson, et al

**Case Number:**   1:22-cv-272
**Date:**  November 2, 2023
**Time:**  8:54 a.m. – 10:08 a.m.
            10:25 a.m. – 12:02 p.m.
            1:14 p.m. – 3:15 p.m.
            3:33 p.m. – 4:39 p.m.
**Place:**  Kalamazoo
**Three-Judge Panel:**  Paul L. Maloney, Raymond M. Kethledge, and Janet T. Neff

**APPEARANCES**

Plaintiffs:  John J. Bursch, Michael J. Pattwell, Jennifer K. Green, Amia Banks, and James J. Fleming

Defendant Benson:  Erik A. Grill

Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners: Katherine McKnight, Dima Atiya, E. Mark Braden, Patrick T. Lewis, and Nathan Fink

**PROCEEDINGS**

Nature of Hearing:   Bench Trial – Day 2; continuation of Plaintiffs' presentation of evidence; Plaintiffs rest

**WITNESSES**

Sean Trende, Dr. Brad Lockerbie, Virgil Smith, LaMar Lemmons

**EXHIBITS**

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibit 19, 20 | Received |
| Plaintiffs' Exhibit 16 | No motion |
| Plaintiffs' Exhibit 10 | Denied |
| Commission Defendants' Exhibit TX1 | No motion |

Court Reporter: Genevieve Hamlin            Case Manager: Amy Redmond