UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Agee, Jr., et al v. Benson, et al

**Case Number:**  1:22-cv-272
**Date:** November 3, 2023
**Time:**  8:41 a.m. – 10:24 a.m.
          10:40 a.m. – 12:18 p.m.
          1:20 p.m. – 2:56 p.m.
          3:06 p.m. – 3:59 p.m.
**Place:**  Kalamazoo
**Three-Judge Panel:**  Paul L. Maloney, Raymond M. Kethledge, and Janet T. Neff

## APPEARANCES

Plaintiffs:  John J. Bursch, Michael J. Pattwell, Jennifer K. Green, Amia Banks, and James J. Fleming

Defendant Benson:  Erik A. Grill

Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners: Katherine McKnight, Dima Atiya, E. Mark Braden, Patrick T. Lewis, and Nathan Fink

## PROCEEDINGS

Nature of Hearing:  Bench Trial – Day 3; Commission Defendant's presentation of evidence

## WITNESSES

Commission Defendants:  Anthony Eid, Bruce Adelson

## EXHIBITS

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibits 36, 64, 65, 71, 72 | No motion |
| Commission Defendants' Exhibits TX 1, 2, 4, 5, 7, 15, 17, 18, 19, 21, 50, 51, 52 | No motion |

Court Reporter: Genevieve Hamlin          Case Manager: Amy Redmond