UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Agee, Jr., et al v. Benson, et al

**Case Number:**  1:22-cv-272
**Date:**  November 6, 2023
**Time:**  8:50 a.m. – 10:43 a.m.
       11:01 a.m. – 12:16 p.m.
       1:19 p.m. – 3:16 p.m.
       3:32 p.m. – 4:46 p.m.
**Place:**  Kalamazoo
**Three-Judge Panel:**  Paul L. Maloney, Raymond M. Kethledge, and Janet T. Neff

### APPEARANCES

Plaintiffs:  John J. Bursch, Michael J. Pattwell, Jennifer K. Green, Amia Banks, and James J. Fleming

Defendant Benson:  Erik A. Grill

Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners: Katherine McKnight, Dima Atiya, E. Mark Braden, Patrick T. Lewis, and Nathan Fink

### PROCEEDINGS

Nature of Hearing:  Bench Trial – day 4; continuation of Commission Defendants' presentation of evidence

### WITNESSES

Bruce Adelson, Dr. Jonathan Rodden, Dr. Lisa Handley

### EXHIBITS

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibits 5, 15, 18, 22, 45, 55, 64, 71, 140, 142 | No motion |
| Commission Defendants' Exhibits TX 1, 3, 4, 6, 7, 8, 10, 11, 14, 17, 19, 21, 48, 49, 55, 56, DDX001, DDX004 | No motion |
| Commission Defendants' Exhibits TX 25, 26 | Received |

Court Reporter: Genevieve Hamlin              Case Manager: Amy Redmond