UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Agee, Jr., et al v. Benson, et al

**Case Number:**  1:22-cv-272
**Date:**  November 7, 2023
**Time:**  8:48 a.m. – 10:38 a.m.
  10:56 a.m. – 11:52 a.m.
  12:55 p.m. – 3:51 p.m.
  4:07 p.m. – 5:17 p.m.
**Place:**  Kalamazoo
**Three-Judge Panel:**  Paul L. Maloney, Raymond M. Kethledge, and Janet T. Neff

**APPEARANCES**

Plaintiffs:  John J. Bursch, Michael J. Pattwell, Jennifer K. Green, Amia Banks, and James J. Fleming

Defendant Benson:  Erik A. Grill

Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners: Katherine McKnight, Dima Atiya, E. Mark Braden, Patrick T. Lewis, and Nathan Fink

**PROCEEDINGS**

Nature of Hearing:  Bench trial – day 5; continuation of Commission Defendants' presentation of evidence; Commission Defendants rest

**WITNESSES**

Dr. Lisa Handley, Dr. Maxwell Palmer, Kent Stigall

**EXHIBITS**

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibits 16, 20, 140b, 140c | No motion |
| Commission Defendants' Exhibits TX 2, 4, 7, 17, 26, 48, 57, DDX001, DDX002, DDX003, DDX004 | No motion |
| Commission Defendants' Exhibit TX 24 | Received |

Court Reporter: Genevieve Hamlin          Case Manager: Amy Redmond