UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# AMENDED MINUTES

**CASE CAPTION:** Agee, Jr., et al v. Benson, et al

**Case Number:** 1:22-cv-272
**Date:** November 8, 2023
**Time:** 9:35 a.m. – 11:04 a.m.
**Place:** Kalamazoo
**Three-Judge Panel:** Paul L. Maloney, Raymond M. Kethledge, and Janet T. Neff

**APPEARANCES**

Plaintiffs:  John J. Bursch, Michael J. Pattwell, Jennifer K. Green, Amia Banks, and James J. Fleming

Defendant Benson:  Erik A. Grill

Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners: Katherine McKnight, Dima Atiya, E. Mark Braden, Patrick T. Lewis, and Nathan Fink

**PROCEEDINGS**

Nature of Hearing:  Bench Trial – day 6; stipulations for admission of exhibits placed on the record; closing arguments by Plaintiffs and Commission Defendants; post-trial submissions due by 12/4/2023; opinion and order to issue

**EXHIBITS**

| Description | Admitted |
|---|---|
| Plaintiffs' Exhibits 1, 2, 3, 5, 10, 15, 16, 18, 19, 20 (pp. 1-125), 21, 22, 34, 36, 45, 46, 48, 49, 53, 55, 57, 62, 63, 64, 65, 71, 72, 73, 74, 90, 93, 95, 96, 96a, 98, 101, 104, 105, 130, 136, 140, 140b, 140c, and 142 (pp. 62-169) | Received |
| | |
| Commission Defendants' Exhibits XT 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, DDX 01, 02, 03, 04 | Received |

Court Reporter: Genevieve Hamlin          Case Manager: Amy Redmond