## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DONALD AGEE, JR., an individual, *et al.*,

        Plaintiffs,

v.

JOCELYN BENSON, *et al.*,

        Defendants.

Case No. 1:22-cv-00272

**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)**

**ORAL ARGUMENT REQUESTED**

## INDEX OF EXHIBITS – PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| Exhibit | Description |
|---------|-------------|
| A | Michigan Department of State Vendor Evaluation Ranking and Rationale |
| B | Communities of Interest Process Document - April 22, 2021 |
| C | Pastula Email to Commissioner Lange – October 11, 2021 |
| D | Affidavit of Rebecca A. Szetela [Exhibits A – C] |
| E | Handley Email – December 9, 2021 |
| F | Pastula Email – December 10, 2021 |
| G | MIRS Article |