# **EXHIBIT A**

Vendor Evaluation Ranking and Rationale
RFP 920, 210000000714
**Voting Rights Act (VRA) Legal Counsel**

After staff review and scoring, we recommend inviting two vendors for interviews before the entire MICRC – The Law Office of Bryan L. Sells and Federal Compliance Consulting. Please see below for an overview of the ranking and rationale for this recommendation.

| **Bidder: Federal Compliance Consulting** | **Ave. Vendor Score: 93** |
|---|---|

RATIONALE/GENERAL OBSERVATIONS
- Bruce Adelson has 38 years experience as an attorney with extensive redistricting experience since 2011.
- Redistricting experience with U. S. Department of Justice (DOJ) as senior trial attorney in the voting rights section
- Redistricting experience serving the AZ Independent Redistricting Commission over two cycles
- Relevant state level experience in five states
- Experience in MI with VRA and MI election law; also has provided pro bono advice to MI Dept. of Elections in the past
- His motivation is a commitment to citizen-based redistricting; has unique experience to benefit MI
- Will provide impartial advice and counsel according to the law
- Experience with reports and memoranda, including providing Gingles analysis
- Understands transparency and public engagement, including COI
- Extensive connections in the VRA arena
- Will share his training experience with the MICRC; proposal includes both VRA and redistricting training
- Agrees to RFP Terms and Conditions

| **Bidder: Law Office of Bryan L. Sells** | **Ave. Vendor Score: 80** |
|---|---|

RATIONALE/GENERAL OBSERVATIONS
- Bryan Sells has over two decades of experience in redistricting; extensive VRA experience
- Worked with the U.S. DOJ in Civil Rights Division for five years, working on sections 2 & 5 of the VRA and analyzing plans for compliance; on trial team for Texas litigation
- Lead counsel on South Dakota Native Americans 2001 legal challenge
- Has been lead counsel in 52 voting rights cases, including 33 regarding redistricting
- His motivation is public service utilizing his expertise to serve
- His approach will be to let facts and evidence guide analysis without regard to party or faction
- Anticipates providing short legal memoranda to the MICRC
- Has a broad network of experts in related fields from his 20 years of work in voting rights
- Provided a separate detailed project plan
- Has experience training others regarding VRA and redistricting, and will do so with the MICRC
- Agrees to RFP Terms and Conditions

Note: The remaining bidders – Clark-Hill PLC; Crimcard Consulting Services; Honigman LLP; Tueth Kenney Cooper Mohan Jackstadt PC; and Sandler Reiff Lamb Rosenstein & Birkenstock PC scored below the 80-point technical evaluation threshold, so were not moved forward for further consideration in the evaluation process.