# **EXHIBIT C**

**From:** Pastula, Julianne (MICRC) <PastulaJ1@michigan.gov>
**Sent:** Monday, October 11, 2021 4:30 PM
**To:** Lange, Rhonda (MICRC) <LangeR2@michigan.gov>
**Subject:** Measures

Dear Rhonda,

I've attached Dr. Handley's PPT which shows the numbers for gerrymandered districts.  I've also attached Bruce's P&C memo on deviations for you.

Remember lower is better but have some leeway to explain/justify the numbers:

Equal population deviation:

State legislative 0-5%

Congressional less than 0.3% (up to 0.4% pending compliance analysis)

VRA:

Wayne & Genesee Counties 35-40% BVAP

Oakland & Saginaw Counties 40-45% BVAP

Partisan Fairness:

Seats/Votes Ratio:  Party w/majority votes should win majority of seats.  Small gap ok if in favor of party with majority seats.

Lopsided margins – less than 8%

Mean Median: less than 5

Efficiency Gap 7-8% could indicate potential issue

Bruce is sitting next to me and concurs!

Please reach out with any specific questions or issues.

**Julianne Pastula**

*General Counsel*

State of Michigan

Independent Citizens Redistricting Commission

517.331.6318

PastulaJ1@Michigan.gov

2/2

---

**2 attachments**

 **Partisan fairness_suggested unacceptable scores Dr Handley Oct 5.pptx**
172K

 **P&C MICRCOne Person One Vote and Acceptable Population Deviations Circulated June 24.pdf**
147K