# **EXHIBIT E**

**From:** lrhandley@aol.com
**To:** Pastula, Julianne (MICRC); kbrace@aol.com; badelson1@comcast.net; Hammersmith, Suann (MICRC)
**Subject:** Handley written report for Michigan
**Date:** Thursday, December 9, 2021 9:28:08 AM

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Prompted by Sue, I've begun drafting my long-promised written report. As requested, I have undertaken a comparison of the plans on both VRA compliance and partisan fairness grounds. I have run across a serious wrinkle that I would like to discuss. Is this possible?

-----Original Message-----
From: Pastula, Julianne (MICRC) <PastulaJ1@michigan.gov>
To: lrhandley@aol.com <lrhandley@aol.com>; kbrace@aol.com <kbrace@aol.com>; kmcknight@bakerlaw.com <kmcknight@bakerlaw.com>; badelson1@comcast.net <badelson1@comcast.net>
Sent: Wed, Oct 27, 2021 10:55 pm
Subject: VRA

# Microsoft Teams meeting

## Join on your computer or mobile app
Click here to join the meeting

## Or call in (audio only)
+1 248-509-0316,,752560542#   United States, Pontiac
Phone Conference ID: 752 560 542#
Find a local number | Reset PIN

Learn More | Meeting options