# **EXHIBIT F**

| | |
|---|---|
| From: | Pastula, Julianne (MICRC) |
| To: | Badelson1; McKnight, Katherine L.; Nate Fink; dfink@finkbressack.com |
| Subject: | P&C: Information for Discussion |
| Date: | Friday, December 10, 2021 6:12:00 PM |
| Attachments: | Plan comparison Minority Districts.xlsx |
| | Plan Comparisons Partisan Fairness.xlsx |

Dear Legal Team,

I acknowledge the focus this weekend is on our response due Monday and the attendant preparation for the hearing.  I did want to circulate the information from the Teams meeting and we can address/more fully discuss when appropriate including how to present this information to our client prior to their vote.  As indicated during the call, the percentage ranges provided by Dr. Handley in her September presentation/charts and utilized during drafting did not correspond to the information shared today.  The lack of primary election data generally as well as promised information regarding whether the white candidates are candidates of choice as well as data re: white voter preferences (req. at end of Oct on death threat day) are relevant.  Also potentially relevant is the increase in Latino/Asian population in Detroit while Black population decreased and whether maintaining the number of minority opportunity districts raises predominance issues.  I will certainly defer to the expertise of Bruce as VRA counsel and Kate's team on these issues but I do not see where there is a clearly identifiable Sec. 2 violation.

Sincerely,

**Julianne Pastula**
*General Counsel*
State of Michigan
Independent Citizens Redistricting Commission
517.331.6318
PastulaJ1@Michigan.gov