# ADDENDUM
# Part 2

# SEPTEMBER 15, 2021

# SEPTEMBER 15, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

Let me see what shape file I was using and see if it was the alternate or the other one

>> MR. MORGAN: May be a designation of A for the alternate one which would be the most recent one where things ended yesterday.

>> VICE CHAIR ROTHHORN: I'm not using the alternate.

I'm using the without the A, so the 91421.

No A

>> MR. MORGAN: Okay so I'll bring that one up and you can look at it and confirm that what I have on my computer is what you think is in your plan.

>> VICE CHAIR ROTHHORN: Sounds good, thank you.

For benefit of the Commissioners we had an excellent sort of I think it was yeah District 8 and yesterday at the end of the day with Bruce Adelson I was trying to sort of figure out how to continue sort of that idea of a spoke that the District 7, District 6 and District 8 in particular sort of resemble spokes leaving the river.

And sort of going out into the suburban areas.

And so if 9 and 13 right currently don't look like spokes that is what I'm going to try to do here.

And so and where to begin is so this is not actually it must have been the A.

This is not what I'm looking at John

>> MR. MORGAN: So this is where we stopped right before you started drawing.

And then I'm going to bring up the other plan which is the end of where you finished drawing so that is the one that is A.

Just a moment.

>> VICE CHAIR ROTHHORN: And I will acknowledge one of the things I'm doing with the spokes and I will try to work on two districts at the same time in order to make this spoke idea kind of work.

I'm trying to acknowledge sort of an I think there were two in the southern area.

Yes, this is the one John thank you.

I think this will be more efficient if we sort of start from here.

I'm trying to acknowledge an LGBTQ circle community of interest and sort of the northern tier sort of it's in District 14.

That's one community of interest I'm trying to do, work into this.

Then the southern tier John closer to the river there is two communities in particular, 48217 I think was the name they sort of gave it and also a Latin X community.

There is some tension there so I'm looking for Commissioners to help me sort of figure out the best way to do it.

At this point, John, so I'm going to I like I think we all like District 8 and District 13 is drawn with the on the eastern edge of that District 13 I think we have a good border.

And, yeah, and I think we also so it's not starting all the way at the river and at this point I just want to confirm with other Commissioners who are familiar with the area if we don't start it all the way at the river does that feel like the right thing to do meaning to

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

start District 13 and when I say start, I mean at the southern border where John has the cursor does that feel like a good place to start at this point? It looks like it represents the communities of interest I wanted to preserve sort of in the southern that Latin X community.

I would suggest that this actually is a good place to start but I'm looking for any input.

>> CHAIR SZETELA: Can we Zoom in a little built so we can see what streets are right around there? I'm just wondering it looks like it's 75 going through.

Okay so yeah that is the southern border of 75

>> MR. MORGAN: 75 is over here and this is the border with 8 basically.

>> VICE CHAIR ROTHHORN: Continue 13 and we will work on 13 firefighters and we will go I think the we are going to clean up the edge in order so we can so we are going to take a little bit, we are going to assign some of the District that is in 13 on the western edge and assign that to District 9 and there is a

>> MR. MORGAN: Sorry when you say cleanup the western end do you mean assign this from 9 to 13, 13 is under populated at the moment.

>> VICE CHAIR ROTHHORN: I know we will head further north with 13 and we are going to bite into District 14.

So at this point, yeah, that edge where you were, that edge of 13 the western edge of 13 where you were earlier, we are just going to clean that up and go to sort of go from south to north, yes, so we are at I think McNichols is that 8 mile? At the top there? Yes, that is 8 mile so we will go from 8 mile, that edge, yes, so yep right there is 8 mile and right at that corner so just the western yellow we are going to assign to 9.

>> MR. MORGAN: And this is the ten here, I think.

>> VICE CHAIR ROTHHORN: Correct we're not going to follow the road.

We are going to there is a neighborhood it might help you and me both if we -- if you pull up the overlay which is the Detroit neighborhood maps, please

>> MR. MORGAN: Okay.

Just a second for that.

>> VICE CHAIR ROTHHORN: Sure

>> MR. MORGAN: So this is the neighborhood overlay.

>> VICE CHAIR ROTHHORN: I will name the names because I have it pulled up on mine.

So that edge again we are in that area so please we are going to keep the neighbors as whole as possible.

And so that you are selecting I guess at the block level and precinct level right work

>> MR. MORGAN: Precinct level and again we are taking from 9 sorry I'm taking into 13 from 9.

>> VICE CHAIR ROTHHORN: We are taking

>> MR. MORGAN: Other way around from 13 into 9.

>> VICE CHAIR ROTHHORN: Correct.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

Yep.

So then go above where you just assigned and pull that next Roy out.

Same thing.

We are just going to assign that over.

>> MR. MORGAN: This next grouping?

>> CHAIR SZETELA: Yep.

Could you Zoom in so I can see where Southfield freeway is? I think Southfield is right in the center there.

Rosedale and Grandmont.

>> VICE CHAIR ROTHHORN: Eastern.

>> COMMISSIONER LETT: Along Southfield.

>> VICE CHAIR ROTHHORN: Rosedale park.

>> CHAIR SZETELA: That is what I'm looking for because I want that kept together so help me on this map, we are looking at Rosedale park Grandmont and north Rosedale together.

So I have it carved out here but I can't really tell.

>> VICE CHAIR ROTHHORN: I see Commissioner Curry nodding her head is that right, Juanita?

>> CHAIR SZETELA: Rosedale, Grandmont, north Rosedale and Southfield freeway is the guide on the left side so I believe we need to Zoom to 9 on the west side of the Southfield freeway

>> MR. MORGAN: This is M39.

>> CHAIR SZETELA: This is Southfield so just Zoom in a little bit so question with see the neighborhood names.

Or the roads.

So we are looking for

>> MR. MORGAN: Grand River to Southfield sed Szetela looking for Finkle or McNichols there it is right there so you see where the road comes through and starts curving down above where the nine is? That I believe is the upper edge of Rosedale.

So we want to take that area.

If I've got this right

>> MR. MORGAN: This says outer.

>> CHAIR SZETELA: Can you put on the layer of the neighborhoods again because that will make it easier

>> MR. MORGAN: Okay.

>> CHAIR SZETELA: I'm looking for specific neighborhoods that are community of interest that want to stay together and I want to make sure I have not split them.

Is that the same as that?

>> MR. MORGAN: Okay at this scale I've got the...

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> CHAIR SZETELA: There it is right there north Rosedale park that is the upper edge of it

>> MR. MORGAN: You want that to be put into 13.

>> CHAIR SZETELA: North Rosedale and you can take gray and under neat it should be Grandmont Rosedale park, all of that area we are going to put over into 13.

>> COMMISSIONER CURRY: You could even probably go McNichols and Evergreen area too if you need to.

>> CHAIR SZETELA: That were split that is what I thought so we will put them altogether and leave Brightmoor with 9.

>> MR. MORGAN: So the voting precinct line here for this precinct goes into the Evergreen neighborhood.

Are you looking at taking those into 13?

>> CHAIR SZETELA: I would go to the block level and have you follow outer drive there.

That is what is curving outer green outer drive so the lower level is south of Evergreen outer drive where it comes up and curves all that is purple right now, I would put into 9, I'm sorry 13.

Because part of it is Rosedale

>> MR. MORGAN: This is portion of the Evergreen outer drive.

>> CHAIR SZETELA: I don't want to go north.

That area right below outer drive, yes, straight across there and then just stop there

>> MR. MORGAN: You want this included in 13?

>> CHAIR SZETELA: I would take that little back block and put it back to Evergreen. So put it back to 9.

So on the other side of outer drive I want it with north Rosedale, the other part I want with 9.

>> MR. MORGAN: So these that I'm going to draw.

>> CHAIR SZETELA: Yes, that whole...

>> VICE CHAIR ROTHHORN: John can you help us understand what the blue squares and the orange dots mean when we are at that level

>> MR. MORGAN: I think that may be the same data you were looking at earlier with the non-Hispanic white.

The blue dots might be something else.

I'm not sure.

>> VICE CHAIR ROTHHORN: Thank you Szetela sed can we scroll back a bit to see where we are at? Yes, Commissioner Clark?

>> COMMISSIONER CLARK: Go ahead and scroll back first because I want to look at the Berkeley area when we get there.

>> CHAIR SZETELA: So that is good.

We've got our line.

---

Agee et al. v. Benson et al., Case No. 1:22-cv-00272

MICRC_005908

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

It's just taking off those portions that specifically asked to be put into Detroit with the exception of Taylor but Taylor is pretty strong minority community as well.

So I think that it would fit there.

So short of people from Taylor or Lincoln Park or Ecorse or Allen Park coming out and saying they are uncomfortable with this I think this is what we have been asked to do with respect to those particular communities rather than just the broader Down River Area.

>> VICE CHAIR ROTHHORN: Okay, yeah so with that, yeah, I feel like you and I did a strong long collaborative piece and I feel like I'm done.

I appreciate the help.

And I think that's the best, yeah, I think I welcome other options but that feels like we are doing our due diligence there with the V RA.

>> CHAIR SZETELA: MC is done.

Yeah, that was a long collaborative work.

Now my question is I don't know.

I mean I could do more but I can certainly hand it off to Janice if you want to take over.

>> MR. KENT STIGALL: 10, 12, 28.

>> CHAIR SZETELA: What do you want to do Janice?

>> COMMISSIONER VALLETTE: I would like to express my concern with Down River and kind of agree with Dustin maybe we should find a different way and I do understand what you are doing but I don't know this area.

And I would either like you two to continue unless Commissioner Weiss wants to do it because I would not know what to be doing in this area.

So I guess it's up to the three of you.

>> COMMISSIONER CURRY: The four of us because I know the area quite well.

>> CHAIR SZETELA: Juanita do you have any specific thoughts about Lincoln Park being more aligned with Detroit versus the broader Down River communities?

>> COMMISSIONER CURRY: Lincoln Park, Ecorse, river Rouge and the south part of Detroit, they are right at each other's door.

And they have been like that for the last 50 years that I know of.

And so I think they are very -- they may like it.

I know that when we went to the town hall river Rouge wanted to be we cores and Detroit.

If I'm not mistaken is that right MC? You were there.

>> VICE CHAIR ROTHHORN: We were.

And to be fair we're not supposed to bring this that town hall comment because not all Commissioners were there, but you are absolutely right that we did hear that.

>> CHAIR SZETELA: I feel like we had people at public hearings that echoed the same concerns because the concern in those communities are the pollution.

That is the factory area.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> VICE CHAIR ROTHHORN: I agree.

>> CHAIR SZETELA: The marathon factory and other factories and you know Delray is dealing with the same environmental is that those areas are dealing with and then when you add on in addition the Latino community which is very high in those areas, I think that those communities go together more than they do down with the rest of Down River.

>> COMMISSIONER CURRY: Rebecca Delray is empty.
There is no -- there is only maybe four or five homes in Delray.
It's totally empty.

>> VICE CHAIR ROTHHORN: Juanita with your permission I'm thinking I'm interested in trying to hearing what Janice also said I'm real interested in trying to draw a District now carving out 28 and seeing if there is a way to what would it look like to draw the rest of Down River?

>> COMMISSIONER CURRY: What is under

>> MR. MORGAN: So with that in mind you've got several Directors at this moment that are in a partial state District 10 and 12 is mostly fully form and District 28 is way over.
Effectively what you got is you got the population for three districts there.
10, 12 and I'm sorry two districts.
Basically 10 and 12 so you would end up probably recreating 10 Down River population wise if you know what I mean.

>> CHAIR SZETELA: Yeah. And I mean, I think that would make sense to put Romulus in with Inkster, Westland and Wayne. And that is going to change 12 then you will have to adjust 12 a bit

>> MR. MORGAN: Population balance if Kent looks how much 10 is off versus.

>> CHAIR SZETELA: 126

>> MR. MORGAN: So District we still have District 14 which is a little bit to the north but basically the population from 10, the amount it needs versus how much 28 is over, you know you will end up going back to the state where you were before where you have this unassigned Monroe area if you understand what I'm saying.

>> CHAIR SZETELA: Yeah

>> MR. MORGAN: Then the last thing is 14 is out of alignment so you will have to 14 is going to have to get population probably from the south.

>> CHAIR SZETELA: Why is 14 not showing up on our matrix?

>> MR. MORGAN: He may have changed it to the ones that are in the view.

>> CHAIR SZETELA: In the view so where is 14? It's up north, okay

>> MR. MORGAN: Right that is where you took the Royal Oak out of it.
So for example 28 as it's drawn right now may have a little too much population and so that kind of has to flow up to where 14 needs it one way or another.
You have options of course.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER VALLETTE: And I too think Farmington and Farmington Hills belong together.

If I remember correctly, they used to be one and then they split up into Farmington Hills and Farmington.

So they were originally just Farmington.

>> CHAIR SZETELA: My only concern with the proposed plan is we are going to then have to correct what Milford is in right now too if we add Commerce into it then we have too much population in Milford and then we are -- now we are creating a problem to solve a problem basically just a thought.

But I agree on Farmington, Farmington Hills. We received strong public comment on keeping them together so I would honestly go with Walled part of that and south Lyon instead of the Farmington area go ahead Janice.

>> COMMISSIONER VALLETTE: District 18 if you put Commerce back in the two can go north and eliminate those Townships up there.

COMMISSIONER CLARK: The consensus will be keep Farmington and Farmington Hills together.

>> COMMISSIONER VALLETTE: Yes.

COMMISSIONER CLARK: Force us to go to Walled lake at this point.

Yeah, let's -- delete the row of Townships that we did in Farmington area.

I'm assuming that whole Township is Farmington or Farmington Hills.

>> MR. KENT STIGALL: Yes, it is.

COMMISSIONER CLARK: Yeah.

>> CHAIR SZETELA: Another concept too to think about is and I don't know if we would want to do this but 16 is a little over by 8,000 so you might be able to Bogart so population there and add it to 14 to shore up your Wixom and Walled lake.

But you would have to be covering up Troy to do that.

COMMISSIONER CLARK: I hesitate in carving it up, let's see what walled lake is.

>> MR. KENT STIGALL: Assign walled lake to 14.

COMMISSIONER CLARK: Correct.

>> COMMISSIONER EID: You mentioned Troy over in District 16 it could be Clawson is split, not Troy.

So you might end up unifying Clawson if you took additional population from 16 into 14.

COMMISSIONER CLARK: Yeah, let's take Clawson out and see what happens.

>> MR. KENT STIGALL: Clawson to 14.

COMMISSIONER CLARK: Yeah to 14.

I forgot about that.

>> MR. KENT STIGALL: So with Walled 14 is 28,000 under

>> MR. MORGAN: Again we were talking Commerce is split but looks like the boundary between Wixom and Commerce. So the next town is Wixom.

>> MR. KENT STIGALL: Commerce is not split, that is a whole Township.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_005931

# SEPTEMBER 16, 2021 5 PM

# SEPTEMBER 16, 2021 5 PM

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER KELLOM:  But I'm not going to call on him.

>> COMMISSIONER CLARK:  Thanks Brittini Roth Randy Travis o-Commissioner Clark go ahead.

>> COMMISSIONER CLARK:  When we do that it's not contiguous so we have to add a portion of try to make that happen.

>> COMMISSIONER KELLOM:  I was leaving that because I did not sure of the ally way of Madison Heights was left in the first place.

But that would make me uncomfortable the way it looks like.

I don't like Madison Heights with Highland Park so we can unassign it.

Dustin, I see what you were trying to do.

>> COMMISSIONER CLARK:  I was thinking more going east and get yeah, the anchor Bay shoreline.

>> COMMISSIONER KELLOM:  Thank you John for assigning that little area.

>> VICE CHAIR ROTHHORN:  Commissioner Szetela?

>> CHAIR SZETELA: Yeah, I was also going to suggest that you know we split up Warren before for the Senate maps.

Maybe split Warren along where centerline is and put Madison Heights and Hazel Park in with District 1.  And then take the other half of Warren and put it in with District 6.

Then we don't have this kind of little narrow peninsula going down.

>> COMMISSIONER KELLOM:  John, can we do that and see how it looks?  Thank you, Chair Szetela.

Splinting Warren and Centerline.

Putting Madison Heights and Hazel Park with 1, right, yep.

And this is taking into account both communities of interest and we were trying to adjust the contiguity issue we had when we initially had that little alleyway of Madison Heights mixed in with 6 and that didn't make any sense.

But there are some hands I thought I saw.

>> CHAIR SZETELA: It might be helpful to put the dots on for Asian population because that is how we drew the original Senate map because there is a significant Asian population on the west side but not so much on the east.

>> VICE CHAIR ROTHHORN:  You want John to bring that up Brittini?

>> COMMISSIONER KELLOM:  Yeah, sorry.

I thought when any Commissioner spoke that John or Kent or Kim could respond.

I don't want to become the absolute Commissioner just because it's my turn.

>> MR. MORGAN:  So on the west side these are the areas you were alluding to being more Asian, 24% of the population, 19 whereas over here in the northeast corner it's 5.

5.

5.

>> COMMISSIONER KELLOM:  Okay and.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_006080

# SEPTEMBER 20, 2021

# SEPTEMBER 20, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> CHAIR SZETELA: Did you have a comment?  MC?

>> VICE CHAIR ROTHHORN: I think maybe three.

>> CHAIR SZETELA: Yes.

>> MR. BRUCE ADELSON: Let's look at three.
Could you give me a little background please about the area in three and why you think that is an opportunity to elect District?

>> CHAIR SZETELA: It's your turn MC you are on.

>> VICE CHAIR ROTHHORN: This is not my area and I'll do my best but the reason I thought so, yeah, and I haven't looked at the numbers as much but while you're here and because you asked is there another area that was the one that I remember.
I don't think we are in Novi so and do we have Troy in this District too is this also the Troy area?

>> CHAIR SZETELA: No.  But I believe has Pontiac in it.  Does it have Pontiac?  Yes.
So Southfield have pretty significant African/American populations.  So we were pairing those together on purpose to sort of keep those communities together.
I'm not sure if you just caught that.  So Pontiac and Southfield have significant African/American populations.  And then it's surrounded by on the eastern edge sort of more middle class, blue collar neighborhoods that tend to also align and vote democratic.
So Royal Oak, Pleasant Ridge, Ferndale, Oak Park.  Ferndale and Oak Park in particular have a very strong LBGTQ population.  And Oak Park has a large Jewish population.  And all of those communities they sort of align democratically.  And West Bloomfield has a pretty strong Chaldean and also Jewish population as well.  So we were trying to group those together.  Also there is a significant Asian population in the areas.  And overall it tends to sort of vote democratic and vote for minority candidates where we thought we might…we may be able to leverage that combining these communities together.

>> MR. BRUCE ADELSON: Is there a District of Flint, Saginaw Area District or District on the west coast that you feel similarly might be an opportunity to elect District?

>> CHAIR SZETELA: I'm not so sure about Grand Rapids and Saginaw.
I think with what we redrew today for District 10 we have Flint and Saginaw together where again you have the concentrated African/American communities.
I think this might be the older map.  So we just did a proposed redraw on District ten and District 11 and combined Saginaw with Flint in response to a bunch of public commentary we received about that so the population was 17% African/American.

>> VICE CHAIR ROTHHORN: I was going to offer it would be useful to look at and compare because we did draw this for public comment and we redrew it and it would be good for analysis on both and help us understand what you are reading in the first one and reading in the redraw.

>> MR. BRUCE ADELSON: Let's look at the election results for ten, please.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> VICE CHAIR ROTHHORN: Okay.

This may be useful for folks here.

This map this Latin X community COI it's a region of southwest Detroit with the largest Latin X Hispanic population.

It's a region with deep common roots on language the region used to be the Hart of the 8th District of the Michigan house of representatives.

In 1999 Bell DaGarza was the first Latin X immigrant to represent this District.

>> MR. KENT STIGALL: What was that number again?

>> VICE CHAIR ROTHHORN: 25164 without the apostrophe.

>> MR. KENT STIGALL: Let me try another 25164.

>> VICE CHAIR ROTHHORN: I wish I knew this better.

Sorry.

It is in cluster maybe I have cluster C10 but I think that may be A10 for you all or what you have there maybe.

Does that help? No.

Doesn't help.

Okay sorry.

It does say community four.

So maybe that 425164.

Yes, that is the area.

Thank you.

And so I suppose let's just fill in the area and see what our population looks like and if we need.

>> MR. KENT STIGALL: Shall we start with District 1 or how do you want to.

>> VICE CHAIR ROTHHORN: That is a great question.

>> MR. KENT STIGALL: This is a new plan, an empty plan there is nothing in it.

>> VICE CHAIR ROTHHORN: What do you think y'all? I mean, I don't know where else to start.

Let's just start with one then.

>> CHAIR SZETELA: Might as well.

>> MR. KENT STIGALL: Assign, I'm going to assign these Townships. Then I guess go into precincts and start doing the precincts.

>> VICE CHAIR ROTHHORN: Yes, please. So at this point just do precinct level.

And if it goes outside of the red line that is okay.

We will do a rough population.

.

>> MR. KENT STIGALL: I will go to precincts now.

>> VICE CHAIR ROTHHORN: I said precincts sorry.

Oh, yeah, Townships will be too much, never mind.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_006208

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MS. SARAH REINHARDT:  Commissioner Rothhorn can you read the COI number one more time for the record.

>> VICE CHAIR ROTHHORN:  Yes, it's 25164.

Do you want me to give you the plan ID like the C?  Okay.

>> MR. KENT STIGALL:  Commissioner Rothhorn you can see this red line was the area of interest.

These are the precincts.

They cross over.

You know a little bit here and there.

>> VICE CHAIR ROTHHORN:  Looks like we are still under population about 7,000 almost 8,000.

>> MR. KENT STIGALL:  We can go to the block layer and match those lines precisely.

>> VICE CHAIR ROTHHORN:  Not yet at in this point there is another community of interest 2841 P like a zip code and I want to find that to see if there is another, yeah, include this one but see if there is another one we can include.

So I don't have I'm not sure this is a COI layer.

So I don't think you can pull this up Kent for me so what I'm going to do is I am going to try to read and it's also southwest Detroit.

And yeah, we can't pull up zip code areas.

>> MR. KENT STIGALL:  We don't have zip codes.

You need about 8,000 people approximately.

>> VICE CHAIR ROTHHORN:  So the communities and this is where the layer the neighborhoods layer maybe the Detroit neighborhoods layer would be useful.

>> MR. KENT STIGALL:  Neighborhood layer is in there as a dark gray.

>> VICE CHAIR ROTHHORN:  We have spring wells, Corktown, but there is Corktown and north Corktown so we may, yep, do you see that north Corktown? .

>> MR. KENT STIGALL:  Right there.

>> VICE CHAIR ROTHHORN:  We want to include all of Corktown so let's do that.

>> MR. KENT STIGALL:  This area?

>> VICE CHAIR ROTHHORN:  Correct.

We have Hubbard farms in there.

We have okay.

>> CHAIR SZETELA: I think so I think it's it right there Hubbard something.

>> VICE CHAIR ROTHHORN:  Then it says downtown Detroit.

So I'm going to say that is the heart Plaza right.

>> CHAIR SZETELA: Where everything intersects.

>> VICE CHAIR ROTHHORN:  I think we are going to be over population.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_006209

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> CHAIR SZETELA: Maybe.

>> VICE CHAIR ROTHHORN: And we are.

>> MR. KENT STIGALL: We went outside that north Corktown a bit.
We can do blocks and make it perfect.

>> VICE CHAIR ROTHHORN: Let's try to stay with yeah so let's move to the block level, thank you, yeah.
Move out of the precincts.

>> MR. KENT STIGALL: Want me to unassign what was brought in by that precinct?

>> VICE CHAIR ROTHHORN: Yes, please.
Okay Kent we are going to so.

>> MR. KENT STIGALL: We have this is the red line that you started with.

>> VICE CHAIR ROTHHORN: So we are going to remove everything to the east of that red line meaning this neighborhood, which is glad stone corridor maybe, what does it say? .

>> MR. KENT STIGALL: Remove all of that that is east of the red line.

>> VICE CHAIR ROTHHORN: Yes, we will just stick to that boundary, uh-huh.

>> MR. KENT STIGALL: Okay.

>> VICE CHAIR ROTHHORN: That is Chadsey Condon.

>> CHAIR SZETELA: I can't read it.

>> COMMISSIONER KELLOM: It's Chadsey.

>> VICE CHAIR ROTHHORN: This is breaking up a neighborhood but it does preserve the community the Latin X community and it's not Chadsey of a neighborhood is not part of 48217 community of interest. I'm trying to draw or include here so apology for Chadsey for breaking up your neighborhood.
Brittini are you familiar with any reason that I should keep it together?

>> COMMISSIONER KELLOM: So one of the things about, well, I will speak for myself minimal native Detroiter. We don't often use some neighborhood names that are not as notable so for my benefit to support you through this process Commissioner Rothhorn I would have to See Street names I see grand Boulevard and Warren but I would literally have to look at it looks like it's kind of by Martin Luther king high school but I'm not sure based upon my computer screen what I'm looking at.

>> VICE CHAIR ROTHHORN: Kent can I ask you to take out that window on the upper left the layer name? We can make take that off so we can see more of the map, please? Thank you and that developer use only window too maybe.
Yeah, that one.

>> MR. KENT STIGALL: It takes a minute because we are going by blocks.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> VICE CHAIR ROTHHORN: Sure and I think to help Commissioner I want Commissioner Kellom to help me out here so if we can maybe turn off the yeah, we want to get to The Street level.

>> COMMISSIONER KELLOM: I think you will be fine but I just want to double check because on Zoom we have a Zoom screen plus the desktop border plus the matrix and then the map in that little strip.

And I apologize for the train in the background.

>> VICE CHAIR ROTHHORN: Choo-choo, all aboard.

>> MR. KENT STIGALL: Okay I believe that is where you want it to be.

If it's not there is north Corktown all included.

Red line is here.

This red line is down here.

>> VICE CHAIR ROTHHORN: You've got it, Kent thank you.

So at this point what we want to do is Zoom into the Chadsey Condon so Brittini can help me I want her to be able to See Street signs or names or did you say you thought it would be okay Brittini?  You thought it would be okay, right.

>> COMMISSIONER KELLOM: I think it will be okay but unless I see like a Particular Street or we Zoom out I'm just trying to figure out what area.

>> VICE CHAIR ROTHHORN: Grand Boulevard west and Martin Luther king.

>> MR. KENT STIGALL: Where my cursor is Jackson Street.

>> COMMISSIONER KELLOM: Okay, okay I know where this is.

Yeah, you should be fine.

>> VICE CHAIR ROTHHORN: Okay thank you.

So we are still about 75,000 short.

>> MR. KENT STIGALL: 7500.

>> VICE CHAIR ROTHHORN: 7500 so this strip so what I want to do is I'm heading into downtown Detroit.

And I want to take all of it if I can but there is this strip along the river front that looks like it may belong to downtown.

Yeah.

Let's do that.

Just make sure we are contiguous there.

>> MR. KENT STIGALL: Did you say assign this area?

>> VICE CHAIR ROTHHORN: Yes, please.

>> MR. KENT STIGALL: Where are we going from here?

>> VICE CHAIR ROTHHORN: Highlight the precincts in downtown Detroit.

Like I said about 100,000 people there.

>> MR. KENT STIGALL: That is a precinct.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_006211

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> VICE CHAIR ROTHHORN:  Where we are at?  We are just under yep so don't go any more.

Oh, no, sorry that is not a 0 that is a 6 so I think we are at 3,000 yep so keep going thank you.

We are not going to include Greektown.

>> MR. KENT STIGALL:  So assign this we have highlighted?

>> VICE CHAIR ROTHHORN:  Yes, we can assign this one.

Thank you.

.

>> MR. KENT STIGALL:  We are 4400 light.

>> VICE CHAIR ROTHHORN:  Assign everything except Greektown if we can.

Yep.

>> MR. KENT STIGALL:  This area in here.

>> VICE CHAIR ROTHHORN:  Yes, please.

.

>> MR. KENT STIGALL:  That is a precinct and I will clear that and do it by blocks.

>> VICE CHAIR ROTHHORN:  Thank you.

>> COMMISSIONER KELLOM:  MC sorry just as a thought if you were going to not break up the Chadsey Condon neighborhood what is the alternative to doing that?

>> VICE CHAIR ROTHHORN:  What I'm trying to do with this District primarily is respect the boundaries that are a two COI boundaries.

And the first COI was the Latin X community and they had that portion of Chadsey Condon.

So they didn't include the whole thing.

And the second COI I'm calling it the 48217 or they named it the southwest Detroit 48217 redistricting proposal.

And they included downtown Detroit and they did not include the Chadsey Condon neighborhood in full, they did include other neighborhoods like still well and Corktown.

And so that's why I'm preferring to try to include because I want to include that second community of interest which overlaps with the first.

So my intention here is to not go over population too much and get both COIs represented in one House District.

That's why I was splitting it.

>> COMMISSIONER KELLOM:  Okay.

>> MR. KENT STIGALL:  How much more are we going around in here?

>> VICE CHAIR ROTHHORN:  We are not because oh, wait, actually we are because we need more population yes, please.

>> MR. KENT STIGALL:  Across here or how do you want to approach it.

>> VICE CHAIR ROTHHORN:  Yep, we will stay within the neighborhood boundaries and we are not going to include Greektown unless we need to.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_006212

# SEPTEMBER 21, 2021

# SEPTEMBER 21, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

COMMISSIONER CLARK:  That would get you close number wise only.

I will have to go back to Commissioner Vallette is that okay.

>> COMMISSIONER WEISS:  Down by numbers and just that District or Township or whatever right and a little bit left of your cursor is 2268 which is what you would have needed without using the other one you just added which is 2352 and whether that is a good fit we have to ask the Commissioners who live in that area.

>> VICE CHAIR ROTHHORN:  Commissioner Witjes.

>> I thought I remember John stating it's usually not a very good idea to make the population exactly equal because it limits where you can redraw the borders of the Senate District at the time in the future.

>> COMMISSIONER VALLETTE:  Okay so.

>> MR. KENT STIGALL:  I can speak to that a little bit.

You were so early into this region.

If I Zoom out a little bit look how much is not done.

I mean you have a long ways to go before you start really locking in districts in my opinion.

So whether you do or don't you know if you got a decent population, you know, a thousand here, 500 there, 50, doesn't really matter.

In my opinion this early.

>> COMMISSIONER VALLETTE:  I'll stop here.

>> VICE CHAIR ROTHHORN:  Secretary of State do we need to ask questions.

>> MS. SARAH REINHARDT:  Commissioner Vallette I have actually two questions. Would you describe what communities of interest were considered while drawing this District?

>> COMMISSIONER VALLETTE:  Sorry, there is a large population of Middle Eastern in Dearborn so we were trying to keep those together.

>> MS. SARAH REINHARDT:  Thank you.

How did you take minority populations into account while drawing this District?

>> COMMISSIONER VALLETTE:  How did I take them into account?  I guess I don't understand what you mean into account.

>> MS. SARAH REINHARDT:  How were they considered while drawing this District?

>> VICE CHAIR ROTHHORN:  I think you have said it because of the Arab community.

>> COMMISSIONER VALLETTE:  That is what I was thinking.

>> VICE CHAIR ROTHHORN:  Important to acknowledge the communities showed up as white.

>> MS. SARAH REINHARDT:  Thank you.

>> COMMISSIONER VALLETTE:  You're welcome.

>> VICE CHAIR ROTHHORN:  Thank you Commissioner Vallette.

We are on to Commissioner Wagner.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

create something broader but I don't know what the population is and that is just a thought but Kent did you put the election results up for 5? .

>> MR. KENT STIGALL: Yes, that is District five highlighted.

>> MR. BRUCE ADELSON: Could you go to the right please? And again to the right, please.

Thank you and can we go back and look at see the demographics for five, please? I don't have on the screen what is the total minority VAP for 5? .

>> MR. KENT STIGALL: It's not for whatever reason not loading up but it would be about 26 something.

Because non-Hispanic white is 73, 62.

>> MR. BRUCE ADELSON: Well based on the election results the election results are not all, virtually all seem to favor support for the minority candidate of choice.

The margins and some of the elections are closer than in others, but this doesn't seem to be a District where the election results are all 2-3%.

Some results have a fairly broad margin.

So it seems that this is an example.

And I'm also presuming there is white cross over support here.

So this would seem to be a District that is provides an opportunity to elect.

It's obviously not a majority or minority and not a plurality District but it does seem based on the election results to be a District where minority voters can elect candidates of choice with white cross over support.

My only thought going forward is that finger, that it may be better to make it more substantial areas so that it's not so narrow.

But other than that, as it's configured it does appear to be an opportunity to elect District.

>> VICE CHAIR ROTHHORN: Commissioner Clark?

>> COMMISSIONER CLARK: Yeah, Dustin, the extension you have going south, I think it was a couple Townships or precincts, why did you do it on the west side and not along the Detroit river?

>> COMMISSIONER WITJES: I was just trying to get closer to 0.

I ran both scenarios.

COMMISSIONER CLARK: I mean to me we blocked in that whole peninsula going up north a little bit.

>> COMMISSIONER WITJES: Well let me answer to that the reason why there is another reason as I why I put that jut right where it was.

I put that in there so Wyandotte river view gross Isle Trenton everything along those lines which would be the true cost line of the river for those particular communities would be represented by one particular house member.

And another reason for that particular division we can keep Taylor and South Gate whole as one District at this particular point.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER WITJES: Well 5 we would add -- those two we would add to 9 and then shift it over to 5.

>> MR. KENT STIGALL: These two districts here add up to approximately 4300. These two add up to closer to 5,000.
Not quite.

>> COMMISSIONER WITJES: 700, that is fine, we will do that for now.

>> MR. KENT STIGALL: Commissioner Lange do you want to put these two in 9 and these two in 5?

>> COMMISSIONER LANGE: Yes.

>> MR. KENT STIGALL: Then these two into 5?

>> COMMISSIONER LANGE: Yes, please.

>> VICE CHAIR ROTHHORN: The northern Section above 9 the southern part of District 5 that is still a part of Wyandotte.
Do you want to keep that northern Section of Wyandotte or would you rather have Wyandotte be whole and sort of move in the area where the Hispanic community I think where those dots were?

>> COMMISSIONER WITJES: That is fine the 3043 and 2316 population.

>> VICE CHAIR ROTHHORN: Looks like that is the one in Wyandotte yeah.

>> COMMISSIONER WITJES: Just those well.

>> MR. KENT STIGALL: I believe all three of these are Wyandotte.
And at the blue line, yeah.

>> VICE CHAIR ROTHHORN: That is my understanding yes.

>> COMMISSIONER LANGE: Dustin can we take those three and shift over and pick up the rest of the Hispanic population then?

>> COMMISSIONER WITJES: That would be fine by me.
05, 04 and 08, are we talking about the same ones?

>> COMMISSIONER WITJES: Yes, we are.

>> COMMISSIONER LANGE: Kent, could you add those to 9, please?

>> MR. BRUCE ADELSON: If I may briefly your point about keeping Hispanic community whole is good.
I think that is important and then the adjustments that Commissioner Witjes and Commissioner Lange are making, I think are significant in that they are changing the demographics.
But also keeping the Hispanic community whole in 5 I believe and I think that is very important.

.

>> MR. KENT STIGALL: Okay ready for me to move this to 9?

>> COMMISSIONER LANGE: Yes, please.

>> VICE CHAIR ROTHHORN: Commissioner Witjes?

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER WITJES: The only thing we are doing here which really doesn't I think it would be fine is the reason why I had that finger type Jut coming down the south was to keep I think South Gate if I remember right South Gate and Taylor whole. But given public comments we received in regards to the Latin X community that should be fine to do.

I'm not married to the idea of keeping Wyandotte, I mean South Gate and Taylor whole. It will be close enough to whole minus two small little precincts.

>> VICE CHAIR ROTHHORN: And Commissioner Lange I think you are initiating this so this is much appreciated.

You have the floor again.

>> MR. KENT STIGALL: Exactly which of these precincts? We need approximately 8500.

So looks like that is Hispanic population there.

I'll mark them.

That is 2800.

300 Hispanic.

3600, 400.

So those are the precincts that are 10% or higher in Hispanic.

How do you want to get the 9 or so thousand?

>> COMMISSIONER LANGE: Dustin 5 was yours originally so which way would you like to go?

>> COMMISSIONER WITJES: All right so those three precincts together is roughly 10,000, right? Pretty close? .

>> MR. KENT STIGALL: All right that one and this precinct comes up in here kind of splits it up, however you want to do it.

>> COMMISSIONER WITJES: 03 right there.

>> MR. KENT STIGALL: This one right here.

>> COMMISSIONER WITJES: Yes and 09 which is the other one with the dot in it.

>> MR. KENT STIGALL: Okay.

>> COMMISSIONER WITJES: 10,000.

>> MR. KENT STIGALL: Odd shape here I don't know what it's all about want to assign that?

>> COMMISSIONER WITJES: Sure.

Now what we could do is take a couple off on the northern side.

If that would be okay.

>> VICE CHAIR ROTHHORN: Commissioner Lange why don't you and Commissioner Witjes figure this out.

>> COMMISSIONER LANGE: I'm here Dustin and open to suggestions.

>> COMMISSIONER WITJES: If you are 10,000 over, oh, wait, no we are 1780 over. I think we are good.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

Let's keep that as is for now.

And then you should be able to continue moving down towards the Monroe County border.

>> MR. KENT STIGALL: District 9 needs approximately 9700.

>> COMMISSIONER LANGE: So do I add Dustin in your opinion would adding the rest of the South Gate area make sense with Down River or does that not make sense?

>> COMMISSIONER WITJES: South Gate.

That is.

>> COMMISSIONER LANGE: 5 the odd shaped one.

>> COMMISSIONER WITJES: .

>> MR. KENT STIGALL: This is Rockwood.

>> COMMISSIONER WITJES: We could potentially do the South Gate but I don't know what the balance will be right now.

So we will find out.

>> MR. KENT STIGALL: That area of South Gate is 13,000.

You would not get that piece up there so it doesn't matter.

So that puts you certain percentage over.

>> COMMISSIONER WITJES: Sorry.

>> MR. KENT STIGALL: Approximately 4,000 which should be about 4.5% maybe. I don't know.

>> COMMISSIONER WITJES: Can you scroll down a little bit more for me, Kent? 006 and 007 we could potentially remove these two precincts which are on the west side of District 9 on the south.

>> COMMISSIONER LANGE: And keep the South Gate is that what you are proposing?

>> COMMISSIONER WITJES: We can have a secondary subset of Down River which would be the more inland precincts.

My thoughts so.

>> COMMISSIONER LANGE: I'm open to thoughts because you know this area better than I do.

So, Kent, let's when that comes back up let's take out those two areas he just suggested to the south.

>> MR. KENT STIGALL: Would that be right about, still has not come back. Let me it's still I don't know why it's taking so long.

>> COMMISSIONER LANGE: That is fine we are here until 6:00.

>> MR. KENT STIGALL: I'm well aware of that.

>> VICE CHAIR ROTHHORN: He said I'm well aware of that.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. KENT STIGALL: It's still not.

>> COMMISSIONER LANGE: Okay I saw that coming.

Just a moment.

Okay I think we are back to where we need to be.

I believe that is where it was.

>> VICE CHAIR ROTHHORN: No, this is not where it was adjusted.

This is back to the finger.

>> MR. KENT STIGALL: No the finger was right there.

>> VICE CHAIR ROTHHORN: Was it.

>> MR. KENT STIGALL: It was here.

>> VICE CHAIR ROTHHORN: Good.

It feels like it's missing something.

>> MR. KENT STIGALL: It's missing this right here.

That is when it started acting crazy.

If I remember right and I'm sure you will let me know if I'm not, that was the three precincts we had put into 5 am I correct on that?

>> VICE CHAIR ROTHHORN: I see heads nodding.

>> COMMISSIONER LANGE: Can you bring back the dots to see what it looks like.

>> MR. KENT STIGALL: Oh, yeah, we can do that.

>> VICE CHAIR ROTHHORN: Rhonda there was head noting in the room and Kent says does that look right and will you be able to help him answer that?

>> COMMISSIONER LANGE: Was it 04 that is where one of the Hispanic dots are. Was that included with 5:00?

>> COMMISSIONER ORTON: I don't think they are Hispanic dots right now.

>> MR. KENT STIGALL: Let me check again.

No, it's not.

It is at the town.

>> VICE CHAIR ROTHHORN: Can you turn on your mic please, Kent.

>> MR. KENT STIGALL: I'm sure this is what we had and I think it changed thematic layer again.

Okay, no.

>> COMMISSIONER LANGE: Yes, that is.

>> MR. KENT STIGALL: 1780 speaking of unassigning or assigning.

>> COMMISSIONER LANGE: Yes, going to unassign to the south the two districts to the west that kind of stick out, yes.

>> MR. KENT STIGALL: This or that?

>> COMMISSIONER LANGE: That where your cursor is on.

>> MR. KENT STIGALL: Okay so 19,000 this is a Township boundary line is the reason why I stopped.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER LANGE: Those two that you just removed, Kent, on the very south that line the border those need to be added back in, please.

>> MR. KENT STIGALL: This stays in?

>> COMMISSIONER LANGE: Yes, those two stay in.

>> MR. KENT STIGALL: I'm sorry.

>> MR. KENT STIGALL: Let me get this straight.
Just a moment.
Just a minute I want to make sure I'm not getting ready to have another problem.
Okay now is that correct Commissioner Lange?

>> COMMISSIONER LANGE: That is correct.

>> MR. KENT STIGALL: The idea is you were now going to come up into here?

>> COMMISSIONER LANGE: Correct.

>> MR. KENT STIGALL: I will select them and you can see what need to be done.

>> COMMISSIONER LANGE: Okay.

>> MR. KENT STIGALL: Selected area is 13,528 and you need 15,000.

>> COMMISSIONER LANGE: Okay go ahead and assign those, please.

>> MR. KENT STIGALL: You're 1.96% low.

>> COMMISSIONER LANGE:

>> VICE CHAIR ROTHHORN: That is pretty good.

>> COMMISSIONER LANGE: Yeah, I think at this point we will leave it in case something needs to be added or adjustments are going to be made.
The reasoning for this particular District is we had public comment about keeping the Down River Areas together.
And also taking into account the Hispanic population in number 5 and adding more of that population back into 5 to potentially give them a voice in voting.

>> VICE CHAIR ROTHHORN: Thanks Commissioner Lange.
Commissioner Witjes?

>> COMMISSIONER WITJES: One thing that between the two districts that kind of irk me here is the one little sliver of south gate to the north that is dis-contiguous with 9 and 5. And would want to potentially see if it could fit into 5.
No, because I'm over.

>> MR. KENT STIGALL: That area?

>> COMMISSIONER WITJES: Yeah.

>> MR. KENT STIGALL: Do we want to highlight the census blocks and see how many people are in that area?

>> COMMISSIONER WITJES: Please.
Well, isn't that a precinct? .

>> MR. KENT STIGALL: That is a precinct so I will just select a precinct.
It's 1800 people so that will throw you right around 4% I'm thinking.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER LETT: Yes, so you need 46,000 more people.

The democrat graphics are highlighted.

>> COMMISSIONER LETT: Zoom back out, please.

If I continue going north, are we going to be able to assist ourselves in percentages? Can we do a 11? Do a 11 again and go north of where we are at and let's see what it looks like? .

>> MR. KENT STIGALL: Yes, sir.

That is 38,000.

>> VICE CHAIR ROTHHORN: Commissioner Lett, I think we have the dots on for the African/American.

At this point I might switch to Asian to see this is where the Bengali community also extends and so what you might want to do as you get into centerline and this area Warren, I think one or two streets over may break up that community unintentionally so we may want to have the dots and see if we can keep the Bengali in this northern Section together.

>> MR. KENT STIGALL: So District 11 as it's drawn right there has 40,000 in it. You need 46.

It's 13% non-Hispanic black voting age population.

>> COMMISSIONER LETT: Let's put the Bengali dots on Asian.

>> MR. KENT STIGALL: We don't have Bengali but we do have Asian.

>> COMMISSIONER LETT: Well.

>> MR. KENT STIGALL: As you can see it's south a little bit of your District.

And also north well, you will be getting let me click on it and get an idea of the numbers 500, 30%.

800, 24%.

700.

That is Asian alone.

No other race is involved.

>> COMMISSIONER LETT: Make that 10 and let's see what the total looks like.

>> MR. KENT STIGALL: Margin.

You still need 6,000 poll.

>> COMMISSIONER LETT: What is that looking like, Bruce?

>> MR. BRUCE ADELSON: I think Commissioner Lett this is an interesting looking District.

You certainly have made a lot of changes.

Of course we will look at the election results.

But I've been following what you have been doing.

I think this is a very interesting looking District.

And I mean that positively.

>> COMMISSIONER LETT: Zoom back out so I can see the whole District.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. KENT STIGALL: I need to turn off that one layer so you can better view the.

>> COMMISSIONER LETT: Uh-huh.

All right.

You are moving your cursor too fast, slow down.

>> MR. KENT STIGALL: I understand.

>> COMMISSIONER LETT: Right to the east of our -- there, that line.

See what we have there for population.

>> MR. KENT STIGALL: 1700, 1500, 584, 32, 37, 3800.

>> COMMISSIONER LETT: Okay put those in.

>> VICE CHAIR ROTHHORN: Commissioner Orton?

>> COMMISSIONER ORTON: Steve, I just happen to notice the one down at the bottom that's only 424 people.

That split a neighborhood, one of those neighborhoods so you might want to consider that.

>> VICE CHAIR ROTHHORN: Commissioner Kellom?

>> COMMISSIONER KELLOM: I don't want to interrupt Steve too much

Commissioner Lett excuse me.

But I don't know if this is too much of a plug.

I appreciate what Bruce is saying.

And I understand why Commissioner Lett you're choosing to draw it this way.

I just wanted to highlight that initially.

Just in terms of the demographics like that central area of Detroit we are starting with and it's extending all the way up.

What is the City up there? Is that Madison heights? Led Lett at the north.

>> COMMISSIONER KELLOM: Uh-huh.

>> COMMISSIONER LETT:

>> COMMISSIONER KELLOM: I didn't know how far.

No, Madison heights is over there.

What is that? Sterling Heights maybe? .

>> MR. KENT STIGALL: Centerline Madison heights Warren that is Hazel Park right there.

>> COMMISSIONER KELLOM: Okay I will let him continue but that was just a preliminary thought.

>> VICE CHAIR ROTHHORN: The dots are the Asian community; is that correct? So just noting right that Bangla Town, Hamtramck area, yeah, it would but I wonder if there is a way to not corrupt the demographics in 8.

Sort of keep a community more together just you know one of those areas I would love to explore, play with.

>> COMMISSIONER LETT: Move down, please.

# SEPTEMBER 22, 2021

# SEPTEMBER 22, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER CURRY: I'm picturing Redford in my mind and I know how it kind of is made up.

And the largest part of the Black population I think is to the south, to the west rather I'm sorry.

And when we cross over, is that A Street?

>> MR. MORGAN: This is telegraph right here.

It's 24, that is telegraph.

>> COMMISSIONER CURRY: Yeah, I think it becomes more white populated.

So let's see.

Let's take let's go west.

Let's go this way.

>> MR. MORGAN: So do you want -- I can't see what you're pointing to.

Just a moment.

>> COMMISSIONER CURRY: Okay.

>> MR. MORGAN: Okay so when you say go west do you want to start with a portion of Redford? Or do you want to start with a portion of Detroit?

>> COMMISSIONER CURRY: Let's start with a portion of -- let's start with a portion of Redford.

>> MR. MORGAN: Okay so what I will do is I will just click one precinct or two in so you can see where we are.

>> COMMISSIONER CURRY: Okay.

>> MR. MORGAN: This is basically this is telegraph road and this is 8 mile so this is the County boundary.

>> COMMISSIONER CURRY: Uh-huh.

>> MR. MORGAN: And then this precinct is inside Redford on the north end.

And that is the whole Township.

So part me.

>> COMMISSIONER CURRY: Okay.

>> MR. MORGAN: One second.

We will reverse that.

So that gives you an idea of the whole Redford Township has been split, the two districts 14 and 15 like I said have a portion of Redford.

And then just as a reference this is the northern most point of Redford Township.

>> COMMISSIONER CURRY: Uh-huh.

Okay.

>> MR. MORGAN: And then this portion is also Redford Township that is about to click in here.

>> COMMISSIONER CURRY: Okay, let's click in it, okay.

>> MR. MORGAN: And this again if you would take the entire Township, it would be within this boundary like that.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

And.

>> COMMISSIONER CURRY: I don't want to split.

Let's take the entire Township.

>> MR. MORGAN: I'm going to click in the balance of Redford so you can see what it looks like.

>> COMMISSIONER CURRY: Okay and how much population that represents.

>> COMMISSIONER CURRY: How much population is that?

>> MR. MORGAN: It says 23,000, which is about 25% of a State House District.

So 23,000 people you need to add 68,000 and you know you can go.

>> COMMISSIONER CURRY: To the right.

>> MR. MORGAN: You can go towards Detroit.

This will probably be too much population if you took all of it but I don't know for sure.

>> COMMISSIONER CURRY: Let's take part of Detroit that is closest to Redford.

>> COMMISSIONER CURRY: Okay.

Right up in there.

>> MR. MORGAN: I think we discussed before this is Grand River and the area around Brightmoor if I'm not mistaken.

>> COMMISSIONER CURRY: Okay can you fill that in and see what happens?

>> MR. MORGAN: Okay so filling in on the south? This area?

>> COMMISSIONER CURRY: Yes.

>> MR. MORGAN: Okay so I'm going to take these areas here that go up to Southfield.

>> COMMISSIONER CURRY: Uh-huh.

>> MR. MORGAN: Not Southfield, the Township and Southfield road.

So this is between telegraph and Southfield.

So that little area I took in was about another 25% of the District.

>> COMMISSIONER CURRY: Okay so I will need about 30 what is that about 30,000 more?

>> MR. MORGAN: It looks like 50,000 more.

So.

>> COMMISSIONER CURRY: 50,000 more.

>> MR. MORGAN: You could continue going to the east if you like towards lodge or you could fill in the area up towards Southfield.

>> COMMISSIONER CURRY: Let's go to the east.

>> MR. MORGAN: Okay continuing east.

It's calculating so now that leaves you 30,000 short.

We are just I'm going to click these two in so you are right up to Michigan 10, which is lodge.

>> COMMISSIONER CURRY: Okay, and the population that I need now?

>> MR. MORGAN: Is about 30,000.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER CURRY:  Let's keep going west.

>> MR. MORGAN:  East I think you mean.

>> COMMISSIONER CURRY:  East, keep going east, okay, yeah.

>> VICE CHAIR ROTHHORN:  Juanita can I give you some feedback?

>> COMMISSIONER CURRY:  Sure.

>> VICE CHAIR ROTHHORN:  It looks good.

This sort of is the pattern that we've been using.

And as you right I think if what you want to do, what we were looking at as we drew the districts east to west particularly 14 and 15, with the demographics and making sure we were not concentrating the Black population in any District we were drawing, and so as you know right it gets whiter as we go west.

>> COMMISSIONER CURRY:  Yes.

>> VICE CHAIR ROTHHORN:  I just wanted to offer Redford Township and I think you took that because you knew that was it to keep whole, to keep Redford and reflects what we heard from a public speaker this morning.

If you want to pick up the rest of your population because you are at District 17, do you see the minority numbers or the non-Hispanic Black numbers?  71, 72, almost 72%.

And District 15 and 14 right were closer to 63 but 14 is also 70% you are in the range.

It's looking good as you know the further west you go the more white.

So.

>> COMMISSIONER CURRY:  Okay.

>> CHAIR SZETELA:  Commissioner Curry this is Rebecca Szetela.

I would also suggest, I'm pretty sure that curve that outer drive where you just have that little bump up, I'm pretty sure that is the northern edge of north Rosedale and that community wanted to stay together so if we could just grab those blocks there, I think that would honor that community of interest before you move west.

>> COMMISSIONER CURRY:  Okay, let's do that.

>> MR. MORGAN:  Commissioner Szetela I just need a little clarification.

>> CHAIR SZETELA:  See the freeway coming down 39 is Southfield and outer drive and see how it kind of curves as it comes west of the freeway that little block of neighborhoods that are just south of the curve so west of 39, south of the curve for outer drive.

So a little further down.

Actually hold on I will show you on the map.

>> MR. MORGAN:  Thank you.

>> CHAIR SZETELA:  Right here this is outer drive.

This is north Rosedale.

>> MR. MORGAN:  Taking this in.

>> CHAIR SZETELA:  Just this little block right there.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> CHAIR SZETELA: Thank you and I believe the Department of State staff will have some questions for you.

>> MS. SARAH REINHARDT:  Thank you Madam Chair.
Commissioner Curry, and anyone as well who assisted with the drawing of this District could you describe what communities of interest were considered while drawing this District?  Thank you.

>> COMMISSIONER CURRY:  The communities of interest that was considered was the Black population and the white population.
We wanted to have them more contiguous and their COIs.
And somebody help me out.
What else.

>> CHAIR SZETELA: Don't forget we were reserving the Rosedale, Grandmont neighborhoods by keeping them together.

>> COMMISSIONER CURRY:  Thanks Rebecca.

>> VICE CHAIR ROTHHORN:  Commissioner Curry you were listening to public comment this morning.

>> COMMISSIONER CURRY:  Yes, I did and want to keep Redford more or less whole.

>> CHAIR SZETELA: Stop cutting up Redford.
All right at this point we will move on to our next Commissioner.
Commissioner Eid is on his way but Commissioner Orton?

>> COMMISSIONER ORTON:  Since this District still comprised part of Detroit, I'm wondering if we want to look at or Mr. Adelson wants to look at the political data.
And I'm wondering when we stop that.
Like we are not going to do that for every District throughout the state I'm assuming because it will not be relevant.

>> MR. BRUCE ADELSON:  Thank you Commissioner Orton.
That is a great point.
The focus on the election districts or the election results is going to be concentrated primarily in and around larger cities where there is a larger diversification of population.
So, yes, that as you move out further into other areas of the state, we are not going to be looking at the election results for each location, absolutely.
So, yes, let's look at the election results but before that, if it's okay, you know a couple of points I wanted to make about 17.
17 the population has diversified as there have been changes that have been made.
I want to point out and that will be confirmed with the election results that the Black population is still pretty high.
That will have to be addressed going forward.
And I would also suggest that as the mapping continues on any given District, and there are reminders about population, equal population and looking at equal population.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_006566

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER CLARK: Personally I think part of Casca the northwestern part should probably be not in there.

And I would move up into, if possible, move into St. Clair and Marysville because it will bring you just short of Port Huron which is a big City.

Casco.

>> CHAIR SZETELA: Wouldn't it make more sense for Marysville to be in with Port Huron though?

>> COMMISSIONER LANGE: I'm trying to think of any public comment about this particular area.

So can anybody help me with that? We received so much.

>> CHAIR SZETELA: Not particularly, no.

>> COMMISSIONER CLARK: No.

I can't either.

>> CHAIR SZETELA: Commissioner Rothhorn?

>> VICE CHAIR ROTHHORN: You helped keep that the main public comment I think we got was that St. Clair and the community around St. Clair shores so St. Clair, the lake, so I think you've done a nice job of actually respecting public comment at this point.

>> COMMISSIONER LANGE: So my question then based off from >> COMMISSIONER CLARK's recommendation, should I take out Casco and try and add St. Clair to this particular one? Se Szetela Commissioner Rothhorn?

>> VICE CHAIR ROTHHORN: I think there is this, yeah, so I'm hesitant because it is rural like you were saying, Doug.

I think Rhonda right.

It's right to break up a Township at this point just to keep it sort of shoreline it feels like it's, yeah, maybe too much.

But.

>> MR. MORGAN: In terms of population if you were to take all of Casco out that is 4,000 and if you put all of the village of St. Clair in if you wanted to do that that would bring you closer to the population ideal.

>> COMMISSIONER LANGE: That is what I was thinking.

Let's try that, please.

>> MR. MORGAN: That will bring you within 200.

>> COMMISSIONER LANGE: Okay.

>> MR. MORGAN: 212.

>> COMMISSIONER LANGE: Okay, I'm good with that.

Any other comments from any other Commissioners before I give why?

>> CHAIR SZETELA: Seeing none in the room.

>> COMMISSIONER LANGE: The reasoning for this District is to keep it a waterfront District.

---

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> VICE CHAIR ROTHHORN: So we will look and see the difference, how it shifts the second District.

So if we can have those numbers the demographic numbers up or be able to at least view them for 2, 8 and 10 as we make this shift, please.

>> CHAIR SZETELA: I did find that map so.

>> MR. MORGAN: So Kim will make the changes then I've got the original one I can reference at the same time if you're looking at, you're looking at voting age non-Hispanic Asian or something like that is that what you are focusing on?

>> VICE CHAIR ROTHHORN: Yes, thank you that is a great idea.

>> KIM BRACE: Adding these into 10.

All of Hamtramck into 10.

>> MR. MORGAN: The exhibits 10 is 10.4% non-Hispanic Asian voting age.

And what will happen is you know you're going to throw the new District ten out of population alignment.

So you might have to take something off.

>> VICE CHAIR ROTHHORN: Sure of course.

>> KIM BRACE: District 10 with those three precincts in that is 18%.

You said it was 10% before?

>> VICE CHAIR ROTHHORN: Okay.

>> MR. MORGAN: That is correct 10.4.

>> VICE CHAIR ROTHHORN: So it's increased to 18.

>> KIM BRACE: Right but you could take out some white areas or whatever and get the concentration up.

>> VICE CHAIR ROTHHORN: Again I'm not sure I'm making myself clear I want to read the data and don't want to change the District at all.

And I think what Commissioner Szetela is recognizing the COI that was drawn that would be Bangla Town where we would not interrupt or break up that COI community of interest would be more than just the three districts in Hamtramck that you've drawn.

It would be, yeah.

>> MR. JOHN MORGAN: Balance of Hamtramck the whole Township.

>> VICE CHAIR ROTHHORN: Yes, and a couple districts to the west just to see the difference.

>> CHAIR SZETELA: It's actually north too.

>> VICE CHAIR ROTHHORN: It's north too.

We will just reverse it but I want to see the numbers and sort of record them.

>> CHAIR SZETELA: John and Kim it's this whole area.

This and this.

>> KIM BRACE: This area right in here.

>> CHAIR SZETELA: This whole area.

>> KIM BRACE: Okay.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_006605

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> CHAIR SZETELA: I think because we are doing with the House District this is where the struggle comes in so to reach all the way up like that, we start to go over population and there is not a lot we can take off north that's not you know a high Asian population as well.

So we would have to maybe thin out the neck going up I guess that would probably be the only way.

>> MR. MORGAN: Or look at areas to the south so consider that.

>> KIM BRACE: That is 21 up at the very top.

>> VICE CHAIR ROTHHORN: Right but I think because of the percentages in the Asian population and the dots we are seeing I think we can assume that it's maybe not as diluted as we thought.

Additional population or is that wrong on my part.

>> MR. MORGAN: If you look to the south there may be population that's less Asian.

>> VICE CHAIR ROTHHORN: Okay yeah so really, I'm trying to just get a data point here.

I don't want to spend, yeah, we are getting into the.

>> KIM BRACE: You also do that by taking around the airport.

>> VICE CHAIR ROTHHORN: Okay.

>> KIM BRACE: In that area there and taking that out.

>> CHAIR SZETELA: The airport is part of Bangla Town.

>> MR. BRUCE ADELSON: I understand this was not reshaping districts other than to look to see how this alteration changes the election results.

So I had not envisioned changing the District and working towards equal population. This is just like a test run to see does this distinct area, does that shift change the results? So that was my understanding.

>> VICE CHAIR ROTHHORN: I think what they are suggesting is because we are over population, we may actually have something that feels significant like we might not get the same data point if we did get closer to true population is that accurate?

>> MR. MORGAN: There are two approaches to this at this point and we are hypothetically testing this out you could reduce the District by approximately the correct population.

Or the other thing you could do is you could look at the raw totals of the Asian community that are in there with the assumption that you're not going to be taking out a lot of Asian population.

So in other words even though the District is overpopulated generally you have the community intact.

So if you just look at those raw totals that will give you an idea of how many of the population is in the District.

So here we are looking at percentages so move away from the percentages and just look at the raw numbers which is all on another tab of the software, if that makes sense.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> VICE CHAIR ROTHHORN: Why don't you show us that? And let's go to the election results for ten.

>> MR. MORGAN: Theoretically once you encapsulate the community you will reduce I only a little bit by taking out something that is not in the core of that community.

>> VICE CHAIR ROTHHORN: Okay, yes, I think I understand.

>> MR. MORGAN: Whatever that is. To Mr. Adelson's point, you may be effectively reconfigure districts if you did that and may want to reevaluate changes but just for purposes of getting the numbers right for the community the raw numbers will give you an idea.

>> KIM BRACE: Let me go and create a District 21. Because that's what's really going to show I think what you're looking at doing.

>> MR. MORGAN: Encapsulating the community in a newer District?

>> KIM BRACE: Right.

>> CHAIR SZETELA: Commissioner Eid?

>> COMMISSIONER EID: Instead of doing that, just pull up election results for this 13 right now and see what we have. Because we already included the community in question being Hamtramck. It's going to include Bengali people and include many Yemeni people so let's pull it up and see where we are at at this point then we can go from there.

>> CHAIR SZETELA: I think that is a good idea because I think we have already done what MC wanted to see. Let's just look at the election data and let Bruce take a look at it. Here is a question did we look at what it was before the change? Did anyone write that down? Just curious.

>> VICE CHAIR ROTHHORN: I think John has that.

>> MR. MORGAN: I don't have that at this time.

>> VICE CHAIR ROTHHORN: Oh, shoot.

>> CHAIR SZETELA: That probably would have been a good first step before we embarked on this but we can reverse it all and go back so let's see what we have. And this time write it down.

>> KIM BRACE: So we are looking at.

>> VICE CHAIR ROTHHORN: Highlighted District is District 10.

>> KIM BRACE: This is looking at ten. Now we can look at the election results. On that side. So if we look at the primary data there so in District 10 the way you have it composed you have El-Sayed taking 41% carrying the District the way it is currently composed. It has too many people obviously but clearly, you've got you know that was part of his strength also is what we are saying.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272          MICRC_006608

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

And take but I don't want to take 2064 from 21.

But it makes sense to keep all of Royal Oak together.

&gt;&gt; CHAIR SZETELA: I mean if you take it away from 21 you are taking away 2000 people.

And it's over by 800 so it's really going to end up being about 1200 under which is not a huge amount.

And then you would be keeping Royal Oak together.

&gt;&gt; COMMISSIONER WAGNER: So let's go ahead and do that, please, Kent.

&gt;&gt; MR. KENT STIGALL: 21 is 1.3% under and 23 is now 4150 over.

&gt;&gt; COMMISSIONER WAGNER: 2532 at the top the north Section if you would take that off for me, please.

&gt;&gt; CHAIR SZETELA: Commissioner Eid?

&gt;&gt; COMMISSIONER EID: I think we are missing kind of hard to see that 12306 Section that is also part of Royal Oak.

&gt;&gt; CHAIR SZETELA: 2306 is also Royal Oak.

&gt;&gt; COMMISSIONER WAGNER: Yes, I heard that.

Go ahead and add that, please, Kent.

&gt;&gt; MR. KENT STIGALL: 23 is 4.28% high which is 3924.

These two precincts together would be about 4,000 people.

&gt;&gt; COMMISSIONER WAGNER: I know, I was looking at those.

I was actually looking at Clawson the 1916 and 1956 but I didn't know where the 1956 ties into what we are looking at right now mainly Royal Oak and Madison heights.

&gt;&gt; MR. KENT STIGALL: All these are Clawson.

And Clawson.

&gt;&gt; CHAIR SZETELA: Commissioner Orton did you have a comment?

&gt;&gt; COMMISSIONER ORTON: Well, I can only see part of the light blue outline.

I can't really tell I think it's Clawson I can't really tell where the rest of the outline is.

I'm wondering if it's where we -- where the line is.

But.

&gt;&gt; MR. KENT STIGALL: Clawson line is follow my cursor.

&gt;&gt; CHAIR SZETELA: Like a little box.

&gt;&gt; COMMISSIONER ORTON: I was wondering about that so we are kind of breaking that up two.

&gt;&gt; MR. KENT STIGALL: 12345 voting precincts.

&gt;&gt; CHAIR SZETELA: &gt;&gt; COMMISSIONER CLARK? Okay, Commissioner Eid?

&gt;&gt; COMMISSIONER EID: Well since we are over now why don't we take out the two in Clawson.

That will make us about even.

&gt;&gt; CHAIR SZETELA: It's going to be more than that though.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER WAGNER: It would be four.

>> CHAIR SZETELA: Yeah, it would be four because it's going to be 8,000.

>> COMMISSIONER WAGNER: Let's grab 5285 at the top and whatever is to the left of that west.

So if you take out those four Clawson precincts, please.

>> MR. KENT STIGALL: And these two here?

>> COMMISSIONER WAGNER: Yes, please aren't those two Clawson as well? .

>> MR. KENT STIGALL: Yes.

>> COMMISSIONER WAGNER: Yes, please.

And then if you would add, yes, I know.

And to the north of 2306 that little jagged area, oops, now I can't see.

Yes.

>> MR. KENT STIGALL: I'll get it back.

Just a moment.

>> COMMISSIONER WAGNER: It's okay Oakland, yeah, 5285.

>> MR. KENT STIGALL: This precinct is split way up there so we will do it by blocks and take.

>> COMMISSIONER WAGNER: Thank you.

>> CHAIR SZETELA: Commissioner Weiss?

>> COMMISSIONER WEISS: I have a quick question if we put Clawson back and those four and what about taking out Madison heights.

It should get you pretty close population wise.

So if you put 2045, 2940, 1916 and 1956 and take out Madison heights which is 4319.

>> CHAIR SZETELA: The whole of Madison heights is almost 30,000 people.

That's just part of Madison heights.

>> COMMISSIONER WEISS: Well that is what I was wondering would that work.

>> CHAIR SZETELA: You are just talking that one precinct of Madison.

>> MR. KENT STIGALL: This area is 8800 so if you took that out you would be 3800 high.

Take that out and you would be 5, 6, 700 low.

>> COMMISSIONER WAGNER: And the only problem with that was that I heard that Madison heights and Royal Oak they wanted to remain together.

>> CHAIR SZETELA: >> COMMISSIONER CLARK?

>> MR. KENT STIGALL: This is not all of Clawson you still have this part.

>> COMMISSIONER CLARK: One more in Clawson.

One thing to consider is to go west above the number 10 District.

All of Clawson, all of Madison heights and all of Royal Oak here and extend it on top of ten and see where we are at.

I don't know where we are at number wise.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> CHAIR SZETELA: You are going in Troy.

>> COMMISSIONER CLARK: That is not true.

>> CHAIR SZETELA: You are going the other way.

>> COMMISSIONER CLARK: I don't want to break up Troy.

I mean that is a consideration.

That is going into Warren, I think.

The problem with that is in the Warren area gets into too many districts, you know.

You know like.

>> CHAIR SZETELA: I personally would split part of Clawson or take that Section off Madison heights.

Either one of those will work.

>> COMMISSIONER CLARK: Yeah.

>> COMMISSIONER WAGNER: Just take the bottom two precincts under 2040 and 1956.

>> MR. KENT STIGALL: Take these two out.

>> COMMISSIONER WAGNER: Of Clawson.

No, no, add the two bottom precincts of Clawson, please.

>> MR. KENT STIGALL: Okay.

Want to add those two into 23?

>> COMMISSIONER WAGNER: Yes, please.

>> MR. KENT STIGALL: Okay.

It's going to be right on the number or pretty close.

>> COMMISSIONER WAGNER: It's going to be close.

>> MR. KENT STIGALL: 37 people off.

>> COMMISSIONER WAGNER: I'll hold there.

>> CHAIR SZETELA: All right I think Department of State staff might have some questions for you.

>> MS. SARAH REINHARDT: No questions, thank you.

>> CHAIR SZETELA: All right, are you satisfied with this District? Erin?

>> COMMISSIONER WAGNER: Yeah.

>> CHAIR SZETELA: Okay all right we will move on to Commissioner Weiss.

>> COMMISSIONER WEISS: .

>> MR. KENT STIGALL: Could I point out one thing we moved a couple precincts out of 18 and it dropped considerably District 18.

>> CHAIR SZETELA: Okay so yikes.

Below.

How did we end up doing that? I must have missed it.

Can you show me what the population on 17 is? .

>> MR. KENT STIGALL: 17 is a little low.

Below ideal.

---

# SEPTEMBER 24, 2021

# SEPTEMBER 24, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. MORGAN: Sorry to be clear you're talking just the 1105.
You're down by 3200.

>> COMMISSIONER VALLETTE: So what is the total of 2 and 3 it's the total is 3 except for the 2690.

>> MR. MORGAN: Right 2690 this would be 3,000 and this would be 2690 over.

>> COMMISSIONER VALLETTE: So put those two in?

>> COMMISSIONER LETT: Yeah.

>> COMMISSIONER ROTHHORN: Commissioner Eid?

>> COMMISSIONER EID: Yeah, I would put the whole remainder of the Township in and you will end up a little over but you will be okay then you can put rose with Holly which is something that Janice has expressed that you think should happen, right?

>> COMMISSIONER ROTHHORN: That speaks we would be a little overpopulated which is an earn concern that Commissioner Clark expressed about having so many Districts that were under populated so that might be a nice balance at this point to be overpopulated.
We are still within deviation.

>> COMMISSIONER LETT: Zoom back out John and see if we need to get Richard's eraser out.
40 is good.
34 is a couple thousand high.
37 is good.
36 is good.
I'm happy.

COMMISSIONER CLARK: I have a comment and this is to actually a question to Janice.
You appeared to be working on the south side of 34.
And what we ended up doing is basically keeping what was and adding to the north side of 34 is that acceptable to you?

>> COMMISSIONER VALLETTE: Yeah, it is.
Because I agree that South Lyon really doesn't belong with Melford.
There is quite a distance between the village and the City of South Lyon.
There is a lot of property between there.

COMMISSIONER CLARK: I just want to make sure you were own board with it.
Okay thanks.

>> COMMISSIONER LETT: Okay so we adjusted 40, 34, 37, probably going to 25 for all we know.
Those were done to meet the population requirements, also to keep the districts as compact as possible taking into consideration the population requirements.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

And as well as keeping the communities of interest as we understand them to be in those areas taking those communities of interest into consideration from our personal notes.

And the MGGG comments.

So that is where we ended up on those three.

>> COMMISSIONER ROTHHORN:  Thumbs up.

Thank you, Commissioner Lett.

Commissioner Orton we are to you.

>> COMMISSIONER ORTON:  Okay, well, I just want to say what I really want to do is redo Brighton because it looks like we split it two different ways and neither of those ways are good but I'm not going to do that.

We will save that for another day.

I think we need to go back over to Sterling Heights area and finish up that little area near Detroit that is not assigned yet.

So, John, if you could take, yeah, where it says Warren all the unassigned in that Township and then Sterling Heights Township.

I know we received communities of interest about Sterling Heights area and Warren.

But I don't know if we have those overlays that we can see in that area.

>> MR. MORGAN:  Okay I can bring some of those in, in a moment.

>> COMMISSIONER ORTON:  Okay.

>> MR. MORGAN:  Do you have a specific one you wanted to reference?

>> COMMISSIONER ORTON:  I don't at this moment just to complicate things more do we have the Asian thematic bubbles?

>> COMMISSIONER ROTHHORN:  Commissioner Orton C1037 is the Bangla community that stretches into Sterling Heights area C1037.

>> COMMISSIONER ORTON:  Okay John, can you find that one?  Thank you, MC.

>> MR. MORGAN:  Sorry you said 1037 under the plan ID or?

>> COMMISSIONER ROTHHORN:  Yes, I'll try to confirm that.

>> MR. MORGAN:  Could be that was a very recent comment possibly.

>> COMMISSIONER ROTHHORN:  It is possible.

It's after, I believe it was submitted after August.

I have another one that is just not an overlay.

I just have I'll give it to you the paper version that I have.

>> COMMISSIONER ORTON:  Okay thank you John.

For now can you choose the Township of Sterling Heights?

>> MR. MORGAN:  That is 85% over.

>> COMMISSIONER ORTON:  Zoom out a little.

Okay, so the community of interest I can't think of the word compilation that we have right here, it doesn't actually go up this high.

>> MR. MORGAN: You want me to unassign the part of the northern Section?

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_006820

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER ORTON: Okay Zoom out a little.

So I think.

Okay so where is 14 mile road? Does anyone know? Does that say 14? I can't tell.

>> COMMISSIONER CURRY: 15.

>> COMMISSIONER ORTON: It's down.

I saw it.

>> MR. MORGAN: Let me adjust a couple settings and see if I can help with this.

>> COMMISSIONER ORTON: I think the blue is 14; is that right?

>> COMMISSIONER ROTHHORN: It looks like that to me also.

>> MR. MORGAN: I think I view this as 17 mile.

>> COMMISSIONER ORTON: I think it's under where I can see is 14 mile, the blue line down.

>> MR. MORGAN: Yeah, that is the border of the Township, I think.

>> COMMISSIONER ORTON: Okay so can you Zoom out a little bit? So, okay, where District 10 is, according to the map that was submitted for Bangladeshi community of interest it goes clear up to 14 mile.

I wonder if we should adjust that.

Or why it was drawn like that, number 10.

>> COMMISSIONER ROTHHORN: I think it was related to population probably.

>> COMMISSIONER ORTON: Okay can we see the active matrix for District 10? Okay are you able to just select that area, yeah, right there, up to 14, just to see what the population is? And we don't need that Section on that road.

>> MR. MORGAN: Looks like this is the voting precinct goes like that.

So it's just under 4,000.

>> COMMISSIONER ORTON:

>> MR. MORGAN: That represents 4%.

>> COMMISSIONER ROTHHORN: If you decide to add that it will allow us to help the Bangla community in Hamtramck and the surrounding area it would help us put them not more than two districts if you decided to do that.

>> COMMISSIONER ORTON: Can you also grab that little piece to the, yeah, the little pink piece and assign it to 10 for the moment.

>> MR. MORGAN: For the moment?

>> COMMISSIONER ORTON: Yes, assign to 10.

>> MR. MORGAN: Okay.

>> COMMISSIONER ROTHHORN: Commissioner Clark?

>> COMMISSIONER CLARK: Yeah, remember 10 is one of those spokes coming out of Detroit.

So we got to be careful with the V RA issues associated with changing that.

>> COMMISSIONER ORTON: Okay we can check that after.

Yeah, and 10, please, the.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272     MICRC_006821

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. MORGAN: Okay so just to clarify I put that in a holding District just to get the population for you.

>> COMMISSIONER ORTON: If you could mark 80 with 10.

So I might be messing everything up since we did this as a spoke coming out from Detroit, but I'll just try to include this complete Bangladeshi community of interest and then we can change it back if we have to.

So according to this go down just a little bit when you can.

Let me see south a little bit.

It does not need to be this wide to include this community of interest anyway.

Could we have the Asian thematic on? Now I don't know whether to call it bubbles or dots.

We have called it both.

>> COMMISSIONER ROTHHORN: I like the idea of calling it theme.

>> COMMISSIONER ROTHHORN: For what it's worth Commissioner Wagner. Commissioner Orton you are within the variation.

We are just overpopulated in District 10 at this point so if you want to continue drawing your District, I think you are well, I think you have not done anything that isn't.

>> MR. MORGAN: It's not displaying the theme.

Give me a moment.

>> COMMISSIONER ORTON: We will move on then.

I will leave 10 like this for now since we are under populated in a lot of places, we can work that out later.

So I will add or I will do whatever needs to be done to 41.

Can I see that on the matrix? Okay so we are very high and I'm not familiar with this area.

>> COMMISSIONER ROTHHORN: I think you want to take off from the eastern side. I believe that there is something like mound road.

There is a couple roads that one north-south, Chair Szetela you are nodding your head. Yeah, but I feel like you want to stay and keep 41 sort of running north, south up from 10.

So you are unselecting sort of the eastern edge of your current District.

>> COMMISSIONER ORTON: Okay go ahead and help John know where.

>> MR. MORGAN: I'm trying to reopen the plan and see if that affects things.

>> COMMISSIONER ROTHHORN: Anyone familiar with this area understand is mound road the actual road we should be looking for?

>> COMMISSIONER ORTON: Wondering if Commissioner Clark has input.

>> COMMISSIONER ROTHHORN: Commissioner Eid?

>> COMMISSIONER EID: Mound road is a major road in the area so it can be used. I think though the original 14 mile road probably would have been a little better. But mound road is also you know a major dividing road.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_006822

# SEPTEMBER 27, 2021

# SEPTEMBER 27, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

That is I guess that is the thought.

>> CHAIR SZETELA: You could also take that little bit of Brownstown that is not assigned and put it into 16 because you do have a little room there.

>> MR. KENT STIGALL: Okay all the unassigned area right there is 37,205.

>> COMMISSIONER LETT: Okay Zoom out.

>> CHAIR SZETELA: Commissioner Orton?

>> COMMISSIONER ORTON: So I also think we've been trying to get the populations as close to 0 as possible, the population deviation.

But I'm thinking with the information that we received from Julianne maybe we shouldn't be as worried about that.

We should be more worried about communities of interest.

I was going to say but also Voting Rights Act.

You know, those things might come to play in this.

So maybe we shouldn't be trying to get it as close to 0 as I was thinking anyway.

>> COMMISSIONER LETT: I wasn't even considering that since we have 25,000 people.

That's not even -- that is about 25%.

>> MR. KENT STIGALL: 37,000, unassigned is 37.

>> CHAIR SZETELA: You could put in unassigned and take off Huron and ash.

>> COMMISSIONER LETT: I guess the question is in my mind are these -- is this an area of Down River that we want to include with nine and work from there? Or is this something we want to put in 61 and shave off the bottom? I mean, there has got to be some reason other than stick it somewhere.

>> VICE CHAIR ROTHHORN: I have a couple public comments that talked about sort of little Down River.

I don't think there was anything consistent meaning I don't think there is one consensus that, you know, that this.

>> COMMISSIONER LETT: Zoom back out.

>> VICE CHAIR ROTHHORN: This area that is unassigned which is considered Down River belongs, yeah, ideally it would stand in Down River I think you are absolutely right.

And to associate it with Berlin and French town and among the coast there, it fits better it will fit better is good.

I don't think it has to be with nine or 16.

I think it can fit there.

>> COMMISSIONER LETT: All right Kent let's put it in 61 and then we will see what we have to do to cure that problem.

>> CHAIR SZETELA: Commissioner Clark?

>> COMMISSIONER CLARK:

>> COMMISSIONER LETT: Can't hear him.

# SEPTEMBER 29, 2021

# SEPTEMBER 29, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. BRUCE ADELSON: Go through as many as you can and District 18 there were some issues there too.

>> VICE CHAIR ROTHHORN: District 18.

>> MR. BRUCE ADELSON: Yes.

>> VICE CHAIR ROTHHORN: If District 1 in this house map is okay, with the, yeah, and it's a low but it's a high significant Hispanic population and this is a COI that did represent and I remember drawing this one in particular there because a Latin-X COI community of interest and the other I think they call themselves 48217 zip code and this completely allowed both districts both to be in there and so this is a COI specific District for those two.

And with you know significant Hispanic majority or I guess minority.

>> MR. BRUCE ADELSON: Yes, it's a plurality Hispanic District.

Because we don't have any data on cohesion Hispanic voters and Black voters who really can't analyze that specifically, then and as you said this is a this incorporates COIs from the Hispanic community in this area.

So what I would suggest that we do is well a couple things I'm reluctant to change the Hispanic population and suggest that they can only elect at a certain percentage because we don't really have analysis about that.

But what I would suggest is we look at the bellwether elections for this District and particularly 2018 gubernatorial primary that may suggest some voting pattern differences if there are any between Black and Hispanic populations but we can confirm the elections look good and we can move on to someplace else.

>> VICE CHAIR ROTHHORN: We did look at elections and we did say yes this is an opportunity to elect District.

>> MR. BRUCE ADELSON: Okay.

>> VICE CHAIR ROTHHORN: Significant differences and, yeah, so it sounds like what we can't get is yep, it's VRA compliant and won't get that is that true?

>> MR. BRUCE ADELSON: We won't get that as absolute right now but we can get it looks good for now.

That is about as far as I'm willing to go.

>> VICE CHAIR ROTHHORN: I understand and we will wait for voting rights compliance.

>> MR. BRUCE ADELSON: We will wait for Dr. Handley and talk to her later about voting pattern analysis.

>> VICE CHAIR ROTHHORN: Okay.

>> MR. BRUCE ADELSON: And some additional election analysis but for now I think typically as you know the dispositive issue with Voting Rights Act analysis from two is election results does the minority community have the ability to elect.

So I recall looking at that.

I can't -- I don't know if there have been changes since the last time I looked at this.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

So if not, let's look at the bellwether and see what bellwether elections and see what they tell us.

>> VICE CHAIR ROTHHORN: Can we go ahead John can you bring up?

>> MR. MORGAN: Sorry I will bring up the elections.

It will just take a moment.

>> VICE CHAIR ROTHHORN: I think we are looking at the focused or bellwether.

>> MR. MORGAN: I'm going to stay here on the screen for just a moment before I switch over.

So that Mr. Adelson can just kind of look at the adjacent districts.

He is doing a quick scan of that.

>> VICE CHAIR ROTHHORN:

>> MR. MORGAN: Adjacent 2, 3, 5, 9 and some extent 4 only in one area and we will look at the election results.

>> MR. BRUCE ADELSON: Bellwether election.

>> MR. MORGAN: And we are focusing on District 1.

>> MR. BRUCE ADELSON: Yes.

>> MR. MORGAN: President 2020 Biden is 85%.

Trump is 15.

Clinton is sorry 87, 88 to 12.

Obama is 92 to 8.

And then in the U.S. Senate Peters is 85 James is 15.

Stabenow is 87.

James is 13.

U.S. Senate 14 Peters is 93.

Land is 7.

Stabenow is 93.

Hoekstra is 7.

For Governor Whitmer is 89.

Schuette is 11.

Governor 2014 is 85 shower 15 for Snyder.

Attorney General Nessel 88.

Leonard is 12.

For Attorney General 14 is Totten is 86 and Schuette is 14.

And then for Secretary of State we have 89 for land and 11 sorry 89 for Benson 11 for Lange and then for Dillard is 86, Johnson is 14 for the Governor's race El-Sayed is 36 and 37 and Thanedar is 30 and Whitmer is 33, 34.

>> MR. BRUCE ADELSON: John can you pull up excuse me the by race for districts the districts you mentioned 9, 5, 3, 2 and 4, please?

>> MR. MORGAN: Looking at the adjacent districts and I guess we are looking at the composition of 2, 3, 5, and 9.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

Okay so I guess what we can do is look at VRA compliance.

>> MR. MORGAN: I could load it as a separate plan if you want to look at the statistics is that advisable?

>> VICE CHAIR ROTHHORN: It seems worthwhile because our goal is to do VRA analysis and see if there is another set or a significant changes that will allow us so maybe before you load it up maybe we should write down the numbers or.

>> MR. MORGAN: I think there is a spreadsheet with that information if I'm not mistaken.

>> CHAIR SZETELA: So if you scroll out I can kind of explain what I was doing here and may be helpful before we move on to it so I was trying to fix districts 15, 14 and 17 because they are highly concentrated.

69% -- 76% African/American.

65% African/American.

And then 71% African/American.

And so I was trying to fix that and then also minimize the number of splits that we have in Livonia and Redford because right now we have five splits in Livonia and three in Redford so in order to accomplish that I moved what was originally just a District for Dearborn which was three which is basically almost all of Dearborn. And I grabbed those parts of Detroit that also have significant Arab population so that would be the Warren area and then clay town and then because I was able to do that, I was able to reposition 17, 14 and 15 and then I also had to reposition a little bit of 2 and 1 I did not touch anything only the east side so 10, 12, 6, 4, I did not mess with those at all but readjusted the boundaries so that it brings it down to three splits in Livonia versus five. Two splits in Redford versus three. We still have two splits in Dearborn which is what we had originally. And you now have two splits in Dearborn Heights. And then end up dropping the African/American population by 15% in those three districts.

So the districts come down to one is 50%, one is 61%, and the other is at 56%.

And I think what I'm really curious is Bruce's analysis on that particularly for Dearborn. Because I think with this configuration you are still preserving that community of interest of the Arabic population because there is so much cross over voting I think it should be okay. But obviously you're the expert on that. And minimizing the highly concentrated you know like I said the bacon strip districts that we had because we hadn't gone into Dearborn.

If you go into Dearborn, you can solve that problem and minimize Livonia split and minimize Redford splits.

>> MR. BRUCE ADELSON: To that point I think that I remember when we looked at District three before and the 2018 gubernatorial primary that really revealed some the potential preference of the Arab American community so we can see if that election result has changed and we can let's just start there.

>> VICE CHAIR ROTHHORN: Start that and what that means we need John to look.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272       MICRC_007194

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> CHAIR SZETELA:  Look at here first.

>> VICE CHAIR ROTHHORN:  Do we look here first.

>> COMMISSIONER LETT:  Look how it is right now.

>> MR. MORGAN:  If I'm not mistaken the District numbers are the same.

>> CHAIR SZETELA:  We numbered them as much as the same as possible to make it easy.

>> MR. MORGAN:  Would it make sense in a spread sheet side by side for some of the information.

>> VICE CHAIR ROTHHORN:  Can we look at the election results in the spreadsheet then too?

>> MR. MORGAN:  I can copy.

>> VICE CHAIR ROTHHORN:  Let's bring it.

>> MR. MORGAN:  We bring up Commissioner Szetela's plan up separately if she has the entire active matrix, I can just use the sheet she had or just bring up the plan and then export those you know 10-12 districts and then have them on top of each other so you can look at them together.

>> VICE CHAIR ROTHHORN:  It sound like it's worth -- I'd be interested in seeing it and I think it would be a useful tool please help us do that thank you.

>> CHAIR SZETELA:  So I did send over the excel sheet but my caveat on my program I don't have that primary of El-Sayed so I don't know if that makes a difference if you need to separately export it.

>> MR. MORGAN:  If I bring it in here then it will add the matrix in and it shouldn't be a problem.
So it will just take a moment.

>> CHAIR SZETELA:  Commissioner Eid?

>> COMMISSIONER EID:  So if I recall the original plan had two districts in Dearborn that were won by El-Sayed one was like pretty significant and one was right over 50%.
It was like 50.2% or something like that.
But generally I like the changes that you made, Commissioner Szetela.
And I think, yeah, let's just see if those election results stand.

>> MR. BRUCE ADELSON:  As I recall with the prior duration of District 3, that El-Sayed won by he had more than 60% support.

>> CHAIR SZETELA:  I thought it was 69%.

>> MR. BRUCE ADELSON:  Yeah, so that was we have not seen anything like that. Anywhere around the state.
So I think as we talked about at the time that the election results suggest there is some room to play because it's not like he won by 50% or he lost and he had 48%.
So there is a margin so I think the telling point will be if we are still within the safe zone.
If he still wins and if he still wins then I think on that metric that's good.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. MORGAN: Just want to confirm this looks like the plan that you wanted to import, okay? So then when I go to the election data here, it has your District so we will move the whole Section over to a spreadsheet.

I will just bring up the other plan.

>> CHAIR SZETELA: Thank you.

>> VICE CHAIR ROTHHORN: Commissioner Szetela since you are next after me maybe it makes sense to hand it over at this point in terms of taking terms is that okay.

>> CHAIR SZETELA: We can wait to see what he says if what I have done is worse, we may not be making any changes.

>> VICE CHAIR ROTHHORN: Okay.

>> MR. MORGAN: For moving things along let's look at sorry is this election data? No of course I did the wrong one.

Yeah, just a moment.

.

No, I put the election with the population.

Yep, so elections let's try that again.

It was close.

I think this is what we are looking for.

This is just on the election results.

>> VICE CHAIR ROTHHORN: And I think in general what I'm looking at is like the democratic republican sort of summary and I think what we are looking for is try to compare the change that right we want to go all the way to the right to get to that primary election and see El-Sayed and the result.

>> CHAIR SZETELA: Thanedar and I can't remember.

>> VICE CHAIR ROTHHORN: And Whitmer, yep.

And the Districts 12 and 3 are on the top.

So the summary there is not an appreciable.

>> CHAIR SZETELA: 2% in District 2. 8% in District 3, which I would not say is negotiable but it's still a strong win there.

>> VICE CHAIR ROTHHORN: That is 8%.

>> CHAIR SZETELA: Still it's 9%, that is a strong win.

>> VICE CHAIR ROTHHORN: How do you interpret the results?

>> MR. BRUCE ADELSON: I want to make sure I had the right District.

So which is District I see and I did not have the right District so District 3 has 67.6.

>> CHAIR SZETELA: 3 and 7.

>> MR. BRUCE ADELSON: I think three it's virtually the same.

It may be like .5 higher, so the change did not affect what we are referring to be the Arab American preference for El-Sayed.

And what was the other District?

>> CHAIR SZETELA: 7.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. BRUCE ADELSON: 7 so let's wait until we can see.

>> MR. MORGAN: The map preference is here we are talking District 3 and District 7 so this orange version of District 3 is what's in the House District plan.

And then this more vertical version of District 3 is in Commissioner Szetela's revisions and this is the revised District 7.

So we will go back to the spreadsheet.

>> MR. BRUCE ADELSON: I think we looked at three and let's check out 7.

Yeah so 7 appears it's almost 4-1 for El-Sayed who also defeats Whitmer so I think they both show from our inference that Arab Americans elect their candidates of choice in three.

>> VICE CHAIR ROTHHORN: Can we look at it a little closer? What I read on line 15 under RAS for District 7 yep, I'm reading El-Sayed at 46% and Whitmer at 42%.

So not overwhelming.

>> MR. BRUCE ADELSON: No it doesn't have to be.

So if it's El-Sayed won by 2.7%.

So that is correct.

It's not overwhelming but it does not have to be overwhelming.

This is the only election result we have where we can intuit about Arab American preferences.

Again, we are inferring.

I think it's a pretty good inference. So they can't elect handily and free. They can't elect more narrowly in 7, whether or not that is something that you would like to look at later to see if 7 can be shrank a little bit is an initial consideration. But I'm not seeing that that is a problem since they can elect and that is the threshold question that you have to answer.

So clearly, they can.

Whether or not you want to look at that later as something to tinker with a little bit is a different question.

>> VICE CHAIR ROTHHORN: At this point it's 4:00 and what I'm thinking about Commissioners is you know I think Commissioner Eid has sort of weighted and said he would like to look at it, I feel like I want to do a round Robin part of me knows it's important we as Commissioners be able to make, yeah, expedient positions and I think Commissioner Szetela and Commissioner Eid both had experience in history in this area and because we are dealing with VRA compliance I'm tempted to say I'd like to suggest that we sort of make like a switch.

But again it feels like this is important to talk about because we've got about half an hour left.

I don't want to right this is my turn but I want to frankly like get other considerations and that is my suggestion and I will leave it at that.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_007197

# SEPTEMBER 30, 2021

# SEPTEMBER 30, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

I believe those maps give the Muslim community great representation.

>> CHAIR SZETELA: Thank you for addressing the Commission.

>> MS. SARAH REINHARDT: Numbers 19, 20, 21 and 22 are not currently present.

>> CHAIR SZETELA: Thank you.

We will move on to number 23.

Dipita.

Dipita.

>> Hello, my name is Dipita and raised in Banglatown, which is right inside of Hamtramck and little outside of Detroit.

I want to leave a comment on the current Congressional District.

So I do live in Detroit and noticed that the new map that was created did keep the communities of interest together so I do appreciate that.

You all have kept constituents of Banglatown together however I noticed it expands a little in mock comb county and best not for go past 8 mile allowing Hamtramck and Detroit residents to stay in its own lines and District so again thank you for your time and I hope you do take this into consideration.

>> CHAIR SZETELA: Thank you for addressing the Commission.

Lainey-Frydrych.

>> Thank you, Madam Chair. My name is Lainey. I'm a resident of Royal Oak.

>> MS. SARAH REINHARDT: We cannot hear you.

>> MS. SARAH REINHARDT: We still cannot hear you.

I'm going to turn off your video and move on to the next participant. And I will message you in the chat to look at your technical issues.

>> CHAIR SZETELA: We will move on to Alyssa Diebolt.

>> Good evening MICRC members.

My name is Alyssa Diebolt and live in Eastpointe, a community at the southern edge of Macomb County.

I grew up in the UP. And when I describe can I live now, I always say we are a tiny city sandwiched between Warren, Roseville and St. Clair Shores. And somehow even folks 500 miles away recognize one of those Macomb communities.

I'm here to share how important I think communities of interest are.

In addition to so much water and sewer infrastructure City services such as recreation, and senior center and the Chamber of Commerce and the suburban library cooperative, the people here really work together.

I am Chair of a City Commission in Eastpointe and we regularly reach out to our neighboring communities to possibly partner on programs and really sometimes just steal ideas too.

To be honest.

East point works incredibly close with Roseville and really kind of feel Warren is our big brother to the west.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER CURRY: Trying to see who he was referring the question to because at the end of the day I don't know because I wasn't there.

>> CHAIR SZETELA: Commissioner Curry he is asking do you want to start with the old map or the map with my revisions from yesterday.

>> COMMISSIONER CURRY: Let's go with your revisions from yesterday.

>> VICE CHAIR ROTHHORN: You said with the revisions is that correct Commissioner Curry?

>> COMMISSIONER CURRY: Yes, thank you.
We got to start somewhere.

>> MR. MORGAN: So I'm changing back to that just one moment while I change to the revision map.

>> COMMISSIONER CURRY: You all don't want that one.

>> VICE CHAIR ROTHHORN: He was using the original map so we got to get back to the one with the revisions.

>> MR. MORGAN: I'm confirming this is the revision maps and Commissioner Curry wants to look at District 18 currently comprised of hunting ton Woods Oak Park and a portion of Detroit.
It looks like is that on Southfield.

>> COMMISSIONER CURRY: The minority is the African/American minority was either too high is that what I'm hearing? What do we need to tweet on so I know which way I'm going?

>> CHAIR SZETELA: I think the Thematic dots would be helpful for African/American population.

>> VICE CHAIR ROTHHORN: The neighborhoods would help me I know you know the neighborhoods Commissioner Curry and it's mostly for me and I do recognize that the District 8 right now is I believe an LGBTQ District community of interest that includes Palmer Park if I'm not mistaken, that is by, again, I want the neighborhoods Palmer Park, Hazel Park, Ferndale, Royal Oak, and Oak Park. But we couldn't get it completely in there so if we take apart or moving between 18 and 8, I just wanted to acknowledge that is a community of interest there in 8.

>> COMMISSIONER CURRY: Thank you.

>> VICE CHAIR ROTHHORN: I think I said palmer work but I think it's called palmer Woods.

>> COMMISSIONER CURRY: Palmer Park is in Ipsi too.
It's okay.

>> VICE CHAIR ROTHHORN: Thank you.

>> MR. MORGAN: This is District 18 if you want, I can show more About Street names if you need them.

>> COMMISSIONER CURRY: Street names and the dots.

>> MR. MORGAN: Okay, I'm not sure the theme is not showing up at the moment.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER CURRY: Take 67 out.

>> MR. MORGAN: Did you want to move into in next neighborhood anyway or not? Because they are still off on population.

>> COMMISSIONER EID: Yes, I did want to do that.

It looks like that neighborhood and that little square I was speaking of are in the same precinct.

Okay four is still over population a little bit and six is still under population.

>> MR. MORGAN: Did you want me to continue with the neighborhood or?

>> COMMISSIONER EID: Let's take the rest of the neighborhood.

It would be about 1800 or close to it.

>> COMMISSIONER EID: Take the remainder of the neighborhood the difference between 4 and 6 right now looks to be about 3% so let's try to get those numbers closer to that.

Yeah, let's take that strip as well.

Put it into six.

>> MR. MORGAN: I'm not sure if the voting precinct crosses the neighborhood boundary.

It might.

>> COMMISSIONER EID: We can go in the blocks, I would be okay with that.

I'd rather maintain the neighborhood than the voting precinct.

>> VICE CHAIR ROTHHORN: The irony of what you are doing is these top three neighborhoods do associate with the points so why not go just west of the them into Chandler Park area in terms of assigning and removing population from 4.

That's what I'm saying.

>> COMMISSIONER EID: I would be open to looking at that it would just kind of make an almost a.

>> VICE CHAIR ROTHHORN: If you are thinking about the shape that is where I think we all recognize that shapes are going to be weird at this point.

But we are trying to preserve communities of interest as we do this.

>> COMMISSIONER EID: I do like that idea better than taking these three neighborhoods out of four.

>> MR. MORGAN: So delay the order to take the rest of the neighborhood? Think on it? Take a break and think about it.

>> CHAIR SZETELA: I suggest we take a break guys because I know we will have people here at 1:00 so let's not cut into lunch because I know a lot of people are going out.

So it's currently 12:07 without objection we will recess for lunch and we will return at 1:07 p.m.

Hearing no objections let's take a recess, thank you.

[ Lunch Recess ]

# OCTOBER 4, 2021

# OCTOBER 4, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MS. JULIANNE PASTULA: Yes Mr. Chair let me pull it's not letting me back in the Zoom meeting so let me pull up the map so I can see the data.

>> COMMISSIONER EID: John let's maximize the excel spreadsheet.

I think we all know what we are looking at so for lopsided margins we have 5.8% plus republican and we can see the districts that are that have the highest amount.

I think most of them are probably going to be in Metro Detroit.

Are there any that are outside of Metro Detroit I think is the question that we should look at?

>> VICE CHAIR ROTHHORN: This is sort of above 55% is that what you're thinking 55% being the threshold.

>> COMMISSIONER EID: This is only one measure so and I think we should look at all of them you know.

I think District number 24 was that Ann Arbor District I have been speaking about if my memory serves me correctly, we can look there.

There are a lot of places we can look but we might want to look.

>> VICE CHAIR ROTHHORN: Ann Arbor was 27 and I see Commissioner, sorry, Mr. Morgan

>> MR. MORGAN: Yeah, so in this lopsided margin what you are comparing this to is the average winning margin of the democratic districts and the average winning margin of the republican districts.

So again if you were to average all of these numbers, the average wins for the democrats would be 64% and the average wins for republican would be 58.

So that's what this metric is doing.

It's comparing these two averages together.

>> VICE CHAIR ROTHHORN: This is lopsided in favor of the democrats at this point.

>> MR. MORGAN: Yes, and so when you mentioned 55%, I'm not sure how that figures in exactly.

I'm just telling you what this reports.

>> VICE CHAIR ROTHHORN: I appreciate that.

Thank you.

General Counsel?

>> MS. JULIANNE PASTULA: Thank you Mr. Chair.

So the building on what Mr. Morgan has said so if you go through and, again, down the districts, the -- and you would have to reference back at least to get oriented where they are.

For instance District number 8 is 80%. Districts 13 and 14 are in the mid-70s.

So these should be examined again to see whether they are -- if they are VRA.

>> VICE CHAIR ROTHHORN: Those are VRA districts in the Detroit area the ones you mentioned to now.

>> MS. JULIANNE PASTULA: Perfect then we have 65 is 22.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> VICE CHAIR ROTHHORN:  65.

>> MS. JULIANNE PASTULA:  65% is District 22.

We have a 68% is District 9 which I believe is in the Metro Detroit area as well.

62 is 65% and I don't know if Mr. Morgan can scroll down just a bit.

And then 19 and 17 those mid-70s as well, are those also in the.

>> VICE CHAIR ROTHHORN:  19 is the Arab American community.

What was the other one.

>> MS. JULIANNE PASTULA:  17.

>> VICE CHAIR ROTHHORN:  17 is also in the Detroit area VRA District potentially. I can't remember exactly but it is Detroit area.

>> MS. JULIANNE PASTULA:  The Latino community.

>> VICE CHAIR ROTHHORN:  Latino community, okay.

>> MS. JULIANNE PASTULA:  Let's work your way through the four numbers and see.

>> VICE CHAIR ROTHHORN:  Got it there is no list we should be generating totally with this right now at this point; is that correct?  And I want to get to Commissioner Orton after you.

But so we are not generating a list yet understood.

Okay Commissioner Orton?

>> COMMISSIONER ORTON:  Before we move on, I just wondered where District 34 is because it's 50/50 I think that is pretty awesome.

>> VICE CHAIR ROTHHORN:  Look at that it's right on 50/50 District 34 I will just note that so we can go back and yeah.

34 equals 50/50 got it.

So we are moving on to the mean median difference; is that correct General Counsel? Again we are trying to be systematic so when you can help us sort of be systematic that is much appreciated.

So the mean median difference please, John.

>> MR. MORGAN:  This is look agree at -- looking at a percentage and I'm going to reference back one sheet just to clarify.

These are the total votes for those partisan index numbers that sort of conglomerate numbers and here are the percentages so again they are the same as these percentages here but we are looking at a different test which is comparing the mean median.

So the statewide mean median is this based on your plan and the District performance is that.

And then the difference is that.

>> VICE CHAIR ROTHHORN:  Okay is there anything we should note or can we move at this point General Counsel or should we move to the efficiency gap?  Let move to the efficiency gap thank you.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. MORGAN: Efficiency gap showing here and there is a large number of wasted votes which is a calculation above or below the needed number to win a District which is 50% so anything over 50 is considered one way and then that is how these numbers are done.

>> VICE CHAIR ROTHHORN: Anything we should note here General Counsel or move on to the next one? Okay seats vote ratio please.

>> MR. MORGAN: The seats share the vote share here, this is again the statewide based on these averages, and this is going to be constant in this area.

So every time you look at any plan for this metric on the seats vote ratio these percentages will not change.

What changes is these are the numbers based on your plan.

So based on the plan as drawn, it's a 50/50 proportionality.

>> VICE CHAIR ROTHHORN: So it's pretty amazing looking at the efficiency gap because it led me to believe we are pretty lopsided now I see this and do we need to explain this counsel or move on? How should we proceed in order to be as efficient and systemic or systematic as possible?

>> MS. JULIANNE PASTULA: I think the seat vote ratio is very impressive as Commissioner Orton pointed out the other District.

That is very good as well.

I thought the efficiency gap I thought the efficiency gap that was 6.5.

>> VICE CHAIR ROTHHORN: Correct.

>> MS. JULIANNE PASTULA: I know for the lopsided margins towards 7 is high and the Commission is at 6. So if there were some districts that the Commission wanted to try and adjust, that would be appropriate.

>> VICE CHAIR ROTHHORN: At this point we see is it Commissioner Lett please.

>> COMMISSIONER LETT: Well remember all of these do not have to agree.

So we got two out of three.

I don't think we are not looking for 100% across the board on these measures.

>> VICE CHAIR ROTHHORN: Duly noted Commissioner thank you.

I just want to be clear if we are adjusting or working it looks like at this point, we have two out of the three or several or one or two I can't remember do we have a democratic advantage in two of them we have a 50/50 we have no advantage in the seats ratio.

And the lopsided margin mean median and efficiency gap all lean democratic is that accurate my summary right there?

>> COMMISSIONER EID: I think it's actually the opposite of that.

>> VICE CHAIR ROTHHORN: So.

>> COMMISSIONER EID: Looks like we have the lopsided margins test and the efficiency gap that both lean a positive number on those numbers how we have it calculated is an advantage for the republican party in this case.

>> VICE CHAIR ROTHHORN: Mr. Morgan?

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> VICE CHAIR ROTHHORN: Okay, so I wonder because we've got this report and we've got this score and I know that we get some discussion but I'm wondering if we need to remedy something here based on this report or, yeah, Mr. Morgan.

>> MR. MORGAN: Yeah, I'd say I think that General Counsel might have some additional information on this.

But when we are talking about being from 0-1, that's again it's comparing to a circle and you saw that the highest District here was like .65.

So very few districts are going to be like really, really close to one and then your lowest one was .18, I think.

Which is fairly low but I think I only know one Court case in my experience that I was involved in that had a certain number that they said was absolutely no lower than that number.

And I don't think this number is near that number.

The 18 is not near the number they were contemplating.

>> VICE CHAIR ROTHHORN: Thank you Mr. Morgan General Counsel or Mr. Adelson do either of you help with regards to how we proceed with these numbers and how we proceed with this report? I apologize I saw the max and the min.

Was the plan score on that report? Or is that a different? You can keep going down, is there more?

>> MR. MORGAN: These are other compactness measure but you specifically asked for Polsby Popper so the least compact on this is .18.

>> VICE CHAIR ROTHHORN: While we have a minute, I'm not seeing all the Commissioners who are online.

If Commissioners online if you have a question or if you have any thoughts please verbally indicate.

Commissioner Orton?

>> COMMISSIONER ORTON: Well, while we are waiting, I guess I'm just not quite sure how we are going to use this information because it's the lowest on our list.

Of 7 criteria.

And we don't want to sacrifice any of the other things we figured out already for this.

So what are we going to do?

>> VICE CHAIR ROTHHORN: Thank you for the question, Commissioner Orton.

And I think that is where our legal counsel is trying to help us figure that out.

>> MS. JULIANNE PASTULA: Certainly thank you so much Mr. Vice Chair and I certainly acknowledge Commissioner Orton's comments as well.

So again District 3 with the least compact score that would be an opportunity to shift.

It's not required the Commission can log these scores and move forward.

That would be appropriate.

>> VICE CHAIR ROTHHORN: Thank you.

Commissioner Eid then Commissioner Orton.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_007530

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> KIM BRACE: Generally you look per District if there are extremes on that side. You could do an average on that side if you wanted to try that to compare plans. But generally an average number kind of inhibits you from looking at the individual districts on that side.

>> COMMISSIONER EID: Okay so what I'm hearing is that the District is the changes make it more compact so now let's look at the partisan fairness data to see if it improved or got worse.

>> MR. MORGAN: Partisan fairness on the top is the analyzed plan which is 16B with Kalamazoo whole.

So on the lopsided margin it's lower by .1.

On the mean median difference it looks like it's the same on the efficiency gap.

Again the top one up here is the districts that we just did.

So it's lower by two tenths at 6.3.

On the seats vote ratio it's the same.

>> COMMISSIONER EID: It's slightly more fair or compact and that is one of the measures we should leave it.

>> VICE CHAIR ROTHHORN: It's your turn Commissioner Eid.

>> COMMISSIONER EID: Who started this conversation with Kalamazoo? That's not what I started.

>> VICE CHAIR ROTHHORN: Commissioner Clark then Chair Szetela.

>> COMMISSIONER CLARK: Yeah, my question is to Bruce.

Do you feel that that number is sufficient enough for us to go with, the number for three.

>> MR. BRUCE ADELSON: Compactness.

>> COMMISSIONER CLARK: Compactness.

>> MR. BRUCE ADELSON: Compactness improved so I think one of the things that General Counsel and I were talking about was the funky corner, which is not there anymore on the right, to the east, northeast.

That has been resolved.

The number is better and that is like I was saying we were talking about before dealing with compactness is relatively easy compared to some other considerations.

So it looks good to us.

It's improved so I think let's put it in the bank and be done with it.

>> COMMISSIONER CLARK: My second question was to Cynthia.

I mean you live over in this area do you feel this is an acceptable change?

>> COMMISSIONER ORTON: I do think it's an improvement.

I don't know if we want to spend more time here.

But I think District 20 since people still don't like the shape of District 3, changing it and District 20 around a little bit could improve even more.

>> CHAIR SZETELA: That is exactly what I was going to suggest why wouldn't we just move 20 over to the current border of Kalamazoo and then readjust those Districts if

# OCTOBER 6, 2021

# OCTOBER 6, 2021

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MS. SARAH REINHARDT: Rebecca Szetela?

>> CHAIR SZETELA: Present.

>> MS. SARAH REINHARDT: Janice Vallette?

>> COMMISSIONER VALLETTE: Present.

>> MS. SARAH REINHARDT: Erin Wagner?

>> COMMISSIONER WAGNER: Present; attending remotely from Charlotte, Michigan.

>> MS. SARAH REINHARDT: Richard Weiss?

>> COMMISSIONER WEISS: Present.

>> MS. SARAH REINHARDT: Dustin Witjes?

>> COMMISSIONER WITJES: Couldn't think of a fancy word so I'm present.

>> MS. SARAH REINHARDT: 10 Commissioners are present.

And there is a quorum.

>> VICE CHAIR SZETELA:

We will continue with agenda 5A and Mr. Rothhorn if you could facilitate, I would appreciate it.

>> VICE CHAIR ROTHHORN: Commissioner Clark back to you.

>> COMMISSIONER CLARK: I want to take the lopsided margin report and identify certain districts where the margin is relatively close.

So for example 49% democratic 51% republican.

And go through the whole list and let's identify those and I will choose one and the next person can choose one and we will just cycle through those.

>> VICE CHAIR ROTHHORN: Sounds good and I will make a list as you identify them.

>> COMMISSIONER CLARK: Okay so let's cycle down through the list and keep going down and the first ones I think are all in Detroit area anyway.

>> MR. MORGAN: Commissioner Clark that is true generally but keep in mind we did jump around with a few numbers so we will want to refer to the map when we see something.

>> COMMISSIONER CLARK: So what I will do when I see the democrats somewhere just below 50, we will identify that as one of them so 50%.

Okay so let's look at 22.

No I'm sorry, not 22, 28.

And 29 let me think if I want to do those if they are too high.

>> VICE CHAIR ROTHHORN: Commissioner Clark Commissioner Orton has a thought.

>> COMMISSIONER ORTON: 25 is very close.

>> COMMISSIONER CLARK: I don't see 5.

>> COMMISSIONER ORTON: 25.

>> VICE CHAIR ROTHHORN: Gentleman can one of you mute.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER CLARK: Let's get on with it and go ahead and run the partisan fairness and see where we are at.

>> VICE CHAIR ROTHHORN: You forgot to say I yield back.

>> COMMISSIONER LETT: I yield back Roth Mr. Morgan.

>> MR. MORGAN: In this case the plan name is the same.
So I'm going to have to make a copy of the previously existing plan and now we are running, this is essentially a new plan officially you would consider this a new plan because you made changes and look at partisan fairness numbers so I need to save it not as a new plan but as a new excel sheet so you can look at it side by side so I will do that.

>> VICE CHAIR ROTHHORN: Thank you Mr. Morgan then while he is doing that Commissioners I wonder if we can sort of try to agree on the election.
Commissioner Eid sort of talked about it, Mr. Morgan said we should choose election. Is there election we want to agree on when we get that data back? Go ahead Commissioner Witjes.

>> COMMISSIONER WITJES: The most recent is going to be.

>> VICE CHAIR ROTHHORN: The presidential, that would be the Presidential correct.

>> MS. JULIANNE PASTULA: Or Mr. Chair.

>> VICE CHAIR ROTHHORN: Yes please.

>> MS. JULIANNE PASTULA: Thank you or Mr. Chair the Commission if you pull up the election information matrix at the very beginning the first columns are the democratic republican split and that would be maybe the most straightforward without having to select an individual race.

>> VICE CHAIR ROTHHORN: By each District.

>> MS. JULIANNE PASTULA: My point is if making changes in partisan that the Commission should look at partisan data at this point, which is totally appropriate no partisan gerrymander and we did not consider that drawing its plans but if they want to endeavor to make those changes so.

>> VICE CHAIR ROTHHORN: Okay thank you General Counsel Mr. Brace?

>> KIM BRACE: What you have in those two first columns are composite numbers coming from all the precincts in that District across all the elections.
That gives you that overall partisan ness number from the composite side, okay? So that will give you an overall score for the decade.
Now you may think that that move more democratic at the end of the decade and look at a couple of contests in 2020 or something like that but the composite number is the overall decade election results.

>> VICE CHAIR ROTHHORN: Thank you Mr. Brace Mr. Morgan.

>> MR. MORGAN: So again I'll bring that up as a label option and we can look and see what the numbers are if that makes sense one way we could potentially test this is

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

we could go to a District where we have a District value for example in one Senate plan you have Kalamazoo County and then we could look at the partisan index which is in our partisan fairness spreadsheet then look at the label display for that District and if they are the same then the D index R index numbers are what we think it is.
I just think that would be a check we could run during the lunch break.

>> VICE CHAIR ROTHHORN: Does it make sense also I mean Commissioner Clark is trying to steer in a methodical nine districts he identified and starting with 28 and wondering if we want to sort of look at election results for each of the districts record the results then move to that is that possible?

>> MR. MORGAN: That is possible and Commissioner Clark wanted me to run the partisan fairness now so I saved this as version three.

>> COMMISSIONER CLARK: Let's take a look at that, I don't want to take too much time writing down numbers for the other districts.

>> VICE CHAIR ROTHHORN: Looking at if we have to make adjustment and run a partisan fairness, we will have 17 or at least 9 copies.

>> COMMISSIONER CLARK: A lot of them aren't we.

>> VICE CHAIR ROTHHORN: Then we have to keep track of those and understand which one was which and I think we may I don't doesn't feel very methodical to me and feels we may create something we may not be able to wrap our heads around so I'm just trying to -- any other thoughts how we are proceeding.

>> MR. MORGAN: Looking at the version three and what I want to focus on change two districts 25 and 28 okay so.

>> COMMISSIONER CLARK: Correct.

>> MR. MORGAN: We will look at the values for those for a moment.

>> COMMISSIONER CLARK: Depending what the numbers are may want to make a few other adjustments and basically the same philosophy I was using.

>> VICE CHAIR ROTHHORN: And what I'm hesitating to do Commissioner Clark right is creating then a copy of that plan to get it so I'm trying to figure out if there is a way, we can do it without putting the copy and running the partisan fairness each time and Mr. Morgan please.

>> MR. MORGAN: Well again each time you make a plan you would run the partisan fairness because it requires a complete plan so any time you make a change you would have to rerun the partisan fairness.

>> VICE CHAIR ROTHHORN: Wonder if we want to talk about a naming convention here and I'm just wondering how do we -- we as Commissioners have to understand the copies and we may be moving incrementally into you know better partisan fairness measures but we may not.
How do we keep track and recognize.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_007753

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> KIM BRACE:  We have been keeping track of version one and two and that sort of thing so we understand where we are going and can trace time wise what the results are.

The issue become when you want us to save a plan so that you have got some idea that all right, we made the change here on plan between version four and version five or whatever.

So it's really keeping track of where we are version wise in order to recall from your benefit what kind of changes were implemented.

>> VICE CHAIR ROTHHORN:  Mr. Morgan then Commissioner Clark?

>> MR. MORGAN:  Looking at the data adjusted Districts are on the top so District 25 the new value for that it looks like it was previous.

>> VICE CHAIR ROTHHORN:  John we see the select report to run screen so if you have something else on your screen.

>> MR. MORGAN: Commissioner Clark I believe was trying to adjust District 28 because that showed up here as 53% on the republican side.   So what has happened in this exchange is that that has now been reduced to 51.6 and District 25 was 50.5 democratic now it's 50.7% republican.

So you've reduced the republican percentage in 28 and increased the republican percentage in 29.

>> KIM BRACE:  You ended up switching a District towards the republican side.

>> MR. MORGAN:  Do you want to continue to look and look at partisan fairness scores from this point because we looked at just the two districts and did not look at the fairness scores.

>> VICE CHAIR ROTHHORN:  What do you want to do Commissioner Clark?

>> COMMISSIONER CLARK:  The problem is there is not enough African/American population there so my only alternative is look at maybe moving something out and not into 25 and it's something that is not very heavy populated with African/Americans.

>> VICE CHAIR ROTHHORN:  Commissioner Eid?

>> COMMISSIONER EID:  There are more than just African/Americans that vote democratic in Sterling Heights, with we have a large Asian and Chaldean community that we've had communities of interest maps submitted to us.

So I don't think it's only African/American.

We have to look at just at let's break that ribbon up and see as we make the changes what happens to the election results and you are looking at more than one specific population.

>> COMMISSIONER CLARK:  I made the changes as far north as I could.
I was aware of that so what do we have John.

>> MR. MORGAN:  Want me to look at the other scores at this time, yes?

>> VICE CHAIR ROTHHORN:  Under your direction Commissioner Clark.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_007754

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. MORGAN: So the lopsided margin the new version is 8.1, the previous version was 8.2.

The mean median difference was 4.4 it still seems to be 4.4.

Efficiency gap of 9.9 new version is 10.9 seats vote ratio the old one was 6.0 and new is 6.9.

>> KIM BRACE: What you are seeing in the, don't take it away what you are seeing is that flip of one seat from 51 democratic down to 50 democratic.

>> COMMISSIONER CLARK: Based on the changes we made.

>> KIM BRACE: That's right.

>> MR. MORGAN: Trying to change District 28 the changes were made to 25 and took it from 50.1% democrat to a 50.1% republican.

>> KIM BRACE: Right.

>> VICE CHAIR ROTHHORN: We do need to have instead of racial data on the screen we need to have partisan data on the screen to make these changes. That may be the best thing we learned from this.

>> COMMISSIONER CLARK: Yes.

If we can get it up on the screen.

>> VICE CHAIR ROTHHORN: That is where our consultants can help us.

>> MR. MORGAN: I will bring up the values instead of on I will take away the thematic and, on the values, I can do that so let me start again with a place that at a level of geography that's logical as opposed to a precinct so a Township or a County. Is there a Township or a County that you would want me to just look at those values for that the Commission might want to consider?

>> VICE CHAIR ROTHHORN: Commissioner Clark that question is to you.

>> COMMISSIONER CLARK: We are in Macomb County so let's take a look at that.

>> MR. MORGAN: I will bring up value for all of Macomb County for the partisan index if that is what we think it is.

>> COMMISSIONER CLARK: Okay.

>> MR. MORGAN: Those values come up as 0.

Let me double check.

>> COMMISSIONER CLARK: Changes between 28 and 25 are kind of nonproductive.

>> VICE CHAIR ROTHHORN: Maybe best to revert the way it was.

>> COMMISSIONER CLARK: Keep it the way it was.

That is where my thoughts are but let's look at this.

>> MR. MORGAN: Here is what I was saying before where you can use this pointer at any geographic level to look at all of the data that is associated with it.

So for example for all of Macomb County you have the election results and you can scroll down through any election so we are talking about the Presidential election in 2020.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_007755

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

So we need to normalize.

>> MR. MORGAN: Take this into 88.

>> COMMISSIONER EID: I think that would be appropriate.

Let's put that into 88.

Then after the populations are about even, we can look at the numbers and see if we created a District excuse me allergies that goes with the goal we are doing now.

81 needs an extra Township or two.

So let's add that north of the square on 81.

>> VICE CHAIR ROTHHORN: Commissioner Eid, Watervliet they wanted to stay together put the population is highest in Watervliet when you were adjusting in terms of community of interest with Hartford.

>> COMMISSIONER EID: That is getting closer to, right, so as soon as that change happened it did change.

However I would like to leave that area in 88 for now because we may need to put it into 87 to make these numbers work for partisan fairness values.

>> VICE CHAIR ROTHHORN: Will you continue to direct Commissioner Eid please?

>> COMMISSIONER EID: Wonderful so now we are still about we are still about 9,000 off.

So let's take those three Townships right there, brand bridge Keller and Hamilton and put them in 81.

>> MR. MORGAN: I'm going to expand the view to make sure we are not missing a District so again it's 81, 87, 88 are the ones we made changes to.

So 81 and 88 are out of alignment, okay.

Do you want all three of those?

>> COMMISSIONER EID: All three of them should get us pretty close.

That is close enough for now.

But we are going to get closer later.

Now let's look at the election data for 87 and see if it brought us closer to our goal.

>> MR. MORGAN: Look at the partisan composite score is what you want to look at.

>> COMMISSIONER EID: For all three 81, 87 and 88 and see if we are able to move one to the other side.

>> MR. MORGAN: 81, 87 and 88 so the partisan composite index for 81 is democrat 40, republican 60 for 87 it's democrat 49.5 republican 50.5, 88 is 43 democrat 57 republican.

>> COMMISSIONER EID: So we are getting closer on 87 in particular, which I think was expected so we are 49.46.

How can we move that, we need to examine next how we can move that to above 50% if my understanding is correct here.

>> VICE CHAIR ROTHHORN: Mr. Adelson, will you concur?

Agee et al. v. Benson et al., Case No. 1:22-cv-00272　　　　　MICRC_007762

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. BRUCE ADELSON:  Yeah, I think since this is a narrowly leaning with a composite score republican percentage that seeing if that can slightly change that to see what the fairness score is I agree with that.

What the other districts that Commissioner Eid referenced 81 and 88 are those also districts that there were changes to, did the composite scores change?

>> VICE CHAIR ROTHHORN:  They did and I recorded them started off with republican leaning and recorded the republican percentages so it was 58.4, 81 was 58.4 and moved to 60 something.

87 was 54.09 and moved to 50.5 republican advantage and 88 was 54 now it's at 57 again republican percentages.

>> MR. BRUCE ADELSON:  Thank you it sounds like the biggest change in the direction that you're looking for is in 87.

Okay thank you.

>> VICE CHAIR ROTHHORN:  Commissioner Eid please proceed.

>> COMMISSIONER EID:  Let's make some minor changes to this and see if we can make minor adjustments like VRA expert has advised.

So let's move into you see that area sort of towards the north of 87 where there is a little tongue looking thing on it, right there, let's Zoom in there and all the way in.

So let's look at the block level block level for moving population around?

>> COMMISSIONER EID:  I don't think we need major changes here but need to move this 1% so wondering if we take part of Coloma and that would both make this District, I think a better shape and we will see if that changes the numbers in a way that help us.

>> VICE CHAIR ROTHHORN:  I appreciate the way you are walking us through it.

>> MR. MORGAN:  Into 87 what Section the section here north of the village?

>> COMMISSIONER EID:  Yes, north of -- do you know what add in the village and let's see how many people are in there.

>> MR. MORGAN:  1465.

>> COMMISSIONER EID:  All right add that in.

>> MR. MORGAN:  Democrat 49.2 republican 50.8.

>> COMMISSIONER EID:  Did that go up.

>> VICE CHAIR ROTHHORN:  Republican advantage increased.

>> COMMISSIONER EID:  Okay let's take that whole Township of Coloma, right and see what that does into 87.

So now it went down so let's undo that.

>> COMMISSIONER EID:  There is no pointer function that would tell us what these numbers are, just for that Township by chance?  Much like how there is for the racial demographics.

>> MR. MORGAN:  I'm not sure I understand the question.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_007763

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

What if we remove a part of it and add it either into 81 or 88 to match it and let's see if that concentrates you know the what we are doing is concentrating the democrats into a lakeshore District here so why don't we look at that.

Let's look at you see the second Township up from the border right that Township let's Zoom in on there.

>> MR. MORGAN: Township in 87.

>> COMMISSIONER EID: In 87, yes and let's go to the block level and remove we should probably look at the whole population of the Township first to see if this is even possible.

Okay it is because it has more than the 1400 people we added above.

So now let's move into the block layer and let's take off the more inland portions and see if that helps achieve the goal.

And we move those into 81.

>> MR. MORGAN: So following the outer boundary you look at taking this out or is there a specific line you want to follow?

>> COMMISSIONER EID: There is not really a specific line.

We need to hit about 1400 people and I think the most inland parts right because the whole point is to have a lakeshore District and we heard in the public comment that really the lakeshore districts are not considered too far inland.

So.

>> VICE CHAIR ROTHHORN: So John because I think that 1500 people you added that Township actually increased the percentage of republican lean.

What I mean is you could reduce -- you could get back to 50.5 republican leaning you are at 50.7 right now with Hartford.

You are at the block level and taking out, I wanted to offer the addition of that town, that village did not help the democratic advantage that you're seeking.

>> COMMISSIONER EID: I thought it did.

>> VICE CHAIR ROTHHORN: It did not.

>> COMMISSIONER EID: I'm mistaken.

So let's move back up, thank you for that, Commissioner Rothhorn T let's move back up to that area where we added the village.

So maybe that whole area is not appropriate place to look to do this.

>> VICE CHAIR ROTHHORN: Coloma increased the republican advantage by .2.

>> COMMISSIONER EID: You are right. It went up to 49.45 now.

>> VICE CHAIR ROTHHORN: Right but I think your attempt to take off at the block level.

>> COMMISSIONER EID: It seems to be working so let's square off that part of 81 that we just put into 87.

You want to add that all back in?

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER EID: Before we run the partisan fairness report should we -- we had a configuration where we had this one the rest of that Township with the diagonal line in 81 and added one more Township to the lakeshore and that increased the democratic vote from where it's at now at 50.05 to about 51.5%.

With -- does that matter? Would that be appropriate? Or should we run the numbers now?

>> MR. BRUCE ADELSON: I appreciate the question and I think the best way to look at that is we can see what the partisan fairness score now.

I don't believe that a change to that degree when you already have the District narrowly favoring democrats, I don't think that's going to make any significance.

>> COMMISSIONER EID: Let's run the report and get the partisan fairness number to see if it realigned.

>> KIM BRACE: While the composite gives you an overall score you might see little changes in individual years that would give you a clue that maybe things are moving one direction or another.

That would be the reason.

>> VICE CHAIR ROTHHORN: Thank you Mr. Brace and I think we can anticipate because we are going to run a Polsby Popper score that this is not going to be pretty not compact it will pop right out of the Polsby Popper chart.

>> MR. MORGAN: Compare to which plan? The version two, I think?

>> COMMISSIONER EID: I have the numbers to keep track so version two.

>> VICE CHAIR ROTHHORN: Are you asking for help with the public.

Let's display them and looks to me that it is making that change did bring it closer to 0.

>> VICE CHAIR ROTHHORN: This helps the public come along with us as we are understanding what we are doing.

So the top one here and putting the most recent map version four on the top and then the version from which it came was version two.

>> VICE CHAIR ROTHHORN: Thank you will you help direct?

>> COMMISSIONER EID: Betterment, this is the lopsided margin test, correct?

>> MR. MORGAN: Yes.

>> COMMISSIONER EID: That has gone 8.2 to 7.7.

Let's move on to mean median difference.

Improved 4.4% to 4.1%.

Now let's look at efficiency gap.

Improved 9.9% to 8.9%.

And now let's look at seat bias or seats to votes ratio.

So it's improved from on the previous plan where it was 51% democrat or 51 democratic seats to 59 republican seats to now 52 to 58 and that is increased the proportionality by 1% going from 6% to 5%.

Seems like with this method we are going in the right direction.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> VICE CHAIR ROTHHORN: Can I try to do a summary for you.

>> COMMISSIONER CURRY: You, yes, may.

>> VICE CHAIR ROTHHORN: We are trying to do this in a systematic approach and this morning we found one way that didn't work and found a second way that may work but it takes too long.

>> COMMISSIONER CURRY: Okay.

>> VICE CHAIR ROTHHORN: So we are trying a third approach and we started it on it by reviewing and so what we are trying to do is correct partisan fairness in our maps and the house maps and we are trying to figure out which District to identify to work on.

>> COMMISSIONER CURRY: Okay.

>> VICE CHAIR ROTHHORN: At this point what I want to suggest is just the composite and the active matrix when John brings it up, we have 110 districts and what you're what we are trying to do is we have a partisan lean towards the republicans right now and sometimes those percentages are 57% or 60% republican.

>> COMMISSIONER CURRY: Okay.

>> VICE CHAIR ROTHHORN: We are not going to address those.

>> COMMISSIONER CURRY: Okay.

>> VICE CHAIR ROTHHORN: What we are trying to look for is 51% maybe 50% republican lean, 50.something and identify all the out of the 110 districts which ones could we actually with a little tweaks and that would happen during your turn a few tweaks can we actually help them move democratic so we have a more balanced map in terms of partisan fairness so that is the methodology is to just start with that active matrix and run through composite scores of partisan fairness and work from that and you can choose those districts.

>> COMMISSIONER CURRY: May I make a suggestion.

>> VICE CHAIR ROTHHORN: Absolutely.

>> COMMISSIONER CURRY: Who was coming after me? Eid, can I switch with the person and who did you call? Let me come after somebody else so I can see which way they are going with it so I won't disrupt anything that you guys have going.

>> VICE CHAIR ROTHHORN: Thank you Commissioner Curry.

>> CHAIR SZETELA: You do not disrupt anything so to be clear but I think if you want to have Anthony go first to orient, I think that is a fine idea.

>> COMMISSIONER CURRY: That would be fine thank you guys.

>> VICE CHAIR ROTHHORN: We will go to Commissioner Eid and go to Commissioner Curry at the end of Commissioner Eid's turn. Commissioner Eid you have the floor.

>> COMMISSIONER EID: That turns out well and since I'm next you can take mine and it evens out.

Okay so let's pull up the map we were just working on.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272                    MICRC_007777

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> MR. MORGAN: Sorry about that Kent will bring the spreadsheet up and probably the last thing I do after I take Kim to the airport here.

This is the spreadsheet for version four and it does not reflect obviously the changes you just made in that.

District 38.

>> VICE CHAIR ROTHHORN: 38 or.

>> MR. MORGAN: Looking at adjacent districts I believe.

>> COMMISSIONER EID: Interestingly this District is 71% democrat.

So let's bring the map up again.

>> VICE CHAIR ROTHHORN: Commissioner Orton?

>> COMMISSIONER ORTON: Since I can't see it, I don't know but 38 is something we did for VRA compliance.

>> COMMISSIONER EID: Can we just get the demographics of 38 up when you get a chance? .

>> MR. KENT STIGALL: 8 is 33.54 percentage non-Hispanic Black.

44.879 Hispanic white. So it's an overall minority represented District.

>> COMMISSIONER EID: So 38 is about 71% democrat while 29 is close.

Well, what did we say 47%.

So my thought would be to try to shift some of the democratic votes over from 39 into 29 that way it keeps 38 as a democratic District and turns 29 into a democratic District.

The only problem potential problem with that is VRA considerations.

We are in Oakland County.

I believe Dr. Handley had numbers for Oakland County was around 43% or so.

So we are not really even close to that with this 33.5%.

However I mean the election results said it was 71% democratic so I'm not sure how to interpret it.

>> VICE CHAIR ROTHHORN: Mr. Adelson?

>> MR. BRUCE ADELSON: Thank you Commissioner Rothhorn my suggestion is we avoid districts that have VRA implications.

We have a list of several other districts and some other possibilities.

So in the interest of facilitating the partisan fairness adjustments our recommendation would be to move to districts that are not in the Metro Detroit area.

And address other districts as we can.

As you recall Dr. Handley had said which is part of the assumption in the science and the industry that Voting Rights Act implicated districts particularly in urban centers with high population.

Are going to have margins that are typically larger than in other districts obviously that is Voting Rights Act and other compliance.

Our recommendation is we avoid those.

Because adjusting in those areas will just make things unnecessarily complicated.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

Commissioner Orton?

>> COMMISSIONER ORTON: Is this an area we should look at Asian population as well to try to not break that up?

>> COMMISSIONER EID: If you want you can I thought that was more in the Canton area.

>> CHAIR SZETELA: Novi has a pretty significant Asian population too.

>> VICE CHAIR ROTHHORN: So we have the Asian American dots theme.

>> MR. KENT STIGALL: I'll pop it up there real quick.

Looks like Canton is predominant.

>> COMMISSIONER EID: Not much in the Plymouth District we have drawn.

Okay so let's add in a few of those precincts of 110 and shift those into 35.

>> VICE CHAIR ROTHHORN: What Commissioner Orton is pointing to is it's a Novi District with Asian population there that maybe what -- am I reading that correctly Commissioner Orton? Is that what you are trying to suggest?

>> COMMISSIONER ORTON: There is Asian population there and we had tried in those districts to keep you know from breaking that up.

So that was my only thought.

>> VICE CHAIR ROTHHORN: So maybe you want to keep looking like in District 36 for example Commissioner Eid?

>> COMMISSIONER EID: I don't have 36 listed.

The next one I have listed is 50.

>> VICE CHAIR ROTHHORN: I see 36 is the purple one to the west of.

>> COMMISSIONER EID: I see what you are saying.

Let's go to 36 and see what difference that makes.

Yeah, let's try it.

We don't want to mess with 110.

>> VICE CHAIR ROTHHORN: And 36 is 53% democratic lean, if I'm reading it correct.

>> COMMISSIONER EID: Let's add that precinct into.

>> MR. KENT STIGALL: The republican column here.

So republican lean.

>> VICE CHAIR ROTHHORN: Republican lean that is useful.

>> MR. KENT STIGALL: 1793 to this District add?

>> COMMISSIONER EID: Yes, let's see what that does.

>> MR. KENT STIGALL: We want to put it in 35.

>> COMMISSIONER EID: Yes, we want to put it in 35.

>> MR. KENT STIGALL: Miss fired.

35 is 47% democrat.

53% republican.

36 is 47% to 53% republican.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272          MICRC_007783

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

It moved it a few tenths.

>> COMMISSIONER EID: Okay so it's working slowly.

But it's working.

Let's they the precinct on top of the one you just added.

Yep, that one right there.

Okay let's look at the change that made.

>> MR. KENT STIGALL: 35 is at 47, it moved it a few tenths.

So it's slightly above 47 and slightly 53% republican.

36 is now 47.24 democrat and republican is 52.76, 53%.

>> VICE CHAIR ROTHHORN: Mr. Adelson?

>> MR. BRUCE ADELSON: Just a suggestion I'm curious what's the composite score for 67? .

>> MR. KENT STIGALL: 67 is 76% democrat, 24% republican.

>> COMMISSIONER EID: Undo those changes, undo the last change you just made.

>> MR. KENT STIGALL: Assign one of these to 35?

>> COMMISSIONER EID: Assign the top part of superior Township.

>> MR. KENT STIGALL: Right there?

>> COMMISSIONER EID: Right there.

We are good.

Going this way makes a lot of sense to me.

We are kind of taking the highly democratic areas of Ann Arbor and Ypsilanti and moving it into a little bit more of Plymouth.

>> MR. BRUCE ADELSON: As a suggestion I agree with Commissioner Eid. There are districts that don't have any VRA implications that like 67 probably have a good margin with partisanship that you can use in adjoining districts to adjust the partisan fairness.

>> COMMISSIONER EID: Computer does not like you today, Kent.

Okay that looks to be where we were at.

>> MR. KENT STIGALL: 77 is back to what it was now we can move on to what was it.

>> COMMISSIONER EID: 35.

>> MR. KENT STIGALL: 35.

>> COMMISSIONER EID: We will take that first.

>> MR. KENT STIGALL: Those two right there.

>> COMMISSIONER EID: The other way into 36 and top of 67.

>> MR. KENT STIGALL: Assign this to 35?

>> COMMISSIONER EID: I do.

>> MR. KENT STIGALL: And then this one?

>> COMMISSIONER EID: Exactly let's check the election results again.

>> MR. KENT STIGALL: So 35 more republican at 52.33.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

the Commission takes that information and again it has the responsibility to discern and integrate it in the manner it sees fit.

Or not at all.

>> CHAIR SZETELA: Thank you.

I would just add that we are trying to change 7 districts here.

And we have 110 on this map.

So I don't think changing 7 districts and you know possibly protecting some communities of interest in pursuing the overall goal of complying with partisan fairness is any sort of abrogation of our duty.

I think at a minimum we should look and come up with these maps even if they are hard and look at them and decide what we want to go with.

And again we can present the original map without the partisan fairness and we can present the maps that are altered to accommodate partisan fairness and see what the public says at the public hearing but I think we should try.

Even though it's hard.

All afternoon I've been sitting here trying to redraw Districts to make them fair from a partisan perspective and it's difficult and tedious and time consuming and I want to scream sometimes but we need to try.

That is what we have been tasked with doing and no one is not saying it's a heavy lift or hard and we need to try and continue to try even though it's difficult.

>> VICE CHAIR ROTHHORN: Thank you Chair Szetela.

Commissioner Lett you have the floor.

If you had your microphone on you would have said please look at the results, correct.

>> CHAIR SZETELA: That would be affirmative.

>> VICE CHAIR ROTHHORN: Affirmative excellent so I think Mr. Stigall has put those up for us and Commissioner Eid you have walked us through it before would you be willing to do it again or Mr. Adelson? I think it may be useful with Commissioner Eid is that okay?

>> MR. BRUCE ADELSON: Absolutely.

>> COMMISSIONER EID: I've been keeping track and do you want me to compare from the last iteration with lakeshore and Midland changes or compare all the way from the beginning?

>> VICE CHAIR ROTHHORN: Walk us through the most recent changes please.

>> COMMISSIONER EID: Before these let's look at lopsided margins first. We were at 7.2% previously. Now we are at 6.8%.

Let's move on to mean median difference. We were at 3.8%. Now we are at 3.5%.

Let's move on to efficiency gap.

We were at 8.0%. Now we are at 7.1%.

Finally let's look at the seats to votes ratio.

We were at 4.1%. Now we are at 3.2%.

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

3.2.

    >> CHAIR SZETELA:  What we were at before?

    >> COMMISSIONER EID:  We were at 4.1%.  And I believe it was 55 to 57.
I'm sorry.
53 to 57.
Now we are at 3.2% and are at 54 to 56.

    >> VICE CHAIR ROTHHORN:  Thank you.
Commissioner Eid.
Mr. Adelson any comment or can we move on?

    >> MR. BRUCE ADELSON:  No comments from me.

    >> VICE CHAIR ROTHHORN:  Thank you, all right.
Commissioner Eid, please.

    >> COMMISSIONER EID:  Well and I think when you look at it, if you take if you look at the difference from where we started today, I mean, that last measure goes all the way up to 8.2%.  Now we are all the way down to 3.2%.  It's major.  It's painful and agree with what everyone said, but it seems to be working.

    >> VICE CHAIR ROTHHORN:  We have been able to do three districts out of the nine.
And, again, out of the additional 12.  I guess there is 9 that we originally identified with Commissioner Clark.  And then we have additional three from our General Counsel.
But we've only been able to do about three of those.  And, Commissioner Lett, are you finished with your turn?  Do you want to try District 70 in the Jackson area?  Or are there other Commissioners who said it's too difficult?  Commissioner Witjes, please.

    >> COMMISSIONER WITJES:  I was going to suggest given these changes go back to Battle Creek and connect Albion and do that particular one.
That seems.

    >> VICE CHAIR ROTHHORN:  Commissioner Lett it's your turn.

    >> COMMISSIONER LETT:  Is that going to help us?

    >> COMMISSIONER WITJES:  It will.

    >> COMMISSIONER LETT:  You have done it.

    >> COMMISSIONER WITJES:  We did it earlier.

    >> COMMISSIONER LETT:  I was not here.

    >> COMMISSIONER WITJES:  Yes, we have done it and it did help.

    >> COMMISSIONER LETT:  I will what is the term?  Yield back to Commissioner Witjes in a collaborative working with me on Albion.

    >> VICE CHAIR ROTHHORN:  Thank you Commissioner Lett so Commissioner Witjes it's to you and it's Commissioner Lett's turn but help us move forward.

    >> COMMISSIONER LETT:  Please accept directions from Mr. Witjes.

    >> COMMISSIONER WITJES:  Okay, if I remember correctly, it was the Township of Emmet.

Agee et al. v. Benson et al., Case No. 1:22-cv-00272        MICRC_007826

DISCLAIMER: This is NOT a certified or verbatim transcript, but rather represents only the context of the class or meeting, subject to the inherent limitations of realtime captioning. The primary focus of realtime captioning is general communication access and as such this document is not suitable, acceptable, nor is it intended for use in any type of legal proceeding.

>> COMMISSIONER EID: So we started with an I will try to go in the same order we were going in lopsided margins test was 11 pet sent.

We brought that down to 6.3%.

The mean median difference was at 4.4%.

Now we are at 3.4%.

The efficiency gap was at 9.9%.

It is now at 6.4%.

And the seats to votes ratio was up to 8.2%.

Now it's down to 2.3%.

>> VICE CHAIR ROTHHORN: Thank you Commissioner Eid.

We are going to run the compactness score then we are going to move on from our partisan fairness measures to addressing the plan deviation, which is population based, yeah, okay.

>> MR. KENT STIGALL: Do I need to read down through all of them or do you have a particular.

>> VICE CHAIR ROTHHORN: Commissioner Lett you requested this do you want to really direct? Or you just want to look at the bottom? Okay we will just look at the bottom.

Okay so sorry.

>> MR. KENT STIGALL: I'm going to get back up here.

>> VICE CHAIR ROTHHORN: Yep.

>> MR. KENT STIGALL: Okay.

>> VICE CHAIR ROTHHORN: Polsby Popper compact is 67.

>> MR. KENT STIGALL: Least compact is 53 with a .09.

And Schwartzberg.

>> VICE CHAIR ROTHHORN: We don't need those and 53 we tried to work and I can't remember if it worked or not.

Anybody remember District 53? One of the things we worked on, that we did change, okay? All right.

So with that folks can we do you want to try to -- let's see we were with Commissioner Lett so we finished up with Commissioner Lett's turn.

Commissioner Orton, are you prepared to help us with plan deviation?

>> COMMISSIONER ORTON: Sure.

So for State House districts, is there a deviation we need to keep it under? I know it's hard to get an actual number but.

>> MR. BRUCE ADELSON: I'm going to surprise you.

>> COMMISSIONER ORTON: Okay bring it on.

>> MR. BRUCE ADELSON: I think our recommendation would be around 5%.

And let's look at why.