Tab 1 to Plaintiffs' Post-Trial Brief:

Results to 13 General Elections in Wayne County and Oakland County

# OAKLAND COUNTY ELECTONS

1. 2020 Presidential
2. 2020 US Senate
3. 2018 Governor
4. 2018 Secretary of State
5. 2018 Attorney General
6. 2018 US Senate
7. 2016 Presidential
8. 2014 Governor
9. 2014 Secretary of State
10. 2014 Attorney General
11. 2014 US Senate
12. 2012 Presidential
13. 2012 US Senate

# MI_Oakland_report_1701196914015

Report: MI_Oakland_report_1701196914015

| Contest List | | | |
|---|---|---:|---:|
| **Contest Name** | **Choice Name** | **Total Votes** | **Percent of Votes** |
| Straight Party Ticket | Democratic Party | 246,801 | 54.89% |
| | Republican Party | 198,225 | 44.09% |
| | Libertarian Party | 2,056 | 0.46% |
| | U.s. Taxpayers Party | 420 | 0.09% |
| | Working Class Party | 1,056 | 0.23% |
| | Green Party | 821 | 0.18% |
| | Natural Law Party | 231 | 0.05% |
| Electors of President and Vice-President of the United States | Joseph R. Biden/kamala D. Harris | 434,148 | 56.24% |
| | Donald J. Trump/michael R. Pence | 325,971 | 42.22% |
| | Jo Jorgensen/jeremy Cohen | 7,282 | 0.94% |
| | Don Blankenship/william Mohr | 731 | 0.09% |
| | Howie Hawkins/angela Walker | 1,746 | 0.23% |
| | Rocky De La Fuente/darcy Richardson | 331 | 0.04% |
| | Brian T. Carroll (Write-in) | 127 | 0.02% |
| | Tom Hoefling (Write-in) | 3 | 0.00% |
| | Tara Renee Hunter (Write-in) | 0 | 0.00% |
| | Jade Simmons (Write-in) | 11 | 0.00% |
| | Kasey Wells (Write-in) | 1 | 0.00% |
| | Rejected Write-ins | 1,640 | 0.21% |
| | Unassigned Write-ins | 0 | 0.00% |
| United States Senator | Gary Peters | 418,312 | 54.75% |
| | John James | 334,629 | 43.80% |
| | Valerie L. Willis | 4,694 | 0.61% |
| | Marcia Squier | 4,746 | 0.62% |
| | Doug Dern | 1,212 | 0.16% |
| | Robert William Carr (Write-in) | 1 | 0.00% |
| | Leonard Paul Gadzinski (Write-in) | 0 | 0.00% |
| | Rejected Write-ins | 408 | 0.05% |



**Oakland County Elections Division**
**L i s a    B r o w n**
Clerk/Register of Deeds

**November 6, 2018 General Election**

| | |
|---|---|
| Registered Voters: | 948,863 |
| Ballots Cast: | 612,317 |
| Voter Turnout: | 64.53 % |

| | |
|---|---|
| Precincts Partially Reported: | 0 of 516 |
| Precincts Completely Reported: | 516 of 516 |
| Precincts Percent Reported: | 100.00 % |

Last updated 11/27/2018 1:51:22 PM EST

**OFFICIAL RESULTS**
**USE YOUR BROWSER'S REFRESH BUTTON TO UPDATE RESULTS. DURING PEAK TIMES THE REFRESH MAY TAKE UP TO 2 MINUTES**

Search Contests
(211 of 211)

Next >>



Go To Page 1  Display 5

### Governor and Lieutenant Governor (Vote For 1)

516 of 516 Precincts Reporting

| | Percent | Votes |
|---|---|---|
| Bill Schuette/Lisa Posthumus Lyons (REP) | 40.35% | 244,417 |
| Gretchen Whitmer/Garlin D. Gilchrist II (DEM) | 57.30% | 347,080 |
| Bill Gelineau/Angelique Chaiser Thomas (LIB) | 1.23% | 7,467 |
| Todd Schleiger/Earl P. Lackie (UST) | 0.37% | 2,241 |
| Jennifer V. Kurland/Charin H. Davenport (GRN) | 0.53% | 3,197 |
| Keith Butkovich/Raymond Warner (NLP) | 0.14% | 862 |
| Angelo Scott Brown (write-in) | 0.00% | 0 |
| Chaneika Ranell Penny (write-in) | 0.00% | 1 |
| Clyde Lynch (write-in) | 0.00% | 0 |
| Evan Space (write-in) | 0.00% | 0 |
| Francis L. Rowley (write-in) | 0.00% | 0 |
| Henry Joseph Lester (write-in) | 0.00% | 1 |
| John Arthur Williams (write-in) | 0.00% | 0 |
| Lance Herman (write-in) | 0.00% | 0 |
| Larry James Hutchinson Jr. (write-in) | 0.00% | 0 |
| Patrick O'Neal Burney (write-in) | 0.00% | 0 |
| Raymond A. Hall (write-in) | 0.00% | 0 |
| Robin Lee Sanders (write-in) | 0.00% | 1 |
| William Cobbs (write-in) | 0.00% | 0 |
| Rejected write-ins | 0.07% | 448 |
| | | 605,715 |

### Secretary of State (Vote For 1)

516 of 516 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| Mary Treder Lang (REP) | | 40.17% | 239,348 |
| Jocelyn Benson (DEM) | | 57.41% | 342,103 |
| Gregory Scott Stempfle (LIB) | | 1.75% | 10,405 |
| Robert Gale (UST) | | 0.68% | 4,049 |
| Rejected write-ins | | 0.00% | 0 |
| | | | 595,905 |

### Attorney General (Vote For 1)

516 of 516 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| Tom Leonard (REP) | | 42.31% | 249,115 |
| Dana Nessel (DEM) | | 53.68% | 316,050 |
| Lisa Lane Gioia (LIB) | | 1.87% | 10,991 |
| Gerald T. Van Sickle (UST) | | 0.48% | 2,818 |
| Chris Graveline (NPA) | | 1.67% | 9,825 |
| Rejected write-ins | | 0.00% | 0 |
| | | | 588,799 |

### United States Senator (Vote For 1)

516 of 516 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| John James (REP) | | 42.38% | 256,017 |
| Debbie Stabenow (DEM) | | 56.12% | 338,986 |
| George E. Huffman III (UST) | | 0.41% | 2,468 |
| Marcia Squier (GRN) | | 0.80% | 4,833 |
| John Howard Wilhelm (NLP) | | 0.25% | 1,511 |
| Tim Yow (write-in) | | 0.00% | 2 |
| Tom Bagwell (write-in) | | 0.00% | 0 |
| Valerie L. Willis (write-in) | | 0.00% | 2 |
| William F. White (write-in) | | 0.00% | 0 |
| Rejected write-ins | | 0.04% | 267 |
| | | | 604,086 |

### Representative in Congress 8th District (Vote For 1)

106 of 106 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| Mike Bishop (REP) | | 54.31% | 68,431 |
| Elissa Slotkin (DEM) | | 43.11% | 54,322 |
| Brian Ellison (LIB) | | 1.83% | 2,309 |
| David J. Lillis (UST) | | 0.74% | 936 |
| Rejected write-ins | | 0.00% | 0 |
| | | | 125,998 |

Next >>

Copyright © 2023 Powered by - Scytl



**November 8, 2016 General Election**

Registered Voters: 941,722
Ballots Cast: 678,090
Voter Turnout: 72.01 %

Precincts Partially Reported: 0 of 520
Precincts Completely Reported: 520 of 520
Precincts Percent Reported: 100.00 %

Last updated 11/22/2016 4:56:47
PM EST

**OFFICIAL RESULTS**
**USE YOUR BROWSER'S REFRESH BUTTON TO UPDATE RESULTS. DURING PEAK TIMES THE REFRESH MAY TAKE UP TO 2 MINUTES**

▼ **Download Reports**

| Type | Description |
|---|---|
| Summary CSV | Comma separated values showing total votes received. |
| Detail XLS | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail TXT | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail XML | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |

▼ **Custom Filter by Contest, Vote Type and Jurisdiction**
Contest : ELECTORS OF PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES
Vote Type: All
Jurisdiction: All

[Refresh]

**ELECTORS OF PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES (Vote For 1)**

|  | Percent | Votes |
|---|---|---|
| Donald J. Trump (REP) | 43.23% | 289,203 |
| Hillary Clinton (DEM) | 51.29% | 343,070 |
| Gary Johnson (LIB) | 3.46% | 23,154 |
| Darrell L. Castle (UST) | 0.21% | 1,400 |
| Jill Stein (GRN) | 0.96% | 6,396 |
| Emidio Mimi Soltysik (NLP) | 0.03% | 212 |
| WRITE-IN | 0.82% | 5,490 |
|  |  | 668,925 |

▼ **Custom Filter by Vote Type and Precinct**
Vote Type: -- Select --   Precinct: -- Select --   [Refresh]

Copyright © 2023 Powered by - Scytl



**Oakland County Elections Division**
# Lisa Brown
Clerk/Register of Deeds

**November 4, 2014 General Election**

| | |
|---|---|
| **Registered Voters:** | 937,922 |
| **Ballots Cast:** | 449,989 |
| **Voter Turnout:** | 47.98 % |

| | |
|---|---|
| **Precincts Partially Reported:** | 0 of 516 |
| **Precincts Completely Reported:** | 516 of 516 |
| **Precincts Percent Reported:** | 100.00 % |

Website last updated 11/20/2014
8:15:08 AM EST

**OFFICIAL RESULTS**
**USE YOUR BROWSER'S REFRESH BUTTON TO UPDATE RESULTS. DURING PEAK TIMES THE REFRESH MAY TAKE UP TO 2 MINUTES**

▼ **Download Reports**

| Type | Description |
|---|---|
| Summary CSV | Comma separated values showing total votes received. |
| Detail XLS | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail TXT | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail XML | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |

▼ **Custom Filter by Contest, Vote Type and Jurisdiction**

**Contest :** GOVERNOR AND LIEUTENANT GOVERNOR
**Vote Type:** All
**Jurisdiction:** All

[ Refresh ]

**GOVERNOR AND LIEUTENANT GOVERNOR (Vote For 1)**

| | | Percent | Votes |
|---|---|---|---|
| Rick Snyder/Brian N. Calley (REP) | | 55.47% | 247,876 |
| Mark Schauer/Lisa Brown (DEM) | | 42.83% | 191,375 |
| Mary Buzuma/Scotty Boman (LIB) | | 0.90% | 4,021 |
| Mark McFarlin/Richard Mendoza (UST) | | 0.34% | 1,502 |
| Paul Homeniuk/Candace R Caveny (GRN) | | 0.42% | 1,891 |
| WRITE-IN | | 0.04% | 185 |
| | | | 446,850 |

▼ **Custom Filter by Vote Type and Precinct**

**Vote Type:** -- Select --   **Precinct:** -- Select --   [ Refresh ]

Powered by - SOE Software



**Oakland County Elections Division**
**Lisa Brown**
Clerk/Register of Deeds

**November 4, 2014 General Election**

| | |
|---|---|
| **Registered Voters:** | 937,922 |
| **Ballots Cast:** | 449,989 |
| **Voter Turnout:** | 47.98 % |

| | |
|---|---|
| **Precincts Partially Reported:** | 0 of 516 |
| **Precincts Completely Reported:** | 516 of 516 |
| **Precincts Percent Reported:** | 100.00 % |

Website last updated 11/20/2014
8:15:08 AM EST

**OFFICIAL RESULTS**
**USE YOUR BROWSER'S REFRESH BUTTON TO UPDATE RESULTS. DURING PEAK TIMES THE REFRESH MAY TAKE UP TO 2 MINUTES**

▼ **Download Reports**

| Type | Description |
|---|---|
| Summary CSV | Comma separated values showing total votes received. |
| Detail XLS | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail TXT | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail XML | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |

▼ **Custom Filter by Contest, Vote Type and Jurisdiction**

**Contest :** SECRETARY OF STATE
**Vote Type:** All
**Jurisdiction:** All

[ Refresh ]

**SECRETARY OF STATE (Vote For 1)**

| | | Percent | Votes |
|---|---|---|---|
| Ruth Johnson (REP) | | 57.71% | 251,704 |
| Godfrey Dillard (DEM) | | 39.68% | 173,052 |
| James Lewis (LIB) | | 1.64% | 7,159 |
| Robert Gale (UST) | | 0.63% | 2,759 |
| Jason Robert Gatties (NLP) | | 0.30% | 1,300 |
| WRITE-IN | | 0.04% | 180 |
| | | | 436,154 |

▼ **Custom Filter by Vote Type and Precinct**

**Vote Type:** -- Select -- **Precinct:** -- Select -- [ Refresh ]

Powered by - SOE Software



**Oakland County Elections Division**
# Lisa Brown
Clerk/Register of Deeds

**November 4, 2014 General Election**

| | |
|---|---|
| **Registered Voters:** | 937,922 |
| **Ballots Cast:** | 449,989 |
| **Voter Turnout:** | 47.98 % |

| | |
|---|---|
| **Precincts Partially Reported:** | 0 of 516 |
| **Precincts Completely Reported:** | 516 of 516 |
| **Precincts Percent Reported:** | 100.00 % |

Website last updated 11/20/2014
8:15:08 AM EST

**OFFICIAL RESULTS**

**USE YOUR BROWSER'S REFRESH BUTTON TO UPDATE RESULTS. DURING PEAK TIMES THE REFRESH MAY TAKE UP TO 2 MINUTES**

▼ **Download Reports**

| Type | Description |
|---|---|
| Summary CSV | Comma separated values showing total votes received. |
| Detail XLS | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail TXT | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail XML | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |

▼ **Custom Filter by Contest, Vote Type and Jurisdiction**

**Contest :** ATTORNEY GENERAL
**Vote Type:** All
**Jurisdiction:** All

[ Refresh ]

**ATTORNEY GENERAL (Vote For 1)**

| | Percent | Votes |
|---|---|---|
| Bill Schuette (REP) | 52.12% | 225,871 |
| Mark Totten (DEM) | 44.65% | 193,502 |
| Justin M. Altman (LIB) | 1.77% | 7,663 |
| Gerald T. Van Sickle (UST) | 0.62% | 2,689 |
| John Anthony La Pietra (GRN) | 0.78% | 3,392 |
| WRITE-IN | 0.05% | 237 |
| | | 433,354 |

▼ **Custom Filter by Vote Type and Precinct**

**Vote Type:** -- Select -- **Precinct:** -- Select -- [ Refresh ]

Powered by - SOE Software



**November 4, 2014 General Election**

| | | |
|---|---|---|
| Registered Voters: | 937,922 | |
| Ballots Cast: | 449,989 | |
| Voter Turnout: | 47.98 % | |

| | |
|---|---|
| Precincts Partially Reported: | 0 of 516 |
| Precincts Completely Reported: | 516 of 516 |
| Precincts Percent Reported: | 100.00 % |

Website last updated 11/20/2014
8:15:08 AM EST

**OFFICIAL RESULTS**

**USE YOUR BROWSER'S REFRESH BUTTON TO UPDATE RESULTS. DURING PEAK TIMES THE REFRESH MAY TAKE UP TO 2 MINUTES**

▼ **Download Reports**

| Type | Description |
|---|---|
| Summary CSV | Comma separated values showing total votes received. |
| Detail XLS | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail TXT | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail XML | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |

▼ **Custom Filter by Contest, Vote Type and Jurisdiction**

Contest : UNITED STATES SENATOR

Vote Type: All

Jurisdiction: All

[Refresh]

**UNITED STATES SENATOR (Vote For 1)**

| | | Percent | Votes |
|---|---|---|---|
| Terri Lynn Land (REP) | | 40.63% | 179,474 |
| Gary Peters (DEM) | | 55.75% | 246,241 |
| Jim Fulner (LIB) | | 1.94% | 8,560 |
| Richard A. Matkin (UST) | | 0.88% | 3,873 |
| Chris Wahmhoff (GRN) | | 0.72% | 3,175 |
| WRITE-IN | | 0.08% | 363 |
| | | | 441,686 |

▼ **Custom Filter by Vote Type and Precinct**

Vote Type: -- Select --    Precinct: -- Select --    [Refresh]

Powered by - SOE Software



**Oakland County**
# Clerk/Register of Deeds
**E L E C T I O N S   D I V I S I O N**

Bill Bullard Jr.

**November 6, 2012 General Election**

| | | |
|---|---|---|
| **Registered Voters:** | 927,593 | |
| **Ballots Cast:** | 662,842 | |
| **Voter Turnout:** | 71.46 % | |

| | |
|---|---|
| **Precincts Partially Reported:** | 0 of 540 |
| **Precincts Completely Reported:** | 540 of 540 |
| **Precincts Percent Reported:** | 100.00 % |

**Website last updated** 1/11/2013
1:43:24 PM EST

**OFFICIAL RESULTS**
**USE YOUR BROWSER'S REFRESH BUTTON TO UPDATE RESULTS. DURING PEAK TIMES THE REFRESH MAY TAKE UP TO 2 MINUTES**

▼ **Download Reports**

| Type | Description |
|---|---|
| Summary CSV | Comma separated values showing total votes received. |
| Detail XLS | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail TXT | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail XML | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |

▼ **Custom Filter by Contest, Vote Type and Jurisdiction**
**Contest :** ELECTORS OF PRESIDENT AND VICE-PRESIDENT
**Vote Type:** All
**Jurisdiction:** All

Refresh

**ELECTORS OF PRESIDENT AND VICE-PRESIDENT (Vote For 1)**

| | Percent | Votes |
|---|---|---|
| Mitt Romney (REP) | 45.37% | 296,514 |
| Barack Obama (DEM) | 53.40% | 349,002 |
| Virgil H. Goode, Jr. (UST) | 0.23% | 1,515 |
| Jill Stein (GRN) | 0.40% | 2,641 |
| Ross C. Anderson (NLP) | 0.09% | 566 |
| WRITE-IN | 0.51% | 3,329 |
| | | 653,567 |

▼ **Custom Filter by Vote Type and Precinct**
**Vote Type:** -- Select --   **Precinct:** -- Select --   Refresh

Powered by - SOE Software

Oakland County
**Clerk/Register of Deeds**
E L E C T I O N S   D I V I S I O N

Bill Bullard Jr.

**November 6, 2012 General Election**

| | | | |
|---|---|---|---|
| **Registered Voters:** | 927,593 | **Precincts Partially Reported:** | 0 of 540 |
| **Ballots Cast:** | 662,842 | **Precincts Completely Reported:** | 540 of 540 |
| **Voter Turnout:** | 71.46 % | **Precincts Percent Reported:** | 100.00 % |

**Website last updated** 1/11/2013
1:43:24 PM EST

**OFFICIAL RESULTS**
**USE YOUR BROWSER'S REFRESH BUTTON TO UPDATE RESULTS. DURING PEAK TIMES THE REFRESH MAY TAKE UP TO 2 MINUTES**

▼ **Download Reports**

| Type | Description |
|---|---|
| Summary CSV | Comma separated values showing total votes received. |
| Detail XLS | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail TXT | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |
| Detail XML | Precinct level details for election results. Contains votes received by each choice in each contest in each precinct, by vote type. |

▼ **Custom Filter by Contest, Vote Type and Jurisdiction**
**Contest :** UNITED STATES SENATOR
**Vote Type:** All
**Jurisdiction:** All

Refresh

**UNITED STATES SENATOR (Vote For 1)**

| | Percent | Votes |
|---|---|---|
| Pete Hoekstra (REP) | 39.42% | 251,995 |
| Debbie Stabenow (DEM) | 57.42% | 367,034 |
| Scotty Boman (LIB) | 1.96% | 12,528 |
| Richard A. Matkin (UST) | 0.38% | 2,438 |
| Harley Mikkelson (GRN) | 0.58% | 3,682 |
| John D. Litle (NLP) | 0.18% | 1,159 |
| WRITE-IN | 0.06% | 408 |
| | | 639,244 |

▼ **Custom Filter by Vote Type and Precinct**
**Vote Type:** -- Select --  **Precinct:** -- Select --  Refresh

Powered by – SOE Software

# WAYNE COUNTY ELECTONS

1. 2020 Presidential
2. 2020 US Senate
3. 2018 Governor
4. 2018 Secretary of State
5. 2018 Attorney General
6. 2018 US Senate
7. 2016 Presidential
8. 2014 Governor
9. 2014 Secretary of State
10. 2014 Attorney General
11. 2014 US Senate
12. 2012 Presidential
13. 2012 US Senate

# President/Vice-President (Vote for 1)

Precincts Reported: 1,115 of 1,115 (100.00%)

|  |  | Election Day | AV Counting | Total |  |
|---|---|---|---|---|---|
| Times Cast |  | 311,408 | 566,694 | 878,102 / 1,406,355 | 62.44% |

| Candidate | Party | Election Day | AV Counting Board | Total |  |
|---|---|---|---|---|---|
| Joseph R. Biden/Kamala D. Harris | DEM | 171,041 | 426,129 | 597,170 | 68.32% |
| Donald J. Trump/Michael R. Pence | REP | 133,238 | 131,315 | 264,553 | 30.27% |
| Jo Jorgensen/Jeremy Cohen | LIB | 3,305 | 3,262 | 6,567 | 0.75% |
| Don Blankenship/William Mohr | UST | 472 | 616 | 1,088 | 0.12% |
| Howie Hawkins/Angela Walker | GRN | 1,084 | 1,379 | 2,463 | 0.28% |
| Rocky De La Fuente/Darcy Richardson | NLP | 269 | 273 | 542 | 0.06% |
| Total Votes |  | 310,405 | 563,613 | 874,018 |  |

|  |  | Election Day | AV Counting Board | Total |
|---|---|---|---|---|
| Unresolved Write-In |  | 996 | 639 | 1,635 |

# United States Senator (Vote for 1)

Precincts Reported: 1,115 of 1,115 (100.00%)

|  |  | Election Day | AV Counting | Total |  |
|---|---|---|---|---|---|
| Times Cast |  | 311,408 | 566,694 | 878,102 / 1,406,355 | 62.44% |

| Candidate | Party | Election Day | AV Counting Board | Total |  |
|---|---|---|---|---|---|
| Gary Peters | DEM | 167,650 | 414,717 | 582,367 | 67.41% |
| John James | REP | 129,299 | 130,847 | 260,146 | 30.11% |
| Valerie L. Willis | UST | 4,352 | 6,452 | 10,804 | 1.25% |
| Marcia Squier | GRN | 2,829 | 4,050 | 6,879 | 0.80% |
| Doug Dern | NLP | 1,225 | 1,398 | 2,623 | 0.30% |
| Total Votes |  | 306,066 | 557,880 | 863,946 |  |

|  |  | Election Day | AV Counting Board | Total |
|---|---|---|---|---|
| Unresolved Write-In |  | 711 | 416 | 1,127 |

# Election Summary Report

General Election

Wayne County, Michigan

November 06, 2018

OFFICIAL RESULTS

Precincts Reported: 1,1126 of 1,126(100%)

Registered Voters: 697,028 of 1,321,257 (52.75%)

Ballots Cast: 697,028

## Governor/Lt. Governor (Vote for  1)

Precincts Reported: 1,109 of 1,109 (100%)

|  | | Election Day | AV Counting | Total | |
|---|---|---|---|---|---|
| Times Cast | | 481,359 | 188,706 | 670,065 / 1,321,257 | 50.71% |

| Candidate | Party | Election Day | AV Counting Board | Total | |
|---|---|---|---|---|---|
| Bill Schuette/Lisa Posthumus Lyons | REP | 119,186 | 60,871 | 180,057 | 27.25% |
| Gretchen Whitmer/Garlin D. Gilchrist II | DEM | 342,487 | 121,216 | 463,703 | 70.18% |
| Bill Gelineau/Angelique Chaiser Thomas | LIB | 5,474 | 1,217 | 6,691 | 1.01% |
| Todd Schleiger/Earl P. Lackie | UST | 2,335 | 780 | 3,115 | 0.47% |
| Jennifer V. Kurland/Charin H. Davenport | GRN | 3,860 | 751 | 4,611 | 0.70% |
| Keith Butkovich/Raymond Warner | NAT | 1,284 | 393 | 1,677 | 0.25% |
| Total Votes | | 475,355 | 185,369 | 660,724 | |

|  | | Election Day | AV Counting Board | Total | |
|---|---|---|---|---|---|
| Unresolved Write-In | | 729 | 141 | 870 | |

# Secretary of State (Vote for 1)

Precincts Reported: 1,109 of 1,109 (100%)

| | Election Day | AV Counting | Total | |
|---|---|---|---|---|
| Times Cast | 481,357 | 188,706 | 670,063 / 1,321,257 | 50.71% |

| Candidate | Party | Election Day | AV Counting Board | Total | |
|---|---|---|---|---|---|
| Mary Treder Lang | REP | 116,837 | 58,376 | 175,213 | 26.83% |
| Jocelyn Benson | DEM | 337,896 | 122,371 | 460,267 | 70.47% |
| Gregory Scott Stempfle | LIB | 8,652 | 1,597 | 10,249 | 1.57% |
| Robert Gale | UST | 5,107 | 1,441 | 6,548 | 1.00% |
| Total Votes | | 469,262 | 183,849 | 653,111 | |

| | | Election Day | AV Counting Board | Total | |
|---|---|---|---|---|---|
| Unresolved Write-In | | 770 | 64 | 834 | |

# Attorney General (Vote for  1)

Precincts Reported: 1,109 of 1,109 (100%)

| | | Election Day | AV Counting | Total | |
|---|---|---|---|---|---|
| Times Cast | | 481,357 | 188,706 | 670,063 / 1,321,257 | 50.71% |

| Candidate | Party | Election Day | AV Counting Board | Total | |
|---|---|---|---|---|---|
| Tom Leonard | REP | 121,716 | 62,503 | 184,219 | 28.56% |
| Dana Nessel | DEM | 320,363 | 113,753 | 434,116 | 67.29% |
| Lisa Lane Gioia | LIB | 10,088 | 1,984 | 12,072 | 1.87% |
| Gerald T. Van Sickle | UST | 3,795 | 1,108 | 4,903 | 0.76% |
| Chris Graveline | | 6,689 | 1,965 | 8,654 | 1.34% |
| Total Votes | | 463,736 | 181,392 | 645,128 | |

| | | Election Day | AV Counting Board | Total | |
|---|---|---|---|---|---|
| Unresolved Write-In | | 1,085 | 79 | 1,164 | |

# Unites States Senator (Vote for 1)

Precincts Reported: 1,109 of 1,109 (100%)

| | | Election Day | AV Counting | Total | |
|---|---|---|---|---|---|
| Times Cast | | 481,357 | 188,706 | 670,063 / 1,321,257 | 50.71% |

| Candidate | Party | Election Day | AV Counting Board | Total | |
|---|---|---|---|---|---|
| John James | REP | 131,709 | 59,175 | 190,884 | 28.95% |
| Debbie Stabenow | DEM | 329,952 | 125,224 | 455,176 | 69.04% |
| George E. Huffman III | UST | 3,385 | 698 | 4,083 | 0.62% |
| Marcia Squier | GRN | 5,018 | 713 | 5,731 | 0.87% |
| John Howard Wilhelm | NAT | 2,162 | 355 | 2,517 | 0.38% |
| Total Votes | | 473,018 | 186,234 | 659,252 | |

| | | Election Day | AV Counting Board | Total | |
|---|---|---|---|---|---|
| Unresolved Write-In | | 792 | 69 | 861 | |

```
                                        WAYNE COUNTY, MICHIGAN                    OFFICIAL
                                        GENERAL ELECTION
                                        NOVEMBER 8, 2016
RUN DATE:11/22/16 05:52 PM
                                                                                 REPORT-EL45A    PAGE 001
```

| | TOTAL VOTES | % | ELECTION DAY | AV |
|---|---|---|---|---|
| PRECINCTS COUNTED (OF 1185) . . . . | 1,185 | 100.00 | | |
| REGISTERED VOTERS - TOTAL . . . . . | 1355,794 | | | |
| BALLOTS CAST - TOTAL PAGES. . . . . | 1139,074 | | 848,457 | 290,617 |
| BALLOTS CAST - TOTAL. . . . . . . | 802,195 | | 593,865 | 208,330 |
| BALLOTS CAST - TOTAL PAGE 2 . . . . | 336,454 | | 254,167 | 82,287 |
| VOTER TURNOUT - TOTAL . . . . . . | | 59.17 | | |

STRAIGHT PARTY
Vote for not more than 1
   (WITH 1171 OF 1171 PRECINCTS COUNTED)

| | | | | |
|---|---|---|---|---|
| Republican (REP) . . . . . . . . | 104,293 | 21.84 | 72,124 | 32,169 |
| Democratic (DEM) . . . . . . . . | 362,017 | 75.79 | 276,375 | 85,642 |
| Libertarian (LIB). . . . . . . . | 3,971 | .83 | 3,308 | 663 |
| U.S. Taxpayers (UST). . . . . . . | 1,024 | .21 | 854 | 170 |
| Green (GRN). . . . . . . . . . | 2,650 | .55 | 2,386 | 264 |
| Natural Law (NLP). . . . . . . . | 298 | .06 | 270 | 28 |
| Working Class (WCP) . . . . . . . | 3,388 | .71 | 3,068 | 320 |

PRESIDENT AND VICE-PRESIDENT
Vote for not more than 1
   (WITH 1171 OF 1171 PRECINCTS COUNTED)

| | | | | |
|---|---|---|---|---|
| Trump / Pence (REP) . . . . . . . | 228,993 | 29.26 | 159,502 | 69,491 |
| Clinton / Kaine (DEM) . . . . . . | 519,444 | 66.36 | 390,766 | 128,678 |
| Johnson / Weld (LIB). . . . . . . | 18,801 | 2.40 | 14,501 | 4,300 |
| Castle / Bradley (UST) . . . . . . | 1,718 | .22 | 1,271 | 447 |
| Stein / Baraka (GRN). . . . . . . | 7,784 | .99 | 6,740 | 1,044 |
| Soltysik / Walker (NLP). . . . . . | 437 | .06 | 350 | 87 |
| WRITE-IN. . . . . . . . . . . | 5,542 | .71 | 4,091 | 1,451 |

```
SUMMARY REPORT                          WAYNE COUNTY, MICHIGAN              OFFICIAL RESULTS
                                        GENERAL ELECTION
                                        NOVEMBER 4, 2014
RUN DATE:11/18/14 12:49 PM                                                  REPORT-EL45A    PAGE 001


                              TOTAL VOTES    %    Election Day        AV

PRECINCTS COUNTED (OF 1124)  .   .   .   .      1,124  100.00
REGISTERED VOTERS - TOTAL  .   .   .   .   . 1346,136
BALLOTS CAST - TOTAL PAGES.  .   .   .   .    535,908                432,024          103,884
BALLOTS CAST - TOTAL.  .   .   .   .   .   .  514,661                416,893           97,768
BALLOTS CAST - PG 2  .   .   .   .   .   .     21,247                 15,131            6,116
VOTER TURNOUT - TOTAL  .   .   .   .   .   .            38.23

STRAIGHT PARTY
Vote for not more than  1
    (WITH 1124 OF 1124  COUNTED)
Republican (REP) .   .   .   .   .   .   .     71,846  23.96          50,108           21,738
Democratic (DEM) .   .   .   .   .   .   .    224,806  74.97         195,860           28,946
Libertarian (LIB).   .   .   .   .   .   .      1,411    .47           1,198              213
U.S. Taxpayers (UST).  .   .   .   .   .   .      850    .28             688              162
Green (GRN).   .   .   .   .   .   .   .   .      683    .23             612               71
Natural Law (NLP).   .   .   .   .   .   .        260    .09             235               25
       Total .   .   .   .   .   .   .   .    299,856                248,701           51,155


GOVERNOR/LT GOVERNOR
Vote for not more than  1
    (WITH 1124 OF 1124  COUNTED)
Snyder/Calley (REP) .   .   .   .   .   .     177,691  34.83         129,111           48,580
Schauer/Brown (DEM) .   .   .   .   .   .     323,762  63.46         277,611           46,151
Buzuma/Boman (LIB)  .   .   .   .   .   .       4,139    .81           3,374              765
McFarlin/Mendoza (UST) .   .   .   .   .        2,380    .47           1,744              636
Homeniuk/Caveny (GRN) .   .   .   .   .         1,911    .37           1,652              259
WRITE-IN.  .   .   .   .   .   .   .   .   .      274    .05             246               28
       Total .   .   .   .   .   .   .   .    510,157                413,738           96,419


SECRETARY OF STATE
Vote for not more than  1
    (WITH 1124 OF 1124  COUNTED)
Ruth Johnson (REP)  .   .   .   .   .   .     178,235  35.79         129,383           48,852
Godfrey Dillard (DEM)  .   .   .   .   .      305,627  61.36         262,695           42,932
James Lewis (LIB).   .   .   .   .   .   .      7,478   1.50           6,428            1,050
Robert Gale (UST).   .   .   .   .   .   .      4,478    .90           3,480              998
Jason Robert Gatties (NLP).   .   .   .   .     1,879    .38           1,645              234
WRITE-IN.  .   .   .   .   .   .   .   .   .      357    .07             330               27
       Total .   .   .   .   .   .   .   .    498,054                403,961           94,093


ATTORNEY GENERAL
Vote for not more than  1
    (WITH 1124 OF 1124  COUNTED)
Bill Schuette (REP) .   .   .   .   .   .     167,166  33.69         121,595           45,571
Mark Totten (DEM).   .   .   .   .   .   .    313,634  63.21         267,020           46,614
Justin M. Altman (LIB) .   .   .   .   .        7,225   1.46           6,230              995
Gerald T. Van Sickle (UST).   .   .   .        3,763    .76           2,952              811
John Anthony La Pietra (GRN)  .   .   .   .     3,921    .79           3,479              442
WRITE-IN.  .   .   .   .   .   .   .   .   .      475    .10             440               35
       Total .   .   .   .   .   .   .   .    496,184                401,716           94,468
```

SUMMARY REPORT

WAYNE COUNTY, MICHIGAN
GENERAL ELECTION
NOVEMBER 4, 2014

OFFICIAL RESULTS

RUN DATE:11/18/14 12:49 PM

REPORT-EL45A   PAGE 002

| | TOTAL VOTES | % | Election Day | AV |
|---|---|---|---|---|
| **UNITED STATES SENATOR** | | | | |
| Vote for not more than  1 | | | | |
| (WITH 1124 OF 1124  COUNTED) | | | | |
| Terri Lynn Land (REP) . . . . . . | 126,423 | 25.06 | 90,531 | 35,892 |
| Gary Peters (DEM). . . . . . . | 360,641 | 71.49 | 306,278 | 54,363 |
| Jim Fulner (LIB) . . . . . . . | 7,957 | 1.58 | 6,096 | 1,861 |
| Richard A. Matkin (UST). . . . . | 5,387 | 1.07 | 3,649 | 1,738 |
| Chris Wahmhoff (GRN). . . . . . | 3,458 | .69 | 2,866 | 592 |
| WRITE-IN. . . . . . . . . | 614 | .12 | 534 | 80 |
| Total . . . . . . . . | 504,480 | | 409,954 | 94,526 |
| | | | | |
| **REP IN CONGRESS 11th DIST** | | | | |
| Vote for not more than 1 | | | | |
| (WITH 119 OF 119  COUNTED) | | | | |
| Dave Trott (REP) . . . . . . . | 50,936 | 53.56 | 33,632 | 17,304 |
| Bobby McKenzie (DEM). . . . . . | 40,460 | 42.55 | 27,787 | 12,673 |
| John J. Tatar (LIB) . . . . . . | 2,834 | 2.98 | 2,277 | 557 |
| WRITE-IN. . . . . . . . . | 866 | .91 | 549 | 317 |
| Total . . . . . . . . | 95,096 | | 64,245 | 30,851 |
| | | | | |
| **REP IN CONGRESS 12th DIST** | | | | |
| Vote for not more than 1 | | | | |
| (WITH 205 OF 205  COUNTED) | | | | |
| Terry Bowman (REP) . . . . . . | 46,109 | 36.18 | 33,980 | 12,129 |
| Debbie Dingell (DEM). . . . . . | 75,873 | 59.53 | 56,142 | 19,731 |
| Bhagwan Dashairya (LIB). . . . . | 1,460 | 1.15 | 1,253 | 207 |
| Gary Walkowicz (NPA). . . . . . | 3,867 | 3.03 | 2,973 | 894 |
| WRITE-IN. . . . . . . . . | 134 | .11 | 116 | 18 |
| Total . . . . . . . . | 127,443 | | 94,464 | 32,979 |
| | | | | |
| **REP IN CONGRESS 13th DIST** | | | | |
| Vote for not more than 1 | | | | |
| (WITH 492 OF 492  COUNTED) | | | | |
| Jeff Gorman (REP). . . . . . . | 27,234 | 16.29 | 20,018 | 7,216 |
| John Conyers, Jr. (DEM). . . . . | 132,710 | 79.36 | 119,361 | 13,349 |
| Chris Sharer (LIB) . . . . . . | 3,537 | 2.12 | 2,991 | 546 |
| Sam Johnson (NPA). . . . . . . | 3,466 | 2.07 | 2,892 | 574 |
| WRITE-IN. . . . . . . . . | 268 | .16 | 247 | 21 |
| Total . . . . . . . . | 167,215 | | 145,509 | 21,706 |
| | | | | |
| **REP IN CONGRESS 14th DIST** | | | | |
| Vote for not more than 1 | | | | |
| (WITH 308 OF 308  COUNTED) | | | | |
| Christina L. Barr (REP). . . . . | 15,892 | 14.94 | 11,817 | 4,075 |
| Brenda Lawrence (DEM) . . . . . | 88,101 | 82.80 | 84,199 | 3,902 |
| Leonard Schwartz (LIB) . . . . . | 1,215 | 1.14 | 1,083 | 132 |
| Stephen Boyle (GRN) . . . . . . | 1,006 | .95 | 938 | 68 |
| WRITE-IN. . . . . . . . . | 183 | .17 | 183 | 0 |
| Total . . . . . . . . | 106,397 | | 98,220 | 8,177 |

Summary        Wayne County, Michigan        OFFICIAL RESULTS
       November 6, 2012
       General Election

Run Date:11/21/12 08:53 AM          Report EL45     Page 001

                   VOTES PERCENT                                VOTES PERCENT

| | VOTES | PERCENT |
|---|---|---|
| PRECINCTS COUNTED (OF 1257) . . . . | 1,257 | 100.00 |
| REGISTERED VOTERS - TOTAL . . . . . | 1382,820 | |
| BALLOTS CAST - TOTAL PAGES. . . . . | 1643,587 | |
| BALLOTS CAST - TOTAL. . . . . . . | 822,575 | |
| BALLOTS CAST - TOTAL PG 2 . . . . . | 821,017 | |
| VOTER TURNOUT - TOTAL PAGES . . . . | | |
| VOTER TURNOUT - TOTAL . . . . . . | | 59.49 |
| VOTER TURNOUT - TOTAL PG 2. . . . . | | 59.37 |

STRAIGHT PARTY
Vote for not more than  1
    (WITH 1231 OF 1231  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| Republican (REP) . . . . . . . . | 90,550 | 18.49 |
| Democratic (DEM) . . . . . . . . | 393,884 | 80.41 |
| Libertarian (LIB). . . . . . . . | 2,395 | .49 |
| U.S. Taxpayers (UST). . . . . . . | 1,289 | .26 |
| Green (GRN). . . . . . . . . . | 1,200 | .24 |
| Natural Law (NLP). . . . . . . . | 510 | .10 |

PRESIDENT AND VICE-PRESIDENT
Vote for not more than  1
    (WITH 1231 OF 1231  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| Romney/Ryan (REP). . . . . . . . | 213,814 | 26.13 |
| Obama/Biden (DEM). . . . . . . . | 595,846 | 72.83 |
| Goode, Jr./Clymer (UST). . . . . . | 1,830 | .22 |
| Stein/Honkala (GRN) . . . . . . . | 2,752 | .34 |
| Anderson/Rodriguez (NLP) . . . . . | 692 | .08 |
| WRITE-IN. . . . . . . . . . . | 3,206 | .39 |

UNITED STATES SENATOR
Vote for not more than  1
    (WITH 1231 OF 1231  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| Pete Hoekstra (REP) . . . . . . . | 172,365 | 21.43 |
| Debbie Stabenow (DEM) . . . . . . | 608,169 | 75.63 |
| Scotty Boman (LIB) . . . . . . . | 12,519 | 1.56 |
| Richard A. Matkin (UST). . . . . . | 4,122 | .51 |
| Harley Mikkelson (GRN) . . . . . . | 3,861 | .48 |
| John D. Litle (NLP) . . . . . . . | 2,047 | .25 |
| WRITE-IN. . . . . . . . . . . | 1,089 | .14 |

REP IN CONGRESS 11th DIST
Vote for not more than  1
    (WITH 141 OF 141  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| Kerry Bentivolio (REP) . . . . . . | 64,048 | 47.73 |
| Syed Taj (DEM). . . . . . . . . | 63,549 | 47.36 |
| John J. Tatar (LIB). . . . . . . | 3,663 | 2.73 |
| Steven Paul Duke (GRN) . . . . . . | 1,516 | 1.13 |
| Daniel Johnson (NLP). . . . . . . | 1,066 | .79 |
| WRITE-IN. . . . . . . . . . . | 337 | .25 |

REP IN CONGRESS 12th DIST
Vote for not more than  1
    (WITH 242 OF 242  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| Cynthia Kallgren (REP) . . . . . . | 65,845 | 33.19 |
| John D. Dingell (DEM) . . . . . . | 125,819 | 63.42 |
| Richard J. Secula (LIB). . . . . . | 6,363 | 3.21 |
| WRITE-IN. . . . . . . . . . . | 362 | .18 |

REP IN CONGRESS 13th DIST
Vote for not more than  1
    (WITH 530 OF 530  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| Harry T. Sawicki (REP) . . . . . . | 38,769 | 13.60 |
| John Conyers, Jr. (DEM). . . . . . | 235,336 | 82.56 |
| Chris Sharer (LIB) . . . . . . . | 6,076 | 2.13 |
| Martin Gray (UST). . . . . . . . | 4,089 | 1.43 |
| WRITE-IN. . . . . . . . . . . | 771 | .27 |

REP IN CONGRESS 14th DIST
Vote for not more than  1
    (WITH 318 OF 318  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| John Hauler (REP). . . . . . . . | 20,023 | 11.61 |
| Gary Peters (DEM). . . . . . . . | 148,562 | 86.15 |
| Leonard Schwartz (LIB) . . . . . . | 1,752 | 1.02 |
| Douglas Campbell (GRN) . . . . . . | 1,700 | .99 |
| WRITE-IN. . . . . . . . . . . | 414 | .24 |

REP IN CONGRESS 11th DIST 01/02/13
Vote for not more than  1
    (WITH 262 OF 262  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| Kerry Bentivolio (REP) . . . . . . | 92,575 | 41.11 |
| David A. Curson (DEM) . . . . . . | 118,835 | 52.78 |
| John J. Tatar (LIB). . . . . . . | 7,915 | 3.52 |
| Marc J. Sosnowski (UST). . . . . . | 4,965 | 2.21 |
| WRITE-IN. . . . . . . . . . . | 879 | .39 |

STATE REPRESENTATIVE 1st DIST
Vote for not more than  1
    (WITH 57 OF 57  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| Dan Schulte (REP). . . . . . . . | 11,489 | 29.01 |
| Brian R. Banks (DEM). . . . . . . | 27,843 | 70.30 |
| WRITE-IN. . . . . . . . . . . | 274 | .69 |

STATE REPRESENTATIVE 2nd DIST
Vote for not more than  1
    (WITH 72 OF 72  COUNTED)

| | VOTES | PERCENT |
|---|---|---|
| Daniel Corrigan Grano (REP) . . . . | 10,459 | 25.83 |
| Alberta Tinsley Talabi (DEM) . . . . | 28,990 | 71.61 |
| Hans Christopher Barbe (GRN) . . . . | 938 | 2.32 |
| WRITE-IN. . . . . . . . . . . | 98 | .24 |