# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DONALD AGEE, JR., et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.

Case No. 1:22-CV-00272-PLM-RMK-JTN

**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)**

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I served a copy of **Plaintiffs' Post-Trial Brief and Plaintiffs' Proposed Findings of Fact and Conclusions of Law** on all parties, or their counsel of record, via electronic service at their email addresses on record with the Court's ECF System.

Respectfully submitted,

*/s/ John J. Bursch*
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

Michael J. Pattwell (P72419)
Jennifer K. Green (P69019)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC
*Attorneys for Plaintiffs*
215 S. Washington Square, Ste. 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com

2

jgreen@clarkhill.com
jfleming@clarkhill.com
abanks@clarkhill.com

Dated: December 4, 2023

2

CLARKHILL\L1503\442579\274708888.v1-12/4/23