## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DONALD AGEE, JR., an individual, *et al.*,

        Plaintiffs,

v.

JOCELYN BENSON, *et al.*;

        Defendants.

_____/

Case No. 1:22-cv-00272-PLM-RMK-JTN

**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)**

## CERTIFICATE OF COMPLIANCE

Plaintiffs' Post-Trial brief complies with the Court's word limit as instructed on November 7, 2023, ECF No. 108, PageID.3508, because, excluding the parts exempted by W.D. Mich. LCivR 7, this brief contains 9,981 words. The word count was generated using Microsoft Word for Microsoft 365.

Respectfully submitted,

*/s/ John J. Bursch*
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com

Michael J. Pattwell (P72419)
Jennifer K. Green (P69019)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC

*Attorneys for Plaintiffs*
215 S Washington Square, Ste. 200
Lansing, MI 48933
mpattwell@clarkhill.com
jgreen@clarkhill.com
jfleming@clarkhill.com
abanks@clarkhill.com
(517) 318-3100

Dated: December 4, 2023