UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., *et al.*, <br>         Plaintiffs, <br><br> v. <br><br> JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*, <br>         Defendants. | No. 1:22-cv-272 <br><br> Three-Judge Court |

## ORDER REGARDING TRANSCRIPTS

The Court requires a transcript of the Michigan Independent Citizens Redistricting Commission's closed session meeting held on October 27, 2021. An audio recording of the closed session meeting was offered at trial by Plaintiffs, but no transcripts of it are in the record. The Court finds that a transcript of the October 27, 2021, closed session meeting is necessary. Plaintiffs are ordered to file a transcript of the October 27, 2021, closed session meeting by December 11, 2023, at noon. Courts can exercise their inherent authority in such circumstances. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597–99 (1978) (discussing the courts' common law right to inspect documents and records).

**IT IS HEREBY ORDERED** that Plaintiffs are to file a transcript of the audio recording from the October 27, 2021, closed session meeting by December 11, 2023, at noon.

**IT IS SO ORDERED.**

Date: December 5, 2023                                /s/ Paul L. Maloney
                                                                                                   Paul L. Maloney
                                                                                                   United States District Judge