UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR. et al., <br><br> Plaintiffs, <br> v. <br> JOCELYN BENSON, et al., <br><br> Defendants. | Case No. 1:22-CV-00272-PLM-RMK-JTN <br><br> **MOTION OF THE COMMISSION TO STRIKE CERTAIN EVIDENCE UNTIMELY PRESENTED BY PLAINTIFFS** |

NOW COME the Michigan Independent Citizens Redistricting Commission and its members[1] (collectively, the Commission), by counsel, and respectfully move this Court for an order striking from the record certain evidence Plaintiffs untimely presented for the first time in their post-trial filings.

This Motion is supported by the accompanying Brief in Support, which are incorporated herein by this reference. A Certificate is also filed in compliance with W.D. Mich. Civ. R. 7.1(d) reflecting counsel's unsuccessful attempt to gain Plaintiffs' concurrence with this motion.

Dated: December 8, 2023

Respectfully submitted,

*/s/ Nathan J. Fink*
FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

---

[1] The official-capacity defendants are Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes.

*/s/ Richard B. Raile*
BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Patrick T. Lewis
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in their official capacities as Commissioners of the Michigan Independent Citizens Redistricting Commission*