UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR. et al., | Case No. 1:22-CV-00272-PLM-RMK-JTN |
| Plaintiffs, | |
| v. | **AMENDED CERTIFICATE REGARDING REQUEST FOR MOTION CONCURRENCE** |
| JOCELYN BENSON, et al., | |
| Defendants. | |

In compliance with W.D. Mich. LCivR 7.1(d), counsel for the Michigan Independent Citizens Redistricting Commission and its members[1] (collectively, the Commission), requested concurrence from counsel for Plaintiffs in the relief sought in the Commission's Motion to Strike Certain Evidence Untimely Presented by Plaintiffs. Shortly after the Commission filed the Motion, counsel for Plaintiffs advised that Plaintiffs do not concur in the relief sought.

Dated: December 8, 2023

Respectfully submitted,

/s/ Nathan J. Fink
FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

/s/ Richard B. Raile
BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile

---

[1] The official-capacity defendants are Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes.

Dima J. Atiya
1050 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Patrick T. Lewis
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Douglas Clark, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Litt, Brittni Kellom, Cynthia Orton, M.C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes, each in their official capacities as Commissioners of the Michigan Independent Citizens Redistricting Commission*