# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;<br><br>      Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## TRANSCRIPT TO MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION'S OCTOBER 27, 2021 CLOSED SESSION MEETING

Pursuant to this Court's Order dated December 5, 2023, please find attached the Transcript to Michigan Independent Citizens Redistricting Commission's October 27, 2021 Closed Session Meeting.

                              Respectfully submitted,

                              */s/ John J. Bursch*
                              John J. Bursch (P57679)
                              BURSCH LAW PLLC
                              *Attorney for Plaintiffs*
                              9339 Cherry Valley Ave SE, #78
                              Caledonia, MI 49316
                              (616) 450-4235
                              jbursch@burschlaw.com

                              Michael J. Pattwell (P72419)
                              Jennifer K. Green (P69019)
                              James J. Fleming (P84490)
                              Amia A. Banks (P84182)
                              CLARK HILL PLC

*Attorneys for Plaintiffs*
215 S. Washington Square, Ste. 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com
jgreen@clarkhill.com
jfleming@clarkhill.com
abanks@clarkhill.com

Dated: December 11, 2023

2