Transcription of the Closed Session of the
Michigan Independent Citizens
Redistricting Commission

_____/

Held on Wednesday, October 27, 2021

Commencing at 4:05 p.m.

Transcribed by Carolyn Grittini, CSR-3381



1

2

3

4      Transcription of the Closed Session of the

5      Michigan Independent Citizens

6      Redistricting Commission

7      _____/

8      Held on Wednesday, October 27, 2021

9      Commencing at 4:05 p.m.

10     Transcribed by Carolyn Grittini, CSR-3381

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Wednesday, October 27, 2021

2    4:05 p.m.

3

4                    CHAIR SZETELA:  As Chair of the commission, I

5        call this closed session of the Michigan Independent

6        Citizens Redistricting Commission to order at 4:05 p.m.

7        For the public record, could the secretary please take the

8        roll?  Could the secretary please take the roll?

9                    SECRETARY:  Commissioners, please say present

10       when I call your name.  If you're attending today's

11       meeting remotely, please disclose during roll call that

12       you are attending remotely.  You know the drill.  Doug

13       Clark.

14                   COMMISSIONER CLARK:  Present.

15                   SECRETARY:  Juanita Curry.

16                   COMMISSIONER CURRY:  Present and attending

17       remotely from Detroit, Michigan.

18                   SECRETARY:  Anthony Eid.

19                   COMMISSIONER EID:  Present.

20                   SECRETARY:  Brittni Kellom.

21                   COMMISSIONER KELLOM:  Present.

22                   SECRETARY:  Rhonda Lange.

23                   COMMISSIONER LANGE:  Present, attending

24       remotely from (inaudible).

25                   SECRETARY:  Steve Lett.

```
1              COMMISSIONER LETT:  Present.

2              SECRETARY:  Cynthia Orton.

3              COMMISSIONER ORTON:  Present.

4              SECRETARY:  M.C. Rothhorn.

5              COMMISSIONER ROTHHORN:  Present.

6              SECRETARY:  Rebecca Szetela.

7              COMMISSIONER Szetele:  Present.

8              SECRETARY:  Janice Vallette.

9              COMMISSIONER VALLETTE:  Present.

10             SECRETARY:  Erin Wagner.  Erin, I'm going to

11        prompt you to unmute on your phone.

12             COMMISSIONER VALLETTE:  Present, attending

13        remotely from Charlotte, Michigan.

14             SECRETARY:  Richard Weiss.

15             COMMISSIONER WEISS:  Present.

16             SECRETARY:  Dustin Witjes.

17             COMMISSIONER WITJES:  Present.

18             SECRETARY:  All commissioners are present.

19             CHAIR SZETELA:  Thank you, Ms. Reinhardt.  We

20        have entered a closed session to discuss the

21        attorney-client memos that we received from our general

22        counsel and Mr. Adelson.  Mr. Adelson, our general

23        counsel, who wants to lead the discussion?

24             MS. PASTULA:  So I will start.  Thank you,

25        Madam Chair.  So I will start.  Again, stating for the
```

1    record and the closed session minutes that the closed

2    session is called in accordance with Section 8H of the

3    Open Meetings Act being MCL 15.268H.  The session was

4    called to occur on Wednesday, October 27th, upon adoption

5    of the resolution and the closed session was called to

6    order at 4:05 p.m. to discuss the privilege and

7    confidential memos being Voting Rights Act of October

8    14th, 2021 and the history of discrimination in the state

9    of Michigan and its influence on voting of October 26th,

10   '21.  These memos are both attorney-client privileged

11   communications that provide legal advice to the client,

12   prepared by counsel in regard to the Voting Rights Act and

13   are therefore exempt from disclosure under Section 13G of

14   the Michigan Freedom of Information Act being MCL 15.243,

15   subpart 1, subsection G.

16         The rules for closed sessions are that the

17   confidentiality of the closed session, none of the

18   discussion topics or documents may be shared outside of

19   this room.  Everyone received the confidentiality

20   agreement, that if you have not returned to either Sue Ann

21   or myself, please do so.  The rules, additionally, that

22   the topic of the closed session can only be the Voting

23   Rights Act based on the two memoranda that are the basis

24   for this closed session.  If the topic veers off of this

25   course, I will provide a warning.  If the conversation

1    does not cease immediately, the closed session will be

2    halted and we will return to open session at that time.

3    If you have any questions about either of these two

4    things, I know this is our first closed session.  So

5    again, we're here to talk about the VRA.  We're here to

6    have an open conversation between the MICRC and its

7    attorneys about the VRA, and with all that being said,

8    I'll turn it over to Bruce.

9              MR. ADELSON:  Thank you. And thank you for the

10   opportunity to have this meeting.  Julieann and I thought

11   that it was important with the -- as a result of the

12   memos, the information that's being discussed in the

13   conventional media, on social media and everywhere to

14   answer questions, provide some advice about a path forward

15   and discuss what the Voting Rights Act actually requires.

16   And let's start with that.

17         The Voting Rights Act, as you know from our

18   discussions previously in the memo, does not require any

19   numerical amount of majority-minority districts; indeed,

20   does not even require majority-minority districts at all.

21   The Voting Rights Act, as you know, is designed and

22   intended to provide an opportunity or ability to elect on

23   the part of protected categories under the statute.

24   That's based on race, color and membership in a language

25   minority group.  There are no guarantees of success.

1    There is nothing in the VRA nor in the jurisprudence that

2    requires the success of any particular candidate or that

3    any particular candidate of choice be of a particular

4    race.  Typically, as has been seen in court decisions

5    going back decades, a candidate of choice of a minority

6    group is often a person of a minority.  But that is

7    neither required nor does it happen in every circumstance.

8    All of that ties into what we've been stressing for a

9    while.

10        This is a data law analysis election results driven

11   process.  We have become concerned that there is so much

12   misinformation out there.  We wanted to have an

13   opportunity to set the record straight in a sense, provide

14   our advice, provide you with information about what the

15   law actually says and to encourage that as we move forward

16   over the next eight days, if there are ongoing questions

17   or uncertainties, please come to us, as many of you have,

18   to ask questions to get some additional information.

19        But we thought it was really important to stress

20   these threshold items.  And as you know, too, where we are

21   today.  As you recall, on September 2nd, Dr. Handley

22   presented her racial bloc voting analysis.  Racial bloc

23   voting analysis is required by the Supreme Court pursuant

24   to the Voting Rights Act in order to determine if there is

25   racial bloc or racially polarized voting.  If there is,

1      what is the remedy for that.  The remedy is also informed

2      by Dr. Handley's conclusion of the VAP, the voting age

3      population, that's required or that she has concluded.

4            Minorities need to elect a candidate of choice.

5      That's key.  Because rather than just assigning numerical

6      numbers and talking about a district.  I read the other

7      day that someone suggested, why don't they just create

8      districts that are 55 to 58 percent black?  What's the

9      basis for that?  Dr. Handley's analysis does not include

10     that and we've never recommended that as an arbitrary

11     percentage of minority voters is needed to comply with the

12     Voting Rights Acts.

13           In addition, one of the differences this cycle,

14     redistricting cycle, compared to ten years ago and

15     something that Julieann and I talked about a while ago and

16     we've been actively thinking about as the process has

17     unfolded, the federal judiciary is more conservative than

18     it was ten years ago.  The judiciary, particularly the

19     Supreme Court, on several occasions has indicated some

20     reluctance to abide what they consider to be race-based

21     solutions, race-based answers, race-based compliance.  So

22     that is yet another reason why just having arbitrary

23     numbers, 60 percent, 58, you know, whatever they are,

24     under the premise of the VRA, I think, has particularly

25     fraught this cycle, and something that we have actively

1      thought about, been concerned about and that's yet another

2      reason why we stick to the data, the analysis, the

3      election results.

4            I also wanted to comment briefly on the Voting

5      Rights Act in primary elections.  We've heard a lot about

6      that.  Yes.

7                    MALE SPEAKER:  So I want to make sure that we

8       understand this data.  The analysis and the primary

9      results --

10                   MR. ADELSON:  Election results.

11                   MALE SPEAKER:  Right, election results.

12     (Inaudible).  They didn't have Dr. Handley's second set of

13     data.

14                   MR. ADELSON:  Well, the data's like what's in

15     the  active matrix.  The data includes, yes, Dr. Handley's

16     analysis.  Yes.

17                   MALE SPEAKER:  And that the analysis

18     (Inaudible).  Sorry about that.  I forgot.  So yeah, the

19     data is in the active matrix, the analysis is Dr.

20     Handley's analysis primarily and the election results is

21     also in the active matrix, but it's the election results.

22     So those -- okay, thank you.  Just wanted to be clear.

23                   MR. ADELSON:  Sure.  And to your point, as you

24     know, the matrix includes one primary results statewide

25     from 2018.  The reality in Michigan is, there are no more

1    statewide primary results.  I know there's been a lot of

2    talk about primary results.

3         What's also important to remember, and I don't know

4    that we've touched on this specifically, often in

5    primaries there may be a multi-candidate field that, let's

6    say, has seven minority candidates and one white

7    candidate.  I'm just saying that at random.  Remember, one

8    of the keys for Voting Rights Act is -- and the Thornburg

9    versus Gingles Supreme Court case.  Cohesiveness.  Meaning

10   the minorities have to vote essentially for the same

11   candidate.  If you have seven, six, five -- if you have

12   multiple candidates, minority candidates, in a primary

13   field, it would be very difficult, in my experience, for

14   one to achieve 50 percent or more so that that person

15   could be analyzed to be the candidate of choice.

16        That's one of the challenges with primary elections.

17   Although, primary elections, I agree, when they're

18   available, can be helpful.  It's also important to realize

19   in a multi-candidate field, the Voting Rights Act doesn't

20   pick favorites in a sense.  It's all about the voters.

21   It's not about the candidates.  So if the voters are

22   showing that they are preferring multiple candidates, then

23    the rhetorical question is well, who's the minority

24   candidate of choice?  It would be, in my experience, very

25   difficult in a multi-candidate field to come to that

1    conclusion, so that while primaries can provide useful

2    information, please be advised that they don't necessarily

3     -- they're not necessarily dispositive.  They don't

4    necessarily tell the whole choice.

5          Remember, the Voting Rights Act does not require a

6    guarantee that any particular person will be elected.

7    It's an opportunity to be elected and ability to elect.

8    That's what Dr. Handley's analysis is premised on.  Her

9    analysis of a percentage that's needed, threshold

10    percentage, for minority voters to achieve that

11    opportunity or ability to elect.

12          So, these have been among the larger concerns that

13    we've had with either misinformation or no information.

14    And along the same line, I have to point out that all the

15    studies -- I shouldn't use that word.  Of all the

16    information that's been put out there, there are no racial

17    bloc voting analyses that we've seen that contradict or

18    even address or even exist to counter what Dr. Handley

19    did.

20          The information -- like for example, in the AFL-CIO,

21    the Fair Maps Report.  They mention that the Voting Rights

22    Act requires if you have a certain number of

23    majority-minority districts, you must have the same

24    number.  That is legally and factually incorrect.  That's

25    part of what we've been concerned about.  These documents

1      are infused with either misinformation or lack of

2      information.

3              The Michigan Civil Rights Commission document, one

4      of the concerns that we have about that is it presupposes

5      if a minority candidate, a black candidate, wins in a

6      particularly packed district, like a 90 percent district,

7      I think was one of the ones that was referenced, the

8      report makes the assumption that there are Hispanic and

9      Asian voters in these districts and, ipso facto, they

10     supported the black candidates.  That's just beyond the

11     pale of being insupportable and incorrect.  Drawing that

12     conclusion is based on no analysis and is -- it's just

13     woefully misleading.

14             So the information that's out there does not

15     contradict what you have been doing, what you have relied

16     upon, what the law talks about and sometimes goes the

17     other way and provides incorrect information that's

18     misleading or can engender opposition to something that is

19     baseless, that has no legal support.

20             So we've talked about this for a while and the -- it

21     just came to the point recently that we both concluded

22     that we really need to just lay this out, make it really

23     clear that these things are just not true.

24             To that point and one point about going forward.  We

25     have some thoughts with some suggestions about how to deal

1      with some of the issues that have come up recently.  But

2      one of the things we have to stress, emphasize, insist on,

3      plead, beg and say please, please don't use phrases about

4      adding black people, subtracting black people, adding

5      white people, subtracting white people.  We're going in a

6      little bit of a different direction.

7            The reason that we -- one of the reasons we wanted

8      to have this session is that in looking to the future,

9      looking over the next eight days, we don't want to give

10     people out there specific paths to challenge what you're

11     doing.  Remember one of the things we talked about

12     initially is legally, race cannot predominate

13     redistricting.  It can be one factor of many.  But when

14     phrases like that are used, it just ostensibly rockets up

15     to the top, gives people the ammunition that they're

16     looking for.  And to that end, there's a substantial

17     record, obviously, the commission has put together.

18           But since you're in the last phase now, people are

19     going to focus -- I'll borrow a phrase from some, I don't

20     even know who said this -- focus like a laser beam on what

21     happens now, from now until next Friday.  So that even if

22     comments were made previously, the focus will be on what

23     you do, what the dialog, the conversation is now, much

24     more than what happened before.  That was true in Arizona.

25

1          The lawsuits were based on the changes that were

2     made after the draft maps were approved.  After the public

3     hearings when we went into the final mapping stage.  The

4     lawsuits focused there.  What happened before was

5     preliminary, and I think that that's also part of what we

6     wanted to stress.

7          These draft maps are preliminary, as you know.

8     They're trial balloons.  They're not final.  You can make

9     decisions about how to deal with these maps up until your

10    deadline.

11         So I think that there were a lot of useful comments.

12     I want to highlight one particular area of comments.  A

13    lot of information, as you know, that has been brought out

14    that can be evaluated for what decisions you want to make

15    going forward.  One of the comments that I want to focus

16    on are narrative comments, some comments in Flint

17    yesterday.  And that the focus of most of the comments

18    about keeping Flint whole or Flint together, if you listen

19    to them, were not racial.  They were about, we want to

20    elect someone who lives in Flint.

21         Having lived in Flint and having voted in Flint, I

22     understand the difference between City of Flint and

23    Genesee County.  Very different demographics, very

24    different.  So that description was not race based, it

25    was essentially, keep our community together.  Keep our

1      folks together, keep our neighborhoods together because

2      we know what's best for us with all of the tragedies that

3      Flint has experienced.  And I think that's one of ours, as

4      we've talked about, one of our suggestions for a path

5      forward; that rather than focus on race predominantly,

6      which, of course, as you know, we strongly advise not to

7      do, take a lesson from Flint in a sense.  The focus being

8      keep us together, we want to elect one of our own, not of

9      any particular race, but out of concern that our needs as

10     a community will be best served by electing someone who

11     lives in our community.

12          So that's one of our takeaways from yesterday,

13     something we've talked about and I think that that can be

14     a path forward in addressing, evaluating, debating and

15     discussing some of the comments that you've heard over the

16     last week or so.  Yes.

17               FEMALE SPEAKER:  Commissioner Eid.

18               COMMISSIONER EID:  So, how do we do that

19     without packing the districts?

20               COMMISSIONER KELLOM:  Can I?

21               FEMALE SPEAKER:  Commissioner Kellom.

22               COMMISSIONER KELLOM:  I think what I hear

23     Bruce saying is the rhetoric and language that we use to

24     justify.  So like what we're actually doing when we're

25     reunifying folks is, of course, we're putting certain

1    races together and we know that.  But then what we say is

2    that we're observing the fact that these areas are

3    uniquely different.  Like when we think about Detroit.

4    And so we're not using the language that is going to

5    question the maps when it gets to that point.  So, I think

6    if we go back and look at the cultural aspects in the

7    neighborhood, whether it's Flint, Saginaw, you know, the

8    places that are completely black, just saying it

9    like that, will be -- the undertones will be accomplishing

10   what folks want, but doing it in a way that still upholds

11   our criterion and everything else, like our matrix and our

12   data and all that other stuff.  But that's what I -- how I

13   understood him to say it and what I've been thinking

14   about.  But I don't know if that's what you were asking

15   necessarily.

16              FEMALE SPEAKER:  Commissioner Orton.

17              MR. ADELSON:  Before we move on, I want to

18   address Commissioner Kellom and Commissioner Eid.  One of

19   the things that has been missing is in the public comments

20   is the public has been like quite insistent that these are

21   Voting Rights Act violations.  Let's take a step back.

22   They're not Voting Rights Act violations.  Why?

23        Dr.  Handley has determined, through her analysis,

24   the VAP that's needed to elect in these areas.  And I take

25   your point, I agree that packing districts the way they

1       are now would be problematic.   And we're not talking

2       about that because we're really not talking about, excuse

3       me, the Voting Rights Act.   In my discussion about Flint,

4       you notice I didn't say the Voting Rights Act at all.   I

5       didn't mention race at all.   The reality is that there

6       are, not only in Flint, but there are, I'm confident in

7       looking at some of the comments, communities that were

8       split, neighborhoods that were split, historic

9       neighborhoods, particularly in the black community, that

10      have that same commonality as the comments from Flint; we

11      want to keep our community whole.

12              This is not about complying with the Voting Rights

13      Act.   Because it's been our determination, based on the

14      analysis, that you've met those thresholds.   There may be

15      one or two, I think, that we can evaluate.   But this is

16      more a keeping neighborhoods whole, keeping communities

17      whole, listening to the public.   That's not a Voting

18      Rights Act issue, per se.

19              Yes, if you had a downtown Detroit district where

20      the black VAP was 20 percent, yes, I think that would

21      definitely be something that we would need to address.

22      But that's not where we are.

23              So that's a very important divide.   And some think

24      that I know Julieann and I felt and do feel very

25      strongly about, that these comments about violating the

1     Voting Rights Act and Section II and talking about

2     various Supreme Court cases. Well, no. Because remember,

3     what's out there, no one has said that these thresholds

4     are incorrect.

5          They may like, you know, certain thresholds to be

6     different or higher and they may question why they're

7     being used, but no one has said well, our analysis shows

8     that the VAP should be 48.9 percent. Nobody said that.

9     And I think that that's among the many telling omissions

10    out there.

11         So this is less a VRA issue. That's one of the

12    reasons in putting out the memorandum to distinguish what

13    does the Voting Rights Act require. Not majority-minority

14    districts, not numerical percentages; ability and

15    opportunity to elect. Period.

16         The Flint issue is communities, neighborhoods and

17    our being able to elect someone, not based on VRA

18    requirements, but who understands what it's like to live

19    in the City of Flint compared to somebody who lives out in

20    Genesee County.

21              CHAIR SZETELA: So I would add to that, one

22    of the things I thought was most revealing for me was, you

23    know, you hear all these statements that people have said

24    and it worries me deeply. And so I looked at the Promote

25    the Vote maps, and more specifically, I looked at their

1    statistics.  And if you look at our maps, like our

2    congressional districts, we have two that are within the

3    range of what we were aiming for, so they're in the 40

4    percentile of BVAP.  If you look at the Promote the Vote

5    maps for their congressional, they have one district

6    that's 43 percent and one that's 50.  And then if you go

7    to their senate map, it's the same thing.  If you actually

8    look at their senate map and look at the statistics and

9    compare it to ours -- I'm looking at their senate map

10   right now.  40 percent, 42 percent, 43 percent, 47

11   percent, 41 percent.  So their numbers aren't any

12   different than ours at all.  And so it's like, how is your

13   40 percent different from our 40 percent?  And my takeaway

14   is that it isn't about the Voting Rights Act and that

15   their maps are the same as ours when it comes to the

16   percentages.  So, it's more about the feel.

17              MR. ADELSON:  Yes, that's a great point, Madam

18   Chair because we were -- Julieann, we were just wondering,

19   did they use like our BV analysis?  You got to kind of

20   wonder  about that because they obviously don't have their

21   own.

22         And that being said, you know, keep in mind that the

23   VAP numbers, of course, these are estimates.  They're

24   not written in stone.  There are, I think, neighborhood

25   community of interest issues in the black community in

1    Detroit that can be addressed, just like comments that

2    you heard about Hamtramck, for example.

3           But we view these more as neighborhood community

4    concerns, because unlike your -- unlike the naysayers who

5    are out there.  They haven't come to the table with any

6    analysis to back up what they're talking about.  Even one

7    reporter asked me, is there a magic number in the Voting

8    Rights Act?  Does it say a magic number that we have to

9    have X number of majority-minority districts.  And the

10   reporter was shocked when I said no, it's not about magic

11   or numbers.  It's about what does the analysis show.

12          Now Dr. Handley, as you know, is doing additional

13   analysis, and we're going to be speaking with her to get

14   more of a feel when that will be done.  But unlike all

15   the organizations and the people who are speaking very

16   loudly, what we're doing, what you're doing is you're

17   basing your work on analysis.  So that one important

18   distinction, whether it's Flint or however many districts

19   in Detroit you decide to adjust that way.

20          Because we're not saying that you need 50.1 percent

21   to elect, and I want to make sure that we're clear on

22   this, that that's not packing.  Let me say that again.  In

23   Flint -- we'll use Flint.  Let's say Flint is kept

24   reasonably whole, let's say it's 54 percent.  That's not

25   packing because we're not creating a district with a

1    certain arbitrary percentage to stuff black people into

2    this area, more than they need to elect.

3        What you're doing is something that's not Voting

4    Rights Act.

5            FEMALE SPEAKER:  (Inaudible).

6            MR. ADELSON:  Yes.  And that community, that

7    neighborhood scent -- that's a very important

8    consideration.  And what's also important, too, with all

9    of the comments in the last couple of weeks, the comments

10   that have recommended a specific numerical number for

11   districts, the vast majority of comments that I heard, it

12   was 50.1 percent.  Not 59.  What does that tell you?  That

13   that's less a VRA issue and more of a --

14           MALE SPEAKER:  (Inaudible).

15           MR. ADELSON:  That and a community-based

16   neighborhood type vibe that's not saying we have to have

17   this.  It's something different.

18           MS. PASTULA:  It's based solely on race,

19   those comments.  And a lot of that advocacy efforts, and I

20   know Cynthia's arm is going to fall off if it's up in the

21   air anymore.  But one thing I wanted to highlight, too,

22   about Flint, and I stepped out of the room a couple times

23   for meetings, but what I wanted to highlight is what I was

24   hearing was water crisis, disinvestment, GM leaving, the

25   school board issues.  There were a few commenters that

1      talked about race or talked about the 50 percent plus one

2      or you have to pack us in because the primary has too many

3      people run.  Although, I think that was a predominantly

4      Detroit comment.

5              So again, what I was hearing wasn't VRA  advocacy.

6      What I was hearing was community of interest advocacy,

7      founded on their lived experiences and their history

8      and that's very different than running -- than doing

9      that and running a BVAP number and using that in the

10     analysis.  That's not what they were suggesting.  The

11     majority of commenters.  But I thought that was a

12     fascinating thing as well.  Did you talk about cohesion

13     yet or not yet?  Or we go to Cynthia first?

14                     MR. ADELSON:  Yes.

15                     MS. PASTULA:  Let Commissioner Orton go.

16     She's worried she's going to forget her thoughts.

17                     COMMISSIONER ORTON:  So I did forget the

18     first one.  But, the next one is -- I was going to say

19     when we're talking about this, if we choose to put

20     anything together that we currently have separated, we go

21     back to communities of interest.  It's a community of

22     interest thing, not a VRA thing.

23                     MS. PASTULA:  Just like when you were

24     mapping, when you were mapping, you were talking about the

25     public comments.  You were talking about the people that

1    were giving testimony in the neighborhood.  You had other

2    sources of data that you were looking at.  You had the

3    active matrix.  You had all of these sorts of things that

4    inform your work and resulted in draft proposed maps.

5            I think it's critical.  Again, they were draft

6    proposed maps.  I don't think anyone intended for a draft

7    proposed map to make it through to the final maps without

8    any at least discussion, I won't say modification, but at

9    least a discussion about should anything be changed?  What

10   did we hear at the public hearings?  How do we move

11   forward on this map?

12               COMMISSIONER ORTON::  Well, I do also want to

13   say I think, I hope we all recognize, at least I think

14   many of the -- many, many, many of the comments that we

15   heard, while they were saying that it was a VRA issue,

16   it's a partisan issue.  They have an agenda, and we need

17   to be able to spot that and weed that out and not fall for

18   that.

19               MR. ADELSON:  And I think to that point, I

20   think that's a really excellent way to look at it.  I also

21   have to say that the comments like that are in no way

22   unique to this commission or Michigan.  That there have

23   and continue to be many situations around the country

24   where minority voters are packed into a district to -- as

25   a result of a working arrangement within the two major

1  political parties.  That's been true for a long time.  And

2  I've seen that for a long time.  And that has often

3  resulted in packed districts.

4  And to your point, Commissioner, I think

5  that the being able to separate that out and realize

6  where these organized interests are coming from.  I think

7  that's very important.

8  I want to make one quick comment.  I know

9  Commissioner Curry has her hand up.

10  FEMALE SPEAKER:  Yeah, Commissioner Curry has

11  her hand up.

12  MR. ADELSON: One of the -- under the Thornburg

13  versus Gingles Supreme Court decision, in order to make a

14  case for a Section II vote dilution requirement, you have

15  to show that minority voters vote together; that they

16  support the same candidate; that there's cohesion.  In

17  these multi-candidate fields, there really isn't cohesion

18  because there's support for various candidates.

19  What's also interesting, in the 2018 primary

20  election, remember El-Sayed, Thanedar and Whitmer. I spoke

21  to Dr. Handley about that to see if that might shed some

22  light on black voter behavior.  She said what it does, it

23  shows that there's no cohesion; that black voters

24  supported in varying degrees all three candidates.  So

25  that means that that election is a valuable one.  It has

MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION     Job 27452
TRANSCRIPTION, AUDIO 10/27/2021                                             24

1          been very useful in helping us kind of figure out

2          Arab-American preferences.  But the only thing it tells us

3          about black voter preferences is there's no cohesion;

4          that they support each candidate in varying numbers, not

5          necessarily reaching a majority.

6                    So that's really important, too, that with these

7          multi-candidate fields like this 2018 primary, if the

8          largest minority group is not supporting the same

9          candidate, they're not voting together cohesively, that's

10         one of the factors for Gingles.  If you can't show that,

11         then you cannot prove Section II discrimination.

12                         FEMALE SPEAKER:  Commissioner Curry.

13                         COMMISSIONER CURRY:  Yes.  I want to comment

14         that I'm tired of looking at this screen.  Is there any

15         way possible -- I can feel more like I'm there with you

16         guys if I could see more faces, because all I'm looking at

17         is a screen.

18                         FEMALE SPEAKER:  Hi, Juanita.

19                         COMMISSIONER CURRY:  I mean, it's strange

20          being out here trying to keep my concentration just

21         looking at Michigan Independent Citizens Redistricting

22         Commission screen.

23                         FEMALE SPEAKER:  Commissioner Lett or Sarah,

24         is there a way that she can fix that?  Can she --

25                         COMMISSIONER CURRY:  Yeah, we usually do it

1    when we're at the -- when we're in sessions when I was

2    there.

3                    FEMALE SPEAKER:  Yeah, you should be able to

4    go to the upper right corner and it should give you a

5    drop-down up at that -- there's like a little toggle and

6    it'll say like change view and you can do like gallery,

7    side-by-side.  I'm trying to do this from memory.  Yeah.

8    Speaker.  Yeah, you want to do gallery probably or

9    speaker.

10                   COMMISSIONER CURRY:  I see everybody.

11                   FEMALE SPEAKER:  Can you see that little -- in

12   the upper right-hand corner --

13                   COMMISSIONER CURRY:  I got the upper, yeah,

14   but it's still not giving me anything.  In fact, now it's

15   all gone.

16                   FEMALE SPEAKER:  No, you should have the

17   option for like speaker, side-by-side, gallery and you

18   probably want like gallery.

19                   COMMISSIONER CURRY:  Okay.  It's just been

20   removed, so I'm going to leave it alone.

21                   FEMALE SPEAKER:  Okay.

22                   MALE SPEAKER:  Sorry, Juanita.

23                   FEMALE SPEAKER:  Sorry, Juanita.

24                   COMMISSIONER CURRY:  I'm going -- good night.

25                   FEMALE SPEAKER:  Good night.  Don't go yet.

1              MALE SPEAKER:  Don't go yet.  Don't go yet.

2              COMMISSIONER CURRY:  I can't see anything, so

3       why stay?

4              MALE SPEAKER:  Because you can hear.

5              FEMALE SPEAKER:  Because you can hear us.

6              COMMISSIONER CURRY:  No.  You all need to fix

7       this thing right.  I want to hear and see so I can have

8       some kind of --

9              FEMALE SPEAKER:  Juanita, unfortunately, we

10      can't fix it for you.  You're going to have to change your

11      settings on your computer.

12             COMMISSIONER CURRY:  I just did.

13             FEMALE SPEAKER:  There should be an option on

14      there to change it to gallery view and then you'll be able

15      to see everyone.

16             COMMISSIONER CURRY:  I had gallery and it only

17      showed myself bigger.  Okay.  I'm not seeing any faces.  I

18      want -- that's okay.  You all are not getting what I'm

19      trying to say.

20             FEMALE SPEAKER:  No, we know what you're

21      saying.  I just don't know how to fix it for you.

22             COMMISSIONER CURRY:  I think you would have to

23      do it there.  I can't do it.  I see my -- it's changed

24      somewhat, but Mike Brady is not showing.  Rhonda Lange is

25      not showing.  Erin Wagner is not showing.  Then I still

1    have a commission with a screen.  That's better.  Thank

2    you.  Somebody know how to do something.

3              FEMALE SPEAKER:  All right.  Commissioner

4    Clark and then Commissioner Lett, sorry.

5              COMMISSIONER CLARK:  Okay.  Bruce, I agree

6    with everything you said about Flint.  As I reflected back

7    on that, when I was driving home last night.  I agree.

8    But Detroit's different.  And so your comments were -- it

9    appears to be a neighborhood issue and they want to have

10   the neighborhoods consolidated.  So we can do that and

11   make minor modifications to the districts we've done.  But

12   that, to me, doesn't fix the problem they were complaining

13   about.  The problem they were complaining about was, in my

14   mind, was that the districts didn't give them the

15   opportunity to elect.  And so changing just the

16   neighborhoods is not going to change that problem.

17        So the way to change that would be to make the

18   districts -- compress them so that more of the blacks are

19   in Detroit.  But then you end up with the comment that

20   Anthony was talking about, are we packing?  So how do we

21   resolve something like that?

22              FEMALE SPEAKER:  Commissioner -- once you

23   answer, then Commissioner Lett and then Commissioner

24   Eid.

25              MR. ADELSON:  I think that's a great question

1    and I think that the -- and you're right that a lot of the

2    comments were, we can't elect.  Of course, we don't agree

3    with that.  And you have analysis that supports our

4    conclusion and our advice.  They don't have that.  So the

5    level of VAP that is needed, I think Dr. Handley

6    established that.

7        Now, I think that what's also true, whether it's the

8    reunification of Hamtramck in one district, I can't tell

9    offhand whether that -- how that changes from a

10   population standpoint.  But, in a sense, you know, I agree

11   with you that we're not talking about vast changes.  We're

12   not suggesting vast changes to these districts.  My

13   recollection is that there are neighborhoods that were --

14   whether they were -- I don't want to say split between

15   counties, but that were split that just like the

16   commission addressed the Lakeside districts and there have

17   been a lot of comments about Ottawa County, Midland and a

18   lot of other issues, too, that these are comments from the

19    black community in Detroit, that if you look at the

20   historic nature of Detroit which also -- the neighborhoods

21   in Detroit, I think that our suggestion would be that

22   that's something to evaluate and something to look at

23   further.

24        And remember, too, that with the mantras, in a way,

25    in evaluating this.  The Voting Rights Act is about

 1          opportunity or ability to elect candidates of choice, not

 2          candidates of a certain race and not guaranteeing that any

 3          one person or one race wins.

 4                So that the process now, at the end, is a

 5          challenging one in the sense that you're filtering a lot

 6          more information than you were three weeks ago.  A lot of

 7          that information is, at best, misleading.  And to

 8          Commissioner Orton's point, a lot of it has a specific

 9          agenda where the people behind these agendas want a

10          specific, relatively high black voting age population.

11          We're not talking about that.

12                And I think that -- let's also be, you know, going

13          back to what I had said before; that if you create

14          districts or adjust districts so that they wind up having

15          50.1 percent, 51, 52 percent BVAP, we're not packing

16          because that issue is not addressing a Voting Rights Act

17          issue that your lawyers are advising you about.

18                Whether or not people in the community think it's a

19          VRA issue is a different consideration.  That bringing

20          these, looking at these communities as the commission has

21          been so responsive to, like with the Lakeside districts,

22          I think that that's an important consideration.

23                What's also important, too, remember these last

24          eight days.  Are people going to look at this, this will

25          be the focus of litigation, the focus of testimony and the

1    focus of depositions.  It's really important, your

2    attorneys believe, that you show now an additional effort

3    to address the recent concerns without packing, without

4    making population choices at random, but you show that we

5    are addressing the concerns of the black community in

6    Detroit.  We're addressing the concerns of the black

7    community in Flint.  We're not doing it by creating 70

8    percent BVAP districts.

9         But we are looking at these, we're taking them

10   seriously and you put on the record, show that you're

11   doing that.  Showing a court that this is what we did,

12   that's what we did in Arizona, and there were a lot of

13   concerns about oh, you know, you made this decision and

14   that decision.  As you know, we backed up every decision

15   we made.  We explained everything.

16        Being able to say, look at the changes that we made,

17   look at the adjustments that were considered and approved

18   that address these community-based neighborhood concerns,

19   we think that's a very important place for the commission

20   to be at this late stage because that kind of offsets

21   significantly whatever comments, whatever issues came up

22   previously, because it shows well, what did you do?  What

23   did you discuss?  What decisions were made in the last

24   eight days?

25        We see that as being a potentially tremendous

1    benefit that takes away a potential avenue of litigation

2    and gives you a substantial record to run on, in a sense,

3    to show this is what we addressed, this is how we did it

4    and we didn't do it by packing people.  We didn't do it by

5    just randomly coming up with numbers, and we didn't do it

6    because we thought that there was vote dilution and

7    discrimination of the Voting Rights Act.

8                    MALE SPEAKER:  So with our spoke concept in

9    Detroit, do you think we're on the right track?

10                   MR. ADELSON:  Well, I think that -- and that's

11   something that, you know -- I'm glad that you mentioned

12   that because that's something that we really wanted to

13   stress and that this is a good time to do that.

14        Michigan, and this is part of the reason -- well,

15   let me back up for a minute.  The memorandum on

16   discrimination, history of discrimination, is important,

17   because if this were a Section II case under the Voting

18   Rights Act, the court would consider that.  So we thought

19   that it's important for the commission to know if there is

20   any type of Voting Rights Act litigation, that's exactly

21   what people are going to be looking at.  That's what an

22   expert will be hired to do.  There will be a paper like

23   that.  So your being able to see now what may happen in

24   the future is important to know.

25        And in referencing that, Michigan, as you know, has

1      been a state since 1837.  Legislative maps, until now,

2      were drawn either by courts or by the legislature,

3      whether it was in 1898 or 2000.  So you talk about the

4      spoke system.  You spent a lot of time and hard work

5      unpacking the city that, frankly, has been packed for

6      decades, partly because of that arrangement we talked

7      about between the political parties.  That took a lot of

8      work and we applaud that.  We think that definitely is the

9      right track.  It expands minority vote opportunities.  It

10     expands opportunities for the black community in Detroit

11     to expand its influence.  So yes, that is definitely the

12     right way to go.  We are not, in any way suggesting, nor

13     will we, that you pull back and go south of Eight Mile and

14     stay there.  We are not saying that at all.  Your

15     unpacking work was significant.  Never happened in the

16     almost 200-year history of this state.

17          And what you're doing -- and I want to --

18                FEMALE SPEAKER:  We have three people who have

19     hands up.

20                MR. ADELSON:  Oh, I'm sorry.

21                FEMALE SPEAKER:  Commissioner Lett,

22     Commissioner Eid and then Commissioner Lange.

23     Commissioner Lett, go ahead.

24                COMMISSIONER LETT:  I agree with Bruce's

25     analysis for the primary reason that I've been listening

1    to what he's been saying, obviously, and I've been

2    listening to what the civil rights director, who is an

3    attorney, has to say.  And so I was somewhat concerned --

4    what he's saying is that if you have a majority-minority

5    district and you have to keep a majority-minority district

6    and Bruce is saying no, you don't.  Then, who is right and

7    have -- Johnson is his name.  Is it correct saying that

8    you have to keep as many majority-minority districts as

9    you started with under Section II, I said, well, why not I

10   go and look in Section II and see what it has to say.

11   So I've done that a couple times and I did it once today

12   as we're locked down, providing ourselves with security --

13   ha, ha, ha.  There is nothing, I'll repeat that, there is

14   nothing in the statute that talks about a percentage.

15   There is nothing in the statute that talks about a

16   majority-minority district or a minority-majority

17   district.  It's not even mentioned in the statute.

18          So when he comes on in front of us and says that, as

19   Julieann has stated, it's absolutely wrong.  It's two

20   paragraphs.  I'd be happy to show it to you.

21          Secondly, Virginia, great state of Virginia tried

22   this.  They came out in a case -- the recent case.  It's

23   the -- give me the name.  It's after Gingles.  It's a very

24   recent case and it says -- well, you have to have -- they

25   decided well, we have to have a majority-minority

1       district, because I think they were under VRA and so they

2       went 50.something.  And the Supreme Court says no, you did

3       that just because you were putting that 50+ percent race

4       in to make that majority-minority district.  You only did

5       it because of race.  That is against the case law.  And

6       that is where the VRA and Section II is analyzed is in the

7       case law, not in the statute.

8            So the other thing is, the case law and the statute

9       and the case law interpretation is, it's results oriented.

10      It's not intent.  So what that means is if we make a

11      district -- I'll pick 55 percent as the number and we make

12      a 55 percent district, that's pretty blatant on its face

13      that the result that we've achieved is that it's a

14      majority-minority district and it's assumed, presumed then

15      that you did it because of race and then the burden shifts

16      back to you, us, to prove we didn't do that.

17           Finally, in respect to Commissioner Eid's how are we

18      supposed to protect ourselves, if you didn't read

19      Edward's clip from 10/25/21 in which Mark Grebner was

20      interviewed, you should.  Number one, I like it because

21      it's exactly what I believe.  And he is the person -- I've

22      known of him, he's not a personal friend, but he has been

23      a political operative in Ingham County forever and he runs

24      a political consulting firm.  And if you want to know who

25      voted for whom, when, go ask him, he'll tell you.  He says

1    communities of interest was created as a nebulous criteria

2    that the Redistricting Commission could use later as

3    cover for whatever map it draws.  Communities of interest

4    is a will-o-the-wisp.  It's a wreath of smoke.  It can be

5    whatever is necessary.  The crucial thing is, who decides

6    what a community of interest is that gets preserved?  The

7    answer, the commission does.  Who gets to review that?

8    Frankly, nobody does.  It's up to them.  Was it originally

9    intended?  Yes.  It was built-in.  It's nailing Jell-O to

10    the wall.

11         Now, you can think that that's being rather over the

12    top, but as a lot of people that have heard me talk,

13    that's exactly what I believe.  Who decides what a

14    community of interest is?  Doug asked that question right

15    upfront, first meeting maybe, second meeting.  Who

16    defines community of interest, and my statement was, the

17    community of interest defines if it's a community of

18    interest.  But that's what we can use now to justify what

19    we're doing.  And it's in the amendment.  They put it in

20    there for us.  So let's use what we got.

21         And I know that M.C. really likes communities of

22    interest.

23              FEMALE SPEAKER:  We know that.

24              COMMISSIONER LETT:  He really likes them.

25              FEMALE SPEAKER:  He loves them.

1       COMMISSIONER LETT:  So when we have a problem,

2   M.C., look at your notes and tell us what the community of

3   interest is.

4       But I mean, that's how we're going to do it.

5   Population, they got to be contiguous, and then do what's

6   best for the state.  I agree with the people that out

7   there said, do what's best for the state.  And here's what

8   we have to do in order to do that.  And here's how we have

9   to provide ourselves with cover.  We can do it.  Tomorrow.

10      FEMALE SPEAKER:  Tomorrow.

11      FEMALE SPEAKER:  So I have one follow-up

12  question and this is a yes or no question/answer, please.

13  Does the Michigan Department of Civil Rights typically

14  enforce the Federal Voting Rights Act?

15      MR. ADELSON:  No.

16      FEMALE SPEAKER:  No, okay.  And that was my --

17  no disrespect to Mr. Johnson, but I'm like, why is the

18  Michigan Department of Civil Rights weighing in on the

19  Voting Rights Act?  That's not their jurisdiction.  That's

20  the Department of Justice.  Okay.

21      FEMALE SPEAKER:  Political, yeah.

22  Commissioner Eid and then Commissioner Lange and then

23  Commissioner Kellom.

24      COMMISSIONER EID:  Well, I agree with

25  everything Steve just said.  I mean, you can't really

1   argue with facts like that.  I also reflected on the

2   Detroit hearing and being someone who lives there, has

3   lived in the city for ten years, yeah, they were just

4   wrong.  Like I hate to say it, but I mean, we have

5   analysis.  Fact-based analysis that shows that, you know,

6   their comments were not backed by anything other than

7   their feelings, which are very warranted as they have had

8   a long history of oppression.  But as far as the maps that

9   we drew, you know, I was very uncomfortable with them at

10  first.  I said it in a public hearing that oh, you know, I

11  don't know about this.  But, I went back to the analysis

12  and tried to poke holes in the analysis, I really did.

13  But, I mean, I couldn't.  It was a well-done analysis.  I

14  wanted to ask our lawyers, do you think there's anything

15  in that analysis that could be called into question?

16              MS. PASTULA  You mean Dr. Handley's

17  analysis?

18              COMMISSIONER EID:  Yeah.

19              MS. PASTULA:  I think we've always been

20  consistent.  Even before the commission had Dr. Handley

21  and Mr. Adelson, the commission has consistently said that

22  the data's going to drive the number of majority-minority

23  districts.  Remember, we were getting a lot of pressure

24  very early on.  How many are there?  Is there going to be

25  two?  Is there going to be more?  Is there going to be

1       one?  Is there going to be zero?  And the answer always

2       was, that until the data is taken and analyzed, that is

3       unknown.  And so what the commission has is it has the

4       data, it has the analysis and it has the ability to make

5       decisions based on that analysis.  And I think the key --

6       again, we've always been consistent not only with the

7       Section II stuff, but with the case law.  What does the

8       case law say?  The case law says the 50 plus one percent

9       is garbage.  The case law says retrogression is garbage.

10      And you have advocacy people -- and I respect their

11      passion, I respect their lived experience, but what

12      they're doing is advocating for the commission not to

13      follow the law.  And it's our job, as unpopular as it is,

14      to try to keep you on track with the law and advise you as

15      best we can.  So no, I think you have exactly the data you

16      need to make the decisions, the difficult decisions that

17      the commission needs to make and I think you have a wealth

18      of other data to make other decisions on other criteria

19      that we're not talking about in this session that can

20      support those decisions as well.  I think the commission

21      should feel secure in its data and what it has available

22      and that you have resources to discuss those with from

23      this point moving forward.  But, we've always been

24      consistent and we will always be consistent in that

25      advice.

1          FEMALE SPEAKER:  Commissioner Kellom.

2          Oh, Commissioner Lange.  I'm so sorry.

3          COMMISSIONER LANGE:  Pass.

4          FEMALE SPEAKER:  Pass, okay.  Commissioner

5     Kellom.

6          MR. ADELSON:  Well, I just wanted to follow up

7     briefly on what my colleague said.  I agree.  And I'm

8     sorry, that's two words, I want to be as succinct as

9     possible as I know Commissioner Kellom has a comment, but

10    I agree with what Julieann --

11         COMMISSIONER KELLOM:  I don't know if it's

12    like a comment or -- well, yeah, it is a comment.  I'm

13    getting a little uncomfortable because it sounds like

14    we're being empowered to not change what we've done, and I

15    think we would be doing a disservice.  I've lived in

16    Detroit all my years and I understand, I saw the

17    politicians that got up and spoke and I knew who they were

18    and I know why they were saying that, but the undertone

19    that I know to be true is that in some areas, if we don't

20    change and if we are going to be acquiesce in our position

21    that, you know, we've done such a great job and analysis

22    says that, I think we're going to miss listening to the

23    citizens in Detroit, and that really scares me.  Because I

24    see a bunch of nodding heads.  I see us almost taking on

25    the position of what politicians have done in saying oh,

1    we did a good job and we're not going to change it.  And

2    there are certain people there -- we all know that

3    candidate of choice means electing candidates that look

4    like them.  Like, let's be clear.

5         So on one hand, there are people there that want

6    their friends to win, et cetera.  But on the other hand, I

7    can't ignore the people that are talking about how

8    Southfield is ripped up, and that is true.  How Palmer

9    Park is ripped up, and that is true.  And these are areas

10   in which my mother and grandparents still live and that I

11   frequent.  So it's like, Anthony, I respect what you're

12   saying, but the Detroit area is jacked up and we need to

13   change  it.  And I don't want us to sit here and start

14   thinking  about ways that we can keep it the same.

15              MS. PASTULA:  And I want to jump in really

16   quick because we're not strategizing or planning or doing

17   a course of action because we're in closed session,

18   what we're doing is we're discussing information and we're

19   covering, again, the substance of Bruce's analysis, and

20   what we're doing is we're distinguishing how what a lot of

21   what you have heard is not supported by the VRA, is not

22   supported by the VRA analysis.  And whether it can be

23   addressed in other ways is a topic for the open session

24   and your deliberation and adjustment work.  But again,

25   it's that really, the substance of a lot of what you were

1     told about the VRA is flat-out incorrect.  It has always

2     been incorrect, and that that really was -- particularly

3     with some of the questions that we were getting, it was

4     really important to have the VRA discussion collectively

5     so that you'd benefit from hearing each other's questions

6     and the fuller answers.  But I just wanted to jump in on

7     that.  Again, because we are in closed session, so we're

8     talking about the contents of the memo, what the VRA does

9     say, what the VRA does not say and how everybody keeps

10    missing the -- not everybody in this room, but how like

11    the public, they're very passionate about what they want

12    without accurately identifying what they want.

13                 COMMISSIONER KELLOM:  Correct.  So what I'm

14    saying is, although they might be using the wrong

15    terminology, I don't want us to ignore what they're

16    actually saying.  So if we know what they're saying, then

17    we need to fix it.  We need to -- okay, yeah, you're

18    using the wrong word -- like you do, you know, a kid or

19    something, but we know that we can go back and change it.

20    So if that's what -- as long as we're all on the same

21    page.  That's all I'm saying.

22                 MR. ADELSON: And I think that to that point, I

23    think that one of the most compelling reasons why we

24    wanted to meet is to address what does the VRA require?

25    What does it not require?  And in moving forward over the

1        next eight days, that there are, particularly in looking

2        at the potential for litigation in the future, that this

3        is your time to create a vibrant, compelling record that

4        addresses many issues.  As Julieann said, we're not having

5        a strategy conversation, but these are things that it's

6        important to distinguish.  This is the time to focus on

7        creating that record, understanding what the VRA says and

8        doesn't say, understanding --

9                          FEMALE SPEAKER:  I see you, Commissioner

10       Curry.

11                         MR. ADELSON:  Understanding how all these

12       interrelationships, how they come together.  And also,

13       as I said, that the point we also wanted to make about

14       Flint.  Most of the comments didn't even address the VRA.

15       They talked about the community, communities of interest

16       and issues that are not VRA issues.  That doesn't mean

17       that they don't have their own compelling rationales which

18       is separate from where we are today.  But that meeting

19       spoke loudly about many issues.  Most of them were not

20       about the Voting Rights Act, and that's an important

21       distinction, as well as creating that record going

22       forward, that will be examined closely in litigation.

23            Yeah, I want to mention one more point that we

24       wanted to really stress, and this is --

25                         FEMALE SPEAKER:  Could we get Commissioner

1      Curry first?

2              Commissioner Curry, go ahead.

3              COMMISSIONER CURRY:  Thank you.  Sorry, Bruce,

4      I lose my train of thought pretty fast, so let me get this

5      in.  I just wanted to say that when it comes to Detroit,

6      the people that spoke out for Detroit, they use different

7      terms as somebody just said.  They may say different

8      things, but the issue is still as important as the water

9      issue, all other issues around the state, those issues are

10     important because people died, people bled, people got

11     hungry for it, people work and strive just as hard as the

12     people that had to change the way they drink water.  And

13     I'm all for people that had to -- what happened in Flint.

14     I mean, yeah, in Flint.  But the same issue, different

15     issues are just as important to people when they come out

16     to tell you -- Detroit just stuck to the -- what is that?

17     The BA -- the BRA codes or whatever.  But it's the same

18     issue, and so we need to fix it up some, because just as

19     we fix up one place, we've got to fix up -- we've got to

20     try and fix up everybody that has those deep concerns,

21     because this is why we're hired.  This is why we're here.

22     And the thing about the VRAs, we got to stick to this or

23     stick to that, I got you, Steve, you told -- that was

24     excellent the way you brought that out.  And even

25     Julieann.  But we've got to look out for Detroit.  I live

1    in Detroit, so definitely, I'm going to speak up.  But

2    we've got to give the people some of what they want,

3    because their issues is just as important as Flint's issue

4    and I love Flint, too.  I know a lot of people in Flint.

5    I know the issues they had.  The lady that did the

6    commercials for the water thing, I kinda grew up with her.

7    So I know the issues.  But our issues here in Detroit,

8    they come from the heart.  They come from sweat.  They

9    come from work, hard work.  And sometimes, hungriness.

10   Sometimes people had to suffer for it.  So let's deal with

11   it, too.

12               MS. PASTULA: So I'm going to give you guys

13   your first warning.  Your first warning.  We're getting --

14   we're Q and A'ing on VRA, Q and A'ing on the memos, Q and

15   A'ing on those types of things.  And I appreciate the

16   fact, again, that how things grow out and how the

17   conversation grows out, that's a natural thing.  So it's

18   certainly expected, but we've got to pull -- are there any

19   other specific questions on the VRA or the memos?  If not,

20   Bruce had one additional point.  But again, we have to be

21   focused on --

22               COMMISSIONER CURRY:  We are focused, Julieann.

23    I'm focused.  I know exactly --

24               MS. PASTULA:  No, I appreciate that,

25   Commissioner Curry.  I certainly apologize for

1  interrupting you, but again, it's not -- we can't do the

2  strategizing session, and I'm sure a lot of your

3  colleagues have their thoughts as well.

4           COMMISSIONER CURRY:  I'm not talking about

5  strategizing as much as being real.

6           MS. PASTULA:  Thank you, Commissioner

7  Curry.  Commissioner Lett and then Commissioner Orton, did

8  you have a comment or you were just -- okay.

9           COMMISSIONER LETT: Just two things to follow

10  up with Commissioner Kellom.  We can change.  Nobody in

11  this room is saying we can't go in and make changes.  The

12  only thing that we are saying is, when we make those

13  changes, we need to be cognizant of the VRA and how we're

14  going to do that.

15           COMMISSIONER KELLOM:  Just making sure.

16           COMMISSIONER LETT:  And we're going to do

17  it -- I'm assuming we're going to do it in Detroit.  We're

18  going to do it in Flint.  We're going to do it in Grand

19  Rapids, Ottawa, you name it.  Second point, forget about

20  litigation when we get into these maps.  Don't sit there

21  and think well, I got to make this change, but am I going

22  to get sued?  You're going to get sued, so forget it.

23  You're going to get sued, so forget that.  Let's just do

24  the best job we can with the advice that we're getting.

25           MALE SPEAKER:  Okay, thank you.

1      MS. PASTULA:  Again, the purpose of the

2      closed session was, what is the VRA, what is not the VRA.

3      And you guys are on -- you guys were on the right track

4      and you're staying on the right track.  You have the

5      advice, you have the data, you have all the tools you need

6      and you have the resources that you can tap into.  Again,

7      I would strongly advise you to listen to your lawyers, not

8      other people's lawyers.

9      FEMALE SPEAKER:  And I just want to say,

10     remember the wording.  This can all fall under communities

11     of interest.

12     FEMALE SPEAKER:  Right.

13     MALE SPEAKER:  (Inaudible).

14     FEMALE SPEAKER:  Absolutely.

15     FEMALE SPEAKER:  M.C.

16     COMMISSIONER ROTHHORN:  So two thoughts in my

17     mind.  One, we were in open session, we did talk about

18     voting or voter turnout and do we need data for voter

19     turnout at all.  And the second question was related to --

20     should I not say anything about that?

21     FEMALE SPEAKER:  Yeah, we can't -- that's --

22     FEMALE SPEAKER:  We can address those in open

23     session.

24     COMMISSIONER ROTHHORN:  I wasn't sure if it

25     was related to VRA.  The second question is also, is it

1    related.  We've asked for Lisa to give us additional

2    analysis.  Is it related to VRA?  And is there any reason

3    to think that we need to wait for that analysis or

4    something like that.  Do I even remember correctly?

5                    MR. ADELSON:  As you know, and as I mentioned

6    earlier, Dr. Handley is doing additional analysis.  We

7    will get an update as quickly as possible.  That's

8    something that will be discussed in open session.  It is a

9    Voting Rights Act related -- it's related analysis.  And

10   as she continues to perform her analysis, we'll have a

11   greater understanding of where she is and when she will

12   be -- when the analysis will be completed.  That is a VRA

13   analysis.

14           I wanted to -- in closing, I wanted to mention one

15   issue that's connected with both memos, particularly --

16   well, not particularly.  It's connected to both memos.

17   The Voting Rights Act, as I had said earlier, as you know,

18   was passed in 1965 in response to the march in Selma, the

19   march to Montgomery, Alabama, the injuries that occurred

20   that day, the violence was on national television, got a

21   lot of attention and really was seen as a galvanizing

22   moment in American history.  This law is about, as I said

23   earlier, the opportunity and ability to elect, regardless

24   of race, color or membership in a language minority group.

25   That's enshrined in the Voting Rights Act.  It's also

1      enshrined in the 14th Amendment to the U.S. Constitution

2      which is related to the Voting Rights Act.

3            And the last point I wanted to make, along with the

4      opportunity and ability to elect, and in looking at the

5      next eight days and, frankly, your legacy certainly from

6      my standpoint; you have the opportunity to create more

7      opportunities than have been created in the 200 years of

8      Michigan history.  More opportunities to elect, abilities

9      to elect.  And again, no guarantees, no requirement that

10     a certain person of a certain race must be guaranteed

11     success.  That's not what the Voting Rights Act says.

12           But in thinking about the memos, as I was writing

13     both of them, one of the issues that came up to me was

14     legacy.  Because we really are at the legacy stage in a

15     sense that, to me, being able to say and do that, to

16     create the opportunities and abilities to elect that the

17     Voting Rights Act was intended for, speaks to, is

18     significant.  And we don't always get to do that, but

19     that's something that I wanted to convey and that's based

20     on my work enforcing the VRA for the United States and

21      also the work that I've done since then.  That's an

22     incredibly powerful opportunity.  That's what the Voting

23     Rights Act says.  That's our opinion.  That's our advice

24     and that will be our advice going forward.  Thank you.

25                 FEMALE SPEAKER:  Commissioner Eid and then

MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION          Job 27452
TRANSCRIPTION, AUDIO 10/27/2021                                              49

1          Commissioner Orton.

2                     COMMISSIONER EID:  Just one more quick thing,

3          kind of a different topic.  We also heard comments from

4          Dearborn as it regards to VRA and Arab-Americans.  I think

5          we've done a pretty good data-driven process looking at

6          that, but do you guys have anything more for us in that

7          regard?

8                     MR. ADELSON:  Well, that's also a great point

9          that I want to address and I think, Commissioner, you had

10         asked us a while ago and I saw a couple of misstatements

11         about this in the public sphere.  The Voting Rights Act

12         does protect Arab-Americans.  The Voting Rights Act

13         protects people based on race, color, national origin.

14               As you know, there was -- the United States sued the

15         City of Hamtramck about 20 years ago for discrimination

16         against Arab-Americans.  The United States and the consent

17         decree signed by a federal judge claimed -- not claimed,

18         stated that there were violations of the Voting Rights Act

19         against Arab-Americans based on race and color.

20               So to be clear, the Voting Rights Act does apply to

21         Arab-Americans.  They are a protected category under the

22         statute.  I did see a couple comments over the last couple

23         of days, I think there was one from Flint actually, or

24         maybe while we were in Flint, that said to the contrary.

25         That is incorrect.  The Arab-Americans are protected under

1         the Voting Rights Act.

2                      FEMALE SPEAKER:  Commissioner Orton.

3                      COMMISSIONER ORTON:  So I just have a comment.

4          I just wanted to remind us all that -- so we need to do

5          this work.  It was set up so that we hear from citizens,

6          but I think at this point, we need to kind of shut out all

7          of the criticisms that are coming and all the pressure,

8          because these are all motivated, and we need to do our

9          work using the VRA and communities of interest.

10                     FEMALE SPEAKER:  And I would just like to

11         remind everybody that we are running out of daylight.

12                     FEMALE SPEAKER:  Go ahead, Commissioner Clark.

13                     COMMISSIONER CLARK:  Yeah.  And to add on to

14         what Cynthia just mentioned --

15                     FEMALE SPEAKER:  Is it directly related to the

16         VRA?

17                     COMMISSIONER CLARK:  No.  Anything discussed

18         in this room today should stay in this room.  Period.

19                     MS. PASTULA:  This is a confidential

20         discussion.

21                     COMMISSIONER CLARK:  Not discussed with

22         anybody.

23                     MS. PASTULA:  This is a confidential

24          discussion.  Again, as we started, if you have your

25         Confidentiality Agreements, you can return them to Sue Ann

1    or myself.  It is a confidential discussion unless the

2    court orders it open, that's why we have the recording.

3    That's why we have the basis and we'll move forward.

4                    COMMISSIONER LETT:  I move we adjourn the

5    closed session and go back into open session.

6                    COMMISSIONER WITJES:  Second.  Sorry, second.

7                    CHAIR SZETELA:  Motion by Commissioner Lett,

8    seconded by Commissioner Witjes to conclude the closed

9    session.

10                    FEMALE SPEAKER:  Before the vote, Madam Chair,

11    I just want to indicate to everyone joining remotely.

12    What this means, after the vote to adjourn if it passes,

13    you will leave this Zoom meeting and re-join the Zoom

14    webinar.  So the meeting that we were on right before

15    this.  You can use the same link and you will be able to

16    join that one again.  Thank you.

17                    CHAIR:  All right.  All in favor of adjourning

18    the closed session, raise your hand and say aye.

19                    MULTIPLE SPEAKERS:  Aye.

20                    CHAIR:  All opposed, raise your hand and say

21    nay.  I can't see them.

22                    MALE SPEAKER:  Juanita raised her hand.  I

23    didn't hear from Erin and Rhonda.

24                    CHAIR:  Erin and Rhonda, could you verbally

25    indicate your vote?

1           COMMISSIONER LANGE:  Aye.

2           COMMISSIONER WAGNER:  Aye.

3           CHAIR:  All right.  The ayes prevail.  It's

4    unanimous, the closed session is adjourned at 5:19.

1

2

3                         CERTIFICATE OF NOTARY

4     STATE OF MICHIGAN      )

5                           ) SS

6     COUNTY OF MACOMB       )

7

8          I, CAROLYN GRITTINI, certify that this recording was

9     transcribed by me on the date hereinbefore set forth; that the

10    foregoing recording was recorded by me stenographically and

11    reduced to computer transcription; that this is a true, full and

12    correct transcript of my stenographic notes so taken; and that I

13    am not related to, nor of counsel to, either party nor

14    interested in the event of this cause.

15

16

17

18                    *Carolyn Grittini*

19

20                         CAROLYN GRITTINI, CSR-3381

21                         Notary Public,

22                         Macomb County, Michigan.

23         My Commission expires: July 15, 2029

24

25

**1**

**1** 4:15

**10/25/21** 34:19

**13G** 4:13

**14th** 4:8 48:1

**15.243** 4:14

**15.268H** 4:3

**1837** 32:1

**1898** 32:3

**1965** 47:18

**2**

**20** 16:20 49:15

**200** 48:7

**200-year** 32:16

**2000** 32:3

**2018** 8:25 23:19 24:7

**2021** 2:1 4:8

**21** 4:10

**26th** 4:9

**27** 2:1

**27th** 4:4

**2nd** 6:21

**4**

**40** 18:3,10,13

**41** 18:11

**42** 18:10

**43** 18:6,10

**47** 18:10

**48.9** 17:8

**4:05** 2:2,6 4:6

**5**

**50** 9:14 18:6 21:1 38:8

**50+** 34:3

**50.1** 19:20 20:12 29:15

**50.something** 34:2

**51** 29:15

**52** 29:15

**54** 19:24

**55** 7:8 34:11,12

**58** 7:8,23

**59** 20:12

**5:19** 52:4

**6**

**60** 7:23

**7**

**70** 30:7

**8**

**8H** 4:2

**9**

**90** 11:6

**A**

**A'ING** 44:14,15

**abide** 7:20

**abilities** 48:8,16

**ability** 5:22 10:7,11 17:14 29:1
38:4 47:23 48:4

**able** 17:17 22:17 23:5 25:3
26:14 30:16 31:23 48:15 51:15

**about** 5:3,5,7,14 6:14 7:6,15,
16 8:1,5,18 9:2,20,21 10:25
11:4,16,20,24,25 12:3,11 13:9,
18,19 14:4,13 15:3,14 16:2,3,
12,25 17:1 18:14,16,20 19:2,6,
10,11 20:22 21:1,12,19,24,25
22:9 23:21 24:3 27:6,13,20
28:11,17,25 29:11,17 30:13
32:3,7 33:14,15 37:11 38:19

40:7,14 41:1,8,11 42:13,15,19,
20 43:22 45:4,19 46:17,20
47:22 48:12 49:11,15

**absolutely** 33:19 46:14

**accomplishing** 15:9

**accordance** 4:2

**accurately** 41:12

**achieve** 9:14 10:10

**achieved** 34:13

**acquiesce** 39:20

**Act** 4:3,7,12,14,23 5:15,17,21
6:24 8:5 9:8,19 10:5,22 15:21,
22 16:3,4,13,18 17:1,13 18:14
19:8 20:4 28:25 29:16 31:7,18,
20 36:14,19 42:20 47:9,17,25
48:2,11,17,23 49:11,12,18,20
50:1

**action** 40:17

**active** 8:15,19,21 22:3

**actively** 7:16,25

**Acts** 7:12

**actually** 5:15 6:15 14:24 18:7
41:16 49:23

**add** 17:21 50:13

**adding** 12:4

**addition** 7:13

**additional** 6:18 19:12 30:2
44:20 47:1,6

**additionally** 4:21

**address** 10:18 15:18 16:21
30:3,18 41:24 42:14 46:22
49:9

**addressed** 19:1 28:16 31:3
40:23

**addresses** 42:4

**addressing** 14:14 29:16 30:5,
6

**Adelson** 3:22 5:9 8:10,14,23
15:17 18:17 20:6,15 21:14
22:19 23:12 27:25 31:10 32:20
36:15 37:21 39:6 41:22 42:11
47:5 49:8

**adjourn** 51:4,12

**adjourned** 52:4

**adjourning** 51:17

**adjust** 19:19 29:14

**adjustment** 40:24

**adjustments** 30:17

**adoption** 4:4

**advice** 4:11 5:14 6:14 28:4 38:25 45:24 46:5 48:23,24

**advise** 14:6 38:14 46:7

**advised** 10:2

**advising** 29:17

**advocacy** 20:19 21:5,6 38:10

**advocating** 38:12

**AFL-CIO** 10:20

**after** 13:2 33:23 51:12

**again** 3:25 5:5 19:22 21:5 22:5 38:6 40:19,24 41:7 44:16,20 45:1 46:1,6 48:9 50:24 51:16

**against** 34:5 49:16,19

**age** 7:2 29:10

**agenda** 22:16 29:9

**agendas** 29:9

**ago** 7:14,15,18 29:6 49:10,15

**agree** 9:17 15:25 27:5,7 28:2, 10 32:24 36:6,24 39:7,10

**agreement** 4:20

**Agreements** 50:25

**ahead** 32:23 43:2 50:12

**aiming** 18:3

**air** 20:21

**Alabama** 47:19

**almost** 32:16 39:24

**alone** 25:20

**along** 10:14 48:3

**also** 7:1 8:4,21 9:3,18 13:5 20:8 22:12,20 23:19 28:7,20 29:12,23 37:1 42:12,13 46:25 47:25 48:21 49:3,8

**although** 9:17 21:3 41:14

**always** 37:19 38:1,6,23,24 41:1 48:18

**am** 45:21

**amendment** 35:19 48:1

**American** 47:22

**ammunition** 12:15

**among** 10:12 17:9

**amount** 5:19

**analyses** 10:17

**analysis** 6:10,22,23 7:9 8:2,8, 16,17,19,20 10:8,9 11:12 15:23 16:14 17:7 18:19 19:6, 11,13,17 21:10 28:3 32:25 37:5,11,12,13,15,17 38:4,5 39:21 40:19,22 47:2,3,6,9,10, 12,13

**analyzed** 9:15 34:6 38:2

**Ann** 4:20 50:25

**another** 7:22 8:1

**answer** 5:14 27:23 35:7 38:1

**answers** 7:21 41:6

**Anthony** 2:18 27:20 40:11

**any** 5:3,18 6:2,3 10:6 14:9 18:11 19:5 22:8 24:14 26:17 29:2 31:20 32:12 44:18 47:2

**anybody** 50:22

**anymore** 20:21

**anyone** 22:6

**anything** 21:20 22:9 25:14 26:2 37:6,14 46:20 49:6 50:17

**apologize** 44:25

**appears** 27:9

**applaud** 32:8

**apply** 49:20

**appreciate** 44:15,24

**approved** 13:2 30:17

**Arab-american** 24:2

**Arab-americans** 49:4,12,16, 19,21,25

**arbitrary** 7:10,22 20:1

**area** 13:12 20:2 40:12

**areas** 15:2,24 39:19 40:9

**aren't** 18:11

**argue** 37:1

**Arizona** 12:24 30:12

**arm** 20:20

**around** 22:23 43:9

**arrangement** 22:25 32:6

**Asian** 11:9

**ask** 6:18 34:25 37:14

**asked** 19:7 35:14 47:1 49:10

**asking** 15:14

**aspects** 15:6

**assigning** 7:5

**assumed** 34:14

**assuming** 45:17

**assumption** 11:8

**attending** 2:10,12,16,23 3:12

**attention** 47:21

**attorney** 33:3

**attorney-client** 3:21 4:10

**attorneys** 5:7 30:2

**available** 9:18 38:21

**avenue** 31:1

**away** 31:1

**aye** 51:18,19 52:1,2

**ayes** 52:3

**B**

**BA** 43:17

**back** 6:5 15:6,21 19:6 21:21 27:6 29:13 31:15 32:13 34:16 37:11 41:19 51:5

**backed** 30:14 37:6

**balloons** 13:8

**based** 4:23 5:24 11:12 13:1,24 16:13 17:17 20:18 38:5 48:19 49:13,19

**baseless** 11:19

**basing** 19:17

**basis** 4:23 7:9 51:3

**beam** 12:20

**because** 7:5 14:1 16:2,13 17:2 18:18,20 19:4,20,25 21:2 23:18 24:16 26:4,5 29:16 30:20,22 31:6,12,17 32:6 34:1, 3,5,15,20 39:13,23 40:16,17 41:7 43:10,18,21 44:3 48:14 50:8

**become** 6:11

**been** 6:4,8 7:16 8:1 9:1 10:12, 16,25 11:15 13:13 15:13,19,20 16:13 23:1 24:1 25:19 28:17 29:21 32:1,5,25 33:1 34:22 37:19 38:6,23 41:2 48:7

**before** 12:24 13:4 15:17 29:13 37:20 51:10,14

**beg** 12:3

**behavior** 23:22

**behind** 29:9

**being** 4:3,7,14 5:7,12 11:11 14:7 17:7,17 18:22 23:5 24:20 30:16,25 31:23 35:11 37:2 39:14 45:5 48:15

**believe** 30:2 34:21 35:13

**benefit** 31:1 41:5

**best** 14:2,10 29:7 36:6,7 38:15 45:24

**better** 27:1

**between** 5:6 13:22 28:14 32:7

**beyond** 11:10

**bigger** 26:17

**bit** 12:6

**black** 7:8 11:5,10 12:4 15:8 16:9,20 18:25 20:1 23:22,23 24:3 28:19 29:10 30:5,6 32:10

**blacks** 27:18

**blatant** 34:12

**bled** 43:10

**bloc** 6:22,25 10:17

**board** 20:25

**borrow** 12:19

**both** 4:10 11:21 47:15,16 48:13

**BRA** 43:17

**Brady** 26:24

**briefly** 8:4 39:7

**bringing** 29:19

**Brittni** 2:20

**brought** 13:13 43:24

**Bruce** 5:8 14:23 27:5 33:6 43:3 44:20

**Bruce's** 32:24 40:19

**built-in** 35:9

**bunch** 39:24

**burden** 34:15

**BV** 18:19

**BVAP** 18:4 21:9 29:15 30:8

---

**C**

**call** 2:5,10,11

**called** 4:2,4,5 37:15

**came** 11:21 30:21 33:22 48:13

**can** 4:22 9:18 10:1 11:18 12:13 13:8,14 14:13,20 16:15 19:1 24:15,24 25:6,11 26:4,5,7 27:10 35:4,11,18 36:9 38:15, 19 40:14,22 41:19 45:10,24 46:6,10,22 50:25 51:15

**can't** 24:10 26:2,10,23 28:2,8 36:25 40:7 45:1,11 46:21 51:21

**candidate** 6:2,3,5 7:4 9:7,11, 15,24 11:5 23:16 24:4,9 40:3

**candidates** 9:6,12,21,22 11:10 23:18,24 29:1,2 40:3

**cannot** 12:12 24:11

**case** 9:9 23:14 31:17 33:22,24 34:5,7,8,9 38:7,8,9

**cases** 17:2

**categories** 5:23

**category** 49:21

**cease** 5:1

**certain** 10:22 14:25 17:5 20:1 29:2 40:2 48:10

**certainly** 44:18,25 48:5

**cetera** 40:6

**Chair** 2:4 3:19,25 17:21 18:18 51:7,10,17,20,24 52:3

**challenge** 12:10

**challenges** 9:16

**challenging** 29:5

**change** 25:6 26:10,14 27:16, 17 39:14,20 40:1,13 41:19 43:12 45:10,21

**changed** 22:9 26:23

**changes** 13:1 28:9,11,12 30:16 45:11,13

**changing** 27:15

**Charlotte** 3:13

**choice** 6:3,5 7:4 9:15,24 10:4 29:1 40:3

**choices** 30:4

**choose** 21:19

**circumstance** 6:7

**citizens** 2:6 24:21 39:23 50:5

**city** 13:22 17:19 32:5 37:3 49:15

**civil** 11:3 33:2 36:13,18

**claimed** 49:17

**Clark** 2:13,14 27:4,5 50:12,13, 17,21

**clear** 8:22 11:23 19:21 40:4 49:20

**client** 4:11

**clip** 34:19

**closed** 2:5 3:20 4:1,5,16,17, 22,24 5:1,4 40:17 41:7 46:2 51:5,8,18 52:4

**closely** 42:22

**closing** 47:14

**codes** 43:17

**cognizant** 45:13

**cohesion** 21:12 23:16,17,23 24:3

**cohesively** 24:9

**Cohesiveness** 9:9

**colleague** 39:7

**colleagues** 45:3

**collectively** 41:4

**color** 5:24 47:24 49:13,19

**come** 6:17 9:25 12:1 19:5 42:12 43:15 44:8,9

**comes** 18:15 33:18 43:5

**coming** 23:6 31:5 50:7

**comment** 8:4 21:4 23:8 24:13 27:19 39:9,12 45:8 50:3

**commenters** 20:25 21:11

**comments** 12:22 13:11,12, 15,16,17 14:15 15:19 16:7,10, 25 19:1 20:9,11,19 21:25 22:14,21 27:8 28:2,17,18 30:21 37:6 42:14 49:3,22

**commercials** 44:6

**commission** 2:4,6 11:3 12:17 22:22 24:22 27:1 28:16 29:20 30:19 31:19 35:2,7 37:20,21 38:3,12,17,20

**Commissioner** 2:14,16,19, 21,23 3:1,3,5,7,9,12,15,17 14:17,18,20,21,22 15:16,18 21:15,17 22:12 23:4,9,10 24:12,13,19,23,25 25:10,13, 19,24 26:2,6,12,16,22 27:3,4, 5,22,23 29:8 32:21,22,23,24 34:17 35:24 36:1,22,23,24 37:18 39:1,2,3,4,9,11 41:13 42:9,25 43:2,3 44:22,25 45:4, 6,7,9,10,15,16 46:16,24 48:25 49:1,2,9 50:2,3,12,13,17,21 51:4,6,7,8 52:1,2

**commissioners** 2:9 3:18

**commonality** 16:10

**communications** 4:11

**communities** 16:7,16 17:16 21:21 29:20 35:1,3,21 42:15 46:10 50:9

**community** 13:25 14:10,11 16:9,11 18:25 19:3 20:6 21:6, 21 28:19 29:18 30:5,7 32:10 35:6,14,16,17 36:2 42:15

**community-based** 20:15 30:18

**compare** 18:9

**compared** 7:14 17:19

**compelling** 41:23 42:3,17

**complaining** 27:12,13

**completed** 47:12

**completely** 15:8

**compliance** 7:21

**comply** 7:11

**complying** 16:12

**compress** 27:18

**computer** 26:11

**concentration** 24:20

**concept** 31:8

**concern** 14:9

**concerned** 6:11 8:1 10:25 33:3

**concerns** 10:12 11:4 19:4 30:3,5,6,13,18 43:20

**conclude** 51:8

**concluded** 7:3 11:21

**conclusion** 7:2 10:1 11:12 28:4

**confident** 16:6

**confidential** 4:7 50:19,23 51:1

**confidentiality** 4:17,19 50:25

**congressional** 18:2,5

**connected** 47:15,16

**consent** 49:16

**conservative** 7:17

**consider** 7:20 31:18

**consideration** 20:8 29:19,22

**considered** 30:17

**consistent** 37:20 38:6,24

**consistently** 37:21

**consolidated** 27:10

**Constitution** 48:1

**consulting** 34:24

**contents** 41:8

**contiguous** 36:5

**continue** 22:23

**continues** 47:10

**contradict** 10:17 11:15

**contrary** 49:24

**conventional** 5:13

**conversation** 4:25 5:6 12:23 42:5 44:17

**convey** 48:19

**corner** 25:4,12

**correct** 33:7 41:13

**correctly** 47:4

**could** 2:7,8 9:15 24:16 35:2 37:15 42:25 51:24

**couldn't** 37:13

**counsel** 3:22,23 4:12

**counter** 10:18

**counties** 28:15

**country** 22:23

**County** 13:23 17:20 28:17 34:23

**couple** 20:9,22 33:11 49:10, 22

**course** 4:25 14:6,25 18:23 28:2 40:17

**court** 6:4,23 7:19 9:9 17:2 23:13 30:11 31:18 34:2 51:2

**courts** 32:2

**cover** 35:3 36:9

**covering** 40:19

**create** 7:7 29:13 42:3 48:6,16

**created** 35:1 48:7

**creating** 19:25 30:7 42:7,21

**crisis** 20:24

**criteria** 35:1 38:18

**criterion** 15:11

**critical** 22:5

**criticisms** 50:7

**crucial** 35:5

**cultural** 15:6

**currently** 21:20

**Curry** 2:15,16 23:9,10 24:12, 13,19,25 25:10,13,19,24 26:2, 6,12,16,22 42:10 43:1,2,3 44:22,25 45:4,7

**cycle** 7:13,14,25

**Cynthia** 3:2 21:13 50:14

**Cynthia's** 20:20

---

**D**

**data** 6:10 8:2,8,13,15,19 15:12 22:2 38:2,4,15,18,21 46:5,18

**data's** 8:14 37:22

**data-driven** 49:5

**day** 7:7 47:20

**daylight** 50:11

**days** 6:16 12:9 29:24 30:24 42:1 48:5 49:23

**deadline** 13:10

**deal** 11:25 13:9 44:10

**Dearborn** 49:4

**debating** 14:14

**decades** 6:5 32:6

**decide** 19:19

**decided** 33:25

**decides** 35:5,13

**decision** 23:13 30:13,14

**decisions** 6:4 13:9,14 30:23 38:5,16,18,20

**decree** 49:17

**deep** 43:20

**deeply** 17:24

**defines** 35:16,17

**definitely** 16:21 32:8,11 44:1

**degrees** 23:24

**deliberation** 40:24

**demographics** 13:23

**Department** 36:13,18,20

**depositions** 30:1

**description** 13:24

**designed** 5:21

**determination** 16:13

**determine** 6:24

**determined** 15:23

**Detroit** 2:17 15:3 16:19 19:1, 19 21:4 27:19 28:19,20,21 30:6 31:9 32:10 37:2 39:16,23 40:12 43:5,6,16,25 44:1,7 45:17

**Detroit's** 27:8

**dialog** 12:23

**did** 10:19 18:19 21:12,17 22:10 26:12 30:11,12,22,23 31:3 33:11 34:2,4,15 37:12 40:1 44:5 45:7 46:17 49:22

**didn't** 8:12 16:4,5 27:14 31:4, 5 34:16,18 42:14 51:23

**died** 43:10

**difference** 13:22

**differences** 7:13

**different** 12:6 13:23,24 15:3 17:6 18:12,13 20:17 21:8 27:8 29:19 43:6,7,14 49:3

**difficult** 9:13,25 38:16

**dilution** 23:14 31:6

**direction** 12:6

**directly** 50:15

**director** 33:2

**disclose** 2:11

**disclosure** 4:13

**discrimination** 4:8 24:11 31:7,16 49:15

**discuss** 3:20 4:6 5:15 30:23 38:22

**discussed** 5:12 47:8 50:17,21

**discussing** 14:15 40:18

**discussion** 3:23 4:18 16:3 22:8,9 41:4 50:20,24 51:1

**discussions** 5:18

**disinvestment** 20:24

**dispositive** 10:3

**disrespect** 36:17

**disservice** 39:15

**distinction** 19:18 42:21

**distinguish** 17:12 42:6

**distinguishing** 40:20

**district** 7:6 11:6 16:19 18:5 19:25 22:24 28:8 33:5,16,17 34:1,4,11,12,14

**districts** 5:19,20 7:8 10:23 11:9 14:19 15:25 17:14 18:2 19:9,18 20:11 23:3 27:11,14, 18 28:12,16 29:14,21 30:8 33:8 37:23

**divide** 16:23

**document** 11:3

**documents** 4:18 10:25

**does** 5:1,18,20 6:7 7:9 10:5 11:14 17:13 19:8,11 20:12 23:22 35:7,8 36:13 38:7 41:8, 9,24,25 49:12,20

**doesn't** 9:19 27:12 42:8,16

**doing** 11:15 12:11 14:24 15:10 19:12,16 20:3 21:8 30:7, 11 32:17 35:19 38:12 39:15 40:16,18,20 47:6

**don't** 7:7 9:3 10:2,3 12:3,9,19 15:14 18:20 22:6 25:25 26:1, 21 28:2,4,14 33:6 37:11 39:11, 19 40:13 41:15 42:17 45:20 48:18

**done** 19:14 27:11 33:11 39:14, 21,25 48:21 49:5

**Doug** 2:12 35:14

**down** 33:12

**downtown** 16:19

**Dr** 6:21 7:2,9 8:12,15,19 10:8, 18 15:23 19:12 23:21 28:5 37:16,20 47:6

**draft** 13:2,7 22:4,5,6

**Drawing** 11:11

**drawn** 32:2

**draws** 35:3

**drew** 37:9

**drill** 2:12

**drink** 43:12

**drive** 37:22

**driven** 6:10

**driving** 27:7

**drop-down** 25:5

**during** 2:11

**Dustin** 3:16

### E

**each** 24:4 41:5

**earlier** 47:6,17,23

**early** 37:24

**Edward's** 34:19

**effort** 30:2

**efforts** 20:19

**Eid** 2:18,19 14:17,18 15:18 27:24 32:22 36:22,24 37:18 48:25 49:2

**Eid's** 34:17

**eight** 6:16 12:9 29:24 30:24 32:13 42:1 48:5

**either** 4:20 5:3 10:13 11:1 32:2

**El-sayed** 23:20

**elect** 5:22 7:4 10:7,11 13:20 14:8 15:24 17:15,17 19:21 20:2 27:15 28:2 29:1 47:23 48:4,8,9,16

**elected** 10:6,7

**electing** 14:10 40:3

**election** 6:10 8:3,10,11,20,21 23:20,25

**elections** 8:5 9:16,17

**else** 15:11

**emphasize** 12:2

**empowered** 39:14

**encourage** 6:15

**end** 12:16 27:19 29:4

**enforce** 36:14

**enforcing** 48:20

**engender** 11:18

**enshrined** 47:25 48:1

**entered** 3:20

**Erin** 3:10 26:25 51:23,24

**essentially** 9:10 13:25

**established** 28:6

**estimates** 18:23

**et** 40:6

**evaluate** 16:15 28:22

**evaluated** 13:14

**evaluating** 14:14 28:25

**even** 5:20 10:18 12:20,21 19:6 33:17 37:20 42:14 43:24 47:4

**every** 6:7 30:14

**everybody** 25:10 41:9,10 43:20 50:11

**everyone** 4:19 26:15 51:11

**everything** 15:11 27:6 30:15 36:25

**everywhere** 5:13

**exactly** 31:20 34:21 35:13 38:15 44:23

**examined** 42:22

**example** 10:20 19:2

**excellent** 22:20 43:24

**excuse** 16:2

**exempt** 4:13

**exist** 10:18

**expand** 32:11

**expands** 32:9,10

**expected** 44:18

**experience** 9:13,24 38:11

**experienced** 14:3

**experiences** 21:7

**expert** 31:22

**explained** 30:15

### F

**face** 34:12

**faces** 24:16 26:17

**fact** 15:2 25:14 44:16

**Fact-based** 37:5

**facto** 11:9

**factor** 12:13

**factors** 24:10

**facts** 37:1

**factually** 10:24

**Fair** 10:21

**fall** 20:20 22:17 46:10

**far** 37:8

**fascinating** 21:12

**fast** 43:4

**favor** 51:17

**favorites** 9:20

**federal** 7:17 36:14 49:17

**feel** 16:24 18:16 19:14 24:15 38:21

**feelings** 37:7

**felt** 16:24

**FEMALE** 14:17,21 15:16 20:5 23:10 24:12,18,23 25:3,11,16, 21,23,25 26:5,9,13,20 27:3,22 32:18,21 35:23,25 36:10,11, 16,21 39:1,4 42:9,25 46:9,12, 14,15,21,22 48:25 50:2,10,12,

15 51:10

**few** 20:25

**field** 9:5,13,19,25

**fields** 23:17 24:7

**figure** 24:1

**filtering** 29:5

**final** 13:3,8 22:7

**Finally** 34:17

**firm** 34:24

**first** 5:4 21:13,18 35:15 37:10 43:1 44:13

**five** 9:11

**fix** 24:24 26:6,10,21 27:12 41:17 43:18,19,20

**flat-out** 41:1

**Flint** 13:16,18,20,21,22 14:3,7 15:7 16:3,6,10 17:16,19 19:18, 23 20:22 27:6 30:7 42:14 43:13,14 44:4 45:18 49:23,24

**Flint's** 44:3

**focus** 12:19,20,22 13:15,17 14:5,7 29:25 30:1 42:6

**focused** 13:4 44:21,22,23

**folks** 14:1,25 15:10

**follow** 38:13 39:6 45:9

**follow-up** 36:11

**forever** 34:23

**forget** 21:16,17 45:19,22,23

**forgot** 8:18

**forward** 5:14 6:15 11:24 13:15 14:5,14 22:11 38:23 41:25 42:22 48:24 51:3

**founded** 21:7

**frankly** 32:5 35:8 48:5

**fraught** 7:25

**Freedom** 4:14

**frequent** 40:11

**Friday** 12:21

**friend** 34:22

**friends** 40:6

**from** 2:17,24 3:13,21 4:13 5:17 8:25 12:19,21 14:7,12 16:10 18:13 23:6 25:7 28:9,18 34:19 38:22 41:5 42:18 44:8,9 48:5 49:3,23 50:5 51:23

**front** 33:18

**fuller** 41:6

**further** 28:23

**future** 12:8 31:24 42:2

---

### G

**gallery** 25:6,8,17,18 26:14,16

**galvanizing** 47:21

**garbage** 38:9

**general** 3:21,22

**Genesee** 13:23 17:20

**gets** 15:5 35:6,7

**getting** 26:18 37:23 39:13 41:3 44:13 45:24

**Gingles** 9:9 23:13 24:10 33:23

**give** 12:9 25:4 27:14 33:23 44:2,12 47:1

**gives** 12:15 31:2

**giving** 22:1 25:14

**glad** 31:11

**GM** 20:24

**go** 15:6 18:6 21:13,15,20 25:4, 25 26:1 32:12,13,23 33:10 34:25 41:19 43:2 45:11 50:12 51:5

**goes** 11:16

**going** 3:10 6:5 11:24 12:5,19 13:15 15:4 19:13 20:20 21:16, 18 25:20,24 26:10 27:16 29:12,24 31:21 36:4 37:22,24, 25 38:1 39:20,22 40:1 42:21 44:1,12 45:14,16,17,18,21,22, 23 48:24

**gone** 25:15

**good** 25:24,25 31:13 40:1 49:5

**got** 18:19 25:13 35:20 36:5 39:17 43:10,19,22,23,25 44:2, 18 45:21 47:20

**Grand** 45:18

**grandparents** 40:10

**great** 18:17 27:25 33:21 39:21 49:8

**greater** 47:11

**Grebner** 34:19

**grew** 44:6

**group** 5:25 6:6 24:8 47:24

**grow** 44:16

**grows** 44:17

**guarantee** 10:6

**guaranteed** 48:10

**guaranteeing** 29:2

**guarantees** 5:25 48:9

**guys** 24:16 44:12 46:3 49:6

---

### H

**ha** 33:13

**had** 10:13 16:19 22:1,2,3 26:16 29:13 37:7,20 43:12,13 44:5,10,20 47:17 49:9

**halted** 5:2

**Hamtramck** 19:2 28:8 49:15

**hand** 23:9,11 40:5,6 51:18,20, 22

**Handley** 6:21 10:18 15:23 19:12 23:21 28:5 37:20 47:6

**Handley's** 7:2,9 8:12,15,20 10:8 37:16

**hands** 32:19

**happen** 6:7 31:23

**happened** 12:24 13:4 32:15 43:13

**happens** 12:21

**happy** 33:20

**hard** 32:4 43:11 44:9

Case 1:22-cv-00272-PLM-RMK-JTN ECF No. 124-1, PageID.4552 Filed 12/11/23 Page 62 of 73
MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION
TRANSCRIPTION, AUDIO 10/27/2021

Job 27452
Index: has..it's

**has** 6:4 7:3,16,19,24 9:6 11:19 12:17 13:13 14:3 15:19,20,23 17:3,7 21:2 23:2,9,10,25 29:8, 20 31:25 32:5 33:3,10,19 34:22 37:2,21 38:3,4,21 39:9 41:1 43:20

**hate** 37:4

**have** 3:20 4:20 5:3,6,10 6:11, 12,17 7:25 8:12 9:10,11 10:12, 14,22,23 11:4,15,25 12:1,2,8 16:10 17:23 18:2,5,20 19:8,9 20:10,16 21:2,20 22:16,21,22 23:14 25:16 26:7,10,22 27:1,9 28:3,4,16 32:18 33:4,5,7,8,24, 25 35:12 36:1,8,11 37:4,7 38:10,15,17,22 39:25 40:21 41:4 42:17 44:20 45:3,8 46:4, 5,6 47:10 48:6,7 49:6 50:3,24 51:2,3

**haven't** 19:5

**having** 7:22 13:21 29:14 42:4

**he'll** 34:25

**he's** 33:1,4 34:22

**heads** 39:24

**hear** 14:22 17:23 22:10 26:4,5, 7 50:5 51:23

**heard** 8:5 14:15 19:2 20:11 22:15 35:12 40:21 49:3

**hearing** 20:24 21:5,6 37:2,10 41:5

**hearings** 13:3 22:10

**heart** 44:8

**helpful** 9:18

**helping** 24:1

**here** 5:5 24:20 40:13 43:21 44:7

**here's** 36:7,8

**Hi** 24:18

**high** 29:10

**higher** 17:6

**highlight** 13:12 20:21,23

**hired** 31:22 43:21

**Hispanic** 11:8

**historic** 16:8 28:20

**history** 4:8 21:7 31:16 32:16 37:8 47:22 48:8

**holes** 37:12

**home** 27:7

**hope** 22:13

**how** 11:25 13:9 14:18 15:12 18:12 22:10 26:21 27:2,20 28:9 31:3 34:17 36:4,8 37:24 40:7,8,20 41:9,10 42:11,12 44:16 45:13

**however** 19:18

**hungriness** 44:9

**hungry** 43:11

---

## I

**I'D** 33:20

**I'LL** 5:8 12:19 33:13 34:11

**I'M** 3:10 9:7 16:6 18:9 24:14, 15,16 25:7,20,24 26:17,18 31:11 32:20 36:17 39:2,7,12 41:13,21 43:13 44:1,12,23 45:2,4,17

**I'VE** 15:13 23:2 32:25 33:1,11 34:21 39:15 48:21

**identifying** 41:12

**ignore** 40:7 41:15

**II** 17:1 23:14 24:11 31:17 33:9, 10 34:6 38:7

**immediately** 5:1

**important** 5:11 6:19 9:3,18 16:23 19:17 20:7,8 23:7 24:6 29:22,23 30:1,19 31:16,19,24 41:4 42:6,20 43:8,10,15 44:3

**inaudible** 2:24 8:12,18 20:5, 14 46:13

**include** 7:9

**includes** 8:15,24

**incorrect** 10:24 11:11,17 17:4 41:1,2 49:25

**incredibly** 48:22

**indeed** 5:19

**Independent** 2:5 24:21

**indicate** 51:11,25

**indicated** 7:19

**influence** 4:9 32:11

**inform** 22:4

**information** 4:14 5:12 6:14, 18 10:2,13,16,20 11:2,14,17 13:13 29:6,7 40:18

**informed** 7:1

**infused** 11:1

**Ingham** 34:23

**initially** 12:12

**injuries** 47:19

**insist** 12:2

**insistent** 15:20

**insupportable** 11:11

**intended** 5:22 22:6 35:9 48:17

**intent** 34:10

**interest** 18:25 21:6,21,22 35:1,3,6,14,16,17,18,22 36:3 42:15 46:11 50:9

**interesting** 23:19

**interests** 23:6

**interpretation** 34:9

**interrelationships** 42:12

**interrupting** 45:1

**interviewed** 34:20

**ipso** 11:9

**isn't** 18:14 23:17

**issue** 16:18 17:11,16 20:13 22:15,16 27:9 29:16,17,19 43:8,9,14,18 44:3 47:15

**issues** 12:1 18:25 20:25 28:18 30:21 42:4,16,19 43:9,15 44:3, 5,7 48:13

**it'll** 25:6

**it's** 8:21 9:18,20,21 10:7 11:12 15:7 16:13 17:18 18:7,12,16 19:10,11,18,24 20:17,18,20 21:21 22:5,16 24:19 25:14,19 26:23 28:7 29:18 30:1 31:19

33:17,19,22,23 34:9,10,13,14,
21 35:4,8,9,17,19 38:13 39:11
40:11,25 42:5 43:17 44:17
45:1 47:9,16,25 52:3

**items** 6:20

---

**J**

**jacked** 40:12

**Janice** 3:8

**Jell-o** 35:9

**job** 38:13 39:21 40:1 45:24

**Johnson** 33:7 36:17

**join** 51:16

**joining** 51:11

**Juanita** 2:15 24:18 25:22,23
26:9 51:22

**judge** 49:17

**judiciary** 7:17,18

**Julieann** 5:10 7:15 16:24
18:18 33:19 39:10 42:4 43:25
44:22

**jump** 40:15 41:6

**jurisdiction** 36:19

**jurisprudence** 6:1

**just** 7:5,7,22 8:22 9:7 11:10,
12,21,22,23 12:14 15:8 18:18
19:1 21:23 24:20 25:19 26:12,
21 27:15 28:15 31:5 34:3
36:25 37:3 39:6 41:6 43:5,7,
11,15,16,18 44:3 45:8,9,15,23
46:9 49:2 50:3,4,10,14 51:11

**Justice** 36:20

**justify** 14:24 35:18

---

**K**

**keep** 13:25 14:1,8 16:11 18:22
24:20 33:5,8 38:14 40:14

**keeping** 13:18 16:16

**keeps** 41:9

**Kellom** 2:20,21 14:20,21,22
15:18 36:23 39:1,5,9,11 41:13
45:10,15

**kept** 19:23

**key** 7:5 38:5

**keys** 9:8

**kid** 41:18

**kind** 18:19 24:1 26:8 30:20
49:3 50:6

**kinda** 44:6

**knew** 39:17

**know** 2:12 5:4,17,21 6:20 7:23
8:24 9:1,3 12:20 13:7,13 14:2,
6 15:1,7,14 16:24 17:5,23
18:22 19:12 20:20 23:8 26:20,
21 27:2 28:10 29:12 30:13,14
31:11,19,24,25 34:24 35:21,23
37:5,9,10,11 39:9,11,18,19,21
40:2 41:16,18,19 44:4,5,7,23
47:5,17 49:14

**known** 34:22

---

**L**

**lack** 11:1

**lady** 44:5

**Lakeside** 28:16 29:21

**Lange** 2:22,23 26:24 32:22
36:22 39:2,3 52:1

**language** 5:24 14:23 15:4
47:24

**larger** 10:12

**largest** 24:8

**laser** 12:20

**last** 12:18 14:16 20:9 27:7
29:23 30:23 48:3 49:22

**late** 30:20

**later** 35:2

**law** 6:10,15 11:16 34:5,7,8,9
38:7,8,9,13,14 47:22

**lawsuits** 13:1,4

**lawyers** 29:17 37:14 46:7,8

**lay** 11:22

**lead** 3:23

**least** 22:8,9,13

**leave** 25:20 51:13

**leaving** 20:24

**legacy** 48:5,14

**legal** 4:11 11:19

**legally** 10:24 12:12

**Legislative** 32:1

**legislature** 32:2

**less** 17:11 20:13

**lesson** 14:7

**let** 19:22 21:15 31:15 43:4

**let's** 5:16 9:5 15:21 19:23,24
29:12 35:20 40:4 44:10 45:23

**Lett** 2:25 3:1 24:23 27:4,23
32:21,23,24 35:24 36:1 45:7,9,
16 51:4,7

**level** 28:5

**light** 23:22

**like** 8:14 10:20 11:6 12:14,20
14:24 15:3,9,11,20 17:5,18
18:1,12,19 19:1 21:23 22:21
24:7,15 25:5,6,17,18 27:21
28:15 29:21 31:22 34:20 36:17
37:1,4 39:12,13 40:4,11 41:10,
18 47:4 50:10

**likes** 35:21,24

**line** 10:14

**link** 51:15

**Lisa** 47:1

**listen** 13:18 46:7

**listening** 16:17 32:25 33:2
39:22

**litigation** 29:25 31:1,20 42:2,
22 45:20

**little** 12:6 25:5,11 39:13

**live** 17:18 40:10 43:25

**lived** 13:21 21:7 37:3 38:11
39:15

**lives** 13:20 14:11 17:19 37:2

**locked** 33:12

**long** 23:1,2 37:8 41:20

**look** 15:6 18:1,4,8 22:20

Case 1:22-cv-00272-PLM-RMK-JTN   ECF No. 124-1   PageID.4554   Filed 12/11/23   Page 64 of 73
MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION
TRANSCRIPTION, AUDIO 10/27/2021

Job 27452
Index: looked..multiple

28:19,22 29:24 30:16,17 33:10
36:2 40:3 43:25

**looked** 17:24,25

**looking** 12:8,9,16 16:7 18:9
22:2 24:14,16,21 29:20 30:9
31:21 42:1 48:4 49:5

**lose** 43:4

**lot** 8:5 9:1 13:11,13 20:19
28:1,17,18 29:5,6,8 30:12
32:4,7 35:12 37:23 40:20,25
44:4 45:2 47:21

**loudly** 19:16 42:19

**love** 44:4

**loves** 35:25

―――――

**M**

―――――

**M.C.** 3:4 35:21 36:2 46:15

**Madam** 3:25 18:17 51:10

**made** 12:22 13:2 30:13,15,16,
23

**magic** 19:7,8,10

**major** 22:25

**majority** 20:11 21:11 24:5

**majority-minority** 5:19,20
10:23 17:13 19:9 33:4,5,8,16,
25 34:4,14 37:22

**make** 8:7 11:22 13:8,14 19:21
22:7 23:8,13 27:11,17 34:4,10,
11 38:4,16,17,18 42:13 45:11,
12,21 48:3

**makes** 11:8

**making** 30:4 45:15

**MALE** 8:7,11,17 20:14 25:22
26:1,4 31:8 45:25 46:13 51:22

**mantras** 28:24

**many** 6:17 12:13 17:9 19:18
21:2 22:14,23 33:8 37:24 42:4,
19

**map** 18:7,8,9 22:7,11 35:3

**mapping** 13:3 21:24

**maps** 10:21 13:2,7,9 15:5
17:25 18:1,5,15 22:4,6,7 32:1

37:8 45:20

**march** 47:18,19

**Mark** 34:19

**matrix** 8:15,19,21,24 15:11
22:3

**may** 4:18 9:5 16:14 17:5,6
31:23 43:7

**maybe** 35:15 49:24

**MCL** 4:3,14

**mean** 24:19 36:4,25 37:4,13,
16 42:16 43:14

**Meaning** 9:9

**means** 23:25 34:10 40:3 51:12

**media** 5:13

**meet** 41:24

**meeting** 2:11 5:10 35:15
42:18 51:13,14

**meetings** 4:3 20:23

**membership** 5:24 47:24

**memo** 5:18 41:8

**memoranda** 4:23

**memorandum** 17:12 31:15

**memory** 25:7

**memos** 3:21 4:7,10 5:12
44:14,19 47:15,16 48:12

**mention** 10:21 16:5 42:23
47:14

**mentioned** 31:11 33:17 47:5
50:14

**met** 16:14

**Michigan** 2:5,17 3:13 4:9,14
8:25 11:3 22:22 24:21 31:14,
25 36:13,18 48:8

**MICRC** 5:6

**Midland** 28:17

**might** 23:21 41:14

**Mike** 26:24

**Mile** 32:13

**mind** 18:22 27:14 46:17

**minor** 27:11

**minorities** 7:4 9:10

**minority** 5:25 6:5,6 7:11 9:6,
12,23 10:10 11:5 22:24 23:15
24:8 32:9 47:24

**minority-majority** 33:16

**minute** 31:15

**minutes** 4:1

**misinformation** 6:12 10:13
11:1

**misleading** 11:13,18 29:7

**miss** 39:22

**missing** 15:19 41:10

**misstatements** 49:10

**modification** 22:8

**modifications** 27:11

**moment** 47:22

**Montgomery** 47:19

**more** 7:17 8:25 9:14 12:24
16:16 17:25 18:16 19:3,14
20:2,13 24:15,16 27:18 29:6
37:25 42:23 48:6,8 49:2,6

**most** 13:17 17:22 41:23 42:14,
19

**mother** 40:10

**Motion** 51:7

**motivated** 50:8

**move** 6:15 15:17 22:10 51:3,4

**moving** 38:23 41:25

**Mr** 3:22 5:9 8:10,14,23 15:17
18:17 20:6,15 21:14 22:19
23:12 27:25 31:10 32:20
36:15,17 37:21 39:6 41:22
42:11 47:5 49:8

**Ms** 3:19,24 20:18 21:15,23
37:16,19 40:15 44:12,24 45:6
46:1 50:19,23

**much** 6:11 12:23 45:5

**multi-candidate** 9:5,19,25
23:17 24:7

**multiple** 9:12,22 51:19

**must** 10:23 48:10

**my** 9:13,24 16:3 18:13 24:20 26:23 27:13 28:12 35:16 36:16 39:7,16 40:10 43:4 46:16 48:6, 20

**myself** 4:21 26:17 51:1

---

### N

**nailing** 35:9

**name** 2:10 33:7,23 45:19

**narrative** 13:16

**national** 47:20 49:13

**natural** 44:17

**nature** 28:20

**nay** 51:21

**naysayers** 19:4

**nebulous** 35:1

**necessarily** 10:2,3,4 15:15 24:5

**necessary** 35:5

**need** 7:4 11:22 16:21 19:20 20:2 22:16 26:6 38:16 40:12 41:17 43:18 45:13 46:5,18 47:3 50:4,6,8

**needed** 7:11 10:9 15:24 28:5

**needs** 14:9 38:17

**neighborhood** 15:7 18:24 19:3 20:7,16 22:1 27:9 30:18

**neighborhoods** 14:1 16:8,9, 16 17:16 27:10,16 28:13,20

**neither** 6:7

**never** 7:10 32:15

**next** 6:16 12:9,21 21:18 42:1 48:5

**night** 25:24,25 27:7

**no** 5:25 8:25 10:13,16 11:12, 19 17:2,3,7 19:10 22:21 23:23 24:3 25:16 26:6,20 33:6 34:2 36:12,15,16,17 38:15 44:24 48:9 50:17

**nobody** 17:8 35:8 45:10

**nodding** 39:24

**none** 4:17

**nor** 6:1,7 32:12

**notes** 36:2

**nothing** 6:1 33:13,14,15

**notice** 16:4

**number** 10:22,24 19:7,8,9 20:10 21:9 34:11,20 37:22

**numbers** 7:6,23 18:11,23 19:11 24:4 31:5

**numerical** 5:19 7:5 17:14 20:10

---

### O

**observing** 15:2

**obviously** 12:17 18:20 33:1

**occasions** 7:19

**occur** 4:4

**occurred** 47:19

**October** 2:1 4:4,7,9

**off** 4:24 20:20

**offhand** 28:9

**offsets** 30:20

**often** 6:6 9:4 23:2

**oh** 30:13 32:20 37:10 39:2,25

**okay** 8:22 25:19,21 26:17,18 27:5 36:16,20 39:4 41:17 45:8, 25

**omissions** 17:9

**once** 27:22 33:11

**one** 7:13 8:24 9:6,7,14,16 11:3,7,24 12:2,7,11,13 13:12, 15 14:3,4,8,12 15:18 16:15 17:3,7,11,21 18:5,6 19:6,17 20:21 21:1,18 23:8,12,25 24:10 28:8 29:3,5 34:20 36:11 38:1,8 40:5 41:23 42:23 43:19 44:20 46:17 47:14 48:13 49:2, 23 51:16

**ones** 11:7

**ongoing** 6:16

**only** 4:22 16:6 24:2 26:16 34:4 38:6 45:12

**open** 4:3 5:2,6 40:23 46:17,22 47:8 51:2,5

**operative** 34:23

**opinion** 48:23

**opportunities** 32:9,10 48:7,8, 16

**opportunity** 5:10,22 6:13 10:7,11 17:15 27:15 29:1 47:23 48:4,6,22

**opposed** 51:20

**opposition** 11:18

**oppression** 37:8

**option** 25:17 26:13

**order** 2:6 4:6 6:24 23:13 36:8

**orders** 51:2

**organizations** 19:15

**organized** 23:6

**oriented** 34:9

**origin** 49:13

**originally** 35:8

**Orton** 3:2,3 15:16 21:15,17 22:12 45:7 49:1 50:2,3

**Orton's** 29:8

**ostensibly** 12:14

**other** 7:6 11:17 15:12 22:1 28:18 34:8 37:6 38:18 40:6,23 43:9 44:19 46:8

**other's** 41:5

**Ottawa** 28:17 45:19

**ours** 14:3 18:9,12,15

**ourselves** 33:12 34:18 36:9

**outside** 4:18

**over** 5:8 6:16 12:9 14:15 35:11 41:25 49:22

**own** 14:8 18:21 42:17

---

### P

**p.m.** 2:2,6 4:6

**pack** 21:2

**packed** 11:6 22:24 23:3 32:5

**packing** 14:19 15:25 19:22,25 27:20 29:15 30:3 31:4

**page** 41:21

**pale** 11:11

**Palmer** 40:8

**paper** 31:22

**paragraphs** 33:20

**Park** 40:9

**part** 5:23 10:25 13:5 31:14

**particular** 6:2,3 10:6 13:12 14:9

**particularly** 7:18,24 11:6 16:9 41:2 42:1 47:15,16

**parties** 23:1 32:7

**partisan** 22:16

**partly** 32:6

**Pass** 39:3,4

**passed** 47:18

**passes** 51:12

**passion** 38:11

**passionate** 41:11

**PASTULA** 3:24 20:18 21:15, 23 37:16,19 40:15 44:12,24 45:6 46:1 50:19,23

**path** 5:14 14:4,14

**paths** 12:10

**people** 12:4,5,10,15,18 17:23 19:15 20:1 21:3,25 29:9,18,24 31:4,21 32:18 35:12 36:6 38:10 40:2,5,7 43:6,10,11,12, 13,15 44:2,4,10 49:13

**people's** 46:8

**per** 16:18

**percent** 7:8,23 9:14 11:6 16:20 17:8 18:6,10,11,13 19:20,24 20:12 21:1 29:15 30:8 34:3,11,12 38:8

**percentage** 7:11 10:9,10 20:1 33:14

**percentages** 17:14 18:16

**percentile** 18:4

**perform** 47:10

**Period** 17:15 50:18

**person** 6:6 9:14 10:6 29:3 34:21 48:10

**personal** 34:22

**phase** 12:18

**phone** 3:11

**phrase** 12:19

**phrases** 12:3,14

**pick** 9:20 34:11

**place** 30:19 43:19

**places** 15:8

**planning** 40:16

**plead** 12:3

**please** 2:7,8,9,11 4:21 6:17 10:2 12:3 36:12

**plus** 21:1 38:8

**point** 8:23 10:14 11:21,24 15:5,25 18:17 22:19 23:4 29:8 38:23 41:22 42:13,23 44:20 45:19 48:3 49:8 50:6

**poke** 37:12

**polarized** 6:25

**political** 23:1 32:7 34:23,24 36:21

**politicians** 39:17,25

**population** 7:3 28:10 29:10 30:4 36:5

**position** 39:20,25

**possible** 24:15 39:9 47:7

**potential** 31:1 42:2

**potentially** 30:25

**powerful** 48:22

**predominantly** 14:5 21:3

**predominate** 12:12

**preferences** 24:2,3

**preferring** 9:22

**preliminary** 13:5,7

**premise** 7:24

**premised** 10:8

**prepared** 4:12

**present** 2:9,14,16,19,21,23 3:1,3,5,7,9,12,15,17,18

**presented** 6:22

**preserved** 35:6

**pressure** 37:23 50:7

**presumed** 34:14

**presupposes** 11:4

**pretty** 34:12 43:4 49:5

**prevail** 52:3

**previously** 5:18 12:22 30:22

**primaries** 9:5 10:1

**primarily** 8:20

**primary** 8:5,8,24 9:1,2,12,16, 17 21:2 23:19 24:7 32:25

**privilege** 4:6

**privileged** 4:10

**probably** 25:8,18

**problem** 27:12,13,16 36:1

**problematic** 16:1

**process** 6:11 7:16 29:4 49:5

**Promote** 17:24 18:4

**prompt** 3:11

**proposed** 22:4,6,7

**protect** 34:18 49:12

**protected** 5:23 49:21,25

**protects** 49:13

**prove** 24:11 34:16

**provide** 4:11,25 5:14,22 6:13, 14 10:1 36:9

**provides** 11:17

**providing** 33:12

**public** 2:7 13:2 15:19,20 16:17 21:25 22:10 37:10 41:11 49:11

**pull** 32:13 44:18

**purpose** 46:1

**pursuant** 6:23

**put** 10:16 12:17 21:19 30:10 35:19

**putting** 14:25 17:12 34:3

### Q

**question** 9:23 15:5 17:6 27:25 35:14 36:12 37:15 46:19,25

**question/answer** 36:12

**questions** 5:3,14 6:16,18 41:3,5 44:19

**quick** 23:8 40:16 49:2

**quickly** 47:7

**quite** 15:20

### R

**race** 5:24 6:4 12:12 13:24 14:5,9 16:5 20:18 21:1 29:2,3 34:3,5,15 47:24 48:10 49:13, 19

**race-based** 7:20,21

**races** 15:1

**racial** 6:22,25 10:16 13:19

**racially** 6:25

**raise** 51:18,20

**raised** 51:22

**random** 9:7 30:4

**randomly** 31:5

**range** 18:3

**Rapids** 45:19

**rather** 7:5 14:5 35:11

**rationales** 42:17

**re-join** 51:13

**reaching** 24:5

**read** 7:6 34:18

**real** 45:5

**reality** 8:25 16:5

**realize** 9:18 23:5

**really** 6:19 11:22 16:2 22:20 23:17 24:6 30:1 31:12 35:21, 24 36:25 37:12 39:23 40:15,25 41:2,4 42:24 47:21 48:14

**reason** 7:22 8:2 12:7 31:14 32:25 47:2

**reasonably** 19:24

**reasons** 12:7 17:12 41:23

**Rebecca** 3:6

**recall** 6:21

**received** 3:21 4:19

**recent** 30:3 33:22,24

**recently** 11:21 12:1

**recognize** 22:13

**recollection** 28:13

**recommended** 7:10 20:10

**record** 2:7 4:1 6:13 12:17 30:10 31:2 42:3,7,21

**recording** 51:2

**redistricting** 2:6 7:14 12:13 24:21 35:2

**referenced** 11:7

**referencing** 31:25

**reflected** 27:6 37:1

**regard** 4:12 49:7

**regardless** 47:23

**regards** 49:4

**Reinhardt** 3:19

**related** 46:19,25 47:1,2,9 48:2 50:15

**relatively** 29:10

**relied** 11:15

**reluctance** 7:20

**remedy** 7:1

**remember** 9:3,7 10:5 12:11 17:2 23:20 28:24 29:23 37:23 46:10 47:4

**remind** 50:4,11

**remotely** 2:11,12,17,24 3:13 51:11

**removed** 25:20

**repeat** 33:13

**report** 10:21 11:8

**reporter** 19:7,10

**require** 5:18,20 10:5 17:13 41:24,25

**required** 6:7,23 7:3

**requirement** 23:14 48:9

**requirements** 17:18

**requires** 5:15 6:2 10:22

**resolution** 4:5

**resolve** 27:21

**resources** 38:22 46:6

**respect** 34:17 38:10,11 40:11

**response** 47:18

**responsive** 29:21

**result** 5:11 22:25 34:13

**resulted** 22:4 23:3

**results** 6:10 8:3,9,10,11,20, 21,24 9:1,2 34:9

**retrogression** 38:9

**return** 5:2 50:25

**returned** 4:20

**reunification** 28:8

**reunifying** 14:25

**revealing** 17:22

**review** 35:7

**rhetoric** 14:23

**rhetorical** 9:23

**Rhonda** 2:22 26:24 51:23,24

**Richard** 3:14

**right** 8:11 18:10 25:4 26:7 27:3 28:1 31:9 32:9,12 33:6 35:14 46:3,4,12 51:14,17 52:3

**right-hand** 25:12

Case 1:22-cv-00272-PLM-RMK-JTN ECF No. 124-1, PageID.4558 Filed 12/11/23 Page 68 of 73

MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION          Job 27452
TRANSCRIPTION, AUDIO 10/27/2021                          Index: rights..somebody

**rights** 4:7,12,23 5:15,17,21
6:24 7:12 8:5 9:8,19 10:5,21
11:3 15:21,22 16:3,4,12,18
17:1,13 18:14 19:8 20:4 28:25
29:16 31:7,18,20 33:2 36:13,
14,18,19 42:20 47:9,17,25
48:2,11,17,23 49:11,12,18,20
50:1

**ripped** 40:8,9

**rockets** 12:14

**roll** 2:8,11

**room** 4:19 20:22 41:10 45:11
50:18

**Rothhorn** 3:4,5 46:16,24

**rules** 4:16,21

**run** 21:3 31:2

**running** 21:8,9 50:11

**runs** 34:23

---

**S**

**Saginaw** 15:7

**said** 5:7 12:20 17:3,7,8,23
18:22 19:10 23:22 27:6 29:13
33:9 36:7,25 37:10,21 39:7
42:4,13 43:7 47:17,22 49:24

**same** 9:10 10:14,23 16:10
18:7,15 23:16 24:8 40:14
41:20 43:14,17 51:15

**Sarah** 24:23

**saw** 39:16 49:10

**say** 2:9 9:6 12:3 15:1,13 16:4
19:8,22,23,24 21:18 22:8,13,
21 25:6 26:19 28:14 30:16
33:3,10 37:4 38:8 41:9 42:8
43:5,7 46:9,20 48:15 51:18,20

**saying** 9:7 14:23 15:8 19:20
20:16 22:15 26:21 32:14 33:1,
4,6,7 39:18,25 40:12 41:14,16,
21 45:11,12

**says** 6:15 33:18,24 34:2,25
38:8,9 39:22 42:7 48:11,23

**scares** 39:23

**scent** 20:7

**school** 20:25

**screen** 24:14,17,22 27:1

**se** 16:18

**second** 8:12 35:15 45:19
46:19,25 51:6

**seconded** 51:8

**Secondly** 33:21

**secretary** 2:7,8,9,15,18,20,
22,25 3:2,4,6,8,10,14,16,18

**Section** 4:2,13 17:1 23:14
24:11 31:17 33:9,10 34:6 38:7

**secure** 38:21

**security** 33:12

**see** 23:21 24:16 25:10,11 26:2,
7,15,23 30:25 31:23 33:10
39:24 42:9 49:22 51:21

**seeing** 26:17

**seen** 6:4 10:17 23:2 47:21

**Selma** 47:18

**senate** 18:7,8,9

**sense** 6:13 9:20 14:7 28:10
29:5 31:2 48:15

**separate** 23:5 42:18

**separated** 21:20

**September** 6:21

**seriously** 30:10

**served** 14:10

**session** 2:5 3:20 4:1,2,3,5,17,
22,24 5:1,2,4 12:8 38:19
40:17,23 41:7 45:2 46:2,17,23
47:8 51:5,9,18 52:4

**sessions** 4:16 25:1

**set** 6:13 8:12 50:5

**settings** 26:11

**seven** 9:6,11

**several** 7:19

**shared** 4:18

**she** 7:3 23:22 24:24 47:10,11

**she's** 21:16

**shed** 23:21

**shifts** 34:15

**shocked** 19:10

**should** 17:8 22:9 25:3,4,16
26:13 34:20 38:21 46:20 50:18

**shouldn't** 10:15

**show** 19:11 23:15 24:10 30:2,
4,10 31:3 33:20

**showed** 26:17

**showing** 9:22 26:24,25 30:11

**shows** 17:7 23:23 30:22 37:5

**shut** 50:6

**side-by-side** 25:7,17

**signed** 49:17

**significant** 32:15 48:18

**significantly** 30:21

**since** 12:18 32:1 48:21

**sit** 40:13 45:20

**situations** 22:23

**six** 9:11

**smoke** 35:4

**so** 3:24,25 4:21 5:4 6:11 7:21
8:7,18,22 9:14,21 10:1,12
11:14,20 12:21 13:11,24
14:12,16,18,24 15:4,5 16:23
17:11,21,24 18:3,11,12,16
19:17 21:5,17 23:24 24:6
25:20 26:2,7 27:8,10,15,17,18,
20 28:4 29:4,14,21 31:8,18,23
32:3,11 33:3,11,18 34:1,8,10
35:20 36:1,11 38:3,15 39:2
40:5,11 41:5,7,13,16,20 43:4,
18 44:1,7,10,12,17 45:22,23
46:16 49:20 50:3,4,5 51:14

**social** 5:13

**solely** 20:18

**solutions** 7:21

**some** 5:14 6:18 7:19 11:25
12:1,19 13:16 14:15 16:7,23
23:21 26:8 39:19 41:3 43:18
44:2

**somebody** 17:19 27:2 43:7

---

someone 7:7 13:20 14:10 17:17 37:2

something 7:15,25 11:18 14:13 16:21 20:3,17 27:2,21 28:22 31:11,12 41:19 47:4,8 48:19

sometimes 11:16 44:9,10

somewhat 26:24 33:3

sorry 8:18 25:22,23 27:4 32:20 39:2,8 43:3 51:6

sorts 22:3

sounds 39:13

sources 22:2

south 32:13

Southfield 40:8

speak 44:1

speaker 8:7,11,17 14:17,21 15:16 20:5,14 23:10 24:12,18, 23 25:3,8,9,11,16,17,21,22,23, 25 26:1,4,5,9,13,20 27:3,22 31:8 32:18,21 35:23,25 36:10, 11,16,21 39:1,4 42:9,25 45:25 46:9,12,13,14,15,21,22 48:25 50:2,10,12,15 51:10,22

SPEAKERS 51:19

speaking 19:13,15

speaks 48:17

specific 12:10 20:10 29:8,10 44:19

specifically 9:4 17:25

spent 32:4

sphere 49:11

split 16:8 28:14,15

spoke 23:20 31:8 32:4 39:17 42:19 43:6

spot 22:17

stage 13:3 30:20 48:14

standpoint 28:10 48:6

start 3:24,25 5:16 40:13

started 33:9 50:24

state 4:8 32:1,16 33:21 36:6,7 43:9

stated 33:19 49:18

statement 35:16

statements 17:23

States 48:20 49:14,16

statewide 8:24 9:1

stating 3:25

statistics 18:1,8

statute 5:23 33:14,15,17 34:7, 8 49:22

stay 26:3 32:14 50:18

staying 46:4

step 15:21

stepped 20:22

Steve 2:25 36:25 43:23

stick 8:2 43:22,23

still 15:10 25:14 26:25 40:10 43:8

stone 18:24

straight 6:13

strange 24:19

strategizing 40:16 45:2,5

strategy 42:5

stress 6:19 12:2 13:6 31:13 42:24

stressing 6:8

strive 43:11

strongly 14:6 16:25 46:7

stuck 43:16

studies 10:15

stuff 15:12 20:1 38:7

subpart 4:15

subsection 4:15

substance 40:19,25

substantial 12:16 31:2

subtracting 12:4,5

success 5:25 6:2 48:11

succinct 39:8

such 39:21

Sue 4:20 50:25

sued 45:22,23 49:14

suffer 44:10

suggested 7:7

suggesting 21:10 28:12 32:12

suggestion 28:21

suggestions 11:25 14:4

support 11:19 23:16,18 24:4 38:20

supported 11:10 23:24 40:21, 22

supporting 24:8

supports 28:3

supposed 34:18

Supreme 6:23 7:19 9:9 17:2 23:13 34:2

sure 8:7,23 19:21 45:2,15 46:24

sweat 44:8

system 32:4

Szetela 2:4 3:6,19 17:21 51:7

Szetele 3:7

────────

**T**

table 19:5

take 2:7,8 14:7 15:21,24

takeaway 18:13

takeaways 14:12

taken 38:2

takes 31:1

taking 30:9 39:24

talk 5:5 9:2 21:12 32:3 35:12 46:17

talked 7:15 11:20 12:11 14:4, 13 21:1 32:6 42:15

talking 7:6 16:1,2 17:1 19:6 21:19,24,25 27:20 28:11 29:11 38:19 40:7 41:8 45:4

**talks** 11:16 33:14,15

**tap** 46:6

**television** 47:20

**tell** 10:4 20:12 28:8 34:25 36:2 43:16

**telling** 17:9

**tells** 24:2

**ten** 7:14,18 37:3

**terminology** 41:15

**terms** 43:7

**testimony** 22:1 29:25

**than** 7:5,17 12:24 14:5 18:12 20:2 21:8 29:6 37:6 48:7

**Thanedar** 23:20

**thank** 3:19,24 5:9 8:22 27:1 43:3 45:6,25 48:24 51:16

**that** 2:11 3:21 4:1,11,16,20,21, 23 5:2,7,11,16 6:1,2,6,8,11,15 7:1,3,7,8,9,10,15,22,25 8:6,7, 17,18 9:4,5,7,14,22,25 10:1,2, 6,10,12,14,15,17,21,24 11:4,7, 8,11,18,19,21,22,23,24 12:1,7, 8,14,15,16,21,24 13:1,5,11,13, 14,15,17,24 14:2,5,9,13,15,18, 23 15:1,2,4,5,8,9,10,12,19,20, 25 16:2,5,7,8,9,10,14,15,20, 21,24,25 17:3,8,9,21,23 18:2, 14,20,22 19:1,8,14,17,19,20, 21,22 20:6,10,11,12,15,19,25 21:3,9,11,20,25 22:2,3,14,15, 17,18,19,21,22 23:2,5,15,16, 21,23,25 24:4,6,10,14,24 25:5, 11 27:7,10,12,14,16,17,18,19, 21 28:1,3,4,5,6,7,9,11,13,15, 18,19,21,24 29:2,4,5,7,11,12, 13,14,16,17,19,22 30:2,4,10, 11,14,16,17,18,20,25 31:1,6, 10,11,12,13,18,19,23,25 32:5, 6,7,8,11,13,14,25 33:4,7,11, 13,14,15,18 34:3,4,5,6,10,13, 15,16 35:2,6,7,11,12,14,21,23 36:6,8,16 37:1,5,8,10,15,21 38:2,5,16,19,22,24 39:17,18, 19,21,22,23 40:2,3,5,7,8,9,10, 14,25 41:2,3,5,7,19,22,23 42:1,2,3,5,7,13,16,17,18,21, 22,23 43:5,6,12,13,16,20,23, 24 44:5,16,24 45:12,14,23,24 46:6,20 47:3,4,8,12,19,20

**48**:9,13,15,16,18,19,21,24 49:6,9,18,24,25 50:4,5,7,11 51:14,16

**that's** 5:12,24 7:3,5 8:1 9:16 10:8,9,16,24 11:10,14,17 13:5 14:3,12 15:12,14,24 16:17,22, 23 17:9,11 18:6,17 19:22,24 20:3,7,13,16 21:8,10 22:20 23:1,7 24:6,9 26:18 27:1,25 28:22 29:22 30:12,19 31:10, 12,20,21 34:12 35:11,13,18 36:4,19 39:8 41:20,21 42:20 44:17 46:21 47:7,15,25 48:11, 19,21,22,23 49:8 51:2,3

**their** 17:25 18:5,7,8,9,11,15,20 21:7 36:19 37:6,7 38:10,11 40:6 42:17 44:3 45:3

**them** 13:19 27:14,18 30:9 35:8,24,25 37:9 40:4 42:19 48:13 50:25 51:21

**then** 9:22 15:1 18:6 24:11 26:14,25 27:4,19,23 32:22 33:6 34:14,15 36:5,22 41:16 45:7 48:21,25

**there** 5:25 6:1,11,12,16,24,25 8:25 9:5 10:16 11:8,14 12:10 13:4,11 16:5,6,14 17:3,10 18:24 19:5,7 20:25 22:22 23:17 24:14,15,24 25:2 26:13, 14,23 28:13,16 30:12 31:6,19, 22 32:14 33:13,15 35:20 36:7 37:2,24,25 38:1 40:2,5 42:1 44:18 45:20 47:2 49:14,18,23

**there's** 9:1 12:16 23:16,18,23 24:3 25:5 37:14

**therefore** 4:13

**these** 4:10 5:3 6:20 10:12,25 11:9,23 13:7,9 15:2,20,24 16:25 17:3,23 18:23 19:3 22:3 23:6,17 24:6 28:12,18 29:9,20, 23 30:9,18 40:9 42:5,11 45:20 50:8

**they** 7:7,20,23 8:12 9:22 10:2, 3,21 11:9 13:19 15:25 17:5,6 18:5,19,20 19:5 20:2 21:10 22:5,15,16 23:15 24:4 27:9,12, 13 28:4,14 29:14 33:22,24 34:1 35:19 36:5 37:3,7 39:17, 18 41:11,12,14 42:12,15,17 43:6,7,12,15 44:2,5,8 49:21

**they're** 9:17 10:3 12:15 13:8 15:22 17:6 18:3,23 19:6 24:9 38:12 41:11,15,16

**thing** 18:7 20:21 21:12,22 24:2 26:7 34:8 35:5 43:22 44:6,17 45:12 49:2

**things** 5:4 11:23 12:2,11 15:19 17:22 22:3 42:5 43:8 44:15,16 45:9

**think** 7:24 11:7 13:5,11 14:3, 13,22 15:3,5 16:15,20,23 17:9 18:24 21:3 22:5,6,13,19,20 23:4,6 26:22 27:25 28:1,5,7,21 29:12,18,22 30:19 31:9,10 32:8 34:1 35:11 37:14,19 38:5, 15,17,20 39:15,22 41:22,23 45:21 47:3 49:4,9,23 50:6

**thinking** 7:16 15:13 40:14 48:12

**this** 2:5 4:19,24 5:4,10 6:10 7:13,25 8:8 9:4 11:20,22 12:8, 20 16:12,15 17:11 19:22 20:2, 17 21:19 22:11,22 24:7,14 25:7 26:7 28:25 29:24 30:11, 13,20 31:3,13,14,17 32:16 33:22 36:12 37:11 38:19,23 41:10 42:2,6,24 43:4,21,22 45:11,21 46:10 47:22 49:11 50:5,6,18,19,23 51:12,13,15

**Thornburg** 9:8 23:12

**those** 8:22 16:14 20:19 38:20, 22 43:9,20 44:15 45:12 46:22

**thought** 5:10 6:19 8:1 17:22 21:11 31:6,18 43:4

**thoughts** 11:25 21:16 45:3 46:16

**three** 23:24 29:6 32:18

**threshold** 6:20 10:9

**thresholds** 16:14 17:3,5

**through** 15:23 22:7

**ties** 6:8

**time** 5:2 23:1,2 31:13 32:4 42:3,6

**times** 20:22 33:11

**tired** 24:14

**today** 6:21 33:11 42:18 50:18

**today's** 2:10

**together** 12:17 13:18,25 14:1, 8 15:1 21:20 23:15 24:9 42:12

**toggle** 25:5

**told** 41:1 43:23

**Tomorrow** 36:9,10

**took** 32:7

**tools** 46:5

**top** 12:15 35:12

**topic** 4:22,24 40:23 49:3

**topics** 4:18

**touched** 9:4

**track** 31:9 32:9 38:14 46:3,4

**tragedies** 14:2

**train** 43:4

**tremendous** 30:25

**trial** 13:8

**tried** 33:21 37:12

**true** 11:23 12:24 23:1 28:7 39:19 40:8,9

**try** 38:14 43:20

**trying** 24:20 25:7 26:19

**turn** 5:8

**turnout** 46:18,19

**two** 4:23 5:3 16:15 18:2 22:25 33:19 37:25 39:8 45:9 46:16

**type** 20:16 31:20

**types** 44:15

**typically** 6:4 36:13

---

**U**

**U.S.** 48:1

**unanimous** 52:4

**uncertainties** 6:17

**uncomfortable** 37:9 39:13

**under** 4:13 5:23 7:24 23:12 31:17 33:9 34:1 46:10 49:21, 25

**understand** 8:8 13:22 39:16

**understanding** 42:7,8,11 47:11

**understands** 17:18

**understood** 15:13

**undertone** 39:18

**undertones** 15:9

**unfolded** 7:17

**unfortunately** 26:9

**unique** 22:22

**uniquely** 15:3

**United** 48:20 49:14,16

**unknown** 38:3

**unless** 51:1

**unlike** 19:4,14

**unmute** 3:11

**unpacking** 32:5,15

**unpopular** 38:13

**until** 12:21 13:9 32:1 38:2

**up** 12:1,14 13:9 19:6 20:20 23:9,11 25:5 27:19 29:14 30:14,21 31:5,15 32:19 35:8 39:6,17 40:8,9,12 43:18,19,20 44:1,6 45:10 48:13 50:5

**update** 47:7

**upfront** 35:15

**upholds** 15:10

**upon** 4:4 11:16

**upper** 25:4,12,13

**us** 6:17 14:2,8 21:2 24:1,2 26:5 33:18 34:16 35:20 36:2 39:24 40:13 41:15 47:1 49:6,10 50:4

**use** 10:15 12:3 14:23 18:19 19:23 35:2,18,20 43:6 51:15

**used** 12:14 17:7

**useful** 10:1 13:11 24:1

**using** 15:4 21:9 41:14,18 50:9

**usually** 24:25

---

**V**

**Vallette** 3:8,9,12

**valuable** 23:25

**VAP** 7:2 15:24 16:20 17:8 18:23 28:5

**various** 17:2 23:18

**varying** 23:24 24:4

**vast** 20:11 28:11,12

**veers** 4:24

**verbally** 51:24

**versus** 9:9 23:13

**very** 9:13,24 13:23 16:23,24 19:15 20:7 21:8 23:7 24:1 30:19 33:23 37:7,9,24 41:11

**vibe** 20:16

**vibrant** 42:3

**view** 19:3 25:6 26:14

**violating** 16:25

**violations** 15:21,22 49:18

**violence** 47:20

**Virginia** 33:21

**vote** 9:10 17:25 18:4 23:14,15 31:6 32:9 51:10,12,25

**voted** 13:21 34:25

**voter** 23:22 24:3 46:18

**voters** 7:11 9:20,21 10:10 11:9 22:24 23:15,23

**voting** 4:7,9,12,22 5:15,17,21 6:22,23,24,25 7:2,12 8:4 9:8, 19 10:5,17,21 15:21,22 16:3,4, 12,17 17:1,13 18:14 19:7 20:3 24:9 28:25 29:10,16 31:7,17, 20 36:14,19 42:20 46:18 47:9, 17,25 48:2,11,17,22 49:11,12, 18,20 50:1

**VRA** 5:5,7 6:1 7:24 17:11,17 20:13 21:5,22 22:15 29:19 34:1,6 40:21,22 41:1,4,8,9,24 42:7,14,16 44:14,19 45:13 46:2,25 47:2,12 48:20 49:4 50:9,16

**VRAS** 43:22

---

### W

**Wagner** 3:10 26:25 52:2

**wait** 47:3

**wall** 35:10

**want** 8:7 12:9 13:12,14,15,19 14:8 15:10,17 16:11 19:21 22:12 23:8 24:13 25:8,18 26:7, 18 27:9 28:14 29:9 32:17 34:24 39:8 40:5,13,15 41:11, 12,15 42:23 44:2 46:9 49:9 51:11

**wanted** 6:12 8:4,22 12:7 13:6 20:21,23 31:12 37:14 39:6 41:6,24 42:13,24 43:5 47:14 48:3,19 50:4

**wants** 3:23

**warning** 4:25 44:13

**warranted** 37:7

**was** 4:3,5 5:11 6:19 7:18 11:7 12:24 13:4,24,25 16:20 17:22 19:10 20:12,23,24 21:3,5,6,11, 18 22:15 25:1 27:7,13,14,20 31:6 32:3,15 33:3 34:19 35:1, 8,9,16 36:16 37:9,13 38:2 41:2,3 43:23 46:2,19,25 47:18, 20,21 48:12,13,17 49:14,23 50:5

**wasn't** 21:5 46:24

**water** 20:24 43:8,12 44:6

**way** 11:17 15:10,25 19:19 22:20,21 24:15,24 27:17 28:24 32:12 43:12,24

**ways** 40:14,23

**we'll** 19:23 47:10 51:3

**we're** 5:5 12:5 14:24,25 15:2,4 16:1,2 19:13,16,20,21,25 21:19 25:1 28:11 29:11,15 30:6,7,9 31:9 33:12 35:19 36:4 38:19 39:14,22 40:1,16,17,18, 20 41:7,20 42:4 43:21 44:13, 14 45:13,16,17,18,24

**we've** 6:8 7:10,16 8:5 9:4 10:13,17,25 11:20 14:4,13 27:11 34:13 37:19 38:6,23

39:14,21 43:19,25 44:2,18 47:1 49:5

**wealth** 38:17

**webinar** 51:14

**Wednesday** 2:1 4:4

**weed** 22:17

**week** 14:16

**weeks** 20:9 29:6

**weighing** 36:18

**Weiss** 3:14,15

**well** 8:14 9:23 17:2,7 21:12 22:12 30:22 31:10,14 33:9,24, 25 36:24 38:20 39:6,12 42:21 45:3,21 47:16 49:8

**well-done** 37:13

**went** 13:3 34:2 37:11

**were** 12:22 13:1,2,11,19 15:14 16:7,8 18:3,18 20:25 21:10,23, 24,25 22:1,2,5,15 27:8,12,13 28:2,13,14,15 29:6 30:12,17, 23 31:17 32:2 34:1,3 37:3,6,23 39:17,18 40:25 41:3 42:19 45:8 46:3,17 49:18,24 51:14

**what** 5:15 6:8,14 7:1,20 10:8, 18,25 11:15,16 12:10,20,22, 23,24 13:4,5,14 14:22,24 15:1, 10,12,13,14 17:12,18 18:3 19:6,11,16 20:3,12,23 21:5,6, 10 22:9 23:22 26:18,20 29:13 30:11,12,22,23 31:3,21,23 32:17 33:1,2,4,10 34:10,21 35:6,13,18,20 36:2,7 38:3,7, 11,21 39:7,10,14,25 40:11,18, 20,21,25 41:8,9,11,12,13,15, 16,20,24,25 42:7 43:13,16 44:2 46:2 48:11,22 50:14 51:12

**what's** 7:8 8:14 9:3 14:2 17:3 20:8 23:19 28:7 29:23 36:5,7

**whatever** 7:23 30:21 35:3,5 43:17

**when** 2:10 9:17 12:13 13:3 14:24 15:3,5 18:15 19:10,14 21:19,23,24 25:1 27:7 33:18 34:25 36:1 43:5,15 45:12,20 47:11,12

**where** 6:20 16:19,22 22:24 23:6 29:9 34:6 42:18 47:11

**whether** 15:7 19:18 28:7,9,14 29:18 32:3 40:22

**which** 14:6 28:20 34:19 37:7 40:10 42:17 48:2

**while** 6:9 7:15 10:1 11:20 22:15 49:10,24

**white** 9:6 12:5

**Whitmer** 23:20

**who** 3:23 12:20 13:20 14:10 17:18,19 19:4,15 32:18 33:2,6 34:24 35:5,7,13,15 37:2 39:17

**who's** 9:23

**whole** 10:4 13:18 16:11,16,17 19:24

**whom** 34:25

**why** 7:7,22 8:2 15:22 17:6 26:3 33:9 36:17 39:18 41:23 43:21 51:2,3

**will-o-the-wisp** 35:4

**win** 40:6

**wind** 29:14

**wins** 11:5 29:3

**within** 18:2 22:25

**without** 14:19 22:7 30:3 41:12

**Witjes** 3:16,17 51:6,8

**woefully** 11:13

**won't** 22:8

**wonder** 18:20

**wondering** 18:18

**word** 10:15 41:18

**wording** 46:10

**words** 39:8

**work** 19:17 22:4 32:4,8,15 40:24 43:11 44:9 48:20,21 50:5,9

**working** 22:25

**worried** 21:16

**worries** 17:24

**would**  9:13,24 16:1,20,21
17:21 26:22 27:17 28:21 31:18
39:15 46:7 50:10

**wreath**  35:4

**writing**  48:12

**written**  18:24

**wrong**  33:19 37:4 41:14,18

---

### Y

**yeah**  8:18 23:10 24:25 25:3,7,
8,13 36:21 37:3,18 39:12
41:17 42:23 43:14 46:21 50:13

**years**  7:14,18 37:3 39:16 48:7
49:15

**yes**  8:6,15,16 14:16 16:19,20
18:17 20:6 21:14 24:13 32:11
35:9 36:12

**yesterday**  13:17 14:12

**yet**  7:22 8:1 21:13 25:25 26:1

**you'd**  41:5

**you'll**  26:14

**you're**  2:10 12:10,18 19:16
20:3 26:10,20 28:1 29:5 30:10
32:17 40:11 41:17 45:22,23
46:4

**you've**  14:15 16:14

**your**  2:10 3:11 8:23 13:9 15:25
18:12 19:4,17 22:4 23:4 26:10,
11 27:8 29:17 30:1 31:23
32:14 36:2 40:24 42:3 44:13
45:2 46:7 48:5 50:24 51:18,20,
25

---

### Z

**zero**  38:1

**Zoom**  51:13