UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., *et al.*,         )<br>        Plaintiffs,     )<br>              )<br>v.               )<br>              )<br>JOCELYN BENSON, in her official )<br>capacity as the Secretary of State )<br>of Michigan, *et al.*,         )<br>        Defendants.    )<br>              ) | No. 1:22-cv-272<br><br>Three-Judge Court |

## ORDER REGARDING DEFENDANTS' MOTION TO STRIKE

Following trial, the Parties submitted post-trial briefs on December 4, 2023. (ECF Nos. 113, 115, & 116). The Michigan Independent Citizens Redistricting Commission moved to strike certain evidence from Plaintiffs' post-trial filings on December 8, 2023. (ECF No. 120). Plaintiffs are ordered to file a response to Defendant's motion to strike by December 14, 2023 at noon.

**IT IS HEREBY ORDERED** that Plaintiffs are to file a response to Defendant's motion to strike (ECF No. 120) by December 14, 2023 at noon.

**IT IS SO ORDERED.**

Date: December 11, 2023                               /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge