UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;<br><br>      Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## AMENDED TRANSCRIPT TO THE MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION'S OCTOBER 27, 2021 CLOSED SESSION MEETING

On December 11, 2023, Plaintiffs filed a transcript of the audio recording of the Michigan Independent Citizens Redistricting Commission's October 27, 2021, Closed Session Meeting (ECF No. 124). Plaintiffs hereby submit the attached Amended Transcript of the same October 27, 2021, Closed Session Meeting of Michigan Independent Citizens Redistricting Commission that identifies speakers that were previously designated as unidentified speakers.

    Respectfully submitted,

    */s/ John J. Bursch*
    John J. Bursch (P57679)
    BURSCH LAW PLLC
    *Attorney for Plaintiffs*
    9339 Cherry Valley Ave SE, #78
    Caledonia, MI 49316
    (616) 450-4235

jbursch@burschlaw.com

Michael J. Pattwell (P72419)
Jennifer K. Green (P69019)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC
*Attorneys for Plaintiffs*
215 S. Washington Square, Ste. 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com
jgreen@clarkhill.com
jfleming@clarkhill.com
abanks@clarkhill.com

Dated: December 11, 2023