Transcription of the Closed Session of the
Michigan Independent Citizens
Redistricting Commission

_____/

Held on Wednesday, October 27, 2021
Commencing at 4:05 p.m.
Transcribed by Carolyn Grittini, CSR-3381

Fortz Legal Support

www.FortzLegal.com

844.730.4066



1

2

3

4    Transcription of the Closed Session of the

5    Michigan Independent Citizens

6    Redistricting Commission

7    _____/

8    Held on Wednesday, October 27, 2021

9    Commencing at 4:05 p.m.

10   Transcribed by Carolyn Grittini, CSR-3381

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    Wednesday, October 27, 2021

 2    4:05 p.m.

 3

 4                    CHAIR SZETELA:  As Chair of the commission, I

 5          call this closed session of the Michigan Independent

 6          Citizens Redistricting Commission to order at 4:05 p.m.

 7          For the public record, could the secretary please take the

 8          roll?  Could the secretary please take the roll?

 9                    SECRETARY:  Commissioners, please say present

10          when I call your name.  If you're attending today's

11          meeting remotely, please disclose during roll call that

12          you are attending remotely.  You know the drill.  Doug

13          Clark.

14                    COMMISSIONER CLARK:  Present.

15                    SECRETARY:  Juanita Curry.

16                    COMMISSIONER CURRY:  Present and attending

17          remotely from Detroit, Michigan.

18                    SECRETARY:  Anthony Eid.

19                    COMMISSIONER EID:  Present.

20                    SECRETARY:  Brittni Kellom.

21                    COMMISSIONER KELLOM:  Present.

22                    SECRETARY:  Rhonda Lange.

23                    COMMISSIONER LANGE:  Present, attending

24          remotely from (inaudible).

25                    SECRETARY:  Steve Lett.
```

1          COMMISSIONER LETT:  Present.

2          SECRETARY:  Cynthia Orton.

3          COMMISSIONER ORTON:  Present.

4          SECRETARY:  M.C. Rothhorn.

5          COMMISSIONER ROTHHORN:  Present.

6          SECRETARY:  Rebecca Szetela.

7          COMMISSIONER Szetele:  Present.

8          SECRETARY:  Janice Vallette.

9          COMMISSIONER VALLETTE:  Present.

10          SECRETARY:  Erin Wagner.  Erin, I'm going to

11    prompt you to unmute on your phone.

12          COMMISSIONER VALLETTE:  Present, attending

13    remotely from Charlotte, Michigan.

14          SECRETARY:  Richard Weiss.

15          COMMISSIONER WEISS:  Present.

16          SECRETARY:  Dustin Witjes.

17          COMMISSIONER WITJES:  Present.

18          SECRETARY:  All commissioners are present.

19          CHAIR SZETELA:  Thank you, Ms. Reinhardt.  We

20    have entered a closed session to discuss the

21    attorney-client memos that we received from our general

22    counsel and Mr. Adelson.  Mr. Adelson, our general

23    counsel, who wants to lead the discussion?

24          MS. PASTULA:  So I will start.  Thank you,

25    Madam Chair.  So I will start.  Again, stating for the

1  record and the closed session minutes that the closed

2  session is called in accordance with Section 8H of the

3  Open Meetings Act being MCL 15.268H.  The session was

4  called to occur on Wednesday, October 27th, upon adoption

5  of the resolution and the closed session was called to

6  order at 4:05 p.m. to discuss the privilege and

7  confidential memos being Voting Rights Act of October

8  14th, 2021 and the history of discrimination in the state

9  of Michigan and its influence on voting of October 26th,

10  '21.  These memos are both attorney-client privileged

11  communications that provide legal advice to the client,

12  prepared by counsel in regard to the Voting Rights Act and

13  are therefore exempt from disclosure under Section 13G of

14  the Michigan Freedom of Information Act being MCL 15.243,

15  subpart 1, subsection G.

16          The rules for closed sessions are that the

17  confidentiality of the closed session, none of the

18  discussion topics or documents may be shared outside of

19  this room.  Everyone received the confidentiality

20  agreement, that if you have not returned to either Sue Ann

21  or myself, please do so.  The rules, additionally, that

22  the topic of the closed session can only be the Voting

23  Rights Act based on the two memoranda that are the basis

24  for this closed session.  If the topic veers off of this

25  course, I will provide a warning.  If the conversation

MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION                    Job 27452
TRANSCRIPTION, AUDIO 10/27/2021                                                              5

1        does not cease immediately, the closed session will be

2        halted and we will return to open session at that time.

3        If you have any questions about either of these two

4        things, I know this is our first closed session.  So

5        again, we're here to talk about the VRA.  We're here to

6        have an open conversation between the MICRC and its

7        attorneys about the VRA, and with all that being said,

8        I'll turn it over to Bruce.

9                    MR. ADELSON:  Thank you. And thank you for the

10       opportunity to have this meeting.  Julieann and I thought

11       that it was important with the -- as a result of the

12       memos, the information that's being discussed in the

13       conventional media, on social media and everywhere to

14       answer questions, provide some advice about a path forward

15       and discuss what the Voting Rights Act actually requires.

16       And let's start with that.

17            The Voting Rights Act, as you know from our

18       discussions previously in the memo, does not require any

19       numerical amount of majority-minority districts; indeed,

20       does not even require majority-minority districts at all.

21       The Voting Rights Act, as you know, is designed and

22       intended to provide an opportunity or ability to elect on

23       the part of protected categories under the statute.

24       That's based on race, color and membership in a language

25       minority group.  There are no guarantees of success.

1    There is nothing in the VRA nor in the jurisprudence that

2    requires the success of any particular candidate or that

3    any particular candidate of choice be of a particular

4    race.  Typically, as has been seen in court decisions

5    going back decades, a candidate of choice of a minority

6    group is often a person of a minority.  But that is

7    neither required nor does it happen in every circumstance.

8    All of that ties into what we've been stressing for a

9    while.

10         This is a data law analysis election results driven

11   process.  We have become concerned that there is so much

12   misinformation out there.  We wanted to have an

13   opportunity to set the record straight in a sense, provide

14   our advice, provide you with information about what the

15   law actually says and to encourage that as we move forward

16   over the next eight days, if there are ongoing questions

17   or uncertainties, please come to us, as many of you have,

18   to ask questions to get some additional information.

19         But we thought it was really important to stress

20   these threshold items.  And as you know, too, where we are

21   today.  As you recall, on September 2nd, Dr. Handley

22   presented her racial bloc voting analysis.  Racial bloc

23   voting analysis is required by the Supreme Court pursuant

24   to the Voting Rights Act in order to determine if there is

25   racial bloc or racially polarized voting.  If there is,

1    what is the remedy for that.  The remedy is also informed

2    by Dr. Handley's conclusion of the VAP, the voting age

3    population, that's required or that she has concluded.

4         Minorities need to elect a candidate of choice.

5    That's key.  Because rather than just assigning numerical

6    numbers and talking about a district.  I read the other

7    day that someone suggested, why don't they just create

8    districts that are 55 to 58 percent black?  What's the

9    basis for that?  Dr. Handley's analysis does not include

10   that and we've never recommended that as an arbitrary

11   percentage of minority voters is needed to comply with the

12   Voting Rights Acts.

13        In addition, one of the differences this cycle,

14   redistricting cycle, compared to ten years ago and

15   something that Julieann and I talked about a while ago and

16   we've been actively thinking about as the process has

17   unfolded, the federal judiciary is more conservative than

18   it was ten years ago.  The judiciary, particularly the

19   Supreme Court, on several occasions has indicated some

20   reluctance to abide what they consider to be race-based

21   solutions, race-based answers, race-based compliance.  So

22   that is yet another reason why just having arbitrary

23   numbers, 60 percent, 58, you know, whatever they are,

24   under the premise of the VRA, I think, has particularly

25   fraught this cycle, and something that we have actively

1    thought about, been concerned about and that's yet another

2    reason why we stick to the data, the analysis, the

3    election results.

4          I also wanted to comment briefly on the Voting

5    Rights Act in primary elections.  We've heard a lot about

6    that.  Yes.

7                    COMMISSIONER ROTHHORN:  So I want to make sure

8    that we understand this data.  The analysis and the

9    primary results --

10                    MR. ADELSON:  Election results.

11                    COMMISSIONER ROTHHORN:  Right, election

12    results.  (Inaudible).  They didn't have Dr. Handley's

13    second set of data.

14                    MR. ADELSON:  Well, the data's like what's in

15    the  active matrix.  The data includes, yes, Dr. Handley's

16    analysis.  Yes.

17                    COMMISSIONER ROTHHORN:  And that the analysis

18    (Inaudible).  Sorry about that.  I forgot.  So yeah, the

19    data is in the active matrix, the analysis is Dr.

20    Handley's analysis primarily and the election results is

21    also in the active matrix, but it's the election results.

22    So those -- okay, thank you.  Just wanted to be clear.

23                    MR. ADELSON:  Sure.  And to your point, as you

24    know, the matrix includes one primary results statewide

25    from 2018.  The reality in Michigan is, there are no more

1     statewide primary results.  I know there's been a lot of

2     talk about primary results.

3          What's also important to remember, and I don't know

4     that we've touched on this specifically, often in

5     primaries there may be a multi-candidate field that, let's

6     say, has seven minority candidates and one white

7     candidate.  I'm just saying that at random.  Remember, one

8     of the keys for Voting Rights Act is -- and the Thornburg

9     versus Gingles Supreme Court case.  Cohesiveness.  Meaning

10    the minorities have to vote essentially for the same

11    candidate.  If you have seven, six, five -- if you have

12    multiple candidates, minority candidates, in a primary

13    field, it would be very difficult, in my experience, for

14    one to achieve 50 percent or more so that that person

15    could be analyzed to be the candidate of choice.

16         That's one of the challenges with primary elections.

17    Although, primary elections, I agree, when they're

18    available, can be helpful.  It's also important to realize

19    in a multi-candidate field, the Voting Rights Act doesn't

20    pick favorites in a sense.  It's all about the voters.

21    It's not about the candidates.  So if the voters are

22    showing that they are preferring multiple candidates, then

23     the rhetorical question is well, who's the minority

24    candidate of choice?  It would be, in my experience, very

25    difficult in a multi-candidate field to come to that

1     conclusion, so that while primaries can provide useful

2     information, please be advised that they don't necessarily

3     -- they're not necessarily dispositive.  They don't

4     necessarily tell the whole choice.

5          Remember, the Voting Rights Act does not require a

6     guarantee that any particular person will be elected.

7     It's an opportunity to be elected and ability to elect.

8     That's what Dr. Handley's analysis is premised on.  Her

9     analysis of a percentage that's needed, threshold

10    percentage, for minority voters to achieve that

11    opportunity or ability to elect.

12         So, these have been among the larger concerns that

13    we've had with either misinformation or no information.

14    And along the same line, I have to point out that all the

15    studies -- I shouldn't use that word.  Of all the

16    information that's been put out there, there are no racial

17    bloc voting analyses that we've seen that contradict or

18    even address or even exist to counter what Dr. Handley

19    did.

20         The information -- like for example, in the AFL-CIO,

21    the Fair Maps Report.  They mention that the Voting Rights

22    Act requires if you have a certain number of

23    majority-minority districts, you must have the same

24    number.  That is legally and factually incorrect.  That's

25    part of what we've been concerned about.  These documents

1      are infused with either misinformation or lack of

2      information.

3            The Michigan Civil Rights Commission document, one

4      of the concerns that we have about that is it presupposes

5      if a minority candidate, a black candidate, wins in a

6      particularly packed district, like a 90 percent district,

7      I think was one of the ones that was referenced, the

8      report makes the assumption that there are Hispanic and

9      Asian voters in these districts and, ipso facto, they

10     supported the black candidates.  That's just beyond the

11     pale of being insupportable and incorrect.  Drawing that

12     conclusion is based on no analysis and is -- it's just

13     woefully misleading.

14            So the information that's out there does not

15     contradict what you have been doing, what you have relied

16     upon, what the law talks about and sometimes goes the

17     other way and provides incorrect information that's

18     misleading or can engender opposition to something that is

19     baseless, that has no legal support.

20            So we've talked about this for a while and the -- it

21     just came to the point recently that we both concluded

22     that we really need to just lay this out, make it really

23     clear that these things are just not true.

24            To that point and one point about going forward.  We

25     have some thoughts with some suggestions about how to deal

1    with some of the issues that have come up recently.  But

2    one of the things we have to stress, emphasize, insist on,

3    plead, beg and say please, please don't use phrases about

4    adding black people, subtracting black people, adding

5    white people, subtracting white people.  We're going in a

6    little bit of a different direction.

7          The reason that we -- one of the reasons we wanted

8    to have this session is that in looking to the future,

9    looking over the next eight days, we don't want to give

10   people out there specific paths to challenge what you're

11   doing.  Remember one of the things we talked about

12   initially is legally, race cannot predominate

13   redistricting.  It can be one factor of many.  But when

14   phrases like that are used, it just ostensibly rockets up

15   to the top, gives people the ammunition that they're

16   looking for.  And to that end, there's a substantial

17   record, obviously, the commission has put together.

18         But since you're in the last phase now, people are

19   going to focus -- I'll borrow a phrase from some, I don't

20   even know who said this -- focus like a laser beam on what

21   happens now, from now until next Friday.  So that even if

22   comments were made previously, the focus will be on what

23   you do, what the dialog, the conversation is now, much

24   more than what happened before.  That was true in Arizona.

25

1          The lawsuits were based on the changes that were

2     made after the draft maps were approved.  After the public

3     hearings when we went into the final mapping stage.  The

4     lawsuits focused there.  What happened before was

5     preliminary, and I think that that's also part of what we

6     wanted to stress.

7          These draft maps are preliminary, as you know.

8     They're trial balloons.  They're not final.  You can make

9     decisions about how to deal with these maps up until your

10    deadline.

11         So I think that there were a lot of useful comments.

12     I want to highlight one particular area of comments.  A

13    lot of information, as you know, that has been brought out

14    that can be evaluated for what decisions you want to make

15    going forward.  One of the comments that I want to focus

16    on are narrative comments, some comments in Flint

17    yesterday.  And that the focus of most of the comments

18    about keeping Flint whole or Flint together, if you listen

19    to them, were not racial.  They were about, we want to

20    elect someone who lives in Flint.

21         Having lived in Flint and having voted in Flint, I

22     understand the difference between City of Flint and

23    Genesee County.  Very different demographics, very

24    different.  So that description was not race based, it

25    was essentially, keep our community together.  Keep our

1    folks together, keep our neighborhoods together because

2    we know what's best for us with all of the tragedies that

3    Flint has experienced.  And I think that's one of ours, as

4    we've talked about, one of our suggestions for a path

5    forward; that rather than focus on race predominantly,

6    which, of course, as you know, we strongly advise not to

7    do, take a lesson from Flint in a sense.  The focus being

8    keep us together, we want to elect one of our own, not of

9    any particular race, but out of concern that our needs as

10   a community will be best served by electing someone who

11   lives in our community.

12        So that's one of our takeaways from yesterday,

13   something we've talked about and I think that that can be

14   a path forward in addressing, evaluating, debating and

15   discussing some of the comments that you've heard over the

16   last week or so.  Yes.

17                    CHAIR SZETELA:  Commissioner Eid.

18                    COMMISSIONER EID:  So, how do we do that

19   without packing the districts?

20                    COMMISSIONER KELLOM:  Can I?

21                    CHAIR SZETELA:  Commissioner Kellom.

22                    COMMISSIONER KELLOM:  I think what I hear

23   Bruce saying is the rhetoric and language that we use to

24   justify.  So like what we're actually doing when we're

25   reunifying folks is, of course, we're putting certain

1    races together and we know that.  But then what we say is

2    that we're observing the fact that these areas are

3    uniquely different.  Like when we think about Detroit.

4    And so we're not using the language that is going to

5    question the maps when it gets to that point.  So, I think

6    if we go back and look at the cultural aspects in the

7    neighborhood, whether it's Flint, Saginaw, you know, the

8    places that are completely black, just saying it

9    like that, will be -- the undertones will be accomplishing

10   what folks want, but doing it in a way that still upholds

11   our criterion and everything else, like our matrix and our

12   data and all that other stuff.  But that's what I -- how I

13   understood him to say it and what I've been thinking

14   about.  But I don't know if that's what you were asking

15   necessarily.

16            CHAIR SZETELA:  Commissioner Orton.

17            MR. ADELSON:  Before we move on, I want to

18   address Commissioner Kellom and Commissioner Eid.  One of

19   the things that has been missing is in the public comments

20   is the public has been like quite insistent that these are

21   Voting Rights Act violations.  Let's take a step back.

22   They're not Voting Rights Act violations.  Why?

23        Dr.  Handley has determined, through her analysis,

24   the VAP that's needed to elect in these areas.  And I take

25   your point, I agree that packing districts the way they

1    are now would be problematic.  And we're not talking

2    about that because we're really not talking about, excuse

3    me, the Voting Rights Act.  In my discussion about Flint,

4    you notice I didn't say the Voting Rights Act at all.  I

5    didn't mention race at all.  The reality is that there

6    are, not only in Flint, but there are, I'm confident in

7    looking at some of the comments, communities that were

8    split, neighborhoods that were split, historic

9    neighborhoods, particularly in the black community, that

10   have that same commonality as the comments from Flint; we

11   want to keep our community whole.

12        This is not about complying with the Voting Rights

13   Act.  Because it's been our determination, based on the

14   analysis, that you've met those thresholds.  There may be

15   one or two, I think, that we can evaluate.  But this is

16   more a keeping neighborhoods whole, keeping communities

17   whole, listening to the public.  That's not a Voting

18   Rights Act issue, per se.

19        Yes, if you had a downtown Detroit district where

20   the black VAP was 20 percent, yes, I think that would

21   definitely be something that we would need to address.

22   But that's not where we are.

23        So that's a very important divide.  And some think

24   that I know Julieann and I felt and do feel very

25   strongly about, that these comments about violating the

1      Voting Rights Act and Section II and talking about

2      various Supreme Court cases.  Well, no.  Because remember,

3      what's out there, no one has said that these thresholds

4      are incorrect.

5            They may like, you know, certain thresholds to be

6      different or higher and they may question why they're

7      being used, but no one has said well, our analysis shows

8      that the VAP should be 48.9 percent.  Nobody said that.

9      And I think that that's among the many telling omissions

10     out there.

11           So this is less a VRA issue.  That's one of the

12     reasons in putting out the memorandum to distinguish what

13     does the Voting Rights Act require.  Not majority-minority

14     districts, not numerical percentages; ability and

15     opportunity to elect.  Period.

16           The Flint issue is communities, neighborhoods and

17     our being able to elect someone, not based on VRA

18     requirements, but who understands what it's like to live

19     in the City of Flint compared to somebody who lives out in

20     Genesee County.

21               CHAIR SZETELA:  So I would add to that, one

22     of the things I thought was most revealing for me was, you

23     know, you hear all these statements that people have said

24     and it worries me deeply.  And so I looked at the Promote

25     the Vote maps, and more specifically, I looked at their

1     statistics.  And if you look at our maps, like our

2     congressional districts, we have two that are within the

3     range of what we were aiming for, so they're in the 40

4     percentile of BVAP.  If you look at the Promote the Vote

5     maps for their congressional, they have one district

6     that's 43 percent and one that's 50.  And then if you go

7     to their senate map, it's the same thing.  If you actually

8     look at their senate map and look at the statistics and

9     compare it to ours -- I'm looking at their senate map

10    right now.  40 percent, 42 percent, 43 percent, 47

11    percent, 41 percent.  So their numbers aren't any

12    different than ours at all.  And so it's like, how is your

13    40 percent different from our 40 percent?  And my takeaway

14    is that it isn't about the Voting Rights Act and that

15    their maps are the same as ours when it comes to the

16    percentages.  So, it's more about the feel.

17                    MR. ADELSON:  Yes, that's a great point, Madam

18    Chair because we were -- Julieann, we were just wondering,

19    did they use like our BV analysis?  You got to kind of

20    wonder  about that because they obviously don't have their

21    own.

22            And that being said, you know, keep in mind that the

23    VAP numbers, of course, these are estimates.  They're

24    not written in stone.  There are, I think, neighborhood

25    community of interest issues in the black community in

1    Detroit that can be addressed, just like comments that

2    you heard about Hamtramck, for example.

3          But we view these more as neighborhood community

4    concerns, because unlike your -- unlike the naysayers who

5    are out there.  They haven't come to the table with any

6    analysis to back up what they're talking about.  Even one

7    reporter asked me, is there a magic number in the Voting

8    Rights Act?  Does it say a magic number that we have to

9    have X number of majority-minority districts.  And the

10   reporter was shocked when I said no, it's not about magic

11   or numbers.  It's about what does the analysis show.

12         Now Dr. Handley, as you know, is doing additional

13   analysis, and we're going to be speaking with her to get

14   more of a feel when that will be done.  But unlike all

15   the organizations and the people who are speaking very

16   loudly, what we're doing, what you're doing is you're

17   basing your work on analysis.  So that one important

18   distinction, whether it's Flint or however many districts

19   in Detroit you decide to adjust that way.

20         Because we're not saying that you need 50.1 percent

21   to elect, and I want to make sure that we're clear on

22   this, that that's not packing.  Let me say that again.  In

23   Flint -- we'll use Flint.  Let's say Flint is kept

24   reasonably whole, let's say it's 54 percent.  That's not

25   packing because we're not creating a district with a

1    certain arbitrary percentage to stuff black people into

2    this area, more than they need to elect.

3           What you're doing is something that's not Voting

4    Rights Act.

5                 FEMALE SPEAKER:  (Inaudible).

6                 MR. ADELSON:  Yes.  And that community, that

7    neighborhood scent -- that's a very important

8    consideration.  And what's also important, too, with all

9    of the comments in the last couple of weeks, the comments

10   that have recommended a specific numerical number for

11   districts, the vast majority of comments that I heard, it

12   was 50.1 percent.  Not 59.  What does that tell you?  That

13   that's less a VRA issue and more of a --

14                MALE SPEAKER:  (Inaudible).

15                MR. ADELSON:  That and a community-based

16   neighborhood type vibe that's not saying we have to have

17   this.  It's something different.

18                MS. PASTULA:  It's based solely on race,

19   those comments.  And a lot of that advocacy efforts, and I

20   know Cynthia's arm is going to fall off if it's up in the

21   air anymore.  But one thing I wanted to highlight, too,

22   about Flint, and I stepped out of the room a couple times

23   for meetings, but what I wanted to highlight is what I was

24   hearing was water crisis, disinvestment, GM leaving, the

25   school board issues.  There were a few commenters that

1        talked about race or talked about the 50 percent plus one

2        or you have to pack us in because the primary has too many

3        people run.  Although, I think that was a predominantly

4        Detroit comment.

5              So again, what I was hearing wasn't VRA  advocacy.

6        What I was hearing was community of interest advocacy,

7        founded on their lived experiences and their history

8        and that's very different than running -- than doing

9        that and running a BVAP number and using that in the

10       analysis.  That's not what they were suggesting.  The

11       majority of commenters.  But I thought that was a

12       fascinating thing as well.  Did you talk about cohesion

13       yet or not yet?  Or we go to Cynthia first?

14              MR. ADELSON:  Yes.

15              CHAIR SZETELA:  Let Commissioner Orton go.

16       She's worried she's going to forget her thoughts.

17              COMMISSIONER ORTON:  So I did forget the

18       first one.  But, the next one is -- I was going to say

19       when we're talking about this, if we choose to put

20       anything together that we currently have separated, we go

21       back to communities of interest.  It's a community of

22       interest thing, not a VRA thing.

23              MS. PASTULA:  Just like when you were

24       mapping, when you were mapping, you were talking about the

25       public comments.  You were talking about the people that

1      were giving testimony in the neighborhood.  You had other

2      sources of data that you were looking at.  You had the

3      active matrix.  You had all of these sorts of things that

4      inform your work and resulted in draft proposed maps.

5           I think it's critical.  Again, they were draft

6      proposed maps.  I don't think anyone intended for a draft

7      proposed map to make it through to the final maps without

8      any at least discussion, I won't say modification, but at

9      least a discussion about should anything be changed?  What

10     did we hear at the public hearings?  How do we move

11     forward on this map?

12                COMMISSIONER ORTON::  Well, I do also want to

13     say I think, I hope we all recognize, at least I think

14     many of the -- many, many, many of the comments that we

15     heard, while they were saying that it was a VRA issue,

16     it's a partisan issue.  They have an agenda, and we need

17     to be able to spot that and weed that out and not fall for

18     that.

19                MR. ADELSON:  And I think to that point, I

20     think that's a really excellent way to look at it.  I also

21     have to say that the comments like that are in no way

22     unique to this commission or Michigan.  That there have

23     and continue to be many situations around the country

24     where minority voters are packed into a district to -- as

25     a result of a working arrangement within the two major

1   political parties.  That's been true for a long time.  And

2   I've seen that for a long time.  And that has often

3   resulted in packed districts.

4           And to your point, Commissioner, I think

5   that the being able to separate that out and realize

6   where these organized interests are coming from.  I think

7   that's very important.

8       I want to make one quick comment.  I know

9   Commissioner Curry has her hand up.

10          CHAIR SZETELA:  Yeah, Commissioner Curry has

11  her hand up.

12          MR. ADELSON: One of the -- under the Thornburg

13  versus Gingles Supreme Court decision, in order to make a

14  case for a Section II vote dilution requirement, you have

15  to show that minority voters vote together; that they

16  support the same candidate; that there's cohesion.  In

17  these multi-candidate fields, there really isn't cohesion

18  because there's support for various candidates.

19      What's also interesting, in the 2018 primary

20  election, remember El-Sayed, Thanedar and Whitmer. I spoke

21  to Dr. Handley about that to see if that might shed some

22  light on black voter behavior.  She said what it does, it

23  shows that there's no cohesion; that black voters

24  supported in varying degrees all three candidates.  So

25  that means that that election is a valuable one.  It has

1    been very useful in helping us kind of figure out

2    Arab-American preferences.  But the only thing it tells us

3    about black voter preferences is there's no cohesion;

4    that they support each candidate in varying numbers, not

5    necessarily reaching a majority.

6           So that's really important, too, that with these

7    multi-candidate fields like this 2018 primary, if the

8    largest minority group is not supporting the same

9    candidate, they're not voting together cohesively, that's

10   one of the factors for Gingles.  If you can't show that,

11   then you cannot prove Section II discrimination.

12                CHAIR SZETELA:  Commissioner Curry.

13                COMMISSIONER CURRY:  Yes.  I want to comment

14   that I'm tired of looking at this screen.  Is there any

15   way possible -- I can feel more like I'm there with you

16   guys if I could see more faces, because all I'm looking at

17   is a screen.

18                CHAIR SZETELA:  Hi, Juanita.

19                COMMISSIONER CURRY:  I mean, it's strange

20    being out here trying to keep my concentration just

21   looking at Michigan Independent Citizens Redistricting

22   Commission screen.

23                CHAIR SZETELA:  Commissioner Lett or Sarah,

24   is there a way that she can fix that?  Can she --

25                COMMISSIONER CURRY:  Yeah, we usually do it

1      when we're at the -- when we're in sessions when I was

2      there.

3                    CHAIR SZETELA:  Yeah, you should be able to

4      go to the upper right corner and it should give you a

5      drop-down up at that -- there's like a little toggle and

6      it'll say like change view and you can do like gallery,

7      side-by-side.  I'm trying to do this from memory.  Yeah.

8      Speaker.  Yeah, you want to do gallery probably or

9      speaker.

10                    COMMISSIONER CURRY:  I see everybody.

11                    CHAIR SZETELA:  Can you see that little -- in

12      the upper right-hand corner --

13                    COMMISSIONER CURRY:  I got the upper, yeah,

14      but it's still not giving me anything.  In fact, now it's

15      all gone.

16                    CHAIR SZETELA:  No, you should have the

17      option for like speaker, side-by-side, gallery and you

18      probably want like gallery.

19                    COMMISSIONER CURRY:  Okay.  It's just been

20      removed, so I'm going to leave it alone.

21                    CHAIR SZETELA:  Okay.

22                    COMMISSIONER ROTHHORN:  Sorry, Juanita.

23                    CHAIR SZETELA:  Sorry, Juanita.

24                    COMMISSIONER CURRY:  I'm going -- good night.

25                    CHAIR SZETELA:  Good night.  Don't go yet.

1            COMMISSIONER ROTHHORN:  Don't go yet.  Don't

2     go yet.

3            COMMISSIONER CURRY:  I can't see anything, so

4     why stay?

5            MALE SPEAKER:  Because you can hear.

6            CHAIR SZETELA:  Because you can hear us.

7            COMMISSIONER CURRY:  No.  You all need to fix

8     this thing right.  I want to hear and see so I can have

9     some kind of --

10           MS. REINHART:  Juanita, unfortunately, we

11    can't fix it for you.  You're going to have to change your

12    settings on your computer.

13           COMMISSIONER CURRY:  I just did.

14           MS. REINHART:  There should be an option on

15    there to change it to gallery view and then you'll be able

16    to see everyone.

17           COMMISSIONER CURRY:  I had gallery and it only

18    showed myself bigger.  Okay.  I'm not seeing any faces.  I

19    want -- that's okay.  You all are not getting what I'm

20    trying to say.

21           CHAIR SZETELA:  No, we know what you're

22    saying.  I just don't know how to fix it for you.

23           COMMISSIONER CURRY:  I think you would have to

24    do it there.  I can't do it.  I see my -- it's changed

25    somewhat, but Mike Brady is not showing.  Rhonda Lange is

1      not showing.  Erin Wagner is not showing.  Then I still

2      have a commission with a screen.  That's better.  Thank

3      you.  Somebody know how to do something.

4                      CHAIR SZETELA:  All right.  Commissioner

5      Clark and then Commissioner Lett, sorry.

6                      COMMISSIONER CLARK:  Okay.  Bruce, I agree

7      with everything you said about Flint.  As I reflected back

8      on that, when I was driving home last night.  I agree.

9      But Detroit's different.  And so your comments were -- it

10     appears to be a neighborhood issue and they want to have

11     the neighborhoods consolidated.  So we can do that and

12     make minor modifications to the districts we've done.  But

13     that, to me, doesn't fix the problem they were complaining

14     about.  The problem they were complaining about was, in my

15     mind, was that the districts didn't give them the

16     opportunity to elect.  And so changing just the

17     neighborhoods is not going to change that problem.

18          So the way to change that would be to make the

19     districts -- compress them so that more of the blacks are

20     in Detroit.  But then you end up with the comment that

21     Anthony was talking about, are we packing?  So how do we

22     resolve something like that?

23                      CHAIR SZETELA:  Commissioner -- once you

24     answer, then Commissioner Lett and then Commissioner

25     Eid.

1           MR. ADELSON:  I think that's a great question

2     and I think that the -- and you're right that a lot of the

3     comments were, we can't elect.  Of course, we don't agree

4     with that.  And you have analysis that supports our

5     conclusion and our advice.  They don't have that.  So the

6     level of VAP that is needed, I think Dr. Handley

7     established that.

8           Now, I think that what's also true, whether it's the

9     reunification of Hamtramck in one district, I can't tell

10    offhand whether that -- how that changes from a

11    population standpoint.  But, in a sense, you know, I agree

12    with you that we're not talking about vast changes.  We're

13    not suggesting vast changes to these districts.  My

14    recollection is that there are neighborhoods that were --

15    whether they were -- I don't want to say split between

16    counties, but that were split that just like the

17    commission addressed the Lakeside districts and there have

18    been a lot of comments about Ottawa County, Midland and a

19    lot of other issues, too, that these are comments from the

20     black community in Detroit, that if you look at the

21    historic nature of Detroit which also -- the neighborhoods

22    in Detroit, I think that our suggestion would be that

23    that's something to evaluate and something to look at

24    further.

25           And remember, too, that with the mantras, in a way,

1          in evaluating this.  The Voting Rights Act is about

2          opportunity or ability to elect candidates of choice, not

3          candidates of a certain race and not guaranteeing that any

4          one person or one race wins.

5                So that the process now, at the end, is a

6          challenging one in the sense that you're filtering a lot

7          more information than you were three weeks ago.  A lot of

8          that information is, at best, misleading.  And to

9          Commissioner Orton's point, a lot of it has a specific

10         agenda where the people behind these agendas want a

11         specific, relatively high black voting age population.

12         We're not talking about that.

13               And I think that -- let's also be, you know, going

14         back to what I had said before; that if you create

15         districts or adjust districts so that they wind up having

16         50.1 percent, 51, 52 percent BVAP, we're not packing

17         because that issue is not addressing a Voting Rights Act

18         issue that your lawyers are advising you about.

19               Whether or not people in the community think it's a

20         VRA issue is a different consideration.  That bringing

21         these, looking at these communities as the commission has

22         been so responsive to, like with the Lakeside districts,

23         I think that that's an important consideration.

24               What's also important, too, remember these last

25         eight days.  Are people going to look at this, this will

MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION          Job 27452
TRANSCRIPTION, AUDIO 10/27/2021                                                        30

1          be the focus of litigation, the focus of testimony and the

2          focus of depositions.  It's really important, your

3          attorneys believe, that you show now an additional effort

4          to address the recent concerns without packing, without

5          making population choices at random, but you show that we

6          are addressing the concerns of the black community in

7          Detroit.  We're addressing the concerns of the black

8          community in Flint.  We're not doing it by creating 70

9          percent BVAP districts.

10               But we are looking at these, we're taking them

11          seriously and you put on the record, show that you're

12          doing that.  Showing a court that this is what we did,

13          that's what we did in Arizona, and there were a lot of

14          concerns about oh, you know, you made this decision and

15          that decision.  As you know, we backed up every decision

16          we made.  We explained everything.

17               Being able to say, look at the changes that we made,

18          look at the adjustments that were considered and approved

19          that address these community-based neighborhood concerns,

20          we think that's a very important place for the commission

21          to be at this late stage because that kind of offsets

22          significantly whatever comments, whatever issues came up

23          previously, because it shows well, what did you do?  What

24          did you discuss?  What decisions were made in the last

25          eight days?

1          We see that as being a potentially tremendous

2      benefit that takes away a potential avenue of litigation

3      and gives you a substantial record to run on, in a sense,

4      to show this is what we addressed, this is how we did it

5      and we didn't do it by packing people.  We didn't do it by

6      just randomly coming up with numbers, and we didn't do it

7      because we thought that there was vote dilution and

8      discrimination of the Voting Rights Act.

9                      COMMISSIONER CLARK:  So with our spoke concept

10     in Detroit, do you think we're on the right track?

11                     MR. ADELSON:  Well, I think that -- and that's

12     something that, you know -- I'm glad that you mentioned

13     that because that's something that we really wanted to

14     stress and that this is a good time to do that.

15         Michigan, and this is part of the reason -- well,

16     let me back up for a minute.  The memorandum on

17     discrimination, history of discrimination, is important,

18     because if this were a Section II case under the Voting

19     Rights Act, the court would consider that.  So we thought

20     that it's important for the commission to know if there is

21     any type of Voting Rights Act litigation, that's exactly

22     what people are going to be looking at.  That's what an

23     expert will be hired to do.  There will be a paper like

24     that.  So your being able to see now what may happen in

25     the future is important to know.

1            And in referencing that, Michigan, as you know, has

2       been a state since 1837.  Legislative maps, until now,

3       were drawn either by courts or by the legislature,

4       whether it was in 1898 or 2000.  So you talk about the

5       spoke system.  You spent a lot of time and hard work

6       unpacking the city that, frankly, has been packed for

7       decades, partly because of that arrangement we talked

8       about between the political parties.  That took a lot of

9       work and we applaud that.  We think that definitely is the

10      right track.  It expands minority vote opportunities.  It

11      expands opportunities for the black community in Detroit

12      to expand its influence.  So yes, that is definitely the

13      right way to go.  We are not, in any way suggesting, nor

14      will we, that you pull back and go south of Eight Mile and

15      stay there.  We are not saying that at all.  Your

16      unpacking work was significant.  Never happened in the

17      almost 200-year history of this state.

18           And what you're doing -- and I want to --

19                CHAIR SZETELA:  We have three people who have

20      hands up.

21                MR. ADELSON:  Oh, I'm sorry.

22                CHAIR SZETELA:  Commissioner Lett,

23      Commissioner Eid and then Commissioner Lange.

24      Commissioner Lett, go ahead.

25                COMMISSIONER LETT:  I agree with Bruce's

1    analysis for the primary reason that I've been listening

2    to what he's been saying, obviously, and I've been

3    listening to what the civil rights director, who is an

4    attorney, has to say.  And so I was somewhat concerned --

5    what he's saying is that if you have a majority-minority

6    district and you have to keep a majority-minority district

7    and Bruce is saying no, you don't.  Then, who is right and

8    have -- Johnson is his name.  Is it correct saying that

9    you have to keep as many majority-minority districts as

10   you started with under Section II, I said, well, why not I

11   go and look in Section II and see what it has to say.

12   So I've done that a couple times and I did it once today

13   as we're locked down, providing ourselves with security --

14   ha, ha, ha.  There is nothing, I'll repeat that, there is

15   nothing in the statute that talks about a percentage.

16   There is nothing in the statute that talks about a

17   majority-minority district or a minority-majority

18   district.  It's not even mentioned in the statute.

19        So when he comes on in front of us and says that, as

20   Julieann has stated, it's absolutely wrong.  It's two

21   paragraphs.  I'd be happy to show it to you.

22        Secondly, Virginia, great state of Virginia tried

23   this.  They came out in a case -- the recent case.  It's

24   the -- give me the name.  It's after Gingles.  It's a very

25   recent case and it says -- well, you have to have -- they

1    decided well, we have to have a majority-minority

2    district, because I think they were under VRA and so they

3    went 50.something.  And the Supreme Court says no, you did

4    that just because you were putting that 50+ percent race

5    in to make that majority-minority district.  You only did

6    it because of race.  That is against the case law.  And

7    that is where the VRA and Section II is analyzed is in the

8    case law, not in the statute.

9          So the other thing is, the case law and the statute

10   and the case law interpretation is, it's results oriented.

11   It's not intent.  So what that means is if we make a

12   district -- I'll pick 55 percent as the number and we make

13   a 55 percent district, that's pretty blatant on its face

14   that the result that we've achieved is that it's a

15   majority-minority district and it's assumed, presumed then

16   that you did it because of race and then the burden shifts

17   back to you, us, to prove we didn't do that.

18         Finally, in respect to Commissioner Eid's how are we

19   supposed to protect ourselves, if you didn't read

20   Edward's clip from 10/25/21 in which Mark Grebner was

21   interviewed, you should.  Number one, I like it because

22   it's exactly what I believe.  And he is the person -- I've

23   known of him, he's not a personal friend, but he has been

24   a political operative in Ingham County forever and he runs

25   a political consulting firm.  And if you want to know who

1      voted for whom, when, go ask him, he'll tell you.  He says

2      communities of interest was created as a nebulous criteria

3      that the Redistricting Commission could use later as

4      cover for whatever map it draws.  Communities of interest

5      is a will-o-the-wisp.  It's a wreath of smoke.  It can be

6      whatever is necessary.  The crucial thing is, who decides

7      what a community of interest is that gets preserved?  The

8      answer, the commission does.  Who gets to review that?

9      Frankly, nobody does.  It's up to them.  Was it originally

10     intended?  Yes.  It was built-in.  It's nailing Jell-O to

11     the wall.

12          Now, you can think that that's being rather over the

13     top, but as a lot of people that have heard me talk,

14     that's exactly what I believe.  Who decides what a

15     community of interest is?  Doug asked that question right

16     upfront, first meeting maybe, second meeting.  Who

17     defines community of interest, and my statement was, the

18     community of interest defines if it's a community of

19     interest.  But that's what we can use now to justify what

20     we're doing.  And it's in the amendment.  They put it in

21     there for us.  So let's use what we got.

22          And I know that M.C. really likes communities of

23     interest.

24               CHAIR SZETELA:  We know that.

25               COMMISSIONER LETT:  He really likes them.

1           CHAIR SZETELA:  He loves them.

2           COMMISSIONER LETT:  So when we have a problem,

3     M.C., look at your notes and tell us what the community of

4     interest is.

5           But I mean, that's how we're going to do it.

6     Population, they got to be contiguous, and then do what's

7     best for the state.  I agree with the people that out

8     there said, do what's best for the state.  And here's what

9     we have to do in order to do that.  And here's how we have

10    to provide ourselves with cover.  We can do it.  Tomorrow.

11          CHAIR SZETELA:  Tomorrow.  So I have one

12    follow-up question and this is a yes or no

13    question/answer, please. Does the Michigan Department

14    of Civil Rights typically enforce the Federal Voting

15    Rights Act?

16          MR. ADELSON:  No.

17          CHAIR SZETELA:  No, okay.  And that was my --

18    no disrespect to Mr. Johnson, but I'm like, why is the

19    Michigan Department of Civil Rights weighing in on the

20    Voting Rights Act?  That's not their jurisdiction.  That's

21    the Department of Justice.  Okay.

22          CHAIR SZETELA:  Political, yeah.

23    Commissioner Eid and then Commissioner Lange and then

24    Commissioner Kellom.

25          COMMISSIONER EID:  Well, I agree with

1       everything Steve just said.  I mean, you can't really

2       argue with facts like that.  I also reflected on the

3       Detroit hearing and being someone who lives there, has

4       lived in the city for ten years, yeah, they were just

5       wrong.  Like I hate to say it, but I mean, we have

6       analysis.  Fact-based analysis that shows that, you know,

7       their comments were not backed by anything other than

8       their feelings, which are very warranted as they have had

9       a long history of oppression.  But as far as the maps that

10      we drew, you know, I was very uncomfortable with them at

11      first.  I said it in a public hearing that oh, you know, I

12      don't know about this.  But, I went back to the analysis

13      and tried to poke holes in the analysis, I really did.

14      But, I mean, I couldn't.  It was a well-done analysis.  I

15      wanted to ask our lawyers, do you think there's anything

16      in that analysis that could be called into question?

17                      MS. PASTULA  You mean Dr. Handley's

18      analysis?

19                      COMMISSIONER EID:  Yeah.

20                      MS. PASTULA:  I think we've always been

21      consistent.  Even before the commission had Dr. Handley

22      and Mr. Adelson, the commission has consistently said that

23      the data's going to drive the number of majority-minority

24      districts.  Remember, we were getting a lot of pressure

25      very early on.  How many are there?  Is there going to be

1       two?  Is there going to be more?  Is there going to be

2       one?  Is there going to be zero?  And the answer always

3       was, that until the data is taken and analyzed, that is

4       unknown.  And so what the commission has is it has the

5       data, it has the analysis and it has the ability to make

6       decisions based on that analysis.  And I think the key --

7       again, we've always been consistent not only with the

8       Section II stuff, but with the case law.  What does the

9       case law say?  The case law says the 50 plus one percent

10      is garbage.  The case law says retrogression is garbage.

11      And you have advocacy people -- and I respect their

12      passion, I respect their lived experience, but what

13      they're doing is advocating for the commission not to

14      follow the law.  And it's our job, as unpopular as it is,

15      to try to keep you on track with the law and advise you as

16      best we can.  So no, I think you have exactly the data you

17      need to make the decisions, the difficult decisions that

18      the commission needs to make and I think you have a wealth

19      of other data to make other decisions on other criteria

20      that we're not talking about in this session that can

21      support those decisions as well.  I think the commission

22      should feel secure in its data and what it has available

23      and that you have resources to discuss those with from

24      this point moving forward.  But, we've always been

25      consistent and we will always be consistent in that

```
 1          advice.
 2                    CHAIR SZETELA:  Commissioner Kellom.
 3                    Oh, Commissioner Lange.  I'm so sorry.
 4                    COMMISSIONER LANGE:  Pass.
 5                    CHAIR SZETELA:  Pass, okay.  Commissioner
 6          Kellom.
 7                    MR. ADELSON:  Well, I just wanted to follow up
 8          briefly on what my colleague said.  I agree.  And I'm
 9          sorry, that's two words, I want to be as succinct as
10          possible as I know Commissioner Kellom has a comment, but
11          I agree with what Julieann --
12                    COMMISSIONER KELLOM:  I don't know if it's
13          like a comment or -- well, yeah, it is a comment.  I'm
14          getting a little uncomfortable because it sounds like
15          we're being empowered to not change what we've done, and I
16          think we would be doing a disservice.  I've lived in
17          Detroit all my years and I understand, I saw the
18          politicians that got up and spoke and I knew who they were
19          and I know why they were saying that, but the undertone
20          that I know to be true is that in some areas, if we don't
21          change and if we are going to be acquiesce in our position
22          that, you know, we've done such a great job and analysis
23          says that, I think we're going to miss listening to the
24          citizens in Detroit, and that really scares me.  Because I
25          see a bunch of nodding heads.  I see us almost taking on
```

1       the position of what politicians have done in saying oh,

2       we did a good job and we're not going to change it.  And

3       there are certain people there -- we all know that

4       candidate of choice means electing candidates that look

5       like them.  Like, let's be clear.

6              So on one hand, there are people there that want

7       their friends to win, et cetera.  But on the other hand, I

8       can't ignore the people that are talking about how

9       Southfield is ripped up, and that is true.  How Palmer

10      Park is ripped up, and that is true.  And these are areas

11      in which my mother and grandparents still live and that I

12      frequent.  So it's like, Anthony, I respect what you're

13      saying, but the Detroit area is jacked up and we need to

14      change  it.  And I don't want us to sit here and start

15      thinking  about ways that we can keep it the same.

16                    MS. PASTULA:  And I want to jump in really

17      quick because we're not strategizing or planning or doing

18      a course of action because we're in closed session,

19      what we're doing is we're discussing information and we're

20      covering, again, the substance of Bruce's analysis, and

21      what we're doing is we're distinguishing how what a lot of

22      what you have heard is not supported by the VRA, is not

23      supported by the VRA analysis.  And whether it can be

24      addressed in other ways is a topic for the open session

25      and your deliberation and adjustment work.  But again,

1        it's that really, the substance of a lot of what you were

2        told about the VRA is flat-out incorrect.  It has always

3        been incorrect, and that that really was -- particularly

4        with some of the questions that we were getting, it was

5        really important to have the VRA discussion collectively

6        so that you'd benefit from hearing each other's questions

7        and the fuller answers.  But I just wanted to jump in on

8        that.  Again, because we are in closed session, so we're

9        talking about the contents of the memo, what the VRA does

10       say, what the VRA does not say and how everybody keeps

11       missing the -- not everybody in this room, but how like

12       the public, they're very passionate about what they want

13       without accurately identifying what they want.

14                    COMMISSIONER KELLOM:  Correct.  So what I'm

15       saying is, although they might be using the wrong

16       terminology, I don't want us to ignore what they're

17       actually saying.  So if we know what they're saying, then

18       we need to fix it.  We need to -- okay, yeah, you're

19       using the wrong word -- like you do, you know, a kid or

20       something, but we know that we can go back and change it.

21       So if that's what -- as long as we're all on the same

22       page.  That's all I'm saying.

23                    MR. ADELSON: And I think that to that point, I

24       think that one of the most compelling reasons why we

25       wanted to meet is to address what does the VRA require?

1    What does it not require?  And in moving forward over the

2    next eight days, that there are, particularly in looking

3    at the potential for litigation in the future, that this

4    is your time to create a vibrant, compelling record that

5    addresses many issues.  As Julieann said, we're not having

6    a strategy conversation, but these are things that it's

7    important to distinguish.  This is the time to focus on

8    creating that record, understanding what the VRA says and

9    doesn't say, understanding --

10             CHAIR SZETELA:  I see you, Commissioner

11   Curry.

12             MR. ADELSON:  Understanding how all these

13   interrelationships, how they come together.   And also,

14   as I said, that the point we also wanted to make about

15   Flint.  Most of the comments didn't even address the VRA.

16   They talked about the community, communities of interest

17   and issues that are not VRA issues.  That doesn't mean

18   that they don't have their own compelling rationales which

19   is separate from where we are today.  But that meeting

20   spoke loudly about many issues.  Most of them were not

21   about the Voting Rights Act, and that's an important

22   distinction, as well as creating that record going

23   forward, that will be examined closely in litigation.

24        Yeah, I want to mention one more point that we

25   wanted to really stress, and this is --

1              COMMISSIONER ORTON:  Could we get Commissioner

2       Curry first?

3              CHAIR SZETELA:  Commissioner Curry, go ahead.

4              COMMISSIONER CURRY:  Thank you.  Sorry, Bruce,

5       I lose my train of thought pretty fast, so let me get this

6       in.  I just wanted to say that when it comes to Detroit,

7       the people that spoke out for Detroit, they use different

8       terms as somebody just said.  They may say different

9       things, but the issue is still as important as the water

10      issue, all other issues around the state, those issues are

11      important because people died, people bled, people got

12      hungry for it, people work and strive just as hard as the

13      people that had to change the way they drink water.  And

14      I'm all for people that had to -- what happened in Flint.

15      I mean, yeah, in Flint.  But the same issue, different

16      issues are just as important to people when they come out

17      to tell you -- Detroit just stuck to the -- what is that?

18      The BA -- the BRA codes or whatever.  But it's the same

19      issue, and so we need to fix it up some, because just as

20      we fix up one place, we've got to fix up -- we've got to

21      try and fix up everybody that has those deep concerns,

22      because this is why we're hired.  This is why we're here.

23      And the thing about the VRAs, we got to stick to this or

24      stick to that, I got you, Steve, you told -- that was

25      excellent the way you brought that out.  And even

1    Julieann.  But we've got to look out for Detroit.  I live

2    in Detroit, so definitely, I'm going to speak up.  But

3    we've got to give the people some of what they want,

4    because their issues is just as important as Flint's issue

5    and I love Flint, too.  I know a lot of people in Flint.

6    I know the issues they had.  The lady that did the

7    commercials for the water thing, I kinda grew up with her.

8    So I know the issues.  But our issues here in Detroit,

9    they come from the heart.  They come from sweat.  They

10   come from work, hard work.  And sometimes, hungriness.

11   Sometimes people had to suffer for it.  So let's deal with

12   it, too.

13             MS. PASTULA: So I'm going to give you guys

14   your first warning.  Your first warning.  We're getting --

15   we're Q and A'ing on VRA, Q and A'ing on the memos, Q and

16   A'ing on those types of things.  And I appreciate the

17   fact, again, that how things grow out and how the

18   conversation grows out, that's a natural thing.  So it's

19   certainly expected, but we've got to pull -- are there any

20   other specific questions on the VRA or the memos?  If not,

21   Bruce had one additional point.  But again, we have to be

22   focused on --

23             COMMISSIONER CURRY:  We are focused, Julieann.

24   I'm focused.  I know exactly --

25             MS. PASTULA:  No, I appreciate that,

1    Commissioner Curry.  I certainly apologize for

2    interrupting you, but again, it's not -- we can't do the

3    strategizing session, and I'm sure a lot of your

4    colleagues have their thoughts as well.

5              COMMISSIONER CURRY:  I'm not talking about

6    strategizing as much as being real.

7              MS. PASTULA:  Thank you, Commissioner

8    Curry.  Commissioner Lett and then Commissioner Orton, did

9    you have a comment or you were just -- okay.

10             COMMISSIONER LETT: Just two things to follow

11   up with Commissioner Kellom.  We can change.  Nobody in

12   this room is saying we can't go in and make changes.  The

13   only thing that we are saying is, when we make those

14   changes, we need to be cognizant of the VRA and how we're

15   going to do that.

16             COMMISSIONER KELLOM:  Just making sure.

17             COMMISSIONER LETT:  And we're going to do

18   it -- I'm assuming we're going to do it in Detroit.  We're

19   going to do it in Flint.  We're going to do it in Grand

20   Rapids, Ottawa, you name it.  Second point, forget about

21   litigation when we get into these maps.  Don't sit there

22   and think well, I got to make this change, but am I going

23   to get sued?  You're going to get sued, so forget it.

24   You're going to get sued, so forget that.  Let's just do

25   the best job we can with the advice that we're getting.

1      MALE SPEAKER:  Okay, thank you.

2      MS. PASTULA:  Again, the purpose of the

3   closed session was, what is the VRA, what is not the VRA.

4   And you guys are on -- you guys were on the right track

5   and you're staying on the right track.  You have the

6   advice, you have the data, you have all the tools you need

7   and you have the resources that you can tap into.  Again,

8   I would strongly advise you to listen to your lawyers, not

9   other people's lawyers.

10      COMMISSIONER ORTON:  And I just want to say,

11   remember the wording.  This can all fall under communities

12   of interest.

13      FEMALE SPEAKER:  Right.

14      MALE SPEAKER:  (Inaudible).

15      COMMISSIONER CURRY:  Absolutely.

16      CHAIR SZETELA:  M.C.

17      COMMISSIONER ROTHHORN:  So two thoughts in my

18   mind.  One, we were in open session, we did talk about

19   voting or voter turnout and do we need data for voter

20   turnout at all.  And the second question was related to --

21   should I not say anything about that?

22      CHAIR SZETELA:  Yeah, we can't -- that's --

23      MS. PASTULA:  We can address those in open

24   session.

25      COMMISSIONER ROTHHORN:  I wasn't sure if it

1     was related to VRA.  The second question is also, is it

2     related.  We've asked for Lisa to give us additional

3     analysis.  Is it related to VRA?  And is there any reason

4     to think that we need to wait for that analysis or

5     something like that.   Do I even remember correctly?

6                    MR. ADELSON:  As you know, and as I mentioned

7     earlier, Dr. Handley is doing additional analysis.  We

8     will get an update as quickly as possible.  That's

9     something that will be discussed in open session.  It is a

10    Voting Rights Act related -- it's related analysis.  And

11    as she continues to perform her analysis, we'll have a

12    greater understanding of where she is and when she will

13    be -- when the analysis will be completed.  That is a VRA

14    analysis.

15         I wanted to -- in closing, I wanted to mention one

16    issue that's connected with both memos, particularly --

17    well, not particularly.  It's connected to both memos.

18    The Voting Rights Act, as I had said earlier, as you know,

19    was passed in 1965 in response to the march in Selma, the

20    march to Montgomery, Alabama, the injuries that occurred

21    that day, the violence was on national television, got a

22    lot of attention and really was seen as a galvanizing

23    moment in American history.  This law is about, as I said

24    earlier, the opportunity and ability to elect, regardless

25    of race, color or membership in a language minority group.

1      That's enshrined in the Voting Rights Act.  It's also

2      enshrined in the 14th Amendment to the U.S. Constitution

3      which is related to the Voting Rights Act.

4            And the last point I wanted to make, along with the

5      opportunity and ability to elect, and in looking at the

6      next eight days and, frankly, your legacy certainly from

7      my standpoint; you have the opportunity to create more

8      opportunities than have been created in the 200 years of

9      Michigan history.  More opportunities to elect, abilities

10     to elect.  And again, no guarantees, no requirement that

11     a certain person of a certain race must be guaranteed

12     success.  That's not what the Voting Rights Act says.

13            But in thinking about the memos, as I was writing

14     both of them, one of the issues that came up to me was

15     legacy.  Because we really are at the legacy stage in a

16     sense that, to me, being able to say and do that, to

17     create the opportunities and abilities to elect that the

18     Voting Rights Act was intended for, speaks to, is

19     significant.  And we don't always get to do that, but

20     that's something that I wanted to convey and that's based

21     on my work enforcing the VRA for the United States and

22      also the work that I've done since then.  That's an

23     incredibly powerful opportunity.  That's what the Voting

24     Rights Act says.  That's our opinion.  That's our advice

25     and that will be our advice going forward.  Thank you.

1          CHAIR SZETELA:  Commissioner Eid and then

2    Commissioner Orton.

3          COMMISSIONER EID:  Just one more quick thing,

4    kind of a different topic.  We also heard comments from

5    Dearborn as it regards to VRA and Arab-Americans.  I think

6    we've done a pretty good data-driven process looking at

7    that, but do you guys have anything more for us in that

8    regard?

9          MR. ADELSON:  Well, that's also a great point

10   that I want to address and I think, Commissioner, you had

11   asked us a while ago and I saw a couple of misstatements

12   about this in the public sphere.  The Voting Rights Act

13   does protect Arab-Americans.  The Voting Rights Act

14   protects people based on race, color, national origin.

15          As you know, there was -- the United States sued the

16   City of Hamtramck about 20 years ago for discrimination

17   against Arab-Americans.  The United States and the consent

18   decree signed by a federal judge claimed -- not claimed,

19   stated that there were violations of the Voting Rights Act

20   against Arab-Americans based on race and color.

21          So to be clear, the Voting Rights Act does apply to

22   Arab-Americans.  They are a protected category under the

23   statute.  I did see a couple comments over the last couple

24   of days, I think there was one from Flint actually, or

25   maybe while we were in Flint, that said to the contrary.

MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION
TRANSCRIPTION, AUDIO 10/27/2021

Job 27452
50

1    That is incorrect.  The Arab-Americans are protected under

2    the Voting Rights Act.

3              CHAIR SZETELA:  Commissioner Orton.

4              COMMISSIONER ORTON:  So I just have a comment.

5    I just wanted to remind us all that -- so we need to do

6    this work.  It was set up so that we hear from citizens,

7    but I think at this point, we need to kind of shut out all

8    of the criticisms that are coming and all the pressure,

9    because these are all motivated, and we need to do our

10   work using the VRA and communities of interest.

11             MS. REINHART:  And I would just like to

12   remind everybody that we are running out of daylight.

13             CHAIR SZETELA:  Go ahead, Commissioner Clark.

14             COMMISSIONER CLARK:  Yeah.  And to add on to

15   what Cynthia just mentioned --

16             MS. PASTULA:  Is it directly related to the

17   VRA?

18             COMMISSIONER CLARK:  No.  Anything discussed

19   in this room today should stay in this room.  Period.

20             MS. PASTULA:  This is a confidential

21   discussion.

22             COMMISSIONER CLARK:  Not discussed with

23   anybody.

24             MS. PASTULA:  This is a confidential

25   discussion.  Again, as we started, if you have your

1          Confidentiality Agreements, you can return them to Sue Ann

2          or myself.  It is a confidential discussion unless the

3          court orders it open, that's why we have the recording.

4          That's why we have the basis and we'll move forward.

5                    COMMISSIONER LETT:  I move we adjourn the

6          closed session and go back into open session.

7                    COMMISSIONER WITJES:  Second.  Sorry, second.

8                    CHAIR SZETELA:  Motion by Commissioner Lett,

9          seconded by Commissioner Witjes to conclude the closed

10         session.

11                   MS. REINHRT:  Before the vote, Madam Chair,

12         I just want to indicate to everyone joining remotely.

13         What this means, after the vote to adjourn if it passes,

14         you will leave this Zoom meeting and re-join the Zoom

15         webinar.  So the meeting that we were on right before

16         this.  You can use the same link and you will be able to

17         join that one again.  Thank you.

18                   CHAIR:  All right.  All in favor of adjourning

19         the closed session, raise your hand and say aye.

20                   MULTIPLE SPEAKERS:  Aye.

21                   CHAIR:  All opposed, raise your hand and say

22         nay.  I can't see them.

23                   COMMISSIONER ROTHHORN:  Juanita raised her

24         hand.  I didn't hear from Erin and Rhonda.

25                   CHAIR SZETELA:  Erin and Rhonda, could you

1          verbally indicate your vote?

2                    COMMISSIONER LANGE:  Aye.

3                    COMMISSIONER WAGNER:  Aye.

4                    CHAIR SZETELA:  All right.  The ayes prevail.

5          It's unanimous, the closed session is adjourned at

6          5:19.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2    CERTIFICATE OF NOTARY

 3     STATE OF MICHIGAN    )

 4                         ) SS

 5     COUNTY OF MACOMB     )

 6

 7        I, CAROLYN GRITTINI, certify that this recording was

 8   transcribed by me on the date hereinbefore set forth; that the

 9   foregoing recording was recorded by me stenographically and

10   reduced to computer transcription; that this is a true, full and

11   correct transcript of my stenographic notes so taken; and that I

12   am not related to, nor of counsel to, either party nor

13   interested in the event of this cause.

14

15

16

17

18                         Carolyn Grittini
                          _____

19                         CAROLYN GRITTINI, CSR-3381

20                         Notary Public,

21                         Macomb County, Michigan.

22        My Commission expires: July 15, 2029

23

24

25
```

**1**

**1** 4:15
**10/25/21** 34:20
**13G** 4:13
**14th** 4:8 48:2
**15.243** 4:14
**15.268H** 4:3
**1837** 32:2
**1898** 32:4
**1965** 47:19

**2**

**20** 16:20 49:16
**200** 48:8
**200-year** 32:17
**2000** 32:4
**2018** 8:25 23:19 24:7
**2021** 2:1 4:8
**21** 4:10
**26th** 4:9
**27** 2:1
**27th** 4:4
**2nd** 6:21

**4**

**40** 18:3,10,13
**41** 18:11
**42** 18:10
**43** 18:6,10
**47** 18:10
**48.9** 17:8
**4:05** 2:2,6 4:6

**5**

**50** 9:14 18:6 21:1 38:9

**50+** 34:4
**50.1** 19:20 20:12 29:16
**50.something** 34:3
**51** 29:16
**52** 29:16
**54** 19:24
**55** 7:8 34:12,13
**58** 7:8,23
**59** 20:12
**5:19** 52:6

**6**

**60** 7:23

**7**

**70** 30:8

**8**

**8H** 4:2

**9**

**90** 11:6

**A**

**A'ING** 44:15,16
**abide** 7:20
**abilities** 48:9,17
**ability** 5:22 10:7,11 17:14 29:2 38:5 47:24 48:5
**able** 17:17 22:17 23:5 25:3 26:15 30:17 31:24 48:16 51:16
**about** 5:3,5,7,14 6:14 7:6,15, 16 8:1,5,18 9:2,20,21 10:25 11:4,16,20,24,25 12:3,11 13:9, 18,19 14:4,13 15:3,14 16:2,3, 12,25 17:1 18:14,16,20 19:2,6, 10,11 20:22 21:1,12,19,24,25 22:9 23:21 24:3 27:7,14,21 28:12,18 29:1,12,18 30:14 32:4,8 33:15,16 37:12 38:20

40:8,15 41:2,9,12 42:14,16,20, 21 43:23 45:5,20 46:18,21 47:23 48:13 49:12,16
**absolutely** 33:20 46:15
**accomplishing** 15:9
**accordance** 4:2
**accurately** 41:13
**achieve** 9:14 10:10
**achieved** 34:14
**acquiesce** 39:21
**Act** 4:3,7,12,14,23 5:15,17,21 6:24 8:5 9:8,19 10:5,22 15:21, 22 16:3,4,13,18 17:1,13 18:14 19:8 20:4 29:1,17 31:8,19,21 36:15,20 42:21 47:10,18 48:1, 3,12,18,24 49:12,13,19,21 50:2
**action** 40:18
**active** 8:15,19,21 22:3
**actively** 7:16,25
**Acts** 7:12
**actually** 5:15 6:15 14:24 18:7 41:17 49:24
**add** 17:21 50:14
**adding** 12:4
**addition** 7:13
**additional** 6:18 19:12 30:3 44:21 47:2,7
**additionally** 4:21
**address** 10:18 15:18 16:21 30:4,19 41:25 42:15 46:23 49:10
**addressed** 19:1 28:17 31:4 40:24
**addresses** 42:5
**addressing** 14:14 29:17 30:6, 7
**Adelson** 3:22 5:9 8:10,14,23 15:17 18:17 20:6,15 21:14 22:19 23:12 28:1 31:11 32:21 36:16 37:22 39:7 41:23 42:12 47:6 49:9
**adjourn** 51:5,13

**adjourned** 52:5

**adjourning** 51:18

**adjust** 19:19 29:15

**adjustment** 40:25

**adjustments** 30:18

**adoption** 4:4

**advice** 4:11 5:14 6:14 28:5 39:1 45:25 46:6 48:24,25

**advise** 14:6 38:15 46:8

**advised** 10:2

**advising** 29:18

**advocacy** 20:19 21:5,6 38:11

**advocating** 38:13

**AFL-CIO** 10:20

**after** 13:2 33:24 51:13

**again** 3:25 5:5 19:22 21:5 22:5 38:7 40:20,25 41:8 44:17,21 45:2 46:2,7 48:10 50:25 51:17

**against** 34:6 49:17,20

**age** 7:2 29:11

**agenda** 22:16 29:10

**agendas** 29:10

**ago** 7:14,15,18 29:7 49:11,16

**agree** 9:17 15:25 27:6,8 28:3, 11 32:25 36:7,25 39:8,11

**agreement** 4:20

**Agreements** 51:1

**ahead** 32:24 43:3 50:13

**aiming** 18:3

**air** 20:21

**Alabama** 47:20

**almost** 32:17 39:25

**alone** 25:20

**along** 10:14 48:4

**also** 7:1 8:4,21 9:3,18 13:5 20:8 22:12,20 23:19 28:8,21 29:13,24 37:2 42:13,14 47:1 48:1,22 49:4,9

**although** 9:17 21:3 41:15

**always** 37:20 38:2,7,24,25 41:2 48:19

**am** 45:22

**amendment** 35:20 48:2

**American** 47:23

**ammunition** 12:15

**among** 10:12 17:9

**amount** 5:19

**analyses** 10:17

**analysis** 6:10,22,23 7:9 8:2,8, 16,17,19,20 10:8,9 11:12 15:23 16:14 17:7 18:19 19:6, 11,13,17 21:10 28:4 33:1 37:6, 12,13,14,16,18 38:5,6 39:22 40:20,23 47:3,4,7,10,11,13,14

**analyzed** 9:15 34:7 38:3

**Ann** 4:20 51:1

**another** 7:22 8:1

**answer** 5:14 27:24 35:8 38:2

**answers** 7:21 41:7

**Anthony** 2:18 27:21 40:12

**any** 5:3,18 6:2,3 10:6 14:9 18:11 19:5 22:8 24:14 26:18 29:3 31:21 32:13 44:19 47:3

**anybody** 50:23

**anymore** 20:21

**anyone** 22:6

**anything** 21:20 22:9 25:14 26:3 37:7,15 46:21 49:7 50:18

**apologize** 45:1

**appears** 27:10

**applaud** 32:9

**apply** 49:21

**appreciate** 44:16,25

**approved** 13:2 30:18

**Arab-american** 24:2

**Arab-americans** 49:5,13,17, 20,22 50:1

**arbitrary** 7:10,22 20:1

**area** 13:12 20:2 40:13

**areas** 15:2,24 39:20 40:10

**aren't** 18:11

**argue** 37:2

**Arizona** 12:24 30:13

**arm** 20:20

**around** 22:23 43:10

**arrangement** 22:25 32:7

**Asian** 11:9

**ask** 6:18 35:1 37:15

**asked** 19:7 35:15 47:2 49:11

**asking** 15:14

**aspects** 15:6

**assigning** 7:5

**assumed** 34:15

**assuming** 45:18

**assumption** 11:8

**attending** 2:10,12,16,23 3:12

**attention** 47:22

**attorney** 33:4

**attorney-client** 3:21 4:10

**attorneys** 5:7 30:3

**available** 9:18 38:22

**avenue** 31:2

**away** 31:2

**aye** 51:19,20 52:2,3

**ayes** 52:4

---

**B**

**BA** 43:18

**back** 6:5 15:6,21 19:6 21:21 27:7 29:14 31:16 32:14 34:17 37:12 41:20 51:6

**backed** 30:15 37:7

**balloons** 13:8

**based** 4:23 5:24 11:12 13:1,24 16:13 17:17 20:18 38:6 48:20 49:14,20

**baseless** 11:19

basing 19:17

basis 4:23 7:9 51:4

beam 12:20

because 7:5 14:1 16:2,13
17:2 18:18,20 19:4,20,25 21:2
23:18 24:16 26:5,6 29:17
30:21,23 31:7,13,18 32:7 34:2,
4,6,16,21 39:14,24 40:17,18
41:8 43:11,19,22 44:4 48:15
50:9

become 6:11

been 6:4,8 7:16 8:1 9:1 10:12,
16,25 11:15 13:13 15:13,19,20
16:13 23:1 24:1 25:19 28:18
29:22 32:2,6 33:1,2 34:23
37:20 38:7,24 41:3 48:8

before 12:24 13:4 15:17 29:14
37:21 51:11,15

beg 12:3

behavior 23:22

behind 29:10

being 4:3,7,14 5:7,12 11:11
14:7 17:7,17 18:22 23:5 24:20
30:17 31:1,24 35:12 37:3
39:15 45:6 48:16

believe 30:3 34:22 35:14

benefit 31:2 41:6

best 14:2,10 29:8 36:7,8 38:16
45:25

better 27:2

between 5:6 13:22 28:15 32:8

beyond 11:10

bigger 26:18

bit 12:6

black 7:8 11:5,10 12:4 15:8
16:9,20 18:25 20:1 23:22,23
24:3 28:20 29:11 30:6,7 32:11

blacks 27:19

blatant 34:13

bled 43:11

bloc 6:22,25 10:17

board 20:25

borrow 12:19

both 4:10 11:21 47:16,17
48:14

BRA 43:18

Brady 26:25

briefly 8:4 39:8

bringing 29:20

Brittni 2:20

brought 13:13 43:25

Bruce 5:8 14:23 27:6 33:7
43:4 44:21

Bruce's 32:25 40:20

built-in 35:10

bunch 39:25

burden 34:16

BV 18:19

BVAP 18:4 21:9 29:16 30:9

---

## C

call 2:5,10,11

called 4:2,4,5 37:16

came 11:21 30:22 33:23 48:14

can 4:22 9:18 10:1 11:18
12:13 13:8,14 14:13,20 16:15
19:1 24:15,24 25:6,11 26:5,6,8
27:11 35:5,12,19 36:10 38:16,
20 40:15,23 41:20 45:11,25
46:7,11,23 51:1,16

can't 24:10 26:3,11,24 28:3,9
37:1 40:8 45:2,12 46:22 51:22

candidate 6:2,3,5 7:4 9:7,11,
15,24 11:5 23:16 24:4,9 40:4

candidates 9:6,12,21,22
11:10 23:18,24 29:2,3 40:4

cannot 12:12 24:11

case 9:9 23:14 31:18 33:23,25
34:6,8,9,10 38:8,9,10

cases 17:2

categories 5:23

category 49:22

cease 5:1

certain 10:22 14:25 17:5 20:1
29:3 40:3 48:11

certainly 44:19 45:1 48:6

cetera 40:7

Chair 2:4 3:19,25 14:17,21
15:16 17:21 18:18 21:15 23:10
24:12,18,23 25:3,11,16,21,23,
25 26:6,21 27:4,23 32:19,22
35:24 36:1,11,17,22 39:2,5
42:10 43:3 46:16,22 49:1 50:3,
13 51:8,11,18,21,25 52:4

challenge 12:10

challenges 9:16

challenging 29:6

change 25:6 26:11,15 27:17,
18 39:15,21 40:2,14 41:20
43:13 45:11,22

changed 22:9 26:24

changes 13:1 28:10,12,13
30:17 45:12,14

changing 27:16

Charlotte 3:13

choice 6:3,5 7:4 9:15,24 10:4
29:2 40:4

choices 30:5

choose 21:19

circumstance 6:7

citizens 2:6 24:21 39:24 50:6

city 13:22 17:19 32:6 37:4
49:16

civil 11:3 33:3 36:14,19

claimed 49:18

Clark 2:13,14 27:5,6 31:9
50:13,14,18,22

clear 8:22 11:23 19:21 40:5
49:21

client 4:11

clip 34:20

closed 2:5 3:20 4:1,5,16,17,
22,24 5:1,4 40:18 41:8 46:3
51:6,9,19 52:5

**closely** 42:23

**closing** 47:15

**codes** 43:18

**cognizant** 45:14

**cohesion** 21:12 23:16,17,23 24:3

**cohesively** 24:9

**Cohesiveness** 9:9

**colleague** 39:8

**colleagues** 45:4

**collectively** 41:5

**color** 5:24 47:25 49:14,20

**come** 6:17 9:25 12:1 19:5 42:13 43:16 44:9,10

**comes** 18:15 33:19 43:6

**coming** 23:6 31:6 50:8

**comment** 8:4 21:4 23:8 24:13 27:20 39:10,13 45:9 50:4

**commenters** 20:25 21:11

**comments** 12:22 13:11,12, 15,16,17 14:15 15:19 16:7,10, 25 19:1 20:9,11,19 21:25 22:14,21 27:9 28:3,18,19 30:22 37:7 42:15 49:4,23

**commercials** 44:7

**commission** 2:4,6 11:3 12:17 22:22 24:22 27:2 28:17 29:21 30:20 31:20 35:3,8 37:21,22 38:4,13,18,21

**Commissioner** 2:14,16,19, 21,23 3:1,3,5,7,9,12,15,17 8:7, 11,17 14:17,18,20,21,22 15:16,18 21:15,17 22:12 23:4, 9,10 24:12,13,19,23,25 25:10, 13,19,22,24 26:1,3,7,13,17,23 27:4,5,6,23,24 29:9 31:9 32:22,23,24,25 34:18 35:25 36:2,23,24,25 37:19 39:2,3,4, 5,10,12 41:14 42:10 43:1,3,4 44:23 45:1,5,7,8,10,11,16,17 46:10,15,17,25 49:1,2,3,10 50:3,4,13,14,18,22 51:5,7,8,9, 23 52:2,3

**commissioners** 2:9 3:18

**commonality** 16:10

**communications** 4:11

**communities** 16:7,16 17:16 21:21 29:21 35:2,4,22 42:16 46:11 50:10

**community** 13:25 14:10,11 16:9,11 18:25 19:3 20:6 21:6, 21 28:20 29:19 30:6,8 32:11 35:7,15,17,18 36:3 42:16

**community-based** 20:15 30:19

**compare** 18:9

**compared** 7:14 17:19

**compelling** 41:24 42:4,18

**complaining** 27:13,14

**completed** 47:13

**completely** 15:8

**compliance** 7:21

**comply** 7:11

**complying** 16:12

**compress** 27:19

**computer** 26:12

**concentration** 24:20

**concept** 31:9

**concern** 14:9

**concerned** 6:11 8:1 10:25 33:4

**concerns** 10:12 11:4 19:4 30:4,6,7,14,19 43:21

**conclude** 51:9

**concluded** 7:3 11:21

**conclusion** 7:2 10:1 11:12 28:5

**confident** 16:6

**confidential** 4:7 50:20,24 51:2

**confidentiality** 4:17,19 51:1

**congressional** 18:2,5

**connected** 47:16,17

**consent** 49:17

**conservative** 7:17

**consider** 7:20 31:19

**consideration** 20:8 29:20,23

**considered** 30:18

**consistent** 37:21 38:7,25

**consistently** 37:22

**consolidated** 27:11

**Constitution** 48:2

**consulting** 34:25

**contents** 41:9

**contiguous** 36:6

**continue** 22:23

**continues** 47:11

**contradict** 10:17 11:15

**contrary** 49:25

**conventional** 5:13

**conversation** 4:25 5:6 12:23 42:6 44:18

**convey** 48:20

**corner** 25:4,12

**correct** 33:8 41:14

**correctly** 47:5

**could** 2:7,8 9:15 24:16 35:3 37:16 43:1 51:25

**couldn't** 37:14

**counsel** 3:22,23 4:12

**counter** 10:18

**counties** 28:16

**country** 22:23

**County** 13:23 17:20 28:18 34:24

**couple** 20:9,22 33:12 49:11, 23

**course** 4:25 14:6,25 18:23 28:3 40:18

**court** 6:4,23 7:19 9:9 17:2 23:13 30:12 31:19 34:3 51:3

**courts** 32:3

**cover** 35:4 36:10

**covering** 40:20

**create** 7:7 29:14 42:4 48:7,17

**created** 35:2 48:8

**creating** 19:25 30:8 42:8,22

**crisis** 20:24

**criteria** 35:2 38:19

**criterion** 15:11

**critical** 22:5

**criticisms** 50:8

**crucial** 35:6

**cultural** 15:6

**currently** 21:20

**Curry** 2:15,16 23:9,10 24:12, 13,19,25 25:10,13,19,24 26:3, 7,13,17,23 42:11 43:2,3,4 44:23 45:1,5,8 46:15

**cycle** 7:13,14,25

**Cynthia** 3:2 21:13 50:15

**Cynthia's** 20:20

---

**D**

**data** 6:10 8:2,8,13,15,19 15:12 22:2 38:3,5,16,19,22 46:6,19

**data's** 8:14 37:23

**data-driven** 49:6

**day** 7:7 47:21

**daylight** 50:12

**days** 6:16 12:9 29:25 30:25 42:2 48:6 49:24

**deadline** 13:10

**deal** 11:25 13:9 44:11

**Dearborn** 49:5

**debating** 14:14

**decades** 6:5 32:7

**decide** 19:19

**decided** 34:1

**decides** 35:6,14

**decision** 23:13 30:14,15

**decisions** 6:4 13:9,14 30:24 38:6,17,19,21

**decree** 49:18

**deep** 43:21

**deeply** 17:24

**defines** 35:17,18

**definitely** 16:21 32:9,12 44:2

**degrees** 23:24

**deliberation** 40:25

**demographics** 13:23

**Department** 36:13,19,21

**depositions** 30:2

**description** 13:24

**designed** 5:21

**determination** 16:13

**determine** 6:24

**determined** 15:23

**Detroit** 2:17 15:3 16:19 19:1, 19 21:4 27:20 28:20,21,22 30:7 31:10 32:11 37:3 39:17, 24 40:13 43:6,7,17 44:1,2,8 45:18

**Detroit's** 27:9

**dialog** 12:23

**did** 10:19 18:19 21:12,17 22:10 26:13 30:12,13,23,24 31:4 33:12 34:3,5,16 37:13 40:2 44:6 45:8 46:18 49:23

**didn't** 8:12 16:4,5 27:15 31:5, 6 34:17,19 42:15 51:24

**died** 43:11

**difference** 13:22

**differences** 7:13

**different** 12:6 13:23,24 15:3 17:6 18:12,13 20:17 21:8 27:9 29:20 43:7,8,15 49:4

**difficult** 9:13,25 38:17

**dilution** 23:14 31:7

**direction** 12:6

**directly** 50:16

**director** 33:3

**disclose** 2:11

**disclosure** 4:13

**discrimination** 4:8 24:11 31:8,17 49:16

**discuss** 3:20 4:6 5:15 30:24 38:23

**discussed** 5:12 47:9 50:18,22

**discussing** 14:15 40:19

**discussion** 3:23 4:18 16:3 22:8,9 41:5 50:21,25 51:2

**discussions** 5:18

**disinvestment** 20:24

**dispositive** 10:3

**disrespect** 36:18

**disservice** 39:16

**distinction** 19:18 42:22

**distinguish** 17:12 42:7

**distinguishing** 40:21

**district** 7:6 11:6 16:19 18:5 19:25 22:24 28:9 33:6,17,18 34:2,5,12,13,15

**districts** 5:19,20 7:8 10:23 11:9 14:19 15:25 17:14 18:2 19:9,18 20:11 23:3 27:12,15, 19 28:13,17 29:15,22 30:9 33:9 37:24

**divide** 16:23

**document** 11:3

**documents** 4:18 10:25

**does** 5:1,18,20 6:7 7:9 10:5 11:14 17:13 19:8,11 20:12 23:22 35:8,9 36:13 38:8 41:9, 10,25 42:1 49:13,21

**doesn't** 9:19 27:13 42:9,17

**doing** 11:15 12:11 14:24 15:10 19:12,16 20:3 21:8 30:8, 12 32:18 35:20 38:13 39:16 40:17,19,21 47:7

**don't** 7:7 9:3 10:2,3 12:3,9,19 15:14 18:20 22:6 25:25 26:1, 22 28:3,5,15 33:7 37:12 39:12,

20 40:14 41:16 42:18 45:21 48:19

**done** 19:14 27:12 33:12 39:15, 22 40:1 48:22 49:6

**Doug** 2:12 35:15

**down** 33:13

**downtown** 16:19

**Dr** 6:21 7:2,9 8:12,15,19 10:8, 18 15:23 19:12 23:21 28:6 37:17,21 47:7

**draft** 13:2,7 22:4,5,6

**Drawing** 11:11

**drawn** 32:3

**draws** 35:4

**drew** 37:10

**drill** 2:12

**drink** 43:13

**drive** 37:23

**driven** 6:10

**driving** 27:8

**drop-down** 25:5

**during** 2:11

**Dustin** 3:16

---

**E**

**each** 24:4 41:6

**earlier** 47:7,18,24

**early** 37:25

**Edward's** 34:20

**effort** 30:3

**efforts** 20:19

**Eid** 2:18,19 14:17,18 15:18 27:25 32:23 36:23,25 37:19 49:1,3

**Eid's** 34:18

**eight** 6:16 12:9 29:25 30:25 32:14 42:2 48:6

**either** 4:20 5:3 10:13 11:1 32:3

**El-sayed** 23:20

**elect** 5:22 7:4 10:7,11 13:20 14:8 15:24 17:15,17 19:21 20:2 27:16 28:3 29:2 47:24 48:5,9,10,17

**elected** 10:6,7

**electing** 14:10 40:4

**election** 6:10 8:3,10,11,20,21 23:20,25

**elections** 8:5 9:16,17

**else** 15:11

**emphasize** 12:2

**empowered** 39:15

**encourage** 6:15

**end** 12:16 27:20 29:5

**enforce** 36:14

**enforcing** 48:21

**engender** 11:18

**enshrined** 48:1,2

**entered** 3:20

**Erin** 3:10 27:1 51:24,25

**essentially** 9:10 13:25

**established** 28:7

**estimates** 18:23

**et** 40:7

**evaluate** 16:15 28:23

**evaluated** 13:14

**evaluating** 14:14 29:1

**even** 5:20 10:18 12:20,21 19:6 33:18 37:21 42:15 43:25 47:5

**every** 6:7 30:15

**everybody** 25:10 41:10,11 43:21 50:12

**everyone** 4:19 26:16 51:12

**everything** 15:11 27:7 30:16 37:1

**everywhere** 5:13

**exactly** 31:21 34:22 35:14 38:16 44:24

**examined** 42:23

**example** 10:20 19:2

**excellent** 22:20 43:25

**excuse** 16:2

**exempt** 4:13

**exist** 10:18

**expand** 32:12

**expands** 32:10,11

**expected** 44:19

**experience** 9:13,24 38:12

**experienced** 14:3

**experiences** 21:7

**expert** 31:23

**explained** 30:16

---

**F**

**face** 34:13

**faces** 24:16 26:18

**fact** 15:2 25:14 44:17

**Fact-based** 37:6

**facto** 11:9

**factor** 12:13

**factors** 24:10

**facts** 37:2

**factually** 10:24

**Fair** 10:21

**fall** 20:20 22:17 46:11

**far** 37:9

**fascinating** 21:12

**fast** 43:5

**favor** 51:18

**favorites** 9:20

**federal** 7:17 36:14 49:18

**feel** 16:24 18:16 19:14 24:15 38:22

**feelings** 37:8

**felt** 16:24

**FEMALE** 20:5 46:13

**few** 20:25

**field** 9:5,13,19,25

**fields** 23:17 24:7

**figure** 24:1

**filtering** 29:6

**final** 13:3,8 22:7

**Finally** 34:18

**firm** 34:25

**first** 5:4 21:13,18 35:16 37:11 43:2 44:14

**five** 9:11

**fix** 24:24 26:7,11,22 27:13 41:18 43:19,20,21

**flat-out** 41:2

**Flint** 13:16,18,20,21,22 14:3,7 15:7 16:3,6,10 17:16,19 19:18, 23 20:22 27:7 30:8 42:15 43:14,15 44:5 45:19 49:24,25

**Flint's** 44:4

**focus** 12:19,20,22 13:15,17 14:5,7 30:1,2 42:7

**focused** 13:4 44:22,23,24

**folks** 14:1,25 15:10

**follow** 38:14 39:7 45:10

**follow-up** 36:12

**forever** 34:24

**forget** 21:16,17 45:20,23,24

**forgot** 8:18

**forward** 5:14 6:15 11:24 13:15 14:5,14 22:11 38:24 42:1,23 48:25 51:4

**founded** 21:7

**frankly** 32:6 35:9 48:6

**fraught** 7:25

**Freedom** 4:14

**frequent** 40:12

**Friday** 12:21

**friend** 34:23

**friends** 40:7

**from** 2:17,24 3:13,21 4:13 5:17 8:25 12:19,21 14:7,12 16:10 18:13 23:6 25:7 28:10, 19 34:20 38:23 41:6 42:19 44:9,10 48:6 49:4,24 50:6 51:24

**front** 33:19

**fuller** 41:7

**further** 28:24

**future** 12:8 31:25 42:3

---

**G**

---

**gallery** 25:6,8,17,18 26:15,17

**galvanizing** 47:22

**garbage** 38:10

**general** 3:21,22

**Genesee** 13:23 17:20

**gets** 15:5 35:7,8

**getting** 26:19 37:24 39:14 41:4 44:14 45:25

**Gingles** 9:9 23:13 24:10 33:24

**give** 12:9 25:4 27:15 33:24 44:3,13 47:2

**gives** 12:15 31:3

**giving** 22:1 25:14

**glad** 31:12

**GM** 20:24

**go** 15:6 18:6 21:13,15,20 25:4, 25 26:1,2 32:13,14,24 33:11 35:1 41:20 43:3 45:12 50:13 51:6

**goes** 11:16

**going** 3:10 6:5 11:24 12:5,19 13:15 15:4 19:13 20:20 21:16, 18 25:20,24 26:11 27:17 29:13,25 31:22 36:5 37:23,25 38:1,2 39:21,23 40:2 42:22 44:2,13 45:15,17,18,19,22,23, 24 48:25

**gone** 25:15

**good** 25:24,25 31:14 40:2

49:6

**got** 18:19 25:13 35:21 36:6 39:18 43:11,20,23,24 44:1,3, 19 45:22 47:21

**Grand** 45:19

**grandparents** 40:11

**great** 18:17 28:1 33:22 39:22 49:9

**greater** 47:12

**Grebner** 34:20

**grew** 44:7

**group** 5:25 6:6 24:8 47:25

**grow** 44:17

**grows** 44:18

**guarantee** 10:6

**guaranteed** 48:11

**guaranteeing** 29:3

**guarantees** 5:25 48:10

**guys** 24:16 44:13 46:4 49:7

---

**H**

---

**ha** 33:14

**had** 10:13 16:19 22:1,2,3 26:17 29:14 37:8,21 43:13,14 44:6,11,21 47:18 49:10

**halted** 5:2

**Hamtramck** 19:2 28:9 49:16

**hand** 23:9,11 40:6,7 51:19,21, 24

**Handley** 6:21 10:18 15:23 19:12 23:21 28:6 37:21 47:7

**Handley's** 7:2,9 8:12,15,20 10:8 37:17

**hands** 32:20

**happen** 6:7 31:24

**happened** 12:24 13:4 32:16 43:14

**happens** 12:21

**happy** 33:21

**hard** 32:5 43:12 44:10

**has** 6:4 7:3,16,19,24 9:6 11:19 12:17 13:13 14:3 15:19,20,23 17:3,7 21:2 23:2,9,10,25 29:9, 21 32:1,6 33:4,11,20 34:23 37:3,22 38:4,5,22 39:10 41:2 43:21

**hate** 37:5

**have** 3:20 4:20 5:3,6,10 6:11, 12,17 7:25 8:12 9:10,11 10:12, 14,22,23 11:4,15,25 12:1,2,8 16:10 17:23 18:2,5,20 19:8,9 20:10,16 21:2,20 22:16,21,22 23:14 25:16 26:8,11,23 27:2, 10 28:4,5,17 32:19 33:5,6,8,9, 25 34:1 35:13 36:2,9,11 37:5,8 38:11,16,18,23 40:1,22 41:5 42:18 44:21 45:4,9 46:5,6,7 47:11 48:7,8 49:7 50:4,25 51:3,4

**haven't** 19:5

**having** 7:22 13:21 29:15 42:5

**he'll** 35:1

**he's** 33:2,5 34:23

**heads** 39:25

**hear** 14:22 17:23 22:10 26:5,6, 8 50:6 51:24

**heard** 8:5 14:15 19:2 20:11 22:15 35:13 40:22 49:4

**hearing** 20:24 21:5,6 37:3,11 41:6

**hearings** 13:3 22:10

**heart** 44:9

**helpful** 9:18

**helping** 24:1

**here** 5:5 24:20 40:14 43:22 44:8

**here's** 36:8,9

**Hi** 24:18

**high** 29:11

**higher** 17:6

**highlight** 13:12 20:21,23

**hired** 31:23 43:22

**Hispanic** 11:8

**historic** 16:8 28:21

**history** 4:8 21:7 31:17 32:17 37:9 47:23 48:9

**holes** 37:13

**home** 27:8

**hope** 22:13

**how** 11:25 13:9 14:18 15:12 18:12 22:10 26:22 27:3,21 28:10 31:4 34:18 36:5,9 37:25 40:8,9,21 41:10,11 42:12,13 44:17 45:14

**however** 19:18

**hungriness** 44:10

**hungry** 43:12

---

## I

**I'D** 33:21

**I'LL** 5:8 12:19 33:14 34:12

**I'M** 3:10 9:7 16:6 18:9 24:14, 15,16 25:7,20,24 26:18,19 31:12 32:21 36:18 39:3,8,13 41:14,22 43:14 44:2,13,24 45:3,5,18

**I'VE** 15:13 23:2 33:1,2,12 34:22 39:16 48:22

**identifying** 41:13

**ignore** 40:8 41:16

**II** 17:1 23:14 24:11 31:18 33:10,11 34:7 38:8

**immediately** 5:1

**important** 5:11 6:19 9:3,18 16:23 19:17 20:7,8 23:7 24:6 29:23,24 30:2,20 31:17,20,25 41:5 42:7,21 43:9,11,16 44:4

**inaudible** 2:24 8:12,18 20:5, 14 46:14

**include** 7:9

**includes** 8:15,24

**incorrect** 10:24 11:11,17 17:4 41:2,3 50:1

**incredibly** 48:23

**indeed** 5:19

**Independent** 2:5 24:21

**indicate** 51:12 52:1

**indicated** 7:19

**influence** 4:9 32:12

**inform** 22:4

**information** 4:14 5:12 6:14, 18 10:2,13,16,20 11:2,14,17 13:13 29:7,8 40:19

**informed** 7:1

**infused** 11:1

**Ingham** 34:24

**initially** 12:12

**injuries** 47:20

**insist** 12:2

**insistent** 15:20

**insupportable** 11:11

**intended** 5:22 22:6 35:10 48:18

**intent** 34:11

**interest** 18:25 21:6,21,22 35:2,4,7,15,17,18,19,23 36:4 42:16 46:12 50:10

**interesting** 23:19

**interests** 23:6

**interpretation** 34:10

**interrelationships** 42:13

**interrupting** 45:2

**interviewed** 34:21

**ipso** 11:9

**isn't** 18:14 23:17

**issue** 16:18 17:11,16 20:13 22:15,16 27:10 29:17,18,20 43:9,10,15,19 44:4 47:16

**issues** 12:1 18:25 20:25 28:19 30:22 42:5,17,20 43:10,16 44:4,6,8 48:14

**it'll** 25:6

**it's** 8:21 9:18,20,21 10:7 11:12 15:7 16:13 17:18 18:7,12,16

19:10,11,18,24 20:17,18,20
21:21 22:5,16 24:19 25:14,19
26:24 28:8 29:19 30:2 31:20
33:18,20,23,24 34:10,11,14,
15,22 35:5,9,10,18,20 38:14
39:12 40:12 41:1 42:6 43:18
44:18 45:2 47:10,17 48:1 52:5

**items**  6:20

---

## J

**jacked**  40:13

**Janice**  3:8

**Jell-o**  35:10

**job**  38:14 39:22 40:2 45:25

**Johnson**  33:8 36:18

**join**  51:17

**joining**  51:12

**Juanita**  2:15 24:18 25:22,23
26:10 51:23

**judge**  49:18

**judiciary**  7:17,18

**Julieann**  5:10 7:15 16:24
18:18 33:20 39:11 42:5 44:1,
23

**jump**  40:16 41:7

**jurisdiction**  36:20

**jurisprudence**  6:1

**just**  7:5,7,22 8:22 9:7 11:10,
12,21,22,23 12:14 15:8 18:18
19:1 21:23 24:20 25:19 26:13,
22 27:16 28:16 31:6 34:4 37:1,
4 39:7 41:7 43:6,8,12,16,17,19
44:4 45:9,10,16,24 46:10 49:3
50:4,5,11,15 51:12

**Justice**  36:21

**justify**  14:24 35:19

---

## K

**keep**  13:25 14:1,8 16:11 18:22
24:20 33:6,9 38:15 40:15

**keeping**  13:18 16:16

**keeps**  41:10

**Kellom**  2:20,21 14:20,21,22
15:18 36:24 39:2,6,10,12
41:14 45:11,16

**kept**  19:23

**key**  7:5 38:6

**keys**  9:8

**kid**  41:19

**kind**  18:19 24:1 26:9 30:21
49:4 50:7

**kinda**  44:7

**knew**  39:18

**know**  2:12 5:4,17,21 6:20 7:23
8:24 9:1,3 12:20 13:7,13 14:2,
6 15:1,7,14 16:24 17:5,23
18:22 19:12 20:20 23:8 26:21,
22 27:3 28:11 29:13 30:14,15
31:12,20,25 32:1 34:25 35:22,
24 37:6,10,11,12 39:10,12,19,
20,22 40:3 41:17,19,20 44:5,6,
8,24 47:6,18 49:15

**known**  34:23

---

## L

**lack**  11:1

**lady**  44:6

**Lakeside**  28:17 29:22

**Lange**  2:22,23 26:25 32:23
36:23 39:3,4 52:2

**language**  5:24 14:23 15:4
47:25

**larger**  10:12

**largest**  24:8

**laser**  12:20

**last**  12:18 14:16 20:9 27:8
29:24 30:24 48:4 49:23

**late**  30:21

**later**  35:3

**law**  6:10,15 11:16 34:6,8,9,10
38:8,9,10,14,15 47:23

**lawsuits**  13:1,4

**lawyers**  29:18 37:15 46:8,9

**lay**  11:22

**lead**  3:23

**least**  22:8,9,13

**leave**  25:20 51:14

**leaving**  20:24

**legacy**  48:6,15

**legal**  4:11 11:19

**legally**  10:24 12:12

**Legislative**  32:2

**legislature**  32:3

**less**  17:11 20:13

**lesson**  14:7

**let**  19:22 21:15 31:16 43:5

**let's**  5:16 9:5 15:21 19:23,24
29:13 35:21 40:5 44:11 45:24

**Lett**  2:25 3:1 24:23 27:5,24
32:22,24,25 35:25 36:2 45:8,
10,17 51:5,8

**level**  28:6

**light**  23:22

**like**  8:14 10:20 11:6 12:14,20
14:24 15:3,9,11,20 17:5,18
18:1,12,19 19:1 21:23 22:21
24:7,15 25:5,6,17,18 27:22
28:16 29:22 31:23 34:21 36:18
37:2,5 39:13,14 40:5,12 41:11,
19 47:5 50:11

**likes**  35:22,25

**line**  10:14

**link**  51:16

**Lisa**  47:2

**listen**  13:18 46:8

**listening**  16:17 33:1,3 39:23

**litigation**  30:1 31:2,21 42:3,23
45:21

**little**  12:6 25:5,11 39:14

**live**  17:18 40:11 44:1

**lived**  13:21 21:7 37:4 38:12
39:16

**lives**  13:20 14:11 17:19 37:3

**locked** 33:13

**long** 23:1,2 37:9 41:21

**look** 15:6 18:1,4,8 22:20 28:20,23 29:25 30:17,18 33:11 36:3 40:4 44:1

**looked** 17:24,25

**looking** 12:8,9,16 16:7 18:9 22:2 24:14,16,21 29:21 30:10 31:22 42:2 48:5 49:6

**lose** 43:5

**lot** 8:5 9:1 13:11,13 20:19 28:2,18,19 29:6,7,9 30:13 32:5,8 35:13 37:24 40:21 41:1 44:5 45:3 47:22

**loudly** 19:16 42:20

**love** 44:5

**loves** 36:1

---

## M

**M.C.** 3:4 35:22 36:3 46:16

**Madam** 3:25 18:17 51:11

**made** 12:22 13:2 30:14,16,17, 24

**magic** 19:7,8,10

**major** 22:25

**majority** 20:11 21:11 24:5

**majority-minority** 5:19,20 10:23 17:13 19:9 33:5,6,9,17 34:1,5,15 37:23

**make** 8:7 11:22 13:8,14 19:21 22:7 23:8,13 27:12,18 34:5,11, 12 38:5,17,18,19 42:14 45:12, 13,22 48:4

**makes** 11:8

**making** 30:5 45:16

**MALE** 20:14 26:5 46:1,14

**mantras** 28:25

**many** 6:17 12:13 17:9 19:18 21:2 22:14,23 33:9 37:25 42:5, 20

**map** 18:7,8,9 22:7,11 35:4

**mapping** 13:3 21:24

**maps** 10:21 13:2,7,9 15:5 17:25 18:1,5,15 22:4,6,7 32:2 37:9 45:21

**march** 47:19,20

**Mark** 34:20

**matrix** 8:15,19,21,24 15:11 22:3

**may** 4:18 9:5 16:14 17:5,6 31:24 43:8

**maybe** 35:16 49:25

**MCL** 4:3,14

**mean** 24:19 36:5 37:1,5,14,17 42:17 43:15

**Meaning** 9:9

**means** 23:25 34:11 40:4 51:13

**media** 5:13

**meet** 41:25

**meeting** 2:11 5:10 35:16 42:19 51:14,15

**meetings** 4:3 20:23

**membership** 5:24 47:25

**memo** 5:18 41:9

**memoranda** 4:23

**memorandum** 17:12 31:16

**memory** 25:7

**memos** 3:21 4:7,10 5:12 44:15,20 47:16,17 48:13

**mention** 10:21 16:5 42:24 47:15

**mentioned** 31:12 33:18 47:6 50:15

**met** 16:14

**Michigan** 2:5,17 3:13 4:9,14 8:25 11:3 22:22 24:21 31:15 32:1 36:13,19 48:9

**MICRC** 5:6

**Midland** 28:18

**might** 23:21 41:15

**Mike** 26:25

**Mile** 32:14

**mind** 18:22 27:15 46:18

**minor** 27:12

**minorities** 7:4 9:10

**minority** 5:25 6:5,6 7:11 9:6, 12,23 10:10 11:5 22:24 23:15 24:8 32:10 47:25

**minority-majority** 33:17

**minute** 31:16

**minutes** 4:1

**misinformation** 6:12 10:13 11:1

**misleading** 11:13,18 29:8

**miss** 39:23

**missing** 15:19 41:11

**misstatements** 49:11

**modification** 22:8

**modifications** 27:12

**moment** 47:23

**Montgomery** 47:20

**more** 7:17 8:25 9:14 12:24 16:16 17:25 18:16 19:3,14 20:2,13 24:15,16 27:19 29:7 38:1 42:24 48:7,9 49:3,7

**most** 13:17 17:22 41:24 42:15, 20

**mother** 40:11

**Motion** 51:8

**motivated** 50:9

**move** 6:15 15:17 22:10 51:4,5

**moving** 38:24 42:1

**Mr** 3:22 5:9 8:10,14,23 15:17 18:17 20:6,15 21:14 22:19 23:12 28:1 31:11 32:21 36:16, 18 37:22 39:7 41:23 42:12 47:6 49:9

**Ms** 3:19,24 20:18 21:23 26:10, 14 37:17,20 40:16 44:13,25 45:7 46:2,23 50:11,16,20,24 51:11

**much** 6:11 12:23 45:6

Case 1:22-cv-00272-PLM-RMK-JTN   ECF No. 126-1   PageID.4631   Filed 12/11/23   Page 65
of 73

MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION                    Job 27452
TRANSCRIPTION, AUDIO 10/27/2021                          Index: multi-candidate..over

**multi-candidate**  9:5,19,25
23:17 24:7

**multiple**  9:12,22 51:20

**must**  10:23 48:11

**my**  9:13,24 16:3 18:13 24:20
26:24 27:14 28:13 35:17 36:17
39:8,17 40:11 43:5 46:17 48:7,
21

**myself**  4:21 26:18 51:2

**N**

**nailing**  35:10

**name**  2:10 33:8,24 45:20

**narrative**  13:16

**national**  47:21 49:14

**natural**  44:18

**nature**  28:21

**nay**  51:22

**naysayers**  19:4

**nebulous**  35:2

**necessarily**  10:2,3,4 15:15
24:5

**necessary**  35:6

**need**  7:4 11:22 16:21 19:20
20:2 22:16 26:7 38:17 40:13
41:18 43:19 45:14 46:6,19
47:4 50:5,7,9

**needed**  7:11 10:9 15:24 28:6

**needs**  14:9 38:18

**neighborhood**  15:7 18:24
19:3 20:7,16 22:1 27:10 30:19

**neighborhoods**  14:1 16:8,9,
16 17:16 27:11,17 28:14,21

**neither**  6:7

**never**  7:10 32:16

**next**  6:16 12:9,21 21:18 42:2
48:6

**night**  25:24,25 27:8

**no**  5:25 8:25 10:13,16 11:12,
19 17:2,3,7 19:10 22:21 23:23
24:3 25:16 26:7,21 33:7 34:3

36:12,16,17,18 38:16 44:25
48:10 50:18

**nobody**  17:8 35:9 45:11

**nodding**  39:25

**none**  4:17

**nor**  6:1,7 32:13

**notes**  36:3

**nothing**  6:1 33:14,15,16

**notice**  16:4

**number**  10:22,24 19:7,8,9
20:10 21:9 34:12,21 37:23

**numbers**  7:6,23 18:11,23
19:11 24:4 31:6

**numerical**  5:19 7:5 17:14
20:10

**O**

**observing**  15:2

**obviously**  12:17 18:20 33:2

**occasions**  7:19

**occur**  4:4

**occurred**  47:20

**October**  2:1 4:4,7,9

**off**  4:24 20:20

**offhand**  28:10

**offsets**  30:21

**often**  6:6 9:4 23:2

**oh**  30:14 32:21 37:11 39:3
40:1

**okay**  8:22 25:19,21 26:18,19
27:6 36:17,21 39:5 41:18 45:9
46:1

**omissions**  17:9

**once**  27:23 33:12

**one**  7:13 8:24 9:6,7,14,16
11:3,7,24 12:2,7,11,13 13:12,
15 14:3,4,8,12 15:18 16:15
17:3,7,11,21 18:5,6 19:6,17
20:21 21:1,18 23:8,12,25
24:10 28:9 29:4,6 34:21 36:11
38:2,9 40:6 41:24 42:24 43:20

44:21 46:18 47:15 48:14 49:3,
24 51:17

**ones**  11:7

**ongoing**  6:16

**only**  4:22 16:6 24:2 26:17 34:5
38:7 45:13

**open**  4:3 5:2,6 40:24 46:18,23
47:9 51:3,6

**operative**  34:24

**opinion**  48:24

**opportunities**  32:10,11 48:8,
9,17

**opportunity**  5:10,22 6:13
10:7,11 17:15 27:16 29:2
47:24 48:5,7,23

**opposed**  51:21

**opposition**  11:18

**oppression**  37:9

**option**  25:17 26:14

**order**  2:6 4:6 6:24 23:13 36:9

**orders**  51:3

**organizations**  19:15

**organized**  23:6

**oriented**  34:10

**origin**  49:14

**originally**  35:9

**Orton**  3:2,3 15:16 21:15,17
22:12 43:1 45:8 46:10 49:2
50:3,4

**Orton's**  29:9

**ostensibly**  12:14

**other**  7:6 11:17 15:12 22:1
28:19 34:9 37:7 38:19 40:7,24
43:10 44:20 46:9

**other's**  41:6

**Ottawa**  28:18 45:20

**ours**  14:3 18:9,12,15

**ourselves**  33:13 34:19 36:10

**outside**  4:18

**over**  5:8 6:16 12:9 14:15 35:12

42:1 49:23

**own** 14:8 18:21 42:18

---

**P**

**p.m.** 2:2,6 4:6

**pack** 21:2

**packed** 11:6 22:24 23:3 32:6

**packing** 14:19 15:25 19:22,25 27:21 29:16 30:4 31:5

**page** 41:22

**pale** 11:11

**Palmer** 40:9

**paper** 31:23

**paragraphs** 33:21

**Park** 40:10

**part** 5:23 10:25 13:5 31:15

**particular** 6:2,3 10:6 13:12 14:9

**particularly** 7:18,24 11:6 16:9 41:3 42:2 47:16,17

**parties** 23:1 32:8

**partisan** 22:16

**partly** 32:7

**Pass** 39:4,5

**passed** 47:19

**passes** 51:13

**passion** 38:12

**passionate** 41:12

**PASTULA** 3:24 20:18 21:23 37:17,20 40:16 44:13,25 45:7 46:2,23 50:16,20,24

**path** 5:14 14:4,14

**paths** 12:10

**people** 12:4,5,10,15,18 17:23 19:15 20:1 21:3,25 29:10,19, 25 31:5,22 32:19 35:13 36:7 38:11 40:3,6,8 43:7,11,12,13, 14,16 44:3,5,11 49:14

**people's** 46:9

**per** 16:18

**percent** 7:8,23 9:14 11:6 16:20 17:8 18:6,10,11,13 19:20,24 20:12 21:1 29:16 30:9 34:4,12,13 38:9

**percentage** 7:11 10:9,10 20:1 33:15

**percentages** 17:14 18:16

**percentile** 18:4

**perform** 47:11

**Period** 17:15 50:19

**person** 6:6 9:14 10:6 29:4 34:22 48:11

**personal** 34:23

**phase** 12:18

**phone** 3:11

**phrase** 12:19

**phrases** 12:3,14

**pick** 9:20 34:12

**place** 30:20 43:20

**places** 15:8

**planning** 40:17

**plead** 12:3

**please** 2:7,8,9,11 4:21 6:17 10:2 12:3 36:13

**plus** 21:1 38:9

**point** 8:23 10:14 11:21,24 15:5,25 18:17 22:19 23:4 29:9 38:24 41:23 42:14,24 44:21 45:20 48:4 49:9 50:7

**poke** 37:13

**polarized** 6:25

**political** 23:1 32:8 34:24,25 36:22

**politicians** 39:18 40:1

**population** 7:3 28:11 29:11 30:5 36:6

**position** 39:21 40:1

**possible** 24:15 39:10 47:8

**potential** 31:2 42:3

**potentially** 31:1

**powerful** 48:23

**predominantly** 14:5 21:3

**predominate** 12:12

**preferences** 24:2,3

**preferring** 9:22

**preliminary** 13:5,7

**premise** 7:24

**premised** 10:8

**prepared** 4:12

**present** 2:9,14,16,19,21,23 3:1,3,5,7,9,12,15,17,18

**presented** 6:22

**preserved** 35:7

**pressure** 37:24 50:8

**presumed** 34:15

**presupposes** 11:4

**pretty** 34:13 43:5 49:6

**prevail** 52:4

**previously** 5:18 12:22 30:23

**primaries** 9:5 10:1

**primarily** 8:20

**primary** 8:5,9,24 9:1,2,12,16, 17 21:2 23:19 24:7 33:1

**privilege** 4:6

**privileged** 4:10

**probably** 25:8,18

**problem** 27:13,14,17 36:2

**problematic** 16:1

**process** 6:11 7:16 29:5 49:6

**Promote** 17:24 18:4

**prompt** 3:11

**proposed** 22:4,6,7

**protect** 34:19 49:13

**protected** 5:23 49:22 50:1

**protects** 49:14

**prove** 24:11 34:17

Case 1:22-cv-00272-PLM-RMK-JTN ECF No. 126-1, PageID.4633 Filed 12/11/23 Page 67 of 73
MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION
TRANSCRIPTION, AUDIO 10/27/2021

Job 27452
Index: provide..revealing

**provide** 4:11,25 5:14,22 6:13, 14 10:1 36:10

**provides** 11:17

**providing** 33:13

**public** 2:7 13:2 15:19,20 16:17 21:25 22:10 37:11 41:12 49:12

**pull** 32:14 44:19

**purpose** 46:2

**pursuant** 6:23

**put** 10:16 12:17 21:19 30:11 35:20

**putting** 14:25 17:12 34:4

---

### Q

**question** 9:23 15:5 17:6 28:1 35:15 36:12 37:16 46:20 47:1

**question/answer** 36:13

**questions** 5:3,14 6:16,18 41:4,6 44:20

**quick** 23:8 40:17 49:3

**quickly** 47:8

**quite** 15:20

---

### R

**race** 5:24 6:4 12:12 13:24 14:5,9 16:5 20:18 21:1 29:3,4 34:4,6,16 47:25 48:11 49:14, 20

**race-based** 7:20,21

**races** 15:1

**racial** 6:22,25 10:16 13:19

**racially** 6:25

**raise** 51:19,21

**raised** 51:23

**random** 9:7 30:5

**randomly** 31:6

**range** 18:3

**Rapids** 45:20

**rather** 7:5 14:5 35:12

**rationales** 42:18

**re-join** 51:14

**reaching** 24:5

**read** 7:6 34:19

**real** 45:6

**reality** 8:25 16:5

**realize** 9:18 23:5

**really** 6:19 11:22 16:2 22:20 23:17 24:6 30:2 31:13 35:22, 25 37:1,13 39:24 40:16 41:1,3, 5 42:25 47:22 48:15

**reason** 7:22 8:2 12:7 31:15 33:1 47:3

**reasonably** 19:24

**reasons** 12:7 17:12 41:24

**Rebecca** 3:6

**recall** 6:21

**received** 3:21 4:19

**recent** 30:4 33:23,25

**recently** 11:21 12:1

**recognize** 22:13

**recollection** 28:14

**recommended** 7:10 20:10

**record** 2:7 4:1 6:13 12:17 30:11 31:3 42:4,8,22

**recording** 51:3

**redistricting** 2:6 7:14 12:13 24:21 35:3

**referenced** 11:7

**referencing** 32:1

**reflected** 27:7 37:2

**regard** 4:12 49:8

**regardless** 47:24

**regards** 49:5

**Reinhardt** 3:19

**REINHART** 26:10,14 50:11

**REINHRT** 51:11

**related** 46:20 47:1,2,3,10 48:3 50:16

**relatively** 29:11

**relied** 11:15

**reluctance** 7:20

**remedy** 7:1

**remember** 9:3,7 10:5 12:11 17:2 23:20 28:25 29:24 37:24 46:11 47:5

**remind** 50:5,12

**remotely** 2:11,12,17,24 3:13 51:12

**removed** 25:20

**repeat** 33:14

**report** 10:21 11:8

**reporter** 19:7,10

**require** 5:18,20 10:5 17:13 41:25 42:1

**required** 6:7,23 7:3

**requirement** 23:14 48:10

**requirements** 17:18

**requires** 5:15 6:2 10:22

**resolution** 4:5

**resolve** 27:22

**resources** 38:23 46:7

**respect** 34:18 38:11,12 40:12

**response** 47:19

**responsive** 29:22

**result** 5:11 22:25 34:14

**resulted** 22:4 23:3

**results** 6:10 8:3,9,10,12,20, 21,24 9:1,2 34:10

**retrogression** 38:10

**return** 5:2 51:1

**returned** 4:20

**reunification** 28:9

**reunifying** 14:25

**revealing** 17:22

Case 1:22-cv-00272-PLM-RMK-JTN ECF No. 126-1, PageID.4634 Filed 12/11/23 Page 68 of 73
MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION                Job 27452
TRANSCRIPTION, AUDIO 10/27/2021                                        Index: review..so

**review** 35:8

**rhetoric** 14:23

**rhetorical** 9:23

**Rhonda** 2:22 26:25 51:24,25

**Richard** 3:14

**right** 8:11 18:10 25:4 26:8 27:4 28:2 31:10 32:10,13 33:7 35:15 46:4,5,13 51:15,18 52:4

**right-hand** 25:12

**rights** 4:7,12,23 5:15,17,21 6:24 7:12 8:5 9:8,19 10:5,21 11:3 15:21,22 16:3,4,12,18 17:1,13 18:14 19:8 20:4 29:1, 17 31:8,19,21 33:3 36:14,15, 19,20 42:21 47:10,18 48:1,3, 12,18,24 49:12,13,19,21 50:2

**ripped** 40:9,10

**rockets** 12:14

**roll** 2:8,11

**room** 4:19 20:22 41:11 45:12 50:19

**Rothhorn** 3:4,5 8:7,11,17 25:22 26:1 46:17,25 51:23

**rules** 4:16,21

**run** 21:3 31:3

**running** 21:8,9 50:12

**runs** 34:24

---

### S

**Saginaw** 15:7

**said** 5:7 12:20 17:3,7,8,23 18:22 19:10 23:22 27:7 29:14 33:10 36:8 37:1,11,22 39:8 42:5,14 43:8 47:18,23 49:25

**same** 9:10 10:14,23 16:10 18:7,15 23:16 24:8 40:15 41:21 43:15,18 51:16

**Sarah** 24:23

**saw** 39:17 49:11

**say** 2:9 9:6 12:3 15:1,13 16:4 19:8,22,23,24 21:18 22:8,13, 21 25:6 26:20 28:15 30:17 33:4,11 37:5 38:9 41:10 42:9

43:6,8 46:10,21 48:16 51:19, 21

**saying** 9:7 14:23 15:8 19:20 20:16 22:15 26:22 32:15 33:2, 5,7,8 39:19 40:1,13 41:15,17, 22 45:12,13

**says** 6:15 33:19,25 34:3 35:1 38:9,10 39:23 42:8 48:12,24

**scares** 39:24

**scent** 20:7

**school** 20:25

**screen** 24:14,17,22 27:2

**se** 16:18

**second** 8:13 35:16 45:20 46:20 47:1 51:7

**seconded** 51:9

**Secondly** 33:22

**secretary** 2:7,8,9,15,18,20, 22,25 3:2,4,6,8,10,14,16,18

**Section** 4:2,13 17:1 23:14 24:11 31:18 33:10,11 34:7 38:8

**secure** 38:22

**security** 33:13

**see** 23:21 24:16 25:10,11 26:3, 8,16,24 31:1,24 33:11 39:25 42:10 49:23 51:22

**seeing** 26:18

**seen** 6:4 10:17 23:2 47:22

**Selma** 47:19

**senate** 18:7,8,9

**sense** 6:13 9:20 14:7 28:11 29:6 31:3 48:16

**separate** 23:5 42:19

**separated** 21:20

**September** 6:21

**seriously** 30:11

**served** 14:10

**session** 2:5 3:20 4:1,2,3,5,17, 22,24 5:1,2,4 12:8 38:20 40:18,24 41:8 45:3 46:3,18,24 47:9 51:6,10,19 52:5

**sessions** 4:16 25:1

**set** 6:13 8:13 50:6

**settings** 26:12

**seven** 9:6,11

**several** 7:19

**shared** 4:18

**she** 7:3 23:22 24:24 47:11,12

**she's** 21:16

**shed** 23:21

**shifts** 34:16

**shocked** 19:10

**should** 17:8 22:9 25:3,4,16 26:14 34:21 38:22 46:21 50:19

**shouldn't** 10:15

**show** 19:11 23:15 24:10 30:3, 5,11 31:4 33:21

**showed** 26:18

**showing** 9:22 26:25 27:1 30:12

**shows** 17:7 23:23 30:23 37:6

**shut** 50:7

**side-by-side** 25:7,17

**signed** 49:18

**significant** 32:16 48:19

**significantly** 30:22

**since** 12:18 32:2 48:22

**sit** 40:14 45:21

**situations** 22:23

**six** 9:11

**smoke** 35:5

**so** 3:24,25 4:21 5:4 6:11 7:21 8:7,18,22 9:14,21 10:1,12 11:14,20 12:21 13:11,24 14:12,16,18,24 15:4,5 16:23 17:11,21,24 18:3,11,12,16 19:17 21:5,17 23:24 24:6 25:20 26:3,8 27:9,11,16,18,19, 21 28:5 29:5,15,22 31:9,19,24 32:4,12 33:4,12,19 34:2,9,11 35:21 36:2,11 38:4,16 39:3 40:6,12 41:6,8,14,17,21 43:5, 19 44:2,8,11,13,18 45:23,24

46:17 49:21 50:4,5,6 51:15

**social** 5:13

**solely** 20:18

**solutions** 7:21

**some** 5:14 6:18 7:19 11:25 12:1,19 13:16 14:15 16:7,23 23:21 26:9 39:20 41:4 43:19 44:3

**somebody** 17:19 27:3 43:8

**someone** 7:7 13:20 14:10 17:17 37:3

**something** 7:15,25 11:18 14:13 16:21 20:3,17 27:3,22 28:23 31:12,13 41:20 47:5,9 48:20

**sometimes** 11:16 44:10,11

**somewhat** 26:25 33:4

**sorry** 8:18 25:22,23 27:5 32:21 39:3,9 43:4 51:7

**sorts** 22:3

**sounds** 39:14

**sources** 22:2

**south** 32:14

**Southfield** 40:9

**speak** 44:2

**speaker** 20:5,14 25:8,9,17 26:5 46:1,13,14

**SPEAKERS** 51:20

**speaking** 19:13,15

**speaks** 48:18

**specific** 12:10 20:10 29:9,11 44:20

**specifically** 9:4 17:25

**spent** 32:5

**sphere** 49:12

**split** 16:8 28:15,16

**spoke** 23:20 31:9 32:5 39:18 42:20 43:7

**spot** 22:17

**stage** 13:3 30:21 48:15

**standpoint** 28:11 48:7

**start** 3:24,25 5:16 40:14

**started** 33:10 50:25

**state** 4:8 32:2,17 33:22 36:7,8 43:10

**stated** 33:20 49:19

**statement** 35:17

**statements** 17:23

**States** 48:21 49:15,17

**statewide** 8:24 9:1

**stating** 3:25

**statistics** 18:1,8

**statute** 5:23 33:15,16,18 34:8, 9 49:23

**stay** 26:4 32:15 50:19

**staying** 46:5

**step** 15:21

**stepped** 20:22

**Steve** 2:25 37:1 43:24

**stick** 8:2 43:23,24

**still** 15:10 25:14 27:1 40:11 43:9

**stone** 18:24

**straight** 6:13

**strange** 24:19

**strategizing** 40:17 45:3,6

**strategy** 42:6

**stress** 6:19 12:2 13:6 31:14 42:25

**stressing** 6:8

**strive** 43:12

**strongly** 14:6 16:25 46:8

**stuck** 43:17

**studies** 10:15

**stuff** 15:12 20:1 38:8

**subpart** 4:15

**subsection** 4:15

**substance** 40:20 41:1

**substantial** 12:16 31:3

**subtracting** 12:4,5

**success** 5:25 6:2 48:12

**succinct** 39:9

**such** 39:22

**Sue** 4:20 51:1

**sued** 45:23,24 49:15

**suffer** 44:11

**suggested** 7:7

**suggesting** 21:10 28:13 32:13

**suggestion** 28:22

**suggestions** 11:25 14:4

**support** 11:19 23:16,18 24:4 38:21

**supported** 11:10 23:24 40:22, 23

**supporting** 24:8

**supports** 28:4

**supposed** 34:19

**Supreme** 6:23 7:19 9:9 17:2 23:13 34:3

**sure** 8:7,23 19:21 45:3,16 46:25

**sweat** 44:9

**system** 32:5

**Szetela** 2:4 3:6,19 14:17,21 15:16 17:21 21:15 23:10 24:12,18,23 25:3,11,16,21,23, 25 26:6,21 27:4,23 32:19,22 35:24 36:1,11,17,22 39:2,5 42:10 43:3 46:16,22 49:1 50:3, 13 51:8,25 52:4

**Szetele** 3:7

**T**

**table** 19:5

**take** 2:7,8 14:7 15:21,24

**takeaway** 18:13

**takeaways** 14:12

**taken** 38:3

**takes** 31:2

**taking** 30:10 39:25

**talk** 5:5 9:2 21:12 32:4 35:13 46:18

**talked** 7:15 11:20 12:11 14:4, 13 21:1 32:7 42:16

**talking** 7:6 16:1,2 17:1 19:6 21:19,24,25 27:21 28:12 29:12 38:20 40:8 41:9 45:5

**talks** 11:16 33:15,16

**tap** 46:7

**television** 47:21

**tell** 10:4 20:12 28:9 35:1 36:3 43:17

**telling** 17:9

**tells** 24:2

**ten** 7:14,18 37:4

**terminology** 41:16

**terms** 43:8

**testimony** 22:1 30:1

**than** 7:5,17 12:24 14:5 18:12 20:2 21:8 29:7 37:7 48:8

**Thanedar** 23:20

**thank** 3:19,24 5:9 8:22 27:2 43:4 45:7 46:1 48:25 51:17

**that** 2:11 3:21 4:1,11,16,20,21, 23 5:2,7,11,16 6:1,2,6,8,11,15 7:1,3,7,8,9,10,15,22,25 8:6,8, 17,18 9:4,5,7,14,22,25 10:1,2, 6,10,12,14,15,17,21,24 11:4,7, 8,11,18,19,21,22,23,24 12:1,7, 8,14,15,16,21,24 13:1,5,11,13, 14,15,17,24 14:2,5,9,13,15,18, 23 15:1,2,4,5,8,9,10,12,19,20, 25 16:2,5,7,8,9,10,14,15,20, 21,24,25 17:3,8,9,21,23 18:2, 14,20,22 19:1,8,14,17,19,20, 21,22 20:6,10,11,12,15,19,25 21:3,9,11,20,25 22:2,3,14,15, 17,18,19,21,22 23:2,5,15,16, 21,23,25 24:4,6,10,14,24 25:5, 11 27:8,11,13,15,17,18,19,20, 22 28:2,4,5,6,7,8,10,12,14,16, 19,20,22,25 29:3,5,6,8,12,13, 14,15,17,18,20,23 30:3,5,11,

12,15,17,18,19,21 31:1,2,7,11, 12,13,14,19,20,24 32:1,6,7,8, 9,12,14,15 33:1,5,8,12,14,15, 16,19 34:4,5,6,7,11,14,16,17 35:3,7,8,12,13,15,22,24 36:7, 9,17 37:2,6,9,11,16,22 38:3,6, 17,20,23,25 39:18,19,20,22, 23,24 40:3,4,6,8,9,10,11,15 41:1,3,4,6,8,20,23,24 42:2,3,4, 6,8,14,17,18,19,22,23,24 43:6, 7,13,14,17,21,24,25 44:6,17, 25 45:13,15,24,25 46:7,21 47:4,5,9,13,20,21 48:10,14,16, 17,19,20,22,25 49:7,10,19,25 50:1,5,6,8,12 51:15,17

**that's** 5:12,24 7:3,5 8:1 9:16 10:8,9,16,24 11:10,14,17 13:5 14:3,12 15:12,14,24 16:17,22, 23 17:9,11 18:6,17 19:22,24 20:3,7,13,16 21:8,10 22:20 23:1,7 24:6,9 26:19 27:2 28:1, 23 29:23 30:13,20 31:11,13, 21,22 34:13 35:12,14,19 36:5, 20 39:9 41:21,22 42:21 44:18 46:22 47:8,16 48:1,12,20,22, 23,24 49:9 51:3,4

**their** 17:25 18:5,7,8,9,11,15,20 21:7 36:20 37:7,8 38:11,12 40:7 42:18 44:4 45:4

**them** 13:19 27:15,19 30:10 35:9,25 36:1 37:10 40:5 42:20 48:14 51:1,22

**then** 9:22 15:1 18:6 24:11 26:15 27:1,5,20,24 32:23 33:7 34:15,16 36:6,23 41:17 45:8 48:22 49:1

**there** 5:25 6:1,11,12,16,24,25 8:25 9:5 10:16 11:8,14 12:10 13:4,11 16:5,6,14 17:3,10 18:24 19:5,7 20:25 22:22 23:17 24:14,15,24 25:2 26:14, 15,24 28:14,17 30:13 31:7,20, 23 32:15 33:14,16 35:21 36:8 37:3,25 38:1,2 40:3,6 42:2 44:19 45:21 47:3 49:15,19,24

**there's** 9:1 12:16 23:16,18,23 24:3 25:5 37:15

**therefore** 4:13

**these** 4:10 5:3 6:20 10:12,25 11:9,23 13:7,9 15:2,20,24 16:25 17:3,23 18:23 19:3 22:3

23:6,17 24:6 28:13,19 29:10, 21,24 30:10,19 40:10 42:6,12 45:21 50:9

**they** 7:7,20,23 8:12 9:22 10:2, 3,21 11:9 13:19 15:25 17:5,6 18:5,19,20 19:5 20:2 21:10 22:5,15,16 23:15 24:4 27:10, 13,14 28:5,15 29:15 33:23,25 34:2 35:20 36:6 37:4,8 39:18, 19 41:12,13,15 42:13,16,18 43:7,8,13,16 44:3,6,9 49:22

**they're** 9:17 10:3 12:15 13:8 15:22 17:6 18:3,23 19:6 24:9 38:13 41:12,16,17

**thing** 18:7 20:21 21:12,22 24:2 26:8 34:9 35:6 43:23 44:7,18 45:13 49:3

**things** 5:4 11:23 12:2,11 15:19 17:22 22:3 42:6 43:9 44:16,17 45:10

**think** 7:24 11:7 13:5,11 14:3, 13,22 15:3,5 16:15,20,23 17:9 18:24 21:3 22:5,6,13,19,20 23:4,6 26:23 28:1,2,6,8,22 29:13,19,23 30:20 31:10,11 32:9 34:2 35:12 37:15,20 38:6, 16,18,21 39:16,23 41:23,24 45:22 47:4 49:5,10,24 50:7

**thinking** 7:16 15:13 40:15 48:13

**this** 2:5 4:19,24 5:4,10 6:10 7:13,25 8:8 9:4 11:20,22 12:8, 20 16:12,15 17:11 19:22 20:2, 17 21:19 22:11,22 24:7,14 25:7 26:8 29:1,25 30:12,14,21 31:4,14,15,18 32:17 33:23 36:12 37:12 38:20,24 41:11 42:3,7,25 43:5,22,23 45:12,22 46:11 47:23 49:12 50:6,7,19, 20,24 51:13,14,16

**Thornburg** 9:8 23:12

**those** 8:22 16:14 20:19 38:21, 23 43:10,21 44:16 45:13 46:23

**thought** 5:10 6:19 8:1 17:22 21:11 31:7,19 43:5

**thoughts** 11:25 21:16 45:4 46:17

**three** 23:24 29:7 32:19

**threshold** 6:20 10:9

**thresholds** 16:14 17:3,5

**through** 15:23 22:7

**ties** 6:8

**time** 5:2 23:1,2 31:14 32:5
42:4,7

**times** 20:22 33:12

**tired** 24:14

**today** 6:21 33:12 42:19 50:19

**today's** 2:10

**together** 12:17 13:18,25 14:1,
8 15:1 21:20 23:15 24:9 42:13

**toggle** 25:5

**told** 41:2 43:24

**Tomorrow** 36:10,11

**took** 32:8

**tools** 46:6

**top** 12:15 35:13

**topic** 4:22,24 40:24 49:4

**topics** 4:18

**touched** 9:4

**track** 31:10 32:10 38:15 46:4,5

**tragedies** 14:2

**train** 43:5

**tremendous** 31:1

**trial** 13:8

**tried** 33:22 37:13

**true** 11:23 12:24 23:1 28:8
39:20 40:9,10

**try** 38:15 43:21

**trying** 24:20 25:7 26:20

**turn** 5:8

**turnout** 46:19,20

**two** 4:23 5:3 16:15 18:2 22:25
33:20 38:1 39:9 45:10 46:17

**type** 20:16 31:21

**types** 44:16

**typically** 6:4 36:14

---

**U**

**U.S.** 48:2

**unanimous** 52:5

**uncertainties** 6:17

**uncomfortable** 37:10 39:14

**under** 4:13 5:23 7:24 23:12
31:18 33:10 34:2 46:11 49:22
50:1

**understand** 8:8 13:22 39:17

**understanding** 42:8,9,12
47:12

**understands** 17:18

**understood** 15:13

**undertone** 39:19

**undertones** 15:9

**unfolded** 7:17

**unfortunately** 26:10

**unique** 22:22

**uniquely** 15:3

**United** 48:21 49:15,17

**unknown** 38:4

**unless** 51:2

**unlike** 19:4,14

**unmute** 3:11

**unpacking** 32:6,16

**unpopular** 38:14

**until** 12:21 13:9 32:2 38:3

**up** 12:1,14 13:9 19:6 20:20
23:9,11 25:5 27:20 29:15
30:15,22 31:6,16 32:20 35:9
39:7,18 40:9,10,13 43:19,20,
21 44:2,7 45:11 48:14 50:6

**update** 47:8

**upfront** 35:16

**upholds** 15:10

**upon** 4:4 11:16

**upper** 25:4,12,13

**us** 6:17 14:2,8 21:2 24:1,2 26:6

---

33:19 34:17 35:21 36:3 39:25
40:14 41:16 47:2 49:7,11 50:5

**use** 10:15 12:3 14:23 18:19
19:23 35:3,19,21 43:7 51:16

**used** 12:14 17:7

**useful** 10:1 13:11 24:1

**using** 15:4 21:9 41:15,19
50:10

**usually** 24:25

---

**V**

**Vallette** 3:8,9,12

**valuable** 23:25

**VAP** 7:2 15:24 16:20 17:8
18:23 28:6

**various** 17:2 23:18

**varying** 23:24 24:4

**vast** 20:11 28:12,13

**veers** 4:24

**verbally** 52:1

**versus** 9:9 23:13

**very** 9:13,24 13:23 16:23,24
19:15 20:7 21:8 23:7 24:1
30:20 33:24 37:8,10,25 41:12

**vibe** 20:16

**vibrant** 42:4

**view** 19:3 25:6 26:15

**violating** 16:25

**violations** 15:21,22 49:19

**violence** 47:21

**Virginia** 33:22

**vote** 9:10 17:25 18:4 23:14,15
31:7 32:10 51:11,13 52:1

**voted** 13:21 35:1

**voter** 23:22 24:3 46:19

**voters** 7:11 9:20,21 10:10
11:9 22:24 23:15,23

**voting** 4:7,9,12,22 5:15,17,21
6:22,23,24,25 7:2,12 8:4 9:8,
19 10:5,17,21 15:21,22 16:3,4,

12,17 17:1,13 18:14 19:7 20:3 24:9 29:1,11,17 31:8,18,21 36:14,20 42:21 46:19 47:10,18 48:1,3,12,18,23 49:12,13,19, 21 50:2

**VRA** 5:5,7 6:1 7:24 17:11,17 20:13 21:5,22 22:15 29:20 34:2,7 40:22,23 41:2,5,9,10,25 42:8,15,17 44:15,20 45:14 46:3 47:1,3,13 48:21 49:5 50:10,17

**VRAS** 43:23

---

**W**

**Wagner** 3:10 27:1 52:3

**wait** 47:4

**wall** 35:11

**want** 8:7 12:9 13:12,14,15,19 14:8 15:10,17 16:11 19:21 22:12 23:8 24:13 25:8,18 26:8, 19 27:10 28:15 29:10 32:18 34:25 39:9 40:6,14,16 41:12, 13,16 42:24 44:3 46:10 49:10 51:12

**wanted** 6:12 8:4,22 12:7 13:6 20:21,23 31:13 37:15 39:7 41:7,25 42:14,25 43:6 47:15 48:4,20 50:5

**wants** 3:23

**warning** 4:25 44:14

**warranted** 37:8

**was** 4:3,5 5:11 6:19 7:18 11:7 12:24 13:4,24,25 16:20 17:22 19:10 20:12,23,24 21:3,5,6,11, 18 22:15 25:1 27:8,14,15,21 31:7 32:4,16 33:4 34:20 35:2, 9,10,17 36:17 37:10,14 38:3 41:3,4 43:24 46:3,20 47:1,19, 21,22 48:13,14,18 49:15,24 50:6

**wasn't** 21:5 46:25

**water** 20:24 43:9,13 44:7

**way** 11:17 15:10,25 19:19 22:20,21 24:15,24 27:18 28:25 32:13 43:13,25

**ways** 40:15,24

**we'll** 19:23 47:11 51:4

**we're** 5:5 12:5 14:24,25 15:2,4 16:1,2 19:13,16,20,21,25 21:19 25:1 28:12 29:12,16 30:7,8,10 31:10 33:13 35:20 36:5 38:20 39:15,23 40:2,17, 18,19,21 41:8,21 42:5 43:22 44:14,15 45:14,17,18,19,25

**we've** 6:8 7:10,16 8:5 9:4 10:13,17,25 11:20 14:4,13 27:12 34:14 37:20 38:7,24 39:15,22 43:20 44:1,3,19 47:2 49:6

**wealth** 38:18

**webinar** 51:15

**Wednesday** 2:1 4:4

**weed** 22:17

**week** 14:16

**weeks** 20:9 29:7

**weighing** 36:19

**Weiss** 3:14,15

**well** 8:14 9:23 17:2,7 21:12 22:12 30:23 31:11,15 33:10,25 34:1 36:25 38:21 39:7,13 42:22 45:4,22 47:17 49:9

**well-done** 37:14

**went** 13:3 34:3 37:12

**were** 12:22 13:1,2,11,19 15:14 16:7,8 18:3,18 20:25 21:10,23, 24,25 22:1,2,5,15 27:9,13,14 28:3,14,15,16 29:7 30:13,18, 24 31:18 32:3 34:2,4 37:4,7,24 39:18,19 41:1,4 42:20 45:9 46:4,18 49:19,25 51:15

**what** 5:15 6:8,14 7:1,20 10:8, 18,25 11:15,16 12:10,20,22, 23,24 13:4,5,14 14:22,24 15:1, 10,12,13,14 17:12,18 18:3 19:6,11,16 20:3,12,23 21:5,6, 10 22:9 23:22 26:19,21 29:14 30:12,13,23,24 31:4,22,24 32:18 33:2,3,5,11 34:11,22 35:7,14,19,21 36:3,8 38:4,8, 12,22 39:8,11,15 40:1,12,19, 21,22 41:1,9,10,12,13,14,16, 17,21,25 42:1,8 43:14,17 44:3 46:3 48:12,23 50:15 51:13

**what's** 7:8 8:14 9:3 14:2 17:3 20:8 23:19 28:8 29:24 36:6,8

**whatever** 7:23 30:22 35:4,6 43:18

**when** 2:10 9:17 12:13 13:3 14:24 15:3,5 18:15 19:10,14 21:19,23,24 25:1 27:8 33:19 35:1 36:2 43:6,16 45:13,21 47:12,13

**where** 6:20 16:19,22 22:24 23:6 29:10 34:7 42:19 47:12

**whether** 15:7 19:18 28:8,10, 15 29:19 32:4 40:23

**which** 14:6 28:21 34:20 37:8 40:11 42:18 48:3

**while** 6:9 7:15 10:1 11:20 22:15 49:11,25

**white** 9:6 12:5

**Whitmer** 23:20

**who** 3:23 12:20 13:20 14:10 17:18,19 19:4,15 32:19 33:3,7 34:25 35:6,8,14,16 37:3 39:18

**who's** 9:23

**whole** 10:4 13:18 16:11,16,17 19:24

**whom** 35:1

**why** 7:7,22 8:2 15:22 17:6 26:4 33:10 36:18 39:19 41:24 43:22 51:3,4

**will-o-the-wisp** 35:5

**win** 40:7

**wind** 29:15

**wins** 11:5 29:4

**within** 18:2 22:25

**without** 14:19 22:7 30:4 41:13

**Witjes** 3:16,17 51:7,9

**woefully** 11:13

**won't** 22:8

**wonder** 18:20

**wondering** 18:18

**word** 10:15 41:19

**wording** 46:11

**words** 39:9

**work** 19:17 22:4 32:5,9,16
40:25 43:12 44:10 48:21,22
50:6,10

**working** 22:25

**worried** 21:16

**worries** 17:24

**would** 9:13,24 16:1,20,21
17:21 26:23 27:18 28:22 31:19
39:16 46:8 50:11

**wreath** 35:5

**writing** 48:13

**written** 18:24

**wrong** 33:20 37:5 41:15,19

———————————
Y
———————————

**yeah** 8:18 23:10 24:25 25:3,7,
8,13 36:22 37:4,19 39:13
41:18 42:24 43:15 46:22 50:14

**years** 7:14,18 37:4 39:17 48:8
49:16

**yes** 8:6,15,16 14:16 16:19,20
18:17 20:6 21:14 24:13 32:12
35:10 36:12

**yesterday** 13:17 14:12

**yet** 7:22 8:1 21:13 25:25 26:1,
2

**you'd** 41:6

**you'll** 26:15

**you're** 2:10 12:10,18 19:16
20:3 26:11,21 28:2 29:6 30:11
32:18 40:12 41:18 45:23,24
46:5

**you've** 14:15 16:14

**your** 2:10 3:11 8:23 13:9 15:25
18:12 19:4,17 22:4 23:4 26:11,
12 27:9 29:18 30:2 31:24
32:15 36:3 40:25 42:4 44:14
45:3 46:8 48:6 50:25 51:19,21
52:1

———————————
Z
———————————

**zero** 38:2

**Zoom** 51:14