# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DONALD AGEE, JR., an individual, *et al.*,

    Plaintiffs,

v.

JOCELYN BENSON, *et al.*;

    Defendants.

_____/

Case No. 1:22-cv-00272-PLM-RMK-JTN

**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)**

## CERTIFICATE OF COMPLIANCE

Plaintiffs' Brief Opposing Defendants' Motion to Strike Certain Evidence complies with the word limit of W.D. Mich. LCivR 7.3(b) because, excluding the parts exempted by this rule, it contains 2,518 words. The word count was generated using Microsoft Word for Microsoft 365.

Respectfully submitted,

*/s/ John J. Bursch*
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com

Michael J. Pattwell (P72419)
Jennifer K. Green (P69019)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC

*Attorneys for Plaintiffs*
215 South Washington Square
Suite 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com
jgreen@clarkhill.com
jfleming@clarkhill.com
 abanks@clarkhill.com

Dated: December 14, 2023