UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, et al.,<br><br>          Defendants. | Case No. 1:22-CV-00272-PLM-RMK-JTN<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, I electronically filed Plaintiffs' Brief Opposing Defendants' Motion to Strike Certain Evidence with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

/s/ *John J. Bursch*
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com

Michael J. Pattwell (P72419)
Jennifer K. Green (P69019)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC
*Attorneys for Plaintiffs*
215 South Washington Square
Suite 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com
jgreen@clarkhill.com

jfleming@clarkhill.com  
abanks@clarkhill.com