UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., *et al.*,<br>        Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*,<br>        Defendants. | No. 1:22-cv-272<br><br>Three-Judge Court |

# SCHEDULING ORDER

The Court has held that several of Michigan's House and Senate districts are invalid. The Court requires supplemental briefing on the remedy issue considering the looming election season. Include views on the efficacy of a special master with a portfolio to assist the Commission in meeting its stringent timeframe. Although an option, the special master would not necessarily draft new maps, but instead may assist the Commission and act as a liaison to this Court as the Commission performs its duties. Parties are to file the briefs by January 2, 2024 at noon. The briefs are limited to 15 pages in length. A notice of hearing will follow.

**IT IS ORDERED** that Parties are to file supplemental briefs regarding remedy with the Court by January 2, 2024 at noon. The briefs are limited to 15 pages in length.

**IT IS SO ORDERED.**

Date: December 21, 2023                      /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge
                                                             On Behalf of the Three-Judge Panel