UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD AGEE, JR., et al.,

    Plaintiffs,

v.

                                  No. 1:22-cv-272

JOCELYN BENSON, et al.,
                                  Three-Judge Court

    Defendants.
_____/

## ORDER SCHEDULING HEARING

**IT IS HEREBY ORDERED** that the hearing regarding remedy is scheduled for **Friday, January 5, 2024, at 1:30 p.m.**, 174 Federal Building, 410 W. Michigan Avenue, Kalamazoo, Michigan.

Dated:  December 26, 2023                               /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge
                                                                     On Behalf of the Three-Judge Panel