UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)**<br><br>**ORAL ARGUMENT REQUESTED** |

## INDEX OF EXHIBITS – PLAINTIFFS' SUPPLEMENTAL BRIEF ON PROPOSED REMEDY

| Exhibit | Description |
|---|---|
| A | Proposed Order Appointing Special Master |
| B | Declaration and Sample Maps of Sean P. Trende |
| C | Gongwer Article dated December 18, 2023 |
| D | Eid Post |
| E | Commissioner Letter to Three-Judge Panel dated December 27, 2023, including attachments |
| F | Non-Exhaustive List of Michigan Independent Redistricting Commission Training and Educational Sessions (pulled from public Commission record) |
| G | Agenda for Commission Meeting on December 14, 2023 and 2024 Calendar of Meetings |
| H | *In re Decennial Redistricting Pursuant to The Constitution of Virginia*, Redistricting Appointment Order dated November 19, 2021; *Singleton v. Merrill*, Case No. |

21-cv-1291, Order Appointing Special Master and Appointing Expert Cartographer dated February 7, 2022.