# EXHIBIT F

Non-Exhaustive List of Michigan Independent Redistricting Commission Training and Educational Sessions (pulled from public Commission record)

1) For two days in September 2020, the Commissioners received presentations from various academic and elections experts.

2) On October 1, 2020, the Commission received a presentation on the Open Meetings Act and the Freedom of Information Act by the Attorney General's office.

3) On December 3, 2020, they received a presentation regarding "Michigan Demographics and the Census" by Tom Ivacko, executive director, Center for Local, State, and Urban Policy at the University of Michigan.

4) On December 4, 2020, the Commissioners received a presentation explaining "Michigan Redistricting Data" by Matt Grossmann, Professor of Political Science at Michigan State University.

5) On February 4, 2021, the Commissioners received a webinar presentation on "Communities of Interest 'The Next Big Thing'".

6) On February 11, 2021, the Commissioners received a FOIA presentation entitled "Presentation on Communications Policy and Goals" and another entitled "Open Meetings Act Guidance Memorandum" by General Counsel Pastula explaining no discussion, deliberations or decisions involving the business of the Commission between a quorum of the full commission or a quorum of a committee can occur outside of the public meeting.

7) On February 18, 2021, the Commissioners received an educational session on the "Key Provisions of the Constitutional Amendment and Census Timing" in which the General Counsel provided an overview of key provisions in Article IV, Section 6 of the MI constitution.

8) On February 18, 2021, the Commission received training led by Cynthia Dai from the 2010 California Redistricting Panel along with Co-Commissioner Vince Barabba, and Tamina Alon, on the ways they assessed the line drawing bids and how they worked with their mapping consultants.

9) On February 24, 2021, the Commission received training on the Voting Rights Act by a panel of experts, including Matt Grossman, Professor from Michigan State University; Leah Aden, Deputy Director of Litigation, NAACP Legal Defense & Educational Fund; David Becker, Executive Director & Founder of The Center for Innovation & Research; and Michael Li, Senior Counsel at Brennan Center for Justice.

10) On February 24, 2021, the Commission received training by the 2010 Arizona Redistricting Commission.

Non-Exhaustive List of Michigan Independent Redistricting Commission Training and Educational Sessions (pulled from public Commission record)

11) On March 5, 2021, the Commission received a presentation entitled "Turning Maps Into Ballots" by Jonathan Brater**,** the Director of Michigan Bureau of Elections.

12) On March 5, 2021, the Commission participated in interactive "Practice Mapping with Ohio Map" by Matt Grossman, Ph.D., Michigan State University, and Eric Guthrie, Demographer, State of Michigan.

13) On March 30, 2021, the Commission received additional mapping training using the Ohio maps and received continuing education by panelists including Matt Grossman, Ph.D., at Michigan State University; Moon Duchin, Associate Professor of Mathematics, Tufts University; Ashton Shortridge, Professor of Geography, Environment, and Spatial Sciences, Michigan State University; John Chamberlin, Ph.D., Professor Emeritus of Public Policy and Political Science, University of Michigan; Thomas Ivacko, Executive Director, University of Michigan Center for Local, State, and Urban Policy (CLOSUP); Jon Eguia, Ph.D., Professor of Economics, Michigan State University; and Corwin Smidt, Associate Professor and Interim Chair in the Department of Political Science, Michigan State University.

14) On April 22, 2021, Executive Director Hammersmith presented on Communities of Interest.

15) On May 6, 2021, the Director of Special Projects, Sally Marsh, provided the Commission training on how to use the public comment portal.

16) On June 10, 2021, Kim Brace from Election Data Services (EDS) presented on the data elements of redistricting and discussed the components of the "First Quadrant of the Data Cube" including the "Topologically Integrated Geographic Encoding and Reference System (TIGER) and block populations" in the EDS software.

17) On June 15, 2021, Bruce Adelson presented on redistricting and the VRA.

18) On June 17, 2021, Kim Brace from EDS presented again on the "The Data Cube, Part I" and "The Data Cube, Part II" which included the state's total population, its voting age population, and the distribution of the population.

19) On June 22, 2021, Kim Brace from EDS continued to present on The Data Cube and the impact of disclosure avoidance on data and the racial composition of the state's population. Executive Director Hammersmith also presented on "Fairness and Decision-Making".

Non-Exhaustive List of Michigan Independent Redistricting Commission Training and Educational Sessions (pulled from public Commission record)

20) On June 24, 2021, Kim Brace from EDS, John Morgan, and Dr. Lisa Handley all presented. Mr. Morgan trained the Commissioners on demographic analytics and methods of drawing. Dr. Lisa Handley presented on "Determining if a Redistricting Plan Complies with the Voting Rights Act" and outlined the criteria of priority for redistricting, compliance with the Voting Rights Act, and racial bloc voting analysis. Lastly, Moon Duchin, Executive Director of the Metric Geometry and Gerrymandering Group (MGGG), reported on the input received in the public comment portal and presented "heat maps" to illustrate where the public comment submissions are coming from.

21) On June 29, 2021, Kim Brace continued to present on how to use the EDS system, including how to use racial and political data in the "Data Cube".

22) On July 8, 2021, Kim Brace from EDS presented with Fred Hejazi on how to use the "AutoBound Edge" and "My Districting" software for drawing maps.

23) On July 8, 2021, additional education on "Communities of Interest" was provided by Moon Duchin, who outlined the trends in the public comment and presented COI coverage maps. Director Hammersmith presented on the importance of COI and its definition. General Counsel Pastula explained the limitations of defining COI.

24) On July 8, 2021, Kim Brace also presented a "Philosophical Discussion on Redistricting" and took questions from the Commission on the presentation.

25) On July 8, 2021, Adelson provided Implicit Bias training.

26) On July 9, 2021, Adelson and Handley presented on the "U.S. Constitution, Michigan Constitution, Legal Cases Regarding Partisan Fairness, & Piloting Rural or Minority District Compositions". Adelson gave a presentation entitled "The Law of Redistricting, DOJ, and Cautionary Tales." Dr. Handley also presented on "Measures of Partisan Fairness".

27) On July 22, 2021, Dr. Matthew Petering from the University of Wisconsin presented on utilizing computer algorithms for mapping.

28) On July 23, 2021, Kim Brace from EDS trained the Commission on "Determining Geographic Regions With Which to Begin Mapping" with instructions on how to use the Mydistricting Software.

29) On July 30, 2021, Kim Brace from EDS trained on AutoBound Edge software, and the Commissioners practiced drawing fictitious districts to learn the software.

Non-Exhaustive List of Michigan Independent Redistricting Commission Training and Educational Sessions (pulled from public Commission record)

30) On August 6, 2023, Dr. Handley presented a second time on "Measuring Partisan Fairness".

31) On August 19, 2021, "Mapping Process and Mapping Meetings" was presented by Executive Director Hammersmith, General Counsel Pastula, and EDS.

32) On August 20, 2021, EDS provided a demonstration on how to use the mapping software.