# EXHIBIT G



# Michigan Independent Citizens Redistricting Commission
## Agenda
### Thursday, Dec. 14 @ 10 a.m.
### Via Zoom

| | |
|---|---|
| 1. Call to Order/Opening Comments | 10:00 a.m. |
| 2. Roll Call | 10:02 a.m. |
| 3. Adoption of the Agenda | 10:05 a.m. |
| 4. Public Comments | 10:08 a.m. |
| 5. Unfinished Business | 10:15 a.m. |

    a. Agee Case Update
    b. Review the Code of Conduct
    c. Review the Conflict of Interest
    d. National Redistricting Commissions Conference Legal Opinion

| | |
|---|---|
| 6. New Business | 11:15 a.m. |

    a. FY 23 September Financial Report
    b. FY 23 Annual Financial Report
    c. FY 24 October Financial Report
    d. Review Rules and Procedures
    e. Vacation Transparency
    f. 2024 Meeting Dates

| | |
|---|---|
| 7. Approval of the Minutes | 11:25 a.m. |

    a. August 17
    b. September 21

| | |
|---|---|
| 8. Executive Director Report | 11:30 a.m. |
| 9. Legal Liaison Report | 11:40 a.m. |
| 10. MDOS Updates | 11:45 a.m. |
| 11. Correspondence | 11:50 a.m. |
| 12. Future Agenda Items | 11:52 a.m. |
| 13. Announcements | 11:55 a.m. |
| 14. Adjournment | 12:00 p.m. |



## 2024 MICRC MEETING CALENDAR

| | |
|---|---|
| January 18 | February 15 |
| March 21 | April 18 |
| May 16 | June 20 |
| July 18 | August 15 |
| September 19 | October 17 |
| November 21 | December 19 |

**All meetings will take place virtually at 10:00 a.m. and are available on the MICRC Facebook page and YouTube Channel. The dates above represent the third Thursday of every month. Please note dates are subject to change or cancellation.**