# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DONALD AGEE, JR., an individual, *et al.*,

    Plaintiffs,

v.

JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*;

    Defendants.

Case No. 1:22-cv-00272

**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)**

## ORDER GRANTING JOINT MOTION FOR STAY OF PLAINTIFFS' DEADLINE TO FILE MOTION FOR FEES AND COSTS

Pending before the Court is the parties' joint motion to stay the deadline by which Plaintiffs must file any motion for attorneys' fees, expert fees, costs, or other litigation expenses authorized by law until such time as the Court has entered an appropriate briefing schedule.

Upon due consideration of the joint motion by the Court, the motion is GRANTED.

At the appropriate time, the Court will set a briefing schedule for Plaintiffs' motion for fees and costs.

**IT IS SO ORDERED**.

Dated: January 2, 2024

    /s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge
On behalf of the Three-Judge Panel