UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., *et al.*, ) | |
| Plaintiffs, ) | |
| ) | No. 1:22-cv-272 |
| v. ) | |
| ) | Three-Judge Court |
| JOCELYN BENSON, in her official ) | |
| capacity as the Secretary of State ) | |
| of Michigan, *et al.*, ) | |
| Defendants. ) | |
| ) | |

## ORDER REGARDING MEET AND CONFER

The Court has reviewed the supplemental briefing concerning remedy. In preparation for the upcoming hearing on Friday, January 5, 2024, the Plaintiffs and Defendant Commission are ordered to meet and confer regarding potential special masters and a timeline.

Plaintiffs and Defendant Commission must jointly submit five individuals for consideration by the Court by Friday, January 5, 2024, at 9:00 am. The special master candidates must have experience in redistricting and cartography. A potential special master must have the requisite ability to facilitate the Commission's timeline as well as provide for the Court a recommendation regarding any remedial maps' legal viability.

After the meet and confer, Parties must file a timeline for the map drawing process, replete with specific goals and deadlines by Friday, January 5, 2024, at 9:00 am. Parties shall consider the map drawing process, the candidacy filing deadline in April, any supplemental briefing, and an allotment of time for the Court to review the proposed remedial maps.

At the hearing on January 5, 2024, the Commission should be prepared to advise the Court regarding its intention to procure the assistance of Voting Rights Act counsel and general counsel to assist it in the map drawing process.

Each Party shall preserve their respective positions, and this meet and confer shall not be construed as a waiver of any position by any Party.

**IT IS HEREBY ORDERED** that Plaintiffs and Defendant Commission are ordered to meet and confer regarding potential special masters prior to the hearing on Friday, January 5, 2024.

**IT IS FURTHER ORDERED** that Plaintiffs and Defendants must jointly submit five special master candidates for consideration by the Court by Friday, January 5, 2024, at 9:00 am.

**IT IS FURTHER ORDERED** that Plaintiffs and Defendants must file a timeline for the map drawing process by Friday, January 5, 2024, at 9:00 am.

**IT IS SO ORDERED.**

Date:  January 3, 2024  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge
On Behalf of the Three Judge Court