# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR. et al., | Case No. 1:22-CV-00272-PLM-RMK-JTN |
|         Plaintiffs, | |
| v. | |
| JOCELYN BENSON, et al., | |
|         Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Michigan Independent Citizens Redistricting Commission and its members in their official capacities, who are Juanita Curry, Anthony Eid, Rhonda Lange, Steven Lett, Brittni Kellom, Cynthia Orton, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, Elaine Andrade, Donna Callaghan, and Marcus Muldoon,[1] appeal to the Supreme Court of the United States from the Opinion and Order, Doc. 131, entered in this case on December 21, 2023.

This appeal is taken under 28 U.S.C. § 1253.

Dated: January 4, 2024

Respectfully submitted,

/s/ *Nathan J. Fink*
FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

---

[1] Commissioners M.C. Rothhorn, Douglas Clark, and Dustin Witjes, who are listed in the official caption, resigned their positions and were replaced "automatically" by their successors Elaine Andrade, Donna Callaghan, and Marcus Muldoon under Federal Rule of Civil Procedure 25(d).

/s/ Richard B. Raile
BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Patrick T. Lewis
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Juanita Curry, Anthony Eid, Rhonda Lange, Steven Lett, Brittni Kellom, Cynthia Orton, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, Elaine Andrade, Donna Callaghan, and Marcus Muldoon, each in their official capacities as Commissioners of the Michigan Independent Citizens Redistricting Commission*

2