UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Agee, Jr., et al v. Benson, et al

**Case Number:**   1:22-cv-272
**Date:**  January 5, 2024
**Time:**  1:49 p.m. – 3:27 p.m.
**Place:**  Kalamazoo
**Three-Judge Panel:**  Paul L. Maloney, Raymond M. Kethledge, and Janet T. Neff

**APPEARANCES**

Plaintiffs:  Jennifer K. Green, Amia Banks, James J. Fleming, and Magy Shenouda

Defendant Benson:  Erik A. Grill and Heather Meingast

Defendants Michigan Independent Citizens Redistricting Commission and the individual commissioners: Patrick T. Lewis and Nathan Fink

**PROCEEDINGS**

Nature of Hearing:  Remedy Hearing held; orders to issue

Court Reporter: Genevieve Hamlin               Case Manager: Amy Redmond