# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., an individual, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-00272<br><br>**Three-Judge Panel Appointed Pursuant to 28 U.S.C. § 2284(a)** |

## PLAINTIFFS' AND THE COMMISSION DEFENDANTS' JOINT LIST OF PROPOSED SPECIAL MASTERS FOLLOWING JANUARY 5, 2024, REMEDY HEARING

On January 5, 2024, Plaintiffs and the Commission Defendants jointly submitted, reserving all rights and remedies, five special master candidates. ECF No. 143. At the subsequent Remedy Hearing on January 5, 2024, this Court instructed the parties to again meet and confer and submit a new joint list of three proposed special masters on which all parties agreed. In accordance with the Court's instructions during that hearing, the parties jointly submit the following three special master candidates for the Court's consideration.

1. Professor Michael Barber, Department of Political Science, Brigham Young University, whose curriculum vitae can be found on PageID.5008-5013. The Commission has confirmed his availability.

2. Professor M.V. (Trey) Hood III, Department of Political Science, University of Georgia, whose curriculum vitae can be found on PageID.4974-4978. Plaintiffs have confirmed his availability.

3. Mr. Paul Mitchell, founder of Redistricting Partners and Vice President of Political Data Inc., whose biography can be found here: https://redistrictingpartners.com/about/.

Respectfully submitted,

/s/ John J. Bursch
John J. Bursch (P57679)
BURSCH LAW PLLC
*Attorney for Plaintiffs*
9339 Cherry Valley Ave SE, #78
Caledonia, Michigan 49316
(616) 450-4235
jbursch@burschlaw.com

Michael J. Pattwell (P72419)
Jennifer K. Green (P69019)
James J. Fleming (P84490)
Amia A. Banks (P84182)
CLARK HILL PLC
215 South Washington Square, Suite 200
Lansing, MI 48933
(517) 318-3100
mpattwell@clarkhill.com
jgreen@clarkhill.com
jfleming@clarkhill.com
abanks@clarkhill.com

*Counsel for Plaintiffs*

/s/ Patrick T. Lewis
BAKER & HOSTETLER LLP
Patrick T. Lewis
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

BAKER & HOSTETLER LLP
Katherine L. McKnight
E. Mark Braden
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Erika Dackin Prouty
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 228-1541

Dated: January 8, 2024

eprouty@bakerlaw.com

FINK BRESSACK
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Elaine Andrade, Donna Callaghan, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Marcus Muldon, Cynthia Orton, Rebecca Szetela, Janice Vallette, Erin Wagner, and Richard Weiss, each in his or her official capacity as a Commissioner of the Michigan Independent Citizens Redistricting Commission*