UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR. et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, et al.,<br><br>                    Defendants. | Case No. 1:22-CV-00272-PLM-RMK-JTN<br><br>**NOTICE OF THE MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION CONCERNING PROPOSED REMEDIAL PLANS AND PUBLIC HEARINGS** |

PLEASE TAKE NOTICE that, on February 1, 2024, the Michigan Independent Citizens Redistricting Commission (the "Commission") voted, in accordance with Mich. Const. art. 4, § 6 and pursuant to this Court's order of January 11, 2024 (ECF No. 156), to publish for notice-and-comment ten proposed remedial plans for the Michigan House of Representatives. Each plan, listed below, revised the configurations for Michigan House Districts 1, 7, 8, 10, 11, 12, 14. Those plans include, in alphabetical order:

- Bergamot 1, attached as Exhibit A;
- Bergamot 2 – Lakeshore, attached as Exhibit B;
- Daisy 2, attached as Exhibit C;
- Motown Sound, attached as Exhibit D;
- Riverwalk, attached as Exhibit E;
- Spirit of Detroit, attached as Exhibit F;
- Szetela V4, attached as Exhibit G;
- Tulip, attached as Exhibit H;
- Water Lily, attached as Exhibit I; and
- Willow, attached as Exhibit J.

Depictions of the Detroit area in the proposed remedial plans are attached as the above-referenced exhibits to this notice.[1] In addition, by visiting the Commission's website at https://www.michigan.gov/micrc/mapping-process-2024/draft-proposed-maps, the public may access these proposed remedial plans, shapefiles and block-equivalency files of those plans, and other data related to those plans.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's order of January 11, 2024 (ECF No. 156), the public comment period will run through and including February 23, 2024. The Commission has also scheduled three public hearings on the proposed plans—two in the City of Detroit, and one virtual hearing—as follows:

<u>Virtual Public Hearing</u>

Date:        February 15, 2024
Time:        9:00 a.m. - 12:00 p.m., 1:00 p.m. - 4:00 p.m., 5:00 p.m. - 8:00 p.m.
Location:    Virtual attendance instructions to be provided via Commission website

<u>In-Person Hearings</u>

Date:        February 21, 2024
Time:        10:00 a.m.- 1:00 p.m., 2:00 - 5:00 p.m., 6:00 - 8:00 p.m.
Location:    Greater Grace Temple
             23500 W. 7 Mile Road
             Detroit, MI  48219

Date:        February 22, 2024
Time:        10:00 a.m.- 1:00 p.m., 2:00 - 5:00 p.m., 6:00 - 8:00 p.m.
Location:    Second Ebenezer Church
             14601 Dequindre Street (Bishop Edgar L. Vann Blvd.)
             Detroit, MI  48212-1503

---

[1] The renderings depict all districts in the Michigan House of Representatives plan that were modified. The Commission did not include a statewide rendering of each plan with this notice because, when rendering it at the 8.5 x 11" size for the Court's electronic filing system, the Detroit area was so small that one could not easily visualize the changes, making it not useful to the Court or parties. The full statewide plans are available on the Commission's website.

2

Dated: February 2, 2024

BAKER & HOSTETLER LLP
Katherine L. McKnight
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW,
Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

BAKER & HOSTETLER LLP
Patrick T. Lewis
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

BAKER & HOSTETLER LLP
Erika D. Prouty
200 Civic Center Drive
Suite 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

Respectfully submitted,

/s/ David H. Fink
FINK BRESSACK
David H. Fink
Nathan J. Fink
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Elaine Andrade, Donna Callaghan, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Marcus Muldoon, Cynthia Orton, Rebecca Szetela, Janice Vallette, Erin Wagner, and Richard Weiss, each in his or her official capacity as a Commissioner of the Michigan Independent Citizens Redistricting Commission*