

011724_V1_HD_Col_Bergamot MAP - Based on: 2020 Census Geography, 2020 PL94-171
Map Date: 1/24/2024 1:51:11 PM  Last Edit: 1/24/2024 1:49:47 PM