State House Plan
012524_V2_HD_COL-Spirit of Detroit



012524_V2_HD_COL-Spirit of Detroit MAP - Based on: 2020 Census Geography, 2020 PL94-171
Map Date: 1/25/2024 7:59:13 PM    Last Edit: 1/25/2024 7:45:19 PM