# EXHIBIT G - SZETELA V4

**State House Plan**

**01_26_24_V4_HD_RAS**

Licensed For Developer Use Only



01_26_24_V4_HD_RAS MAP - Based on: 2020 Census Geography, 2020 PL94-171

Map Date: 2/2/2024 9:32:38 AM  Last Edit:2/1/2024 2:06:26 PM

