State House Plan
012524_V3_HD_COL_Water_Lily

**EXHIBIT I - WATER LILY**



012524_V3_HD_COL_Water_Lily MAP - Based on: 2020 Census Geography, 2020 PL94-171
Map Date: 1/25/2024 8:43:33 PM  Last Edit:1/25/2024 8:27:29 PM