# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

February 15, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

**FILED - GR**
February 20, 2024 1:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KD / 420

Clerk
United States District Court for the Western
District of Michigan
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI  49503

> Re:  Michigan Independent Citizens Redistricting Commission, et al.
> v.
> Donald Agee, Jr., et al.
> Application No. 23A749
> (Your No. 1:22-cv-272)

Dear Clerk:

The application for an extension of time within which to docket an appeal in the above-entitled case has been presented to Justice Kavanaugh, who on February 15, 2024, extended the time to and including May 3, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Richard Bryan Raile
Baker & Hostetler, LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC  20036

Clerk
United States District Court for the Western District of Michigan
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI  49503

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL

NEOPOST
02/15/2024
US POSTAGE $000.64⁰

US OFFICIAL MAIL
$ 300  Penalty
For Private Use
ZIP 20543
041M11120601

