UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOCELYN BENSON, et al., <br><br> Defendants. | Case No. 1:22-CV-00272-PLM-RMK-JTN <br><br> **NOTICE OF THE MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION CONCERNING ADOPTION OF FINAL REMEDIAL PLAN** |

PLEASE TAKE NOTICE that, on February 28, 2024, the Michigan Independent Citizens Redistricting Commission (the "Commission") voted, in accordance with Mich. Const. art. 4, § 6 and pursuant to this Court's order of January 11, 2024 (ECF No. 156), to adopt a final remedial plan for the Michigan House of Representatives. Copies of Commission Resolutions 2024.02.13 and 2024.02.15, formally adopting the final remedial plan, are attached as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, as reported in the Commission's February 2, 2024, Notice (ECF No. 165), the Commission published ten proposed plans for notice-and-comment, including a plan titled Motown Sound. (ECF No. 165-4, PageID.5372). The Commission allowed a period of public comment between February 2, 2024, and February 23, 2024, a period not less than 21 days, as directed by this Court's January 11, 2024, Order (ECF No. 156). The Commission further conducted three public hearings as previously noticed (ECF No. 165, PageID.5367) to gather public input on the proposed plans: a virtual town hall was held on February 15, 2024, and two in-person hearings were held in the City of Detroit on February 21 and 22, 2024.[1]

---

[1] The transcripts, notices, and other materials for these hearings are available on the Commission's website at https://www.michigan.gov/micrc/meeting-notices-and-materials.

Following the hearings and the close of the public comment period, the Commission met on February 27 and 28, 2024, to review and adopt a final remedial plan. During that process, the Commission made certain modifications to the Motown Sound plan, which after further review and discussion, the Commission voted to adopt the Motown Sound FC E1 plan as the final remedial plan for the Michigan House of Representatives. *See* Ex. A. The final vote to adopt Motown Sound FC E1 was a vote of 10-3, including at least two affirmative votes of Commissioners from each major political party, and two from Commissioners not affiliating with either such party. *Id.*

The Motown Sound FC E1 plan and its accompanying data, including shapefiles, population statistics, partisan-fairness scores, and VRA data and analysis, are publicly available on the Commission's website at https://www.michigan.gov/micrc/mapping-process-2024/final-remedial-state-house-plan. A depiction of the Detroit area in that plan is attached as Exhibit B.[2]

Dated: March 1, 2024

BAKER & HOSTETLER LLP
Katherine L. McKnight
Richard B. Raile
Dima J. Atiya
1050 Connecticut Ave., NW,
Suite 1100
Washington, D.C. 20036
(202) 861-1500
kmcknight@bakerlaw.com
rraile@bakerlaw.com
datiya@bakerlaw.com

Respectfully submitted,

/s/ David H. Fink
FINK BRESSACK
David H. Fink
Nathan J. Fink
38500 Woodward Ave., Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

*Counsel for Defendants, Michigan Independent Citizens Redistricting Commission, and Elaine*

---

[2] As explained in the Commission's February 2, 2024, Notice (ECF No. 165, PageID.5367), this rendering depicts all districts in the Motown Sound FC E1 plan that were modified, but does not include a statewide rendering because of technical limitations with the Court's electronic filing system. The full statewide plan is available on the Commission's website.

| | |
|---|---|
| BAKER & HOSTETLER LLP<br>Patrick T. Lewis<br>Key Tower, 127 Public Square, Suite 2000<br>Cleveland, Ohio 44114<br>(216) 621-0200<br>plewis@bakerlaw.com<br><br>BAKER & HOSTETLER LLP<br>Erika D. Prouty<br>200 Civic Center Drive<br>Suite 1200<br>Columbus, Ohio 43215<br>(614) 228-1541<br>eprouty@bakerlaw.com | *Andrade, Donna Callaghan, Juanita Curry, Anthony Eid, Rhonda Lange, Steven Terry Lett, Brittni Kellom, Marcus Muldoon, Cynthia Orton, Rebecca Szetela, Janice Vallette, Erin Wagner, and Richard Weiss, each in his or her official capacity as a Commissioner of the Michigan Independent Citizens Redistricting Commission* |