# EXHIBIT A

**MICHIGAN INDEPENDENT CITIZENS REDISTRICTING COMMISSION**

# Resolution 2024.02.13
## Michigan Independent Citizens Redistricting Commission
## Adopt Final Remedial State House Plan

### Presented February 28, 2024

RESOLVED, that the Michigan Independent Citizens Redistricting Commission (MICRC) hereby adopts a Final Remedial State House Plan pursuant to order of the U.S. District Court for the Western District of Michigan in the *Agee, et al. v. Benson, et al.* matter.

MOTION TO AMEND: ____ YES __x__ NO

|  | Main | Amendment |
|---|---|---|
| Motion by Commissioner | Steven T. Lett | |
| Second by Commissioner | Richard Weiss | |

RESULT:
Cynthia Orton—Motown Sound FC E1, affiliates with Republicans
Janice Vallette—Motown Sound FC E1, affiliates with neither major party
Elaine Andrade—Motown Sound FC E1, affiliates with Democrats
Donna Callaghan—Motown Sound FC E1, affiliates with Democrats
Juanita Curry—Motown Sound FC E1, affiliates with Democrats
Anthony Eid—Motown Sound FC E1, affiliates with neither major party
Brittni Kellom—Motown Sound FC E1, affiliates with Democrats
Rhonda Lange—Water Lily, affiliates with Republicans
Steven T. Lett—Motown Sound FC E1, affiliates with neither major party
Marcus Muldoon—Motown Sound FC E1, affiliates with Republicans
Rebecca Szetela—Szetela Version 4, affiliates with neither major party
Erin Wagner—Szetela Version 4, affiliates with Republicans
Richard Weiss—Motown Sound FC E1, affiliates with neither major party

Motown Sound FC E1 adopted as Final Remedial State House Remedial Plan for the U.S. District Court for the Western District of Michigan in the *Agee, et al v. Benson, et al.* matter, 10-3. It meets the constitutional requirement of having at least two members from each major party, and two members who do not affiliate with neither major party. The ten votes represent four who affiliate with Democrats, four who affiliate with Republicans, and two who affiliate with neither major party.

_Cynthia S. Orton_                February 28, 2024
Cynthia Orton, Chairperson



# Resolution 2024.02.15
## Michigan Independent Citizens Redistricting Commission
## Adoption of Remedial State House Plan to Comply with Order of Court in *Agee v. Benson*, No. 1:22-cv-00272 (W.D. Mich. Jan. 11, 2024)

### Presented February 28, 2024

RESOLVED, that the Michigan Independent Citizens Redistricting Commission (MICRC) hereby adopted Motown Sound FC E1, a remedial State House plan, by roll-call vote.

FURTHER RESOLVED, that the plan adopted by this Resolution is effective for the elections for the year 2024 and subsequent years unless the Supreme Court of the United States or other federal court of competent jurisdiction reverses, stays, vacates, or otherwise invalidates or disturbs the decision and injunction of the United States District Court for the Western District of Michigan in the action styled *Agee v. Benson*, Case No. 1:22-cv-00272, holding unconstitutional the "Hickory" State House Plan adopted by this Commission as it existed prior to the enactment of this Resolution (or the decision and injunction are otherwise enjoined, made inoperable, or ineffective), and in any such case the prior "Hickory" State House Plan will again be effective. *See Hunt v. Cromartie*, 526 U.S. 541, 545 n.1 (1999).

MOTION TO AMEND: ____YES __x__NO

|  | Main | Amendment |
| --- | --- | --- |
| Motion by Commissioner | Steven T. Lett |  |
| Second by Commissioner | Richard Weiss |  |

RESULT:    Motion approved, 9-4.

| Commissioner | Vote |
| --- | --- |
| Commissioner Andrade (D) | Yes |
| Commissioner Callaghan (D) | Yes |
| Commissioner Curry (D) | Yes |
| Commissioner Eid (I) | Yes |
| Commissioner Kellom (D) | No |
| Commissioner Lange (R) | No |
| Commissioner Lett (I) | Yes |
| Commissioner Muldoon (R) | Yes |
| Commissioner Orton (R) | Yes |
| Commissioner Szetela (I) | No |
| Commissioner Vallette (I) | Yes |

| | |
|---|---|
| Commissioner Wagner (R) | No |
| Commissioner Weiss (I) | Yes |

_Cynthia S. Orton_  February 28, 2024
Cynthia Orton, Chairperson