# EXHIBIT B



Motown Sound FC E1 MAP - Based on: 2020 Census Geography, 2020 PL94-171
Map Date: 2/27/2024 2:11:19 PM Last Edit: 2/27/2024 1:30:44 PM