UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*,<br>    Defendants. | No. 1:22-cv-272<br><br>Three-Judge Court |

## ORDER

As part of the remedial process, the court appointed Dr. Bernard Grofman (the "reviewing special master") as a special master to evaluate the Commission's remedial plan and to advise the court as to whether that plan lawfully remedied the constitutional violations identified in this court's December 21, 2023 opinion and order. (ECF No. 156). The deadline for the reviewing special master's report was originally March 15, 2024. It was not filed until today, March 18, 2024. In light of the delay, the parties may each file briefs commenting on the reviewing special master's report no later than March 25, 2024.

**IT IS ORDERED** that the deadline to file briefs in response to the reviewing special master's report is extended to March 25, 2024.

**IT IS SO ORDERED.**

Date:  March 18, 2024          /s/ Paul L. Maloney
                      Paul L. Maloney
                      United States District Judge
                      On Behalf of the Three Judge Court