UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., *et al.*,<br>　　　　　Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official<br>capacity as the Secretary of State<br>of Michigan, *et al.*,<br>　　　　　Defendants. | No. 1:22-cv-272<br><br>Three-Judge Court |

## SCHEDULING ORDER

The Court recently issued an opinion finalizing the Commission's revised House map, leaving only the Senate map to remedy. (ECF No. 175). Currently, the parties are to meet and confer—and jointly submit, no later than April 12, 2024—a proposed timeline for preparing a Senate remedial plan. (ECF No. 156). The Court intends to approve a Senate map by Friday, July 26, 2024. The parties should be aware of the final date and should schedule their Senate remedial plan accordingly. The parties may meet and confer before the April 12, 2024 deadline.

**IT IS HEREBY ORDERED** that any proposed remedial plan regarding the Senate map must include the Court's final approval deadline of Friday, July 26, 2024.

**IT IS FURTHER ORDERED** that the Secretary of State shall comment on the parties' proposed timeline within one week of its filing with the Court.

IT IS SO ORDERED.

Date: April 2, 2024                                         /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge
                                                            On Behalf of the Three Judge Court