UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., et al., </br>            Plaintiffs, </br></br> v. </br></br> JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, et al., </br>            Defendants. | No. 1:22-cv-272 </br></br> Three-Judge Court |

## ORDER REGARDING SENATE TIMELINE AND FEES

The parties submitted a notice proposing a remedial senate plan timeline. (ECF No. 177). The court approves of the timeline. The senate remedial process will proceed as follows:

1. The Commission shall submit to this court—and make available on its own website—newly drawn remedial plan(s) for Michigan Senate Districts 1, 3, 6, 8, 10, and 11 and for any other districts as reasonably necessary to cure the unconstitutional racial gerrymanders, no later than **May 22, 2024.**

2. The Commission shall provide for public comment on its proposed remedial plan (or plans). The public comment period shall conclude no later than **June 21, 2024.** The Commission must hold at least **one** public hearing in Detroit to solicit community input regarding its proposed plan(s).

3. The Commission shall adopt and submit to this court a final remedial Senate plan no later than **June 27, 2024.**

4. Plaintiffs must file any objections to the Commission's adopted plan by **July 5, 2024**.

5. The defendants' responses to any objections must be filed by **July 12, 2024**.

6. The Reviewing Special Master shall submit to this court—on the public docket, by **July 12, 2024**—his report regarding whether the plan adopted by the Commission lawfully remedies the constitutional violations identified in this court's December 21, 2023, opinion and order.

7. The parties may each file briefs commenting on the Reviewing Special Master's report no later than **July 19, 2024**.

8. The Court will approve a remedial Senate plan no later than **July 26, 2024**.

Relatedly, the court will not order an alternative senate map from the Mapping Special Master at this time. The court reviewed the Mapping Special Master's invoice following his work on the Michigan house districts. The court finds that the Mapping Special Master's fees were reasonable. The Commission is ordered to pay the Mapping Special Master's invoice within a reasonable amount of time.

**IT IS ORDERED** that the senate remedial plan will proceed in accordance with this order.

**IT IS FURTHER ORDERED** that the Mapping Special Master's fees related to the house remedial plan are approved.

**IT IS SO ORDERED.**

Date: April 15, 2024 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge
On Behalf of the Three Judge Court