## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| In re: Appointment of Three-Judge Panel Pursuant to 28 U.S.C. § 2284 | ) ) ) ) ) ) | Case No. 1:22-cv-272 |

**ORDER**

This matter is before the Court upon the request of the Honorable Janet T. Neff, District Judge of the Western District of Michigan, to be relieved of her service in the matter designated as *Donald Agee, Jr., et al. v. Jocelyn Benson, et al.*, Case No. 1:22-cv-272 (W.D. Mich.).

Wherefore, the March 29, 2022, designation of Judge Neff is now concluded. Chief Judge Jeffrey S. Sutton designates the Honorable David M. Lawson, District Judge of the Eastern District of Michigan, to serve with the Honorable Raymond M. Kethledge and the Honorable Paul L. Maloney in this matter. *See* 28 U.S.C. § 2284(b)(1). This designation shall remain in full force and effect for the duration of the proceedings in Case No. 1:22-cv-272. The Clerk of this Court is directed to forward a copy of this order to the Clerk of the United States District Court for the Western District of Michigan for entry on the docket.

BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk

Entered this 2nd day of May, 2024.