UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., et al., <br>          Plaintiffs, <br> v. <br> JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, et al., <br>          Defendants. | No. 1:22-cv-272 <br><br> Three-Judge Court |

## ORDER APPROVING FEES

The court reviewed the Reviewing Special Master's invoice following his work on the Michigan house districts. The court finds that the Reviewing Special Master's fees were reasonable. The Commission is ordered to pay the Reviewing Special Master's invoice within a reasonable amount of time.[1]

**IT IS ORDERED** that the Reviewing Special Master's fees related to the house remedial plan are approved.

**IT IS SO ORDERED.**

Date: June 24, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge
On Behalf of the Three Judge Court

---

[1] Counsel for the parties will receive an email from the court with more information.