UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD AGEE, JR., *et al.*,  )<br>Plaintiffs,  )<br>) | No. 1:22-cv-272 |
| v.  )<br>) | Three Judge Court |
| JOCELYN BENSON, in her official  )<br>capacity as the Secretary of State  )<br>of Michigan, *et al.*,  )<br>Defendants.  )<br>) | |

# ORDER APPROVING FEES

The court has reviewed the Reviewing Special Master's invoice following his work on the Michigan senate districts. The court finds that the Reviewing Special Master's fees were reasonable. The Commission is ordered to pay the Reviewing Special Master's invoice within a reasonable amount of time.[1]

**IT IS ORDERED** that the Reviewing Special Master's fees related to the senate remedial plan are approved.

**IT IS SO ORDERED.**

Date: July 25, 2024                                             /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge
                                                                            On Behalf of the Three Judge Court

---

[1] Counsel for the parties will receive an email from the court with more information.